# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIR LLC,

     Plaintiffs,

     v.

INTUITIVE SURGICAL, INC.,

     Defendant.

Civil Case No. 5:19-cv-55-MCR-MJF

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Intuitive Surgical, Inc., by and through undersigned counsel, files its Corporate Disclosure Statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock or stating that there is no such corporation.  Intuitive Surgical, Inc. states as follows:

Intuitive Surgical, Inc. is a publicly held company that has no parent corporation, and no publicly held entity owns 10% or more of its stock.

Dated:  April 29, 2019

Respectfully submitted,

/s/ David L. McGee
DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

ALLEN RUBY (*Pro Hac Vice*)
ABRAHAM M. ANDRADE III (*Pro
  Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
allen.ruby@skadden.com
abraham.andrade@skadden.com

KAREN HOFFMAN LENT (*Pro Hac
  Vice*)
MICHAEL H. MENITOVE (*Pro Hac
  Vice Admission to be applied for*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

Counsel for Defendant
Intuitive Surgical, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic

distribution to the following counsel of record on April 29, 2019:

Jeffrey L. Berhold
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
Telephone:  (404) 872-3800
jeff@berhold.com

<u>/s/ David L. McGee</u>
DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

Counsel for Defendant
Intuitive Surgical, Inc.