# EXHIBIT 2

DAVINCI | Xi | X

# Instrument & Accessory Catalog

January 2019



DAVINCI | Xi | X

# Table of Contents

**8 MM ENDOWRIST® INSTRUMENTS**
4 EndoWrist Monopolar Cautery Instruments
4 EndoWrist Bipolar Cautery Instruments
5 EndoWrist Clip Appliers
5 EndoWrist Needle Drivers
6 EndoWrist Graspers
6 EndoWrist Scissors
7 Specialty Instruments
7 Ultrasonic Energy Instrument
7 Suction Irrigation
7 Vessel Sealers
7 Vessel Sealer Extend

**DA VINCI STAPLING COMPONENTS**
8 EndoWrist Stapling Starter Kits
8 Stapler Instrument & Accessories
9 Stapler Reloads
9 12 mm & Stapler Access System

**DA VINCI® XI/X ACCESSORIES**
10 Da Vinci X Drapes
10 Da Vinci Xi Drapes
10 Da Vinci Xi/X Hasson Cone
10 Da Vinci Xi/X Reusable Accessories
11 8 mm Cannulas, Obturators, and Seals
11 8 mm Disposable Instrument Accessories

**DA VINCI XI/X VISION EQUIPMENT**
11 8 mm Endoscopes
11 Sterilization Tray

**ENERGY ACCESSORIES**
12 Da Vinci Xi/X Energy Activation Cables
12 Energy Instrument Cords

DAVINCI | Xi | X

# Table of Contents

**DA VINCI XI® UPGRADE OPTIONS**

12  Skills Simulator®

12  Integrated Table Motion da Vinci Xi upgrade

13  Da Vinci Xi/X Training Equipment

14  Recommended Spares and Equipment

14  Da Vinci Xi/X System Documentation

15  8 mm EndoWrist Instrument Specifications

**5 MM DA VINCI® XI/X SINGLE-SITE® INSTRUMENTS AND ACCESSORIES**

17  Single-Site Instruments

18  Single-Site Reusable Accessories

18  Single-Site Disposable Accessories

19  Single-Site Training Instruments

19  Single-Site Instrument Specifications

20  Common Carton Dimensions and Weights

22  Ordering and Terms

24  Notes

DAVINCI | Xi | X

# 8 mm Instruments

## EndoWrist® Monopolar Cautery Instruments



**Hot Shears™**
**(Monopolar Curved Scissors)**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470179 |
| Shown with Tip Cover Accessory | 400180 |



**Permanent Cautery Hook**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470183 |



**Permanent Cautery Spatula**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470184 |

## EndoWrist® Bipolar Cautery Instruments



**Maryland Bipolar Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470172 |



**Fenestrated Bipolar Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470205 |



**Curved Bipolar Dissector**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470344 |



**Micro Bipolar Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470171 |



**Long Bipolar Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470400 |



**Force Bipolar**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470405 |

DAVINCI | Xi | X

# 8 mm Instruments

## EndoWrist® Clip Appliers



**Medium-Large Clip Applier[1]**

| Da Vinci Xi, X | 100 Closures |
|---|---|
| Part # | 470327 |
| Validated for use only with Weck Hem-o-lok® medium-large polymer clip. | Weck product code #544230 |

Shown with Weck Hem-o-lok medium-large polymer clip



**Large Clip Applier[2]**

| Da Vinci Xi, X | 100 Closures |
|---|---|
| Part # | 470230 |
| Validated for use only with Weck Hem-o-lok® large polymer clip. | Weck product code #544240 |

Shown with Weck Hem-o-lok large polymer clip



**Small Clip Applier[3]**

| Da Vinci Xi, X | 100 Closures |
|---|---|
| Part # | 470401 |
| Validated for use only with Weck Horizon small-wide titanium clip. | Weck product code #001201 or #001205 |

Shown with Weck Horizon small-wide titanium clip

## EndoWrist® Needle Drivers



**Large Needle Driver**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470006 |



**Mega SutureCut™ Needle Driver**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470309 |



**Mega™ Needle Driver**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470194 |



**Large SutureCut™ Needle Driver**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470296 |

[1] Weck Hem-o-lok® medium-large polymer clip (Weck product code #544230) is the only compatible clip used with this instrument. To order, contact Teleflex Medical (www.teleflex.com) or your local distributor.

[2] Weck Hem-o-lok® large polymer clip (Weck product code #544240) is the only compatible clip used with this instrument. To order, contact Teleflex Medical www.teleflex.com or your local distributor.

[3] Weck Horizon™ small-wide titanium clip (Weck product code #001201 or #001205) is the only compatible clip used with this instrument. To order, contact TeleflexMedical www.teleflex.com or your local distributor.

DAVINCI | Xi | X

# 8 mm Instruments

## EndoWrist® Graspers



**ProGrasp™ Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470093 |



**Tenaculum Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470207 |



**Long Tip Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470048 |



**Tip-Up Fenestrated Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470347 |



**Small Graptor™
(Grasping Retractor)**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470318 |



**Cadiere Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470049 |



**Cobra Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470190 |

## EndoWrist® Scissors



**Potts Scissors**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470001 |



**Round Tip Scissors**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470007 |

DAVINCI | Xi | X

# 8 mm Instruments

## Specialty Instruments



**Resano Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470181 |



**Atrial Retractor Short Right**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470246 |



**Dual Blade Retractor**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470249 |



**Black Diamond Micro Forceps**

| Da Vinci Xi, X | 15 Uses |
|---|---|
| Part # | 470033 |



**Cardiac Probe Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470215 |



**DeBakey Forceps**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 470036 |

## Ultrasonic Energy Instruments



**Harmonic ACE® Curved Shears**

| Da Vinci Xi, X | Box of 6/Single use |
|---|---|
| Part # | 480275 |

## Suction Irrigation



**EndoWrist® Suction Irrigator***

| Da Vinci Xi, X | Box of 6/Single use |
|---|---|
| Part # | 480299 |

*This product requires software version P6_B443 or newer.

## Vessel Sealers



**Vessel Sealer**

| Da Vinci Xi, X | Box of 6/Single use |
|---|---|
| Part # | 480322 |

## Vessel Sealer Extend



**Vessel Sealer Extend**

| Da Vinci Xi, X | Box of 6/Single use |
|---|---|
| Part # | 480422 |

DAVINCI | Xi | X

# Da Vinci® Stapling Components

## EndoWrist Stapling Starter Kits

### EndoWrist Stapler System Starter Kit – 45 mm
Provides a total of 100 firings with 2 EndoWrist Stapler 45 instruments and includes the necessary training product. Reloads must be purchased separately.

| ITEM CODE | QTY | PRODUCT DESCRIPTION |
|---|---|---|
| 381251 | 2 | EndoWrist Stapler 45 Instrument, reposable |
| | 1 | EndoWrist Stapler Sheath (Box of 10), disposable |
| | 2 | EndoWrist Stapler Cannula Kit, reusable |
| | 1 | 12 mm & Stapler Cannula Seal (Box of 10), disposable |
| | 2 | 12 – 8 mm Reducer (Box of 6), disposable |
| | 1 | EndoWrist Stapler In-Service Kit |

### EndoWrist Stapler System Starter Kit without Cannula Kit – 45 mm
Provides a total of 100 firings with 2 EndoWrist Stapler 45 instruments and includes the necessary training product. Reloads must be purchased separately.

| ITEM CODE | QTY | PRODUCT DESCRIPTION |
|---|---|---|
| 381252 | 2 | EndoWrist Stapler 45 Instrument, reposable |
| | 1 | EndoWrist Stapler Sheath (Box of 10), disposable |
| | 1 | 12 mm & Stapler Cannula Seal (Box of 10), disposable |
| | 2 | 12 - 8 mm Reducer (Box of 6), disposable |
| | 1 | EndoWrist Stapler In-Service Kit |

## Stapler Instruments

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX | USES |
|---|---|---|---|---|
|  | 470298 | EndoWrist Stapler 45 Instrument | 1 | 50 firings |
|  | 470545 | EndoWrist Stapler 45 Curved-Tip Instrument | 1 | 50 firings |
|  | 470430 | EndoWrist Stapler 30 Instrument | 1 | 50 firings |
|  | 470530 | EndoWrist Stapler 30 Curved-Tip Instrument | 1 | 50 firings |
|  | 480460 | SureForm™ 60 Instrument | 6 | Single Use |

## EndoWrist Stapler Accessories

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX | USES |
|---|---|---|---|---|
|  | 410370 | EndoWrist Stapler Sheath (Box of 10) | 10 | 1 procedure |
|  | 381215 | EndoWrist Stapler Release Kit | 1 | NA |

DAVINCI | Xi | X

# Da Vinci® Stapling Components

## Stapler Reloads

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX | USES |
|---|---|---|---|---|
| | 48360W | Reload, SureForm 60, 2.5 White, 6-row | 12 | 1 firing |
| | 48360B | Reload, SureForm 60, 3.5 Blue, 6-row | 12 | 1 firing |
| | 48360G | Reload, SureForm 60, 4.3 Green, 6-row | 12 | 1 firing |
| | 48360T | Reload, SureForm 60, 4.6 Black, 6-row | 12 | 1 firing |
| | 48645W | Reload, EndoWrist 45, 2.5 White, 6-row | 12 | 1 firing |
| | 48645B | Reload, EndoWrist 45, 3.5 Blue, 6-row | 12 | 1 firing |
| | 48445G | Reload, EndoWrist 45, 4.3 Green, 4-row | 12 | 1 firing |
| | 48630M | Reload, EndoWrist 30, 2.0 Grey, 6-row | 12 | 1 firing |
| | 48630W | Reload, EndoWrist 30, 2.5 White, 6-row | 12 | 1 firing |
| | 48630B | Reload, EndoWrist 30 3.5, Blue, 6-row | 12 | 1 firing |
| | 48630G | Reload, EndoWrist 30, 4.3, Green, 6-row | 12 | 1 firing |

## 12 mm & Stapler Access System

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX | USES |
|---|---|---|---|---|
| | 470443 | **EndoWrist Stapler Cannula Kit** Includes:<br>1 - EndoWrist 12 mm & Stapler Cannula (100 mm)<br>1 - EndoWrist 12 mm & Stapler Blunt Obturator | 1 | NA |
| | 470375 | 12 mm & Stapler Cannula (100 mm) | 1 | NA |
| | 470376 | 12 mm & Stapler Blunt Obturator | 1 | NA |
| | 470389 | 12 mm & Stapler Cannula, Long (150 mm) | 1 | NA |
| | 470390 | 12 mm & Stapler Blunt Obturator, Long | 1 | NA |
| | 470380 | 12 mm & Stapler Cannula Seal (Box of 10) | 10 | 1 procedure |
| | 470381 | 12 - 8 mm Reducer (Box of 6) | 6 | 1 procedure |
| | 470395 | 12 mm & Stapler Bladeless Obturator | 1 | NA |
| | 470396 | 12 mm & Stapler Bladeless Obturator, Long | 1 | NA |

DAVINCI | Xi | X

# Da Vinci® Xi/X Accessories

## Da Vinci X® Drapes

| ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|-----------|--------------------|---------|
| 470015 | Arm Drape (Box of 20) | 20 |
| 470473 | Arm-4 Extension Drape (Box of 20) | 20 |

## Da Vinci Xi® Drapes

| ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|-----------|--------------------|---------|
| 470015 | Arm Drape (Box of 20) | 20 |
| 470341 | Column Drape (Box of 20) | 20 |

## Da Vinci Xi/X Hasson Cone

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|-----------|--------------------|---------|
|  | 470398 | 8 mm Hasson Cone | 1 |
|  | 470399 | 12 mm Hasson Cone | 1 |

## Da Vinci Xi/X Reuseable Accessories

| ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|-----------|--------------------|---------|
| 381216* | Da Vinci Xi/X Instrument Release Kit (IRK) | 1 |
| 470397 | Da Vinci Xi/X Gage Pin (Box of 3) | 3 |
| 380989 | Blue Fiber Cable Kit | 1 |
| 342562 | Instrument Introducer | 1 |

*Documentation is listed in English only.
 Note: For other languages contact Customer Service. Documentation may not be available in all languages.

DA VINCI | Xi | X

# Da Vinci® Xi/X Accessories

## Da Vinci Xi/X 8 mm Cannulas, Obturators, and Seals

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
| | 470361 | 5 mm - 8 mm Cannula Seal (Box of 10) | 10 |
| | 470002 | 8 mm Cannula | 1 |
| | 470004 | 8 mm Cannula, Long | 1 |
| | 470008 | 8 mm Blunt Obturator | 1 |
| | 470009 | 8 mm Blunt Obturator, Long | 1 |
| | 470359 | 8 mm Bladeless Obturator (Optical) (Box of 6) | 6 |
| | 470360 | 8 mm Bladeless Obturator, Long (Optical) (Box of 6) | 6 |

## Da Vinci Xi/X 8 mm Disposable Instrument Accessories

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
| | 400180 | Tip Cover Accessory (Box of 10) | 10 |

# Da Vinci Xi/X Vision Equipment

## 8 mm Endoscopes

| | ITEM CODE | PRODUCT DESCRIPTION |
|---|---|---|
| | 470026 | Da Vinci Xi/X Endoscope with Camera, 8 mm, 0° |
| | 470027 | Da Vinci Xi/X Endoscope with Camera, 8 mm, 30° |

## Sterilzation Tray

| | ITEM CODE | PRODUCT DESCRIPTION |
|---|---|---|
| | 400490 | Da Vinci Xi/X Endoscope Sterilization Tray |

DAVINCI | Xi | X

# Energy Accessories

## Da Vinci Xi/X Energy Activation Cables

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
|  | 371716 | Energy Activation Cable, Covidien, Force Triad | 1 |
|  | 371870 | Energy Activation Cable, Ethicon, Gen 11 | 1 |

## Da Vinci Xi/X Energy Instrument Cords

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
|  | 470383 | Monopolar Energy Instrument Cord (13 ft. / 4 m) | 1 |
|  | 470384 | Bipolar Energy Instrument Cord (17 ft. / 5 m) | 1 |

# Da Vinci® Simulation

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
|  | 373373 | Da Vinci Xi/X Skills Simulator™ | 1 |
|  | 381129 | Blue Fiber Cable, Simulator | 1 |
|  | 372363 | Simulator Skills Drills | 1 |
|  | 600092 | Da Vinci SimNow Service and Benefits (annual) | 1 |
|  | 377773 | Da Vinci SimNow Simulator | 1 |

# Da Vinci Xi® Integrated Table Motion

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
|  | 600062 | Integrated Table Motion Hardware and Software Upgrade[1] | 1 |

[1] The TruSystem 7000dV table is sold and serviced by Trumpf Medical. To order, contact Trumpf Medical (www.trumpfmedical.com).

DAVINCI | Xi | X

# Da Vinci® Xi/X Training Equipment

## Da Vinci Xi/X Training Instruments

| ITEM CODE | PRODUCT DESCRIPTION | USES |
|---|---|---|
| 470001-T | Potts Scissors | 30 |
| 470006-T | Large Needle Driver | 30 |
| 470033-T | Black Diamond Micro Forceps | 30 |
| 470048-T | Long Tip Forceps | 30 |
| 470093-T | ProGrasp™ Forceps | 30 |
| 470347-T | Tip-Up Fenestrated Grasper | 30 |
| 470171-T | Micro Bipolar Forceps | 30 |
| 470400-T | Long Bipolar Grasper | 30 |
| 470172-T | Maryland Bipolar Forceps | 30 |
| 470179-T | Hot Shears™ (Monopolar Curved Scissors)[1,2] | 30 |
| 470181-T | Resano Forceps | 30 |
| 470183-T | Permanent Cautery Hook | 30 |
| 470184-T | Permanent Cautery Spatula | 30 |
| 470205-T | Fenestrated Bipolar Forceps | 30 |
| 470405-T | Force Bipolar | 30 |
| 470207-T | Tenaculum Forceps | 30 |
| 470309-T | Mega SutureCut™ Needle Driver | 30 |
| 470215-T | Cardiac Probe Grasper | 30 |
| 470230-T | Large Clip Applier[3] | 200 Closures |
| 470249-T | Dual Blade Retractor | 30 |
| 470318-T | Small Graptor™ (Grasping Retractor) | 30 |
| 470246-T | Atrial Retractor Short Right | 30 |
| 470344-T | Curved Bipolar Dissector | 30 |
| 470327-T | Medium-Large Clip Applier[4] | 200 Closures |
| 470007-T | Round Tip Scissors | 30 |
| 470049-T | Cadiere Forceps | 30 |
| 470296-T | Large SutureCut Needle Driver | 30 |
| 470194-T | Mega Needle Driver | 30 |
| 470190-T | Cobra Grasper | 30 |
| 470401-T | Small Clip Applier[5] | 200 Closures |
| 470036-T | Debakey Forceps | 30 |

[1] Requires Tip Cover Accessory (PN 400180) for use [2] Requires in-service prior to first use, please contact your local Intuitive Surgical Representative [3] Compatible with Weck Hem-o-lok® Large Polymer Clips. Weck product code #544240 [4] Compatible for use with Weck Hem-o-lok® medium-large polymer clip. Weck product code #544230 [5] Compatible for use with Weck Horizon small-wide titanium clip. Weck product code #001201 or #001205

Notes: (a) Training instruments are not approved for human use. (b) Training instruments can be readily identified by the red instrument housing. (c) Red instrument icons persist on the monitors when a training instrument is loaded onto the system. (d) The training instrument warranty covers only defects in manufacturing. Upon first use, the warranty expires.

DAVINCI | Xi | X

# Recommended Spares and Equipment

| ITEM CODE | PRODUCT DESCRIPTION |
|-----------|---------------------|
| See Page 10 | Da Vinci Xi/X Endoscope with Camera |
| 380989 | Blue Fiber Cable Kit |
| See Pages 3-6 | EndoWrist® Instruments |
| See Page 9 | Instrument Cannula |
| 381216 | Da Vinci Xi/X Instrument Release Kit (IRK) (Item provided free of charge) |
| 470397 | Da Vinci Xi/X Gage Pin (Set of 3) (Item provided free of charge) |

# Da Vinci® Xi/X System Documentation

| ITEM CODE | PRODUCT DESCRIPTION |
|-----------|---------------------|
| 381226 | Da Vinci Xi/X Documentation Kit |
| 552271 | Harmonic ACE Curved Shears Addendum |
| 554021 | Da Vinci X User Manual |
| 553873 | Da Vinci Xi/X Instruments & Accessories Manual |
| 553459 | Instruments & Accessories Addendum |
| 553707 | EndoWrist Stapler 45 Curved-Tip Instruments and Accessories User Manual Addendum |
| 553955 | Da Vinci X Storage Addendum |
| 553547 | Endoscope User Manual Addendum |
| 553550 | Endoscope Reprocessing Instructions Addendum |
| 553276 | Bladeless Obturator (Optical) addendum |
| 553477 | Hasson Cone Addendum |
| 554070 | Force Bipolar User Manual Addendum |
| 554738 | Reprocessing Addendum |
| 470600 | **Cleaning and Sterilization Kit** Includes:<br>• Reprocessing Instructions<br>• Instruments and Accessories Reprocessing Wall Chart<br>• Endoscope Reprocessing Wall Chart<br>• Luer Fitting for Flushing<br>• Pipe-to-Hose Adapter<br>• Brush with soft, nylon bristles<br>• Tip Cover Insertion/Removal Tool for Monopolar Curved Scissors (Qty. 5) |

Documentation is listed in English only.
Note: For other languages contact Customer Service. Documentation may not be available in all languages.

*Software specficiation.  Actual open angle may vary due to wrist angle or anatomic restrictions.

DAVINCI | Xi | X

# Da Vinci® Xi/X 8 mm EndoWrist® Instrument Specifications

Jaw Open Angle from Centerline

Jaw Length

Working Length

| DA VINCI XI ITEM CODE | NUMBER OF USES | INSTRUMENT NAME | JAW OPEN ANGLE (DEG)* | JAW LENGTH (CM) | WORKING LENGTH (CM) |
|---|---|---|---|---|---|
| **EndoWrist Monopolar Cautery Instruments** | | | | | |
| 470179 | 10 | Hot Shears™ (MCS) | 29 | 1.3 | 31.75 |
| 470183 | 10 | Permanent Cautery Hook | N/A | 1.6 | 32.26 |
| 470184 | 10 | Permanent Cautery Spatula | N/A | 1.7 | 32.26 |
| **EndoWrist Bipolar Cautery Instruments** | | | | | |
| 470172 | 10 | Maryland Bipolar Forceps | 45 | 2.0 | 32.77 |
| 470400 | 10 | Long Bipolar Grasper | 70 | 2.2 | 32.91 |
| 470205 | 10 | Fenestrated Bipolar Forceps | 45 | 2.1 | 32.77 |
| 470171 | 10 | Micro Bipolar Forceps | 45 | 1.4 | 32.00 |
| 470344 | 10 | Curved Bipolar Dissector | 45 | 2.2 | 33.02 |
| 470405 | 10 | Force Bipolar | 42 | 2.8 | 33.58 |
| 480322 | 1 | Vessel Sealer | 40 | 2.1 | 32.10 |
| 480422 | 1 | Vessel Sealer Extend | 40 | 2.05 | 32.10 |
| **EndoWrist Needle Drivers** | | | | | |
| 470006 | 10 | Large Needle Drive | 30 | 1.0 | 31.50 |
| 470309 | 10 | Mega™ SutureCut™ Needle Driver | 40 | 1.4 | 31.75 |
| 470296 | 10 | Large SutureCut Needle Driver | 38 | 1.1 | 31.50 |
| 470194 | 10 | Mega Needle Driver | 30 | 1.3 | 31.75 |
| **EndoWrist Graspers** | | | | | |
| 470093 | 10 | ProGrasp™ Forceps | 55 | 2.8 | 33.53 |
| 470207 | 10 | Tenaculum Forceps | 75 | 3.0 | 32.77 |
| 470347 | 10 | Tip-Up Fenestrated Grasper | 60 | 3.2 | 32.77 |
| 470048 | 10 | Long Tip Forceps | 30 | 2.0 | 32.51 |
| 470318 | 10 | Small Graptor™ (Grasping Retractor) | 60 | 4.5 | 32.26 |
| 470049 | 10 | Cadiere Forceps | 30 | 2.0 | 32.77 |
| 470190 | 10 | Cobra Grasper | 60 | 2.0 | 32.51 |
| **EndoWrist Scissors** | | | | | |
| 470001 | 10 | Potts Scissors | 22 | 1.1 | 31.50 |
| 470007 | 10 | Round Tip Scissors | 30 | 1.1 | 31.50 |
| **Clip Appliers** | | | | | |
| 470230 | 100 | Large Clip Applier | 55 | 2.4 | 33.27 |
| 470327 | 100 | Medium-Large Clip Applier | 55 | 2.1 | 32.77 |
| 470401 | 100 | Small Clip Applier | 30 | 1.1 | 31.75 |
| **Specialty Instruments** | | | | | |
| 470181 | 10 | Resano Forceps | 30 | 1.1 | 31.75 |
| 470246 | 10 | Atrial Retractor (Short Right) | 70 | 4.8 | 33.27 |
| 470249 | 10 | Dual Blade Retractor | 70 | 4.8 | 33.27 |
| 470215 | 10 | Cardiac Probe Grasper | 60 | 1.7 | 32.26 |
| 470033 | 15 | Black Diamond Micro Forceps | 30 | 1.0 | 31.50 |
| 470036 | 10 | DeBakey Forceps | 30 | 1.2 | 30.99 |
| **Suction Irrigation** | | | | | |
| 480299 | 1 | Suction Irrigator | N/A | 1.2 | 32.48 |
| **Ultrasonic Energy** | | | | | |
| 480275 | 1 | Harmonic ACE 8 mm Curved Shears | N/A | 2.2 | 26.84 |

*Software specification. Actual open angle may vary due to wrist angle or anatomic restrictions.

# 5 mm
# Single-Site®

## Instruments & Accessories

DAVINCI | Xi | X

# Single-Site® 5 mm Instruments



**Maryland Dissector**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478050 |



**Crocodile Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478059 |



**Medium-Large Clip Applier**

| Da Vinci Xi, X | 80 Closures |
|---|---|
| Part # | 478053 |
| Validated for use with Weck Hem-o-lok® medium-large polymer clip. | Weck product code #544230 |



**Maryland Bipolar Forceps**

| Da Vinci Xi, X | Box of 6/Single use |
|---|---|
| Part # | 478080 |



**Suction Irrigator**

| Da Vinci Xi, X | 20 Uses |
|---|---|
| Part # | 478054 |



**Curved Needle Driver**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478088 |



**Cadiere Forceps/Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478055 |



**Permanent Cautery Hook**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478090 |



**Curved Scissors**

| Da Vinci Xi, X | 7 Uses |
|---|---|
| Part # | 478057 |



**Fenestrated Bipolar Forceps**

| Da Vinci Xi, X | Box of 6/Single use |
|---|---|
| Part # | 478093 |



**Fundus Grasper**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478058 |



**Wristed Needle Driver**

| Da Vinci Xi, X | 10 Uses |
|---|---|
| Part # | 478115 |

DAVINCI │ Xi │ X

# Da Vinci® Xi/X Single-Site® Reusable Accessories

## Single-Site Cannulae and Obturators

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
|  | 478263 | 8 mm Camera Cannula | 1 |
|  | 478008 | 8 mm Blunt Obturator | 1 |
|  | 478013 | 5 mm Blunt Obturator | 1 |
|  | 478060 | 5 mm Accessory Cannula | 1 |
|  | 478061 | 5 x 300 mm Curved Cannula, Camera Right | 1 |
|  | 478062 | 5 x 300 mm Curved Cannula, Camera Left | 1 |
|  | 428064 | 5 x 300 mm Flexible Blunt Obturator | 1 |
|  | 478071 | 5 x 250 mm Curved Cannula, Camera Right | 1 |
|  | 478072 | 5 x 250 mm Curved Cannula, Camera Left | 1 |
|  | 428074 | 5 x 250 mm Flexible Blunt Obturator | 1 |
|  | 428076 | 10 mm Accessory Cannula | 1 |
|  | 428084 | 10 mm Blunt Obturator | 1 |

# Da Vinci Xi/X Single-Site Disposable Accessories

## Single-Site Seal and Port

| | ITEM CODE | PRODUCT DESCRIPTION | QTY/BOX |
|---|---|---|---|
|  | 478161 | Da Vinci Xi® Single-Site® Seal (Instruments + Camera) (Box of 10) | 10 |
|  | 478065 | Single-Site Port (for 8.5 mm Endoscope) (Box of 10) | 10 |

DAVINCI | Xi | X

# Da Vinci® Xi/X Single-Site® Training Instruments

| DA VINCI XI | PRODUCT DESCRIPTION | UNITS/BOX | USES |
|---|---|---|---|
| 478050-T | 5 mm Maryland Dissector | 1 | 30 |
| 478053-T | 5 mm Hem-o-lok® Medium-Large Clip Applier | 1 | 100 |
| 478054-T | 5 mm Suction Irrigator | 1 | 50 |
| 478055-T | 5 mm Cadiere Forceps | 1 | 30 |
| 478057-T | 5 mm Curved Scissors | 1 | 15 |
| 478058-T | 5 mm Fundus Grasper | 1 | 20 |
| 478059-T | 5 mm Crocodile Grasper | 1 | 20 |
| 478088-T | 5 mm Curved Needle Driver | 1 | 20 |
| 478090-T | 5 mm Permanent Cautery Hook | 1 | 20 |
| 478115-T | 5 mm Wristed Needle Driver | 1 | 20 |

# Da Vinci Xi/X Single-Site Instrument Specifications

| DA VINCI XI/X ITEM CODE | NUMBER OF USES | INSTRUMENT NAME | JAW OPEN ANGLE (DEG)* | JAW LENGTH (CM) | WORKING LENGTH, 250 MM CANNULE (CM)† | WORKING LENGTH, 300 MM CANNULA(CM)† |
|---|---|---|---|---|---|---|
| Single-Site Monopolar Cautery Instruments | | | | | | |
| 478090 | 10 | Permanent Cautery Hook | N/A | N/A | 14.9 | 19.9 |
| Single-Site Bipolar Cautery Instruments | | | | | | |
| 478080 | 1 | Maryland Bipolar Forceps | 45 | 1.8 | 15.5 | 20.5 |
| 478093 | 1 | Fenestrated Bipolar Forceps | 39 | 1.9 | 15.5 | 20.5 |
| Single-Site Needle Drivers | | | | | | |
| 478088 | 10 | Curved Needle Driver | 35 | 1.0 | 14.6 | 19.6 |
| 478115 | 10 | Wristed Needle Driver | 27 | 0.9 | 16.1 | 21.1 |
| Single-Site Graspers | | | | | | |
| 478050 | 10 | Maryland Dissector | 53 | 1.8 | 15.5 | 20.5 |
| 478055 | 10 | Cadiere Forceps | 57 | 1.9 | 15.5 | 20.5 |
| 478058 | 10 | Fundus Grasper | 57 | 1.9 | 15.5 | 20.5 |
| 478059 | 10 | Crocodile Grasper | 57 | 1.9 | 15.5 | 20.5 |
| Single-Site Scissors | | | | | | |
| 478057 | 7 | Curved Scissors | 42 | 1.3 | 15.3 | 20.3 |
| Single-Site Clip Appliers | | | | | | |
| 478053 | 80 | Medium-Large Clip Applier | 36 | 1.5 | 15.0 | 20.0 |
| Single-Site Specialty Instruments | | | | | | |
| 478054 | 20 | Suction Irrigator | N/A | N/A | 15.5 | 20.5 |

*Software specification. Actual open angle may vary due to wrist angle or anatomic restrictions.
†Indicates instrument length from the distal end of the cannula to the instrument tip

DAVINCI | Xi | X

# Common Carton Dimensions and Weights

| ITEM | ITEM CODE | OUTSIDE DIMENSIONS | AVERAGE WEIGHT |
|------|-----------|---------------------|----------------|
| Vessel Sealer | 480322 | 28.75" x 6" x 2.875" | 1.28 lbs |
| Harmonic ACE Curved Shears | 480275 | 73 cm x 15.24 cm x 7.3 cm | 0.58 kg |
| Seals | 470361 | 10.375" x 3.75" x 4.3125" | 0.88 lbs / 0.4 kg |
| | 470380 | 26.35 cm x 9.53 cm x 10.95 cm | 0.93 lbs / 0.42 kg |
| Tip Cover | 400180 | 9.4" x 3.4" x 3" / 23.876 cm x 8.636 cm x 7.62 cm | 0.4 lbs / 0.18 kg |
| Cannula | 470002 | 14" x 5.5" x 4" | 0.8 lbs |
| | 470004 | 35.56 cm x 13.97 cm x 10.16 cm | 0.36 kg |
| Obturators | 470008 | 14" x 5.5" x 4" | 0.7 lbs |
| | 470009 | 35.56 cm x 13.97 cm x 10.16 cm | 0.31 kg |
| Bladeless Obturators | 470359 | 13" x 4.5" x 11.1875" | 2.006 lbs / 0.91 kg |
| | 470360 | 33.02 cm x 11.43 cm x 28.416 cm | 2.025 lbs / 0.92 kg |
| Drapes | 470015 | 21" x 19" x 10.5" / 53.34 cm x 48.26 cm x 26.67 cm | 21 lbs / 9.5 kg |
| | 470341 | 14" x 6.5" x 5" / 35.56 cm x 16.51 cm x 12.7 cm | 3.7 lbs / 1.7 kg |
| EndoWrist Stapler 45 Instrument | 470298 | 31" x 6" x 2.875" / 78.74 cm x 15.24 cm x 7.30 cm | 2.28 lbs / 1.03 kg |
| EndoWrist Stapler 30 Instrument | 470430 | 31" X 5.75" X 2.75" | 2.40 lbs / 1.08 kg |
| EndoWrist Stapler 30 Curved-Tip Instrument | 470530 | 31" X 5.75" X 2.75" | 2.40 lbs / 1.08 kg |



# Common Carton Dimensions and Weights

| ITEM | ITEM CODE | OUTSIDE DIMENSIONS | AVERAGE WEIGHT |
|---|---|---|---|
| EndoWrist Stapler 30 mm Gray Reload | 48630M-02 | | |
| EndoWrist Stapler 30 mm White Reload | 48630W-02 | 7.25" x 6.00" x 6.50" | 1.10 lbs 0.5 kg |
| EndoWrist Stapler 30 mm Blue Reload | 48630B-02 | | |
| EndoWrist Stapler 30 mm Green Reload | 48630G-02 | | |
| EndoWrist Stapler 45 mm White Reload | 48645W-03 | | |
| EndoWrist Stapler 45 mm Blue Reload | 48645B-03 | 7.25" x 6.00" x 6.50" | 1.10 lbs 0.5 kg |
| EndoWrist Stapler 45 mm Green Reload | 48445G-03 | | |
| Sterilization Tray | 400490 | 28.5" x 20.2" x 7.3" 72 cm x 51 cm x 19 cm | 8.8 lbs 4.0 kg |
| Energy Instrument Cords | 470383 | 9.625" x 6.3125" x 1.25" 24.45 cm x 16.03 cm x 3.175 cm | 0.5 lbs 0.23 kg |
| | 470384 | | 0.57 lbs 0.26 kg |
| Hasson Cones | 470398 | 14" x 5.5" x 4" 35.56 cm x 13.97 cm x 10.16 cm | 1.7 lbs 0.77 kg |
| | 470399 | | 1.8 lbs 0.8 kg |
| Instruments: Needle Drivers, Scissors, Forceps, Graspers and Clip Appliers, etc. | Most | 27" x 3.5" x 2" 68.58 cm x 5.08 cm x 8.9 cm | 1.08 lbs 0.49 kg |

DAVINCI | Xi | X

# Ordering and Terms·

## ORDERING METHODS

Purchase Orders accepted:

| | | | |
|---|---|---|---|
| **EDI (preferred)** | Global Health Exchange (GHX) | **E-mail** | ordersupport@intusurg.com |
| **Fax** | 408.523.2377 | **Customer Support** | 800.876.1310 |

## TERMS

| | |
|---|---|
| **Payment Terms** | Net 30 Days |
| **Delivery** | Estimated 2-Day standard delivery. FedEx is an Intuitive preferred courier. |
| | Standard Shipping Terms: FCA Intuitive warehouse (Incoterms 2010). |
| | All orders are subject to inventory availability. |
| | Advanced instrumentation will be delivered upon Customer's completion of the advanced instrument training verification. |
| | A $9.95 handling charge will be applied to customer-routed shipments. A customer-routed shipment is when the customer requests that their order be shipped on their own FedEx or UPS shipping account, and not on Intuitive's FedEx account. The handling charge supports the additional costs related to order fulfillment of customer-designated carrier shipments. |
| **Price Policy** | Pricing subject to change without notice, applicable taxes, and via freight charges may apply. |
| **Return Goods Policy** | All returns are authorized through Intuitive Customer Service. Please call toll free at 800.876.1310 to obtain a Return Material Authorization number (RMA#). Upon issuance of the RMA#, Customer Service will send the Customer a PDF of the Prepaid RMA Return Shipping label along with an RMA notification email. The Customer must print the Prepaid RMA Return Shipping label, affix it to the package, and call for a FedEx pickup or drop off the defective return at a FedEx location. All returned items must be accompanied with a valid RMA# and are requested to be received within 14 days of issuance or the RMA could be subject to cancellation. Intuitive Surgical will prepay for the return of the defective instruments. |

**Defective returns**
- Upon identification of a defective instrument, please call Intuitive Customer Service within 5 days.
- Prior to returning to Intuitive, items must be cleaned and decontaminated in accordance with current local environmental safety laws and standards.

**Excess returns**
- Items are required to be in the original packaging with no markings, seals intact, and to have been purchased within the last 12 months.
- Package excess returned inventory in a separate shipping container to prevent damage to original product packaging.

| | |
|---|---|
| **Credit Policy** | Intuitive will issue credit against original purchase order after full inspection is complete. |

**Credit for defective returns**
- Intuitive will issue credit on products based on failure analysis performed and individual warranty terms.
- For instruments, credit will be issued for the remaining lives, plus one additional life to compensate for usage at the time the issue was identified.
- Evidence of negligence, misuse and mishandling will not qualify for credit.

**Credit for excess-inventory returns**
- Excess-inventory returns will be valued at the invoice price.
- Original packaging must be unmarked, undamaged and seals intact to qualify for credit.

**Credit will be issued based on the following conditions**
- Products that were shipped less than 12 months prior to return request.
- If the original package is intact.
- If the product is within expiration date.

Intuitive will retain all returned product.

| | |
|---|---|
| **Warranty** | **Warranties are applied for manufacturing defects**<br>• Endoscope, Camera, and Simulator – 1 year warranty<br>• Accessories – 90 day warranty<br>• Instruments – see above for credit terms |

DAVINCI | Xi | X

# Ordering and Terms⁺ (continued)

**Use of Simulator**

Customer will ensure the proper use of the Simulator consistent with the Documentation, and Customer will ensure the proper management and supervision of the Simulator. Customer will not, nor will Customer permit any third party to, modify, disassemble, reverse engineer, alter, or misuse the Simulator. Prohibited actions include, but are not limited to: (1) adding or subtracting any Customer or third party equipment, hardware, firmware, or software to or from the Simulator, or (2) reconfiguring any of the Intuitive equipment, hardware, firmware, or software as originally provided to Customer as part of the Simulator without Intuitive's express written permission.

**Data Use**

Customer agrees that Intuitive and its affiliates within the Intuitive Surgical group of companies (collectively, "Intuitive") may collect data relating to the use of Intuitive products ("Data"). In some instances Data may be communicated via data gathering or transmission technology to Intuitive. In other instances, Intuitive may request Customer and Customer agrees to provide Data to Intuitive. Such Data may be used for a variety of purposes, including, but not limited to (1) providing support and preventative maintenance of Intuitive products, (2) improving Intuitive products or services, (3) ensuring compliance with applicable laws and regulations, and (4) providing a general resource for Intuitive's research and business development. Intuitive does not intend to collect protected health information (PHI) as defined by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) or analogous foreign patient privacy laws or regulations, as may be amended from time to time. In the event any Data communicated to Intuitive identifies an entity or individual, Intuitive will not share such Data with any third parties without the entity's or individual's consent, unless required by law or regulatory authorities.

**Software License and Restrictions**

Software embedded within the Simulator is provided under license and is not sold to Customer. Subject to the terms and conditions of this Agreement, Intuitive grants to Customer a non-exclusive, non-transferable, fully paid, restricted use license to use the Software solely as incorporated in the Simulator in machine-executable object code form and solely in connection with the operation of the Simulator as described in the Documentation. Customer must not use, copy, modify, or transfer the Software or any copy thereof, in whole or in part, except as expressly provided in this Agreement. In addition, Customer must not reverse engineer, decompile, disassemble, attempt to derive the source code for, or otherwise manipulate the Software, except that manipulation of the Software is permitted if, and then only to the extent that, the foregoing prohibition on manipulation is required to be modified by applicable law. In that case, Customer must first request from Intuitive the information to be sought from the Software, and Intuitive may, in its discretion, provide information to Customer under good faith restrictions and impose reasonable conditions on use of the Software. The structure and organization of the Software are valuable trade secrets of Intuitive and Customer will protect the Software as Intuitive's Proprietary Information. Intuitive reserves all rights to the Software not expressly granted to Customer.

**Networking Requirements**

Purchased equipment may require a network connection in order to achieve full functionality. Customer acknowledges that when Simulator is in use, Customer is responsible for maintaining an active network connection to Intuitive Simulator infrastructure as specified in the Simulator's network requirements, for the purpose of supporting all subscriptions services such as, latest simulation updates, OS patches, anti-virus updates, data backup and user account management capabilities. Customer is responsible for the security of the Simulator and the security of the internal network to which the Simulator is configured. Intuitive reserves the right to change, add, or remove functionalities or features at any time.

**Information Security**

Customer is responsible for maintaining the confidentiality of its username(s), password(s), account(s), as well as all activities that occur under that account(s) and both the physical and cyber-security of the Simulator.

Any term or condition contained in your purchase order or similar forms which is different from, inconsistent with, or in addition to these terms shall be void and of no effect unless agreed to in writing and signed by your authorized representative and an authorized representative of Intuitive.

⁺Ordering, terms and conditions are subject to revision.

For questions please contact Customer Service at 800.876.1310, Option 3

DAVINCI | Xi | X

NOTES

DAVINCI | Xi | X

NOTES

DAVINCI | Xi | X

**For more information or to order, call Intuitive Surgical toll-free.**
For the name of your local distributor, call Intuitive Surgical or visit
www.intuitive.com.

Call 1.800.876.1310 (toll-free)

Some products in the catalog may not be available in all countries.

**Important Safety Information**
For Important Safety Information, indications for use, risks, full cautions
and warnings, please refer to http://www.davincisurgery.com/safety
and www.intuitivesurgical.com/safety. © 2019 Intuitive Surgical, Inc.
All rights reserved. Product names are trademarks or registered
trademarks of their respective holders.