# EXHIBIT 3

**NOVEMBER 2015**

# *DA VINCI S* AND *DA VINCI SI*

## INSTRUMENT & ACCESSORY CATALOG

With pricing in US dollars



INTUITIVE
S U R G I C A L ®

# TABLE OF CONTENTS

**8 MM CAUTERY INSTRUMENTS**

6   *EndoWrist* Monopolar Cautery Instruments

6   *EndoWrist* Bipolar Cautery Instruments

7   *EndoWrist, One*™ Instruments

7   Ultrasonic Energy Instrument

7   *EndoWrist* Clip Appliers

**8 MM INSTRUMENTS**

8   *EndoWrist* Graspers

9   *EndoWrist* Needle Drivers

10   *EndoWrist* Scissors

10   *EndoWrist* Scalpels

11   Specialty Instruments

**8 MM ACCESSORIES**

12   Cannulas, Obturators, Seals, Disposable & Reusable Accessories

**5 MM INSTRUMENTS**

14   *EndoWrist* Monopolar Cautery Instruments

14   Ultrasonic Energy Instrument

14   *EndoWrist* Needle Driver

15   *EndoWrist* Scissors

15   *EndoWrist* Graspers

**5 MM ACCESSORIES**

16   Cannula, Obturator, Seal, Reducer, & Disposable Accessories

**_ENDOWRIST_ STABILIZER AND 12 MM ACCESSORIES**

17   Specialty Instrument

**_ENDOWRIST_ STAPLER SYSTEM COMPONENTS**

18   Kits, Simulation, Reloads, Reposables

19   Disposables and Accessories

**_SINGLE-SITE_ INSTRUMENTS**

20   *Single-Site* Instruments

21   *Single-Site* Reusable Accessories

23   *Single-Site* Disposable Accessories

23   *Single-Site* New Account Starter Kits

23   *Single-Site Skills Simulator*

24   *Single-Site* Training Instruments

24   *Single-Site* Instrument Specifications

INTUITIVE
SURGICAL®

# TABLE OF CONTENTS

25 *da Vinci® S*™ Accessories

26 *da Vinci® Si*™ Accessories

27 Energy Activation Cables

28 Sterilization Trays

29 *da Vinci® S*™ Vision Equipment

30 *da Vinci® Si*™ Vision Equipment

31 *EndoWrist®* Training Instruments and Accessories

33 Recommended Spares

34 8 mm *EndoWrist®* Instrument Specifications

36 5 mm *EndoWrist®* Instrument Specifications

37 Common Carton Dimensions and Weights

38 Ordering and Terms

For more information, call Intuitive Surgical

## 1.800.876.1310
or visit
# www.intuitivesurgical.com

Some products in the catalog may not be available in all countries.

INTUITIVE
SURGICAL®

# ENDOWRIST® INSTRUMENT APPLICATION MATRIX

R = Recommended Instruments
S = Supplemental Instruments

DA VINCI®
S/SI™

| | | Urology | | | Gynecology | | | Cardiothoracic | | | General | | | Pediatric | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Catalog | 8 MM INSTRUMENTS | PROSTATECTOMY | CYSTECTOMY | NEPHRECTOMY | HYSTERECTOMY | MYOMECTOMY | SACROCOLPOPEXY | MITRAL VALVE REPAIR | CARDIAC REVASCULARIZATION | LOBECTOMY | GASTRIC BYPASS | LOW ANTERIOR RESECTION | NISSEN FUNDOPLICATION | PYELOPLASTY | NISSEN FUNDOPLICATION |
| *ENDOWRIST* MONOPOLAR CAUTERY INSTRUMENTS | | | | | | | | | | | | | | | |
| 420179 | *Hot Shears*™ (Monopolar Curved Scissors) | R | R | R | R | R | R | | | S | R | R | R | | R |
| 420183 | Permanent Cautery Hook | S | R | R | R | R | | | | | R | R | R | | R |
| 420184 | Permanent Cautery Spatula | | | | S | | | R | R | R | | | | | |
| *ENDOWRIST* BIPOLAR CAUTERY INSTRUMENTS | | | | | | | | | | | | | | | |
| 420172 | Maryland Bipolar Forceps | R | R | R | R | R | R | | | | R | R | R | | |
| 420227 | *PK*® Dissecting Forceps | S | R | | R | R | R | | | | | R | | R | |
| 420205 | Fenestrated Bipolar Forceps | R | R | R | R | R | R | | | | | R | S | | |
| 420110 | *PreCise*™ Bipolar Forceps | | | | | | S | | | | | | | | |
| 420171 | Micro Bipolar Forceps | | | | | | | | R | | | | | | |
| 420344 | Curved Bipolar Dissector | | | | | | | | | R | | | | | |
| ULTRASONIC ENERGY INSTRUMENTS | | | | | | | | | | | | | | | |
| 420275 | *Harmonic ACE*® Curved Shears 8 mm | | | | | | | | | | R | S | R | | |
| *ENDOWRIST* NEEDLE DRIVERS | | | | | | | | | | | | | | | |
| 420006 | Large Needle Driver | R | R | R | R | R | R | R | R | S | R | R | R | | R |
| 420194 | *Mega*™ Needle Driver | | | | R | R | R | | | | | | | | |
| 420296 | *Large SutureCut*™ Needle Driver | | | | | | S | R | | | | | | | |
| 420309 | *Mega*™ *SutureCut*™ Needle Driver | S | | R | R | R | R | | | | | R | | | R |
| *ENDOWRIST* GRASPERS | | | | | | | | | | | | | | | |
| 420033 | Black Diamond Micro Forceps | | | | | | | | R | | | | | | R |
| 420093 | *ProGrasp*™ Forceps | S | R | R | | S | | | | | | | S | R | |
| 420049 | Cadiere Forceps | | | | S | S | R | | | | R | S | R | R | |
| 420207 | Tenaculum Forceps | | | | S | S | | | | | | | | | |
| 420190 | *Cobra*™ Grasper | | R | | S | R | S | | | | | | | | |
| 420036 | DeBakey Forceps | | | | | | | R | R | S | | | | R | |
| 420189 | Double Fenestrated Grasper | | | | S | | R | | | | | S | | | |
| 420048 | Long Tip Forceps | | | | | | | | | | | R | | | |
| 420181 | Resano Forceps | | | | | | | R | | | | | | | |
| 420121 | Fine Tissue Forceps | | | | | | | | | S | | | | | |
| 420278 | *Graptor*™ (Grasping Retractor) | | | | R | | R | | | | | S | | | |
| 420318 | *Small Graptor*™ (Grasping Retractor) | | | | R | | R | | | | | S | | | |
| 420343 | 5 mm Thoracic Grasper | | | | | | | | | R | | | | | |

INTUITIVE
SURGICAL®

# *ENDOWRIST®* INSTRUMENT APPLICATION MATRIX

**R** = Recommended Instruments
**S** = Supplemental Instruments

*DA VINCI®*
S/SI™

| | 8 MM INSTRUMENTS | Urology | | | Gynecology | | | Cardiothoracic | | | General | | | Pediatric | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PROSTATECTOMY | CYSTECTOMY | NEPHRECTOMY | HYSTERECTOMY | MYOMECTOMY | SACROCOLPOPEXY | MITRAL VALVE REPAIR | CARDIAC REVASCULARIZATION | LOBECTOMY | GASTRIC BYPASS | LOW ANTERIOR RESECTION | NISSEN FUNDOPLICATION | PYELOPLASTY | NISSEN FUNDOPLICATION |
| *ENDOWRIST* SCISSORS | | | | | | | | | | | | | | | |
| 420178 | Curved Scissors | S | | | | | | R | | S | | | | | |
| 420007 | Round Tip Scissors | S | R | | | | | | | | | | | R | |
| 420001 | Potts Scissors | | | | | | | R | | | | | | | |
| CLIP APPLIER | | | | | | | | | | | | | | | |
| 420230 | Large Clip Applier | R | R | R | | | | | | | | S | | | |
| 420003 | Small Clip Applier | R | | R | | | | | R | R | | | | | |
| 420327 | Medium-Large Clip Applier | R | R | R | S | S | S | S | S | S | R | R | R | | |
| SPECIALTY INSTRUMENTS | | | | | | | | | | | | | | | |
| 420204 | Atrial Retractor | | | | | | | R | | | | | | | |
| 420246 | Atrial Retractor Short Right | | | | | | | R | | | | | | | |
| 420192 | Valve Hook | | | | | | | R | | | | | | | |
| 420203 | Pericardial Dissector | | | | | | | | | | | | | | |
| 420249 | Dual Blade Retractor | | R | | | | | | | | | | | | |
| 420215 | Cardiac Probe Grasper | | | | | | | S | | | | | | | |
| 420182 | *EndoWrist®* Stabilizer | | | | | | | | R | | | | | | |
| 420170 | *EndoPass™* Delivery Instrument | | | | | | | | R | | | | | | |

# 8 MM CAUTERY INSTRUMENTS

## *ENDOWRIST*® MONOPOLAR CAUTERY INSTRUMENTS



**Hot Shears**™
**(Monopolar Curved Scissors)**

| $3,200.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420179 |
| Shown with Tip Cover Accessory | 400180 |



**Permanent Cautery Hook**

| $2,000.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420183 |



**Permanent Cautery Spatula**

| $2,000.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420184 |

## *ENDOWRIST*® BIPOLAR CAUTERY INSTRUMENTS



**Maryland Bipolar Forceps**

| $2,700.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420172 |



**Fenestrated Bipolar Forceps**

| $2,700.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420205 |



**Curved Bipolar Dissector**

| $2,700.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420344 |



**Micro Bipolar Forceps**

| $2,700.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420171 |



**PK**® **Dissecting Forceps**[1]

| $2,900.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420227 |



**PreCise**™ **Bipolar Forceps**

| $2,700.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420110 |

[1] Must purchase with compatible generator cord. See page 27.

INTUITIVE
SURGICAL®

# 8 MM CAUTERY INSTRUMENTS

## *ENDOWRIST. ONE*™ INSTRUMENTS



**Vessel Sealer[1]**

| $3,570.00 | 6 Units/Box Single Use |
|---|---|
| *da Vinci Si* | 410322 |



**Suction / Irrigator**

| $1,320.00 | 6 Units/Box Single Use |
|---|---|
| *da Vinci Si* | 410299 |

## ULTRASONIC ENERGY INSTRUMENT



**Harmonic ACE™ Curved Shears[2]**

| $1,100.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420275 |
| Insert Shown *(Single Use)* | 400272 |

## *ENDOWRIST*® CLIP APPLIERS



**Medium-Large Clip Applier[3]**

| $1,400.00 | 100 Closures |
|---|---|
| *da Vinci S/Si* | 420327 |

Validated for use only with Weck *Hem-o-lok*® medium-large polymer clip. Weck product code #544230
*Shown with Weck Hem-o-lok medium-large polymer clip*



**Large Clip Applier[4]**

| $1,400.00 | 100 Closures |
|---|---|
| *da Vinci S/Si* | 420230 |

Validated for use only with Weck *Hem-o-lok*® large polymer clip. Weck product code #544240
*Shown with Weck Hem-o-lok large polymer clip*



**Small Clip Applier[5]**

| $2,100.00 | 100 Closures |
|---|---|
| *da Vinci S/Si* | 420003 |

Validated for use only with Weck *Hemoclip*® small titanium clip. Weck product code #523835
*Shown with Weck Hemoclip Titanium clip*

[1] Requires hardware upgrade. Contact Customer Service for details.
[2] Non-wristed instrument based on Ethicon Endo-Surgery *Harmonic ACE™* technology. Requires *Harmonic ACE™* Curved Shears Insert (PN 400272) for use.
[3] Weck *Hem-o-lok*® medium-large polymer clip (Weck product code #544230) is the only compatible clip used with this instrument. To order, contact Teleflex Medical (www.teleflex.com) or your local distributor.
[4] Weck *Hem-o-lok*® large polymer clip (Weck product code #544240) is the only compatible clip used with this instrument. To order, contact Teleflex Medical www.teleflex.com or your local distributor.
[5] Weck *Hemoclip*® small titanium clip (Weck product code #523835) is the only validated clip used with this instrument. To order in the U.S., contact Teleflex Medical, 800-234-9325. Not compatible with Weck *Horizon*™ family clips.

# 8 MM INSTRUMENTS

## *ENDOWRIST*® GRASPERS



### *ProGrasp*™ Forceps

| $2,200.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420093 |



### Tenaculum Forceps

| $2,200.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420207 |



### Long Tip Forceps

| $2,450.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420048 |



### DeBakey Forceps

| $1,850.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420036 |



### Resano Forceps

| $2,200.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420181 |



### Cadiere Forceps

| $2,000.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420049 |



### Cobra Grasper

| $2,200.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420190 |



### Double Fenestrated Grasper

| $2,000.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420189 |



### *Small Graptor*™
### (Grasping Retractor)

| $2,400.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420318 |



### *Graptor*™
### (Grasping Retractor)

| $2,400.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420278 |



# 8 MM INSTRUMENTS

## ENDOWRIST® GRASPERS CONTINUED



**Black Diamond Micro Forceps**

| $2,500.00 | 15 Uses |
|---|---|
| *da Vinci S/Si* | 420033 |



**Fine Tissue Forceps**

| $2,800.00 | 15 Uses |
|---|---|
| *da Vinci S/Si* | 420121 |

## ENDOWRIST® NEEDLE DRIVERS



**Large Needle Driver**

| $2,200.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420006 |



***Mega SutureCut*™ Needle Driver**

| $2,400.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420309 |



***Mega*™ Needle Driver**

| $2,200.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420194 |



**Large *SutureCut*™ Needle Driver**

| $2,400.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420296 |

9



# 8 MM INSTRUMENTS

## *ENDOWRIST*® SCISSORS



**Potts Scissors**

| $1,950.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420001 |



**Round Tip Scissors**

| $1,950.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420007 |



**Curved Scissors**

| $2,000.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420178 |

## *ENDOWRIST*® SCALPELS



**Snap-Fit™ Scalpel Instrument**

| $2,250.00 | 30 Uses |
|---|---|
| *da Vinci S/Si* | 420157 |
| Shown with Snap-Fit 15º Blue Blade | 400152 |



**Snap-Fit™ Scalpel Instrument**

| $2,250.00 | 30 Uses |
|---|---|
| *da Vinci S/Si* | 420157 |
| Shown with Snap-Fit Paddle Blade | 400158 |

# 8 MM INSTRUMENTS

## SPECIALTY INSTRUMENTS



**Atrial Retractor**

| $2,950.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420204 |



**Atrial Retractor Short Right**

| $2,950.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420246 |



**Cardiac Probe Grasper**

| $2,200.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420215 |



**Dual Blade Retractor**

| $2,950.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420249 |



***EndoPass* Delivery Instrument**

| $1,800.00 | 30 Uses |
|---|---|
| *da Vinci S/Si* | 420170 |
| Shown with Cartridge | 331788 |



**Pericardial Dissector**

| $2,200.00 | 10 Uses |
|---|---|
| *da Vinci S/Si* | 420203 |



**Valve Hook**

| $1,800.00 | 15 Uses |
|---|---|
| *da Vinci S/Si* | 420192 |

# 8 MM ACCESSORIES

## 8 MM CANNULAS, OBTURATORS, AND SEALS

| | DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 400077 | 8 mm Cannula Seal (10/12 mm Cannula Seal) | 10 | $150.00 |
| | 420002 | 8 mm Instrument Cannula | 1 | $560.00 |
| | 420254 | 8 mm Cannula with Outlet | 1 | $960.00 |
| | 420004 | 8 mm Instrument Cannula, Long | 1 | $600.00 |
| | 420255 | 8 mm Cannula with Outlet, Long | 1 | $1,000.00 |
| | 420319 | 8 mm Flared Cannula | 1 | $980.00 |
| | 420378 | *EndoWrist* Stapler Cannula Kit [1] | 1 | $3,280.00 |
| | 420008 | 8 mm Blunt Obturator | 1 | $550.00 |
| | 420009 | 8 mm Blunt Obturator, Long | 1 | $590.00 |
| | 420023 | 8 mm Bladeless Obturator (Disposable) | 24 | $600.00 |
| | 420024 | 8 mm Bladeless Obturator, Long (Disposable) | 24 | $600.00 |

## 8 MM DISPOSABLE INSTRUMENT ACCESSORIES

| | DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 400180 | Tip Cover Accessory | 10 | $200.00 |
| | 400272 | *Harmonic ACE*® Curved Shears Insert | 5 | $2,150.00 |
| | 400152 | *Snap-fit*™ 15° Blue Blade | 20 | $1,200.00 |
| | 400158 | *Snap-fit*™ Paddle Blade | 20 | $900.00 |

## 8 MM CANNULAS, OBTURATORS, AND SEALS

| | DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 340084 | Blade Protector, *Snap-fit*™ | 1 | $60.00 |
| | 340250 | Reusable Insertion Tool, *Snap-fit*™ | 1 | $70.00 |
| | 331788 | Blank Cartridge, *EndoPass*™ (for *EndoPass* Delivery Instrument) | 1 | $290.00 |

[1] Stapler Cannula Kit contains: 1 – *EndoWrist* Stapler Cannula;  1 – *EndoWrist* Stapler Cannula Blunt Obturator; 1 – *EndoWrist* Stapler Cannula Reducer.



# 5 MM

## INSTRUMENTS AND ACCESSORIES

# 5 MM INSTRUMENTS

## *ENDOWRIST*® MONOPOLAR CAUTERY INSTRUMENTS



**Monopolar Cautery**

| $3,870.00 | 18 Uses |
|---|---|
| *da Vinci S/Si* | 420142 |
| Shown with Cautery Hook Tip | 400156 |



**Monopolar Cautery**

| $3,870.00 | 18 Uses |
|---|---|
| *da Vinci S/Si* | 420142 |
| Shown with Cautery Spatula Tip | 400160 |

## ULTRASONIC ENERGY INSTRUMENT



***Harmonic ACE*® Curved Shears[1]**

| $1,100.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420274 |
| Insert Shown (*Single Use*) | 400272 |

## *ENDOWRIST*® NEEDLE DRIVER



**Needle Driver**

| $4,300.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420117 |

[1] Non-wristed instrument based on Ethicon Endo-Surgery *Harmonic ACE*® technology. Requires *Harmonic ACE*® Curved Shears Insert (PN 400272) for use.



# 5 MM INSTRUMENTS

### *ENDOWRIST*® SCISSORS



**Round Tip Scissors**

| $3,200.00 | 12 Uses |
|---|---|
| *da Vinci S/Si* | 420141 |



**Curved Scissors**

| $3,000.00 | 12 Uses |
|---|---|
| *da Vinci S/Si* | 420146 |

### *ENDOWRIST*® GRASPERS



**Maryland Dissector**

| $4,300.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420143 |



**DeBakey Forceps**

| $4,600.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420145 |



**Schertel Grasper**

| $4,300.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420139 |



**Bowel Grasper**

| $4,300.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420177 |



**Thoracic Grasper**

| $4,800.00 | 20 Uses |
|---|---|
| *da Vinci S/Si* | 420343 |



# 5 MM ACCESSORIES

## 5 MM CANNULA, OBTURATOR, SEAL, AND REDUCER

| | DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 400161 | 5 mm Cannula Seal | 20 | $340.00 |
| | 420011 | 5 mm Cannula | 1 | $900.00 |
| | 420262 | 5 mm Flared Cannula | 1 | $980.00 |
| | 420013 | 5 mm Blunt Obturator | 1 | $550.00 |
| | 420019 | 8 mm to 5 mm Reducer | 1 | $1,050.00 |

## 5 MM DISPOSABLE INSTRUMENT ACCESSORIES

| | DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 400156 | Cautery Hook Tip | 10 | $850.00 |
| | 400160 | Cautery Spatula Tip | 10 | $850.00 |
| | 400272 | *Harmonic ACE*® Curved Shears Insert | 5 | $2,150.00 |

# *ENDOWRIST* STABILIZER AND 12 MM ACCESSORIES

## SPECIALTY INSTRUMENT



**EndoWrist Stabilizer**

| $8,000.00 | 10 Uses |
| --- | --- |
| *da Vinci S/Si* | 420182 |
| Shown with Tubing | 420185 420186 |

## 12 MM CANNULA, OBTURATOR, AND SEALS[1]

| | DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
| --- | --- | --- | --- | --- |
| | 420206 | 8.5 - 13 mm Cannula Seal (12 mm Cannula Seal) | 10 | $400.00 |
| | 420020 | 12 mm Instrument Cannula | 1 | $950.00 |
| | 420021 | 12 mm Blunt Obturator | 1 | $750.00 |

## 12 MM DISPOSABLE INSTRUMENT ACCESSORIES[1]

| DA VINCI S/SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
| --- | --- | --- | --- |
| 420185 | *Clearfield*™ Tubing for *EndoWrist*® Stabilizer | 5 | $1,300.00 |
| 420186 | *CardioVac*™ Tubing for *EndoWrist*® Stabilizer | 5 | $1,450.00 |
| 420187 | *Vacuum Source*™ Tubing Set for *EndoWrist*® Stabilizer | 5 | $300.00 |

[1] Required for use with *EndoWrist* Stabilizer.


# *ENDOWRIST* STAPLER SYSTEM COMPONENTS

## *ENDOWRIST* STAPLER 45 STARTER KIT

| DA VINCI SI | PRODUCT DESCRIPTION | PRICE |
|---|---|---|
| 381126 | **EndoWrist® Stapler 45 Starter Kit**<br>**Provides 100 firings with 2-*EndoWrist* Stapler 45 Instruments. Includes the necessary training product and documentation to begin using the Stapler.**<br>Includes:  2 – *EndoWrist* Stapler 45 Instrument, Reposable<br>2 – *EndoWrist* Stapler Motor Pack Kit, Reposable<br>1 – *EndoWrist* Stapler 45 Sheath (10 per box), Disposable Procedural Item<br>1 – *EndoWrist* Stapler Cannula Seal (10 per box), Disposable Procedural Item<br>2 – *EndoWrist* Stapler Cannula Kit, Accessory<br>1 – Instrument Control Box for *EndoWrist One* Vessel Sealer and *EndoWrist* Stapler, Accessory (if needed)<br>1 – Stapler Cleaning and Sterilization Kit<br>1 – Field Sales In-Service Kit | $29,175.00 |

## *ENDOWRIST* STAPLER SIMULATION

| DA VINCI SI | PRODUCT DESCRIPTION | USES | UNITS/BOX | PRICE |
|---|---|---|---|---|
| 381159 | *EndoWrist* Stapler Simulation Module | N/A | 1 | $2,000.00 |

## *ENDOWRIST* STAPLER 45 RELOADS

| | DA VINCI SI | PRODUCT DESCRIPTION | USES | UNITS/BOX | PRICE |
|---|---|---|---|---|---|
| | 410298 | *EndoWrist®* Stapler 45 Instrument | 50 Firings | 1 | $7,000.00 |
| | 381127 | *EndoWrist®* Stapler Motor Pack Kit Includes:<br>1 – *EndoWrist* Stapler Motor Pack, Reposable<br>1 – *EndoWrist* Stapler Cable, Reposable<br>1 – *EndoWrist* Stapler Release Kit, Reposable | 500 Firings | 1 | $4,500.00 |

## *ENDOWRIST* STAPLER 45 REPOSABLES

| | DA VINCI SI | PRODUCT DESCRIPTION | USES | UNITS/BOX | PRICE |
|---|---|---|---|---|---|
| | 41645B | *EndoWrist®* Stapler 45 Blue Reload | One Firing | 12 | $2160.00 |
| | 41445G | *EndoWrist* Stapler 45 Green Reload | One Firing | 12 | $2160.00 |

INTUITIVE
SURGICAL®

12 MM

# *ENDOWRIST* STAPLER SYSTEM COMPONENTS

## *ENDOWRIST* STAPLER 45 DISPOSABLES

| | DA VINCI SI | PRODUCT DESCRIPTION | USES | UNITS/BOX | PRICE |
|---|---|---|---|---|---|
|  | 410370 | EndoWrist® Stapler 45 Sheath | One Procedure | 10 | $200.00 |
|  | 410351 | EndoWrist® Stapler Cannula Seal | One Procedure | 10 | $200.00 |

## *ENDOWRIST* STAPLER 45 ACCESSORIES

| | DA VINCI SI | PRODUCT DESCRIPTION | USES | UNITS/BOX | PRICE |
|---|---|---|---|---|---|
|  | 420378 | *EndoWrist* Stapler Cannula Kit | N/A | 1 | $3,280.00 |
|  | 381182 | *EndoWrist* Stapler Cable | Discard when Stapler Motor Pack Expires | 1 | $200.00 |

# *SINGLE-SITE* 5 MM INSTRUMENTS



**Maryland Dissector**

| | |
|---|---|
| $620.00 | 5 Uses |
| *da Vinci Si* | 428050 |



**Permanent Cautery (hook)**

| | |
|---|---|
| $1,425.00 | 10 Uses |
| *da Vinci Si* | 428090 |



**Curved Needle Driver**

| | |
|---|---|
| $620.00 | 5 Uses |
| *da Vinci Si* | 428088 |



**Wristed Needle Driver**

| | |
|---|---|
| $1,250.00 | 5 Uses |
| *da Vinci Si* | 428115 |



**Suction Irrigator**

| | |
|---|---|
| $285.00 | 10 Uses |
| *da Vinci Si* | 428054 |



**Cadiere Forceps**

| | |
|---|---|
| $595.00 | 5 Uses |
| *da Vinci Si* | 428055 |



**Curved Scissors**

| | |
|---|---|
| $620.00 | 5 Uses |
| *da Vinci Si* | 428057 |



**Fundus Grasper**

| | |
|---|---|
| $595.00 | 5 Uses |
| *da Vinci Si* | 428058 |



**Medium-Large Clip Applier**

| | |
|---|---|
| $665.00 | 40 Closures |
| *da Vinci Si* | 428053 |

Validated for use with Weck Hem-o-lok®
medium-large polymer clip.
Weck product code #544230.



**Crocodile Grasper**

| | |
|---|---|
| $595.00 | 5 Uses |
| *da Vinci Si* | 428059 |



**Fenestrated Bipolar Forceps**

| | |
|---|---|
| $1,540.00 | 6 Units/ Box - Single Use |
| *da Vinci S/Si* | 428093 |



**5 mm Maryland Bipolar Forceps**

| | |
|---|---|
| $1,540.00 | 6 Units/ Box - Single Use |
| *da Vinci S/Si* | 428080 |



5 MM

# *SINGLE-SITE* REUSABLE ACCESSORIES

## *SINGLE-SITE* CANNULAE AND OBTURATORS

| | DA VINCI SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 428071 | 5 x 250 mm Curved Cannula, Arm 1 | 1 | $1,000.00 |
| | 428072 | 5 x 250 mm Curved Cannula, Arm 2 | 1 | $1,000.00 |
| | 428074 | 5 x 250 mm Flexible Blunt Tip Obturator | 1 | $600.00 |
| | 428061 | 5 x 300 mm Curved Cannula, Arm 1 | 1 | $1,000.00 |
| | 428062 | 5 x 300 mm Curved Cannula, Arm 2 | 1 | $1,000.00 |
| | 428064 | 5 x 300 mm Flexible Blunt Tip Obturator | 1 | $600.00 |
| | 428060 | 5 mm Accessory Cannula | 1 | $900.00 |
| | 420013 | 5 mm Blunt Obturator | 1 | $650.00 |
| | 400263 | 8.5 mm Endoscope Cannula | 1 | $1,300.00 |
| | 371521 | 12 mm Endoscope Cannula Mount, ETH/TAUT | 1 | $1,750.00 |
| | 420008 | 8 mm Blunt Obturator | 1 | $550.00 |
| | 428076 | 10 mm Accessory Cannula | 1 | $900.00 |
| | 428084 | 10 mm Blunt Obturator | 1 | $550.00 |
| | 428083 | Dock Assist Tool | 1 | $25.00 |



# *SINGLE-SITE* REUSABLE ACCESSORIES

### *SINGLE-SITE* REUSABLE ENDOSCOPES

| DA VINCI SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|
| 371938 | 8.5 mm *Si* Endoscope, 0˚ | 1 | $18,800.00 |
| 371939 | 8.5 mm *Si* Endoscope, 30˚ | 1 | $18,800.00 |
| 372010 | 8.5 mm Fluorescence Endoscope 0˚ | 1 | $21,600.00 |
| 372011 | 8.5 mm Fluorescence Endoscope 30˚ | 1 | $21,600.00 |
| 371679 | 8.5 mm Alignment Target | 1 | $500.00 |



# *SINGLE-SITE* DISPOSABLE ACCESSORIES

## *SINGLE-SITE* SEAL AND PORT ACCESSORIES

| | DA VINCI SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|---|
| | 400077 | 10 mm Cannula Green Seal | 10 | $150.00 |
| | 400161 | 5 mm Cannula Seal | 20 | $340.00 |
| | 420206 | 8.5-13 mm Cannula Seal | 10 | $400.00 |
| | 428065 | *Single-Site*™ Port for 8.5 mm Endoscope | 10 | $1,425.00 |

# *SINGLE-SITE* NEW ACCOUNT STARTER KITS

| DA VINCI SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|
| 428112 | *Single-Site* Hardware Kit for *da Vinci Si* – NON-US Customers ONLY | 1 | $19,950.00 |
| 428113 | *Single-Site* Hardware Kit for *da Vinci Si* – US Customers ONLY | 1 | $19,950.00 |
| 428107 | *Single-Site* Hysterectomy Procedure Kit, 20 cases for *da Vinci Si* | 1 | $19,015.00 |
| 428108 | *Single-Site* Cholecystectomy Procedure Kit, 20 cases for *da Vinci Si* | 1 | $19,135.00 |

# *SINGLE-SITE SKILLS SIMULATOR*

| DA VINCI SI | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|
| 381204 | *Single-Site Skills Simulator* Module | 1 | $1,000.00 |

# *SINGLE-SITE* TRAINING INSTRUMENTS

| DA VINCI SI | PRODUCT DESCRIPTION | USES | UNITS / BOX | PRICE |
|---|---|---|---|---|
| 428050-T | 5 mm Maryland Dissector | 15 | 1 | $500.00 |
| 428053-T | 5 mm Medium-Large Clip Applier | 100 closures | 1 | $500.00 |
| 428054-T | 5 mm Suction Irrigator | 30 | 1 | $500.00 |
| 428055-T | 5 mm Cadiere Forceps | 15 | 1 | $500.00 |
| 428057-T | 5 mm Curved Scissors | 15 | 1 | $500.00 |
| 428058-T | 5 mm Fundus Grasper | 15 | 1 | $500.00 |
| 428059-T | 5 mm Crocodile Grasper | 15 | 1 | $500.00 |
| 428088-T | 5 mm Curved Needle Driver | 15 | 1 | $500.00 |
| 428090-T | 5 mm Permanent Cautery Hook | 15 | 1 | $500.00 |
| 428115-T | 5 mm Wristed Needle Driver | 15 | 1 | $1,000.00 |

# *SINGLE-SITE* INSTRUMENT SPECIFICATIONS

| PART | | DIMENSION/WEIGHT |
|---|---|---|
| Total length | | 57 cm (22.5") or less |
| Length from centerline of distal input disk to distal tip (Instrument Length) | | 50.584 cm (19.915") or less |
| Usable length (Insertable length) | | 38 cm (15") or more |
| Tip Length | Shaft | 5.46 +/- 0.13mm (0.215 +/- 0.005") |
| | Tip | 5.8 mm (0.229") or less |
| | Usable length (Insertable length) | 38 cm (15") or more |
| | Maryland Dissector (428050) | 18.20 +/- 0.05 mm (0.713 +/- 0.002") |
| | Cadiere Grasper (428055) | 19.10 +/- 0.05 mm (0.752 +/- 0.002") |
| | Fundus Grasper (428058) | 19.10 +/- 0.05 mm (0.752 +/- 0.002") |
| | Crocodile Grasper (428059) | 19.10 +/- 0.05 mm (0.752 +/- 0.002") |
| | 5mm Curved Needle Driver (428088) | 9.80 +/- 0.05 mm (0.386 +/- 0.002") |
| | Hem-O-Lock ML Clip Applier (428053) | 14.50 +/- 0.05 mm (0.571 +/- 0.004") |
| | Suction Irrigator (428054) | 9.30 +/- 0.10 mm (0.366 +/- 0.004") |
| | 5 mm Maryland Bipolar Forceps (428080) | 18.20 +/- 0.05 mm (0.717 +/- 0.002") |
| | Curved Scissors (428057) | 12.70 +/- 0.05 mm (0.500 +/- 0.002") |
| | 5 mm Permanent Cautery Hook (428090) | 8.05 +/- 0.20 mm (0.317 +/- 0.008") |
| | Fenestrated Bipolar Forceps (428093) | 19.10 +/- 0.10 mm (0.317 +/- 0.004") |
| | 5 mm Wristed Needle Driver (428115) | 8.42 +/- 0.05 mm (0.331 +/- 0.002") |
| | Length | 91 - 97 mm (3.6 - 3.8") |
| | Width | 64 - 69 mm (2.5 - 2.7") |
| | Height | 35 - 41 mm (1.4 - 1.6") |
| Weight | | 0.23 kg (0.5 lb) or less |

INTUITIVE
SURGICAL®

# DA VINCI®S™ ACCESSORIES

## DA VINCI S DRAPES

| DA VINCI S | PRODUCT DESCRIPTION | UNITS / BOX | PRICE |
|---|---|---|---|
| 420256 | Disposable Accessory Kit, 3-Arm* | 5 | $870.00 |
| 420258 | Disposable Accessory Kit, 4-Arm* | 5 | $1,170.00 |
| 420015 | Instrument Arm Drape | 20 | $900.00 |
| 400027 | Camera Head Drape | 20 | $500.00 |
| 420022 | Camera Arm Drape | 20 | $590.00 |
| 420017 | Patient-Cart Monitor Drape | 20 | $500.00 |
| 420026 | Vision-Cart Monitor Drape | 20 | $500.00 |

## REUSABLE DA VINCI S ACCESSORIES

| | DA VINCI S | PRODUCT DESCRIPTION | UNITS / BOX | PRICE |
|---|---|---|---|---|
|  | 371521 | 12 mm Endoscope Cannula Mount, ETH/TAUT | 1 | $1,750.00 |
| | 371454 | 12 mm Endoscope Cannula Mount, COV | 1 | $1,750.00 |
| | 371528 | 12 mm Endoscope Cannula Mount, APPMED | 1 | $1,750.00 |
| | 371512 | 12 mm Endoscope Cannula Mount, Balloon Port 15 mm[1] | 1 | $1,750.00 |
|  | 370534 | Camera Arm Sterile Adapter | 1 | $950.00 |
|  | 311613 | Camera Head Sterile Adapter | 1 | $1,500.00 |
|  | 710142 | Instrument Release Kit | 1 | $0.00 |
| | 380980 | da Vinci S Console to Patient Cart Cable Kit | 1 | $1,295.00 |
| | 380981 | da Vinci S Console to Vision System Cable Kit | 1 | $1,995.00 |
| | 380979 | da Vinci S Audio Cable Kit | 1 | $575.00 |

* Disposable Accessory Kits contain 8 mm Cannula Seals, Camera Drape, Camera Arm Drape, and Instrument Arm Drapes.
[1] Compatible with SurgiQuest AirSeal® Optical Tip Trocar (12 mm).

# *DA VINCI® SI™* ACCESSORIES

## *DA VINCI SI* DRAPES

| DA VINCI SI | PRODUCT DESCRIPTION | UNITS / BOX | PRICE |
|---|---|---|---|
| 420290 | Disposable Accessory Kit, 3-Arm* | 5 | $1,000.00 |
| 420291 | Disposable Accessory Kit, 4-Arm* | 5 | $1,300.00 |
| 420015 | Instrument Arm Drape | 20 | $900.00 |
| 420273 | Camera Head Drape | 20 | $820.00 |
| 420279 | Camera Arm Drape | 20 | $840.00 |
| 420281 | Monitor Drape | 20 | $560.00 |

## REUSABLE *DA VINCI SI* ACCESSORIES

| | DA VINCI SI | PRODUCT DESCRIPTION | UNITS / BOX | PRICE |
|---|---|---|---|---|
| | 371521 | 12 mm Endoscope Cannula Mount, ETH/TAUT | 1 | $1,750.00 |
| | 371454 | 12 mm Endoscope Cannula Mount, COV | 1 | $1,750.00 |
| | 371528 | 12 mm Endoscope Cannula Mount, APPMED | 1 | $1,750.00 |
| | 371512 | 12 mm Endoscope Cannula Mount, Balloon Port 15 mm [1] | 1 | $1,750.00 |
| | 710142 | Instrument Release Kit | 1 | $0.00 |
| | 380989 | Blue Fiber Cable Kit | 1 | $2,500.00 |

## FLUORESCENCE IMAGING

| ORDER CODE | PRODUCT DESCRIPTION | UNITS / BOX | PRICE |
|---|---|---|---|
| 950156 | Fluorescence Imaging Procedure Kit<br>Includes:  1 – 25 mg Vial of ICG, sterile<br>1 – 10 ml Vial of Water, sterile<br>2 – 12.0 ml Syringes with Luer Lock Tips, sterile<br>2 – 6.0 ml Syringes with Luer Lock Tips, sterile<br>1 – 2 Gang, 4-way Stopcock with Luer Lock, sterile<br>1 – 18 Gauge 1" Needle, sterile<br>1 - Instructions for Use - ISI (PN: 550976), non-sterile<br>1 - Instructions for Use - Pulsion (PN: 251332), non-sterile<br>1 - Anesthesiologist Reference Card (PN: 551384), non-sterile | 6 | $1,170.00 |

## UPGRADE OPTIONS

| ORDER CODE | PRODUCT DESCRIPTION | UNITS / BOX | PRICE |
|---|---|---|---|
| 260070 | Video Expansion Kit ** | 1 | Upon Request |
| 380928 | *VisionBoom™* Integrator's Kit | 1 | Upon Request |
| 381175 | *VisionBoom™* Extension Cable | 1 | Upon Request |
| 260075 | Vessel Sealer and Stapler Vision Cart Upgrade | 1 | Upon Request |
| 380993 | *Firefly™* Fluorescence Imaging Upgrade | 1 | Upon Request |
| 372273 | *da Vinci® Skills Simulator™* | 1 | Upon Request |

\* Disposable Accessory Kits contain 8 mm Cannula Seals, Camera, Camera Arm, and Instrument Arm Drapes.
\*\* Video Expansion Kit is already included if you have a Dual Console configuration.
[1] Compatible with SurgiQuest AirSeal® Optical Tip Trocar (12 mm).

**INTUITIVE**
S U R G I C A L®

# ENERGY ACTIVATION CABLES

## *DA VINCI S* ENERGY ACTIVATION CABLES

| ORDER CODE | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|
| 370193 | Monopolar Energy Activation Cable, Valleylab | 1 | $190.00 |
| 370447 | Monopolar Energy Activation Cable, ERBE | 1 | $190.00 |
| 371378 | Monopolar Energy Activation Cable, CONMED | 1 | $190.00 |
| 371498 | Bipolar Energy Activation Cable, Valleylab | 1 | $190.00 |
| 371499 | Bipolar Energy Activation Cable, ERBE | 1 | $190.00 |
| 371500 | Bipolar Energy Activation Cable, CONMED | 1 | $190.00 |
| 370369 | Bipolar Energy Activation Cable, Gyrus ACMI | 1 | $190.00 |

## *DA VINCI SI* ENERGY ACTIVATION CABLES

| ORDER CODE | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|
| 371715 | Energy Activation Cable, Valleylab | 1 | $950.00 |
| 371717 | Energy Activation Cable, CONMED | 1 | $950.00 |
| 371718 | Energy Activation Cable, Gyrus ACMI | 1 | $950.00 |
| 371871 | Energy Activation Cable, ERBE | 1 | $950.00 |
| 371870 | Energy Activation Cable, Ethicon | 1 | $950.00 |

## CAUTERY CORDS

| ORDER CODE | PRODUCT DESCRIPTION | UNITS/BOX | PRICE |
|---|---|---|---|
| 400228 | PK Instrument Cord, PK/SP Generator (10 ft.) [1] | 1 | $270.00 |
| 400229 | PK Instrument Cord, G400 Generator (17 ft.) [1] | 1 | $270.00 |

## CABLE COMPATIBILITY

| GENERATOR MODEL | *DA VINCI SI* ENERGY ACTIVATION CABLE PN MONOPOLAR/BIPOLAR/OTHER | *DA VINCI S* ENERGY ACTIVATION CABLE PN MONOPOLAR | BIPOLAR |
|---|---|---|---|
| Valleylab Force Triad [2] Valleylab FX-C | 371715 | 370193 | 371498 |
| ERBE VIO 300 D [3] ERBE ICC 350 | 371871 | 370447 | 371499 |
| ConMed System 5000 | 371717 | 371378 | 371500 |
| Gyrus ACMI G400 [4] | 371718 | N/A | 370369 |
| Ethicon Generator G11 (GEN11)[5] | 371870 | N/A | N/A |

**Note:** Not all *da Vinci* and *da Vinci S* Surgical Systems are equipped with a bipolar connection and will not be compatible with the above bipolar energy activation cables. Contact your local *Intuitive Surgical* representative to confirm your system's configuration.

[1]  Recommended for 20 uses only.
[2]  The Valleylab Force Triad requires an adapter to connect to a standard four-pin monopolar footswitch. This adapter ships with the generator, and can be ordered from the manufacturer (PN 207500972).
[3]  The ERBE VIO 300 D requires either a monopolar footswitch adapter (ERBE PN 20140-004) or a bipolar footswitch adapter (ERBE PN 20140-007), which can be ordered from the manufacturer.
[4]  Minimum recommended software level of the Gyrus ACMI G400 is v1.08
[5]  The *da Vinci Si* energy activation cable for Ethicon generators (PN 371870) includes an adapter (PN 372600) that allows connection to the GEN11 generator.

# STERILIZATION TRAYS*

| | ORDER CODE | PRODUCT DESCRIPTION | PRICE |
|---|---|---|---|
|  | 400220 | Single Instrument Tray | $600.00 |
|  | 400221 | Instrument Tray<br>Holds up to 8 *EndoWrist* instruments | $1,200.00 |

*All trays MUST always be wrapped prior to sterilization to maintain sterility. Refer to Sterilization Trays chapter in the Instruments and Accessories User Manual (PN 550675).

# DA VINCI® S™ VISION EQUIPMENT

## 3D VISION SYSTEM ACCESSORIES

| | DA VINCI S | PRODUCT DESCRIPTION | PRICE |
|---|---|---|---|
| | 380609 | Camera Head and Cable (Panasonic® HD Vision System) | $40,000.00 |
|  | 311464 | Endoscope, 12 mm 0° | $15,000.00 |
|  | 311465 | Endoscope, 12 mm 30° | $15,000.00 |
|  | 370678 | 12 mm Endoscope Alignment Target[2] | $500.00 |
|  | 951021 | Bifurcated Light Guide | $950.00 |
|  | 313035 | Light Guide Cable Adapter | $30.00 |
| | 950076 | Illuminator Lamp Module, Model Y1866[1] | $700.00 |
| | 371564 | Panasonic HD Camera Cable | $3,900.00 |
| | 372169 | Panasonic SD Camera Cable | $800.00 |

## 8.5 MM ENDOSCOPE AND ACCESSORIES *(COMPATIBLE WITH HD AND SD VISION SYSTEMS)*

| | DA VINCI S | PRODUCT DESCRIPTION | PRICE |
|---|---|---|---|
|  | 420206 | 8.5 - 13 mm Cannula Seal,  (12 mm Seal, Box of 10) | $400.00 |

[1] Lamp module should be replaced before 500 hours of use
[2] Used for both 0 and 30 degree scopes

# *DA VINCI® SI™* VISION EQUIPMENT

## 3D VISION SYSTEM ACCESSORIES

| | *DA VINCI SI* | PRODUCT DESCRIPTION | PRICE |
|---|---|---|---|
| | 380982 | Camera Head[1] | $47,500.00 |
| | 381103 | Fluorescence Imaging Camera Head | $55,000.00 |
|  | 370890 | 12 mm Endoscope 0˚ | $16,000.00 |
|  | 370891 | 12 mm Endoscope, 30˚ | $16,000.00 |
|  | 370892 | 12 mm Fluorescence Endoscope 0˚ | $18,800.00 |
|  | 370893 | 12 mm Fluorescence Endoscope, 30˚ | $18,800.00 |
|  | 370678 | 12 mm Endoscope Alignment Target[2] | $500.00 |
| | 371868 | Camera Cable | $5,900.00 |
| | 951026 | Light Guide Cable | $2,800.00 |
| | 950093 | Lamp Module, Model Y1903[3] | $800.00 |

## 8.5 MM ENDOSCOPES AND ACCESSORIES

| | *DA VINCI SI* | PRODUCT DESCRIPTION | PRICE |
|---|---|---|---|
|  | 371938 | 8.5 mm Endoscope 0˚ | $18,800.00 |
|  | 371939 | 8.5 mm Endoscope 30˚ | $18,800.00 |
|  | 372010 | 8.5 mm Fluorescence Endoscope 0˚ | $21,600.00 |
|  | 372011 | 8.5 mm Fluorescence Endoscope 30˚ | $21,600.00 |
|  | 371679 | 8.5 mm Endoscope Alignment Target[2] | $500.00 |
|  | 420260 | 8.5 mm Endoscope Cannula[4] | $1,300.00 |
|  | 420206 | 8.5 - 13 mm Cannula Seal, (12 mm Seal, Box of 10) | $400.00 |

[1] Camera Head Assembly includes Camera Cable and Light Guide Cable
[2] Used for both 0 and 30 degree scopes
[3] Lamp module should be replaced before 1,000 hours of use. For use only with non-fluorescence illuminator.
[4] Validated for use with Endoscope Cannula Mount, ETH (PN 371521). See page 26.

INTUITIVE
S U R G I C A L®

# ENDOWRIST® TRAINING INSTRUMENTS AND ACCESSORIES

## DA VINCI S/SI TRAINING INSTRUMENTS

| DA VINCI S/SI | PRODUCT DESCRIPTION | USES | PRICE |
|---|---|---|---|
| 420001-T | Potts Scissors | 30 | $1,465.00 |
| 420003-T | Small Clip Applier[1] | 100 Closures | $1,575.00 |
| 420006-T | Large Needle Driver | 30 | $1,650.00 |
| 420007-T | Round Tip Scissors | 30 | $1,465.00 |
| 420033-T | *Black Diamond* Micro Forceps | 30 | $1,500.00 |
| 420036-T | DeBakey Forceps | 30 | $1,390.00 |
| 420048-T | Long Tip Forceps | 30 | $1,840.00 |
| 420049-T | Cadiere Forceps | 30 | $1,500.00 |
| 420093-T | *ProGrasp* Forceps | 30 | $1,650.00 |
| 420110-T | *PreCise* Bipolar Instrument | 30 | $2,025.00 |
| 420121-T | Fine Tissue Forceps | 30 | $1,650.00 |
| 420157-T | *Snap-fit* Scalpel Instrument[2] | 70 | $2,100.00 |
| 420170-T | *EndoPass* Delivery Instrument | 70 | $1,350.00 |
| 420171-T | Micro Bipolar Forceps | 30 | $2,025.00 |
| 420172-T | Maryland Bipolar Forceps | 30 | $2,025.00 |
| 420178-T | Curved Scissors | 30 | $1,500.00 |
| 420179-T | *Hot Shears* (Monopolar Curved Scissors)[3][4] | 30 | $2,400.00 |
| 420181-T | Resano Forceps | 30 | $1,650.00 |
| 420183-T | Permanent Cautery Hook Instrument | 30 | $1,400.00 |
| 420184-T | Permanent Cautery Spatula Instrument | 30 | $1,400.00 |
| 420189-T | Double Fenestrated Grasper | 30 | $1,500.00 |
| 420190-T | *Cobra*™ Grasper | 30 | $1,650.00 |
| 420192-T | Valve Hook | 30 | $1,350.00 |
| 420194-T | *Mega*™ Needle driver | 30 | $1,650.00 |
| 420203-T | Pericardial Dissector | 30 | $1,650.00 |
| 420204-T | Atrial Retractor | 30 | $2,200.00 |
| 420205-T | Fenestrated Bipolar Forceps | 30 | $2,025.00 |
| 420207-T | Tenaculum Forceps | 30 | $1,650.00 |
| 420309-T | *Mega*™ *SutureCut*™ Needle Driver | 30 | $1,800.00 |
| 420215-T | Cardiac Probe Grasper | 30 | $1,650.00 |
| 420142-T | 5 mm Monopolar Cautery | 40 | $3,450.00 |
| 420343-T | 5 mm Thoracic Grasper | 40 | $3,450.00 |

[1] Designed for use with Weck *Hem-o-clip*® small titanium clip. Weck product code # 523835.
[2] Used with *Snap-fit* Blue Blade (PN 400152) and *Snap-fit* Paddle Blade (PN 400158)
[3] Requires Tip Cover Accessory (PN 400180) for use.

# ENDOWRIST® TRAINING INSTRUMENTS AND ACCESSORIES

## DA VINCI S/SI TRAINING INSTRUMENTS (CONTINUED)

| DA VINCI S/SI | PRODUCT DESCRIPTION | USES | PRICE |
|---|---|---|---|
| 420227-T | *PK*® Dissecting Forceps[4][5] | 30 | $2,175.00 |
| 420230-T | Clip Applier, Large[6] | 100 Closures | $1,050.00 |
| 420249-T | Dual Blade Retractor | 30 | $2,200.00 |
| 420278-T | *Graptor* (Grasping Retractor) | 30 | $1,800.00 |
| 420318-T | *Small Graptor* (Grasping Retractor) | 30 | $1,800.00 |
| 420296-T | Large *SutureCut*™ Needle Driver | 30 | $1,800.00 |
| 420246-T | Atrial Retractor Short Right | 30 | $2,200.00 |
| 420344-T | Curved Bipolar Dissector | 30 | $2,025.00 |
| 420327-T | Medium-Large Clip Applier [7] | 100 Closures | $1,050.00 |
| 420117-T | 5 mm Needle Driver | 40 | $3,450.00 |
| 420141-T | 5 mm Round Tip Scissors | 40 | $3,450.00 |
| 420146-T | 5 mm Curved Scissors | 40 | $3,450.00 |
| 420143-T | 5 mm Maryland Dissector | 40 | $3,450.00 |
| 420145-T | 5 mm DeBakey Forceps | 40 | $3,450.00 |
| 420139-T | 5 mm Schertel Grasper | 40 | $3,450.00 |
| 420177-T | 5 mm Bowel Grasper | 40 | $3,450.00 |
| 420142-T | 5 mm Monopolar Cautery | 40 | $3,450.00 |
| 420343-T | 5 mm Thoracic Grasper | 40 | $3,450.00 |

## DA VINCI S/SI TRAINING ENDOSCOPES

| DA VINCI S | DA VINCI SI | PRODUCT DESCRIPTION | PRICE |
|---|---|---|---|
| 311464-T | N/A | 12 mm Endoscope, 0˚, Training | |
| 311465-T | N/A | 12 mm Endoscope, 30˚, Training | |
| 311485-T | N/A | 8.5 mm Endoscope, 0˚, Training | |
| 311486-T | N/A | 8.5 mm Endoscope, 30˚, Training | |
| N/A | 370890-T | 12 mm Endoscope, 0˚, Training | |
| N/A | 370892-T | 12 mm Fluorescence Endoscope, 0˚, Training | |
| N/A | 370891-T | 12 mm Endoscope, 30˚, Training | |
| N/A | 370893-T | 12 mm Fluorescence Endoscope, 30˚, Training | |
| N/A | 371938-T | 8.5 mm Endoscope, 0˚, Training | |
| N/A | 372010-T | 8.5 mm Fluorescence Endoscope, 0˚, Training | |
| N/A | 371939-T | 8.5 mm Endoscope, 30˚, Training | |
| N/A | 372011-T | 8.5 mm Fluorescence Endoscope, 30˚, Training | |

[4] Requires in-service prior to first use, please contact your local Intuitive Surgical Representative  [5] Compatible with Gyrus ACMI G400, SP and PK Generators. Requires PK Instrument Cords (400228/400229) for use  [6] Designed for use with Weck Hem-o-lok® Large Polymer Clips. Weck product code # 544240.  Notes: (a) Training instruments are not approved for human use. (b) Training instruments can be readily identified by the red instrument housing. (c) Red instrument icons persist on the monitors when a training instrument is loaded onto the system. (d) The training instrument warranty covers only defects in manufacturing. Upon first use, the warranty expires. [7] Validated for use with Weck Hem-o-lok® medium-large polymer clip. Weck product code #544230.

INTUITIVE

SURGICAL®

# RECOMMENDED SPARES

## *DA VINCI S* RECOMMENDED SPARES AND EMERGENCY EQUIPMENT

| PART NUMBER | PRODUCT DESCRIPTION |
|---|---|
| 950076 | Illuminator Lamp Module, Model Y1866 |
| See Page 29 | Camera Head, Camera Cable |
| 951021 | Bifurcated Light Guide |
| See Page 29 | Endoscopes |
| See Page 25 | Camera Cannula Mount |
| See Page 25 | System Cables (Red) |
| See Pages 6-11, 14-15 | *EndoWrist*® instruments |
| See Pages 12, 16-17 | Instrument Cannula |
| 710142 | Instrument Release Kit (Item provided free of charge) |
| 710276 | 8 mm Cannula Gage Pin (Set of 3) (Item provided free of charge) |
| 380624 | Fiber Cable Cleaning Kit (Item provided free of charge) |

## *DA VINCI SI* RECOMMENDED SPARES AND EMERGENCY EQUIPMENT

| PART NUMBER | PRODUCT DESCRIPTION |
|---|---|
| 950093 | Lamp Module, Model Y1903 (For use only with non-fluorescence illuminator) |
| See Page 30 | Camera Head, Camera Cable |
| See Page 30 | Endoscopes |
| See Page 26 | Camera Cannula Mount |
| 380989 | Blue Fiber Cable Kit |
| See Pages 6-11, 14-15 | *EndoWrist*® instruments |
| See Pages 12, 16-17 | Instrument Cannula |
| 710142 | Instrument Release Kit (Item provided free of charge) |
| 710276 | 8 mm Cannula Gage Pin (Set of 3) (Item provided free of charge) |

# 8 MM *ENDOWRIST*® INSTRUMENT SPECIFICATIONS

Jaw Open Angle
from Centerline



| *da Vinci* S/Si Product Code | Number of Uses | Product Description | Jaw Closing Force at Tip | Jaw Opening Force at Tip | Jaw Open Angle (deg) | Jaw Length (cm) | Total Length *da Vinci* S (cm) |
|---|---|---|---|---|---|---|---|
| *ENDOWRIST* NEEDLE DRIVERS | | | | | | | |
| 420006 | 10 | Large Needle Driver | very high | very high | 0-30 | 1.0 | 54.4 |
| 420033 | 15 | *Black Diamond* Micro Forceps | medium | medium | 0-30 | 1.0 | 54.4 |
| 420194 | 10 | *Mega* Needle Driver (Tapered) | very high | high | 0-30 | 1.3 | 54.7 |
| 420309 | 10 | *Mega*™ *SutureCut*™ Needle Driver | very high | high | 0-23 | 1.4 | 54.8 |
| 420296 | 10 | Large *SutureCut*™ Needle Driver | very high | very high | 0-30 | 1.1 | 54.5 |
| *ENDOWRIST* SCALPELS | | | | | | | |
| 420157 | 30 | *Snap-fit*™ Scalpel Instrument | N/A | N/A | N/A | 1.2 | 54.6 |
| *ENDOWRIST* SCISSORS | | | | | | | |
| 420001 | 10 | Potts Scissors | high | high | 0-22 | 1.1 | 54.5 |
| 420007 | 10 | Round Tip Scissors | high | high | 0-35 | 1.1 | 54.5 |
| 420178 | 10 | Curved Scissors | medium | high | 0-31 | 1.3 | 54.7 |
| *ENDOWRIST* GRASPERS | | | | | | | |
| 420036 | 10 | DeBakey Forceps | medium | medium | 0-30 | 1.2 | 54.6 |
| 420048 | 10 | Long Tip Forceps | low | low | 0-30 | 2.0 | 55.4 |
| 420049 | 10 | Cadiere Forceps | low | low | 0-30 | 2.0 | 55.4 |
| 420093 | 10 | *ProGrasp* Forceps | high | low | 0-38 | 2.8 | 56.2 |
| 420121 | 15 | Fine Tissue Forceps | medium | medium | 0-30 | 1.1 | 54.5 |
| 420181 | 10 | Resano Forceps | medium | high | 0-30 | 1.1 | 54.5 |
| 420189 | 10 | Double Fenestrated Grasper | very low | very low | 0-60 | 3.3 | 56.7 |
| 420190 | 10 | Cobra Grasper | low | low | 0-60 | 2.0 | 55.4 |
| 420203 | 10 | Pericardial Dissector | low | low | 0-60 | 2.4 | 55.8 |
| 420207 | 10 | Tenaculum Forceps | low | low | 0-75 | 3.0 | 56.4 |
| 420278 | 10 | *Graptor* (Grasping Retractor) | very low | very low | 0-60 | 5.4 | 56.7 |
| 420318 | 10 | Small *Graptor* (Grasping Retractor) | very low | very low | 0-60 | 4.5 | 49.3 |
| *ENDOWRIST* MONOPOLAR CAUTERY | | | | | | | |
| 420179 | 10 | *Hot Shears* (Monopolar Curved Scissors ) | high | medium | 0-38 | 1.3 | 55.9 |
| 420183 | 10 | Permanent Cautery Hook | N/A | N/A | N/A | 1.6 | 55.2 |
| 420184 | 10 | Permanent Cautery Spatula | N/A | N/A | N/A | 1.7 | 55.3 |
| *ENDOWRIST* BIPOLAR CAUTERY | | | | | | | |
| 420110 | 10 | *PreCise* Bipolar Forceps | medium | medium | 0-45 | 2.0 | 55.8 |
| 420171 | 10 | Micro Bipolar Forceps | medium | high | 0-45 | 1.4 | 55.2 |
| 420172 | 10 | Maryland Bipolar Forceps | medium | medium | 0-45 | 2.0 | 55.8 |
| 420205 | 10 | Fenestrated Bipolar Forceps | medium | medium | 0-45 | 2.1 | 55.9 |
| 420227 | 10 | *PK*® Dissecting Forceps | low | medium | 0-70 | 2.0 | 55.4 |
| 420344 | 10 | Curved Bipolar Dissector | medium | medium | 0-45 | 2.2 | 55.9 |

INTUITIVE
SURGICAL®

8 MM

# 8 MM *ENDOWRIST*® INSTRUMENT SPECIFICATIONS

| *da Vinci S/Si* Product Code | Number of Uses | Product Description | Jaw Closing Force at Tip | Jaw Opening Force at Tip | Jaw Open Angle (deg) | Jaw Length (cm) | Total Length *da Vinci S* (cm) |
|---|---|---|---|---|---|---|---|
| *ENDOWRIST* ADVANCED ENERGY | | | | | | | |
| 410322 | Single use | *EndoWrist, One*™ Vessel Sealer | N/A* | N/A | 0-40 | 2.0 | 24.75 |
| *ENDOWRIST* ULTRASONIC ENERGY | | | | | | | |
| 420275 | 20 | *Harmonic ACE*® Curved Shears 8 mm | low | low | N/A | 2.2 | 49.5 |
| *ENDOWRIST* SPECIALTY | | | | | | | |
| 420204 | 10 | Atrial Retractor | low | low | 0-60 | 4.8 | 58.2 |
| 420192 | 15 | Valve Hook | N/A | N/A | N/A | 1.5 | 54.9 |
| *ENDOWRIST* CLIP APPLIER | | | | | | | |
| 420003 | 100 | Small Clip Applier | very high | very low | N/A | 1.1 | 54.5 |
| 420327 | 100 | Medium-Large Clip Applier | very high | low | 0-35 | 2.1 | 55.6 |
| 420230 | 100 | Large Clip Applier | very high | low | 0-45 | 2.4 | 55.9 |

* Closing force is variable.

# 5 MM *ENDOWRIST*® INSTRUMENT SPECIFICATIONS



Jaw Open Angle
from Centerline



Jaw Length

Total Length

| da Vinci S/Si Product Code | Number of Uses | Product Description | Jaw Closing Force at Tip | Jaw Opening Force at Tip | Jaw Open Angle (deg) | Jaw Length (cm) | Total Length da Vinci S (cm) |
|---|---|---|---|---|---|---|---|
| *ENDOWRIST* NEEDLE DRIVER | | | | | | | |
| 420117 | 20 | Large Needle Driver | medium | medium | 0-30 | 1.7 | 55.1 |
| *ENDOWRIST* SCISSORS | | | | | | | |
| 420141 | 12 | Round Tip Scissors | medium | medium | 0-30 | 1.8 | 55.2 |
| 420146 | 12 | Curved Scissors | low | medium | 0-30 | 2.2 | 55.6 |
| *ENDOWRIST* GRASPERS | | | | | | | |
| 420139 | 20 | Schertel Grasper | low | low | 0-30 | 3.2 | 56.6 |
| 420143 | 20 | Maryland Dissector | low | low | 0-30 | 2.7 | 56.1 |
| 420145 | 20 | DeBakey Forceps | low | medium | 0-30 | 2.0 | 55.4 |
| 420177 | 20 | Bowel Grasper | very low | very low | 0-30 | 3.9 | 57.3 |
| 420343 | 20 | Thoracic Grasper | very low | very low | 0-30 | 3.9 | 57.3 |
| *ENDOWRIST* MONOPOLAR CAUTERY | | | | | | | |
| 420142 | 18 | Monopolar Cautery Instrument | N/A | N/A | N/A | 2.1 | 56.7 |
| *ENDOWRIST* ULTRASONIC ENERGY | | | | | | | |
| 420274 | 20 | *Harmonic ACE*® Curved Shears 8 mm | low | low | N/A | 1.4 | 49.5 |

INTUITIVE
SURGICAL®

# COMMON CARTON DIMENSIONS AND WEIGHTS

| ITEM | PART NUMBERS | DIMENSIONS | AVERAGE WEIGHT |
|---|---|---|---|
| Instruments | All | 2 x 3.5 x 27″<br>5.08 x 8.9 x 68.58 cm | 0.9 lbs<br>0.41 kg |
| Seals | 400077, 400161, 420206 | 4 x 5 x 6″<br>10.16 x 12.7 x 15.24 cm | 0.4 lbs.<br>.2 kg |
| Tip Covers | 400180 | 3 x 4 x 10″<br>7.62 x 10.16 x 25.4 cm | 0.4 lbs.<br>0.2 kg |
| Cannulas | 420002, 420254, 420004, 420255, 420011, 420020 | 5 x 5 x 12″<br>12.7 x 12.7 x 30.48 cm | 1 lbs.<br>.05 kg |
| Obturators | 370386, 420005, 370387, 420008, 420010, 370629, 420009 | 5 x 4 x 10″<br>12.7 x 10.16 x 25.4 cm | 0.5 lbs.<br>0.2 kg |
| Bladeless Obturators | 420216, 420023, 400217, 420024 | 4 x 8 x 12″<br>10.16 x 20.32 x 30.48 cm | 1 lbs.<br>0.5 kg |
| Single Instrument Tray | 400220 | 24.4 x 3.7 x 1.7″<br>61.98 x 9.4 x 4.32 cm | Unloaded- 1 lbs.<br>Unloaded- 0.5 kg<br>Loaded- 2 lbs.<br>Loaded- 0.9 kg |
| Instrument Tray | 400221 | 24.2 x 9.8″ x 3.4″<br>61.47 x 24.89 x 8.64 cm | Unloaded- 5 lbs.<br>Unloaded- 2.3 kg<br>Loaded- 13 lbs.<br>Loaded- 5.9 kg |
| Accessory Tray | 400222 | 21.2 x 9.8 x 3.5″<br>53.85 x 24.89 x 8.89 cm | Unloaded- 5 lbs.<br>Unloaded- 2.3 kg<br>Loaded- 13 lbs.<br>Loaded- 5.9 kg |
| Procedure Tray | 400223 | 24.2 x 9.8 x 5.5″<br>61.47 x 24.89 x 13.97 cm | Unloaded- 7 lbs.<br>Unloaded- 3.2 kg<br>Loaded- 21 lbs.<br>Loaded- 9.5 kg |
| Drapes | 420279, 420273, 420022 | 11″ x 8.5″ X 10″<br>27.94 x 21.59 x 25.4 cm | 9.2 lbs.<br>4.17 kg |
|  | 420279 | 11″ x 8.5″ x 12″<br>27.94 x 21.59 x 30.48 cm | 13.4 lbs.<br>6.08 kg |
|  | 420015 | 22″ x 17″ x 13″<br>55.9 x 43.2 x 33 cm | 15.5 lbs<br>7.03 kg |
|  | 420256, 420258, 420290, 420291 | 20″ x 13″ x 10.5″<br>50.8 x 33.02 x 26.67 | 12.3 lbs–15.3 lbs<br>5.67– 6.94 kg |
|  | 420026, 420281 | 24″ x 19.5″ x 6.5″<br>60.96 x 49.53 x 16.51 cm | 15.7 lbs.<br>7.12 kg |
|  | 420017 | 24″ x 17″ x 8.5″<br>60.96 x 43.18 x 21.59 cm | 12 lbs<br>5.44 kg |

**INTUITIVE**
S U R G I C A L®

# ORDERING AND TERMS

## ORDERING METHODS

Purchase Orders accepted:

| | | | |
|---|---|---|---|
| **EDI (preferred)** | Global Health Exchange (GHX) | **E-mail** | ordersupport@intusurg.com (For rush orders) |
| **Fax** | 408.523.2377 | **Customer Support** | 800-876-1310 |

## TERMS

**Payment Terms** — Net 30 Days

**Delivery** — Estimated 2-Day standard delivery*

Standard Shipping Terms: FCA *Intuitive Surgical* warehouse (Incoterms 2010).

All orders are subject to inventory availability.

Advanced instrumentation will be delivered upon Customer's completion of the advanced instrument training verification.

A $9.95 handling charge will be applied to customer-routed shipments. A customer-routed shipment is when the customer requests that their order be shipped on their own FedEx or UPS shipping account, and not on *Intuitive Surgical*'s FedEx account. The handling charge supports the additional costs related to order fulfillment of customer-designated carrier shipments.

**Price Policy** — Pricing subject to change without notice, applicable taxes, and via freight charges may apply.

**Return Goods Policy** — All returns are authorized through *Intuitive Surgical* Customer Service. Please call toll free at 800.876.1310 to obtain a Return Material Authorization number (RMA#). Upon issuance of the RMA#, Customer Service will send the Customer a PDF of the Prepaid RMA Return Shipping label along with an RMA notification email. The Customer must print the Prepaid RMA Return Shipping label, affix it to the package, and call for a FedEx pickup or drop off the defective return at a FedEx location. All returned items must be accompanied with a valid RMA# and are requested to be received within 14 days of issuance or the RMA could be subject to cancellation. *Intuitive Surgical* will prepay for the return of the defective instruments.

**Defective returns**
- Upon identification of a defective instrument, please call *Intuitive Surgical* Customer Service within 5 days.
- Prior to returning to *Intuitive Surgical*, items must be cleaned and decontaminated in accordance with current local environmental safety laws and standards.

**Excess Returns**
- Items are required to be in the original packaging with no markings, seals intact, and to have been purchased within the last 12 months.
- Package excess returned inventory in a separate shipping container to prevent damage to original product packaging.

**Credit Policy** — *Intuitive Surgical* will issue credit against original purchase order after full inspection is complete.

**Credit for defective returns**
- *Intuitive Surgical* will issue credit on products based on failure analysis performed and individual warranty terms.
- For instruments, credit will be issued for the remaining lives, plus one additional life to compensate for usage at the time the issue was identified.
- Evidence of negligence, misuse and mishandling will not qualify for credit.

**Credit for excess-inventory returns**
- Excess-inventory returns will be valued at the invoice price less a 15% restocking fee.
- Original packaging must be unmarked, undamaged and seals intact to qualify for credit.

**Credit will be issued based on the following conditions**
- Products that were shipped less than 12 months prior to return request.
- If the original package is intact.
- If the product is within expiration date.

*Intuitive Surgical* will retain all returned product.

**Warranty** — **Warranties are applied for manufacturing defects**
- Endoscope, Camera, Simulator, and System upgrades – 1 year warranty
- Accessories – 90 day warranty
- Instruments – see above for credit terms

Any term or condition contained in your purchase order or similar forms which is different from, inconsistent with, or in addition to these terms shall be void and of no effect unless agreed to in writing and signed by your authorized representative and an authorized representative of *Intuitive Surgical*.

*FedEx is an *Intuitive Surgical* preferred courier.

For questions please contact Customer Service at 800-876-1310



**Worldwide Headquarters**

1020 Kifer Road, Building 108
Sunnyvale, CA 94086-5301
**Tel:** +1.408.523.2100
**Fax:** +1.408.523.1390

**www.IntuitiveSurgical.com**
**www.daVinciSurgery.com**

**For more information or to order, call Intuitive Surgical toll-free.**
For the name of your local distributor, call Intuitive Surgical or visit www.intuitivesurgical.com.
Call 1-800-876-1310 (toll-free)

Some products in the catalog may not be available in all countries.

Refer to the *da Vinci S* System, *da Vinci Si* System, or *da Vinci Single-Site* Instruments and Accessories User Manuals for indications, contraindications and warnings.
© 2015 Intuitive Surgical, Inc. All rights reserved. Product names are trademarks or registered trademarks of their respective holders. PN 560005-US Rev AK 11/15