IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIR LLC,

    Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

    Defendant.

Civil Case No. 5:19-cv-00055-MCR-MJF

## PLAINTIFFS' RESPONSE TO MOTION TO DISMISS COMPLAINT

In an abundance of caution, Plaintiffs Restore Robotics LLC and Restore Robotics Repair LLC hereby respond that the Motion to Dismiss the Complaint [12] has been rendered moot in light of the filing of Plaintiffs' First Amended Complaint [14] on May 13, 2019, which was filed as a matter of right under Fed. R. Civ. Proc. 15(a)(1)(B) and supersedes the original Complaint. *E.g.*, *Tyndall Fed. Credit Union v. Ravin*, No. 5:17-CV-160-MCR/GRJ, 2018 WL 3853594, at *1 (N.D. Fla. May 30, 2018) (Rodgers, C.J.).

1

Respectfully submitted on May 14, 2019.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 Telephone
(678) 868-2021 Fax
jeff@berhold.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.