# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC and RESTORE ROBOTICS REPAIR LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>                Defendant. | Civil Case No. 5:19-cv-00055-MCR-MJF |

## NOTICE OF APPEARANCE

COMES NOW, William G. Harrison, Jr., Harrison Rivard Duncan & Buzzett, and enters his co-counsel appearance on behalf of Plaintiffs in the above-captioned action.

Respectfully submitted on June 10, 2019.

                                        *s/ William G. Harrison, Jr.*
                                        **William G. Harrison, Jr.**
                                        HARRISON RIVARD DUNCAN & BUZZETT
                                        FL. Bar No.: 0765058
                                        101 Harrison Avenue
                                        Panama City, FL 32401
                                        850-769-1414 (telephone)
                                        wharrison@harrisonrivard.com

                                        **COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of the foregoing was served by electronic filing via the Court's CM/ECF electronic filing system this day, June 10, 2019 upon the following counsel of record:

DAVID L. McGEE  dlm@beggslane.com,
ALLEN RUBY allen.ruby@skadden.com,
ABRAHAM M. ANDRADE III abraham.andrade@skadden.com,
KAREN HOFFMAN LENT karen.lent@skadden.com,
MICHAEL H. MENITOVE michael.menitove@skadden.com and
JEFFREY L. BERHOLD jeff@berhold.com.

**Harrison Rivard Duncan & Buzzett**

*s/ William G. Harrison, Jr.*