IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIR LLC,

    Plaintiffs,

  v.

INTUITIVE SURGICAL, INC.,

    Defendant.

Civil Case No. 5:19-cv-55-MCR-MJF

**DEFENDANT'S MOTION FOR LEAVE
TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS
OR, IN THE ALTERNATIVE, REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(I), Defendant Intuitive Surgical, Inc. ("Intuitive") moves for leave to file a reply memorandum of law in support of its Motion to Dismiss, in order to address Plaintiffs' Restore Robotics LLC and Restore Robotics Repair LLC (collectively, "Plaintiffs") arguments regarding the "essential facilities doctrine" and *Otter Tail Power Co. v. United States*, 410 U.S. 366 (1973). In the alternative, Intuitive requests oral argument pursuant to Local Rule 7.1(K) to address these narrow, but significant, issues. Intuitive states as follows:

1. On May 13, 2019, Plaintiffs filed their First Amended Complaint ("FAC").

2. On May 28, 2019, Intuitive filed its Motion to Dismiss Plaintiffs' FAC ("Motion to Dismiss").

3. On June 10, 2019, Plaintiffs filed their Memorandum in Opposition to Intuitive's Motion to Dismiss ("Pls.' Opp."), which relies on the essential facilities doctrine and the *Otter Tail* decision to argue that Intuitive owes a duty to provide Plaintiffs with access to its distributor's toolkit and EndoWrist instrument counter. (*See* Pls.' Opp. at 7-10, 30-33.)

4. Intuitive did not address the essential facilities doctrine or the *Otter Tail* decision in its Motion to Dismiss because: (i) their viability has been called into question; and (ii) in any event, neither the essential facilities doctrine nor *Otter Tail* is remotely applicable in this case because Intuitive is not a common carrier and does not even sell the products that are the subjects of Plaintiffs' demands for access.

5. Pursuant to Local Rule 7.1(I), Intuitive submits that Plaintiffs' reliance on the essential facilities doctrine and *Otter Tail* constitutes an "extraordinary circumstance[]" that warrants granting Intuitive leave to file a reply to address these discrete points.

6. Thus, Intuitive respectfully requests leave to file a reply memorandum of law of no more than 1,500 words, limited to responding to Plaintiffs' arguments regarding the essential facilities doctrine and *Otter Tail*. Intuitive will be prepared

to file this reply memorandum within one week of any order granting leave to file the reply.

7. In the alternative, Intuitive respectfully requests oral argument pursuant to Local Rule 7.1(K) to address Plaintiffs' arguments concerning the essential facilities doctrine and *Otter Tail*, with each side to receive fifteen minutes of argument time. While Intuitive believes that Plaintiffs' arguments are meritless and its Motion to Dismiss should be granted even absent a reply or oral argument, Intuitive respectfully submits that allowing it to address these arguments would aid the Court in resolving the Motion to Dismiss.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Intuitive certifies that its counsel conferred by telephone and email with Plaintiffs' counsel on June 13, 2019 and June 14, 2019. Plaintiffs stated that they would oppose Intuitive's requested relief.

Dated: June 14, 2019

Respectfully submitted,

/s/ David L. McGee
DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

ALLEN RUBY (*Pro Hac Vice*)
ABRAHAM M. ANDRADE III (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
allen.ruby@skadden.com
abraham.andrade@skadden.com

KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice Admission to be applied for*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

Counsel for Defendant
Intuitive Surgical, Inc.

## **CERTIFICATE OF SERVICE**

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to the following counsel of record on June 14, 2019:

Jeffrey L. Berhold
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, N.E., Suite 1050
Atlanta, GA 30309
Telephone:  (404) 872-3800
jeff@berhold.com

William G. Harrison, Jr.
HARRISON RIVARD DUNCAN & BUZZETT
101 Harrison Avenue
Panama City, FL 32401
Telephone:  (850) 769-1414
wharrison@harrisonrivard.com

                                              /s/ David L. McGee
                                              DAVID L. McGEE
                                              Fla. Bar No. 220000
                                              BEGGS & LANE, RLLP
                                              501 Commendencia Street
                                              Pensacola, FL 32502
                                              Telephone: (850) 432-2451
                                              dlm@beggslane.com