**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**RESTORE ROBOTICS LLC and**
**RESTORE ROBOTICS REPAIR, LLC,**

     **Plaintiffs,**

**v.**                              **CASE NO. 5:19-CV-0055-MCR-MJF**

**INTUITIVE SURGICAL, INC.,**

     **Defendant.**
_____/

## ORDER

On April 29, 2019, Defendant Intuitive Surgical, Inc. ("Intuitive") filed a Motion to Dismiss, ECF. No. 12. Thereafter, Restore Robotics LLC and Restore Robotics Repair LLC (collectively referred to as the "Plaintiffs") filed a First Amended Complaint as a matter of course, ECF No. 14. Intuitive filed a second Motion to Dismiss, ECF No. 16, which Plaintiffs oppose, ECF No. 18. Pending before the Court is Intuitive's Opposed Motion for Leave to File a Reply to Plaintiff's Response in Opposition to the Motion to Dismiss, ECF No. 19.  Having fully reviewed the matter, the Court finds the motion should be granted.

Local Rule 7.1(I) states that "[a] party ordinarily may not file a reply memorandum in support of a motion."  However, "in extraordinary circumstances, the Court may grant leave to file a reply memorandum." Intuitive argues that

Plaintiff's Response in Opposition raises issues beyond the scope briefed in its Motion to Dismiss. Specifically, Intuitive states that its Reply would address Plaintiffs' arguments regarding the "essential facilities doctrine" and *Otter Tail Power Co. v. United States*, 410 U.S. 366 (1973). The Court finds that additional briefing would be particularly helpful in resolving the pending Motion to Dismiss. Therefore, Intuitive will be given the opportunity to reply, but the reply must be limited in scope to the issues outlined herein and not exceed 1,500 words.

**Accordingly**:

1. Defendant's Motion for Leave to File a Reply to Plaintiff's Response in Opposition to the Motion to Dismiss, ECF No. 19, is **GRANTED**.

2. Defendant shall have seven (7) days from the date of this Order to file a reply.

3. Defendant's Motion to Dismiss, ECF No. 12, is **DENIED AS MOOT**.

**DONE AND ORDERED** this 3rd day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**