IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIR LLC,

    Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

    Defendant.

Civil Case No. 5:19-cv-00055-MCR-MJF

## PLAINTIFFS' DISCLOSURE STATEMENT

Jeffrey L. Berhold
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, N.E., Suite 1050
Atlanta, Georgia 30309

**COUNSEL FOR PLAINTIFFS**

July 8, 2019

Pursuant to Fed. R. Civ. Proc. 7.1, Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC[*] hereby file their disclosure statement identifying the following parent corporations owning 10% of more of their stock:

<u>Restore Robotics LLC</u>: Parker Holding Group Inc.; QCS Holdings LLC; The MAY FAMILY REVOCABLE TRUST dated February 18, 2018.

<u>Restore Robotics Repairs LLC</u>: Parker Holding Group Inc.; The MAY FAMILY REVOCABLE TRUST dated February 18, 2018.

---

[*] Plaintiffs note that the First Amended Complaint contains a typographical error in naming Restore Robotics Repairs LLC in the style and body of the complaint. Plaintiffs have notified Defendant and will confer about any corrective action to reflect that Restore Robotics Repairs LLC is the proper name of the Plaintiff.

1

Respectfully submitted on July 8, 2019.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

**COUNSEL FOR PLAINTIFFS**
*Admitted Pro Hac Vice

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.