IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIR LLC,

     Plaintiffs,

  v.

INTUITIVE SURGICAL, INC.,

     Defendant.

Civil Case No. 5:19-cv-00055-MCR-MJF

## PLAINTIFFS' UNOPPOSED MOTION TO CORRECT

Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC (collectively "Restore") hereby move to correct the name of Plaintiff Restore Robotics Repairs LLC on the docket and pleadings. Specifically, the name for the plaintiff should be changed from "Restore Robotics Repair LLC" to "Restore Robotics Repairs LLC" by adding an "s" to "Repair." Defendant Intuitive Surgical, Inc. ("Intuitive") does not object.

1

Local Rule 7.1(C) Certificate

The undersigned hereby confirms that Restore complied with the attorney-conference requirement of Local Rule 7.1(B), which resulted in the Defendant indicating that it had no objection to the motion.

Respectfully submitted on July 9, 2019.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.