# United States District Court
## General Civil Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 10:00 AM | Case No. | 5:19cv55-TKW/MJF |
| Time Concluded | 10:50 AM | Date | July 25, 2019 |

**DOCKET ENTRY:**   Status Conference Hearing Held. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE   **T. KENT WETHERELL, II**

Paula Cawby
Deputy Clerk

Julie Wycoff
Court Reporter

**Style of Case:**  Restore Robotics LLC, et al   v.  Intuitive Surgical Inc.

Plaintiff Counsel Present

William Gerald Harrison (by telephone)
Jeffrey Berhold (by telephone)

Defendant Counsel Present

Allen Ruby (by telephone)
David Lee McGee (by telephone)
Karen Lent (by telephone)

**PROCEEDINGS:**

**Filed in Open Court**

___**July 25, 2019**___
Initials of Deputy Clerk <u>pmc</u>