UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC,**
**and RESTORE ROBOTICS**
**REPAIRS, LLC,**

    Plaintiffs,

v.                                                    CASE NO. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.,**

    Defendant.
_____/

## ORDER

This case came before the Court at a telephonic status conference held on July 25, 2019, after the Court reviewed the parties' joint report from their Rule 26(f) conference (Doc. 27).  The discussion at the status conference focused on whether discovery should proceed prior to disposition of Defendant's potentially dispositive motion to dismiss (Doc.16), with Plaintiff arguing that discovery should commence immediately and Defendant arguing that discovery should be stayed pending disposition of its motion to dismiss.  Upon due consideration of the parties' arguments, it is

    **ORDERED** that:

    1.  Discovery is stayed pending disposition of Defendant's motion to dismiss.

2. The parties shall continue to work on—and, when ready, submit for the Court's approval—an agreed protocol for electronic discovery and an agreed protective order for trade secrets and other competitively sensitive information.

3. A case management conference will be set after disposition of the motion to dismiss to establish a discovery schedule, if necessary.

**DONE AND ORDERED** this 26th day of July, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**