# EXHIBIT 2

# Restore Robotics
### Replace. Repair. **Restore.**



## SAVE OVER $100,000 PER YEAR <u>PER ROBOT</u>

## SERVICES AVAILABLE

- **PATENTED ENDOWRIST® REPAIR**
- **25%+ SAVINGS PER INSTRUMENT**
- **ISO 9001:2015 FACILITY**
- **S & Si PREVENTATIVE MAINTENANCE**
- **FREE PROCESS IMPLEMENTATION CONSULTING**

## STOP THROWING AWAY YOUR ENDOWRIST® INSTRUMENTS!

## INNOVATIVE SOLUTIONS FOR DA VINCI® S & Si SURGICAL ROBOTS

Restore Robotics is the world's first provider of a repair/reset service for da Vinci® S & Si surgical instruments.
- Multiple usage cycles are now available with significant cost savings.
- Guaranteed to maintain same functionality or we will replace it for free.
- Our patented repair/reset process combined with our other offerings puts you in control of your robotic system.

Restore Robotics further enhances your savings and control by offering strong discounts on S & Si:
- New Instruments
- Single Use Accessories
- Preventative Maintenance Programs
- Repairs to the Robot

  

1275 Buford HWY, Suite 109, Suwanee, GA 30024  -  (678) 619-0011
Info@RestoreRobotics.com  -  www.RestoreRobotics.com

da Vinci® and EndoWrist® are trademarks of Intuitive Surgical, Inc.