**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**RESTORE ROBOTICS, LLC,**
and **RESTORE ROBOTICS**
**REPAIRS, LLC**,

      **Plaintiffs,**

**v.**                                                                          **Case No. 5:19cv55-TKW-MJF**

**INTUITIVE SURGICAL, INC.,**

      **Defendant.**

_____/

## NOTICE OF HEARING

      **TAKE NOTICE** that a telephonic case management conference in this case

has been set before Judge T. Kent Wetherell as described below:

| | |
|---|---|
| **DATE**: | Thursday, August 20, 2020 |
| **TIME**: | 1:00 P.M. C.D.T. |

**CONFERENCE CALL**
**INFORMATION**:     ALL PARTIES are directed to call the AT&T

Conference Line.  You may dial into the conference

call up to five minutes before start time.  Call in

number: **888-684-8852**.  When prompted for an

access code, enter: **5362978#**.  If you are asked to

join as the host, just ignore and wait until you are

asked for a security code.  When asked for a security code, enter: **51955#**.  Say your name, when prompted.  You are now in the conference call.  Remember to mute your phone when you are not speaking.  It is advised that counsel NOT use cell phones or speaker phones during the call as the quality of the audio connection is compromised by these devices.

**NOTE**:  If anyone participating in this hearing has a disability that requires special accommodation, please contact the Clerk's office at least one week prior to the hearing so arrangements can be made.

**DONE and ORDERED** this 18th day of May, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Copies to:
All parties