IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIR LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIR LLC,<br><br>    Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

**JOINT MOTION TO AMEND PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. Proc. 26, Plaintiffs/Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC (together, "Restore") and Defendant/Counterclaimant Intuitive Surgical, Inc. ("Intuitive") hereby jointly move for entry of an amended protective order, which is attached in clean and redline versions for the convenience of the Court. The parties seek an amended

1

protective order to address feedback from third parties responding to subpoenas for documents concerning confidentiality protections.

First, the current protective order allows access to Highly Confidential Information by two named inhouse counsel at Intuitive. Paragraphs 4 and 8 have been modified to limit access by inhouse counsel to Highly Confidential Information produced by third parties. Before disclosing any discovery from third parties or any analysis or summary derived in part from such discovery to inhouse counsel, Paragraphs 4 and 8 require that Intuitive either (1) redact any Highly Confidential Information or (2) redact any customer identifiable information or other competitively sensitive information protection from the Highly Confidential Information and secure consent from the third party producing the Highly Confidential Information.

Second, the protective order did not have a mechanism for third parties to receive advanced notice regarding disclosure of their information in open court to allow them to seek relief, if necessary. Paragraph 11 has been modified to provide any third party with notice before disclosure of its Confidential or Highly Confidential Information in any hearing or pre-trial proceeding.

The proposed order is attached in redline and clean versions for consideration of the Court.

Respectfully submitted on August 5, 2020.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

**COUNSEL FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS**

*Admitted Pro Hac Vice

/s/ Allen Ruby
ALLEN RUBY (*Pro Hac Vice*)
LANCE A. ETCHEVERRY (*Pro Hac Vice Admission to be applied for*)
ABRAHAM M. ANDRADE III (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
allen.ruby@skadden.com
lance.etcheverry@skadden.com
abraham.andrade@skadden.com
KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

                                               **COUNSEL FOR**
                                               **DEFENDANT/COUNTERCLAIMANT**

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.