UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC,**
and **RESTORE ROBOTICS REPAIRS, LLC**,

    Plaintiffs,

v.   Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.,**

    Defendant.
_____/

**ORDER GRANTING LEAVE TO FILE
SECOND AMENDED COMPLAINT**

This case is before the Court based on Plaintiffs' motion for leave to amend complaint (Doc. 67). Defendant filed a response in opposition to the motion (Doc. 71), and Plaintiffs filed a reply (Doc. 73) along with a revised proposed second amended complaint (Doc. 73-1). Defendant filed a sur-reply (Doc. 75) stating that it had no objection to the filing of the revised proposed second amended complaint.

The Court need not decide the viability of the Oklahoma state law claim that Plaintiffs asserted in the original proposed second amended complaint (Doc. 67-1) because the revised proposed second amended complaint no longer includes that claim. The Court leaves it to the Oklahoma courts to decide the viability of that novel claim if and when it is raised in a subsequent case.

Accordingly, it is **ORDERED** that

1. Plaintiffs' motion for leave to amend complaint, as amended by the reply, is **GRANTED**, and the revised proposed second amended complaint attached to the reply (Doc. 73-1) is deemed filed and is now the operative complaint.

2. Defendant shall answer the second amended complaint within 14 days from the date of this Order. *See* Fed. R. Civ. P. 15(a)(3).

**DONE and ORDERED** this 29th day of March, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**