# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC,<br>RESTORE ROBOTICS REPAIRS LLC,<br>and CLIF PARKER ROBOTICS LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>          Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>          Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>          Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

## JOINT MOTION REGARDING AUTHENTICITY STIPULATION

Plaintiffs/Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC and Plaintiff Clif Parker Robotics LLC (together, "Restore") and Defendant/Counterclaimant Intuitive Surgical, Inc. ("Intuitive") hereby move for approval and entry of the attached stipulation regarding authenticity of

documents produced in this litigation. The stipulation is intended to facilitate the taking of depositions in discovery and the presentation of evidence at trial.

Respectfully submitted on April 28, 2021.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

/s/ Allen Ruby
ALLEN RUBY (*Pro Hac Vice*)
Allen Ruby, Attorney at Law
*Change in Address Filing Forthcoming*

LANCE A. ETCHEVERRY (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500

lance.etcheverry@skadden.com
KAREN HOFFMAN LENT (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

**COUNSEL FOR DEFENDANT/COUNTERCLAIMANT**

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.

3