# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, RESTORE ROBOTICS REPAIRS LLC, and CLIF PARKER ROBOTICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and RESTORE ROBOTICS REPAIRS LLC,<br><br>Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

## JOINT STIPULATION AS TO AUTHENTICITY

Plaintiffs and Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC and Plaintiff Clif Parker Robotics LLC (collectively "Restore") and Defendant and Counterclaim Plaintiff Intuitive Surgical, Inc.

("Intuitive"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. All documents and electronically stored information produced in the litigation are authentic, except as follows:

    a. Documents and electronically stored information that contain handwriting, other than a signature, the authorship of which has not been previously established in a deposition or discovery responses; and

    b. Documents and electronically stored information that are compiled in a manner in which they were neither produced nor created.

2. As it relates to any document described in the exceptions contained in Paragraphs 1.a. and 1.b. above, the parties reserve the right to offer the document or electronically stored information into evidence and/or object to its admission into evidence on the basis of authenticity.

3. The parties do not intend to waive, and hereby reserve, their rights to object to the admissibility of any document or electronically stored information on grounds other than authenticity.

IT IS SO STIPULATED.

Dated: April 28, 2021.

                                              /s Jeff Berhold

Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

/s/ Allen Ruby
ALLEN RUBY (Pro Hac Vice)
ALLEN RUBY, ATTORNEY AT LAW
Change in Address Filing Forthcoming

LANCE A. ETCHEVERRY (Pro Hac Vice)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
lance.etcheverry@skadden.com

KAREN HOFFMAN LENT (Pro Hac Vice)
MICHAEL H. MENITOVE (Pro Hac Vice)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP

501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

MICHAEL S. BAILEY (Pro Hac Vice application forthcoming)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

**COUNSEL FOR DEFENDANT INTUITIVE SURGICAL, INC.**