IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC,
RESTORE ROBOTICS REPAIRS LLC,
and CLIF PARKER ROBOTICS LLC,

    Plaintiffs,

Civil Case No. 5:19-cv-55-TKW-MJF

INTUITIVE SURGICAL, INC.,

    Defendant.

INTUITIVE SURGICAL, INC.
    Counter Plaintiffs

V.

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIRS LLC,

    Counterclaim Defendants.

## MEDIATION REPORT

The undersigned reports to the Court that the parties mediated this case on May 25, 2021. A settlement was not reached but the mediation was adjourned. An impasse is not declared.

DATED this 27th day of May, 2021.

_____
DOMINIC M. CAPARELLO
Messer Caparello, P.A.
Post Office Box 15579
Tallahassee, Florida 32308
(Mediator)

Copies furnished:
Counsel of Record