# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, RESTORE ROBOTICS REPAIRS LLC, and CLIF PARKER ROBOTICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and RESTORE ROBOTICS REPAIRS LLC,<br><br>Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

## JOINT STATUS REPORT

Plaintiffs/Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC and Plaintiff Clif Parker Robotics LLC (together, "Restore") and Defendant/Counterclaimant Intuitive Surgical, Inc. ("Intuitive") hereby submit this joint status report in advance of the Telephonic Case Management Conference scheduled for August 20, 2021, at 10:00 A.M. (central time). (Doc. 90, 91.) With a

few exceptions, the parties have completed fact discovery. The parties are about to start the process of exchanging expert disclosures. The parties intend to return to mediation at an appropriate time following the exchange of expert reports. The parties respectfully suggest that a case management conference is not necessary at this juncture. The parties believe that they are on track to meet the current schedule and do not believe that there are any issues that require the attention of the Court.

## Issues Requiring the Court's Attention

The parties do not believe there are any issues that require the attention of the Court at this time. The parties intend to file an agreed amended protective order to address the use of documents produced in this litigation in related cases that have been filed against Intuitive since the last amended protective order was filed.

## Status of Fact Discovery

The parties have completed fact discovery with two exceptions. At the request of Intuitive, and following information that Intuitive learned in depositions at the close of fact discovery, Restore has agreed to collect, review, and produce responsive emails from a term search of the personal gmail accounts of three individuals affiliated with Restore. The parties have also agreed to negotiate a stipulation regarding admissibility of a document that was not available for the deposition of the custodian of that document. Restore has presented a proposed

stipulation to Intuitive in lieu of calling back the witness, and Intuitive is reviewing it.

### Status of Mediation

Per the last status report, the parties mediated the case remotely with Dominic Caparello on May 25, 2021. On May 27, 2021, Mr. Caparello filed a Mediation Report noting that a settlement was not reached but the mediation was adjourned. (Doc. 88.) The parties intend to return to mediation at an appropriate time following the exchange of expert reports.

### Status of Expert Discovery and Briefing Schedule

The Court has set a schedule for expert discovery. Plaintiffs' and Counter-Claimant's initial reports are due on August 20, 2021, and the parties have been working cooperatively to exchange any information that is required as part of expert discovery. Right now, the parties do not expect to need any extension of the deadline to submit those disclosures. Defendant's and Counter-Defendants' initial reports are due on September 17, 2021. Rebuttal expert reports are due on October 7, 2021. Expert discovery is scheduled to close on October 21, 2021. (Doc. 91.)

### Case Management Conference

The parties do not believe that the case management conference scheduled for August 20, 2021 is necessary at this time and respectfully request that it be canceled and rescheduled.

Respectfully submitted on August 10, 2021.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS**

*Admitted Pro Hac Vice

/s/ Allen Ruby
ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

LANCE A. ETCHEVERRY (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
lance.etcheverry@skadden.com
KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice*)
MICHAEL W. FOLGER (*Pro Hac Vice*)
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com
michael.folger@skadden.com
MICHAEL S. BAILEY (*Pro Hac Vice*)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

**COUNSEL FOR DEFENDANT/COUNTERCLAIMANT**

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.