IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, RESTORE ROBOTICS REPAIRS LLC, and CLIF PARKER ROBOTICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and RESTORE ROBOTICS REPAIRS LLC,<br><br>Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

## JOINT STATUS REPORT

Plaintiffs/Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC and Plaintiff Clif Parker Robotics LLC (together, "Restore") and Defendant/Counterclaimant Intuitive Surgical, Inc. ("Intuitive") hereby submit this joint status report in advance of the Telephonic Case Management Conference scheduled for October 22, 2021, at 2:00 P.M. (central time). (Doc. 93.) The parties

have essentially completed fact discovery and expect to complete expert discovery by the deadline of October 21, 2021. The parties are not aware of any issues that require the Court's attention at this time. The parties believe that the case management conference should be cancelled and rescheduled for a later date.

### Status of Fact Discovery

The fact discovery deadline was June 11, 2021. The parties have completed fact discovery except that (1) the parties have agreed to negotiate a stipulation regarding admissibility of a document that was not available for the deposition of the custodian of that document in lieu of calling back the witness and (2) the parties are working to finalize an edit to the Amended Protective Order (ECF No. 57.1) to facilitate the sharing of discovery between the present action and other related actions.

### Status of Expert Discovery

The Court has set a schedule for expert discovery. Restore served an initial expert report from Professor Christina DePasquale on August 20, 2021. Defendant also served initial expert reports from Dr. John Bomalaski, Dr. Robert Howe, Dr. Sara Parikh, Heather Rosecrans, and Dr. Loren Smith, as well as a Fed. R. Civ. Proc. 26(a)(2)(C) disclosure for Duane Marion, on August 20. Defendant served a rebuttal report from Dr. Smith to the initial report of Professor DePasquale on September 17. Restore served a rebuttal report from Professor DePasquale to the rebuttal report of

Dr. Smith on October 7. The parties have scheduled the depositions of Professor DePasquale on October 14, Dr. Parikh on October 20, and Dr. Smith on October 21. On October 12, Restore asked for the first time to schedule short depositions of up to 2 hours apiece of Dr. Bomalaski, Dr. Howe, Ms. Rosecrans, and Mr. Marion on October 18, 19, or 20. Given that Restore just raised this today, Intuitive has not had the opportunity to determine whether it is possible to find mutually convenient times and dates for these experts to be deposed by the October 21 expert discovery deadline.

### Summary Judgment and Daubert Motions

Pursuant to the scheduling order (Doc. 91), and following the completion of expert discovery, the deadline for filing summary judgment and *Daubert* motions is November 12, 2021, with responses due December 9, 2021 and replies due December 23, 2021.

Respectfully submitted on October 12, 2021.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS**

*Admitted Pro Hac Vice


/s/ Allen Ruby
ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

LANCE A. ETCHEVERRY (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4500
lance.etcheverry@skadden.com
KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice*)
MICHAEL W. FOLGER (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

karen.lent@skadden.com
michael.menitove@skadden.com
michael.folger@skadden.com
MICHAEL S. BAILEY (*Pro Hac Vice*)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

**COUNSEL FOR DEFENDANT/COUNTERCLAIMANT**

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.