# Jeffrey Berhold

| | |
|---|---|
| **From:** | Folger, Michael W <Michael.Folger@skadden.com> |
| **Sent:** | Tuesday, October 19, 2021 11:29 AM |
| **To:** | Jeffrey Berhold; Bailey, Michael S |
| **Subject:** | RE: Restore v. Intuitive - Status Report |

Jeff,

As we already set forth below, Intuitive's expert reports were served on August 20, almost two months ago.  For over a month and a half (until last Tuesday, October 12), you only asked to depose Dr. Parikh and Dr. Smith (which we promptly scheduled).  Late in the evening on October 12, you stated that you wanted us to try scheduling depositions with Dr. Howe, Dr. Bomalaski, Ms. Rosecrans, and Mr. Marion to take place on either October 18, 19, or October 20, before the October 21 expert discovery deadline.  Even at that time, with barely a week left in expert discovery, you still couldn't tell us whether you actually intended to take any of those four depositions.  Nevertheless, we immediately reached out to those four individuals for availability, and unsurprisingly, two of those four individuals cannot make one of those days work on the short notice you provided.  Further, until yesterday afternoon, we still had not received any confirmation that Restore was actually going to take any of those four depositions, which effectively eliminated both October 18 and October 19 as potential deposition dates, leaving only October 20 and October 21 – both dates with depositions already scheduled.   The inability to complete these newly proposed expert depositions before the expert deadline on October 21 is squarely and self-evidently a result of Restore's delay.

As mentioned, Dr. Howe can be available for a two hour deposition between 2-4 PM tomorrow, October 20.  If you want to take depositions of Ms. Rosecrans and Dr. Bomalaski, you are welcome to make a motion explaining why good cause exists to extend the expert discovery deadline.  Intuitive will not join that motion.  We can reach out to Ms. Rosecrans and Dr. Bomalaski to determine their availability after the expert deadline passes, should the motion be granted.

Thanks,

Mike

**From:** Jeffrey Berhold <jeff@berhold.com>
**Sent:** Monday, October 18, 2021 10:29 PM
**To:** Folger, Michael W (NYC) <Michael.Folger@skadden.com>; Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>
**Subject:** [Ext] RE: Restore v. Intuitive - Status Report

Thanks, Mike.  On October 12, Restore asked to "schedule short depositions of up to 2 hours apiece of Dr. Bomalaski, Dr. Howe, Ms. Rosecrans, and Mr. Marion on October 18, 19, or 20."  Intuitive took six days to reply – and only after a another email from Restore today.   Since that second email, I have had an opportunity to review the deposition of Mr. Marion in Rebotix v. Intuitive.  Restore withdraws its prior request to take his deposition.  Restore will take the deposition of Dr. Howe on October 20 at 2 p.m. eastern time.  By tomorrow October 19 at 5:00 p.m. eastern time, please forward any records of Dr. Howe's conversations with Mr. Bair, Mr. Duque, or anyone else at Intuitive that were considered by Dr. Howe in forming his opinions.

Let me know by Wednesday, October 20 at 9:00 a.m. eastern time if Dr. Bomalski and Ms. Rosecrans are available on October 22 or October 25 or 26 and whether Intuitive will consent to an extension of the expert discovery deadline to accommodate their inability to appear on October 18, 19, or 20.  Otherwise, Restore will need to file an emergency motion to compel their appearances under Fed. R. Civ. Proc. 26(b)(4)(A) and/or move for an extension of the expert discovery deadline to accommodate their schedules, or exclude their testimony in the alternative.

Jeff.

**From:** Folger, Michael W <Michael.Folger@skadden.com>
**Sent:** Monday, October 18, 2021 9:15 PM
**To:** Jeffrey Berhold <jeff@berhold.com>; Bailey, Michael S <Michael.Bailey@skadden.com>
**Subject:** RE: Restore v. Intuitive - Status Report

Hi Jeff,

Your email below reflects the first time you confirmed that Restore was, in fact, going to depose those four individuals listed below.  Since you first raised the possibility of additional expert depositions last Tuesday night, we've been attempting to see if these individuals could be deposed on October 18, 19, or 20, but it has been difficult to find available dates and times given their busy schedules and your short notice.  Dr. Bomalaski and Ms. Rosecrans are not available to be deposed before the October 21 deadline.  With respect to Dr. Howe and Mr. Marion, there are only three days left in the expert discovery period, not including today, and the depositions of Dr. Parikh and Dr. Smith are already scheduled for October 20 and October 21, respectively.  That said, Dr. Howe can be available for a deposition on October 20 from 1-3 PM ET (we are also checking to see if he has availability from 2-4 PM ET), and Mr. Marion can be available from 5-7 PM ET on October 20.

Please let us know if we should move forward with scheduling Dr. Howe and Mr. Marion for those times.

Thanks,

Mike

**From:** Jeffrey Berhold <jeff@berhold.com>
**Sent:** Monday, October 18, 2021 11:33 AM
**To:** Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Folger, Michael W (NYC) <Michael.Folger@skadden.com>
**Subject:** [Ext] RE: Restore v. Intuitive - Status Report

Mike and Mike:

What is the status of this request?  Restore has reviewed the depositions of Dr. Bomalaski, Dr. Howe, and Ms. Rosecrans available from Rebotix v. Intuitive and has concluded that Restore will need to conduct its own depositions.  Restore expects to have to do the same with Mr. Marion.

Thanks.

Jeff.

**From:** Jeffrey Berhold
**Sent:** Tuesday, October 12, 2021 9:48 PM
**To:** 'Bailey, Michael S' <Michael.Bailey@skadden.com>; Folger, Michael W <Michael.Folger@skadden.com>
**Subject:** RE: Restore v. Intuitive - Status Report

Mike:

Thanks, Restore is asking to schedule short depositions of up to 2 hours apiece of Dr. Bomalaski, Dr. Howe, Ms. Rosecrans, and Mr. Marion on October 18, 19, or 20.  Ideally, the Rebotix depositions will obviate the need for those depositions.  Unfortunately, Restore is not in a position to make that decision today.  Given the need to schedule these individuals by October 21, we should just proceed with scheduling for now.  The attached redline reflects this request.

Let me know if Intuitive is good to go or has any additional edits.

Jeff.

**From:** Bailey, Michael S <Michael.Bailey@skadden.com>
**Sent:** Tuesday, October 12, 2021 9:26 PM
**To:** Jeffrey Berhold <jeff@berhold.com>; Folger, Michael W <Michael.Folger@skadden.com>
**Subject:** RE: Restore v. Intuitive - Status Report

Jeff – Thank you for the call a little while ago.  As noted on the call, this evening was the first time you indicated that may seek to depose any Intuitive expert other than Dr. Parikh and Dr. Smith.  Intuitive timely served its expert reports on August 20, and you only asked to depose Dr. Parikh and Dr. Smith (which we promptly scheduled).  Under the circumstances, Intuitive does not agree that Restore may seek expert discovery beyond the October 21 expert discovery deadline.  While you are welcome to review expert deposition transcripts from the Rebotix litigation, Intuitive reserves all rights under the Federal Rules to object to and argue against the use of Rebotix deposition testimony in this litigation.  Further, if you are seeking the depositions of additional Intuitive experts, although we will work cooperatively with you, it's going to be difficult, if not impossible, to schedule as many as four depositions in nine days, particularly given the schedules of the experts.  Please see attached for our proposed revisions, which includes a short section previewing the upcoming summary judgment Daubert motion deadlines.

Mike

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7000 | F: +1.202.393.5760 | M: +1.202.412.7993

**From:** Jeffrey Berhold <jeff@berhold.com>
**Sent:** Tuesday, October 12, 2021 6:06 PM
**To:** Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Folger, Michael W (NYC) <Michael.Folger@skadden.com>
**Subject:** [Ext] Re: Restore v. Intuitive - Status Report

Yes.  6:30 okay?

Get Outlook for iOS

**From:** Bailey, Michael S <Michael.Bailey@skadden.com>
**Sent:** Tuesday, October 12, 2021 5:51:30 PM
**To:** Jeffrey Berhold <jeff@berhold.com>; Folger, Michael W <Michael.Folger@skadden.com>
**Subject:** RE: Restore v. Intuitive - Status Report

Jeff – Are you available for a call to discuss this addition?

**Michael S. Bailey**
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7000 | F: +1.202.393.5760 | M: +1.202.412.7993

**From:** Jeffrey Berhold <jeff@berhold.com>
**Sent:** Tuesday, October 12, 2021 4:33 PM
**To:** Bailey, Michael S (WAS) <Michael.Bailey@skadden.com>; Folger, Michael W (NYC) <Michael.Folger@skadden.com>
**Subject:** [Ext] RE: Restore v. Intuitive - Status Report

Mike and Mike:

Here is a second draft of the status report.  Per the text, I am still in the process of determining whether Restore needs additional testimony from any experts designated by Intuitive besides Dr. Smith and Dr. Parikh.  I am also operating on the assumption that Intuitive prefers that Restore rely on the depositions from Rebotix where possible.

Thanks.

Jeff.

---

**From:** Jeffrey Berhold
**Sent:** Monday, October 11, 2021 7:07 PM
**To:** Bailey, Michael S <Michael.Bailey@skadden.com>; Folger, Michael W <Michael.Folger@skadden.com>
**Subject:** Restore v. Intuitive - Status Report

Mike and Mike:

Here is a first cut of the status report due tomorrow.  I will have to get back to you later about the stipulation.

Thanks.

Jeff.

Jeffrey L. Berhold, P.C.
1230 Peachtree St., Suite 1050
Atlanta, GA 30309
404.872.3800

www.berhold.com

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================


------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================