UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC** et al.,

    **Plaintiffs**,

v.    Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

    **Defendant**.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

This case is before the Court based on Plaintiffs' emergency motion to extend the discovery deadline (Doc. 98).  Defendant opposes the motion, and although the Court can glean the basis of the opposition from the email exchange attached to the motion, the Court will give Defendant an opportunity to respond to the motion if there is anything else it wants the Court to know.  An expedited response is necessary.  *See* N.D. Fla. Loc. R. 7.1(L).  Accordingly, it is

**ORDERED** that Defendant shall have until 3:30 p.m. tomorrow (October 20, 2021) to respond to Plaintiffs' motion.  The response shall, in addition to anything else Defendant wants the Court to know, specify how Defendant will be prejudiced by the requested extension (if the Court finds that the request is supported by good cause) and indicate whether the experts that are the subject of the motion can be

available for deposition before October 28 if the Court decides to extend the discovery deadline as requested (and if not, when they can be available).

**DONE and ORDERED** this 19th day of October, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**