# Exhibit 3

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
                   PANAMA CITY DIVISION
    RESTORE ROBOTICS LLC,        )
    RESTORE ROBOTICS REPAIRS     )
    LLC, and CLIF PARKER         )
    ROBOTICS LLC,                )
                                 )
      Plaintiffs,                )
                                 )
    vs.                          )   CIVIL ACTION NO.
                                 )
    INTUITIVE SURGICAL, INC.,    )   5:19-CV-55-TKW-MJF
                                 )
      Defendant.                 )
                                 )
    INTUITIVE SURGICAL, INC.,    )
                                 )
      Counterclaimant,           )
                                 )
    vs.                          )
                                 )
    RESTORE ROBOTICS LLC,        )
    RESTORE ROBOTICS REPAIRS     )
    LLC,                         )
                                 )
      Counterclaim Defendants.   )


         VIDEOTAPED DEPOSITION OF RONALD BAIR, JR.
                     (Taken by Plaintiff)
                        May 24, 2021
                       12:05 p.m. EST




    Reported by:  Debra M. Druzisky, CCR-B-1848
```

1    components and learning the fundamental operations

2    of the major subsystems, starting with our early

3    generation da Vinci systems and building to our

4    most recent robotic systems, including the Ion

5    system.

6              Following --

7         Q.   And is -- oh, go ahead.  I'm sorry.

8         A.   Following the in-person learning, field

9    engineers continue throughout the year and their

10   ongoing tenure with Intuitive to -- they are

11   required to maintain proficiency with that training

12   through review and acknowledgement of training

13   procedures as they may change and evolve over time.

14             And immediately following their training,

15   they will operate in a mentorship or apprenticeship

16   type arrangement with an experienced field engineer

17   and then begin supporting systems individually or

18   on their own.

19        Q.   Does Intuitive certify the field service

20   engineer upon completion of the multi-week

21   in-person training?

22        A.   Intuitive maintains completion

23   certificates upon successful completion of the

24   training, which would include multiple proficiency

25   exams, generally performed at the conclusion of

Case 5:19-cv-00055-TKW-MJF   Document 109-3   Filed 11/12/21   Page 4 of 9
Ronald Bair, Jr.                                              May 24, 2021
Restore Robotics LLC v Intuitive Surgical

Page 33

1    each generation or major subsystem training.
2             And those certificates, as well as the
3    ongoing training within the learning management
4    system, are maintained within the field engineer's
5    training record in our quality management system.
6        Q.   Once Intuitive deploys a field service
7    engineer to the field, what is provided to the
8    field service engineer in the way of equipment?
9        A.   Equipment would include a laptop that
10   includes methods of accessing the system,
11   downloading, reviewing and transmitting system
12   error logs, as well as diagnostic testing software
13   to appropriately perform maintenance on the system.
14            Field engineers would also have tooling
15   and equipment, some of it off-the-shelf components
16   that are calibrated and maintained by our
17   calibration teams on a calibration schedule, and
18   then also custom equipment fixtures -- equipment
19   and fixtures and tooling that have been developed
20   specifically for maintenance of -- maintenance and
21   repair of our robotics systems.  And some of those
22   must be calibrated and inspected as well.
23            And lastly, the field engineer is provided
24   with instrumentation, and sometimes emulators
25   depending on the technology that they're working

1   for, so that they can appropriately perform
2   diagnosis, system test drives, et cetera.
3       Q.   And what are the -- some examples of the
4   custom fixtures?
5       A.   We have, for example, weights that are
6   specifically manufactured to simulate a load on a
7   robotic arm to test break holding force in the
8   event of a power failure, or an electronic fixture
9   to help with arm calibration and the configuration
10  or learning of the system as it relates to where
11  the arms are in space and maintaining of the remote
12  center.
13      Q.   And what are some examples of the generic
14  tooling?
15      A.   Generic tooling would include classic hand
16  tools, pliers, snips, Allen wrenches, screwdrivers,
17  et cetera, as well as force gauges, torque
18  wrenches, vacuum cleaner, et cetera.
19      Q.   And can some repairs be done without the
20  custom fixtures?
21           MS. LENT:  Object to the form.
22           THE WITNESS:  Some minor repairs may
23      be partially performed without the custom
24      tooling and fixtures, but the full repair
25      procedures generally would not be able to

Case 5:19-cv-00055-TKW-MJF   Document 109-3   Filed 11/12/21   Page 6 of 9
Ronald Bair , Jr.                                              May 24, 2021
Restore Robotics LLC v Intuitive Surgical

Page 35

1      be completed.
2   BY MR. BERHOLD:
3      Q.   Why is that?
4      A.   The -- most of the -- all of the field
5   engineer interventions or repair and maintenance
6   activities conclude with, for example, the system
7   test drive to validate the intuitive functioning,
8   safe and intuitive functioning of the system before
9   it's turned back over to the customer, which would
10  require, for example, test instruments or
11  engineering instruments.
12     Q.   And does the test drive also require a
13  service laptop?
14     A.   The test drive does not require the system
15  to be in maintenance mode through a union with the
16  service laptop.
17     Q.   Okay.  So what is the service laptop used
18  for by the field service engineer?
19     A.   It's used initially to pull and review
20  error logs for the system to ensure that
21  troubleshooting and diagnosis can be complete and
22  accurate.  It is also used to execute our suite of
23  diagnostic tests with the system in maintenance
24  mode to ensure that it can be safely returned to
25  the customer.

Case 5:19-cv-00055-TKW-MJF   Document 109-3   Filed 11/12/21   Page 7 of 9
Ronald Bair , Jr.                                May 24, 2021
Restore Robotics LLC v Intuitive Surgical

Page 36

1    Q.   Can -- does the -- is the service laptop
2    used for conducting a preventative maintenance?
3    A.   Yes, it is.
4    Q.   To your knowledge, is there any way to
5    perform the preventative maintenance on a da Vinci
6    without the service laptop?
7    A.   There is not.
8    Q.   Why is that?
9    A.   The -- there are key elements of the
10   preventative maintenance procedures directly
11   related to patient safety in the event of a, for
12   example, a catastrophic power fault.
13          And the system can't -- cannot be
14   appropriately tested or calibrated in any sort of
15   user accessible mode.  And so it must be in
16   maintenance mode with the diagnostic procedure and
17   the system state placed in that through the field
18   engineer laptop.
19   Q.   Does the field service engineer -- so
20   when -- let me ask you a series of questions.
21          When a preventative maintenance is due,
22   does the robot give any indication to the user?
23   A.   Yes.  I believe there is what we deem to
24   be a P.M. indicator which shows the customer that
25   the system has reached its preventative maintenance

1    cycle.
2        Q.   Is the service laptop capable of removing
3    the P.M. indicator after completing a preventative
4    maintenance?
5        A.   Yes, it is.  That is one of the final
6    steps of the preventative maintenance procedure is
7    to reset both the preventative maintenance counter
8    within the system, for example, just as you would
9    for your oil change sticker in your vehicle, and
10   then we reset -- would physically reset the
11   indicator, or would reset the indicator through the
12   engineer laptop.
13       Q.   And is there any way to reset the
14   indicator without the service laptop, to your
15   knowledge?
16       A.   I do not believe that there is.
17       Q.   Have you been authorized to speak on
18   behalf of Intuitive on any prior existing process
19   for approving independent service organizations?
20       A.   I believe that is an element of the scope,
21   yes.
22       Q.   Has Intuitive ever approved an independent
23   service organization to perform repairs or service
24   on the da Vinci surgical system in the United
25   States?

```
 1         R E P O R T E R   C E R T I F I C A T E
 2    STATE OF GEORGIA  )
      COBB COUNTY       )
 3
 4           I, Debra M. Druzisky, a Certified Court
      Reporter in and for the State of Georgia, do hereby
 5    certify:
             That prior to being examined, the witness
 6    named in the foregoing deposition was by me duly
      sworn to testify to the truth, the whole truth, and
 7    nothing but the truth;
             That said deposition was taken before me
 8    at the time and place set forth and was taken down
      by me in shorthand and thereafter reduced to
 9    computerized transcription under my direction and
      supervision.  And I hereby certify the foregoing
10    deposition is a full, true and correct transcript
      of my shorthand notes so taken.
11           Review of the transcript was requested.
      If requested, any changes made by the deponent and
12    provided to the reporter during the period allowed
      are appended hereto.
13           I further certify that I am not of kin or
      counsel to the parties in the case, and I am not in
14    the regular employ of counsel for any of the said
      parties, nor am I in any way financially interested
15    in the result of said case.
             IN WITNESS WHEREOF, I have hereunto
16    subscribed my name this 25th day of May, 2021.
17
18
19                        [Signature]

20                        _____
                          Debra M. Druzisky
21                        Georgia CCR-B-1848
22
23
24
25
```