# Exhibit 4

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
                  PANAMA CITY DIVISION

RESTORE ROBOTICS LLC,          )
RESTORE ROBOTICS REPAIRS       )
LLC, and CLIF PARKER           )
ROBOTICS LLC,                  )
                               )
   Plaintiffs,                 )
                               )
vs.                            )   CIVIL ACTION NO.
                               )
INTUITIVE SURGICAL, INC.,      )   5:19-CV-55-TKW-MJF
                               )
   Defendant.                  )

INTUITIVE SURGICAL, INC.,      )
                               )
   Counterclaimant,            )
                               )
vs.                            )
                               )
RESTORE ROBOTICS LLC,          )
RESTORE ROBOTICS REPAIRS       )
LLC,                           )
                               )
   Counterclaim Defendants.    )
```

         VIDEOTAPED DEPOSITION OF WEST E. GORDON
                   (Taken by Defendant)
                     May 13, 2021
                     9:52 a.m. EST




      Reported by:  Debra M. Druzisky, CCR-B-1848

1   to work on the systems.  This is also the tech
2   bulletins, those types of things.  The actual P.M.
3   reports were filled out on an Excel spreadsheet,
4   which is very accessible from anything.
5        Q.   So you had the Excel spreadsheets that
6   were used for P.M. reports on your phone; is that
7   right?
8        A.   At some point, correct.
9        Q.   Okay.  But not the service reports?
10       A.   Correct.
11       Q.   What else was on the service laptop,
12  anything other than what we've talked about?
13       A.   Not that I can think of.  Oh, the
14  software, the actual software to the MATLAB
15  software to connect to the actual da Vincis, again,
16  only accessible on that F.E. laptop, field engineer
17  laptop.
18       Q.   And what was that, you called it the
19  MATLAB?
20       A.   MATLAB, correct.
21       Q.   Okay.  And you said that was used to
22  connect to the da Vinci?
23       A.   That's correct.
24       Q.   Why would you need to connect to the
25  da Vinci?

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 4 of 15
West E. Gordon                                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 44

1    A.   Because you can be able to program the
2    da Vinci, program arms for serial numbers, also
3    download fault error codes, fault logs, things like
4    that.
5    Q.   Anything else that you would need the
6    software?
7    A.   Not that I can think of right now.
8    Q.   And when you performed maintenance on
9    da Vinci robots while working at Intuitive, you
10   used the F.E. service laptop; right?
11   A.   That is correct.
12   Q.   And you used the MATLAB software to
13   connect to the da Vinci; right?
14   A.   That is correct.
15   Q.   You used the MATLAB software to program
16   da Vincis; right?
17   A.   That's correct.
18   Q.   And to download faults; correct?
19   A.   Fault codes, correct.
20   Q.   Are fault codes the same as error codes?
21   A.   Correct.
22   Q.   Okay.  Did you use the MATLAB software for
23   anything else?
24   A.   Testing.  You would test arms.  You would
25   test judder.  You would test the actual sign cycle,

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 5 of 15
West E. Gordon                                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 45

1     which would be the movement of the arms during
2     preventative maintenance.
3          Q.   Why would you need to do that?
4          A.   You would test the arms for being in a
5     certain area by a certain time to make sure there's
6     no delay or lag in the arms.
7          Q.   Did you say you would test judder?  Is
8     that the phrase you used?
9          A.   I believe it -- I believe that was the
10    phrase, correct.
11         Q.   How do you spell that?
12         A.   J-U-D-D-E-R.
13         Q.   Judder, okay.  What does that mean?
14         A.   Again, it's just the finite movements of
15    the arm.
16         Q.   The what movements?
17         A.   The finite movements of the arm.
18         Q.   Finite.  Okay.
19              Why would you need to test the finite
20    movements of the arm using this MATLAB software?
21         A.   You'd ensure that it's smooth, that it's
22    not, you know, jerking and it's going to cause any
23    kind of patient harm.
24         Q.   Okay.  So you used the MATLAB software to
25    test judder and --

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 6 of 15
West E. Gordon                                                May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 46

```
 1       A.   There were some other things as well.  I
 2   don't recall the exact terms.  It's been seven
 3   years.
 4       Q.   Okay.  Can you think about -- can you
 5   think of any other things besides these two that
 6   you mentioned with the arms?
 7       A.   Again, you're just testing the overall
 8   movement in the arms, make sure there's no problems
 9   with break holding, make sure there's smooth
10   movements, that it's moving quickly enough, it's
11   going to the places that it's told to go to at the
12   correct times in the correct amount of time.
13       Q.   And you needed to use the MATLAB software
14   to do that.
15       A.   That is correct.
16       Q.   Right?
17       A.   That is correct.
18       Q.   Okay.  During your time at da Vinci --
19   working for Intuitive, did you ever perform those
20   testing functions without using the MATLAB
21   software?
22       A.   No.
23       Q.   Why not?
24       A.   It wasn't possible.
25       Q.   Okay.
```

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 7 of 15
West E. Gordon                                                May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 47

1      A.   The MATLAB software would actually give a
2   computer read-out of those times and give you a
3   pass of fail criteria.
4      Q.   And it gives you a what criteria?
5      A.   Pass or fail criteria.
6      Q.   After fail?
7      A.   At the conclusion of the test of each arm,
8   it would tell you whether it passed or failed.
9      Q.   And you wouldn't know whether the arms
10  would pass or fail all these tests without the
11  MATLAB software; right?
12     A.   That's correct.
13     Q.   Okay.
14     A.   I had never seen one fail, but that is
15  correct.
16     Q.   Did you have to calibrate the da Vinci
17  robots?  Was that part of your job?
18     A.   You have to be more specific.
19     Q.   Well, do you know what "calibrate" means?
20     A.   I do.
21     Q.   Okay.  Did you calibrate da Vinci robots
22  as part of your job?
23     A.   I'm not sure.  If you can tell me to
24  calibrate specific things, I might be able to
25  remember it.

Case 5:19-cv-00055-TKW-MJF  Document 109-4  Filed 11/12/21  Page 8 of 15
West E. Gordon                                                May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 101

1       A.   I think Bruce was still with us for a week
2    or two after I started.
3       Q.   So you and Bruce only overlapped for about
4    a week?
5       A.   A couple weeks maybe.  I'm guessing.  It
6    wasn't very long.
7       Q.   Okay.  When did you actually begin working
8    for Restore?
9       A.   I believe the very beginning of February.
10      Q.   Okay.
11      A.   I was working my normal job with Cree four
12   days a week or so and then flying to Texas and
13   covering da Vinci so that my guys at Cree had
14   enough time to find a replacement for me.
15      Q.   Oh, okay.  So your work at Cree overlapped
16   with sort of a ramp-up period at --
17      A.   Correct.
18      Q.   -- Restore?
19      A.   Correct.  I just didn't want to leave my
20   guys at Cree without me.  Because I loved that job,
21   and there was no reason I wanted to leave there.
22   You know, I was -- it was for the opportunity and
23   everything and more challenges where I'm at now is
24   why I left.  It was nothing negative about Cree.
25      Q.   Were you offered any sort of profit

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 9 of 15
West E. Gordon                                                May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 102

1   sharing or any other potential future form of
2   compensation from Restore?
3        A.   I was not.
4        Q.   So as a senior field service engineer for
5   Restore, you performed preventative maintenance and
6   spot repairs of da Vinci surgical robots; correct?
7        A.   Correct.
8        Q.   What models of da Vinci surgical robots
9   did you do this work on?
10       A.   I believe it was just IS3000.  There
11  may --
12       Q.   And is that --
13       A.   -- have been an IS2000 in there somewhere,
14  but I don't recall.  I believe it was just the
15  Si's.
16       Q.   The Si's.  Okay.
17            Have you ever heard of the Xi?
18       A.   I have.
19       Q.   Or the -- have you ever performed
20  preventative maintenance or repairs on an X or Xi?
21       A.   I have not.
22       Q.   Why not?
23       A.   Because I hadn't even seen one before.
24       Q.   Oh, you've never seen one?
25       A.   I hadn't at the time.

1    Q.   At what time?
2    A.   At the time of starting with Restore.  The
3  whole time that I was doing any kind of maintenance
4  or repairs on da Vincis at all, I had not seen an
5  Xi.
6    Q.   And by -- are you referencing to your time
7  at Intuitive when you say that?
8    A.   No.  Well, I mean both.
9    Q.   So, so as you sit here today, have you
10 ever seen an X or Xi?
11   A.   I have.  In the O.R. he's working there,
12 not working on them --
13   Q.   When is the first time --
14   A.   -- walking by, walking in the O.R.
15   Q.   When's the first time that you saw a
16 da Vinci X or Xi?
17   A.   Working on Neptune systems, going and
18 getting Neptune systems out of the room or doing
19 P.M.s on Neptune systems.
20   Q.   Okay.  So the first time you saw a
21 da Vinci X or Xi was after you stopped performing
22 service on da Vinci robots for Restore; correct?
23   A.   That's correct.  That is correct.
24   Q.   Got it.  Thank you.
25        And why would it be that you would have

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 11 of 15
West E. Gordon                                              May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 142

1     Q.   MATLAB, right.  And what are those aspects
2   of MATLAB?
3     A.   It's doing the serial numbers, resetting
4   all the serial numbers at the P.M. counters.  It's
5   running the sign cycle on the robot, which is where
6   it dances and goes through all its movements.
7     Q.   Okay.
8     A.   And then running the judder and drag test
9   it on arms if they fail a sign cycle.
10    Q.   And that, that's the stuff we talked about
11  earlier; right?
12    A.   Correct.  Yeah.  And again, the whole
13  judder and drag stuff, although I was very careful
14  to let the customer know we could not do those
15  things, it was not something I ever had to run when
16  I was with Intuitive Surgical.  It was always
17  obvious fails.
18         And so I've never seen sign cycle ever
19  fail.  Not to say that it I can't, just I haven't
20  witnessed it ever fail.
21    Q.   When you were servicing -- well, no.
22  Strike that.
23         When you were performing maintenance on
24  the da Vinci robots while at Restore, were you able
25  to clear all the error codes that are -- that the

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 12 of 15
West E. Gordon                                                  May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 143

1  robot might display?
2      A.   No.
3      Q.   Why not?
4      A.   Because I don't have the software to do
5  so.  And I mean, I wouldn't want to.  I mean, I'd
6  want to resolve the issue if there was an issue
7  that needed to be resolved that was being
8  identified by an error code.
9      Q.   Uh-huh.  Okay.  You would have been able
10 to do that when you worked at Intuitive; right?
11     A.   Clear it?  I mean, you would resolve the
12 issue.  I'm not really sure what you mean by "clear
13 it."  The preventative maintenance message across
14 the screen, you could clear that.
15     Q.   You could have cleared the preventative
16 maintenance message on the screen when you worked
17 at Intuitive?
18     A.   Correct.  It was a P.M. counter.  They
19 implemented it about halfway through me working
20 there.  That would display a P.M. maintenance needs
21 to be -- a P.M. needs to be completed at -- across
22 the screen of Vision tower and the surgeon console
23 when it had been over six months and it was past
24 due.
25     Q.   When you performed P.M.s on da Vinci

1  robots for Restore, were you able to guarantee to
2  customers that the robots remained within O.E.M.
3  specifications?
4       A.   Absolutely not.  No.
5       Q.   Okay.
6       A.   And I was very clear about that.
7       Q.   Okay.
8       A.   Because like I say, it was more of a
9  here's what we've tested.  That's the point of this
10 checklist, here's what we've tested, here's numbers
11 I have as far as I've gone through everything, I
12 have found no issues and no reason to believe they
13 will not perform properly.
14           But that's all I can do.
15      Q.   Okay.  Were there -- strike that.
16           When you were -- after you were hired by
17 Restore, did you inform them that there were any
18 limitations on the services or P.M. that you could
19 do with respect to da Vincis?
20      A.   I did.  The day I asked -- the day I went
21 out there the first time, I did.
22      Q.   And who did you tell?
23      A.   Kevin May, as well as everybody else.  You
24 know, I -- everyone was aware of it.  And I told
25 them there were things we could not do when it

Case 5:19-cv-00055-TKW-MJF   Document 109-4   Filed 11/12/21   Page 14 of 15
West E. Gordon                                                  May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 145

1   comes to regarding the computer stuff, the
2   software, that there was no way for me to be able
3   to guarantee 100 percent that everything was fine
4   because of not being able to run those electrical
5   tests on the arms.
6        Q.   Did they seem, did Kevin and the others
7   that you spoke to seem surprised by any of that?
8        A.   I wouldn't really say so.  I mean, a lot
9   of stuff I was able to bring to them was newer, I
10  mean, things that they wouldn't have thought about
11  before, that Bruce hadn't thought about, which as I
12  said was why he had a short employment with us.
13            But not really surprised, and they seemed
14  very receptive to it as well.  You know, they
15  understood that, and they would make sure that was
16  relayed on.
17       Q.   Did it -- you know, maybe "surprise" isn't
18  the best word, but were they unaware that you --
19       A.   It --
20       Q.   -- wouldn't be able to perform some of
21  those things?
22       A.   It would seem so, yes.  It would seem so
23  to me.
24       Q.   Uh-huh.  What -- do you remember or have a
25  recollection of any of the things that they thought

```
 1           R E P O R T E R   D I S C L O S U R E
 2     STATE OF GEORGIA  )    DEPOSITION OF
       COBB COUNTY       )    WEST E. GORDON
 3
 4            Pursuant to Article 10.B of the Rules and
       Regulations of the Board of Court Reporting of the
 5     Judicial Council of Georgia, I make the following
       disclosure:
 6            I am a Georgia Certified Court Reporter.
       I am here as a representative of Veritext Legal
 7     Solutions.
              Veritext Legal Solutions was contacted by
 8     the offices of Skadden, Arps, Slate, Meagher & Flom
       to provide court reporting services for this
 9     deposition.  Veritext Legal Solutions will not be
       taking this deposition under any contract that is
10     prohibited by O.C.G.A. 9-11-28 (c).
              Veritext Legal Solutions has no contract
11     or agreement to provide court reporting services
       with any party to the case, or any reporter or
12     reporting agency from whom a referral might have
       been made to cover the deposition.
13            Veritext Legal Solutions will charge its
       usual and customary rates to all parties in the
14     case, and a financial discount will not be given to
       any party in this lit:
15
16
17                             Debra M. Druzisky
                               Georgia CCR-B-1848
18
19
20
21
22
23
24
25
```