# Exhibit 18

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2           MIDDLE DISTRICT OF FLORIDA
3                 TAMPA DIVISION
4                   ---oOo---
5
6   REBOTIX REPAIR, LLC,
7            Plaintiff,
8   vs.                         Case No. 8:20-CV-02274
9   INTUITIVE SURGICAL, INC.,
10           Defendant.
11  _____/
12
13
14
15      30(b)(6) REMOTE VIDEOTAPED DEPOSITION OF
16                   BOB DESANTIS
17              THURSDAY, MAY 27, 2021
18
19
20
21  Stenographically Reported by:
22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR
23  California CSR No. 9830
24  Job No. 194224
25

Page 263

1  right?

2     A   I don't know.  I don't -- I believe it can

3  continue to be used.

4     Q   Well, there's certain areas that the robot

5  can generate that only Intuitive can resolve with its

6  proprietary software; true?

7     A   I believe so.  We're in an area that's not --

8  not my expertise.

9     Q   And it's your understanding that certain

10 service issues, if they're not repaired by -- it's

11 your understanding that certain service issues, if

12 they're not addressed by Intuitive representative,

13 they will render the robot unusable for surgery;

14 right?

15    A   I don't know that.

16    Q   Look at Slide 4 with you.  The slide titled

17 "Dragon"; do you see that?

18    A   Yes.

19    Q   There's some "User Focused" and "Company

20 Focused" bullets on this slide; do you see that?

21    A   Yes.

22    Q   User "Focus Bullet" says "Confidence" --

23       THE REPORTER:  Hold on.  Counsel, if you

24 would please, your papers.

25       MR. RUBY:  Sorry.

1        MR. ERWIG:  Withdrawn.
2    Q   One of the bullet points says:
3        "Confidence Displace non-validated 3rd party
4    re-programmers."
5        Is that right?
6    A   Yes.
7    Q   Under the "Company Focused" bullet there's
8    "Advancement," "Offensive" and "Defensive"; do you see
9    that?
10   A   Yes.
11   Q   And the "Offensive" bullet, that reads:
12       "Create lower pricing option while
13   maintaining acceptable margins."
14       Do you see that?
15   A   I do.
16   Q   That's similar to what we saw in the Mohr
17   document that we looked at earlier; right?
18   A   Yes.
19   Q   And the "Defense" bullet says:
20       "Displaced non-validated 3rd party
21   re-programmers where already present."
22       Right?
23   A   Yes.
24   Q   And "Reclamation removes product from field
25   increase entry barriers for other 3rd party

1  reprogrammers."
2      Right?
3   A  Yes.
4   Q  One of the defensive elements of Project
5  Dragon was to "Displace non-validated 3rd party
6  re-programmers"; right?
7   A  So again, I don't want that statement to be
8  too narrow.  This is under the title of "Company
9  Focused."  We feel that defending the quality and the
10 brand and the reputation of our entire platform is
11 paramount to patients/people but also to the company.
12 So when we talk about "Company Focused" on "Defensive"
13 here, this is what's going -- you know, this is the
14 intent, is the non-validation, to stop kind of
15 unauthorized who knows what quality-system level
16 third-party re-programmers of our instrument.
17  Q  The time that this slide deck was created,
18 Intuitive had not tested any third-party reprogramed
19 EndoWrist; true?
20  A  Again, whatever came back through our quality
21 system, did we test it like we test everything else?
22 Yes.  Did we do V&V and life testing on a
23 third-party's product to our specs?  No.
24  Q  I'm going to stop screen sharing this
25 exhibit.

Page 266

1           Now, ultimately Intuitive did not pursue an
2    instrument refurbishment program for the da Vinci Si
3    or for the da Vinci Xi; right?
4        A   Not to date.
5        Q   It's because instrument refurbishing, that's
6    something that's not profitable for Intuitive; right?
7        A   Yeah.  Financially it turned out to be
8    essentially a wash between building new instruments
9    and going through the entire process of collecting and
10   remanufacturing to original specs, et cetera.
11       Q   And there's no indication that refurbishing
12   would suddenly be profitable and -- in the future;
13   right?
14       A   I don't know that.
15       Q   Well, what's your understanding of the
16   current status of Project Dragon?
17       A   Project Dragon right now is on the shelf.  It
18   is something that we continue to have conversations
19   about different components and parts.  And we look at
20   all ways to kind of satisfy customer needs or
21   perceived needs.  But right now we're not actively
22   pursuing a refurbishing program.
23       Q   And do you understand that one of the reasons
24   hospitals return to Rebotix was because the services
25   offered at a lower price point than purchasing a new

1  EndoWrist from Intuitive?

2      A   I'd say one of the reasons, yes.

3      Q   Is it your understanding that hospitals are
4  concerned about patient safety?

5      A   Yes.

6      Q   Is it your understanding that hospitals are
7  concerned about maximizing good outcomes for their
8  patients?

9      A   Yes.

10     Q   Do you have any reason to believe that a
11 hospital would deliberately use a -- withdrawn.

12         Do you have any reason to believe that a
13 hospital would use an unsafe instrument in a surgery?

14     A   If that hospital -- hospital was
15 well-informed, I -- you know, I don't believe they
16 would use unsafe instruments.  And, in fact, when we
17 inform most of the hospitals of the facts of the
18 matter, they stopped using third parties.

19     Q   When you say you informed the hospitals, one
20 of the things that you've told the hospitals was that
21 Intuitive would cancel the sales contract with the
22 hospitals if they continued using services like
23 Rebotix; right?

24     A   That was usually a third or fourth step.  Our
25 first was just to inform them and clarify, because

1  indicated life, and it's dangerous.  They have been
2  moved closer to their failure point.
3     Q   Well, you might have to replace some parts if
4  a cable is fully torn.  For example, that would have
5  to be replaced; right?
6     A   Yes.  And that's why we went about Project
7  Dragon the way we did.
8     Q   But in the -- in the process of Project
9  Dragon, did you test whether the specific grip force
10 for an EndoWrist, whether that could be repaired?
11    A   I'd be surprised if we did, because grip
12 force is related to cable stretch.
13    Q   One of the other things you mentioned was
14 unintuitive motion, and we discussed earlier that
15 sometimes hospitals experience unintuitive motion in
16 EndoWrists before their use counter expires; right?
17    A   It's very rarely.
18    Q   It certainly happens though; right?
19    A   If it does, it's a significant issue for us
20 that we -- we jump over -- all over and fix.
21 Intuitive motion is a pillar of our platform.
22    Q   Has Intuitive tested whether it's possible to
23 repair EndoWrists that are experiencing unintuitive
24 motion?
25    A   So the motion of the grips is dictated by --

1  through a Tele-OP loop dictated by -- by the cables in
2  the drives.
3       So when you start to get unintuitive motion,
4  it's usually bench part or stretched cables.  In
5  either one of those cases, just to get right to the
6  point, we -- the parts are closer to their failure
7  mode.  So it's not a project we would undertake based
8  on our -- on our engineering knowledge and judgment.
9       Q   It's not something that Intuitive ever did,
10  in fact, undertake; right?
11      A   No.
12      Q   To this date, in fact, Intuitive has never
13  studied whether it's possible to repair EndoWrists to
14  their original specifications; right?
15      A   We've done it the way we know best which is
16  to repair them by replacing the parts that need to be
17  replaced.
18      Q   Well, let's -- withdrawn.
19          Are you aware that hospitals report using
20  Rebotix's instruments in surgeries and have no issues
21  with those instruments?
22          MR. RUBY:  I'll object to the form of the
23  question.  It assumes a fact which isn't a fact.  But
24  you may go ahead and answer.
25          THE WITNESS:  I don't know that I've seen

Page 279

1  reports from hospitals talking about their

2  satisfaction with Rebotix's instruments.

3         MR. ERWIG:  Q.  Intuitive does not want its

4  customers to use Rebotix's to repair their EndoWrists;

5  true?

6     A   Intuitive doesn't want anybody to adulterate

7  our platform in any way that can't be assured that

8  it's a sufficient quality level that we have --

9  that -- that we provide our sales.

10    Q   And that's at a more general level.  But to

11 get specific, that means that Intuitive does not want

12 hospitals to use Rebotix to repair EndoWrists; right?

13    A   True, because we feel it's unsafe.

14    Q   In fact, Intuitive will ultimately stop

15 servicing the da Vinci robots for hospitals if they

16 continue using Rebotix; right?

17    A   As a last resort, yes.

18        MR. ERWIG:  Let's go off the record.

19        THE VIDEOGRAPHER:  We are going off the

20 record at 2:43 p.m.

21        (Recess taken.)

22        THE VIDEOGRAPHER:  We're back on the record

23 at 2:48 p.m.

24        (Document remotely marked 39

25          for identification.)

Page 280

1    MR. ERWIG: I'll show you our next exhibit.
2 This will be "7'24'17 Attach from Morales to
3 da Vinci."
4    Q   Do you see this on the screen in front of
5 you?
6    A   Yes.
7    Q   Do you recognize this document? You can
8 scroll through it.
9    A   Yeah, I don't recall the document
10 specifically, but...
11   Q   Does this look a slide titled "Customer Value
12 of Dragon"?
13   A   Yes.
14   Q   And there's some text below here, and it
15 reads:
16       "A 20% discount is proposed. This discount
17 balances: RF instrument cost, requested I&A costs in
18 various regions, and our DESIRED LEADERSHIP POSITION
19 in robotics."
20       Do you see that?
21   A   I do.
22   Q   We talked earlier about a potential discount
23 for Project Dragon instruments.
24       Is 20 percent discount the amount of discount
25 that was envisioned as part of Project Dragon?

Page 281

1      A    In this note, yes.
2      Q    Is that generally consistent with your
3  understanding of what the discount for Project Dragon
4  instruments would have been?
5      A    I really don't have that data point in my
6  head, even a range.
7           MR. ERWIG:  Take this exhibit down.
8           I have no further questions at this time.
9           MR. RUBY:  I have no questions.
10          MR. ERWIG:  Thank you, Mr. DeSantis.
11          Let's go off the record.
12          MR. RUBY:  Thank you.  Thank you, everybody.
13          THE VIDEOGRAPHER:  This concludes the
14  deposition.
15          We are going off the record at 2:50 p.m.
16          (WHEREUPON, the deposition end the
17           at 2:50 p.m.)
18                       ---oOo---
19
20
21
22
23
24
25

1           CERTIFICATE OF REPORTER

2

3           I, ANDREA M. IGNACIO, hereby certify that the
4   witness in the foregoing remote deposition was by me
5   remotely sworn to tell the truth, the whole truth, and
6   nothing but the truth in the within-entitled cause;
7           That said deposition was taken in shorthand
8   by me, a disinterested person, at the time and place
9   therein stated, and that the testimony of the said
10  witness was thereafter reduced to typewriting, by
11  computer, under my direction and supervision;
12          That before completion of the deposition,
13  review of the transcript [ ] was [x] was not
14  requested.  If requested, any changes made by the
15  deponent (and provided to the reporter) during the
16  period allowed are appended hereto.
17          I further certify that I am not of counsel or
18  attorney for either or any of the parties to the said
19  deposition, nor in any way interested in the event of
20  this cause, and that I am not related to any of the
21  parties thereto. Dated: May 28, 2021
22        *[signature]*
23  _____
24    ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830
25