# Exhibit 21

# Board Book

## January 17, 2019

MISSISSIPPI BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING

| 3825 Ridgewood Road, Jackson MS 39211 | 601 432 6198 |

# ──── Board Meeting Outline ────
MISSISSIPPI BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING

**MEETINGS SCHEDULE**  Health Affairs Committee | January 16, 2019, 2:00p | IHL Board Room
Board Meeting | January 17, 2019, 9:00a | IHL Board Room

**CALL TO ORDER**  Trustee Shane Hooper
**INVOCATION**  Trustee Hal Parker
**INTRODUCTION OF GUESTS**  Trustee Shane Hooper

## MINUTES
December 12, 2018 Regular Board Meeting Minutes ................................................................. 5

## CONSENT AGENDAS  | Trustee Shane Hooper

**FINANCE**
1. MSU – Request for Approval to Enter into a New Agreement with American College Testing/National Research Center for College and University Admissions ..................................... 18
2. MSU – Request for Approval to Enter into a New Agreement with Sage Publications, Inc. ............ 19
3. MSU – Request for Approval to Modify an Agreement with SirsiDynix .......................................... 20
4. UM – Request for Approval to Amend an Agreement with John Wiley and Sons, Inc. .................. 22
5. UMMC – Request for Approval to Enter into an Agreement with Aureus Nursing, LLC ................ 23
6. UMMC – Request for Approval to Enter an Agreement with Compass Clinical Consulting Co. ..................................................................................................................................... 25
7. UMMC – Request for Approval to Enter into a Purchase Agreement with Elekta Inc. ................... 28
8. UMMC – Request for Approval to Amend a Support Agreement with Epic Systems Corporation ................................................................................................................................... 30
9. UMMC – Request for Approval to Enter into a Product Agreement with LivaNova USA, Inc. ...... 35
10. UMMC – Request for Approval to Enter into a Sales and Service Agreement with Medrobotics Corporation ................................................................................................................. 36
11. UMMC – Request for Approval to Amend a Product Sale Agreement with Medtronic USA, Inc. ...................................................................................................................................... 38
12. UMMC – Request for Approval to Enter into a Sterile Processing Support and Services Agreement with STERIS Instrument Management Services, Inc. ................................................ 39

**REAL ESTATE**
Approval of Initiations of Projects/Appointments of Professionals

*Bureau of Building Projects*
1. DSU – GS 102-266 – HVAC Improvements, Design Professional – Engineering Resource Group, Inc. ................................................................................................................................... 44
2. DSU – GS 102-267 – Campus Roofing, Design Professional – Burris/Wagnon Architects, P.A. ....... 45

Approval of Budget Increases and/or Changes of Scope/Change of Funding Source(s)

*Bureau of Building Projects*
3. DSU – GS 102-258 – Sillers Coliseum Renovation, Design Professional – Cooke Douglass Farr Lemons Architects & Engineers, P.A. ...................................................................................46

*IHL Projects*
4. ASU – IHL 201-253 – Animal Science Building, Design Professional – Durrell Design Group, PLLC ...............................................................................................................................................48

Approval of Other Real Estate Requests
5. ASU – Delete from Inventory and Demolish Building #0128 – Laying Building ..............................49
6. DSU – Naming of the Aquatics Center as the "Ronald G. Mayers Aquatics Center" ........................50
7. MSU – Delete from Inventory and Demolish Building #1446 – Prairie Research Unit, Prairie, Mississippi .........................................................................................................................................52

**LEGAL**
1. MSU – Approval to Modify Contract with Ware | Immigration as Outside Counsel ........................53
2. USM – Approval to Hire Evan Law Group, LLC as Outside Counsel................................................55
3. UMMC – Request for Approval to Extend Current Affiliation Agreement with Friends of Children's Hospital ...........................................................................................................................55

**PERSONNEL**
1. Employment (MUW, MVSU, UM)....................................................................................................56
2. Change of Status (MVSU) .................................................................................................................56
3. Sabbatical (UM) .................................................................................................................................56

# REGULAR AGENDAS

**FINANCE |** Trustee Tom Duff
1. UMMC – Request for Approval to Enter into an Agreement with CHG Companies, Inc. d/b/a CompHealth ......................................................................................................................................57
2. UMMC – Request for Approval to Enter into a Medical Office Building Lease with Flowood Investors II, LLC..............................................................................................................................58
3. UMMC – Request for Approval to Enter into a Medical Office Building Lease with Highland Plaza, LLC ........................................................................................................................61

**REAL ESTATE |** Trustee Hal Parker
Approval of Initiations of Projects/Appointments of Professionals

*IHL Projects*
1. USM – GCRL – IHL 210-248 – Invertebrate Growout II, Design Professional – McCarty Architects. ..........................................................................................................................................67

**LEGAL |** Trustee Ann Lamar
1. DSU – Approval to Settle IHL Self-Insured Workers' Compensation Claim No. 55-36579-1 ..........69
2. MSU – Approval to Settle IHL Self-Insured Workers' Compensation Claim No. 55-37715-1..........69

## INFORMATION AGENDAS  | Commissioner Alfred Rankins, Jr.

**FINANCE**
1. UMMC – Mississippi Information Technology Services Amendment #1 to the Master Acute Client Agreement with Allscripts Healthcare, LLC ................................................................. 70
2. UMMC – Mississippi Information Technology Services Amendment #4 to the Software License and Maintenance Agreement with Haemonetics Corporation ................................................. 70
3. UMMC – Mississippi Information Technology Services Amendment #3 to the Software License and Application Service Agreement with Marsh Clearsight LLC (Formerly CS Stars LLC) ................................................................................................................................. 70
4. UMMC – Mississippi Information Technology Services Amendment #9 to the Master Services and License and Agreement with OptumnInsight, Inc. ........................................................ 70
5. UMMC – Mississippi Information Technology Services Supplement to the Master Purchase Agreement with Shi International Corp. ................................................................................. 71

**REAL ESTATE**
1. SYSTEM – Real Estate Items Approved Subsequent to the December 12, 2018 Board Meeting
   Jackson State University ........................................................................................................ 359
   Mississippi State University .................................................................................................. 359
   University of Mississippi ....................................................................................................... 362
   University of Mississippi Medical Center ............................................................................. 366
   University of Southern Mississippi ....................................................................................... 367

**LEGAL**
1. SYSTEM – Report of Payments to Outside Counsel ............................................................ 369
2. SYSTEM – Emergency Approval of Jones Walker, LLP as Outside Counsel .................... 376

**ADMINISTRATION/POLICY**
1. SYSTEM – Commissioner's Notification of Approval ........................................................ 377

## ADDITIONAL AGENDA ITEMS IF NECESSARY
## OTHER BUSINESS/ANNOUNCEMENTS
## EXECUTIVE SESSION IF DETERMINED NECESSARY
## ADJOURNMENT

**BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING**
**CONSENT AGENDA**
**FINANCE**
**January 17, 2019**

**Contract Amount:** The total estimated cost of the Agreement is $3,010,854 over the thirty-six (36) month term. UMMC has included an annual price increase of three percent (3%) for potential price increases.

**Funding Source of Contract:** This agreement will be funded by hospital patient revenue.

**Contractor Selection Process:** The LivaNova VNS Therapy System, including generators, leads, tunnelers, accessory packs, programming wands, and patient essential kits, qualify as clinical commodities under Miss Code Ann §31-7-l, which are exempted from procurement requirements under §31-7-13.

**Staff Recommendation:** Based on Board Policy 707.01, *Land, Property and Service Contracts, Board approval is required prior to execution of the contract for all other land, personal property, and service contracts that require an aggregate total expenditure of more than $250,000.* Legal Staff has reviewed the proposed Agreement between the University of Mississippi Medical Center and LivaNova USA, Inc. for compliance with applicable law and find same to be acceptable. Board staff recommends approval of this item.

10. <u>UMMC-REQUEST APPROVAL TO ENTER INTO A SALES AND SERVICE AGREEMENT WITH MEDROBOTICS CORPORATION</u>

**Agenda Item Request:** The University of Mississippi Medical Center (UMMC) requests approval to enter into a Sales and Service Agreement (Agreement) with **Medrobotics Corporation (Medrobotics)** to provide a Flex® Robotic TA/ENT System (Flex System), including associated accessories, internal software, warranty, and support services. The Flex System provides precise, less invasive surgical procedures than traditional open methods or rigid robotic systems. The Flex System will be used to perform transanal (TA) and ear, nose, and throat (ENT) surgical procedures.

**Contractor's Legal Name: Medrobotics Corporation (Medrobotics)**

**History of Contract:** This is a new contract for the purchase of a new Flex® Robotic TA/ENT System, including associated accessories, internal software, warranty, and support services. The Flex System provides precise, less invasive surgical procedures than traditional open methods or rigid robotic systems. The Flex System will be used to perform TA and ENT surgical procedures.

**Specific Type of Contract:** This is a new sales and service agreement.

**Purpose:** The purpose of this Agreement is to purchase a Flex System, including associated accessories, internal software, warranty, and support services. The Flex System provides precise, less invasive surgical procedures than traditional open methods or rigid robotic systems. The Flex System will be used to perform TA and ENT surgical procedures.

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING
CONSENT AGENDA
FINANCE
January 17, 2019

**Scope of Work:** Under the agreement, Medrobotics will:

- Provide system, including associated accessories, and internal software
- Training
- One year warranty
- Installation
- Support services

**Term of Contract:** The term of the agreement is five (5) years, beginning January 25, 2019, and ending January 24, 2024.

**Termination Options:** Termination options include the following:
- By UMMC if Medrobotics is unable to install the system within thirty 30 days of the delivery date;
- By Medrobotics if UMMC uses the system with any accessory not made or approved by Medrobotics; and
- By Medrobotics if UMMC does not abide by the requirements for system installation and use;
- By Medrobotics upon thirty (30) days written notice if UMMC does one of the following and does not cure within the notice period:
  - UMMC fails to operate the system in compliance with the agreement;
  - UMMC fails to make any payment due on a timely basis;
  - UMMC tampers with or alters the system, software of any accessories;
  - UMMC prohibits, fails to permit or fails to cooperate in the conduct of any inspection of the System requested by Medrobotics, or
  - UMMC breaches any material term of this agreement;
- By UMMC upon sixty (60) day written notice to Medrobotics for any or no reason.

**Contract Amount:** The total expected cost of the Agreement over five (5) years is $1,898,000, including the equipment purchase, associated accessories, internal software, warranty, and support services. The total cost of the equipment is $750,000. Support services are $130,000 per year.

**Funding Source of Contract:** This agreement will be funded by hospital patient revenue.

**Contractor Selection Process:** The Flex System and associated accessories qualify as clinical commodities under Miss Code Ann. §31-7-1, which are exempted from procurement requirements under §31-7-13.

**Staff Recommendation:** Based on Board Policy 707.01, *Land, Property and Service Contracts, Board approval is required prior to execution of the contract for all other land, personal property, and service contracts that require an aggregate total expenditure of more than $250,000.* **Legal Staff has reviewed the proposed Agreement between the University of Mississippi Medical Center and Medrobotics Corporation**

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING
CONSENT AGENDA
FINANCE
January 17, 2019

**for compliance with applicable law and find same to be acceptable. Board staff recommends approval of this item.**

11. <u>**UMMC-REQUEST APPROVAL TO AMEND PRODUCT SALE AGREEMENT WITH MEDTRONIC USA, INC.**</u>

    **Agenda Item Request:**  The University of Mississippi Medical Center (UMMC) requests approval to amend the current Product Sale Agreement with **Medtronic USA, Inc.** to add products to the Agreement.  The products to be added are various consumable commodities and equipment for use during the implantation of cardiac rhythm management (CRM) devices, such as pacemakers and defibrillators.

    **Contractor's Legal Name: Medtronic USA, Inc. (Medtronic)**

    **History of Contract:**  On August 16, 2018, the IHL Board approved the Agreement with Medtronic for cardiac rhythm management devices and supplies.  The Agreement term extends from September 1, 2018, through August 31, 2020.  UMMC also purchases CRM products from Boston Scientific Corporation.  Under both agreements with Medtronic and Boston Scientific Corporation, UMMC commits to purchase at least 85% of its total CRM purchases from the dual vendors, with the remaining 15% available for other vendors that may have a different technology benefitting a particular patient.

    **Specific Type of Contract:** Amendment 1 to the Product Sale Agreement.

    **Purpose:** The purpose of the Agreement is to purchase discounted consumable commodities and equipment used specifically during cardiac rhythm management (CRM) procedures.  The purpose of the amendment is to add products to the Agreement.

    **Scope of Work:** Under the amended Agreement, Medtronic will:

    - sell consumable commodities and equipment used in CRM procedures at discounted prices,
    - provide instruction, education, and training on the safe and effective use of its products, as well as other training opportunities, and
    - pay UMMC a quarterly rebate on all purchases under the Agreement.

    UMMC will:

    - commit to purchasing at least 85% of its CRM products from Medtronic and one (1) other vendor, and
    - return a compliance form confirming its purchases to Medtronic on a quarterly basis.

**BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING
CONSENT AGENDA
FINANCE
January 17, 2019**

**Term of Contract:** The The amendment does not change the term of the Agreement, which remains two (2) years, from September 1, 2018, through August 31, 2020.

**Termination Options:** The agreement may be terminated for the following:

- by either party for any reason upon sixty (60) days' notice,
- by either party upon written notice if the other party becomes excluded, debarred or suspended from, or is ineligible to participate in any state or federal governmental program,
- by either party upon thirty (30) days' written notice of breach of a material term of the Agreement, unless the breach is fully remedied within that thirty (30) day period, and
- by Medtronic upon written notice in the event UMMC fails to provide a completed compliance form or fails to purchase the committed amount of products.

**Contract Amount:**  The amendment does not change the total cost of the Agreement. The total potential cost over the two (2) term of the agreement remains $9,749,433. UMMC's total expected need for CRM products from both Boston Scientific Corporation and Medtronic total $9,360,000.  However, since it is unknown at this time what purchases would be made from each vendor, UMMC has requested the total projected need for each of the two (2) vendors.

**Funding Source of Contract:** The agreement will be funded by patient revenues.

**Contractor Selection Process:**  UMMC is currently contracted with vendor for the purchase of CRM products

**Staff Recommendation:  Based on Board Policy 707.01, *Land, Property and Service Contracts, Board approval is required prior to execution of the contract for all other land, personal property, and service contracts that require an aggregate total expenditure of more than $250,000.* T Legal Staff has reviewed the proposed Agreement between the University of Mississippi Medical Center and Medtronic USA, Inc. for compliance with applicable law and finds same to be acceptable. Board staff recommends approval of this item.**

12. **UMMC-REQUEST APPROVAL TO ENTER INTO A STERILE PROCESSING SUPPORT AND SERVICES AGREEMENT WITH STERIS INSTRUMENT MANAGEMENT SERVICES, INC.**

    **Agenda Item Request:**  The University of Mississippi Medical Center (UMMC) requests approval to enter into a Sterile Processing Support and Services Agreement (Agreement) with **STERIS Instrument Management Services, Inc. (Steris)** to provide leadership and management for UMMC's sterile processing department (SPD). SPD services all areas at

BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING
CONSENT AGENDA
FINANCE
January 17, 2019

UMMC where sterile, reusable medical/surgical supplies and equipment are cleaned, disinfected, sterilized, prepared, processed, stored, and issued for patient care.

**Contractor's Legal Name: STERIS Instrument Management Services, Inc. (Steris)**

**History of Contract:** Historically, UMMC's SPD has been managed and serviced by UMMC employees. On May 17, 2018, the Board approved agreements with Advantage Support Services, Inc. (Advantage) and Aureus Nursing, LLC (Aureus) to provide staff augmentation for UMMC's SPD, including leadership positions in the Advantage agreement. UMMC and Advantage have been unable to agree upon SPD leadership candidates. Therefore, UMMC entered a six (6) month agreement with Steris for staffing augmentation of the department director and manager positions, while UMMC worked to restructure the department and advertise employee positions. UMMC has worked extensively to restructure the SPD department, create a new department organizational chart, and adjust compensation for employee positions to better compete for talent in the local market. To date, the resources provided by Steris have been successful, and UMMC desires to expand the scope of the leadership services provided by Steris and outsource the leadership function of SPD to Steris. UMMC continues to work towards building SPD and staffing internally with the help of Steris.

**Specific Type of Contract:** This is a new Sterile Processing Support and Services Agreement.

**Purpose:** The purpose of the Agreement is to provide leadership and management for UMMC's sterile processing department (SPD). SPD services all areas at UMMC where sterile, reusable medical/surgical supplies and equipment are cleaned, disinfected, sterilized, prepared, processed, stored, and issued for patient care.

**Scope of Work:** Under the agreement, Steris will:

- Meet with UMMC on a quarterly basis to review performance and the relationship between the parties;
- Meet within thirty (30) days of key stakeholder change to discuss expectations of the parties;
- Manage all areas of SPD services; and
- Provide additional staffing as needed.

Under this Agreement, if UMMC hires any IMS employee, UMMC will pay a placement fee of twenty-five percent (25%) of the employee's annual IMS salary for the previous twelve (12) months plus benefits.

**Term of Contract:** The term of the agreement is three (3) years, beginning January 22, 2019, and ending January 21, 2023.

**BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING**
**CONSENT AGENDA**
**FINANCE**
**January 17, 2019**

**Termination Options:** Termination options include the following:
- By either party at any time upon sixty (60) days' written notice, but if it is terminated without cause in the first eighteen (18) months, there is a penalty of $8,333.33 per month for each month remaining in the initial eighteen (18) month period;
- By either party in the event of a breach that remains uncured for thirty (30) days;
- By either party if a force majeure event continues for more than thirty (30) days;
- By UMMC if Steris employees are excluded from participating in federal or state healthcare programs; and
- Upon written notice to Steris of a material breach of the Agreement or violation of the HIPAA Regulations that remains uncured following ten (10) days written notice, or immediately if cure is not possible, in the event Steris improperly uses or discloses protected health information.

**Contract Amount:** The total estimated cost of the Agreement over three (3) years is $5,534,700.00.

**Funding Source of Contract:** This agreement will be funded by hospital patient revenue.

**Contractor Selection Process:** UMMC sought proposals from multiple vendors for outside resources for the specific skills needed for management of UMMC's SPD. After reference checks and consideration of UMMC's own experience, UMMC chose to contract with Steris for the outsourcing of the SPD leadership function. To date, the resources provided by Steris have been successful, and UMMC desires to expand the scope of the leadership services provided by Steris and outsource the leadership function of SPD to Steris. UMMC continues to work towards building SPD and staffing internally with the help of Steris.

**Staff Recommendation:  Based on Board Policy 707.01,** *Land, Property and Service Contracts, Board approval is required prior to execution of the contract for all other land, personal property, and service contracts that require an aggregate total expenditure of more than $250,000.* **Legal Staff has reviewed the proposed Agreement between the University of Mississippi Medical Center and STERIS Instrument Management Services, Inc. for compliance with applicable law and find same to be acceptable. Board staff recommends approval of this item.**