# Exhibit 44

Page 1

1      UNITED STATES DISTRICT COURT
       MIDDLE DISTRICT OF FLORIDA
2            TAMPA DIVISION
3      Civil Case No. 8:20-cv-2274-T-33TGW
4    _____
5    REBOTIX REPAIR LLC,
6            Plaintiff,
7        vs.
8    INTUITIVE SURGICAL, INC.,
9            Defendant.
     _____
10
11
12
13         REMOTE VIDEOTAPED DEPOSITION OF
                  DAVID MIXNER
14
15           Greensboro, Georgia
16          Thursday, June 10, 2021
17
18
19
20
21
22
23
24
25   Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Case 5:19-cv-00055-TKW-MJF   Document 109-44   Filed 11/12/21   Page 3 of 6
David Mixner                                                    June 10, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 120

1       Exhibit 16.
2           (Exhibit 16 marked for identification.)
3       Q   (By Mr. Ruby)  Mr. Mixner, would you please
4   look at that document?  That's the only document in the
5   exhibit, so would you take a look at that, please.
6       A   Yes, sir.
7       Q   Is that your signature on Exhibit 65 [sic]?
8       A   Yes, sir.
9       Q   And this -- I'm looking at the second
10  paragraph.  It says, "This will serve as written notice
11  of termination by Rebotix Repair, LLC ('Rebotix') of
12  the Distributor Agreement between Rebotix (as Assignee
13  from Rebotix Panama) and Restore Robotics Repairs, LLC
14  dated October 13, 2018 ('Agreement')."  Do you see
15  that?  Do you see that, Mr. Mixner?
16      A   Yes.  Yes, I do.  Yes, I do.
17      Q   All right.  Do we agree that this paper seems
18  to say that there was a distribution agreement between
19  Rebotix Repair on the one hand and Restore Robotics
20  Repairs on the other hand?  That's what it seems to
21  say; do you agree with that?
22      A   I do.
23      Q   Was there such an agreement?
24      A   Yes.  I do -- if I may add, I thought when we
25  went back to the question before the break, you were

Case 5:19-cv-00055-TKW-MJF   Document 109-44   Filed 11/12/21   Page 4 of 6
David Mixner                                                    June 10, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 121

1   asking me about Rebotix Panama having an agreement with
2   Restore Robotics, and that's why I do not ever remember
3   having an agreement from Restore -- I mean, I'm sorry,
4   from Rebotix Panama with Restore.  I know we had an
5   agreement in place between Rebotix Repair and Restore
6   Robotics.
7       Q   Okay.  And was the agreement that you know
8   about the one that you terminated here in this document
9   dated July 8th of 2019?
10      A   I would think so, yes, although I did not
11  write this document.
12      Q   Okay.  Did you read it before you signed it?
13      A   Yes.
14      Q   Did you intend to terminate the
15  distributorship agreement?
16      A   Yes.
17      Q   Why?
18      A   We felt as if Clif was overpromising his
19  abilities to repair the EndoWrists, and thus we were --
20  we were not selling the chips or the component to Clif
21  that he told us that he would be purchasing from us.
22          MR. RUBY:  Could we provide the witness
23      with an exhibit from another deposition, but
24      it begins with Bates number 253, and we can
25      mark it and then -- also as an exhibit in

Case 5:19-cv-00055-TKW-MJF   Document 109-44   Filed 11/12/21   Page 5 of 6
David Mixner                                    June 10, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 122

1           this deposition.  And after the witness has
2      reviewed it, I'll have some questions for
3      him.
4                CONCIERGE:  Sure.  Please stand by.
5                (Discussion off the written record.)
6                CONCIERGE:  Rebotix 00253 has been
7      introduced as Mixner Exhibit 17.
8                (Exhibit 17 marked for identification.)
9           Q    (By Mr. Ruby)  Have you ever seen this
10     before, Mr. Mixner?
11          A    No, sir.
12          Q    Why don't you take a minute and -- or two
13     minutes and take a look at it, please.
14               (Discussion off the written record.)
15               THE WITNESS:  I'm finished, sir.
16               MR. RUBY:  Okay?
17               THE WITNESS:  Yes, sir.
18          Q    (By Mr. Ruby)  Mr. Mixner, do you know
19     whether or not Mr. Hamilton signed this distributorship
20     agreement on behalf of Rebotix Panama?
21               THE WITNESS:  Could you go down to the
22     signature page, please.  Okay.
23               Down further, please.  Okay.
24               I don't think he signed -- I see in this
25     document he did not sign this.  I have never

Case 5:19-cv-00055-TKW-MJF   Document 109-44   Filed 11/12/21   Page 6 of 6

David Mixner
June 10, 2021
Rebotix Repair LLC v Intuitive Surgical, Inc.

Page 139

C E R T I F I C A T E

STATE OF GEORGIA

COUNTY OF COBB

    I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby certify that DAVID MIXNER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of June 2021.

*[signature: Michelle M Boudreaux]*

    MICHELLE M. BOUDREAUX-PHILLIPS, RPR