# Exhibit 19



**Restore Robotics LLC, Restore Robotics Repair LLC, and Clif Parker Robotics LLC**

**v.**

**Intuitive Surgical, Inc.**

**Report of Sara Parikh, PhD**

© 2021 – All rights reserved     Willow Research, LLC     www.willowresearch.com

## **TABLE OF CONTENTS**

Page

I.   BACKGROUND..................................................................................... 2

II.   INTRODUCTION ................................................................................ 3

III.   EXECUTIVE SUMMARY .................................................................. 5

IV.   METHODOLOGY ............................................................................ 7

V.   RESULTS.......................................................................................... 19

VI.   CONCLUSIONS…………………………………………………… 29

APPENDICES
   A.  Sara Parikh Biography and Case List
   B.  List of Materials Considered
   C.  Questionnaire
   D.  Exhibits
   E.  Results from Screening and Classification Questions

# REPORT OF SARA PARIKH, PhD

I, Sara Parikh, state as follows:

## I. BACKGROUND

1.    I am President of Willow Research, LLC ("Willow"), a research and consulting firm that designs and conducts quantitative and qualitative studies of consumers and professionals. I have over 30 years of experience designing and conducting original research studies on behalf of a wide range of commercial and non-commercial clients. I oversee all phases of research, including project design, questionnaire development, field instruction and supervision, coding and data specification, data analysis, and reporting. I am versed in the full complement of quantitative and qualitative research methodologies and testify as a survey expert in litigation. I have an MA and PhD in Sociology from the University of Illinois at Chicago and a BA in Political Science from the University of Wisconsin-Madison. I am a member of the International Trademark Association. A description of my background and a list of cases in which I have testified or been deposed in the past four years are attached to Appendix A of this Report.

## II. INTRODUCTION

2.    I have been retained by counsel from the law firm Skadden, Arps, Slate, Meagher & Flom LLP on behalf of its client, Intuitive Surgical, Inc. ("Intuitive"), concerning a dispute between Intuitive and Restore Robotics LLC, Restore Robotics Repair LLC, and Clif Parker Robotics LLC, and more specifically, certain counterclaims brought by Intuitive against Restore Robotics LLC and Restore Robotics Repair LLC (collectively, "Restore") in this dispute.  My general understanding of the Restore dispute as it relates to the study I designed and conducted in connection with my retention, is as follows.

3.    Intuitive designs, manufactures and markets the da Vinci robotic-assisted surgical system ("da Vinci"), along with its associated instruments, including EndoWrist instruments, for use in minimally invasive surgery. Certain da Vinci instruments, such as EndoWrist instruments, incorporate a usage limit on the number of procedures that can be performed, after which the instrument must be replaced. Intuitive explains in its Counterclaims that these instruments "are designed and tested to achieve a targeted level of safety, precision and dexterity for a limited number of uses."[1]

4.    Restore is a third party that has offered certain services in connection with da Vinci robotic-assisted surgical systems, including for EndoWrist instruments.  One such service is that Restore overrides the original usage limits of EndoWrist instruments so that the customer can keep using the instruments beyond those built-in limits.

5.    In its Counterclaims, Intuitive has asserted that Restore is deceiving customers about its "repair / reset" services that alter instrument usage limits in several respects, including but not limited to that:[2]

- Restore misrepresents its services that override EndoWrist usage limits as "repairs."
- Restore is not transparent about the potential risks of using its services.
- Restore misrepresents the cost savings that customers will receive by using its services.
- Restore misrepresents itself as authorized, approved or endorsed by Intuitive.

---

[1] Defendant's First Amended Counterclaims, ¶ 50, page 24. Date: 11/27/19.
[2] Ibid, ¶ 1, page 2; ¶ 3-5, pages 3-4; ¶ 36-43, pages 16-21.

3

6.    I was asked to design and conduct a survey to measure how prospective customers of
Restore's services perceive Restore's advertising with respect to the above issues. I agreed
and proceeded to design and conduct the study.  What follows is a report on the design,
execution, results, and conclusions drawn from this research.

7.    A list of materials I considered in connection with this matter is attached to Appendix B of this
Report.

## III. EXECUTIVE SUMMARY

8.     An online survey was conducted in June 2021 with a national sample of 200 members of the healthcare industry, including surgeons, nurses, and hospital / administrative professionals, who are involved with or responsible for robotic-assisted surgical systems or instruments for their hospitals, hospital systems, or surgery centers.

9.     Survey participants were shown an advertisement for Restore and then asked a series of questions concerning their takeaway from the ad, including their understanding of the term "repair / reset" as used in that ad, their understanding of both the advantages and disadvantages of using such services, whether they believe their organization would receive any cost savings by using Restore's "repair / reset" services, and whether they believe Restore is authorized, approved or endorsed by the manufacturer of the da Vinci surgical system.

10.     When taking into account their responses across Questions 1-4 (i.e., main message, services offered, meaning of the term "repair / reset," advantages of using Restore's "repair / reset" service) a total of three-fourths of survey participants (74%) took away a "repair" message from the Restore advertisement.

11.     Moreover, a significant proportion of respondents would *not* expect Restore's services to include physical modifications that Restore actually performs on EndoWrist instruments as part of its "repair / reset" process.

- Approximately one-third of participants say that they would not expect Restore to remove the original memory chip and relocate it to a third party circuit board (30%, with an additional 30% who were uncertain) and a similar proportion say that they would not expect Restore to discard the original circuit board and substitute it with a third party one (32%, with an additional 32% who were uncertain).

12.     When asked about the potential drawbacks or disadvantages of using Restore's "repair / reset" services, only 8% said that using Restore's services could void their warranty or contract with Intuitive, and just 4% expressed concerns about patient safety.

13.     Cost savings is a central message of the Restore ad.

- Three in five respondents (62%) spontaneously named cost savings as the main message of the ad.

- When asked about the advantages of using these "repair / reset" services, cost savings was named by almost three-fourths of respondents (72%), far above any other advantage named.

- On an aided basis, when asked whether they would expect their organization to receive a cost savings from using these "repair / reset" services, nearly eight in ten respondents (79%) said that they would.

14.     Based on the ad, a significant proportion of survey participants believe that Restore is authorized, approved or endorsed by Intuitive.

- Over one-third of respondents (38%) expressed the belief that Restore is authorized, approved or endorsed by the manufacturer of the da Vinci surgical system (Intuitive).

- After adjusting for the results from a parallel "control question"[3] to account for potential survey "noise" or guessing, the net likelihood of confusion stands at 27%.

---

[3] Control Question (Q8a): "Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief?" See Questionnaire attached to Appendix C of this Report.

## IV. METHODOLOGY

**Overview**

15.     The online survey I designed was conducted between June 4 and 11, 2021 with a national sample of 200 healthcare professionals, including surgeons, nurses, and hospital / administrative professionals, who are involved with and / or responsible for robotic-assisted surgical systems or instruments designed for use in such systems. Based on materials I have reviewed, this sample reflects prospective Restore customers which is a mix of decision-makers at hospitals and surgery centers, including administrators and surgical staff who are involved in robotic-assisted surgical systems.[4]

16.     Survey participants work for hospitals, hospitals systems, or surgery centers that currently have robotic-assisted surgical systems or instruments (96%) or are very or somewhat likely to acquire such systems or instruments in the next five years (4%). The vast majority of these organizations (83%) currently have the da Vinci surgical system.

17.     Respondents are personally involved with their organization's robotic-assisted surgical systems or instruments, with most respondents having multiple roles or responsibilities with respect to these devices, including selecting or procuring the systems / instruments (80%), using or assisting others in using them (70%), selecting or procuring servicing of the systems / instruments (67%), and monitoring or maintaining the systems / instruments (57%).

18.     Qualified survey participants were shown an advertisement for Restore's services and asked a series of questions about the advertisement and the specific "repair / reset" services being offered. The advertisement was discussed and attached as Exhibit 2 to Intuitive's First Amended Counterclaims,[5] and I understand that the advertisement was actually utilized by Restore in its marketing efforts.[6]  A reduced-size image of the ad appears below.

---

[4] Parker Deposition Transcript, page 88, pages 123-124, pages 144-145. Date: May 4, 2021. Colletti Deposition Transcript, pages 25-26. Date: May 7, 2021.
[5] Defendant's First Amended Counterclaims, ¶ 38, pages 17-18. Date: 11/27/19.  Exhibit 2 attached to Defendant's First Amended Counterclaims.
[6] Parker Exhibit 5 (Restore-00018745-00018746); Parker Deposition Transcript, pages 161-162. Date: May 4, 2021. Vautrot Deposition Transcript, pages 41, 55, 62, and 67. Date: May 11, 2021.

**Exhibit BB-1**



## Screening

19.   To qualify for interview, participants must have met the following criteria:

- Works for, or on behalf of, a hospital, hospital system, or surgery center

- Their organization currently has robotic-assisted surgical systems or instruments, or is "Very likely" or "Somewhat likely" to acquire such systems or instruments in the next five years

- The respondent is currently or likely to be involved with or have responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems

- The respondent, or anyone in his / her household, must not work for a market research or advertising firm; or a company that manufactures medical devices or instruments

- Must be wearing his / her eyeglasses or contact lenses at the time of the interview if he / she usually wears them when reading material on a computer screen

20.     Potential participants were given the following introduction:

> Welcome to our survey. We want to assure you that we are interested only in your opinions and are not connected with the sale of any product or service. Your identity will be kept strictly confidential.
>
> If you normally wear eyeglasses or contact lenses when reading material on a computer screen, please wear them for this survey.
>
> **NOTE: If you are currently using a smartphone to access this survey, please return to it using a desktop, laptop, or tablet.**

21.     As a security measure to confirm that an individual is taking the survey rather than a robot or a computer program, respondents were asked a CAPTCHA (i.e., completely automated public Turing test to tell computers and humans apart) question before entering the survey.  The CAPTCHA question administers an online test involving a visual perception task that only humans can successfully pass (not computers). CAPTCHA is a well-accepted quality control tool used in online surveys.

22.     If the respondent passed the CAPTCHA question, they were asked the following screening questions.[7] Text in blue, bolded font reflect internal programming instructions (not shown to respondents) concerning, for example, whether the order of response choices is randomized or rotated, and whether respondents will proceed to further questions or if the survey will be terminated because the respondent does not qualify for the study.

| S1 | Do you work for, or on behalf of, a hospital, hospital system, or surgery center? |
|----|--------------------------------------------------------------------------------|
| ○ | No |
| ○ | Yes |

**If "No," terminate.**

| S2a | Does your organization currently have any robotic-assisted surgical systems or instruments designed for use in such systems? |
|-----|------------------------------------------------------------------------------------------------------------------------|
| ○ | No |
| ○ | Yes |

**If "Yes," skip to S3a.**

---

[7] The results from the screening questions are attached to Appendix E of this Report.

**If "No" (S2a), ask:**

| S2b | What is the likelihood that your organization will acquire any robotic-assisted surgical systems or instruments designed for use in such systems in the next five years? |
|---|---|
| ○ | Very likely |
| ○ | Somewhat likely |
| ○ | Not very likely |
| ○ | Not at all likely |
| ○ | Don't know |

**If not "Very likely" or "Somewhat likely," terminate.**

| S3a | Thinking about the nature of your job, are you currently or likely to have any involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "No," terminate. If "Yes," continue with S3b.**

| S3b | Which, if any, of the following describes your involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?<br><br>**Please select all that apply.** |
|---|---|

**Randomize row order.**

| ☐ | Selecting or procuring the systems / instruments |
|---|---|
| ☐ | Selecting or procuring servicing of the systems / instruments |
| ☐ | Monitoring or maintaining the systems / instruments |
| ☐ | Using or assisting others in using the systems / instruments (i.e., during surgery) |
| ☐ | Other…**Please specify.** |

| S4a | Do you have a clinical degree, license, or training as a medical professional? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "Yes," continue with S4b. If "No," skip to S5.**

| S4b | Which, if any, of the following, best describes your clinical training?<br><br>**Please select all that apply.** |
|---|---|
| ☐ | Surgeon |
| ☐ | Surgical Nurse / OR Nurse / Perioperative Nurse |
| ☐ | Nurse Practitioner / CNP |
| ☐ | Registered Nurse / RN |
| ☐ | Physician Assistant |
| ☐ | Surgical Assistant |
| ☐ | Surgical Technologist / Scrub Technician |
| ☐ | Other…**Please specify.** |

23.     Screener questions S5 and S6 are standard security questions that exclude anyone who works for a related industry (i.e., market research or advertising firm; or a company that manufactures medical devices or instruments) or who refuses to wear their eyeglasses or contact lenses if they need them when reading material on a computer screen.

| S5 | Do you, or does anyone in your household, work for any of the following? | No | Yes |
|---|---|---|---|
| **Randomize row order.** | | **No** | **Yes** |
| A market research or advertising firm | | ○ | ○ |
| A company that manufactures medical devices or instruments | | ○ | ○ |
| A financial services firm | | ○ | ○ |
| A company that manufactures office supplies | | ○ | ○ |

**If "Yes" to "A market research or advertising firm" or "A company that manufactures medical devices or instruments," terminate.**

| S6a | Do you usually wear eyeglasses or contact lenses when reading material on a computer screen? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "No," skip to S7.**

**If "Yes" (S6a), ask:**

| S6b | Will you please wear your eyeglasses or contact lenses for the remainder of the survey? |
|---|---|
| ○ | No |
| ○ | Yes |

**If "No," terminate.**

24.     A quality control question (S7) was included in the screener to ensure that respondents were carefully reading and responding to the questions. Respondents were asked to select the number "four" from a list of response choices. Respondents who selected an incorrect number were terminated from the survey screening, and not allowed to continue with the survey.

| S7 | For survey quality control purposes, please select the number **"four."** |
|---|---|
| ○ | 10 |
| ○ | 9 |
| ○ | 8 |
| ○ | 7 |
| ○ | 6 |
| ○ | 5 |
| ○ | 4 |
| ○ | 3 |
| ○ | 2 |
| ○ | 1 |
| ○ | 0 |

**If does not select "4," terminate.**

**Questionnaire**

25.     All screened and qualified respondents were given the following instructions not to refer to or look up any information online, use reference materials, or discuss the questions with anyone else.  Respondents were further advised that they should not simply guess in response to questions, and that they may select a "don't know" response if they do not know the answers to questions. Such instructions are commonly used in consumer surveys in order to capture the participants' natural reaction to the stimulus, and to reduce guessing.

> It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.
>
> If you don't know the answer to a question, select the **"DON'T KNOW"** response option or type it in. Please do not guess.

26.     Respondents were then told:

> You are about to see a flyer from a company that advertises certain services. Please take a look at it as you would if you were thinking about utilizing the services being advertised. Depending on your screen, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

27.     Once they clicked the arrow to look at the exhibit, the next arrow to advance in the survey did not appear on the screen until the advertisement was visible for 10 seconds, ensuring that respondents had a proper opportunity to review the exhibit.  The respondent was allowed to look at the exhibit as long as they needed to. Ten seconds was the minimum amount of exposure. After viewing the exhibit, the respondent was instructed to click the arrow again to advance. The exhibit was not visible when respondents were presented with questions, as is appropriate to ensure that the survey best captures respondents' takeaways rather than functioning merely as a "reading test."

28.     As is customarily done in advertising surveys like this, the survey used a "funnel approach"[8] that began with broad open-ended questions to measure the main message or communications spontaneously received from the ad, followed by more directed questions that hone in on specific claims or messages that I sought to evaluate.

| Q1a | What was the main message of the advertising you just looked at? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| O | Don't know |
| **If "Don't know," skip to Q2. If gives a substantive response, continue with Q1b.** | |

---

[8] https://www.insightsassociation.org/issues-policies/glossary/funnel-approach.

| **Q1b** | What other messages, if any, did you take away from this advertising? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |
| ○ | No other messages |

| **Q2** | Even if you have already mentioned it, what specific services are being offered with respect to robotic-assisted surgical systems or instruments designed for use in such systems? Please list all the services that you believe are being offered. |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

29.   In order to measure more specifically how survey participants interpret the term "repair / reset" as used in the Restore advertisement, respondents were given the following instructions, and shown the same advertisement again, with the term "repair / reset" highlighted in yellow.

> You are going to be shown the flyer again. Please take another look at it, paying particular attention to the words highlighted in yellow. Again, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

30.   This study measures respondent understanding of the term "repair / reset" (rather than "repair" only) because that is how Restore presented the term in its advertisement.

31.   Like before, once they clicked the arrow to look at the exhibit, the next arrow did not appear on the screen until the advertisement was visible for a minimum of 10 seconds, ensuring that respondents had a proper opportunity to review the exhibit bearing the highlighted phrase.[9]

32.   After viewing the advertisement a second time, with the term "repair / reset" highlighted, the exhibit was removed and respondents were then asked the following series of questions:

| **Q3** | What do you think is meant by the term **"repair / reset"** as used in this advertisement?  That is, what specifically do you understand the company would do to the systems or instruments as part of the "repair / reset" process? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

---

[9] Copies of the exhibits used are attached to Appendix D of this Report.

| Q4 | What advantages or benefits, if any, do you believe there would be for your organization if this company performed the "repair / reset" services being advertised?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |
| ○ | None / No advantages or benefits |

| Q5 | What disadvantages or drawbacks, if any, do you believe there would be for your organization if this company performed the "repair / reset" services being advertised?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |
| ○ | None / No disadvantages or drawbacks |

| Q6a | Based on this advertisement, do you <u>OR</u> do you not believe that your organization would receive any cost savings if this company performed the "repair / reset" services being advertised, <u>OR</u> do you not have a belief? |
|---|---|
| **Rotate order of first two response options shown.** | |
| ○ | No, I don't believe my organization would receive cost savings |
| ○ | Yes, I believe my organization would receive cost savings |
| ○ | Don't know |

**If "No, I don't believe my organization would receive cost savings" or "Don't know," skip to Q7a.**

**If "Yes, I believe my organization would receive cost savings" (Q6a), ask:**

| Q6b | Roughly how much cost savings would you expect your organization to receive?<br><br>*You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ○ | Don't know |

33.     Respondents were then asked whether they believe that Restore is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system, and, if so, why they believe that. A parallel "control question" was asked about whether they believe that Restore is authorized, approved, or endorsed by Walgreens.[10] The inclusion of this "control question" serves to measure potential survey "noise" or "guessing."[11] To prevent potential order bias,

---

[10] A different control question was used in a pretest of 50 respondents (conducted in May 2021) to ensure that the survey instrument would function properly.  The control question (Q8a) in the pretest asked: "Based on this advertisement, do you <u>OR</u> do you not believe that this company has been Green X certified, <u>OR</u> do you not have a belief?" However, the results to this earlier question indicated that it was not functioning as a proper control question (i.e., to measure survey noise), so I modified it for the full study. Aside from changes to Q8a and Q8b, no other modifications to the survey questions were made based on or following the pretest.  Results from the 50 pretest participants are not included in the final data set of 200 respondents included in this Report.

[11] Diamond, S. (2011). Reference Guide on Survey Research. In *Reference Manual on Scientific Evidence* (3rd ed., page 401). Federal Judicial Center.

the order in which the "test" and "control" questions were asked was rotated between respondents.

**Rotate order in which Q7 and Q8 are asked between respondents.**

| | |
|---|---|
| **Q7a** | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system, <u>OR</u> do you not have a belief? |

**Rotate order of first two response options shown.**

| | |
|---|---|
| ❍ | No, it is not authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system |
| ❍ | Yes, it is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system |
| ❍ | Don't know |

**If "No, it is not authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system" or "Don't know," skip to Q8a.**

**If "Yes, it is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system" (Q7a), ask:**

| | |
|---|---|
| **Q7b** | What makes you say that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system?<br><br>*You are not limited by the size of the answer box.* |

| | |
|---|---|
| | **Open end** |
| ❍ | Don't know |

| | |
|---|---|
| **Q8a** | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |

**Rotate order of first two response options shown.**

| | |
|---|---|
| ❍ | No, it is not authorized, approved, or endorsed by Walgreens |
| ❍ | Yes, it is authorized, approved, or endorsed by Walgreens |
| ❍ | Don't know |

**If "No, it is not authorized, approved, or endorsed by Walgreens" or "Don't know," skip to Q9.**

**If "Yes, it is authorized, approved, or endorsed by Walgreens" (Q8a), ask:**

| | |
|---|---|
| **Q8b** | What makes you say that this company is authorized, approved, or endorsed by Walgreens?<br><br>*You are not limited by the size of the answer box.* |

| | |
|---|---|
| | **Open end** |
| ❍ | Don't know |

34.     Respondents were then asked to think again about the "repair / reset" services being advertised and asked whether they would expect Restore to do certain activities as part of those services.

| Q9 | Think back again to the "repair / reset" services being advertised by this company. |
|---|---|
| | For each activity below, please indicate whether this is something you would <u>OR</u> would not expect this company to do as part of the "repair / reset" process, <u>OR</u> do you not know? |

| Randomize row order. | Would NOT expect them to do this | Would expect them to do this | Don't know |
|---|:---:|:---:|:---:|
| Discard original circuit board and substitute it with a third party one | ○ | ○ | ○ |
| Remove original memory chip and relocate it to a third party circuit board | ○ | ○ | ○ |
| Sharpen surgical tools | ○ | ○ | ○ |
| Sterilize component parts | ○ | ○ | ○ |
| Inspect and test devices for performance | ○ | ○ | ○ |

35.     Based on discussions with counsel and my review of Restore deposition testimony and materials in this litigation, it is my understanding that the first two activities listed above (i.e., "discard original circuit board and substitute it with a third party one" and "remove original memory chip and relocate it to a third party circuit board") were steps that were actually taken as part of Restore's process to override the original usage limits of EndoWrist instruments.[12] To prevent potential order bias, the order in which the activities were presented in the question was randomized between respondents.

---

[12] May Deposition Transcript, pages 79-80. Date: May 6, 2021. Restore-00007947-00007975 ("EndoWrist Service Procedure" document).

**Classification**

36.     At the end of the survey, respondents were asked some questions for classification
purposes.[13]

**If "Surgeon" (S4b), ask:**

| C1 | Which of the following best describes your surgical specialty? |
|---|---|

**Randomize row order.**

- ○ Cardiac surgery
- ○ General surgery
- ○ Colorectal surgery
- ○ Gynecology surgery
- ○ Head and Neck surgery
- ○ Thoracic surgery
- ○ Urology surgery
- ○ Plastic surgery
- ○ Neurosurgery
- ○ Vascular surgery
- ○ Pediatric surgery
- ○ Orthopaedic surgery
- ○ Other…**Please specify.**

| C2 | What is your job title or role? |
|---|---|

**Open end**

| C3 | In what state are you based? |
|---|---|
| ○ | **<State drop down list>** |

| C4 | What is your gender? |
|---|---|
| ○ | Male |
| ○ | Female |

| C5 | What is your age? |
|---|---|

**Open end**

**If "Yes" (S2a), ask:**

| C6a | Do you currently have the da Vinci surgical system? |
|---|---|

**Rotate order of first two response options shown.**

- ○ No
- ○ Yes
- ○ Don't know

**If "Very likely" or "Somewhat likely" (S2b), ask:**

| C6b | Are you likely to acquire the da Vinci surgical system in the next five years? |
|---|---|

**Rotate order of first two response options shown.**

- ○ No
- ○ Yes
- ○ Don't know

---

[13] The results from the classification questions are attached to Appendix E of this Report.

**Validation**

37.   After completing the survey, each respondent was asked to confirm that the survey
      represented a true account of his / her responses and that they had not consulted with any
      outside sources about the survey. All respondents who are included in this study responded
      affirmatively to this validation statement.

| VAL | Please select which best describes how you feel about the validation statements below: |
|-----|-----------------------------------------------------------------------------------------|
|     | During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey. |
| ○   | I have read and AGREE with the above validation statements. |
| ○   | I do NOT AGREE with the above validation statements. |

38.   A copy of the questionnaire is attached to Appendix C of this Report.

39.   Based on the sample size of 200 cases, the statistical error rate in this study falls into the
      range of ±5.5% for a statistic such as 20% at the 95% confidence level.  In other words, one
      would expect that 95 times out of 100, a measurement that was actually 20%, would
      accurately be represented in the data by a statistic as high as 25.5%, or as low as 14.5%.

40.   The methodology, survey design, execution, and reporting were all conducted under my
      direction and in accordance with generally accepted standards of objective procedure and
      survey technique.  Respondents were drawn from an online panel provided by M3, a leading
      online sample provider. The survey used a "double-blind" technique where neither the
      respondent nor the panel provider were aware of the purpose of the research or the identity of
      the party who commissioned it.

41.   The work performed to design, carry out, and report this study is covered by a billing of
      $140,000. Additional time required for trial testimony or deposition will be billed at the rate of
      $6,000 per day, plus out of pocket expenses.  My compensation is in no way dependent on
      the outcome of this matter.

## V. RESULTS

**General Perceptions of the Ad**

42.     The main message of the advertising spontaneously expressed by respondents centers on saving money (62%).  Other secondary messages received include repairing or fixing the system or instrument (33%) and selling services or instruments (32%).

| **Q1a/b** | What was the main message of the advertising you just looked at? What other messages, if any, did you take away from this advertising? |
|---|---|

| All Respondents | Total (200) 100% |
|---|:---:|
| <u>All Who Took Away A Message:</u> | <u>97%</u> |
| Save money / lower cost | 62 |
| Repair / fix / repair damaged parts | 33 |
| Advertising / selling services / instruments | 32 |
| Don't have to throw away / replace / dispose of / buy new | 15 |
| Restore / restoration | 14 |
| Reusable / extend life / use longer / multiple usage cycles | 14 |
| Preventive maintenance / maintenance | 10 |
| Replace | 10 |
| Durable / high quality / effective | 8 |
| Warranty / guarantee functionality | 8 |
| Reprocess | 5 |
| First / only / new provider / service | 4 |
| Reduce waste / recycle | 4 |
| Replace for free | 4 |
| Keep it functional / working properly / like new | 3 |
| Other (net)* | 24 |
| <u>Did Not Take Away A Message:</u> | <u>3</u> |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

43.  When asked to describe the specific services being offered by Restore, participants most often discussed repairing or fixing the system or instrument (36%), preventive maintenance (20%), and saving money (18%).

| **Q2** | Even if you have already mentioned it, what specific services are being offered with respect to robotic-assisted surgical systems or instruments designed for use in such systems? Please list all the services that you believe are being offered. |
|---|---|

| **All Respondents** | **Total (200) 100%** |
|---|---|
| All Who Have a Belief About Services Offered: | 85% |
| Repair / fix / repair damaged parts | 36 |
| Preventive maintenance / maintenance | 20 |
| Save money / lower cost | 18 |
| Advertising / selling services / instruments | 16 |
| Replace | 12 |
| Reusable / extend life / use longer / multiple usage cycles | 12 |
| Restore / restoration | 10 |
| Inspect / diagnose / troubleshoot / provide support | 6 |
| Reprocess | 6 |
| Reduce waste / recycle | 4 |
| Refurbish / recondition | 4 |
| Warranty / guarantee functionality | 4 |
| Improve patient outcome / ease of surgery / precision | 4 |
| Other (net)* | 21 |
| Don't Have a Belief About Services Offered: | 15 |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**"Repair / Reset" Services**

44.    When asked what is meant by the term "repair / reset" in the context of the ad, participants most often describe the "repair / reset" process as repairing or fixing the system or instruments (64%). They also mention resetting the uses or lives (39%) and keeping it functional or working properly (20%).

| Q3 | What do you think is meant by the term **"repair / reset"** as used in this advertisement?  That is, what specifically do you understand the company would do to the systems or instruments as part of the "repair / reset" process? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Belief About Term "Repair / Reset": | 96% |
| Repair / fix / repair damaged parts | 64 |
| Reset / reset uses / lives / recalibrate | 39 |
| Keep it functional / working properly / like new | 20 |
| Reusable / extend life / use longer / multiple usage cycles | 14 |
| Return product to OEM / factory settings / state | 11 |
| Replace | 10 |
| Don't have to throw away / replace / dispose of / buy new | 8 |
| Restore / restoration | 8 |
| Save money / lower cost | 8 |
| Refurbish / recondition | 7 |
| Preventive maintenance / maintenance | 6 |
| Reprocess | 4 |
| Other (net)* | 14 |
| Don't Have a Belief About Term "Repair / Reset": | 4 |

*2% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

45.     When asked directly whether they would expect Restore to perform certain activities as part
        of its "repair / reset" process, a substantial proportion of respondents (approximately one-
        third) stated that they would not expect the "repair / reset" process to include the steps of
        either removing the original memory chip and relocating it to a third party circuit board (30%,
        with an additional 30% who were uncertain), or discarding the original circuit board and
        substituting it with a third party one (32%, with an additional  32% who were uncertain).  By
        contrast, large majorities of respondents indicated that they would expect the "repair / reset"
        process to include activities such as inspecting and testing devices for performance (95%),
        sharpening surgical tools (91%), and sterilizing component parts (74%).

| Q9 | Think back again to the "repair / reset" services being advertised by this company. |
|----|----|
|    | For each activity below, please indicate whether this is something you would OR would not expect this company to do as part of the "repair / reset" process, OR do you not know? |

| | Activity Asked About | | | | |
|---|---|---|---|---|---|
| **All Respondents** | **Inspect and test devices for performance (200) 100%** | **Sharpen surgical tools (200) 100%** | **Sterilize component parts (200) 100%** | **Remove original memory chip and relocate it to a third party circuit board (200) 100%** | **Discard original circuit board and substitute it with a third party one (200) 100%** |
| Would expect them to do this | 95% | 91% | 74% | 40% | 36% |
| Would not expect them to do this | 2 | 6 | 22 | 30 | 32 |
| Don't know | 3 | 2 | 5 | 30 | 32 |

**NOTE:** Table may not sum to total due to rounding.

**Advantages / Benefits**

46.    The main advantage or benefit seen for their hospital using Restore's "repair / reset" services
       is saving money (72%).

| Q4 | What advantages or benefits, if any, do you believe there would be for your organization if this company performed the "repair / reset" services being advertised? |
|----|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Have a Belief About Advantages / Benefits: | 90% |
| Save money / lower cost | 72 |
| Don't have to throw away / replace / dispose of / buy new | 18 |
| Repair / fix / repair damaged parts | 12 |
| Reusable / extend life / use longer / multiple usage cycles | 7 |
| Reduce waste / recycle | 6 |
| Reset / reset uses / lives / recalibrate | 5 |
| Save time / less downtime / more efficient | 5 |
| Warranty / guarantee functionality | 2 |
| Keep it functional / working properly / like new | 2 |
| Restore / restoration | 2 |
| Improve patient outcome / ease of surgery / precision | 2 |
| Replace | 2 |
| Preventive maintenance / maintenance | 2 |
| Inspect / diagnose / troubleshoot / provide support | 2 |
| Other (net)* | 14 |
| None / No advantages or benefits | 6 |
| Don't know | 4 |

*1% or fewer mentions each, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**Summary of "Repair" Message**

47.   When taking into account their responses across Questions 1-4 (i.e., main message, services offered, meaning of the term "repair / reset," advantages of using Restore's service), a net of 74% of survey respondents took away a "repair" message from the Restore advertisement. Below is a sample of some of their verbatim comments:[14]

**ID 35**

| Q3 | That they will repair/refurbish parts of the robot that need it at a lower cost than replacing. |
|---|---|

**ID 63**

| Q2 | Maintenance and repair for da Vinci products. |
|---|---|

**ID 71**

| Q1a | This company can refurbish or repair robotic equipment and offer discounts on new supplies and parts. |
|---|---|

**ID 94**

| Q2 | Repair, replace or restore parts of robot, specifically Endowrist. |
|---|---|

**ID 107**

| Q1a | Discounted repair, replacement and purchasing of surgical accessories and instruments for robotics. |
|---|---|

**ID 114**

| Q3 | Help repair the equipment and or send a new one. |
|---|---|

**ID 194**

| Q1a | Repair robotic instrumentation to save money rather than replacing. |
|---|---|

**ID 226**

| Q3 | The company would repair or make new any surgical instruments which were not functioning properly. |
|---|---|

**ID 259**

| Q2 | Repair or replacement of Endowrist instruments. Ongoing maintenance of surgical instruments. Discounts/savings on other robotic services. |
|---|---|

**ID 333**

| Q1a | New options for saving, repairing instruments instead of disposing of them and buying new. Major savings. |
|---|---|

**ID 354**

| Q2 | It seems to me the company is offering repair or maintenance of instruments as well as the availability to purchase new instruments. |
|---|---|

[14] A complete listing of survey responses for each respondent is provided under separate cover in the Parikh Survey Data File.

**Disadvantages / Drawbacks**

48.     When asked about the potential disadvantages or drawbacks of using Restore's "repair / reset" services, the most frequent response pertained to concerns about quality, reliability, or performance (21%). Just 8% of respondents mentioned that it may the void their warranty or contract with Intuitive, and only 4% mentioned concerns about patient safety.

| **Q5** | What disadvantages or drawbacks, if any, do you believe there would be for your organization if this company performed the "repair / reset" services being advertised? |
|---|---|

| | **Total (200) 100%** |
|---|---|
| **All Respondents** | |
| All Who Have a Belief About Disadvantages / Drawbacks: | 56% |
| Quality / reliability / performance concerns / instrument may fail or break | 21 |
| May void warranty / contract with Intuitive | 8 |
| Cost | 7 |
| Turnaround time for repair / how quickly get instrument back | 6 |
| Hospitals / doctors reluctant / don't trust | 4 |
| Patient safety / infection concerns | 4 |
| Used / second hand / reconditioned parts / products | 4 |
| Sterility / sterilization concerns | 4 |
| Third party provider / not OEM | 3 |
| Servicing outdated / older model | 3 |
| Intuitive may not approve / support | 3 |
| Extended use concerns / long term wear and tear | 2 |
| Legal / compliance / liability / FDA concerns | 2 |
| How long would repair last / guarantee time frame | 2 |
| Other | 8 |
| None / No disadvantages or drawbacks | 35 |
| Don't know | 10 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**Cost Savings**

49.    As noted earlier, cost savings is a central message of the Restore advertising.  On a
       spontaneous basis, three in five respondents (62%) mention cost savings when asked about
       the main message of the ad (Q1a/b), and almost three-fourths of respondents (72%)
       spontaneously name cost savings when asked about the advantages or benefits of using
       Restore's "repair / reset" services (Q4).

50.    When asked directly if they expected their organization to receive cost savings from using
       Restore's "repair / reset" services, nearly eight in ten (79%) said that they would.  Estimates
       of the cost savings range from under $25,000 to over $200,000 in terms of dollars, and from
       less than 10% to more than 25% in terms of percentage savings.  One in four respondents
       (26%) believe their organization would save $50,000 or more.

| Q6a | Based on this advertisement, do you <u>OR</u> do you not believe that your organization would receive any cost savings if this company performed the "repair / reset" services being advertised, <u>OR</u> do you not have a belief? |
|---|---|

**If "Yes, I believe my organization would receive cost savings" (Q6a), ask:**

| Q6b | Roughly how much cost savings would you expect your organization to receive? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| <u>Yes, I Believe My Organization Would Receive Cost Savings (net):</u> | 79% |
| <u>Dollar Savings (net):</u> | <u>34</u> |
| <u>$50,000 or more (net):</u> | <u>26</u> |
| $50,000–$99,999 | 8 |
| $100,000 / per robot | 10 |
| $101,000–$200,000 | 4 |
| More than $200,000 | 5 |
| <u>Less than $50,000 (net):</u> | <u>5</u> |
| $25,000–$49,999 | * |
| Less than $25,000 | 4 |
| Other dollar amount | 2 |
| <u>Percentage Savings (net):</u> | <u>14</u> |
| More than 25% | 4 |
| 25% | 7 |
| 20%–24% | 1 |
| 15%–19% | 1 |
| 10%–14% | 2 |
| Less than 10% | * |
| Depends on use / volume / instrument / type | 3 |
| Unspecified amount / percentage | * |
| Other | 3 |
| Don't know | 26 |
| No, I Don't Believe My Organization Would Receive Cost Savings | 8 |
| Don't know | 14 |

*0.5% or fewer mentions, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

26

**Authorization / Approval / Endorsement**

51.    Over one-third of respondents (38%) falsely believe that Restore is authorized, approved or endorsed by the manufacturer of the da Vinci surgical system (Intuitive). When asked to explain their reasons for this belief, respondents most frequently say because the da Vinci name was on the ad (18%).

| **Q7a** | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system, <u>OR</u> do you not have a belief? |
|---|---|

**If "Yes, it is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system" (Q7a), ask:**

| **Q7b** | What makes you say that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| Yes, It Is Authorized, Approved, or Endorsed by the Manufacturer of the da Vinci Surgical System (net): | 38% |
| What makes you say that? | |
| It says so / name is on the ad | 18 |
| Seems like it / assume there has to be | 4 |
| Wouldn't be allowed without approval | 4 |
| Familiar with it | 2 |
| Established company / good quality / follows standards | 2 |
| Design / visuals / images | 1 |
| Other | 4 |
| Don't know / Not answering | 5 |
| No, It Is Not Authorized, Approved or Endorsed by the Manufacturer of the da Vinci Surgical System | 30 |
| Don't know | 33 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

52. By contrast, when asked the corresponding control question to account for potential survey noise, just 11% of respondents reported the belief that Restore is authorized, approved or endorsed by Walgreens.

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

**If "Yes, it is authorized, approved, or endorsed by Walgreens" (Q8a), ask:**

| Q8b | What makes you say that this company is authorized, approved, or endorsed by Walgreens? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| <u>Yes, It Is Authorized, Approved, or Endorsed by Walgreens (net):</u> | <u>11%</u> |
| <u>What makes you say that?</u> | |
| It says so / name is on the ad | 2 |
| Seems like it / assume there has to be | * |
| Using the logo | * |
| Design / visuals / images | * |
| Wouldn't be allowed without approval | * |
| Other | 2 |
| Don't know / Not answering | 5 |
| No, It Is Not Authorized, Approved or Endorsed by Walgreens | 36 |
| Don't know | 52 |

*0.5% or fewer mentions, but not zero.
**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

53. Taking into account the results of the control question (to address survey noise, as discussed above), a net of 27% of respondents believe that Restore is authorized, approved or endorsed by the manufacturer of the da Vinci surgical system (Intuitive).

**Test question:**

| Q7a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system, <u>OR</u> do you not have a belief? |
|---|---|

**Control question:**

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

| All Respondents | Believe Restore Is Authorized, Approved, or Endorsed by Intuitive (Test) | | Believe Restore Is Authorized, Approved, or Endorsed by Walgreens (Control) | | Net Confusion (Test – Control) |
|---|---|---|---|---|---|
| **Net Confusion:** | **38%** | - | **11%** | = | **27%** |

## VI. CONCLUSIONS

54.     Based on the results of this survey, it is my conclusion that:

- The Restore advertisement communicates general "repair" services.

  - Three-fourths of survey participants (74%) took away a "repair" message from this Restore advertisement.

- The Restore advertisement does not adequately convey the physical modifications that Restore actually performs on EndoWrist instruments as part of its "repair / reset" process.

  - Approximately one-third of participants say that they would not expect Restore to remove the original memory chip and relocate it to a third party circuit board (30%, with an additional 30% who were uncertain) and a similar proportion say that they would not expect Restore to discard the original circuit board and substitute it with a third party one (32%, with an additional 32% who were uncertain).

- The Restore ad is not transparent about potential risks of using its "repair / reset" services.

  - Only 8% of respondents said that using Restore's services might void their warranty or contract with Intuitive, and just 4% mentioned patient safety concerns.

- The Restore ad communicates a clear cost savings message.

  - Three in five respondents (62%) spontaneously discussed cost savings as the main message of the ad, and almost three-fourths identify cost savings as the primary advantage to using Restore's "repair / reset" services (72%).
  - When asked directly, nearly eight in ten (79%) said that they would expect their organization to receive a cost savings from using Restore's "repair / reset" services.

- The Restore ad conveys to consumers that Restore is authorized, approved or endorsed by Intuitive, which I understand not to be true.

  - After taking into account the results of a control question, a net of 27% of respondents indicated the belief that Restore is authorized, approved or endorsed by Intuitive.

Executed on August 19, 2021 in Chicago, Illinois.


_____
Sara Parikh, PhD

# APPENDIX A

Sara Parikh Biography and Case List





# SARA PARIKH, PhD

Biography

**Summary**

Sara Parikh is an accomplished research professional with a PhD in Sociology and over 30 years of experience in research design, execution and analysis.

**Experience**

Sara Parikh is President of Willow Research, LLC ("Willow"), a research and consulting firm that designs and conducts quantitative and qualitative studies of consumers and professionals. She has over 30 years of experience designing and conducting original research studies on behalf of a wide range of commercial and non-commercial clients. Sara oversees all phases of research, including project design, questionnaire development, field instruction and supervision, coding and data specification, data analysis, and reporting. She is versed in the full complement of quantitative and qualitative research methodologies and testifies as a survey expert in litigation.

**Education**

PhD and MA in Sociology from the University of Illinois at Chicago
- Doctoral dissertation supported by a grant from the National Science Foundation
- Postdoctoral fellow at the American Bar Foundation

BA in Political Science from the University of Wisconsin-Madison

**Professional Activities**

- Presents on topics related to survey research and consumer behavior at professional conferences and seminars.
- Member of the International Trademark Association

Cases in which Sara Parikh has testified or been deposed in the past four years:


**C5 MEDICAL WERKS, LLC** versus CERAMTEC GMBH
United States Patent and Trademark Office, Before the Trademark Trial and Appeal Board. 2020.
*Primary Significance*
*Deposition*


S.C. JOHNSON & SON, INC. versus **YOUNG LIVING ESSENTIAL OILS, LC**
National Advertising Division, Better Business Bureau. 2020.
*False Advertising*
*NAD Hearing*

In the Matter of CERTAIN POCKET LIGHTERS **(BIC CORPORATION)**
United States International Trade Commission, Washington, DC. 2019.
*Likelihood of Confusion and Dilution*
*Deposition*


**O'REILLY AUTOMOTIVE STORES, INC.** versus BEARING TECHNOLOGIES, LTD.
Western District of Missouri. 2017.
*Secondary Meaning*
*Deposition*


**POLYGROUP LIMITED (MCO)** versus WILLIS ELECTRIC COMPANY, LIMITED
United States Patent and Trademark Office, Before the Patent Trial and Appeal Board. 2017.
*Patent Infringement*
*Deposition*


## PUBLICATIONS

Sara Parikh and Jean Hippert, "Survival of the Fittest: Payers Reimagined," The PNC Financial Services Group, Inc. December 2018.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Employers Step Up Their Commitment to Healthcare," The PNC Financial Services Group, Inc. July 2018.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Hospitals in Transformation," The PNC Financial Services Group, Inc. January 2018.

Sara J. Parikh and Vandana Razdan, "Going Global:  What American Companies are Doing to Build and Protect Their Brands Overseas," *Landslide*, a publication of the American Bar Association. Vol. 4, No. 6, July/August 2012.

Sara Parikh and Terrence Lavin, "Lessons from Jury Research," *Illinois Bar Journal.*  Vol. 96, No. 4, April 2008.

Sara Parikh, "How the Spider Catches the Fly:  Referral Networks in the Plaintiff's Personal Injury Bar," *New York Law School Law Review.* Vol. 51, 2006/2007.

Sara Parikh and Bryant Garth, "Philip Corboy and the Construction of the Plaintiffs' Personal Injury Bar," *Law and Social Inquiry.*  Vol. 30, No. 2, April 2005.

# APPENDIX B

List of Materials Considered

# List of Materials Considered

## **Appendix B: List of Materials Considered**

Pleadings:

- Defendant's First Amended Counterclaims. Date: 11/27/19.
- Exhibit 2 attached to Defendant's First Amended Counterclaims.
- Second Amended Complaint. Date: 3/23/21.

Documents from Intuitive:

- Intuitive-00478774 (Confidential)
- Intuitive-00000512 (Confidential)
- Intuitive-00642794 (Confidential)

Documents from Restore:

- Restore-00007947-00007975 (AEO)
- Restore-00018746 (Confidential)
- Restore-00008176-00008179 (Confidential)
- Restore-00009564-00009565 (Confidential)
- Restore-00052767-00052776 (Confidential)
- Restore-00052777-00052787 (Confidential)

Deposition Transcripts:

- AEO 30(b)(6) Clifton Earl Parker Deposition Transcript. Date: May 4, 2021.
    - Parker Exhibit 1 (Highly Confidential); Restore-00002649-00002653
    - Parker Exhibit 2 (Confidential); Restore-00022922-00022927
    - Parker Exhibit 3 (Highly Confidential - AEO); 0040518-0040544
    - Parker Exhibit 4 (Confidential; Restore-00030210-00030215
    - Parker Exhibit 5 (Confidential); Restore-00018745-00018746

- CONF AEO Kevin May Deposition Transcript. Date: May 6, 2021.
    - May Exhibit 5 (AEO); REBOTIX038847-038855
    - May Exhibit 20 (Confidential); Restore-00007579-00007582

- AEO John "Jake" Joseph Colletti, Jr. Deposition Transcript. Date: May 7, 2021.

- Highly CONF Mills Vautrot Deposition Transcript. Date: May 11, 2021.
    - Vautrot Exhibit 2 (Confidential); Restore-00027789-00027794
    - Vautrot Exhibit 3 (Confidential); Restore-00012158-00012180
    - Vautrot Exhibit 5 (Confidential); Restore-00018745-00018746

<u>Other:</u>

- Parikh Survey Data File
- Diamond, S. (2011). Reference Guide on Survey Research. In Reference Manual on Scientific Evidence (3rd ed.). Federal Judicial Center.
- Insights Association glossary definition of "funnel approach." (https://www.insightsassociation.org/issues-policies/glossary/funnel-approach)

# APPENDIX C

Questionnaire

# Questionnaire



## INTRODUCTION

**Text:** Welcome to our survey. We want to assure you that we are interested only in your opinions and are not connected with the sale of any product or service. Your identity will be kept strictly confidential.

If you normally wear eyeglasses or contact lenses when reading material on a computer screen, please wear them for this survey.

**NOTE: If you are currently using a smartphone to access this survey, please return to it using a desktop, laptop, or tablet.**


## SCREENER

**\<Insert CAPTCHA\>**

| S1 | Do you work for, or on behalf of, a hospital, hospital system, or surgery center? |
|----|----|
| ❍ | No |
| ❍ | Yes |

**If "No," terminate.**

| S2a | Does your organization currently have any robotic-assisted surgical systems or instruments designed for use in such systems? |
|----|----|
| ❍ | No |
| ❍ | Yes |

**If "Yes," skip to S3a.**

**If "No" (S2a), ask:**

| S2b | What is the likelihood that your organization will acquire any robotic-assisted surgical systems or instruments designed for use in such systems in the next five years? |
|----|----|
| ❍ | Very likely |
| ❍ | Somewhat likely |
| ❍ | Not very likely |
| ❍ | Not at all likely |
| ❍ | Don't know |

**If not "Very likely" or "Somewhat likely," terminate.**

© 2021 – All rights reserved     Willow Research, LLC     www.willowresearch.com

| S3a | Thinking about the nature of your job, are you currently or likely to have any involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems? |
|---|---|
| ○ | No |
| ○ | Yes |

If "No," terminate. If "Yes," continue with S3b.

| S3b | Which, if any, of the following describes your involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?<br><br>**Please select all that apply.** |
|---|---|

Randomize row order.

| ❑ | Selecting or procuring the systems / instruments |
|---|---|
| ❑ | Selecting or procuring servicing of the systems / instruments |
| ❑ | Monitoring or maintaining the systems / instruments |
| ❑ | Using or assisting others in using the systems / instruments (i.e., during surgery) |
| ❑ | Other…**Please specify.** |

| S4a | Do you have a clinical degree, license, or training as a medical professional? |
|---|---|
| ○ | No |
| ○ | Yes |

If "Yes," continue with S4b. If "No," skip to S5.

| S4b | Which, if any, of the following, best describes your clinical training?<br><br>**Please select all that apply.** |
|---|---|
| ❑ | Surgeon |
| ❑ | Surgical Nurse / OR Nurse / Perioperative Nurse |
| ❑ | Nurse Practitioner / CNP |
| ❑ | Registered Nurse / RN |
| ❑ | Physician Assistant |
| ❑ | Surgical Assistant |
| ❑ | Surgical Technologist / Scrub Technician |
| ❑ | Other…**Please specify.** |

| S5 | Do you, or does anyone in your household, work for any of the following? | | |
|---|---|---|---|
| Randomize row order. | | **No** | **Yes** |
| A market research or advertising firm | | ○ | ○ |
| A company that manufactures medical devices or instruments | | ○ | ○ |
| A financial services firm | | ○ | ○ |
| A company that manufactures office supplies | | ○ | ○ |

If "Yes" to "A market research or advertising firm" or "A company that manufactures medical devices or instruments," terminate.

| S6a | Do you usually wear eyeglasses or contact lenses when reading material on a computer screen? |
|---|---|
| ❍ | No |
| ❍ | Yes |

**If "No," skip to S7.**

**If "Yes" (S6a), ask:**

| S6b | Will you please wear your eyeglasses or contact lenses for the remainder of the survey? |
|---|---|
| ❍ | No |
| ❍ | Yes |

**If "No," terminate.**

| S7 | For survey quality control purposes, please select the number **"four."** |
|---|---|
| ❍ | 10 |
| ❍ | 9 |
| ❍ | 8 |
| ❍ | 7 |
| ❍ | 6 |
| ❍ | 5 |
| ❍ | 4 |
| ❍ | 3 |
| ❍ | 2 |
| ❍ | 1 |
| ❍ | 0 |

**If does not select "4," terminate.**

## QUESTIONNAIRE

**Text:**   It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed. Please answer the questions on your own without discussing them with anyone else.

If you don't know the answer to a question, select the **"DON'T KNOW"** response option or type it in. Please do not guess.

**Show exhibit BB-1.**

**Text:**   You are about to see a flyer from a company that advertises certain services. Please take a look at it as you would if you were thinking about utilizing the services being advertised. Depending on your screen, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

**Leave exhibit BB-1 on screen at least 10 seconds before the arrow appears.**

| **Q1a** | What was the main message of the advertising you just looked at? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

**If "Don't know," skip to Q2. If gives a substantive response, continue with Q1b.**

| **Q1b** | What other messages, if any, did you take away from this advertising? |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |
| ○ | No other messages |

| **Q2** | Even if you have already mentioned it, what specific services are being offered with respect to robotic-assisted surgical systems or instruments designed for use in such systems? Please list all the services that you believe are being offered. |
|---|---|
| | *You are not limited by the size of the answer box.* |
| | **Open end** |
| ○ | Don't know |

**Show exhibit BB-2.**

**Text:**   You are going to be shown the flyer again. Please take another look at it, paying particular attention to the words highlighted in yellow. Again, you may need to scroll to view the full flyer. Click the arrow when you are ready to look at it.

**Leave exhibit BB-2 on screen at least 10 seconds before the arrow appears.**

| Q3 | What do you think is meant by the term **"repair / reset"** as used in this advertisement? That is, what specifically do you understand the company would do to the systems or instruments as part of the "repair / reset" process? *You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ❍ | Don't know |

| Q4 | What advantages or benefits, if any, do you believe there would be for your organization if this company performed the "repair / reset" services being advertised? *You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ❍ | Don't know |
| ❍ | None / No advantages or benefits |

| Q5 | What disadvantages or drawbacks, if any, do you believe there would be for your organization if this company performed the "repair / reset" services being advertised? *You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ❍ | Don't know |
| ❍ | None / No disadvantages or drawbacks |

| Q6a | Based on this advertisement, do you <u>OR</u> do you not believe that your organization would receive any cost savings if this company performed the "repair / reset" services being advertised, <u>OR</u> do you not have a belief? |
|---|---|
| **Rotate order of first two response options shown.** | |
| ❍ | No, I don't believe my organization would receive cost savings |
| ❍ | Yes, I believe my organization would receive cost savings |
| ❍ | Don't know |

**If "No, I don't believe my organization would receive cost savings" or "Don't know," skip to Q7a.**

**If "Yes, I believe my organization would receive cost savings" (Q6a), ask:**

| Q6b | Roughly how much cost savings would you expect your organization to receive? *You are not limited by the size of the answer box.* |
|---|---|
| | **Open end** |
| ❍ | Don't know |

**Rotate order in which Q7 and Q8 are asked between respondents.**

| Q7a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

| ○ | No, it is not authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system |
|---|---|
| ○ | Yes, it is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system |
| ○ | Don't know |

**If "No, it is not authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system" or "Don't know," skip to Q8a.**

**If "Yes, it is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system" (Q7a), ask:**

| Q7b | What makes you say that this company is authorized, approved, or endorsed by the manufacturer of the da Vinci surgical system?

*You are not limited by the size of the answer box.* |
|---|---|

**Open end**

| ○ | Don't know |
|---|---|

| Q8a | Based on this advertisement, do you <u>OR</u> do you not believe that this company is authorized, approved, or endorsed by Walgreens, <u>OR</u> do you not have a belief? |
|---|---|

**Rotate order of first two response options shown.**

| ○ | No, it is not authorized, approved, or endorsed by Walgreens |
|---|---|
| ○ | Yes, it is authorized, approved, or endorsed by Walgreens |
| ○ | Don't know |

**If "No, it is not authorized, approved, or endorsed by Walgreens" or "Don't know," skip to Q9.**

**If "Yes, it is authorized, approved, or endorsed by Walgreens" (Q8a), ask:**

| Q8b | What makes you say that this company is authorized, approved, or endorsed by Walgreens?

*You are not limited by the size of the answer box.* |
|---|---|

**Open end**

| ○ | Don't know |
|---|---|

**Q9**   Think back again to the "repair / reset" services being advertised by this company.

For each activity below, please indicate whether this is something you would OR would not expect this company to do as part of the "repair / reset" process, OR do you not know?

| Randomize row order. | Would NOT expect them to do this | Would expect them to do this | Don't know |
|---|:---:|:---:|:---:|
| Discard original circuit board and substitute it with a third party one | ○ | ○ | ○ |
| Remove original memory chip and relocate it to a third party circuit board | ○ | ○ | ○ |
| Sharpen surgical tools | ○ | ○ | ○ |
| Sterilize component parts | ○ | ○ | ○ |
| Inspect and test devices for performance | ○ | ○ | ○ |

## CLASSIFICATION

**If "Surgeon" (S4b), ask:**

**C1**   Which of the following best describes your surgical specialty?

**Randomize row order.**

- ○ Cardiac surgery
- ○ General surgery
- ○ Colorectal surgery
- ○ Gynecology surgery
- ○ Head and Neck surgery
- ○ Thoracic surgery
- ○ Urology surgery
- ○ Plastic surgery
- ○ Neurosurgery
- ○ Vascular surgery
- ○ Pediatric surgery
- ○ Orthopaedic surgery
- ○ Other…**Please specify.**

**C2**   What is your job title or role?

**Open end**

**C3**   In what state are you based?

- ○ **<State drop down list>**

**C4**   What is your gender?

- ○ Male
- ○ Female

| **C5** | What is your age? |
|---|---|
| | **Open end** |

**If "Yes" (S2a), ask:**

| **C6a** | Do you currently have the da Vinci surgical system? |
|---|---|
| | **Rotate order of first two response options shown.** |
| ○ | No |
| ○ | Yes |
| ○ | Don't know |

**If "Very likely" or "Somewhat likely" (S2b), ask:**

| **C6b** | Are you likely to acquire the da Vinci surgical system in the next five years? |
|---|---|
| | **Rotate order of first two response options shown.** |
| ○ | No |
| ○ | Yes |
| ○ | Don't know |

## VALIDATION

| **VAL** | Please select which best describes how you feel about the validation statements below:<br><br>During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey. |
|---|---|
| ○ | I have read and AGREE with the above validation statements. |
| ○ | I do NOT AGREE with the above validation statements. |

**Text:**  Thank you for participating in our survey! We appreciate your time and your opinions. Please click the arrow to complete the survey.

# APPENDIX D

Exhibits

# Exhibits

**Exhibit BB-1**



# Restore Robotics
## Replace. Repair. **Restore.**

### SAVE OVER $100,000 PER YEAR <u>PER ROBOT</u>

## SERVICES AVAILABLE

- PATENTED ENDOWRIST® REPAIR
- 25%+ SAVINGS PER INSTRUMENT
- ISO 9001:2015 FACILITY
- S & Si PREVENTATIVE MAINTENANCE
- FREE PROCESS IMPLEMENTATION CONSULTING

### STOP THROWING AWAY YOUR ENDOWRIST® INSTRUMENTS!

## INNOVATIVE SOLUTIONS FOR DA VINCI® S & Si SURGICAL ROBOTS

Restore Robotics is the world's first provider of a repair/reset service for da Vinci® S & Si surgical instruments.

- Multiple usage cycles are now available with significant cost savings.
- Guaranteed to maintain same functionality or we will replace it for free.
- Our patented repair/reset process combined with our other offerings puts you in control of your robotic system.

Restore Robotics further enhances your savings and control by offering strong discounts on S & Si:

- New Instruments
- Single Use Accessories
- Preventative Maintenance Programs
- Repairs to the Robot

  

1275 Buford HWY, Suite 109, Suwanee, GA 30024 - (678) 619-0011
Info@RestoreRobotics.com - www.RestoreRobotics.com

da Vinci® and EndoWrist® are trademarks of Intuitive Surgical, Inc.

**Exhibit BB-2**



## SAVE OVER $100,000 PER YEAR PER ROBOT

### SERVICES AVAILABLE

- **PATENTED ENDOWRIST® REPAIR**
- **25%+ SAVINGS PER INSTRUMENT**
- **ISO 9001:2015 FACILITY**
- **S & Si PREVENTATIVE MAINTENANCE**
- **FREE PROCESS IMPLEMENTATION CONSULTING**

## STOP THROWING AWAY YOUR ENDOWRIST® INSTRUMENTS!

### INNOVATIVE SOLUTIONS FOR DA VINCI® S & Si SURGICAL ROBOTS

Restore Robotics is the world's first provider of a repair/reset service for da Vinci® S & Si surgical instruments.

- Multiple usage cycles are now available with significant cost savings.
- Guaranteed to maintain same functionality or we will replace it for free.
- Our patented repair/reset process combined with our other offerings puts you in control of your robotic system.

Restore Robotics further enhances your savings and control by offering strong discounts on S & Si:

- New Instruments
- Single Use Accessories
- Preventative Maintenance Programs
- Repairs to the Robot

  

1275 Buford HWY, Suite 109, Suwanee, GA 30024  -  (678) 619-0011
Info@RestoreRobotics.com  -  www.RestoreRobotics.com

da Vinci® and EndoWrist® are trademarks of Intuitive Surgical, Inc.

# APPENDIX E

Results from Screening and Classification Questions

# Results from Screening Questions

## Results from Screening Questions

**S1**      Do you work for, or on behalf of, a hospital, hospital system, or surgery center?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 100% |
| No | -- |

**S2a**      Does your organization currently have any robotic-assisted surgical systems or instruments designed for use in such systems?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 96% |
| No | 4 |

**If "No" (S2a), ask:**

**S2b**      What is the likelihood that your organization will acquire any robotic-assisted surgical systems or instruments designed for use in such systems in the next five years?

| All Respondents | Total (200) 100% |
|---|---|
| Don't Currently Have Robotic-Assisted Surgical System / Instrument: | 4% |
| Very likely | 2 |
| Somewhat likely | 3 |
| Not very likely | -- |
| Not at all likely | -- |
| Don't know | -- |

**NOTE:** Table does not sum to total due to rounding.

| S3a | Thinking about the nature of your job, are you currently or likely to have any involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems? |
|---|---|

| | Total (200) 100% |
|---|---|
| **All Respondents** | |
| Yes | 100% |
| No | -- |

| S3b | Which, if any, of the following describes your involvement or responsibilities with respect to robotic-assisted surgical systems or instruments designed for use in such systems?<br><br>**Please select all that apply.** |
|---|---|

| | Total (200) 100% |
|---|---|
| **All Respondents** | |
| Selecting or procuring the systems / instruments | 80% |
| Using or assisting others in using the systems / instruments (i.e., during surgery) | 70 |
| Selecting or procuring servicing of the systems / instruments | 67 |
| Monitoring or maintaining the systems / instruments | 57 |
| Other | 2 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

| S4a | Do you have a clinical degree, license, or training as a medical professional? |
|---|---|

| | Total (200) 100% |
|---|---|
| **All Respondents** | |
| Yes | 91% |
| No | 9 |

**If "Yes" (S4a), ask:**

| S4b | Which, if any, of the following, best describes your clinical training? |
|-----|-------------------------------------------------------------------------|
|     | **Please select all that apply.** |

| All Respondents | Total (200) 100% |
|-----------------|------------------|
| All Who Have a Clinical Degree / License: | 91% |
| Surgeon | 57 |
| Registered Nurse / RN | 12 |
| Surgical Nurse / OR Nurse / Perioperative Nurse | 10 |
| Nurse Practitioner / CNP | 8 |
| Physician Assistant | 3 |
| Surgical Assistant | 4 |
| Surgical Technologist / Scrub Technician | 4 |
| Other | 8 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

| S5 | Do you, or does anyone in your household, work for…a market research or advertising firm? |
|----|-------------------------------------------------------------------------------------------|

| All Respondents | Total (200) 100% |
|-----------------|------------------|
| No | 100% |
| Yes | -- |

| S5 | Do you, or does anyone in your household, work for…a company that manufactures medical devices or instruments? |
|----|----------------------------------------------------------------------------------------------------------------|

| All Respondents | Total (200) 100% |
|-----------------|------------------|
| No | 100% |
| Yes | -- |

| S5 | Do you, or does anyone in your household, work for…a financial services firm? |
|----|-------------------------------------------------------------------------------|

| All Respondents | Total (200) 100% |
|-----------------|------------------|
| No | 100% |
| Yes | -- |

**S5**   Do you, or does anyone in your household, work for…a company that manufactures office supplies?

| All Respondents | Total (200) 100% |
|---|---|
| No | 100% |
| Yes | -- |

**S6a**   Do you usually wear eyeglasses or contact lenses when reading material on a computer screen?

| All Respondents | Total (200) 100% |
|---|---|
| Yes | 57% |
| No | 43 |

**If "Yes" (S6a), ask:**

**S6b**   Will you please wear your eyeglasses or contact lenses for the remainder of the survey?

| All Respondents | Total (200) 100% |
|---|---|
| All Who Usually Wear Glasses / Contacts: | 57% |
| Yes | 57 |
| No | -- |

**S7**   For survey quality control purposes, please select the number **"four."**

| All Respondents | Total (200) 100% |
|---|---|
| 10 | -- |
| 9 | -- |
| 8 | -- |
| 7 | -- |
| 6 | -- |
| 5 | -- |
| 4 | 100% |
| 3 | -- |
| 2 | -- |
| 1 | -- |
| 0 | -- |

# Results from Classification Questions

**Results from Classification Questions**

**If "Surgeon" (S4b), ask:**

| C1 | Which of the following best describes your surgical specialty? |
|---|---|

| All Respondents | Total (200) 100% |
|---|---|
| All Who Are Surgeons: | 57% |
| General surgery | 22 |
| Cardiac surgery | 6 |
| Colorectal surgery | 5 |
| Neurosurgery | 4 |
| Orthopaedic surgery | 4 |
| Thoracic surgery | 4 |
| Urology surgery | 3 |
| Vascular surgery | 3 |
| Gynecology surgery | 2 |
| Plastic surgery | 2 |
| Head and Neck surgery | 1 |
| Pediatric Surgery | * |
| Other | 1 |

*0.5% or fewer mentions, but not zero.
**NOTE:** Table does not sum to total due to rounding.

| **C2** | What is your job title or role? |
|---|---|

| **All Respondents** | **Total (200) 100%** |
|---|---|
| Surgeon / Attending Surgeon | 27% |
| Physician / Attending / Attending Physician | 16 |
| Chief / Chairman / Director | 14 |
| C-Suite (e.g., CFO, CMO) / Administrator | 10 |
| Registered Nurse / RN | 9 |
| Director of Supply Chain / Materials Management / Purchasing / Procurement | 8 |
| Medical Director | 6 |
| Nurse Practitioner / CNP | 6 |
| Manager / Supervisor | 4 |
| Professor / Educator | 3 |
| Chief Nursing Officer / Director of Nursing | 2 |
| Other | 6 |

**NOTE:** Table may sum to more than total due to multiple mentions by some respondents.

**If "Yes" (S2a), ask:**

| **C6a** | Do you currently have the da Vinci surgical system? |
|---|---|

| **All Respondents** | **Total (200) 100%** |
|---|---|
| All Who Have Robotic-Assisted Surgical Systems / Instruments: | 96% |
| Yes | 83 |
| No | 11 |
| Don't know | 2 |

**If "Very likely" or "Somewhat likely" (S2b), ask:**

| C6b | Are you likely to acquire the da Vinci surgical system in the next five years? |
|---|---|

| | Total (200) 100% |
|---|---|
| **All Respondents** | |
| All Who Are "Very / Somewhat Likely" To Acquire Any Robotic-Assisted Surgical Systems / Instruments In The Next Five Years: | 4% |
| Yes | 2 |
| No | 1 |
| Don't know | 1 |

**Demographic Summary**

| | Total (200) 100% |
|---|---|
| **All Respondents** | |
| Census Region | |
| Northeast | 34% |
| South | 32 |
| Midwest | 19 |
| West | 15 |
| Gender | |
| Male | 70% |
| Female | 30 |
| Age Group | |
| 21-34 years | 5% |
| 35-54 years | 68 |
| 55+ years | 28 |

**NOTE:** Table does not sum to total due to rounding.