# Exhibit 47


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 9 03:32:25 EST 2021*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# INTUITIVE SURGICAL

| | |
|---|---|
| **Word Mark** | INTUITIVE SURGICAL |
| **Goods and Services** | IC 010. US 026 039 044. G & S: computerized surgical manipulation system comprised of surgeon's console, master control, immersive video display, surgical manipulation system software and instructional manuals provided as a unit, patient-side cart with set-up arms and manipulator slave arms, sterile adaptors to connect arms to instruments, and a full line of resposable (limited re-use) tools, namely, laparoscopes, endoscopes, trocars, cannulas, cutters, clamps, elevators, gouges, knives, scope preheaters, light sources, cables and component parts, electrosurgical instruments, electrocautery instruments, laser instruments, ultrasound instruments, lens cleaning, scrub and biopsy brushes, clip appliers and clips, tack appliers and tacks, applicators, ligature carriers/needle holders, clamps/hemostats/graspers, curettes, instrument guides, ligature passing and knotting instruments, needles, retractors, snares, stylets, forceps, dissectors, calipers, scissors, suction/irrigation probes, sterile drapes, hemostats, amputation hooks, osteotomes, saws, retainers, suturing apparatus, measuring tapes, chisels and contractors, files, skin graft expanders, lancets, mallets, pliers, hammers, rasps, spatulas, and strippers; a full line of FDA Classes I and II exempt surgical instruments, namely, scalpels, scalpel blades and handles, staplers, tackers, clip appliers, electrocautery tools, forceps, needle holders, guides and drivers, graspers, and kiteners. FIRST USE: 19970226. FIRST USE IN COMMERCE: 19970226 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75269377 |
| **Filing Date** | April 4, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 30, 1999 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2364862 |

| | |
|---|---|
| **Registration Date** | July 4, 2000 |
| **Owner** | (REGISTRANT) Intuitive Surgical, Inc. CORPORATION DELAWARE 1266 Kifer Road, Building 101 Sunnyvale CALIFORNIA 94086 |
| | (LAST LISTED OWNER) INTUITIVE SURGICAL OPERATIONS, INC. CORPORATION DELAWARE 1020 KIFER ROAD SUNNYVALE CALIFORNIA 94086 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Jennifer M. Lantz |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SURGICAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20201027. |
| **Renewal** | 2ND RENEWAL 20201027 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |