# Exhibit 50

# Excerpted

# Instruments and Accessories

## User Manual

**PN 550675-06 Rev. G 2014. 04**



Intuitive Surgical, Inc.
1266 Kifer Road
Sunnyvale, CA  94086  USA
www.intuitivesurgical.com



EC | REP  Intuitive Surgical, Sàrl
1, chemin des Mûriers,
1170 Aubonne Switzerland



0543



INTUITIVE
SURGICAL®

**ii**

**Copyright**

© 2014 Intuitive Surgical, Inc. All rights reserved.

**Trademarks**

*Intuitive Surgical, Intuitive, Beyond the Limits of the Human Hand, da Vinci, da Vinci S, da Vinci Si, ProGrasp, HotShears, EndoWrist, EndoPass, ClearField, CardioVac, Vacuum Source, TilePro* and *InSite* are trademarks or registered trademarks of Intuitive Surgical, Inc. Other parties' trademarks are the property of their respective owners and should be treated as such.

**Rx only**

# Contents

**1   General Information** ................................... **1-1**

•**1.1 How to Use this Manual** ................................................... 1-1
 • Knowing What Applies – Organization of this Manual ........................... 1-1

•**1.2 Declaration** ................................................................ 1-2
 • Contact Information ...................................................... 1-2

•**1.3 Limitation on Use – Limited License** ...................................... 1-2

•**1.4 General Precautions and Warnings** ....................................... 1-3
 • Non-sterile ............................................................. 1-3

•**1.5 General Instructions** ..................................................... 1-3
 • Proper Care and Handling ................................................ 1-3
 • Storage Between Uses .................................................... 1-3
 •Disposal ................................................................ 1-3

**2   EndoWrist® Instruments** ................................ **2-1**

•**2.1 Introduction** ............................................................ 2-1
 • Intended Use ........................................................... 2-1
 • Device Description ....................................................... 2-2
 • EndoWrist Instruments for da Vinci, da Vinci S, and da Vinci Si Surgical Systems .. 2-3
 • Flush Ports ............................................................. 2-3
 • General Precautions and Warnings ......................................... 2-5

•**2.2 Instructions for Use** ..................................................... 2-6
 • Inspection Before Use .................................................... 2-6
 • Intraoperative Use ...................................................... 2-6

**3   Electrosurgical Unit (ESU) Settings and Energy Activation Cables** ........................................... **3-1**

•**3.1 Introduction** ............................................................ 3-1
 • Device Description ....................................................... 3-1
 • General Precautions and Warnings ......................................... 3-1
 • Validated ESUs and Energy Activation Cables ................................ 3-2

•**3.2 Proper Configuration Instructions** ........................................ 3-2
 • ERBE ICC 350 ........................................................... 3-3
 • ERBE VIO 300D .......................................................... 3-4
 • Covidien ForceTriad ...................................................... 3-7
 • Instrument Cord Connections .............................................. 3-8

•**3.3 Instructions for Use** ..................................................... 3-10
 • Electrosurgical Unit (ESU) Preparation ..................................... 3-10
 • Monopolar Cautery Settings ............................................... 3-10
 • Bipolar Settings ........................................................ 3-12
 • Cleaning ............................................................... 3-12
 • Storage ................................................................ 3-13
 • Disposal ............................................................... 3-13

**4   Monopolar Curved Scissors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4-1**

**•4.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**4-1**
• Intended Use – Tip Cover Accessory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

**•4.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**4-4**
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
• Tip Cover Accessory Installation – Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
• Disassembly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5
• Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5

**5   Permanent Cautery Instruments** . . . . . . . . . . . . . . . . . . . . . . . . . . **5-1**

**•5.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**5-1**
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1

**•5.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**5-2**
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-2

**6   Bipolar Instruments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6-1**

**•6.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**6-1**
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1

**•6.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**6-2**

**7   PK® Dissecting Forceps** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7-1**

**•7.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**7-1**
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-2
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-2

**•7.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**7-3**
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
• Generator Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
• Pre-test Device . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-4
• Instrument Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-5

**•7.3 PK Instrument Cords** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**7-5**

**8   Harmonic® Curved Shears** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8-1**

**•8.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**8-1**
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
• Compatible Ethicon Endo-Surgery Generators and Hand Pieces . . . . . . . . . . . . . . . 8-2
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

•**8.2 Instructions for Use**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8-4**
  • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
  • Attaching the Ethicon Endo-Surgery Hand Piece to the Disposable Insert . . . . . . . . 8-5
  • Attaching the Hand Piece/Insert Assembly to the Housing. . . . . . . . . . . . . . . . . . . . . . 8-5
  • Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7
  • Disassembly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7

**9    Harmonic ACE® Curved Shears. . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1**
  •**9.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9-1**
    • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
    • Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
    • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
    • Instruments for the da Vinci Surgical Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-3
    • Compatible Ethicon Endo-Surgery Generators and Hand Pieces . . . . . . . . . . . . . . . . 9-3
    • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-3
  •**9.2 Instructions for Use**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9-5**
    • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-5
    • Attaching the Ethicon Endo-Surgery Hand Piece to the Disposable Insert . . . . . . . . 9-5
    • Attaching the Hand Piece/Insert Assembly to the Housing. . . . . . . . . . . . . . . . . . . . . . 9-6
    • Generator Self-Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-8
    • Insertion and Removal of Device . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-9
  •**9.3 Intra-Operative Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9-9**
  •**9.4 Disassembly and Disposal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9-10**

**10  EndoWrist One Suction/Irrigator** . . . . . . . . . . . . . . . . . . . . . . . . **10-1**
  •**10.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10-1**
    • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
    • Compatibility Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
    • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
  •**10.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10-2**
    • Inspection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-2
    • Instrument Setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-2
    • Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4
    • Surgeon Console Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4
    • Patient-Side Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-6
  •**10.3 Disposal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10-6**

**11  Hem-o-lok® Clip Applier** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11-1**
  •**11.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11-1**
    • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
    • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
    • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
  •**11.2 Weck Hem-o-lok Ligating Clips** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11-2**
    • Indications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2
    • Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2

**vi** *Contents*

•**11.3 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**11-2**

**12  Small Clip Applier** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12-1**

•**12.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**12-1**

• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

•**12.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**12-1**

• Loading and Firing a Small Clip Applier Instrument. . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

**13  Snap-fit™ Scalpel Instrument and Accessories** . . . . . . . . . . **13-1**

•**13.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**13-1**

•**13.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**13-1**

• Insertion Tool . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1

• Blade Protector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-3

•**13.3 Tip Removal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**13-4**

**14  EndoPass™ Delivery Instrument** . . . . . . . . . . . . . . . . . . . . . . . . **14-1**

•**14.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14-1**

• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1

• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1

• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1

•**14.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14-2**

• Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2

• Delivering an Accessory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2

• Removing an Accessory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-3

•**14.3 Disassembly Before Cleaning** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**14-3**

**15  Using EndoWrist Instruments with Cardiac Ablation Probes** . . **15-1**

•**15.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**15-1**

• Applicable Ablation Probe and Recommended EndoWrist Instrument . . . . . . . . . 15-1

•**15.2 SurgiFrost Probe Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**15-1**

• Preparation and Introduction of SurgiFrost Ablation Probe with EndoWrist Cardiac
Probe Grasper. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1

• SurgiFrost Probe Positioning and Ablation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2

• SurgiFrost Probe Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2

**16  5 mm Monopolar Cautery** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16-1**

•**16.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**16-1**

• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-1

• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-2

•**16.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**16-3**
   • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-3
   • Electrocautery Tip Accessory Installation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-3
   • Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
   • Disassembly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
   • Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4

**17 EndoWrist 5 Fr. Introducer** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17-1**
   •**17.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**17-1**
   • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-1
   • Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-2
   • Compatible Surgical Laser Systems and Fibers . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-2
   •**17.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**17-2**
   • Preparation of the 5 Fr. Introducer Instrument and Accessories . . . . . . . . . . . . . . 17-2
   • Assembly Instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-3
   • Instrument and Laser Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-6
   •**17.3 Disassembly Instructions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**17-6**

**18 EndoWrist Stabilizer System** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18-1**
   •**18.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**18-1**
   • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
   • Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
   • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
   • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-3
   •**18.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**18-4**
   • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-4
   • Attaching the Tubing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-5
   • Testing the EndoWrist Stabilizer Instrument. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-8
   • Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-8
   • Specific Precautions and Warnings for Intraoperative Use. . . . . . . . . . . . . . . . . . . 18-8
   • Conversion to Conventional Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-9
   • Insertion of Stabilizer Instrument and Readiness for Application . . . . . . . . . . . . . . 18-9
   • Using the EndoWrist Stabilizer Instrument Intraoperatively . . . . . . . . . . . . . . . . . .18-10
   • Readjusting the EndoWrist Stabilizer Instrument During a Procedure . . . . . . . . . .18-11
   • Removing the EndoWrist Stabilizer Instrument from the Patient . . . . . . . . . . . . . .18-11

**19 Cannulae, Obturators and Accessories** . . . . . . . . . . . . . . . . . . . **19-1**
   •**19.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**19-1**
   • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-1
   • Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
   • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
   • Compatibility Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
   • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-5

•**19.2 Instructions for Use** ................................................**19-5**
• Inspection Instructions....................................................19-6
• Gage Pin Inspection for 8 mm Cannulae .......................................19-6
• Obturator Inspection for 5 mm Cannulae ......................................19-7
• Attaching Latching Obturators and Reducers ..................................19-8
• Undocking Required to Use Some Staplers.....................................19-8
• Intraoperative Use .........................................................19-9

**20 Flared Cannulae.......................................20-1**
•**20.1 Introduction** .......................................................**20-1**
• Intended Use ..............................................................20-1
• Compatibility Information ...................................................20-1
• Monopolar Cautery Grounding ...............................................20-1
• Device Description .........................................................20-2
• Complications .............................................................20-3
•**20.2 Instructions for Use** ................................................**20-3**
• Inspection .................................................................20-3
• Intraoperative Use .........................................................20-3

**21 Single Use 8 mm Cannula Seal ...........................21-1**
•**21.1 Introduction** .......................................................**21-1**
• Intended Use ..............................................................21-1
• Device Description .........................................................21-2

**22 8 mm to 5 mm Cannula Reducer .........................22-1**
•**22.1 Introduction** .......................................................**22-1**
• Intended Use ..............................................................22-1
•**22.2 Instructions for Use** ................................................**22-1**

**23 Endoscope Cannula Mounts ............................23-1**
•**23.1 Introduction** .......................................................**23-1**
• Intended Use ..............................................................23-1
• Contraindications ..........................................................23-1
• Device Description .........................................................23-1
•**23.2 da Vinci Surgical System Endoscope Cannula Mount....................23-3**
• Instructions for Use ........................................................23-3
•**23.3 da Vinci S and da Vinci Si Surgical System Endoscope Cannula Mount.....23-5**
• Instructions for Use ........................................................23-5

**24 da Vinci and da Vinci S Light Guide .....................24-1**
•**24.1 Introduction** .......................................................**24-1**
• Intended Use ..............................................................24-1
• Light Guide Care ...........................................................24-1
•**24.2 Instructions for Use** ................................................**24-2**

## 25 Sterilization Trays ................................... 25-1

•**25.1 Introduction** ......................................................**25-1**

• Intended Use .................................................................. 25-1

• Device Description ............................................................ 25-2

• Contraindications ............................................................. 25-2

•**25.2 Instructions for Use** ...............................................**25-3**

• Inspection Prior to Use ........................................................ 25-3

• Recommended Care ........................................................... 25-3

• Sterilization Process Parameters ................................................ 25-3

• Special Instructions for Procedure Tray (PN 400223) ............................. 25-3

• Precautions .................................................................. 25-3


## A   Appendix A: Symbols Defined ........................... A-1

## B   Appendix B: Natural Rubber Latex ....................... B-1

_____End of section_____

## Device Description

*EndoWrist* Instruments are multiple-use endoscopic instruments to be used in conjunction with the *Intuitive Surgical da Vinci, da Vinci S* and *da Vinci Si* surgical systems. As shown in Figure 2.1, *EndoWrist* Instruments consist of five main components: the Release Levers (A); the Instrument Shaft (B); the Wrist (C); the Tip or End Effector (D); and the Instrument Housing (E).



**Figure 2.1 EndoWrist instrument**

*EndoWrist* Instruments are available with 5 mm, 8 mm and 12 mm diameter shafts. This section is applicable to non-energized 5 mm and 8 mm *EndoWrist* instruments, which include needle drivers, non-energized graspers, forceps and scissors, and clip appliers. This section also provides general instructions for use for all *EndoWrist* instruments. Energized instruments, or instruments with specialized end effectors, require additional instructions, which are found in the relevant sections of this manual.

Both 5 mm and 8 mm *EndoWrist* instruments can be used with the *da Vinci, da Vinci S* and *da Vinci Si* surgical systems. The *da Vinci* and *da Vinci S* instruments can be differentiated by their length, housing color and graphics.

⚠ **CAUTION:** *da Vinci S* **instruments are compatible with ONLY the** *da Vinci S* **and** *da Vinci Si* **surgical systems.**

⚠ **CAUTION:** *da Vinci* **instruments are compatible with ONLY the** *da Vinci* **Surgical System.**

### EndoWrist Instruments for *da Vinci*, *da Vinci S*, and *da Vinci Si* Surgical Systems

The *da Vinci* instruments have a light gray housing with the instrument description as shown in Figure 2.2. The *da Vinci* instrument maximum total length is approximately 20.5" (52cm).



***Figure 2.2 da Vinci instrument housing—light gray***

The *da Vinci S* and *da Vinci Si* instruments have a blue housing with the instrument description as shown in Figure 2.3. The *da Vinci S* instruments are 2" (approximately 5cm) longer than *da Vinci* instruments. They also have the *da Vinci S* logo prominently displayed on the housing.



***Figure 2.3 da Vinci S and da Vinci Si instrument housing—blue***

### Flush Ports

The symbol at left indicates flush ports on the instrument housing, as shown below:



2: Flush port

1: Main flush port

***Figure 2.4 Location of flush ports for da Vinci 8 mm EndoWrist instruments***

The *da Vinci* 8 mm instruments have two flush ports on the back-end of the instrument housing as shown above. The main flush port is designated by a dark ring and the number 1.

The *da Vinci S* 8 mm instruments have two flush ports on the back-end of the instrument housing as shown in Figure 2.5. The main flush port is designated by a dark ring and the number 1.



**2: Flush Port**

**1: Main Flush Port**

*Figure 2.5 Location of flush ports for da Vinci S 8 mm EndoWrist instruments*

5 mm instruments have a total of three flush ports. Two flush ports are on the back-end of the instrument housing as shown in Figure 2.4 and Figure 2.5. The third flush port is located where the instrument shaft enters the housing as shown below.



**3rd flush port on 5 mm**

*Figure 2.6 Location of third flush port for 5 mm EndoWrist instruments*