# Exhibit 7

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF FLORIDA
 2                   PANAMA CITY DIVISION
 3
    RESTORE ROBOTICS LLC,
 4  RESTORE ROBOTICS REPAIRS
    LLC, and CLIF PARKER
 5  ROBOTICS LLC,
 6            Plaintiffs,
                              CIVIL ACTION FILE
 7      vs.                   NO. 5:19-CV-55-TKW-MJF
 8  INTUITIVE SURGICAL, INC.,
 9            Defendant.
10  INTUITIVE SURGICAL, INC.,
11       Counterclaimant,
12      vs.
13  RESTORE ROBOTICS LLC and
    RESTORE ROBOTICS REPAIRS LLC,
14
         Counterclaim Defendants.
15
16               HIGHLY CONFIDENTIAL
17
             VIDEOTAPED ZOOM DEPOSITION OF
18                   MILLS VAUTROT
19                   May 11, 2021
                      9:26 A.M.
20
21      Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
22
23
24
25
```

Highly CONF Mills Vautrot                    May 11, 2021
Restore Robotics LLC v Intuitive Surgical

Page 84

1   will jog my memory or something, but, you know...

2          Q.   Were sales reps trained on what the

3   details were of the so-called servicing process?

4          A.   I don't believe so.  Other than, you know,

5   just what was in the flyer, but that was, you know,

6   just kind of big picture stuff.

7          Q.   Do you know whether customers were

8   informed about the process you just described?

9          A.   I don't know.

10         Q.   Were sales reps instructed one way or the

11  other about whether to describe the process to

12  customers?

13         A.   Not to my knowledge.

14         Q.   Were sales reps given any guidance on how

15  to handle questions from customers about what the

16  process was with respect to the EndoWrist

17  instruments?

18         A.   Not that I'm aware of.

19         Q.   Were you involved in training sales reps?

20         A.   I'm not sure I understand the question.

21         Q.   Did you have any involvement in training

22  sales reps that were performing services on behalf

23  of Restore regarding the EndoWrist and da Vinci

24  business?

25         A.   I mean, I made those flyers, if that's

Page 85

1    what you're saying, and they used them.  But I

2    didn't -- I don't think I ever did a webinar or

3    something like that, if that's what you're asking.

4          Q.   Okay.  To whom does Restore market the

5    services it provides regarding the da Vinci and

6    EndoWrist products?

7          A.   To hospitals.

8          Q.   Who at hospitals?

9          A.   Excuse me?

10         Q.   Who at hospitals?

11         A.   Who at hospitals.  The -- could be an

12   influential doc- -- robotic surgeon, OR manager or

13   the -- what do you call them? -- the supply chain

14   procurement person.

15         Q.   Anybody else?

16         A.   Depending on the relationship, it could be

17   somebody in the C-suite, kind of trying to do a

18   top-down thing.

19              And to be clear, when you say "Restore

20   markets" the -- the reps market, the distributors

21   and the reps.

22         Q.   And the distributors and the reps are

23   marketing on behalf of Restore; right?

24         A.   Yeah, sure.

25         Q.   So you mentioned "influential robotic

Page 86

1    surgeons."

2              What did you mean by that?

3         A.    That it seems like some hospitals have

4    robotic surgeons that are -- carry more weight in

5    the hospital than -- than others or something.

6         Q.    Now, the hospitals that we're talking

7    about that the sales reps marketed to on behalf of

8    Restore, were they all hospitals that had at least

9    one da Vinci robot?

10        A.    Yes.

11        Q.    Why is that?

12        A.    Because if they didn't have one, there was

13   no reason to market to them for that service.

14        Q.    And how would Restore identify which

15   hospitals had a da Vinci robot?

16        A.    The -- I got a list from Clif that was

17   the -- of hospitals with robots.

18        Q.    Do you know how Clif compiled that list?

19        A.    I'm not clear.

20        Q.    And you -- did you utilize that list in

21   any way?

22        A.    Yes.

23        Q.    How?

24        A.    By helping me know how to assign hospitals

25   to reps.

Highly CONF Mills Vautrot                    May 11, 2021
Restore Robotics LLC v Intuitive Surgical

Page 87

1      Q.   Is that the only way that hospitals would

2    get assigned to rep, by you looking at the list and

3    assigning them?

4      A.   I mean, in -- in -- in conference with

5    Clif, but yeah, I was pretty much the one that kind

6    of kept up with the list.

7      Q.   What do you mean "kept up with the list"?

8      A.   Tried not to have two people assigned to

9    the same hospital.

10     Q.   Would you also try to make sure that every

11   hospital had a rep assigned to it?

12     A.   Yes.

13     Q.   Once a hospital from the list was assigned

14   to a sales rep, how was the initial outreach

15   performed to the hospital?

16     A.   I don't know.

17     Q.   Would you ever make suggestions to the

18   sales reps about how to perform outreach to any

19   particular hospital?

20     A.   No.

21     Q.   Did you leave it up to the sales reps to

22   determine how to reach out to their assigned

23   hospitals?

24     A.   Yes.

25     Q.   Once a hospital was identified as having a

Page 111

1   limited the preventative maintenance that Restore

2   Robotics could provide; is that right?

3        A.   It -- my understanding was that it didn't

4   allow us to do a portion -- there was something

5   that -- that the software would have allowed us to

6   do that we -- I don't know.  We had to do it another

7   way.  I'm -- I'm vague here.  The -- you know, like

8   the -- the -- we could not turn off the "PM

9   required" sign.  A notice that shows up on the

10  monitor for the robot.

11       Q.   Why did that matter?

12       A.   Because it -- it won't go away even --

13  just because it -- you have to access the software

14  to make that notice go away.

15       Q.   Did it matter for any other reason than it

16  wouldn't go away?

17       A.   Not that I'm aware of.

18       Q.   Is that the only limitation you're aware

19  of that resulted from not having access to the

20  software on the da Vinci system?

21       A.   There was something else but I don't know

22  how to articulate it.  There's something else in

23  the -- in the process of the PM, but I don't know

24  what -- again, that's a Kevin area.  I don't know

25  what that is.

Page 112

1      Q.   How was it that you learned that there

2   were these limitations on Restore's ability to do

3   preventative maintenance due to the inability to

4   access da Vinci software?

5      A.   Kevin told me.

6      Q.   Did you hear about that from sales reps?

7      A.   I don't know what you mean, did I hear

8   about that from sales reps.

9      Q.   Well, did sales reps tell you that there

10   were limitations on Restore's ability to do

11   preventative maintenance because they couldn't

12   access da Vinci software?

13      A.   No.

14      Q.   Did customers complain about that?

15      A.   Not that I'm aware -- not -- not that I'm

16   aware of.

17      Q.   You also mentioned that Restore provided

18   repair service on da Vinci robots and I believe you

19   said "to the degree we are able."

20           Do you recall that?

21      A.   Yes.

22      Q.   What did you mean by "to the degree we are

23   able"?

24      A.   That some repairs would require access to

25   the software and so we couldn't do that.  And some

Page 113

1  repairs would require access to parts that were not

2  available on the secondary market and were -- we

3  just -- we could not get access to them.

4      Q.   Were there -- what were the repairs that

5  Restore could do to the da Vinci system?

6      A.   I don't know.  That's a Kevin question,

7  the -- the technical stuff of that.

8      Q.   Were you involved in marketing the repair

9  services that Restore was offering?

10     A.   Not -- no.

11     Q.   Did you create any materials to be used in

12 marketing Restore's repair services for da Vinci

13 robots?

14     A.   Yes.  Create, I -- I took information

15 given and made it pretty on the page.

16     Q.   What information would you be given for

17 those marketing materials?

18     A.   Basically what I said.  That -- that we

19 can do the PMs but cannot access the software and we

20 can do repairs and -- oh, that we could do the

21 training of the OR staff on how to work with the

22 robot to -- you know, in a safe and effective way.

23     Q.   So Restore was offering training to OR

24 staff on how to use a da Vinci robot?

25     A.   Not how to use it.  How to -- how to --

Page 114

1  how to -- I'm not sure what the right term is -- how

2  to be part of the team; right?  They're not training

3  them to be a doctor who uses the robot, but there

4  are things to know about how to set the robot up for

5  being used in surgery.

6      Q.   Who at -- who at Restore had the expertise

7  to train operating room staff on how to set up the

8  robot?

9      A.   The field engineer.

10      Q.   How many field engineers did Restore

11  employ?

12      A.   Two.

13      Q.   Who were they?

14      A.   Bruce McDaniel and Wes Gordon.

15      Q.   They were both former Intuitive employees;

16  right?

17      A.   Yes.

18      Q.   Did the marketing materials that you --

19  excuse me -- created for Restore's repair services

20  for da Vinci robots contain the limitations that you

21  and I just discussed?

22      A.   I want to say yes, and I can't remember

23  every single one did.

24      Q.   Were there a lot of them, marketing

25  materials, on repair of da Vinci robots?

Page 125

1     "instruments."  Did you mean robots?

2          Q.   I meant robots.  I'm sorry.

3               Let me ask that again.

4               The only agreement that you're aware of

5     that Restore entered into to perform preventative

6     maintenance and service of da Vinci robots was with

7     Baylor; correct?

8          A.   Yes.

9          Q.   And what's your view as to why that was

10    the only agreement that Restore was able to enter

11    into for those services.

12         A.   I -- I don't know.  I -- I don't know.

13         Q.   Do you think it was Intuitive's fault that

14    Restore couldn't get more customers to sign up for

15    service agreements to do preventative maintenance

16    and service the da Vinci robots?

17         A.   My understanding was that it was a -- it

18    was a factor, but I don't know what the final reason

19    was.

20         Q.   How was it a factor?

21         A.   Because the -- the -- because Intuitive --

22    my understanding was that Intuitive placed

23    limitations on their customers saying that if they

24    did utilize our service, that Intuitive would no

25    longer provide service to them.

Highly CONF Mills Vautrot          May 11, 2021
Restore Robotics LLC v Intuitive Surgical

Page 126

1      Q.   Is it your understanding that that was a
2  contractual agreement that Intuitive and its
3  customers agreed to?
4      A.   I -- I don't -- I don't know that part of
5  it.  I'm just saying that that's, you know, what --
6  what I understood was going on in the marketplace.
7      Q.   So you don't know one way or the other
8  whether Intuitive's customers had agreed with
9  Intuitive not to utilize products or services like
10  Restore's?
11      A.   I don't think so, no.
12      Q.   Okay.  Going back to the -- this pricing
13  of Restore's offering to extend the lives of
14  EndoWrist instruments, did you do any calculations
15  to determine the potential overall cost savings that
16  a customer could achieve if they did business with
17  Restore?
18      A.   Yes.
19      Q.   What did you do?
20      A.   I -- if they're saving on average this
21  much per instrument and they're purchasing this many
22  instruments per year, then this would be what their
23  savings would be.
24      Q.   Now, some of your flyers that advertised
25  Restore's service of -- Restore's offering to extend

Page 127

1    the lives of EndoWrist instruments estimated the

2    savings that potential customers could achieve;

3    correct?

4          A.   Yes.

5          Q.   How did you arrive at those estimates?

6          A.   By saying that -- the process I just

7    described.

8          Q.   Well, but if this is a -- a potential --

9    any potential customer, what are the inputs for that

10   analysis?

11         A.   That -- my understanding is that on

12   average they did about 300 procedures a year and

13   that generated about 150 instrument purchases times

14   the $650 on average per instrument we were saving

15   them came out to the approximately $100,000.

16         Q.   So is it your testimony that the average

17   customer that Restore was marketing to did about 300

18   procedures a year and generated about 150 instrument

19   purchases?

20         A.   It's my -- that's my understanding.

21         Q.   Where did you get that information?

22         A.   From Clif, but I don't know where Clif got

23   that number from.

24         Q.   So just to be clear, Clif told you that

25   the average hospital with a da Vinci -- with at

Highly CONF Mills Vautrot                May 11, 2021
Restore Robotics LLC v Intuitive Surgical

Page 128

1   least one da Vinci robot performs about 300

2   procedures a year on da Vinci robots and purchases

3   about 150 EndoWrists?  Is that your testimony?

4        A.   Yes.

5        Q.   And are you aware of any particular

6   hospitals that had those usage statistics?

7        A.   I think Indiana University, you know,

8   hospital, hospitals.  Yeah.

9        Q.   What is that understanding based on?

10       A.   One of the sales rep's interaction with

11   the hospital, finding out, you know, how many

12   instruments they had used over a year period.

13       Q.   And that sales rep reported that back to

14   you?

15       A.   Right.

16       Q.   Did Indiana University --

17       A.   I don't know -- I don't know if it was the

18   sales rep or I'm not sure who reported it back to

19   me.  I'm not sure if the sales rep told me directly

20   or he told Clif or Kevin.  I don't remember how I

21   got the information.  I don't want to say the sales

22   rep called me up and told me.

23       Q.   Did any hospitals that became customers of

24   Restore send Restore anywhere in the ballpark of 150

25   instruments on which Restore would reset the usage

Page 129

1    counter?

2         A.   I don't know.

3         Q.   How would you find out?

4         A.   Ask Kevin.

5         Q.   Well, are there records maintained that

6    you could look to for that information?

7         A.   I'm assuming, yeah, that there is -- I

8    would expect that there are in the same database

9    as -- as the, you know, Rover business and whatever.

10        Q.   What's your understanding of which

11   customer -- the biggest customer of Restore for

12   resetting the usage counter on EndoWrist

13   instruments?

14             And by "biggest" I mean gave you the most

15   volume.

16        A.   I -- I don't know.

17        Q.   You have no sense whatsoever of who the

18   biggest customers of the company that you own

19   31 percent of were?

20        A.   I don't know.

21        Q.   So you have no idea one way or the other

22   if any customer of Restore ever sent anywhere near

23   150 EndoWrist instruments to have Restore reset the

24   usage counter, do you?

25        A.   I do not.

Highly CONF Mills Vautrot                    May 11, 2021
Restore Robotics LLC v Intuitive Surgical

                                                      Page 130

1       Q.   Did the flyer -- the flyers that you

2   generated that Restore used to promote its resetting

3   of the EndoWrist usage counter change in any way

4   over time?

5       A.   I mean, at one point it said, you know,

6   send your instruments to a Florida address, and at

7   one point it said send your instruments to a

8   California address.

9       Q.   Why was that change made?

10      A.   Because at some point we started doing the

11  repair/reset in-house, RRR, as opposed to sending

12  them to Rebotix.

13      Q.   Any other changes in the promotional

14  materials that you can think of?

15      A.   I -- I can't think of anything off the top

16  of my head other than that, you know, maybe language

17  got cleaned up or, you know, put a comma here or say

18  that in a way that it doesn't take three lines, it

19  only takes two.  That kind of thing, but not, you

20  know, a major change to it.

21      Q.   Nothing substantive comes to mind?

22      A.   Not off the top of my head.  I'll be happy

23  to look at something if you have it.

24      Q.   When did Restore begin offering customers

25  that they -- that it would reset the usage counter

Page 131

1    on EndoWrists?

2          A.    Say, around fall of 2018.  Somewhere

3    around there.

4          Q.    Is that when Restore entered into an

5    agreement with Rebotix to utilize their technology?

6          A.    Right.

7          Q.    And you said at some time after that, RRR

8    began doing the resetting?

9          A.    Right.

10         Q.    When did that happen?

11         A.    I honestly don't remember how quickly that

12   happened.  I -- I don't remember.

13         Q.    But it's your testimony that Restore

14   Robotics Repairs is the entity that was resetting

15   the usage counter once that change -- once you

16   stopped relying on Rebotix to do it?

17         A.    Yes.

18         Q.    Was it in -- do you know, was it in 2018

19   or 2019 when that switch happened?

20         A.    I don't.

21         Q.    Approximately how many customers utilized

22   Restore Robotics for the EndoWrist usage counter

23   resetting?

24         A.    Hang on.  I don't know like, oh, it's

25   exactly this number.  I don't know.

Highly CONF Mills Vautrot                    May 11, 2021
Restore Robotics LLC v Intuitive Surgical

                                                        Page 180

1          Q.    What is it?

2          A.    It's a marketing piece that describes

3    the -- the Restore Robotics offering.

4          Q.    What Restore Robotics offering?

5          A.    The EndoWrist repair.

6          Q.    The resetting of the use counter on

7    EndoWrist?

8          A.    Right.

9          Q.    Right.  Okay.  This one looks a little

10   different than the others we looked at today,

11   doesn't it?

12         A.    It does.

13         Q.    Is this a marketing brochure that was

14   given to Intuitive sales reps to use in trying to

15   sell Restore's services?

16         A.    Restore sales reps.

17         Q.    Only Restore sales reps?

18         A.    Well, I mean, you said "Intuitive sales

19   reps."

20         Q.    Oh, excuse me.  It's getting late for me,

21   too.

22               So this is a marketing brochure that was

23   given to Restore sales reps to use in trying to sell

24   Restore's resetting of the usage counter on

25   EndoWrist instruments?

Highly CONF Mills Vautrot                    May 11, 2021
Restore Robotics LLC v Intuitive Surgical

Page 181

1      A.   What's going on?

2           MR. DeBAUGH:  It's my mistake.  I pressed

3      a button on my keyboard and the exhibit

4      changed.

5  BY MS. LENT:

6      Q.   Are you able to answer the question

7  without looking at the document?

8      A.   Yes.  The document was created.  I don't

9  know how many or who of the sales reps, if any,

10  received the document.

11      Q.   But you do know that sales reps received

12  the other flyers that we were looking at today;

13  right?

14           MR. BERHOLD:  Objection.

15           THE WITNESS:  I know that it was put out

16      for them and I know that some of them

17      receive -- got them.  I -- I can't tell you

18      that all of them got them.

19           MS. LENT:  Okay.  Let's turn to the second

20      page of the brochure.

21  BY MS. LENT:

22      Q.   By the way, was this brochure sent to

23  potential customers, or was it -- by Restore, or was

24  it just given to the sales reps?

25           MR. BERHOLD:  Objection.

Page 182

1          THE WITNESS:  I don't -- I don't know.

2    BY MS. LENT:

3          Q.   Okay.  In the middle of the page it says:

4    "Example savings on da Vinci surgical systems."

5               Do you see that?

6          A.   Yes.

7          Q.   And the annual savings in green there is

8    $498,650.

9               Do you see that?

10         A.   Yes.

11         Q.   What is that based on?

12         A.   The number of instruments purchased in a

13   year times the amount on average that the

14   instruments -- that we -- the difference between our

15   service and buying the instrument new.

16         Q.   And do you know what the -- the number

17   of -- how -- strike that.

18              What was the number of instruments that

19   was used to calculate this number?

20         A.   I don't know the exact number.

21         Q.   I think you testified earlier that some of

22   the estimates of savings that you calculated relied

23   on 150 instruments per year; is that right?

24         A.   Right.

25         Q.   But this one's not based on 150

Highly CONF Mills Vautrot                          May 11, 2021
Restore Robotics LLC v Intuitive Surgical

Page 183

1    instruments per year, is it?

2         A.    No.

3         Q.    It's based on more than that; right?

4         A.    Based on more than that.

5         Q.    The 150 instruments per year corresponded

6    with the estimated annual savings of $100,000;

7    right?

8         A.    Right.

9         Q.    So would that mean that this annual

10   savings of nearly $500,000 was based on resetting

11   the -- the counter on the EndoWrist for somewhere in

12   the neighborhood of 750 instruments?

13        A.    That's fair, yeah.

14        Q.    Okay.  Are you --

15              MR. BERHOLD:  Objection.

16   BY MS. LENT:

17        Q.    Are you aware of any customers of Restore

18   that had the instrument counters reset for 750

19   instruments?

20        A.    No.

21        Q.    Anything close to that?

22        A.    Not that I'm aware of.

23        Q.    Okay.  Right.

24              You weren't even aware of any that had 150

25   instrument counters reset; right?

Page 184

1      A.   Right.

2      Q.   So why does this brochure estimate an

3  annual savings based on resetting the usage counter

4  for somewhere in the neighborhood of 750

5  instruments?

6      A.   We spoke to a hospital system -- I say

7  "we."  One of the distributors spoke to a hospital

8  system, had them provide a -- a list of all the

9  instruments bought across all the robots owned by

10 that hospital system for a year, and -- and then we

11 did the calculation and that was the savings.

12     Q.   So this was for one hospital system.

13          How many hospitals does that hospital

14 system own?

15     A.   I -- I don't know.

16     Q.   Do you know what hospital system it was?

17     A.   Indiana University.

18     Q.   Do you think it has five hospitals?

19     A.   Well, it has five robots.  I don't know

20 how many hospitals it had.

21     Q.   Oh, the hospital system had five robots?

22     A.   Right.

23     Q.   Okay.  Now, the -- in the example that

24 we've been looking at on the page, it says:

25 "Hospital annual da Vinci instrument spend," not