# Exhibit 8

Page 1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF FLORIDA
2                    PANAMA CITY DIVISION
3       RESTORE ROBOTICS LLC,        )
        RESTORE ROBOTICS REPAIRS     )
4       LLC, and CLIF PARKER         )
        ROBOTICS LLC,                )
5                                    )
         Plaintiffs,                 )
6                                    )
        vs.                          )    CIVIL ACTION NO.
7                                    )
        INTUITIVE SURGICAL, INC.,    )    5:19-CV-55-TKW-MJF
8                                    )
         Defendant.                  )
9
        INTUITIVE SURGICAL, INC.,    )
10                                   )
         Counterclaimant,            )
11                                   )
        vs.                          )
12                                   )
        RESTORE ROBOTICS LLC,        )
13      RESTORE ROBOTICS REPAIRS     )
        LLC,                         )
14                                   )
         Counterclaim Defendants.    )
15
16
17
18        VIDEOTAPED DEPOSITION OF WEST E. GORDON
19                 (Taken by Defendant)
20                   May 13, 2021
21                   9:52 a.m. EST
22
23
24
25     Reported by:  Debra M. Druzisky, CCR-B-1848

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 27

1    following mode.

2         Q.    What is following mode?

3         A.    It's a mode in which the surgeon would

4    actually use it for surgery.

5         Q.    Okay.  Did you have any prior experience

6    performing maintenance on surgical equipment prior

7    to your job at Intuitive?

8         A.    I did not.

9         Q.    Did you have any prior experience in the

10   healthcare industry at all prior to your work --

11        A.    I did not.

12        Q.    After you were hired by Intuitive, did you

13   receive any training on how to perform maintenance

14   on da Vinci surgical systems?

15        A.    I did.

16        Q.    What did that training entail?

17        A.    The overall preventative maintenance and

18   basic troubleshooting.

19        Q.    How -- approximately how many hours did

20   you spend training to perform your field service

21   engineer duties for Intuitive?

22        A.    It was two weeks in class in California,

23   and that was seven -- 7:00 to 4:00 o'clock, hour

24   lunch break, so eight hours a day, two weeks, so 80

25   hours.

West E. Gordon
Restore Robotics LLC v Intuitive Surgical

May 13, 2021

Page 28

1    Q.    And this 80 hours occurred in 2010 when

2    you first began your employment at Intuitive?

3    A.    I believe so.

4    Q.    Okay.  What model of the da Vinci surgical

5    robot were you trained to maintain?

6    A.    The IS1200, the IS2000, the IS3000.

7    Q.    Any others?

8    A.    No.

9    Q.    Were there any differences in how you

10   would perform your maintenance duties with respect

11   to those different models?

12   A.    I don't understand the question.

13   Q.    If you had training to perform maintenance

14   on the IS1200, would you know exactly how to

15   perform maintenance on the 2000 and the 3000 as

16   well?

17   A.    It's relative, but no, not completely.

18   Q.    Okay.  What differences would there be?

19   A.    I don't know.  I mean, I would have to

20   have the forms in front of me.  I would have to

21   have the procedures in front of me that would

22   dictate that.

23   Q.    But you know it's not the same?

24   A.    Correct.

25   Q.    Okay.  After the approximately 80 hours

West E. Gordon                              May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 29

1    that you spent in training in 2010, did you have

2    any additional training from Intuitive relating to

3    performing maintenance on da Vinci robots?

4        A.   I don't believe so.

5        Q.   Did you receive any updates from Intuitive

6    regarding best practices on how to perform

7    maintenance on da Vinci robots?

8        A.   There were tech bulletins that were

9    released whenever there was a major issue that came

10   up, but other than that.

11       Q.   Did you say tech bulletins?

12       A.   Correct.

13       Q.   How frequently would those be distributed?

14       A.   Honestly, I'm not sure.  I didn't look at

15   them.

16       Q.   You didn't look at them?

17       A.   No.  I didn't have a need to.

18       Q.   Why not?

19       A.   Because I was pretty good at my job.  I

20   never had any issues with fixing anything.

21       Q.   Did you have an understanding as to why

22   Intuitive was sending those tech bulletins --

23       A.   Because new things --

24       Q.   -- out?

25       A.   -- new things would come up that people

West E. Gordon                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 30

1    were having issues fixing.

2         Q.    I'm going to ask you again, can you please

3    slow down?  You're speaking so quickly that it's

4    very hard for me to hear what you're saying.

5         A.    Sure.  New things would come out that

6    people would have, other field engineers would have

7    issues fixing.

8         Q.    Okay.  Did you have access to any kind of

9    internal database that contained information on how

10   to service a da Vinci robot?

11        A.    I did.  But they were all internal to the

12   actual field engineering laptop that was issued to

13   me.

14        Q.    Can you say that again?  I -- they were

15   all internal to what?

16        A.    To the actual field engineering laptop

17   that was issued to me by Intuitive Surgical.  And

18   you had to have the laptop to access them.

19        Q.    Did you say "field engineering laptop"?

20        A.    Correct.

21        Q.    Okay.  And did you review those materials

22   when you were working at Intuitive?

23        A.    If I needed to have them.  If I needed to

24   use them.  If it was a procedure I hadn't done

25   before to replace something, then sometimes.

West E. Gordon
Restore Robotics LLC v Intuitive Surgical

May 13, 2021

Page 57

1          We would do the Vision tower testing, make

2     sure the camera's working properly, check for any

3     kind of, you know, visual problems with the

4     cabling, arm pulling, things like that.

5          I mean, you would do, again, all the

6     force -- not the force, the judder testing in the

7     sign cycle on the actual robot itself.  The sign

8     cycle would be the arms moving in all movements

9     possible.

10         And again, the computer would test it.  We

11    made sure it went to all the positions in the

12    correct amount of times.  It would tell you if

13    anything was wrong with them, correctively

14    replacing the arms, things like that.

15         Q.   Okay.  Which of the things that you just

16    described relied on the service laptop?

17         A.   Sign cycle and testing the arms movements.

18         Q.   The sign cycle; is that what you said?

19         A.   Correct.  The things we already discussed,

20    the sign cycle, the movement where the robot would

21    dance.

22         Q.   Oh.

23         A.   And it would test all the movements of the

24    arms and then the actual individual arm -- if you

25    made any corrections to the arms for the cable

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 58

1    tension, you would run the judder that we talked

2    about, drag test.

3        Q.    Okay.  Anything else that you would be

4    relying on the F.E. laptop to do during the P.M.s?

5        A.    Reset the P.M. counters, so the little

6    P.M. messages on -- in front of the surgeon's face.

7    And that's it that I can think of.

8        Q.    Okay.  And I think you said that you

9    didn't -- other than maybe attaching EndoWrists

10   when you were setting up a da Vinci, you didn't

11   otherwise perform any service on EndoWrist

12   instruments; right?

13       A.    That's correct.

14       Q.    Okay.  When you were employed by

15   Intuitive, did you get any instruction regarding

16   the EndoWrists?

17       A.    Not much that I can recall.

18       Q.    What can you --

19       A.    They had --

20       Q.    -- recall?

21       A.    They had their own team started dealing

22   with those things, sterile processing.

23       Q.    You recall learning about sterile

24   processing?

25       A.    I don't recall learning about it, no.  We

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 59

1    had a -- they had their own team they came up with
2    to start doing that.
3         Q.   Okay.  What do you recall learning about
4    EndoWrists while you were at Intuitive?
5         A.   I don't.
6         Q.   Were you taught how to insert them --
7         A.   Oh, of course.  Yes.
8         Q.   -- in the da Vinci?
9         A.   Yeah.  Put them in.  Just put them in.
10        Q.   Okay.  Did you learn about the safety
11   specifications of the EndoWrists?
12        A.   They have little Allen wrenches you can
13   take and then turn to manually remove the
14   instrument from the arm.  And that's it.  That's
15   all I know.
16        Q.   That's all you know?  Okay.
17        A.   Correct.
18        Q.   Did -- when you were at a hospital
19   performing work for Intuitive, were you ever asked
20   to change the EndoWrists?
21        A.   What do you mean?
22        Q.   Like, switch them out, switch an old one
23   out for a new one?
24        A.   No.
25        Q.   No.  Okay.

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

                                                      Page 60

1          Do you -- well, are you aware that

2     EndoWrist instruments have usage limits?

3          A.   I am.

4          Q.   What do you know about that?

5          A.   That some of them have a certain amount of

6     lives.  That's about it.

7          Q.   Do you know why they have usage limits?

8          A.   I do not.  I'm guessing wear and tear of

9     the internal components.

10          Q.   Okay.  As part of your employment at

11     Intuitive, do you recall any policies you were

12     required to adhere to?

13          A.   I don't.

14          Q.   Do you recall any agreement that you

15     entered into with Intuitive regarding your

16     employment?

17          A.   There was a non- -- or I can't remember

18     the name of it, non-compete for two years after

19     leaving Intuitive.

20          Q.   So you recall agreeing to a non-compete

21     with Intuitive so that you --

22          A.   For two years.

23          Q.   -- you wouldn't meet with a company for

24     two years after you ended --

25          A.   That's correct.

West E. Gordon                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 142

1      Q.    MATLAB, right.  And what are those aspects
2    of MATLAB?
3      A.    It's doing the serial numbers, resetting
4    all the serial numbers at the P.M. counters.  It's
5    running the sign cycle on the robot, which is where
6    it dances and goes through all its movements.
7      Q.    Okay.
8      A.    And then running the judder and drag test
9    it on arms if they fail a sign cycle.
10     Q.    And that, that's the stuff we talked about
11   earlier; right?
12     A.    Correct.  Yeah.  And again, the whole
13   judder and drag stuff, although I was very careful
14   to let the customer know we could not do those
15   things, it was not something I ever had to run when
16   I was with Intuitive Surgical.  It was always
17   obvious fails.
18          And so I've never seen sign cycle ever
19   fail.  Not to say that it I can't, just I haven't
20   witnessed it ever fail.
21     Q.    When you were servicing -- well, no.
22   Strike that.
23          When you were performing maintenance on
24   the da Vinci robots while at Restore, were you able
25   to clear all the error codes that are -- that the

West E. Gordon                              May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 143

1    robot might display?

2         A.   No.

3         Q.   Why not?

4         A.   Because I don't have the software to do

5    so.  And I mean, I wouldn't want to.  I mean, I'd

6    want to resolve the issue if there an issue

7    that needed to be resolved that was being

8    identified by an error code.

9         Q.   Uh-huh.  Okay.  You would have been able

10   to do that when you worked at Intuitive; right?

11        A.   Clear it?  I mean, you would resolve the

12   issue.  I'm not really sure what you mean by "clear

13   it."  The preventative maintenance message across

14   the screen, you could clear that.

15        Q.   You could have cleared the preventative

16   maintenance message on the screen when you worked

17   at Intuitive?

18        A.   Correct.  It was a P.M. counter.  They

19   implemented it about halfway through me working

20   there.  That would display a P.M. maintenance needs

21   to be -- a P.M. needs to be completed at -- across

22   the screen of Vision tower and the surgeon console

23   when it had been over six months and it was past

24   due.

25        Q.   When you performed P.M.s on da Vinci

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 144

1    robots for Restore, were you able to guarantee to

2    customers that the robots remained within O.E.M.

3    specifications?

4        A.   Absolutely not.  No.

5        Q.   Okay.

6        A.   And I was very clear about that.

7        Q.   Okay.

8        A.   Because like I say, it was more of a

9    here's what we've tested.  That's the point of this

10   checklist, here's what we've tested, here's numbers

11   I have as far as I've gone through everything, I

12   have found no issues and no reason to believe they

13   will not perform properly.

14           But that's all I can do.

15       Q.   Okay.  Were there -- strike that.

16           When you were -- after you were hired by

17   Restore, did you inform them that there were any

18   limitations on the services or P.M. that you could

19   do with respect to da Vincis?

20       A.   I did.  The day I asked -- the day I went

21   out there the first time, I did.

22       Q.   And who did you tell?

23       A.   Kevin May, as well as everybody else.  You

24   know, I -- everyone was aware of it.  And I told

25   them there were things we could not do when it

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 145

1    comes to regarding the computer stuff, the

2    software, that there was no way for me to be able

3    to guarantee 100 percent that everything was fine

4    because of not being able to run those electrical

5    tests on the arms.

6        Q.   Did they seem, did Kevin and the others

7    that you spoke to seem surprised by any of that?

8        A.   I wouldn't really say so.  I mean, a lot

9    of stuff I was able to bring to them was newer, I

10   mean, things that they wouldn't have thought about

11   before, that Bruce hadn't thought about, which as I

12   said was why he had a short employment with us.

13           But not really surprised, and they seemed

14   very receptive to it as well.  You know, they

15   understood that, and they would make sure that was

16   relayed on.

17       Q.   Did it -- you know, maybe "surprise" isn't

18   the best word, but were they unaware that you --

19       A.   It --

20       Q.   -- wouldn't be able to perform some of

21   those things?

22       A.   It would seem so, yes.  It would seem so

23   to me.

24       Q.   Uh-huh.  What -- do you remember or have a

25   recollection of any of the things that they thought

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 193

1      A.    Correct.

2      Q.    Do you know why?

3      A.    Specifically?  No.  I didn't ask.

4      Q.    Do you know generally why?

5      A.    Again, I didn't ask.  The only

6   conversation I had about it was I knew -- I felt

7   that his -- there was better people for the job

8   with how he handled himself around customers

9   mostly.

10          Again, I didn't work with him long enough

11  to know about his in-depth technical abilities, but

12  he wasn't the most professional sometimes.  And I

13  think that was a major reason why he was let go.

14     Q.    Can you give me an example of what you

15  mean by him not being professional with customers?

16     A.    Specifically, we went in to look at a site

17  one time, I can't remember, I think it was before

18  we did the maintenance, the first P.M., we had gone

19  into the room and there were some customers, some

20  of the people, the staff that were working there,

21  and when we walked in, and I don't know why I

22  remember this, but it's one of the things, things

23  like this, he walked in and he said, oh, your

24  guys', like, little way you're having this thing

25  wired, some system we weren't working on, this

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 194

1    isn't up to hospital code, you guys have to watch

2    out for this.

3           And I was like, dude, that has nothing to

4    do with what we're here for, and things like that.

5       Q.   And did that seem to turn off the

6    customers?

7       A.   It did.

8       Q.   Yeah.  Was that at one of the Baylor

9    hospitals that you've mentioned?

10      A.   I believe so.  I believe it was Waxahachie

11   before we did the P.M.  But I could be wrong.  I

12   could be completely wrong on that.

13      Q.   Well, you've only been with him at two

14   hospitals; right?

15      A.   That I can recall, right.  Yeah.

16      Q.   Yeah.  Okay.  Did anyone ever tell you why

17   Bruce McDaniel was let go?

18      A.   Again, I didn't ask.  I felt in the

19   beginning that there was better people for the job.

20   So I mean, I really didn't ask any questions about

21   it.

22      Q.   When you say "better people for the job,"

23   are you talking about anything other than people

24   with a better ability to interact with customers?

25      A.   Some of the things on what he believed was

West E. Gordon                                       May 13, 2021
Restore Robotics LLC v Intuitive Surgical

                                                    Page 195

1      helping out with the system, like, things that he

2      said to watch out for, like, I can't even give you

3      any details really, it was just, it was a couple --

4      it was small things that he said, oh, this is

5      important, this is important, this isn't important,

6      this is how -- you can't find the error codes

7      anywhere else, and I knew you could find them by

8      looking at the surgeon consoles, as we spoke about

9      earlier.

10             I'll slow down.

11             And on the Vision tower as well, being

12     able to go and scroll through those error logs as

13     well, there were things that he said you couldn't

14     be done that I knew could be done, and just things

15     like that.

16             And then the professionalism as well.  And

17     so I really, again, didn't ask any questions.  It

18     made me feel a little better to know that he wasn't

19     going to be around.

20       Q.   What are the kinds of things that he would

21     say weren't important?

22       A.   I can't recall.  I mean, he would focus on

23     things like putting Velcro ties on a camera cable,

24     I mean, like, on the cables to stop them from

25     coming apart, I mean, things that just weren't a

Page 196

1    big deal, when other things that he would -- he
2    wouldn't be focusing on were a bigger deal.
3              And again, I can't remember specifics.  I
4    really can't.  There was nothing major.  If it was
5    something major, I would have brought it up
6    immediately.
7         Q.   Yeah.  Can you think of anything bigger
8    that he appeared to not be focusing on?
9         A.   Not really.  Again, being a start-up and
10   knowing what I was already getting myself into,
11   that was more than enough for me to throw up red
12   flags.
13             He seemed very stuck in doing things in
14   his recollection of having to do things.  As I know
15   of, he was doing on his own repairs without being
16   with Restore and was struggling with it and just
17   nothing big picture that you would think of.  It
18   was just enough for me to be very cautious and not
19   wanting to be a part of that.
20        Q.   Why wouldn't you want to be a part of
21   that?
22        A.   Because I'm very O.C.D. and I'm very
23   strong in believing that you should only be
24   touching things and doing things that you're
25   1000 percent sure of.  And I mean, that's it.

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 197

1           And very -- I'm very big on your

2      interaction with customers and professionalism and

3      speaking to them correctly, I mean, and saying

4      correct expectations and things like that.

5           Q.   And so it was your understanding that

6      Bruce McDaniel was doing things that he wasn't

7      100 percent or 1000 percent sure about?

8           A.   Well, I mean, it's not so much that.  It's

9      that the things that he said couldn't be done I

10     knew could be done.  So right there, there was

11     things that did not fit.

12          And when we go through things like that,

13     you know, someone's telling someone, you know,

14     right in front of you that you -- this is the only

15     way to do something and they're wrong, and mostly

16     the fact that after I was able to show him how to

17     do it unwilling to admit that he was wrong and that

18     there was better ways, that he didn't know

19     everything, I mean, I have an issue with those

20     things.

21          Q.   Did you have any understanding that Clif

22     or Kevin -- I'm sorry -- yeah, Clif or Kevin were

23     frustrated with Bruce McDaniel?

24          A.   I think I'd heard from Clif at some point

25     about how he had frustrated the travel agent about

West E. Gordon                                    May 13, 2021
Restore Robotics LLC v Intuitive Surgical

Page 198

1    something and about how he had the wrong rental car

2    or wasn't something -- wasn't -- things like that,

3    travel stuff, and he had frustrated people with

4    that already.

5         Q.   Had you heard that Clif or Kevin were

6    frustrated that Bruce wasn't able to do more in

7    repairing the da Vinci robots?

8         A.   I had not heard that.

9         Q.   Do you know whether Bruce McDaniel took

10   proprietary information belonging to Intuitive for

11   use -- and used that during his time at Restore?

12        A.   I do not know that for sure.

13        Q.   Did you have a suspicion that he did that?

14        A.   I mean, with having stuff that's in line,

15   not really, no.  I'd be completely speculating and

16   guessing if I said yes.  I mean, I have no reason

17   to believe that.

18        Q.   Well, you said I didn't know for sure.

19        A.   Sure.  It's just, again, something I did

20   not --

21        Q.   Why did you --

22        A.   -- look into.  I didn't follow up and go

23   through his stuff or anything.

24        Q.   Right.  So just try and give me a second

25   to finish answering the question -- asking the

West E. Gordon                              May 13, 2021
Restore Robotics LLC v Intuitive Surgical

                                        Page 199

1    question.

2            You said I didn't know for sure, and I'm

3    wondering why you qualified it with "for sure."

4       A.   Again, because I never went through his

5    things and looked into it and tried to find

6    anything.

7       Q.   So are you -- you didn't have any reason

8    to suspect that he did that?

9       A.   No.

10      Q.   Did you ever see him using Intuitive

11   proprietary information in connection with his work

12   for Restore?

13      A.   I did not.

14      Q.   Did he ever tell you he was using

15   Intuitive's proprietary information in connection

16   with his work for Restore?

17      A.   No.  I don't think he would do that.

18      Q.   You don't think he would tell you that?

19      A.   No.  No, I don't.  Again, I had very

20   limited interaction with him at all.  It was not

21   something that would have been brought up.

22           MS. LENT:  Let's mark Tab 7, please.

23           THE CONCIERGE:  Sure.  Please stand

24      by.

25   BY MS. LENT: