# Exhibit 9

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF FLORIDA
 2                    PANAMA CITY DIVISION
 3      RESTORE ROBOTICS LLC,        )
        RESTORE ROBOTICS REPAIRS     )
 4      LLC, and CLIF PARKER         )
        ROBOTICS LLC,                )
 5                                   )
          Plaintiffs,                )
 6                                   )
        vs.                          )    CIVIL ACTION NO.
 7                                   )
        INTUITIVE SURGICAL, INC.,    )    5:19-CV-55-TKW-MJF
 8                                   )
          Defendant.                 )
 9
        INTUITIVE SURGICAL, INC.,    )
10                                   )
          Counterclaimant,           )
11                                   )
        vs.                          )
12                                   )
        RESTORE ROBOTICS LLC,        )
13      RESTORE ROBOTICS REPAIRS     )
        LLC,                         )
14                                   )
          Counterclaim Defendants.   )
15
16
17
18         VIDEOTAPED DEPOSITION OF RONALD BAIR, JR.
19                    (Taken by Plaintiff)
20                      May 24, 2021
21                     12:05 p.m. EST
22
23
24
25      Reported by:   Debra M. Druzisky, CCR-B-1848
```

Page 30

```
 1    case in your experience would terminate the
 2    customer if the customer continued to use the
 3    refurbished instruments?
 4         A.    We would --
 5               MS. LENT:  Object to the form.
 6               THE WITNESS:  We would terminate the
 7         licensing agreement with the customer.
 8    BY MR. BERHOLD:
 9         Q.    And you're not aware of any exception?
10         A.    I am not aware of any exception after
11    continued use of unauthorized refurbished
12    instruments was demonstrated.
13               MR. BERHOLD:  Bailey, can you take
14         down Exhibit 3.
15    BY MR. BERHOLD:
16         Q.    So I wanted to shift topics a little bit,
17    Mr. Bair.  Are you authorized to speak today on
18    several topics on behalf of Intuitive Surgical,
19    such as the equipment software tools, materials,
20    instructions and training provided to your
21    engineers or distributors to provide service on the
22    da Vinci surgical system?
23         A.    I am authorized as you described.
24         Q.    Okay.  Could you just walk me through the
25    equipment software tools, materials, instructions
```

Page 31

1   and training provided to Intuitive's engineers to
2   provide service on the da Vinci surgical system?
3           MS. LENT:  Object to the form.  It's
4       a -- super broad.  Maybe you could go one
5       at a time, Jeff.
6   BY MR. BERHOLD:
7       Q.  I mean, do you understand the question?
8       A.  I do understand the question and agree
9   that it is quite broad.
10      Q.  Okay.  Do you -- what equipment is
11  provided -- well, let me start first, what training
12  is provided to your field service engineers to
13  provide service on the da Vinci surgical system?
14      A.  Training is first started asynchronously
15  with materials from our learning management system.
16  And often that may include some what we refer to as
17  field rides to familiarize new engineers with the
18  workflow.
19          And then field engineers would physically
20  attend a multi-week training that pairs with their
21  asynchronous learning from the learning management
22  system, the virtual learning system, where they are
23  in a physical lab environment and are trained to
24  perform preventative maintenance, perform a
25  standard set of repair procedures, replacing major

Case 5:19-cv-00055-TKW-MJF   Document 145-9   Filed 01/27/22   Page 5 of 7
Ronald Bair, Jr.                                              May 24, 2021
Restore Robotics LLC v Intuitive Surgical

Page 32

1    components and learning the fundamental operations
2    of the major subsystems, starting with our early
3    generation da Vinci systems and building to our
4    most recent robotic systems, including the Ion
5    system.
6              Following --
7        Q.   And is -- oh, go ahead.  I'm sorry.
8        A.   Following the in-person learning, field
9    engineers continue throughout the year and their
10   ongoing tenure with Intuitive to -- they are
11   required to maintain proficiency with that training
12   through review and acknowledgement of training
13   procedures as they may change and evolve over time.
14             And immediately following their training,
15   they will operate in a mentorship or apprenticeship
16   type arrangement with an experienced field engineer
17   and then begin supporting systems individually or
18   on their own.
19       Q.   Does Intuitive certify the field service
20   engineer upon completion of the multi-week
21   in-person training?
22       A.   Intuitive maintains completion
23   certificates upon successful completion of the
24   training, which would include multiple proficiency
25   exams, generally performed at the conclusion of

Page 33

1    each generation or major subsystem training.
2             And those certificates, as well as the
3    ongoing training within the learning management
4    system, are maintained within the field engineer's
5    training record in our quality management system.
6       Q.   Once Intuitive deploys a field service
7    engineer to the field, what is provided to the
8    field service engineer in the way of equipment?
9       A.   Equipment would include a laptop that
10   includes methods of accessing the system,
11   downloading, reviewing and transmitting system
12   error logs, as well as diagnostic testing software
13   to appropriately perform maintenance on the system.
14            Field engineers would also have tooling
15   and equipment, some of it off-the-shelf components
16   that are calibrated and maintained by our
17   calibration teams on a calibration schedule, and
18   then also custom equipment fixtures -- equipment
19   and fixtures and tooling that have been developed
20   specifically for maintenance of -- maintenance and
21   repair of our robotics systems.  And some of those
22   must be calibrated and inspected as well.
23            And lastly, the field engineer is provided
24   with instrumentation, and sometimes emulators
25   depending on the technology that they're working

```
 1    for, so that they can appropriately perform
 2    diagnosis, system test drives, et cetera.
 3         Q.   And what are the -- some examples of the
 4    custom fixtures?
 5         A.   We have, for example, weights that are
 6    specifically manufactured to simulate a load on a
 7    robotic arm to test break holding force in the
 8    event of a power failure, or an electronic fixture
 9    to help with arm calibration and the configuration
10    or learning of the system as it relates to where
11    the arms are in space and maintaining of the remote
12    center.
13         Q.   And what are some examples of the generic
14    tooling?
15         A.   Generic tooling would include classic hand
16    tools, pliers, snips, Allen wrenches, screwdrivers,
17    et cetera, as well as force gauges, torque
18    wrenches, vacuum cleaner, et cetera.
19         Q.   And can some repairs be done without the
20    custom fixtures?
21             MS. LENT:  Object to the form.
22             THE WITNESS:  Some minor repairs may
23         be partially performed without the custom
24         tooling and fixtures, but the full repair
25         procedures generally would not be able to
```