# Exhibit 13

Message
―――――――――――――――――――――――――――――――――――――――――――――――――――――――――

| | |
|---|---|
| **From**: | cparker@restorerobotics.com [cparker@restorerobotics.com] |
| **Sent**: | 5/14/2019 7:12:27 PM |
| **To**: | dbmixner@gmail.com |
| **CC**: | kmay@restorerobotics.com; cparker@restorerobotics.com |
| **Subject**: | Restore Robotics Repairs response |
| **Attachments**: | RRR Response.docx |
| **Importance**: | High |

David,
Please see the attached document.

Clif

CONFIDENTIAL                                                                                                          Restore-00005217

David,

I understand that your vision for the timing/speed of the results this partnership would produce has not come to fruition and I agree that can be frustrating. Hopefully, the points that we discuss below will explain our situation, alleviate that frustration and provide steps to moving things forward at a pace that more closely meets your desires.

Your assessment of our level of commitment to this business is misinformed. We are 100% committed to this business and the lawsuit is evidence of that as well as the $100's of thousands we have invested in personnel, facilities, building back-end systems and marketing efforts, etc.

We are working very, very hard at this every day and regarding the lawsuit, it is critical given the amount of interference that we are experiencing from Intuitive Reps for instrument repair. I am quite sure that must make sense to you as no one else has had any success out there because of the Intuitive interference and regulatory uncertainties.

Please know that we have no interest whatsoever in stopping the agreement and are 100% committed to bringing in significant repairs over the following months. While it was not our original plan to take on this position, after you relentlessly pursued us with daily calls and pressure tactics and quite frankly put our back to the wall if we didn't pay you to take it on we did decide to do so and since then have rallied around the opportunity and committed 100% of our time resources and energy to building the business as big and as fast as we possibly can.

We are seeking some commitment from you as well in our efforts to ramp up to meet the goals that we both want to achieve.  We are getting significant push back in the field regarding regulatory concerns and it is a bit frustrating for us that you discuss certain points but will not make data that proves those points available to us.

You have previously told us that the FDA said that you did not need a 510 K but you will not provide the FDA document stating that. We receive objections like the one below and without that document or at the very least the test data showing validations we are finding it difficult to make headway, summary data is not acceptable to these level of customers as they want underlying data.

> We have serious concerns about this program.  Intuitive explicitly states in an IFU that the max life for DaVinci instruments is 10 uses, and the DaVinci robot itself will not allow the user to proceed if the instrument has reached its 10 use max.  Additionally, extending the life of the DaVinci instruments would require changes to bypass this failsafe measure.  The fact that you are altering the instruments to bypass a failsafe measure without 510k approval and in direct opposition of the OEM's IFU raises serious liability concerns.  DaVinci instrument reprocessing is also one of the highest areas of concern for Joint Commission inspections right now.
>
> There is also an issue with the FDA and TJC (The Joint Commission) pertaining to following the Manufacturer's IFU.  There are also very stringent guidelines pertaining to restoring to original OEM specifications from the FDA and AAMI

CONFIDENTIAL
Restore-00005218

> *I understand that the original 510K may not have listed a definitive end of life, however the updated IFU does and we need to abide by that. I spoke with a rep from TJC at a meeting last week and she said that unless we have specific regulations or guidelines (AAMI, AORN, CDC etc) that will support our decision to exceed the IFU to the betterment of patient safety we will be cited.*

Our two biggest obstacles are Intuitive Surgical corp/Sales Rep interference and lack of Regulatory data. We are solving the first obstacle by filing our lawsuit against Intuitive but we are not receiving the necessary support from you to resolve the second obstacle. We have been asking for and still require the following: proof that a 510(k) is not required (letter from FDA) and Verification and Validation detailed (not summaries) reports (to name a few: Risk analysis, Cleaning and Sterilization validation (Protocol and results),Validation of performance standards. Given all this, it is surprising and frustrating that we are having such a difficult experience in getting data from you.

Regarding our commitment to the business, we recently made an offer to purchase a significant amount of chips at a fair discount unfortunately your counter offer was unacceptable but we would not have been willing to make that offer without a serious commitment.

We are pressing our salesforce every day and pretty much working around the clock to make a success of this business.

We are looking forward to great success and bringing in significant sales and hope that you can support us going forward in the way that we originally understood that you would - by providing the resources needed to be successful.

Please know again that we are absolutely committed to this business and have no interest in walking away from the financial and structural resources we have committed so far.

Let's find a time to connect by phone to discuss further.

Thanks

Clif and Kevin