# Exhibit 14

| | |
|---|---|
| From: | Kevin May |
| Sent: | Tuesday, August 21, 2018 8:50 AM PDT |
| To: | Stan Hamilton; Stan Hamilton |
| CC: | Clif Parker |
| Subject: | RE: Service related Questions |

Stan,

While working with our Regulatory consultant we had the following questions:

1. Do you have any problems getting the repairs back into the country from Panama?
    a. What do you do to allow import of medical device back into USA?
2. How do you answer the question of Designed life of product?
    a. For instance, device is "designed" only for 10 uses, so if we Restore for 10 more "uses" does that now make us a "reprocessor" in the eyes of FDA?
    b. We understand that the devices are robust enough and you have completed additional testing but how do we prevent FDA from categorizing us as a Reprocessor and forcing us to register as a reprocessor?

Let me know if you are available for a call. 714-349-9015

Regards,

Kevin

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Kevin May
President
MediVision Inc.
4883 E. La Palma Ave, Suite 503, Anaheim, CA 92807
www.medivisionusa.com
ph: 714 563 2772 ext. 105 **Mobile:** 714-349-9015
**fax:** 714 563 2711
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*"The greatest risk to man is not that he aims too high and misses,*
*but that he aims too low and hits."* Michelangelo

**From:** Stan Hamilton <manager@rebotix-panama.com>
**Sent:** Thursday, June 28, 2018 12:42 PM
**To:** Kevin May <kmay@medivisionusa.com>
**Cc:** Mills Vautrot <gmillsv@gmail.com>; Greg Fiegel <GregFiegel@rebotix-panama.com>; Robert <robertm@rebotix-panama.com>; Chris G <chris@rebotix-panama.com>; Clif Parker <cliftoneparker@gmail.com>
**Subject:** Re: Service related Questions

Can call at 3CST or about 5, just let me know...

<div style="border:2px solid black; background:yellow">

**Exhibit**
**2**
May

</div>

REBOTIX040758

**From:** Kevin May <kmay@medivisionusa.com>
**Sent:** Thursday, June 28, 2018 12:19:14 PM
**To:** Stan Hamilton
**Cc:** Mills Vautrot; Greg Fiegel; Robert; Chris G; Clif Parker
**Subject:** Service related Questions

Hi Stan,

We are starting to get questions from the field about our QC process and an after service documented QC report. Customers are having difficulty understanding the difference between Reprocess and Repair. I don't want to reinvent the wheel by creating documents or FAQ sheets that you have already created. Do you have time today for a phone call to discuss?
Let me know what time works for you.
My mobile # is 714-349-9015.

Regards,

Kevin

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Kevin May
President
MediVision Inc.
4883 E. La Palma Ave, Suite 503, Anaheim, CA 92807
www.medivisionusa.com
**ph:** 714 563 2772 ext. 105 **Mobile:** 714-349-9015
**fax:** 714 563 2711
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*"The greatest risk to man is not that he aims too high and misses,*
*but that he aims too low and hits."* Michelangelo

---

**From:** Stan Hamilton <manager@rebotix-panama.com>
**Sent:** Thursday, June 14, 2018 8:22 AM
**To:** Kevin May <kmay@medivisionusa.com>; Chris G <chris@rebotix-panama.com>; cparker@reach3d.net
**Cc:** mvautrot@reach3d.net; Greg Fiegel <GregFiegel@rebotix-panama.com>; Robert <robertm@rebotix-panama.com>
**Subject:** RE: Rebotix Meeting

Hi Kevin,
I just wanted to touch base with you on support for Rebotix. I'm not sure what you may have already received from others, but please free to contact me directly as you run into questions or need further info. I know we owe you the reliability (life) testing summary, and that is attached here, but I'm not certain what else you may need at this point.

Below here are also some customer FAQs I have maintained as examples, in case helpful.

**ATTORNEYS' EYES ONLY**

Kind Regards-
Stan

---

### What does your service provide?

Rebotix service is a complete repair of the da Vinci® EndoWrist® instruments. The instruments are sold with a use counter which limits the life of the instrument. Upon reaching a zero count the instruments are "expired" and rendered useless and must be discarded.

This service provides the resetting of the use counter via a replacement chip (Interceptor), provided by Rebotix™, extending the life of the instrument. Additionally, it also offers a complete evaluation and repair of the distal/tool end of the instrument. The replacement chips, as well as the service process, were designed and developed under a formal quality system ensuring the serviced instruments meet the quality and functional requirements of a new device. Formal, independent testing and validation on the replacement chips were conducted to ensure the intended use and performance are equivalent to that of the OEM device.

### What do we need to know to collect instruments for service?

Upon receiving an instrument for the initial repair, the instrument must arrive with one use left. If the instrument reaches zero (0) it "expires". The OEM instructs the machine to erase the data on the instrument to prevent it from being used further. In order for the reset to be performed the data must be retained on the initial repair, however once the reset has been performed once, the instrument can be used up to ten uses (and retain its original data) and maintain the ability to be reset.

### What instrument models are supported?

This list is continually maintained, so check back if you have questions about an instrument not ono this list:

#### Compatible EndoWrist® Instruments

420001 Potts Scissors
420003 Small Clip Applier
420006 Large Needle Driver
420007 Round Tip Scissors
420033 Black Diamond Micro Forceps
420036 DeBakey Forceps
420048 Tip Forceps
420049 Cadiere Forceps
420093 ProGrasp Forceps
420110 PreCise Bipolar Forceps
420121 Fine Tissue Forceps
420157 Snap-fit™ Scalpel Instrument
420171 Micro Bipolar Forceps
420172 Maryland Bipolar Forceps
420178 Curved Scissors
420179 Hot Shears (Monopolar Curved Scissors)

420181 Resano Forceps
420183 Permanent Cautery Hook
420184 Permanent Cautery Spatula
420189 Double Fenestrated Grasper
420190 Cobra Grasper
420192 Valve Hook
420194 Mega Needle Driver (Tapered)
420203 Pericardial Dissector
420204 Atrial Retractor
420205 Fenestrated Bipolar Forceps
420207 Tenaculum Forceps
420215 Cardiac Probe Grasper
420227 PK® Dissecting Forceps
420230 Large Clip Applier
420246 Atrial Retractor Short Right
420249 Dual Blade Retractor
420278 Graptor (Grasping Retractor)
420296 Large SutureCut™ Needle Driver
420309 Mega™ SutureCut™ Needle Driver
420318 Small Graptor (Grasping Retractor)
420327 Medium-Large Clip Applier
420344 Curved Bipolar Dissector

*Can you describe your service process?*

ATTORNEYS' EYES ONLY



EndoWrists® Service Process Flowchart

*Can you send me your certification/ FDA approval?*

FDA does not regulate nor certify repairs, and we do not sell any product. We only repair instruments for the hospital, with no change of ownership. In the USA this is controlled via the hospital quality system and the Joint Commission. EU and most countries are similar to USA in this regard. Hospitals typically request our ISO certification (this is the norm for service providers), and we can provide current certificates upon request.

Additional information:

ATTORNEYS' EYES ONLY

REBOTIX040762

- EndoWrist® functionality and safety are not affected by the repair

  o Extensive analysis and formal testing were performed to assure that there were no unintentional side effects

  o Repaired instruments have been subjected to all appropriate ISO 10993 biocompatibility tests (by a certified independent test laboratory) and passed

  o Electrical and electro-surgical safety have been carefully considered per the expectations in the safety standards, and special fixtures are used during service to retest the instrument to a production equivalent qualification

- Service components are built with quality standards meeting medical device expectations, including

  o ISO 9001:Quality Systems  Model for QA in Design/Development, Production, Installation, and Servicing

  o ISO 9002:Quality Systems  Model for QA in Production and Installation

  o ISO 9003:Quality Systems  Model for QA in Final Inspection and test

  o ISO 9001:Quality Management Systems

- The service process is performed under a formal quality control system certified per ISO 9001, with all assembly operations and testing done per formal procedures

- Rebotix provides continuing technical support to assure the final quality of the serviced instruments, and will monitor and respond to any reported field issues using a formal surveillance system

ATTORNEYS' EYES ONLY

● Validated fixtures and tools can be provided to repeat safety testing in the hospital, if desired

---

**From:** Kevin May <kmay@medivisionusa.com>
**Sent:** Monday, June 4, 2018 4:09 PM
**To:** Stan Hamilton <manager@rebotix-panama.com>; Chris G <chris@rebotix-panama.com>; cparker@reach3d.net
**Cc:** mvautrot@reach3d.net; Greg Fiegel <GregFiegel@rebotix-panama.com>; Robert <robertm@rebotix-panama.com>
**Subject:** RE: Rebotix Meeting

Stan,

I understand the confidentiality of these documents and respect that. A general overview will be just fine for now. A summary review of the life testing will also be great to have and if there are some other specific issues that come up, we will contact you.

Regards,

Kevin

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Kevin May
President
MediVision Inc.
4883 E. La Palma Ave, Suite 503, Anaheim, CA 92807
www.medivisionusa.com
**ph:** 714 563 2772 ext. 105 **Mobile:** 714-349-9015
**fax:** 714 563 2711
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*"The greatest risk to man is not that he aims too high and misses, but that he aims too low and hits."* Michelangelo

---

**From:** Stan Hamilton <manager@rebotix-panama.com>
**Sent:** Monday, June 04, 2018 2:01 PM
**To:** Chris G <chris@rebotix-panama.com>; cparker@reach3d.net; Kevin May <kmay@medivisionusa.com>
**Cc:** mvautrot@reach3d.net; Greg Fiegel <GregFiegel@rebotix-panama.com>; Robert <robertm@rebotix-panama.com>
**Subject:** Re: Rebotix Meeting

Good afternoon Kevin,

REBOTIX040764

The underlying documents are detailed protocols and other documents that have proprietary information in them. I would think that this third-party independent review of those documents by a notified body would be all that any regulatory consultant would need for the scope of the regulatory testing to standards, such as sterilization testing. All of this testing such as for ISO 10993 was summarized during the German review. Obviously this is well beyond anything that is normally done by a company that is providing a service process for laparoscopic instruments. We do have an extensive technical file that is associated with all of this testing, including functional validation of the instrument and life testing. Again the protocols are not something we can pass around because they do involve specific operations we do with the instrument and just don't want them going out the door, however I will be happy to support any questions regarding it and can share this information with you in other ways. I would be glad to support your regulatory evaluation directly, and we can also provide summaries as needed.

I think we had discussed this before, but we have seen many regulatory people get confused in this situation, partly because we did so much when it wasn't really required. I know you guys are clear on this, but make sure the regulatory person understands this is strictly a service process for a multi-use instrument. There is no there is no change of ownership so in the US, Europe, and any country we have run into so far this falls under Hospital side regulations.

We are currently working on a summary of the life testing that ties together the protocols and explains them without having to provide all the detail. We can have that to you fairly soon if it is helpful, but the thing to keep in mind is that none of this testing showed any material degradation of the instrument other than what is clear to anyone that is inspecting or monitoring the steel at the tool end. The degradation of the steel tool is dependent upon the specific procedures performed and the surgeons perception, which is why it works so well for us to partner with a service organization that can keep an eye on these in the hospital as they are used and do steel maintenance as needed, and then our service on the normal Cycles.

Kind regards,
Stan

---

**From:** Kevin May <kmay@medivisionusa.com>
**Sent:** Saturday, June 2, 2018 3:49:07 PM
**To:** Chris G; cparker@reach3d.net
**Cc:** mvautrot@reach3d.net; Stan Hamilton; Greg Fiegel; Robert
**Subject:** RE: Rebotix Meeting

Hi Chris,

Can you provide the supporting documents that are referenced in the FINAL REPORT TECHNICAL FILE REVIEW. I will have meeting with our regulatory consultant this coming week and need those documents. Also, any Sterilization validation and efficacy documents will be great. Do you have any testing to confirm expected lifetime of the devices?

Regards,

Kevin

***NEW ADDRESS***
~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Kevin May
President

MediVision Inc.
4883 E. La Palma Ave, Suite 503, Anaheim, CA 92807
www.medivisionusa.com
ph: 714 563 2772 ext. 105 **Mobile:** 714-349-9015
**fax:** 714 563 2711
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*CONFIDENTIALITY NOTICE*

*This communication, and any attachments / documents, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, or have received this communication in error, please notify the sender immediately by reply email and delete all copies of this communication, including attachments, without reading them or saving them to a disk.*

---

**From:** Chris G <chris@rebotix-panama.com>
**Sent:** Thursday, May 31, 2018 9:16 AM
**To:** cparker@reach3d.net
**Cc:** mvautrot@reach3d.net; Kevin May <kmay@medivisionusa.com>; Stan Hamilton <manager@rebotix-panama.com>; Greg Fiegel <GregFiegel@rebotix-panama.com>; Robert <robertm@rebotix-panama.com>
**Subject:** Rebotix Meeting

Hello Restore Robotics Team,

Thank you for your time and great conversation regarding our EndoWrist endeavors. We look forward to working with you on gaining market share in the US. As we discussed, we will provide the software needed for the scanning fixture along with testing documentation for you to review. I'm also sending a brief overview of the repair process for you to review.

Greg Fiegel is copied and will provide the software files to you. I've attached documentation showing results from independent regulatory testing that was completed. Stan Hamilton, who is also copied, can provide any comments or explanations from questions that may come from your review of this documentation. Please do not share this documentation with anyone else. We do not want this to fall into the wrong hands. If needed, Stan is available for a call tomorrow to discuss any regulatory or software questions. So please let us know if you'd like to set that up.

Sincerely,

Chris Gibson

ATTORNEYS' EYES ONLY

REBOTIX040767