# Exhibit 18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

| | |
|---|---|
| RESTORE ROBOTICS LLC,<br>RESTORE ROBOTICS REPAIRS LLC,<br>and CLIF PARKER ROBOTICS LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>      Defendant. | Civil Case No. 5:19-cv-55-TKW-MJF |
| INTUITIVE SURGICAL, INC.,<br><br>      Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC,<br>and RESTORE ROBOTICS REPAIRS LLC,<br><br>      Counterclaim Defendants. | |

**Expert Report of Dr. Robert D. Howe**
**HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER**

**August 20, 2021**

TABLE OF CONTENTS

I.      Qualifications ................................................................................................ 1

II.     Assignment .................................................................................................... 2

III.    Summary of Opinions .................................................................................... 6

IV.     The Intuitive EndoWrist Instrument and the Interceptor ............................... 8

        A.      Overview of Intuitive EndoWrist Instruments ..................................... 8

        B.      Differences Between Intuitive EndoWrist Instruments and Traditional
                Laparoscopic Instruments ................................................................. 11

        C.      Overview of Interceptor Technology .................................................. 21

V.      Intuitive's Design Control, Risk Management, and Testing Processes ........... 24

        A.      Intuitive's Design Control and Risk Management Processes ............... 24

                1.      Design Control ........................................................................ 25

                2.      Risk Management .................................................................... 26

                3.      Design Verification and Validation ........................................... 28

        B.      Intuitive Designs and Tests its EndoWrist Instruments to Reliably and
                Safely Perform Over a Set Number of "Lives" .................................. 31

        C.      As EndoWrist Instruments are Used in a Hospital Setting to Perform
                Surgical Procedures, They Experience Wear and Tear That Ultimately
                Leads to Instrument Failure .............................................................. 38

VI.     Limitations and Risks of the Interceptor and "EndoWrist Service Procedure"...... 41

        A.      Restore's Reliance on Rebotix's Risk Management and Life Testing ........ 42

        B.      Risks Associated With the Restore "EndoWrist Service Procedure" ......... 45

        C.      Rebotix's Inadequate Risk Management and Life Testing ..................... 52

                1.      Rebotix's Risk Management ..................................................... 52

                2.      Rebotix's Life Testing ............................................................. 59

VII.    Comparison of Intuitive's da Vinci System Service, Maintenance, and Repair
        Procedures with Restore's da Vinci System "Service" Offering ..................... 65

A.      Intuitive's da Vinci System Service, Maintenance and Repair Procedures ........... 65

    1.      Preventative Maintenance ................................................................. 66

    2.      Repair/replacement of damaged parts ............................................. 74

B.      Restore's da Vinci System "Service" Offering ....................................... 75

    1.      Overview of Restore's da Vinci "Service" ................................. 75

    2.      Restore's Technological Limitations Prevent It From Providing
        Adequate Preventative Maintenance or Repair of da Vinci Systems ........ 79

<u>APPENDICES</u>

A.     Curriculum Vitae and Case List

B.     List of Materials Considered

## I.      Qualifications

1.      I received a Ph.D in Mechanical Engineering from Stanford University in 1990, a Masters in Mechanical Engineering from Stanford University in 1985, and a Bachelor of Arts in Physics from Reed College in 1979.  Prior to attending graduate school I worked in Silicon Valley as an electronics engineer, designing analog and digital electronics.  Since receiving my doctorate, I have devoted my professional career to the research, design, development, study, and teaching of numerous aspects of mechanical and bioengineering.

2.      I am currently the Abbott and James Lawrence Professor of Engineering at the Harvard Paulson School of Engineering and Applied Sciences.  I serve as the founding co-chair of the Harvard MS/MBA degree program, a joint effort of Harvard's engineering and business schools aimed at training leaders in commercialization of technology.  I am also a core faculty member of the Harvard-MIT Division of Health Sciences and Technology, a premier biomedical graduate training program.  In 1990, I founded the Harvard BioRobotics Laboratory, which investigates the roles of sensing and mechanical design and motor control in both humans and robots.  I have taught numerous courses at Harvard ranging from entry-level mechanical engineering courses to graduate-level robotics and bioengineering seminars.  In 2007, I was elected Fellow of the American Institute for Medical and Biological Engineering, and in 2012, I was elected Fellow of the Institute of Electrical and Electronic Engineers.  I have held visiting and adjunct scientist or professor positions at the Massachusetts Institute of Technology, Stanford University, Tufts University, and several foreign institutes and universities.

3.      I am a named inventor on seven patents involving robotic and medical device technology and am the author or co-author of over 200 peer-reviewed technical publications.

4.      My education and experience in these fields are set forth in detail in my attached curriculum vitae, attached as Appendix A of this Report, which includes a list of all publications authored in the previous 10 years and a list of all other cases in which I have testified or been deposed in the past four years.

## II.    Assignment

5.      I have been retained by counsel from the law firm Skadden, Arps, Slate, Meagher & Flom LLP on behalf of its client, Intuitive Surgical, Inc. ("Intuitive"), concerning a dispute between Intuitive and Restore Robotics LLC ("Restore Robotics"), Restore Robotics Repairs LLC ("Restore Robotics Repairs," and collectively with Restore Robotics, "Restore"), and Clif Parker Robotics LLC ("CPR"), and more specifically, certain claims made by Restore and CPR in this dispute regarding the mechanical specifications of Intuitive EndoWrist instruments and their safety for beyond a certain number of uses as well as certain claims made by Restore and CPR in this dispute regarding the servicing and repair of da Vinci Surgical systems.  My general understanding of the dispute as it relates to my Report and analysis is as follows.

6.      Intuitive designs, manufactures, and markets the da Vinci robotic-assisted surgical system ("da Vinci"), along with its associated instruments, including EndoWrist instruments, for use in minimally invasive surgery.  Certain da Vinci instruments, such as EndoWrist instruments, incorporate a usage limit on the number of procedures that can be performed, after which the instrument must be replaced.  As Intuitive explains in its Answer and Counterclaims, the usage limits "ensure the surgical instruments meet exacting performance specifications."[1]  And as described further below, Intuitive's usage limits are critical for patient safety, as EndoWrist

---

[1]    Intuitive's Answer, Affirmative Defenses and Counterclaims, ¶ 13 (filed Sept. 30, 2019).

*(cont'd)*

2

instruments "manufactured and sold by Intuitive are designed and tested to achieve a targeted level of safety, precision and dexterity for a limited number of uses."[2]

7.     Furthermore, Intuitive's products and operations are subject to regulations in each of the countries where it markets and sells its products, including in the United States by, among others, the FDA.[3]  Intuitive's products are Class II medical devices subject to premarket review and clearance through the FDA 510(k) premarket notification process, which may require submission of clinical data and testing.[4]  I understand that product and service advertising is also regulated by the FDA for the purpose of, among other things, ensuring that manufacturer and service provider claims are consistent with medical device regulatory clearances and that there is scientific data to substantiate the claims.[5]

8.     Restore is a third party that offered certain services in connection with da Vinci robotic-assisted surgical systems, including for EndoWrist instruments that can be used with the S and Si da Vinci Surgical systems.[6]  One such "service" that Restore provided bypassed the original usage limits of EndoWrist instruments so that end-users could continue using EndoWrist instruments beyond those built-in limits.  Restore was able to bypass Intuitive's usage counter by utilizing technology developed by a separate third party, Rebotix Repair LLC ("Rebotix"), for

---

[2]   Intuitive's Answer, Affirmative Defenses and Counterclaims, ¶ 39 (filed Sept. 30, 2019).

[3]   *Id.* ¶ 16.

[4]   *Id.* ¶¶ 18-20.

[5]   *Id.* ¶ 23.

[6]   EndoWrist Instruments that can be used with Intuitive's S and Si da Vinci systems are often referred to as S and Si instruments.  In addition, most of Intuitive's internal engineering and technical documents refer to the S and Si systems as the IS2000 and IS3000 systems and refer to the EndoWrist instruments as IS2000 and IS3000 instruments, respectively.

*(cont'd)*

which Restore paid a license fee in order to use.[7]  The technology licensed by Restore from Rebotix was called the "Interceptor."[8]  In their Complaint, Restore and CPR allege that "[t]hird-party service does not affect the safety and effectiveness of the instrument or affect the indications for use," and that following "repair" by Restore, an EndoWrist instrument "is maintained at, or returned to, its original safety and effectiveness."[9]  Restore and CPR allege that "[a]fter undergoing third-party service, EndoWrist instruments have passed ISO simulated life testing to fifty or more additional uses,"[10] and that Intuitive's usage limits "do not appear to be based on any scientific determination of the useful life of the instruments."[11]  Moreover, in marketing material Restore asserted that its service—including extending the usage limits of EndoWrists using the Interceptor—caused "no changes to the performance or safety specifications of the instrument."[12]  Restore also marketed to customers that its service was "[g]uaranteed to maintain same functionality" of original EndoWrist instruments.[13]

9.     Despite these allegations and representations to customers, however, it is my understanding that Restore never performed any independent testing of EndoWrist instruments that had been modified with the Interceptor and instead entirely relied upon purported testing

---

[7]     Restore Complaint, ¶ 87; *see also* Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC's Supplemental Responses to Intuitive Surgical Inc.'s First Set of Interrogatories at 2 ("Rebotix Repair, LLC . . . is the entity referenced in the allegations about payment of a license fee . . . .").

[8]     *See, e.g.*, Restore-00027410 at § 1.1, Attachment B (listing components provided by Rebotix to Restore); *see also* Restore-00001538 at Restore-00001541-67.

[9]     Restore Complaint, ¶ 80.

[10]    *Id.*

[11]    *Id.* ¶ 90.

[12]    Intuitive's Answer, Affirmative Defenses and Counterclaims, Exhibit 1.

[13]    *Id.* Exhibit 2.

*(cont'd)*

performed by Rebotix.  Furthermore, Restore had limited access to this purported testing that was performed by Rebotix.  *See infra* § VI.A.

10.     In addition to bypassing the usage limits on EndoWrist instruments, Restore also offered to customers servicing of the da Vinci robotic surgical system.[14]  In its Complaint, Restore alleges that it "has the capacity to service da Vinci robots worldwide" using "da Vinci certified field service engineers with prior training and experience at Intuitive."[15]  Restore also alleges, however, that Intuitive denies Restore access to Intuitive's "distributor's toolkit," which prevents Restore from understanding the meaning of error codes appearing on the da Vinci surgical system in order to perform repairs on the system.  According to Restore, the toolkit is also necessary to test the da Vinci surgical robot arms during preventative maintenance.[16]

11.     I was asked to review the record information in this matter regarding Intuitive's mechanical design of the EndoWrist instruments and the scientific testing performed to validate the EndoWrist usage limits.  I was also asked to review the available information regarding the development of the Interceptor, the installation of the Interceptor, and any testing (or lack of testing) that either Restore or Rebotix performed to determine whether bypassing the EndoWrist's usage limits was mechanically viable or reliable for patient use.  Finally, I was asked to review information regarding Intuitive's da Vinci system service, maintenance, and repair procedures compared to information relating to Restore's da Vinci system "service" offering.

12.     What follows is a Report on my findings after a review of the relevant materials, which were identified through an examination of documents produced in the litigations *Restore*

---

[14]   Restore Complaint, ¶ 47.

[15]   *Id.* ¶ 48.

[16]   *Id.* ¶ 55-58.

*Robotics LLC v. Intuitive Surgical, Inc.*, No. 5:19-cv-55-TKW-MJF, and *Rebotix Repair LLC v. Intuitive Surgical, Inc.*, No. 8:20-cv-02274-VMC-TGW ("*Rebotix*"), Restore's Second Amended Complaint (ECF No. 77) ("Complaint"), Intuitive's Answer , Affirmative Defenses and Counterclaims (ECF No. 32), a review of testimony provided by witnesses at deposition, and review of Restore's written discovery responses.  A list of materials I considered in connection with this matter is attached as Appendix B of this Report.

13.     I am being compensated for my work at the rate of $600 per hour.  My compensation is in no way dependent on the outcome of this matter.  Additional time required for trial testimony or deposition will also be billed at the rate of $600.

## III.    Summary of Opinions

14.     It is my opinion that there are significant differences between EndoWrist instruments and traditional laparoscopic instruments and that these differences contribute to EndoWrist instruments having a shorter useful life than traditional laparoscopic instruments. Unlike traditional laparoscopic instruments, EndoWrists have a set of mechanical joints (or "wrists") at their distal end[17] which permit three degrees of freedom of movement (as compared to at most one or two degrees of freedom in typical traditional laparoscopic instruments).  These additional degrees of movement are made possible by the use of cables and pulleys within the instrument.  While the cable and pulley mechanisms utilized by EndoWrist instruments permit additional degrees of movement and dexterity, they are less durable and more prone to mechanical failure over an extended period of use than the drive rods typically utilized in traditional laparoscopic instruments.  There is thus a tradeoff whereby EndoWrist instruments

---

[17]    The distal end, as the term is used regarding EndoWrist instruments, is the portion of the instrument that interacts with the patient to perform a function during a surgical procedure.  The other end, referred to as the proximal end, is the portion of the instrument that connects to the da Vinci surgical system.

permit increased dexterity and freedom of motion but fewer uses as compared to traditional laparoscopic instruments.

15.   It is my opinion that Intuitive maintains rigorous design control and risk management processes which illuminate, and allow Intuitive to account for, the various risks or potential failure modes associated with the EndoWrist instruments.  Intuitive's comprehensive design control processes allow Intuitive to design instruments so as to ensure reliable performance over a prescribed number of uses.

16.   It is my opinion that Intuitive's rigorous testing of its EndoWrist instruments adequately reflects the stresses and forces that instruments are subjected to during clinical use and demonstrates that instruments can only be reliably used a limited number of times.  Both Intuitive's life testing and actual, clinical results demonstrate that EndoWrist instruments experience significant wear and tear during their prescribed useful life.

17.   It is my opinion that there are numerous deficiencies in Restore's "EndoWrist Service Procedure."[18]  The steps performed by Restore during the "EndoWrist Service Procedure" fail to adequately address many of the risks associated with extending the number of times an EndoWrist instrument may be used beyond the prescribed usage limit, such as the risks of mechanical failure by components within the instrument's proximal housing.  Moreover, there are numerous ways in which Restore's "repair" procedure may introduce additional risks to instrument functionality and increase the likelihood of the failure modes identified by Intuitive during their own life testing.

18.   It is my opinion that Rebotix's risk management activities with respect to extending the lives of EndoWrist instruments with the Interceptor—upon which Restore relied in

---

[18]   *See* Restore-00001538 at Restore-00001541-67 (described *infra* § VI.B).

performing and marketing its ability to extend the usage limits of EndoWrist instruments—are inadequate. Rebotix's risk management activities with respect to extending the life of the EndoWrist instruments assume that the Restore/Rebotix servicing procedure is adequate to restore the instruments to equivalent specifications to new instruments, but do not consider the deleterious effects of previous surgical uses, which have been clearly shown to decrease reliability. In addition, they do not adequately address the risks of mechanical failure associated with using an EndoWrist instrument beyond the prescribed usage limit.

19.     It is my opinion that Rebotix's life testing of EndoWrist instruments installed with the Interceptor—entirely relied upon by Restore—failed to adequately simulate the stresses and forces that instruments are subjected to during clinical use and therefore cannot reliably be said to validate the use of the EndoWrist instruments for uses beyond the prescribed usage limit.

20.     Finally, it is my opinion that the procedures performed by Restore to "service" da Vinci surgical systems contain significant deficiencies that do not allow proper maintenance or repair of da Vinci surgical robots as evidenced by Restore's own admissions and significant shortcomings in the Restore "service" process.

21.     Discovery is ongoing in this matter, and I reserve the right to amend or supplement my opinions and findings as additional material becomes available.

## IV.     The Intuitive EndoWrist Instrument and the Interceptor

### A.     Overview of Intuitive EndoWrist Instruments

22.     EndoWrist instruments are designed for use in conjunction with the da Vinci surgical robot system. I first became aware of the EndoWrist instrument design through conversations with Dr. Ken Salisbury and his doctoral student at MIT, Akhil Madhani, soon after they invented these instruments in the mid-1990's. I have had a number of EndoWrist

instruments in my lab through the following years, which we analyzed as part of our research efforts on new surgical instrumentation. I have also had a number of opportunities to operate various models of the da Vinci robot, including an extended collaboration with surgeons at Boston Children's Hospital, where they had a robot dedicated to training and research that afforded opportunities to perform experiments on sensing and control using the robot.

23.     EndoWrist instruments are endoscopic instruments that access tissues within the patient's body through small incisions in order to minimize damage to healthy tissue. In contrast to conventional manually-driven endoscopic instruments, EndoWrist instruments have a set of mechanical joints located at the distal end. *See* Figure 1. This allows the surgeon to orient the end effector to perform dexterous maneuvers, which greatly enhances the ability to effectively and efficiently carry out minimally invasive surgical procedures.[19]

24.     To provide the additional degrees of freedom at the surgical site, EndoWrist instruments use a sophisticated cable drive mechanism. This innovative system was the subject of several issued US and international patents.[20] Four input pulleys on the proximal end of the instrument mate with motor drives in the surgical robot. These pulleys are connected to internal cables that control roll of the instrument shaft, yaw and pitch of the instrument wrist, and open/close of the end effector. These cables pass over idler pulleys, then through the elongated instrument shaft to the wrist, where they are routed over a series of pulleys to produce the intended motion. Inside the central length of the shaft, the cables are crimped onto rods to reduce the effects of cable stretch, but the cables wrap around pulleys in both the proximal and

---

[19]   *See* Restore-00003205 at Restore-00003218 (2014 Instrument and Accessories User Manual (S/Si instruments)). My descriptions of the features of EndoWrist instruments pertain to S and Si EndoWrist instruments.

[20]   *See, e.g.*, US Patent Nos. 5,797,900 ("Wrist Mechanism for Surgical Instrument for Performing Minimally Invasive Surgery with Enhance Dexterity and Sensitivity") and 6,991,627 ("Articulated Surgical Instrument for Performing Minimally Invasive Surgery with Enhanced Dexterity and Sensitivity").

distal ends of the instrument.  In addition to allowing the required degrees of freedom to fit within the constrained shaft diameter, the use of cables also enables a large range of motion in each degree of freedom.



*Figure 1. Restore-00003205 at Restore-00003218.*[21]

25.    An essential part of the specifications for the EndoWrist instruments is a limitation on the number of times each instrument can be used for surgical procedures.[22]  The limitation is implemented through an integrated circuit that keeps track of the number of times the instrument is used in a surgical procedure by a da Vinci robot.  This chip, a Maxim/Dallas

---

[21]    Intuitive 2014 Instrument and Accessories User Manual (S/Si instruments).  The figure above demonstrates that EndoWrist Instruments consist of five main components: the Release Levers (A); the Instrument Shaft (B); the Wrist (C); the Tip or End Effector (D); and the Instrument Housing (E).  Restore-00003205 at Restore-00003218.

[22]    

*(cont'd)*

Semiconductor DS2505 (sometimes referred to as the "Dallas chip") resides on a small printed circuit board in the proximal housing of each instrument.  It is an add-only memory that communicates with the robot over a one-wire bus, where additional data can be programmed into EPROM without disturbing existing data, and each memory page can be permanently write-protected to prevent tampering.  In addition, each chip has a unique factory-set serial number.[23] These features provide a secure means for keeping track of the number of uses.  During manufacturing, the DS2505 chip is programmed with the total number of allowed uses; for most S and Si EndoWrist instruments, this usage limit is ten surgical procedures.[24]  When an instrument is connected to a da Vinci robot, the robot's controllers communicate with the chip over the one-wire bus via a pogo pin connector in the proximal housing.  The robot queries the chip for stored information, including the number of previous uses.  If the uses have been decremented to zero, the robot will not activate the instrument.  If the robot commences with use of the instrument for the surgical procedure, the number of uses stored in the chip is decremented by one.[25]

      B.      <u>Differences Between Intuitive EndoWrist Instruments and Traditional Laparoscopic Instruments</u>

      26.      In support of its assertion that EndoWrist usage limits "do not appear to be based on any scientific determination of the useful life of the instruments," Restore and CPR point to Intuitive's original premarket 510(k) notifications to the FDA for EndoWrist instruments and

---

[23]    *See* DS2505 Dallas Semiconductor data sheet, available at: https://datasheets.maximintegrated.com/en/ds/DS2505.pdf; *see also* Intuitive-00538487 at Intuitive-00538496 (describing Dallas Chip Interface Requirements for EndoWrist instruments).

[24]    *See* Intuitive-00539807 (FRD) (setting out usage limits).

[25]    *See, e.g.*, Restore-00060362 at Restore-00060362.

*(cont'd)*

allege the submissions "were based on preexisting [i.e., traditional laparoscopic] endoscopic instruments with unlimited uses."  According to Restore and CPR, because the FDA determined as part of its 510(k) clearance that EndoWrist instruments were "substantially equivalent" to traditional laparoscopic instruments as predicate devices, this means that the instruments can be treated the same and not subject to limits on the number of uses.[26]

27.    While I am not an expert on FDA regulatory filings,[27] Intuitive's description in this 510(k) filing of the ways that EndoWrist instruments are the same as instruments used in traditional, minimally invasive surgeries cannot be read to suggest that the service life of these two instrument types are the same.  Traditional endoscopic instruments differ in essential ways from EndoWrists that impacts their useful life as described in detail below.

28.    I have observed the use of traditional endoscopic instruments in dozens of laparoscopic and thoracoscopic surgical procedures, and my lab has analyzed their design and function as part of our own efforts to develop minimally invasive surgical instrumentation.  Both traditional endoscopic and EndoWrist instruments have an elongated shaft to enable surgeons to work through a small incision.  However, both the proximal and distal ends of EndoWrist instruments are significantly different than traditional endoscopic instruments, as is the mechanical connection between the ends.  At the proximal end, traditional instruments have handles (typically a pair of levers or finger loops), which surgeons hold in their hands to apply

---

[26]  Restore Complaint, ¶¶ 90-91.  I have also seen evidence of Restore referring to Intuitive's 510(k) filing in marketing materials sent to its distributors and customers to support Restore's claims regarding the equivalent useful lives of traditional laparoscopic instruments and EndoWrists. *See, e.g.*, Restore-00008152 at Restore-00008158 ("Standard surgical tools have no defined lives or performance standards that cannot be directly observed and judged by the trained physician."); Restore-00015645 at Restore-00015646 ("The predicate device in Intuitive Surgical's 510K for robotic instruments was not designed for a limited amount of uses and we have found no claims of different materials or capabilities than its predicate.").

[27]  It is my understanding that Dr. Heather Rosencrans is submitting an expert report on behalf of Intuitive, that addresses issues that relate to FDA and the FDA's regulation of EndoWrist instruments.

forces and motions to the instrument and to open and close an end effector like scissor blades or forceps jaws (typical examples are shown in Figure 2).  In contrast, EndoWrist instruments connect to a set of motor drives through four pulleys.  *See* Figure 3.

29.     The motor interface of an EndoWrist instrument introduces a number of constraints and potential failure modes to the instrument design that are not present in manual instruments. ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████ ███████████

███████████████████████████████████

███████████████████████████████████████████████

██████████     There are no analogous parts to these two examples in conventional endoscopic surgical instruments. ██████████████████████████████████

███████████████████████████████████████████████

██████ ██████████████

---

28   *See, e.g.*, Intuitive-00538994 Tab 10, Rows 17-18.

29   *See, e.g.*, Intuitive-00538994 at Tab 11, Row 11.

30   ████████████████████████

*(cont'd)*



*Figure 2*[31]

*Figure 3. Restore-00003205 at Restore-00003281.*

30.     EndoWrist instruments have unique capabilities that are not available with conventional endoscopic instruments.  In particular, the wrist mechanism provides three degrees of freedom at the end of the instrument, often referred to as wrist yaw, wrist pitch, and grip.  This is in contrast to conventional endoscopic instruments that typically have one or at most two

---

[31]   "Access and instruments product catalog" Medtronic, 2020, available at: https://www.medtronic.com/content/dam/covidien/library/us/en/product/hand-instruments-and-ligation/access-instrumentation-products-catalog.pdf.

degrees of freedom.  This provides the dexterity that allows surgeons using the da Vinci robot to perform some minimally invasive surgical procedures that are difficult or impossible to perform with conventional endoscopic instruments.  While some manual instrument designs have attempted to provide additional degrees of freedom at the distal end, these have proved difficult to control in a dexterous manner; typically, an extra degree of freedom in tip orientation is manually set to a specific angle and left unchanged during subsequent maneuvers.  The combination of the difficulty of control of additional degrees of freedom as well as their increased costs means that traditional endoscopic instruments do not provide the motion capabilities that EndoWrist instruments deliver.  In contrast, the relative simplicity of conventional endoscopic instruments means that they can use much simpler, more robust, and less expensive drive mechanisms to fit in the constraints of shaft diameter.  By far the most common design uses push-pull drive rods that pass through the instrument shaft to operate the distal degree(s) of freedom.  These mechanisms are simple to design and are robust because they operate in simple loading conditions that are accurate to model, in contrast to the cable drives in EndoWrist instruments.  As a result, traditional instruments are more resilient to fatigue, corrosion, and wear.[32]

31.  Unlike drive rods, cable drives (often alternatively referred to as "wire rope drives") are more complex to design, particularly for high reliability across product life. Designers of wire cable or rope drives frequently focus on wear and fatigue issues.  For example, a leading textbook on mechanical design elucidates these issues in the context of the interaction between the rope and the pulleys (or "sheaves") over which it passes:

---

[32]  Richard G. Budynas and J. Keith Nisbett, Shigley's Mechanical Engineering Design, Ninth Edition, McGraw-Hill, New York, 2008, Chapters 3-5.

15

Once you have made a tentative selection of a rope based upon static strength, the next consideration is to ensure that the wear life of the rope and the sheave or sheaves meets certain requirements.  When a loaded rope is bent over a sheave, the rope stretches like a spring, rubs against the sheave, and causes wear of both the rope and the sheave. . . .  The allowable pressures given in Table 17-26 are to be used only as a rough guide; they may not prevent a fatigue failure or severe wear.  They are presented here because they represent past practice and furnish a starting point in design. . . .  In view of the fact that the life of wire rope used over sheaves is only finite, it is extremely important that the designer specify and insist that periodic inspection, lubrication, and maintenance procedures be carried out during the life of the rope.[33]

---

[33]   Richard G. Budynas and J. Keith Nisbett, Shigley's Mechanical Engineering Design, Ninth Edition, McGraw-Hill, New York, 2008, Chapter 7, pp. 919-921.

16





*Figure 4. REBOTIX090153 at REBOTIX090226.*

32.     The EndoWrist design is particularly challenging because of its small size and multiple degrees of freedom.  *See* Figure 4.  The result is that the cables pass over multiple pulleys in alternating directions.  This is known to reduce the life of the cables:



Figure 4-8.  Reverse Bend

To maximize the service life of a wire rope, it should be reeved (or threaded) through a block and tackle system with a minimum number of sheaves and the fewest possible reverse bends.  Reverse bends, as shown in Figure 4-8, occur when the rope bends over a sheave in one direction, then under another in the opposite direction within a distance short enough so that a section of the rope traverses both sheaves.  Bending fatigue due to this condition will reduce life to half of that experienced with only single-direction bends.[34]

33.     The cleaning and sterilization cycles to which EndoWrist instruments are repeatedly subjected is particularly detrimental to continuing reliable operation. ███



---

[34]     U.S. Navy Wire-Rope Handbook, Vol. 1, p. 4-11.

*(cont'd)*



34.     The corrosion that results from reprocessing is well-known to degrade wire rope drives:

> Corrosion accelerates wire-rope deterioration. It reduces rope metallic area, limits flexibility, and leads to uneven wire surfaces that may cause damage to equipment and internal damage to the rope. Corrosion within a wire rope is almost impossible to detect visually, which makes it extremely difficult to determine the true condition of a corroded rope.[36]

35.     Accordingly, Restore's reliance on Intuitive's premarket 510(k) notifications to suggest equivalence between traditional endoscopic instruments and EndoWrist instruments is misplaced. As explained in detail above, the internal drive mechanisms of EndoWrists and traditional instruments are very different. Thus, although they are in many external and functional ways similar to traditional instruments, the cable drive system does not allow for unlimited, reliable surgical uses.

36.     Intuitive designs take these principles into account. To account for potential fatigue and wear failure, the designs are life tested and are limited to a defined number of procedures that are consistent with the reliability demonstrated in these tests.[37]

37.     As additional support for the claim that "usage limits do not appear to be based on any scientific determination of the useful life of [EndoWrist] instruments," Restore and CPR

---

[35]   Intuitive-00004692 at Intuitive-00004699-700.

[36]   U.S. Navy Wire-Rope Handbook, Vol. 1, p. 3-15.

[37]   *See infra* § V.

[38]

*(cont'd)*

state that "[t]here are no usage limits on the reusable instruments for the [TransEnterix] Senhance or [Medrobotics] Flex robot systems."[39]  This is not a meaningful comparison because the cited robotic instruments do not have the same functionality or capabilities as EndoWrist instruments.  Almost all TransEnterix Senhance instruments do not have wrists;[40] this robot platform is designed to perform procedures that can be accomplished with conventional laparoscopic instruments, which, as explained above, have much lower dexterity than the da Vinci robot.[41]  The three instruments with wrists listed in the TransEnterix Senhance catalog have only a single direction of articulation at the wrist (as opposed to the two directions on EndoWrists), and that wrist portion is a single-use disposable.[42]  TransEnterix does not offer a wristed instrument with unlimited uses.[43]

38.     Similarly, Medrobotics' Flex robot instruments do not have wrists.[44]  The instruments are not powered and all motions of the instrument tips are generated by motions of the surgeon's hands on the instrument control handles.[45]  Because these instruments are constrained to fit through the working channel of a flexible endoscope robot, they do not have rigid shafts and they have a greatly restricted range of motion compared to EndoWrist

---

[39]   Restore Complaint, ¶¶ 90-91.

[40]   Senhance Surgical System EMEA Product Catalog, January 2020.

[41]   *See* Senhance.com/indications (explaining that "The Senhance® Surgical System is intended to assist in the accurate control of laparoscopic instruments . . . in laparoscopic and thoracoscopic surgery").

[42]   Senhance Surgical System EMEA Product Catalog, January 2020 at 7

[43]   *Id.*

[44]   *See* "Expanding the Reach of Surgery," Medrobotics "Flex" brochure, available at: https://www.easmed.com/main/wp-content/uploads/BROCHURE-Medrobotics-Transanaleasmed.pdf; *see also* "Flex Robotic System Technology: How it Works," available at: https://medrobotics.com/gateway/technology/; "Flexible 'open architecture' instrumentation," available at: https://medrobotics.com/gateway/instruments/.

[45]   *See* "Flex Robotic System Technology: How it Works," available at: https://medrobotics.com/gateway/technology/.

*(cont'd)*

instruments.[46] Medrobotics does not offer powered or wristed instruments, or instruments with dexterity comparable to the EndoWrist instruments.[47]

39.     One commercial surgical robot system that offers a reusable wristed instrument with three distal degrees of freedom like an EndoWrist is the Revo-i system. The instruments for this system have a limited number of uses.[48]

40.     In addition to the differences between EndoWrist instruments and traditional laparoscopic instruments highlighted above, EndoWrist instruments require calibration to achieve specified performance. ███████████████████████ ███████████████████████████████████████ ██████████ ████████████████████████████████████ ████████████████████████████ This complicated process is not used for traditional instruments that do not require similar calibration. In this way, I would not expect EndoWrist instruments and traditional instruments to have the same service life.

C.     Overview of Interceptor Technology

41.     As noted above, in order to bypass the usage counter on EndoWrist instruments, Restore licensed technology from Rebotix called the "Interceptor."[51] It is my understanding that

_____

[46]   *See* "Expanding the Reach of Surgery," Medrobotics "Flex" brochure, available at: https://www.easmed.com/main/wp-content/uploads/BROCHURE-Medrobotics-Transanaleasmed.pdf.

[47]   *See supra* note 44 and accompanying text. Furthermore, although TransEnterix and Medrobotics' Flex robots may not specify a usage limit, their usage and durability in the field is not well understood as they have not yet been on the market nearly as long or as widely adopted as Intuitive's EndoWrist instruments.

[48]   Koukourikis P, Rha KH. Robotic surgical systems in urology: What is currently available? Investigative and Clinical Urology. 2021 62(1):14.

[49]   █████████████████████████

██ █████████████████████████████████████

[51]   *See supra* note 7 and accompanying text.

*(cont'd)*

Rebotix provided Restore with information and training on how to perform Rebotix's "EndoWrist Service Procedure," but Restore did not have information regarding the technical specifications of the Interceptor or how it operated to extend the useful lives of an EndoWrist.[52]

42. 

[55]

---

[52] *See infra* § VI.A; *see also* May 6, 2021 Kevin May Tr. at 74:23-75:5 ("Q. Did you think as of October of 2018 that you had a pretty good understanding of how the interceptor technology worked? A. Only on the results, not on the technical side, as far as how it was built or whatnot. Just what they were trained on, what we were trained on when they came in to do the training to do the repair service.").

[53] *See, e.g.*, REBOTIX119845 ("Interceptor CPLD Detailed Design Description"); *see also* REBOTIX139107 (listing G5 Engineering project members). Documents produced in *Rebotix*. *See* Appendix B.

[54] *See generally* Restore-00001538 at Restore-00001541-67.

[55] *Id.* at Restore-00001563-64.



43.

**V.      Intuitive's Design Control, Risk Management, and Testing Processes**

    A.      <u>Intuitive's Design Control and Risk Management Processes</u>

    44.      Intuitive employs rigorous and in-depth design control and risk management processes.  Without thorough design control and risk management, surgical robots could be hazardous to both patients and surgical staff. ███████████████████████

---

56   REBOTIX100995 at REBOTIX101001.  Document produced in *Rebotix*.  *See* Appendix B.

57   *Id.* at REBOTIX101002-04.

58   *See generally* Intuitive-00538913, Intuitive-00538994.

*(cont'd)*

Thus, measures to control risk are necessary throughout the product development and manufacturing process.  Intuitive has an extensive system in place to evaluate and manage risk. This system is in accord with standard medical device industry practice.[59]

        1.     <u>Design Control</u>

45.     As described by the FDA, design controls "are an interrelated set of practices and procedures that are incorporated into the design and development process," which result in earlier detection and correction of any "deficiencies in design input requirements, and discrepancies between the proposed designs and requirements."[60]



[59]   *See generally* Design Control Guidance for Medical Device Manufacturers, US Food and Drug Administration, available at: https://www.fda.gov/media/116573/download.

[60]   *Id.* at 1 ("Design controls increase the likelihood that the design transferred to production will translate into a device that is appropriate for its intended use.").  This FDA guidance on design control for medical device manufacturers is applicable to new designs as well as modifications to existing device designs. *Id.* at 2.

*(cont'd)*

██████████████████████████████████████████████████████

████████████████

      2.      <u>Risk Management</u>

48.     Risk management is part of the design process and involves "the systematic application of management policies, procedures, and practices to the tasks of identifying, analyzing, controlling, and monitoring risk."[64] ████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████

---

■ ████████████████████████████████████████████████████

[64]   Design Control Guidance for Medical Device Manufacturers, US Food and Drug Administration, at 5, available at: https://www.fda.gov/media/116573/download.

■ ████████████████████████████████



49. ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

50. ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

---

█ ████████████████████████████
█ ████████████████████████████

51. 

52.

3.   <u>Design Verification and Validation</u>

53.

---

68   Intuitive-00477422 at Intuitive-00477424-27.

69   Intuitive-00477217 at Intuitive-00477220-24; *see also generally* Intuitive-00477325.

70   *See generally* Intuitive-00477829.

71   Intuitive-00477422 at Intuitive-00477457.  *See generally* Intuitive-00477829.

72   *See* Intuitive-00477422 at Intuitive-00477454-457; Intuitive-00477829 at Intuitive-00477844-45.

*(cont'd)*

███████████ In other words, the design verification process aims to determine whether the performance specifications (design inputs) are met by the new device (design outputs).[73]  The Intuitive design verification process is designed in accordance with these protocols.  ███████████

████████████████████████████████████████

██████████

54.    Design control and risk management also involve design validation.  FDA regulations also require that medical device manufacturers "establish and maintain procedures for validating . . . device design," which "ensure[s] that devices conform to defied user needs and intended uses, and . . . include[s] testing of production units under actual or simulated use conditions."[75]  The Intuitive design validation process is designed in accordance with these protocols.  ████████████████████████████

████████

---

[73]  Design Control Guidance for Medical Device Manufacturers, US Food and Drug Administration, at 29-30, available at: https://www.fda.gov/media/116573/download.

██ ████████████████████████

[75]  Design Control Guidance for Medical Device Manufacturers, US Food and Drug Administration, at 33, available at: https://www.fda.gov/media/116573/download.

██ ████████████████████████



55.    Intuitive has a formal design verification and validation process. ████████



---

77    Intuitive-00477217 at Intuitive-00477229.

78    *Id.*

*(cont'd)*



   B.   <u>Intuitive Designs and Tests its EndoWrist Instruments to Reliably and Safely
        Perform Over a Set Number of "Lives"</u>

   56.

   57.

*(cont'd)*



58.

*(cont'd)*



61.

62. 







63.

*(cont'd)*



- ██████████████████████████████████████

██████████ ██ █████████████████████████

████████████████████████████████████ █

64. ████████████████████████████

███████████████████████████████████ █ ███

██████████████████████████████████████

████████ █ ████████████████████████████

████████████████████████████████████

████████████████ █ ███████████████████

███████████████ █ █████████████████████

███████████████████████████████████

███████████████████████ █

C.   <u>As EndoWrist Instruments are Used in a Hospital Setting to Perform Surgical Procedures, They Experience Wear and Tear That Ultimately Leads to Instrument Failure</u>

65. ████████████████████████████████

██████████████████████████████████████

███████████████████████████████████

██████████████████████████████████

———————————————

██ ████████████████████

██ ██████████████████████████████

██ ██████████

██ █████████████

██ ████████████████

██ ████████████

██ █████████████████



66.

67.

*(cont'd)*



68.

69.

*(cont'd)*

70.    In addition, I have reviewed evidence produced by Restore of complaints it received from customers relating to failure of instruments which had usage limits extended, including:

- Failure to establish connection to or recognition by da Vinci;[116]
- Missing or damaged instrument components;[117] and
- Severed cables or wires.[118]

71.    Based on the evidence I have observed and described above, I have noted at least 8 instances of instrument failure following the extension of an EndoWrist's useful lives by Restore.[119]  In addition, I have observed evidence of at least 19 additional instrument failures following the extension of an EndoWrist's useful lives by Rebotix's installation of the Interceptor.[120]

## VI.    Limitations and Risks of the Interceptor and "EndoWrist Service Procedure"

72.    Restore entirely relied upon Rebotix's risk management and life testing methods, rather than perform its own assessment of the reliability of extending the useful lives of EndoWrist instruments.  Even assuming Restore had access to Rebotix's risk management and

---

[116]   Restore-00030379 at Restore-00030379.

[117]   Restore-00001424 at Restore-00001424-31, 33-38.

[118]   Restore-0001424 at Restore-00001424-31, 39.

[119]   *See e.g.*, Restore-00001424 at Restore-00001424-31, 33-39 (7 instruments); Restore-00030379 at Restore-00030379; REBOTIX081884 at REBOTIX081884.  I understand that Intuitive's damages expert, Dr. Loren K. Smith, identified that Restore "repaired" a total of 95 EndoWrist instruments.  Notably, the failures described and identified above only incorporates evidence of failures produced by Restore in this litigation or identified through Intuitive's RMA process.  While I do not have complete information on the number of failures that occurred among EndoWrist instruments that had usage lives extended by Restore, I would expect the actual number of failures to be higher.

[120]   *See e.g.*, REBOTIX045741 at REBOTIX045741; REBOTIX000874 at REBOTIX000875; REBOTIX088383 at REBOTIX088386 (3 instruments); REBOTIX060630 at REBOTIX060630-31; REBOTIX082118 at REBOTIX082118-9 (2 instruments); REBOTIX084983 at REBOTIX084983-84; REBOTIX000664 at REBOTIX000664; Intuitive-00695006 at Tab 2 Rows 15, 17, 20, 24, 44, 47 (6 instruments); CRMC 295 at CRMC 306 (3 instruments).

*(cont'd)*

life testing methods, those methods were flawed, making Restore's claim that it can reliably extend the lives of EndoWrist instruments unsupportable.  Furthermore, significant problems exist with the service procedure designed by Rebotix and adopted by Restore for extending the lives of EndoWrist instruments such that Restore could not reliably extend the lives of EndoWrist instruments to an additional ten lives beyond their initial usage limit.

A.    Restore's Reliance on Rebotix's Risk Management and Life Testing

73.    Based on my review of the record evidence, Restore never had access to Rebotix's life testing protocols and data, despite making requests for that information.[121]  In addition, although Rebotix provided Restore with certain, summary-level information regarding Rebotix's risk management process and testing, the summaries were insufficient for Restore to make an independent assessment regarding the adequacy or sufficiency of Rebotix's testing.

74.    For example, in May 2018, Rebotix initially sent Restore what Rebotix described as "documentation showing results from independent regulatory testing that was completed."[122] The attached materials included (1) a file titled "EndoWrist Service Procedure Overview,"[123] and (2) a "Technical File Review," which was performed by DQS MED.[124]  The Technical File

---

[121]    *See, e.g.*, Restore-00005218 (letter from Restore to Rebotix stating "We have been asking for and still require the following: proof that a 510(k) is not required (letter from FDA) and Verification and Validation detailed (not summaries) reports (to name a few: Risk analysis, Cleaning and Sterilization validation (Protocol and results), Validation of performance standards.  Given all this, it is surprising and frustrating that we are having such a difficult experience in getting data from you.").

[122]    Restore-00060361.

[123]    Restore-00060362.

[124]    Restore-00060365.

*(cont'd)*

Review included an assessment of Rebotix's "Risk Management File" and simulated life testing, both of which are described further below.[125]  *See infra* § VI.C.

75.     In response to receiving the Technical File Review, Restore requested the supporting documents in order to perform its own review of the Interceptor installation with its regulatory consultant.  Rebotix rejected Restore's request, however, on the basis that the underlying documents in the technical file were "detailed protocols and other documents that have proprietary information."[126]  Kevin May, a part-owner in Restore, confirmed that Restore asked for additional information regarding Rebotix's testing, but that Rebotix "considered it proprietary,"[127] and that Restore never obtained the testing documents supporting the Technical File Review.[128]

76.     I also understand that during the period Restore was utilizing the Interceptor to bypass Intuitive's usage counter, Restore did not perform any independent testing to validate the use of the EndoWrist instruments for uses beyond the usage limit prescribed by Intuitive but rather "just relied on . . . Rebotix."[129]

---

[125]  *Id.* at Restore-00060374, Restore-00060378.  (The "Technical File Review" indicates that DQS MED did not review the entirety of Rebotix's simulated life testing, but instead only reviewed the simulated life testing for two EndoWrist models).

[126]  Restore-00067983.

[127]  May 6, 2021 Kevin May Tr. at 44:24-45:8; *see also id.* at 45:9-22, 47:22-48:17.

[128]  *Id.* at 54:17-55:8 ("Q.  If you'd look please, at this June 2nd email, you say to Chris, Can you provide the supporting documents, and you underline supporting documents, that are referenced in the final report technical file review.  Do you see that?  A.  Yes.  Q.  Did he ever provide the supporting documents you asked for?  A. No.  Q.  Did anybody ever provide – from Rebotix ever provide the supporting documents you asked for here?  A.  No.  Q.  Did you ever somehow obtain the supporting documents from a source other than Rebotix?  A. No."); *see also id.* at 164:15-165:20 (confirming Rebotix never provided "underlying data" of testing performed in response to customer inquiries as referenced in letter from Restore to Rebotix at Restore-00005218); June 8, 2021 Kevin May Tr. at 245:13-16 ("Q.  Did Rebotix ever supply you with what they said was the raw data that had been submitted to DQS Med?  A.  No, they did not.").  Kevin May described his ownership interest in Restore Robotics Repairs LLC and Restore Robotics LLC as 50% and 17%, respectively.  *See id.* at 13:17-14:9.

[129]  *See, e.g.*, *id.* at 129:3-130:21.

*(cont'd)*

77.     Despite this lack of testing, in purported reliance on testing performed by Rebotix (which Restore had never seen) and the information contained in the DQS MED Technical File Review, Restore told customers, prospective customers, and/or distributors and sales representatives working for Restore that the "repaired" EndoWrists could safely be used:

- for 10 additional uses[130]

- for 20+ additional uses;[131]

- as many as 30-50 times;[132]

- up to 40 additional times;[133]

- 50-70 times;[134] and

- 70-90 times.[135]

 Nor does the summary information

---

[130]   *See, e.g.*, Restore-00015116 at Restore-00015116.

[131]   *See, e.g.*, Restore-00002650 at Restore-00002650 ("Restore Robotics repairs and tests robotic instruments so that they can go through more sterilizations, adding 20+ uses on each instrument.").

[132]   *See* May 6, 2021 Kevin May Tr. at 136:1-15 ("Q. Did you always tell your customers and prospective customers that the da Vinci instruments could safely be used with patients as many as 30 or 40 or 50 times? A. I believe we – that was part of what we told them. Q. And you told them that based upon the report from Germany that we looked at [the DQS MED Technical File Review] . . . is that right? A. Yeah, that's correct."); *see also* Restore Complaint ¶ 80 ("[a]fter undergoing third-party service, EndoWrist instruments have passed ISO simulated life testing to fifty or more additional uses").

[133]   *See, e.g.*, Restore-00002650 at Restore-00002650 ("Restore Robotics can safely repair and test instruments after the instructed number of uses, so that the facility has the necessary assurance that the surgical grade instruments can be re-sterilized and re-used up to 40 additional times . . . .").

[134]   *See, e.g., id.* at Restore-00002653 (noting that an instrument will "be repaired typically 4-6 times before discarded").

[135]   *See, e.g.*, Restore-00044908 (providing a "conservative estimate" that an EndoWrist instrument could be repaired "6-8 times before it would fail the initial testing").

[136]

*(cont'd)*

44

in the DQS MED Technical File Review relied upon by Restore provide the type of validation

required for the claims Restore made about the useful life of EndoWrist instruments.[137]

78.     For example, the Technical File Review provides only a brief summary drafted by

Rebotix itself that its simulated use life-testing protocol verified certain requirements during and

after a total of 10 additional uses.  The Technical File Review makes no mention, much less

provides a detailed description, of validation for reliable EndoWrist use for "fifty or more

additional uses" as alleged by Restore.[138]

79.     Even assuming that Restore knew of or had access to Rebotix's testing data, as I

explain below, the tests performed by Rebotix cannot reliably be said to validate the use of the

EndoWrist instruments beyond the prescribed usage limit.  Furthermore, the risk management

procedures described in the Technical File Review were inadequate.  *See infra* § VI.C.

B.     Risks Associated With the Restore "EndoWrist Service Procedure"

80.     Instead of providing Restore with its testing information, Rebotix sent Restore its

standard operating procedure ("SOP") for extending the useful lives of EndoWrist instruments,

titled the "EndoWrist® Service Procedure."[139]  This SOP describes the installation of the

Interceptor, which purportedly extends the reliable life of certain EndoWrist instruments to at

---

[137]   *See* May 6, 2021 Kevin May Tr. at 41:10-50:4 (explaining that the DQS MED Technical File Review was the only written report of testing performed on EndoWrist instruments that Restore received from Rebotix, that other "summaries" of the DQS MED Technical File Review were provided that Restore relied upon, and that there was "additional information stating that [Rebotix] did some additional testing . . . [b]ut there was not a lot of details in that additional testing").

[138]   *See* Restore Complaint ¶ 80 ("[a]fter undergoing third-party service, EndoWrist instruments have passed ISO simulated life testing to fifty or more additional uses").

[139]   *See* Restore-00007938 and attachments ("EndoWrist® Service Procedure" located at Restore-00007947).  The Restore final SOPs (rather than drafts) appear to be located at Restore-00001538.  *See also* May 6, 2021 Kevin May Tr. at 138:21-139:2 ("A.  Well, they were – those things [the instrument specifications developed by Rebotix] were all integrated into all the work instructions for the instruments . . . the work instructions are how to repair the device and how to test the device, and that was what we were trained on by Rebotix.").  Training provided to Restore by Rebotix is described *infra* note 142.

*(cont'd)*

least 10 surgical uses beyond their usage limit.[140]  In addition, I understand that Rebotix created a

video for the purpose of demonstrating the Rebotix service procedure to customers, which I

reviewed in connection with the "EndoWrist® Service Procedure."[141]  Although Restore may

never have received this video, it purports to demonstrate the steps outlined in the "EndoWrist®

Service Procedure."[142]  Both the service procedure documentation and video demonstrate a

number of deficiencies in the Interceptor installation process that pose risks to both instrument

functionality as well as patient safety.

  81. The "EndoWrist® Service Procedure" begins with a recitation of precautions,

warnings, and safety information, and a list of required equipment, parts and supplies.[143]  The

initial steps of the "EndoWrist Service Procedure" include connecting the instrument to an

electronic test fixture to access information about the instrument[144] and visual inspection of the

instrument,[145] followed by dielectric and electrical resistance testing of cautery instruments.[146]

The proximal housing is then opened and visually inspected, and the injection port and tube are

removed.[147]

---

[140] Restore-00001538 at Restore-00001541.

[141] REBOTIX175327.

[142] Furthermore, Rebotix trained Restore personnel on the EndoWrist service procedure process.  *See* May 6, 2021 Kevin May Tr. at 75:6-13 ("Q.  Well,, when did you first have enough training in the interceptor system to where you thought you had a good functional understanding of what the installation required?  A.  Early [October 2018] . . . we had the staff from Rebotix came and trained us and, you know, went through all the details on the process.").

[143] Restore-00001538 at Restore-00001542-52.

[144] The information accessed is: (1) the number of current available uses; (2) the EndoWrist's Serial Number; (3) the EndoWrist Device Type; and (4) the DS2505 Serial Number.  *Id.* at Restore-00001555.

[145] *Id.* at Restore-00001557.

[146] *Id.* at Restore-00001557-61.

[147] *Id.* at Restore-00001561-62.

*(cont'd)*

82.     Next, in cases where the instrument has not previously had the Interceptor installed, the original circuit board is removed.  Removal of the original printed circuit board (the "PCB") requires milling away an unspecified amount of material from the existing printed circuit board mounting and prying it from its mounting pins.  The DS2505 chip that contains instrument usage data is desoldered from the original PCB and then resoldered on a new Interceptor PCB.  A conformal coating is then manually applied to the new PCB and cured.[148]

83.     Next, Restore purported to perform tool "repairs."[149]  The instrument's cables are manually tensioned and the jaws are aligned and sharpened using pliers and files, as relevant for the instrument type.  Metal surfaces are then polished and the instrument is cleaned.  Next, the Interceptor PCB is mounted in the instrument.[150]  The original mounting clips are hammered flat and then replaced on the mounting pins.  The injection port and tube are reinstalled, and the housing cover is replaced.[151]

---

[148]   *Id.* at Restore-00001563-65.

[149]   *See* May 6, 2021 Kevin May Tr. at 183:20-184:10 ("when it [an instrument] came in there was a cutting test that we did to the instrument.  And if it didn't pass the cutting test then the technician would sharpen the instrument and then they would redo the cutting test, and if it passed the cutting test then we would pass the instrument on to the next step [in the repair process] . . .  It [sharpening] was just part of the service."); *see also*  May 4, 2021 Clif Parker Tr. at 152:8-13 ("A.  I'm sure there were sharpening of instruments . . . I don't know if that was done as a separate service or – or as part of – just as part of a resetting of the instrument during that testing and inspection process."); *id.* at 171:19-172:7 ("Sometimes it was they [EndoWrists received from customers] were in need of repair, whether the jaws were misaligned or the – they needed to be sharpened . . . if [a customer] sent us an instrument and said that it was – it needed to be restored to ten lives, then we would do that in addition to checking to see if any repairs were needed, so that's a whole testing and inspection process to look at those instruments to see if there was a – a – a physical problem, as well as the need to restore the lives back,"); May 11, 2021 Mills Vautrot Tr. at 81:16-82:22 ("Q.  Give me your best explanation of how Restore performs what it calls 'servicing' on EndoWrist instruments . . .  A.  The – the instrument's brought in . . . the system is assessed to see if the – you know, if the blades are out of alignment or the cables are too loose or if they're damaged in any way . . . then the – the – the repair part – function is done for having a new count on the instrument . . . [then] its rechecked again to make sure nothing was – that all the cables are tight – and all that.").

[150]   Restore-00001538 at Restore-00001565-66.

[151]   *Id.* at Restore-00001566.

*(cont'd)*

84.     The same tests that were run at the beginning of the service procedure are then repeated: an electronic test fixture is used to confirm that the number of available uses value is now "10" (and that all of the other information (e.g., EndoWrist serial number) remains unchanged), the same visual inspection that was performed pre-servicing is repeated, and the dielectric and electrical resistance testing of cautery instruments that were performed initially (pre-"repair") are repeated as well.[152]

85.     There are a number of potential risks associated with Restore's servicing of EndoWrist instruments as described in the "EndoWrist® Service Procedure," demonstrated in the video, and summarized above.

86.     First, multiple steps in the procedure generate particulate debris, including:

(1)     "6.1.7  Use a Dremel with a small etching bit to remove a small amount of material from the PCB alignment pins";[153]

(2)     "6.1.11 Using the Dremel, drill bit, and drill stop (set to approx. 23mm) to drill the pilot hole for the Screw to be added later";[154]

(3)     "6.4.2.2. Files can be used to correct any misaligned or damaged grasper teeth";[155]

(4)     "6.4.2.3. For scissors . . . . [i]f sharpening is needed, use the #6 and # 10 cut files to hone the cutting edges as needed";[156] and

(5)     "6.4.3.2. Under magnification, use the Dremel and the abrasive buff to lightly polish all metal surfaces to achieve a uniform satin finish."[157]

---

[152]  *Id.* at Restore-00001566-67.

[153]  *Id.* at Restore-00001562.

[154]  *Id.* at Restore-00001563.

[155]  *Id.* at Restore-00001565.

[156]  *Id.*

[157]  *Id.*

48

Notably, while each of these steps within Restore's process generate particulate debris, methods for thoroughly removing this debris are not provided in the "EndoWrist® Service Procedure," and only inadequate methods are suggested.  For example, after the drilling of a hole in the instrument, Restore recommends that the technician "brush off any debris created from the drilling process."[158]  Based on my experience, brushing is not effective for removal of debris from the complex internal geometry of the exposed instrument mechanism (including recesses and cavities) after the cover has been removed.

87.     Similarly, the process for removing the original PCB mounting clips requires removing an unspecified "small amount of material" from the PCB mounting pins.[159]  When the pins are subsequently flattened by hammering and replaced on the pins to retain the Interceptor PCB, they will not have adequate holding force if too much material has been removed.  This could result in loose parts that interfere with operation of the cable drive components in the proximal housing, as well as generating debris that could fall into the surgical field or the patient.

88.     ██████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████████

89.     Another issue arises from the instructions in Restore's service procedure regarding the tensioning of cables within instruments.  ████████████████████

---

[158]   *Id.* at Restore-00001563.

[159]   *Id.* at Restore-00001562.

[160]   *See* Intuitive-00538994 at Tabs 1, 2, and 11.

*(cont'd)*



█████████████████████████████████████ Restore uses a much less precise method.  Restore instructs technicians to manually adjust the tension on the drive cables by "[u]sing the screwdriver [to] turn the spool to apply tension to the cable," noting that, "[o]nly enough tension to remove the slack from the cable is required."[162]  Restore also warns against "over tension[ing] the cable as this could create problems during use."[163]

90.    This difference between Intuitive and Restore protocols has potential consequences to instrument reliability and patient safety. ███████████████

████████████████████████████████████ There is no indication in the EndoWrist® Service Procedure that Restore understands the need to tension to a specific value to ensure that the instrument retains function over extended uses.[165]

91.    The prescribed visual inspection procedure (Step 5.2 of the "EndoWrist® Service Procedure" and repeated in Step 7.2) is also inadequate to detect serious problems with an

---

[162]   Restore-00001538 at Restore-00001565.

[163]   *Id.*

█████████████ Restore also acknowledges problems can result from over tensioning, though it fails to acknowledge risks associated with under-tensioning.  *See* Restore-00001538 at Restore-00001565.

*(cont'd)*

instrument.  In general, the procedure provides only general instructions but does not explain what specifically should be checked.  For example, in step 5.2.4 the procedure instructs the technician to "[v]erify that the manipulation wheels move freely in each direction throughout its full intended range of motion" but provides no guidance on what the full intended range of motion should be.[166]  Moreover, no inspection whatsoever is required for components within the proximal housing, although the proximal housing contains numerous essential elements of the cable drive system that are exposed during servicing.[167]  ███████████████████████ ████████████████████████████ ████████████████████████████ ███████████████████████ ████████████████████ Finally, as noted above in section IV.B, even a thorough visual inspection is inadequate to detect serious deficiencies in the cable drive system.[171]

92.     In addition to the issues detailed above, Restore's instructions are unclear and incomplete.  For example, the Restore servicing procedure calls for use of "compressed air" to dry the instrument but gives no guidance or specification for its quality.[172]  Furthermore, regarding the sharpening of scissors, Restore instructs "make three cuts, in close proximity, on the TheraBand material" while sharpening scissors, but "TheraBand material," and how it is to be used, is never described.[173]

---

[166]   Restore-00001538 at Restore-00001557.

[167]   Restore-00001538 at Restore-00001557.

██ ████████████████████████████████

██ ██████████████████████████

██ ███████████████████

[171]   U.S. Navy Wire-Rope Handbook, Vol. 1, p. 3-15 (explaining that "[c]orrosion within a wire rope is almost impossible to detect visually, which makes it extremely difficult to determine the true condition of a corroded rope.").

[172]   Restore-00001538 at Restore-00001565.

[173]   *Id.*

C.      Rebotix's Inadequate Risk Management and Life Testing

93.      Even assuming Restore had access to Rebotix's risk management and life testing

methods, those methods were flawed, making Restore's claim that it can reliably extend the lives

of EndoWrist instruments unsupportable.  I address each in turn below.

1.      Rebotix's Risk Management

94.      Rebotix devised and executed a risk management process for its

"remanufactured" instruments, including FMEA analysis and life testing.  There are, however, a

number of deficiencies in these procedures.  In particular, the risk management process assumed

that the Rebotix servicing procedure could restore instruments to a like-new state, ignoring the

impact of the stresses that typical surgical use imparts to instruments and, as explained at length

above, leads to failures.  In addition, it appears that Rebotix's risk management process gives

little or no consideration to mechanical failures, ███████████████████████████████████

████████████████████████████████████████████████████████████████

█████████████████████████████████████

95.      In support of my analysis of Rebotix's risk management practices, I reviewed the

"Rebotix Endowrist Risk management File" as part of the DQS MED Technical File Review

described above and located at Restore-00060365.  The Technical File Review identifies the

following six component parts of the "Rebotix Endowrist Risk management File":  (1) Risk

Management Plan; (2) Design Failure Mode and Effects Analysis; (3) Risk Management Report;

_____

█  ████████████████████████████████████████████████████████████████████
████████████

*(cont'd)*

(4) IEC 60601 Risk Management Table; (5) Rebotix Endowrist MDR Report; and (6) Rebotix

Endowrist MDR Sub Report.[175]

96.      The central assumption of Rebotix's risk management for EndoWrist instruments

is that its remanufacturing process restores instruments to like-new "OEM product" conditions.

Thus, risks due to wear and tear from continued use beyond the originally programmed lives are

not considered to be significant.  This is described in the Rebotix "Risk Management Plan."[176]

Due to considerations that are unique to the situation of remanufacturing the EndoWrists, the
following conventions will be adopted for the design FMEA:

- The baseline risks inherent in the OEM product will be estimated as "pre-mitigation" risks, and OEM risk controls will be identified.
- Actions, mitigations, or control measures will be implemented to ensure that risk levels for remanufactured EndoWrists do not exceed those that were estimated for the OEM device.  Remanufacturing does not affect the design of the EndoWrists (except for modifications to the use count chip), so many of the risk controls will be process-based methods of restoring OEM design mitigations.
- In addition to the risk acceptability levels established below in Table C, any estimated hazard severity or probability of occurrence for the remanufactured EndoWrists that exceeds that estimated for the OEM Endowrists will be considered unacceptable.

This concept is reiterated throughout Rebotix's "Risk Management Report."  For example:

> It is presumed that all risks related to the OEM EndoWrists, as they are
> originally placed on the market, have been controlled to an acceptable
> level.  As such, the risk management approach adopted was to analyze the
> known and potential hazards inherent in the OEM Endowrists, and then
> use appropriate risk controls to ensure that the probability of any resulting
> harms occurring is no higher in remanufactured Endowrists than it is in
> OEM Endowrists.  Many of the controls employed by Rebotix will
> actually serve to restore design-based mitigations of the OEM devices, and
> will ultimately be process-based, by nature.[177]

---

[175]  See Restore-00060365 at Restore-00060374.

[176]  REBOTIX123792 at REBOTIX123794.  Document produced in *Rebotix*.  See Appendix B.

[177]  REBOTIX133038 at REBOTIX133039.  *See also, e.g.*, REBOTIX133038 at REBOTIX133041 ("Consistent with the approach of restoring the remanufactured Endo Wrists to OEM-equivalent specification, the most common risk control utilized was to restore risk controls that were inherent in the OEM design.").  Document produced in *Rebotix*.  See Appendix B.

*(cont'd)*

53

Rebotix ignored, however, the key Intuitive risk control measure of limiting the number of surgical uses and assumed that wear and tear that occurred after new instruments satisfied "OEM-equivalent specification" was negligible.

97.     Also as part of its risk management analyses, Rebotix performed a design FMEA and identified a number of potential risks involving mechanical failures.[178]  One example is the entry on line 26; under "Key process step or input" / "Potential Failure Mode" / "Potential failure Effect," Rebotix lists "Cable torque shall allow for the 4 degrees of freedom (wrist pitch, wrist yaw, roll, and grip) / User unable to manipulate tool end as needed during a procedure (slack in cable) / Device performs poorly during procedure, Possible serious injury (surgical intervention required)."[179]  Regarding this risk, for "Actions, mitigations, or control measures implemented"/ "Verification of risk control" Rebotix lists "Cable torque procedures and inspection PR3043, PR3050, PR3052" / "Simulated life testing (ALL - see note 1)."  The referenced documents provide instructions on inspecting used instruments and setting the cable tensions.[180]  None of the listed "Actions, mitigations, or control measures implemented," however, are adequate to restore an instrument that has been used in repeated surgical procedures to a state that is equivalent to OEM specifications for a new instrument.  ███████████████████

███████████████████████████████████████████

███████████████████████

---

[178]   REBOTIX084174.  Document produced in *Rebotix*.  *See* Appendix B.

[179]   *Id.* at REBOTIX084176.

[180]   REBOTIX121303; REBOTIX123447; REBOTIX133344.  Documents produced in *Rebotix*.  *See* Appendix B. Although these documents describe a quantitative cable tensioning procedure, the EndoWrist servicing procedure, Restore-00001538, spells out a different, qualitative procedure:  "Only enough tension to remove the slack from the cable is required.  Do not over tension the cable as this could create problems during use." Restore-00001538 at Restore-00001565.

*(cont'd)*

98.     Rebotix's treatment of many other risks in its FMEA suffers from a similar reliance on inadequate procedures and testing.[181]  In addition, and as shown below, Rebotix life testing does not adequately simulate the forces and interactions in surgery, so these measures are inadequate to ensure reliability of remanufactured instruments.[182]

99.     I also reviewed Rebotix's "Interceptor Circuit Card Risk Analysis and Assessment," which limits its analysis to the Interceptor circuit card itself and the procedure whereby the card is inserted and does not consider mechanical interactions of the instrument during surgery.[183]  Rebotix repeatedly and explicitly indicates that the analysis within refers only to the risks related to the installation and function of the interceptor chip.  In section 1.2, the "Document overview," Rebotix notes that "[t]his document assesses any potential additional patient or user risk that might be introduced by the Interceptor Circuit Card Assembly installed in EndoWrist® Instruments used by the da Vinci® Surgical System."[184]  Furthermore, in section 2.4, "Characteristics Affecting Safety," Rebotix states:

> Sub-clause  4.2 of ISO 14 971 requires the identification of those characteristics of medical devices that could affect safety.  The following table of questions and answers are considered in the context of use of the Interceptor Circuit Card Assembly.  The first part of each answer addresses the question in context of the surgical system, and the second part of each answer is in the context of the Interceptor's role.[185]

Then line C.2.22 of the ensuing table states[186]

---

[181]  *See, e.g.*, REBOTIX084174 at REBOTIX084175-76 (Rows 17-34).  Document produced in *Rebotix*.  *See* Appendix B.

[182]  *See e.g.*, REBOTIX170053 at REBOTIX170128, REBOTIX170180, REBOTIX170235, REBOTIX170283 (discussed *infra* ¶ 110).  Documents produced in *Rebotix*.  *See* Appendix B.

[183]  REBOTIX084679.  Document produced in *Rebotix*.  *See* Appendix B.

[184]  *Id.* at REBOTIX084683.

[185]  *Id.* at REBOTIX084685.

[186]  *Id.* at REBOTIX084688.

| C.2.22 | To what mechanical forces will the medical device be subjected? | Since the da Vinci® Surgical System acts as a computer assisted extension of the surgeon's instruments, the EndoWrist® will experience the same physical forces as those experienced by surgical implements.  Endoscopic Instruments may include rigid endoscopes, blunt and sharp dissectors, scissors, scalpels, shears, forceps/pick-ups, needle holders, retractors, stabilizers, and accessories for manipulation of tissue. Due to its design and location within the EndoWrist® housing, the Interceptor Assembly will not be subjected, nor be impacted by, any of these mechanical forces. |

100.    Similarly, section 2.6, "Risk Analysis and Evaluation," includes an FMEA analysis table which (referencing the life testing discussed below) considers potential failures of the interceptor itself, but lacks any consideration of failures due to the mechanical interactions that will occur during surgical use of the serviced devices.[187]  Thus, the report categorically declines to consider the role of mechanical forces to which the serviced instruments will be subjected during their extended life.

101.    The overall strategy of ignoring wear and tear and assuming that the remanufacturing process restores device specifications to an OEM-equivalent state is also explicitly stated in Rebotix's "IEC 60601 Risk Management Matrix."[188]  This document enumerates the Rebotix risk assessment for the remanufactured EndoWrists under the requirements of ISO standard IEC 60601, which is the "Medical electrical equipment – Part 1: General requirements for basic safety and essential performance."[189]  The matrix provides entries

---

[187]   *Id.* at REBOTIX084693.

[188]   REBOTIX084240 at REBOTIX084242-45.  Document produced in *Rebotix.  See* Appendix B.

[189]   *See* Restore-00060365 at Restore-00060377.

*(cont'd)*

56

for the 14 "clauses" (categories of requirements) of ISO standard IEC 60601.[190]  Under

"Justification for Exclusion or Description," Rebotix states that it need not consider design-

related risks:

> The device design specifications and design-related risk management file resides with the OEM. The remanufacturing process restores device specifications to an OEM-equivalent state, and does not alter them.

This entry appears under 13 of the 14 clauses.[191]  Again, this ignores the effects of continued

usage.

102.    Finally, it is clear that Rebotix was in possession of data and analyses that showed

that mechanical failures represented a large portion of all failures observed in EndoWrist

instruments, and that showed the increased risk of continued use of EndoWrist instruments

beyond their originally specified number of uses.  The "Risk Management Report"[192] references

reports Rebotix commissioned that analyze EndoWrist problems and failures through the FDA's

Manufacturer and User Facility Device Experience Database (MAUDE):

> Since Rebotix did not have access to the OEM compliant files, an assessment of publicly-available compliant information was required in order to estimate the current probability of occurrence rates for OEM Endowrist failure modes.  An exhaustive review and analysis of the FDA MAUDE database and other available sources of relevant information was performed and documented in the report, 420000-001 Rev 2 "Rebotix Endowrist MDR Report".[193]

---

[190]   REBOTIX084240 at REBOTIX084242-45.  Document produced in *Rebotix*.  *See* Appendix B.

[191]   *Id.*

[192]   REBOTIX133038.  Document produced in *Rebotix*.  *See* Appendix B.

[193]   *Id.* at REBOTIX133039.  The FDA website provides a description of MAUDE: "MAUDE data represents reports of adverse events involving medical devices. The download data files consist of voluntary reports since June 1993, user facility reports since 1991, distributor reports since 1993, and manufacturer reports since August 1996. The searchable database data contains the last 10 year's data." U.S. Food and Drug Admin., Manufacturer and user facility device experience database – (Maude), https://www.fda.gov/medical-devices/mandatory-reporting-requirements-manufacturers-importers-and-device-user-facilities/manufacturer-and-user-facility-device-experience-database-maude (last visited Jul. 25, 2021).

*(cont'd)*

The referenced report – the "Rebotix Endowrist MDR Report" [194] and the accompanying

"Endowrist MAUDE Sub Report" [195] – contain a detailed analysis of instrument issues reported

to the FDA for 2007 to 2012.  These analyses show that mechanical failures were among the

most common issues, and that issues increased with the number of uses.

103.    Numerous mechanical failures are reported throughout these documents.  For

example, page 8 of the Rebotix Endowrist MDR Report notes: [196]

**Broken and Foreign Bodies**
The grouping of "Broken" consists of any mention of broken grips, broken wires, broken clevis, conductor caps, blades tips, etc., in either the Event Description or the Manufacturer's Narrative.  Almost half of all the MDR's indicate something broken.

Similarly, a count of keywords in the descriptions of instrument failures for the ProGrasp

Forceps showed that 17 of 52 observed issues involved the cable drives, e.g., "grip cable derailed

at distal idler" and "pitch cable broken at distal clevis." [197]  The same pattern of a large fraction of

the failure reports mentioning cable issues is observed for many of the instruments analyzed.

104.    Evidence that increased instrument problems correlated with increased instrument

usage was identified in the MDR report. [198]  This analysis "…shows the returned endowrists and

how many lives were left."  For instruments that started with 10 lives, the data shows that most

of the failures (53%) occurred in instruments with 3 or fewer lives, while only 19% of failures

---

[194]   REBOTIX090153.  Document produced in *Rebotix*.  *See* Appendix B.  MDR refers to FDA Medical Device Reporting, *see* https://www.fda.gov/medical-devices/medical-device-safety/medical-device-reporting-mdr-how-report-medical-device-problems.

[195]   REBOTIX089889.  Document produced in *Rebotix*.  *See* Appendix B.

[196]   REBOTIX090153 at REBOTIX090160.  Document produced in *Rebotix*.  *See* Appendix B.

[197]   *Id.* at REBOTIX090168.

[198]   *Id.* at REBOTIX090164.

*(cont'd)*

occurred in instruments with 7 or more lives.[199]  This data demonstrates that instruments wear

out and show increased failure rates with increased usage.

105.    In summary, the Rebotix risk management approach is flawed.  It assumes that

EndoWrist instruments could be serviced to restore the same level of reliability as new

instruments, and ignored the damage that occurs in normal surgical use of these instruments.

This is evident throughout the pertinent Rebotix documentation, from the high-level Risk

Management Plan and Report, to specific documents such as the FMEAs for the instruments and

the Interceptor and the 60601 Risk Matrix.  In addition, the risk management process failed to

recognize the frequency of mechanical failures, even though reports they commissioned clearly

showed the prevalence of such failures.  This error was compounded in the Rebotix life testing

described below, where the mechanical loading used was inadequate to simulate actual surgical

conditions and thus failed to produce a realistic mechanical failure rate.

2.    Rebotix's Life Testing

106.    Rebotix also performed life testing on EndoWrist instruments in order to

"demonstrate that [EndoWrist instruments] would consistently meet specified safety and

performance requirements through the rigors of eleven simulated use cycles following re-

manufacture."[200]  However, as with Rebotix's risk management procedures, there are numerous

deficiencies in Rebotix's life testing.

---

[199]   *Id.*

[200]   REBOTIX170053 at REBOTIX170053.  Document produced in *Rebotix*.  *See* Appendix B.

*(cont'd)*

107.    Rebotix's selection of specific models for life testing was based on a worst case analysis.[201]  Rebotix notes that, "[f]or the purpose of life testing, worst case means that no other Wrists represent a greater risk of failure."[202]

108.    Rebotix established worst case instruments by determining that:

"1. Each Tool End Design (Scissors, Graspers, Needle Drivers, and Non-Operating Cautery) must be challenged.

2. Each Energized Wrist Type (Monopolar, Bipolar, and PK) as well as non-energized Wrist type must be challenged.

3. Each Part per the Part Index must be challenged."[203]

109.    These criteria do not include the role of forces in limiting instrument life. █



---

[201]  REBOTIX146770 at REBOTIX146771.  Document produced in *Rebotix*.  *See* Appendix B.

[202]  *Id.* at REBOTIX146771.

[203]  *Id.* at REBOTIX146772.

*(cont'd)*



110.    Rebotix's life testing did include some interactions with chicken breast that were intended to simulate what the instruments would experience during actual surgical procedures. For example, to simulate the use of cautery instruments during surgery, the instruments applied a series of burns to chicken breast,[208] and to simulate the grasping of tissue, the instruments grasped chicken breast.[209]  However, in none of the tests was significant force applied to the instruments.

111.    Another notable aspect of Rebotix's life testing is that none of the Rebotix tests resulted in any kind of failure for the serviced or new instruments.[211]  The difference between these test outcomes is due to Rebotix's testing protocols, which, as discussed, do not include the mechanical interactions

---

[208]   REBOTIX170053 at REBOTIX170235.  Document produced in *Rebotix*.  *See* Appendix B.

[209]   *Id.* at REBOTIX170128; REBOTIX170180; and REBOTIX170283.  Documents produced in *Rebotix*.  *See* Appendix B.

[211]   REBOTIX170053.  Document produced in *Rebotix*.  *See* Appendix B.

typical of actual surgery.  The lack of these mechanical forces and interactions demonstrate that Rebotix's life testing is inadequate.

112.    Rebotix's inadequate life testing also does not appear to include any statistical analysis, like Intuitive's Weibull Design of Reliability analysis, to determine the number of instrument samples and use cycles that are required to statistically "prove" a number of instrument lives.  This flaw is significant ████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████ Instead, it appears Rebotix assumes that all S/Si instruments are reliable to a certain number of uses as long as the test instruments did not fail throughout that number of life cycles.[214]  Even if Rebotix's life testing was adequate to simulate surgical uses (and it is not, for the reasons described above), Rebotix's approach to life testing fails to account for potential failures throughout an instrument's useful lives that might not be caught in life testing and also fails to build in any safety margin beyond the number of uses tested.

113.    Rebotix claims it builds in a 20% safety margin to its life testing by adding 12 "exercises" beyond the 60 it deems necessary for a simulated use cycle for a total of 72 exercises.[215]  "Exercises" are defined as the manipulations/activations that an instrument performs during surgery (e.g., moving through a range of motion, cutting and grasping).[216] However, this approach to building in a safety margin is flawed for at least two reasons:  First, as described above, Rebotix life testing does not adequately replicate the forces exerted during

---

[214]  REBOTIX170053.  Document produced in *Rebotix*.  *See* Appendix B.

[215]  *See id.* at REBOTIX170053.

[216]  *See id.*

surgical uses.  Second, by opting for a longer surgical use cycle, rather than testing instruments for additional uses, Rebotix life testing excludes additional reprocessing cycles.  Intuitive, by contrast, builds in a safety margin based on additional uses, which requires it to subject its life testing instruments to additional surgical use cycles *and* additional reprocessing cycles to build in a safety margin.  Intuitive's approach better approximates actual surgical use, which necessitates a reprocessing cycle to ensure the instrument is sterile before it is used on a patient.

114.





115. ███████████████████████████████████

116. ███████████████████████████████████

117. ███████████████████████████████████

219 See *supra* § V.B.

*(cont'd)*

118.    In contrast, Rebotix's life testing did not identify a single failure through 20 life cycles. [222] ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

## VII.   Comparison of Intuitive's da Vinci System Service, Maintenance, and Repair Procedures with Restore's da Vinci System "Service" Offering

### A.   Intuitive's da Vinci System Service, Maintenance and Repair Procedures

119.    As stated above, Intuitive manufactures and sells a minimally invasive robotic system called the da Vinci surgical system.  Intuitive has developed detailed procedures for the service, maintenance, and repair of da Vinci systems.  It is my understanding that Intuitive has developed proprietary software (referred to by Restore as the "distributors' toolkit"), which is stored on service laptops issued to field service engineers ("FSEs").  This software must be used to perform numerous critical maintenance and repair tasks on da Vinci systems, particularly critical tests and calibrations.  The software also contains explanations for numeric "error codes." [223]

120.    Intuitive's da Vinci service includes both preventative maintenance and repairs to the system (excluding da Vinci instruments, which are not repaired, but expire when they reach their validated usage limits).  Preventative maintenance entails periodic maintenance performed by FSEs using a detailed series of checks to ensure the da Vinci system is functioning properly.  Preventative maintenance is also designed to preemptively identify problems with the da Vinci

---

████████████████████████████████████████████████████

████████████████████████████████

[222]  *See* REBOTIX170053.  Document produced in *Rebotix*. *See* Appendix B.

[223]  *See, e.g.*, May 13, 2021 West Gordon Tr. at 43:11-47:12 (explaining purpose and uses of software contained on Intuitive's field engineer laptop).

system that may need to be addressed before they could possibly impact a surgery.  Repairs are conducted in response to problems with the system (e.g., damaged or worn parts, calibration issues, unintuitive system motion) identified through a preventative maintenance event or reported by a customer outside of a regularly-scheduled preventative maintenance.  Further details on those procedures are included below.

1.    Preventative Maintenance

121.    As mentioned above, preventative maintenance is a detailed process for evaluating the da Vinci system and ensuring it remains fully operational.  This process is memorialized in written procedures, which have been developed over time by Intuitive based on its knowledge of and expertise with the da Vinci system.  Intuitive's preventative maintenance procedures ensure functional integration and calibration for the da Vinci system and also identify numerous errors that cannot be observed via a visual inspection of the da Vinci system. ███

██████████████████████████████████████████████████████████████

████████████████████



122.



123.

*(cont'd)*



124.

125.

*(cont'd)*







126.

*(cont'd)*



127.

128.

(cont'd)



129.

130.

*(cont'd)*



2.      Repair/replacement of damaged parts

131.

132.

*(cont'd)*



133.

B.   Restore's da Vinci System "Service" Offering

1.   Overview of Restore's da Vinci "Service"

134.   It is my understanding that Restore has held itself out to customers as offering da Vinci System "service," for the da Vinci S and Si (otherwise known as IS2000 and IS3000) systems. It is also my understanding that Restore has never offered any type of service for X/Xi systems. I also understand that Restore has, at times, offered to customers two different types of "service" programs: A "PM Only" program and/or a "Spot Repairs" program.[261]

135.   Restore described its PM Only program in a December 2018 document prepared for Panama City Surgical Center. Restore claimed the PM Only Program "provid[es] the



[261]   *See, e.g.*, Restore-00002095.

*(cont'd)*

confidence and certainty of knowing that the surgical robot remains within 'spec.'"[262]  Exhibit A to the PM Program Proposal, included below as Figure 14, identifies the "standard steps performed in [Restore's] Preventative Maintenance Program."

---

[262]  *See* Restore-00002087 at Restore-00002087.



## EXHIBIT A

The following are the standard steps performed in a Preventative Maintenance Program.  Depending on the facility design and the Robot Model further steps may be added.

**I)**     **Perform Overall Physical Inspection**
- Look for physical damage, bent connections, kinked or bent cables, damage to the housing units of the system (If there IS physical damage, notate it and inspect the damage to determine if this will hinder any motion, rotation or electrical implications. If any of the following is true then determine the impact on the system and what it will take to fix the problem discovered)
-

**II)**     **As needed perform ground fault test on all 3 units separately**

**III)**     **Perform Joint manipulations (exercising the brakes and joints)**
- Exercised each PSM (3 or 4 arm depending on system)
- Take each PSM to its full extension (without instruments) and exercise each SJJ 210° or to its full extension in both directions severa  (2-3 times).
- Blow out all boards and Cart electronics (using compressed air (non-chemical), fans, connectors and housings units of dust and debris
- Checked all ESSJ internal connections on all SIJ's PSM to PSC and PSC to PSMs
- Checked all connection on top of PSC down through stack (Pot to Encoder), ESSJ connections, SIJ connections, etc.
- Checked neutral & drive functionality as well as battery power and charge functionality (of PSC) (brake and trocar/cannula test functionality – safety feature)
- Cycle MSD boards several times per board, blow out Surgeons consoles chassis

**IV)**     **Measurements and functionality**
- Measure gram tensions per specifications on each PSM and record (see spec. sheet)
- Check and test all degrees of freedom of the camera arm using force feedback
- Check and test all degrees of freedom of each PSM using force-feedback
- Check and test all degrees of freedom of MTMs using force-feedback
- Check and test all functionality of camera and camera ETM controllers (focus, rotation using MTMs, inward pitch, Yaw, all DOFs)

- Check and test all functionality of Illuminator and bifurcated cable (Lumens if possible, need lumens/light reader)
- Check time/hours usage of Illuminator (Under 500)
- Check and test all functionality of focus controller both manually and robotically
- Check and test all battery functionality on PSC
- Check and cycle all board in Surgeon's console (IOD, PSD, MTM, etc.)
- Final homing, driving and testing complete functionality of entire system as a whole with instruments, endoscope, cannulas, camera, vision tower and complete system

Prepare report of all issues found (if any) and preliminary plan for issue resolution.

**Corp. Ofc. - 1275 Buford Hwy Ste 109 Suwanee Ga 30024**

**Repair Center - 6822 22nd Ave. North    Suite 283   St. Petersburg FL 33710**

**WWW.RestoreRobotics.Com             678-400-0640**

*Figure 14. Restore-00002087 at Restore-00002089.*

Exhibit A to Restore's PM Only Agreement omits many essential steps and lacks detail about the way measurements and functionality are tested.

136.    Another document, the IS3000 Preventative Maintenance, Results Sheet, identifies with additional detail how Restore purports to perform preventative maintenance.[263] This document was completed in February 2019 by former Intuitive employee Bruce McDaniel.[264]  The document appears to have drawn from Intuitive's own preventative maintenance procedures, as language is often repeated verbatim from Intuitive's IS3000 Preventative Maintenance Procedures.[265]  Furthermore, Bruce McDaniel circulated a similar PM sheet and Preventative Maintenance Certificate to Restore personnel that had Intuitive—rather than Restore—branding in document headings.[266]  Despite the overlap, critical steps or portions of steps are not included within the procedures captured in Restore's Preventative Maintenance Results Sheet.  Primarily, while most visual and some mechanical checks are performed on the da Vinci system, no calibration or software tests are performed to validate key specifications for the da Vinci System.[267]

---

[263]   Restore-00025717 (Restore IS3000 Preventative Maintenance, Results Sheet).

[264]   *See id.*; *see also* May 13, 2021 West Gordon Tr. at 189:23-190:7 (confirming Bruce McDaniel worked at Intuitive prior to employment at Restore); May 4, 2021 Clif Parker Tr. at 244:24-245:9 ("Q.  Now Mr. McDaniel formerly worked at Intuitive.  Is that so?  A.  Yes. . . .  Q.  Did he work for you or your companies for a period of time?  A.  For a very short period of time, he worked for one of our companies.  Yes.  Q.  Who did he work for?  A.  Restore Robotics Repairs.")

[265]   *Compare* Intuitive-00705351 *with* Restore-00025717 (Restore IS3000 Preventative Maintenance, Results Sheet).

[266]   *Compare* Restore-00026026; Restore-00026027 (Version of Intuitive's IS2000 Preventative Maintenance Results Sheet sent to Restore by Bruce McDaniel) *with* Restore-00025717 (Restore IS3000 Preventative Maintenance Results Sheet); *see also* May 13, 2021 West Gordon Tr. at 201:20-25 ("Q.  And does this look like a preventative maintenance sheet for the IS2000 that you would have used when you worked at Intuitive?  A.  Not one that I'm familiar with.  Mine look very different.  But it does appear to be a P.M form from [Intuitive]").  West Gordon also confirmed that he used an Intuitive PM form while working at Restore.  *See id.* at 212:12-24 ("Q.  And you performed this preventative maintenance using an Intuitive P.M. form; is that right?  A.  I used it to log the results numbers that I got from it.").

[267]   *See* Restore-00025717 (Restore IS3000 Preventative Maintenance, Results Sheet).

*(cont'd)*

137.    Restore has also held itself out as offering da Vinci system repairs.  Restore

claims if a "repair (Damage) or parts replacement (work or end-of-life) issue arise Restore

Robotics will quickly create a proposal/quote to resolve the issue."[268]  However, it is unclear

what types of repairs, if any, Restore could effectively perform without access to Intuitive's

proprietary toolkit, which is needed to conduct calibration and verification with the system after

a new part is installed.[269]

### 2.    Restore's Technological Limitations Prevent It From Providing Adequate Preventative Maintenance or Repair of da Vinci Systems

138.    As mentioned above, there are deficiencies in Restore's attempts to service da

Vinci systems – either through preventative maintenance or repair.  Restore admittedly has not

developed any of its own software to service the system.[270]  As a result, Restore lacks the

capacity to conduct complete preventative maintenance and cannot repair most, if not all,

components of the da Vinci system.

139.    Restore acknowledges these limitations itself, even though it held itself out to

customers as offering da Vinci service.  In its Complaint, Restore makes all of the following

admissions:

> Because Restore does not have access to Intuitive's "distributor's toolkit"
> it lacks "necessary documentation, software, and passwords to service da
> Vinci systems."[271]

---

[268]  *See, e.g.*, Restore-00000917.

[269]  For example, West Gordon—former Intuitive Field Service Engineer that began working with Restore in 2019—testified that during his tenure at Restore he performed approximately five or six repairs and approximately three to five PMs.  *See* May 13, 2021 West Gordon Tr. at 110:17-112:14, 123:21-124:5 (repairs); *see id.* at 124:16-125:5 (PMs); *see id.* at 92:16-23 (explaining Restore reached out to Gordon regarding employment in January 2019).

[270]  Restore Complaint ¶ 59.

[271]  *Id.* ¶¶ 55-56.

*(cont'd)*

Restore further concedes that it cannot:

> (i) "know the meaning of the error codes appearing on the da Vinci robot system to perform repairs on the system";
>
> (ii) "test the robot arms during preventative maintenance"; or
>
> (iii) "remove the reminder message after performing preventative maintenance or repairing the robot system."[272]

140.    These limitations are acknowledged even more explicitly in documents reflecting communications between Restore and potential or actual customers of Restore's da Vinci system service.



141.    Similar acknowledgments can be found in Restore's "Preventative Maintenance Certificates."  In one example, the Restore Field engineer notes "[t]here was no software access

---

[272] *Id.* ¶¶ 56-58.  As another example, Restore Field Service Engineer West Gordon testified that when a particular location in Tulsa "had issues . . . with an arm, and it was having an occasional fault, intermittent faults," he "told them there was no way for me to guarantee that there was nothing more wrong with it," because there was "no way to run" the proper tests without the MATLAB software on the Intuitive field service laptop.  *See* May 13, 2021 Tr. at 117:15-119:18.

[273] AHS_MGMT-INTUITIVE_0000312; AHS_MGMT-INTUITIVE_0000313 at 318 (emphasis added).

*(cont'd)*

for any PM tests which required Software access to complete appropriate tests.  Unable to Complete Software Driven Tests."[274]

142.    However, these acknowledgements do not fully explain how Restore's preventative maintenance and/or repair processes are rendered ineffective by the limitations identified.  Major portions of da Vinci system maintenance and repair require access to Intuitive's proprietary software to test, diagnose or resolve an issue – something that Restore admittedly cannot accomplish.

143.    More specifically, with Restore's acknowledged technological limitations, it cannot perform the complete preventative maintenance offered by Intuitive.  In particular, Restore cannot programmatically test cable tension, MTM calibration, battery voltage, or sine cycles.[275]  Restore also cannot perform any form of Slow Sweep test, which measures friction and voltages.  Restore is further unable to fully review error logs and perform system diagnostics.

144.    If these preventative maintenance tests are correctly performed, the results may dictate remedial actions be taken, including the recalibration or replacement of portions of the da Vinci system (e.g., the PSM, the manipulator, battery or PSM brake gear.)[276]  As a result, Restore's failure to conduct (or properly conduct) the preventative maintenance tests detailed above could easily leave critical issues unidentified and unaddressed.  For example, and as described above, improper preventative maintenance could lead to jerky or non-intuitive da

---

[274]   Restore-00025717 (Restore IS3000 Preventative Maintenance, Results Sheet).

[275]   *See supra* § I.A.  Restore appears to perform portions of these preventative maintenance tests manually.  *See* Restore-00025717 (Restore IS3000 Preventative Maintenance, Results Sheet).

[276]   *See supra* § I.A.  Restore also does not appear to conduct a PSM Brake Test, or at least any PSM Brake Test that follows a similar process to Intuitive's own test.  *Compare* Intuitive-00705431 with Restore-00025717 (Restore IS3000 Preventative Maintenance, Results Sheet).

Vinci motion, battery failure, or improper EndoWrist instrument grasping or retraction. In addition, if preventative maintenance conducted by Restore fails to identify the need to replace part of the da Vinci system, the da Vinci system may be used in surgery with defective parts. All of these issues can cause harm to a patient during a surgical procedure.

145.    Further, although Restore's PM Only program was held out as giving customers "the confidence and certainty of knowing that the surgical robot remains within 'spec,'" Restore's Lead Senior Field Service Engineer, West Gordon, testified differently:

> Q. When you performed P.M.s on da Vinci robots for Restore, were you able to guarantee to customers that the robots remained within O.E.M. specifications?
>
> A. Absolutely not.  No.
>
> Q. Okay.
>
> A. And I was very clear about that.[277]

Thus, according to Mr. Gordon, Restore could not actually guarantee da Vinci systems maintained by Restore remained within Intuitive's specifications.

146.    Furthermore, even if Restore identified an issue through preventative maintenance, it appears unlikely Restore would have the technological capability to fix the issue. It is unclear if Restore can effectively perform any repairs at all without access to the software needed to verify and calibrate replacement parts to the da Vinci system. Restore's own "spot repairs" document suggests the customer may need to rely on Intuitive to provide the relevant replacement part,[278] and ███████████████████████████████ ███████████████████████████ These steps, which Restore acknowledges

---

[277]  *See* May 13, 2021 West Gordon Tr. at 143:25-144:6.

[278]  Restore-00002095 at Restore-00002096.

[279]  AHS_MGMT-INTUITIVE_0000312; AHS_MGMT-INTUITIVE_0000313

it cannot perform, are essential in the parts replacement process.  Even if Restore could provide a

replacement part, without Intuitive's software, it is possible that the part will not be correctly

calibrated or registered with the system. ███████████████████████████



147.    These issues with Restore's PM and spot repair offerings also appear to be

reflected in their actual service activities with customers.  It is my understanding Restore has

only attempted to provide service to a small number of hospitals,[281] and I also understand several

of those hospitals have had problems with Restore's service shortly after they agreed to have

Restore service their da Vinci systems. ███████████████████████

█████████████████████████████████ In addition, after Intuitive FSEs were

asked to perform service on the da Vinci systems at Hillcrest that Restore could not complete,

they discovered that the PSC battery calibration seal was broken and that the battery needed to be

replaced.[284]

---

[280]   Interview with Ron Bair, August 19, 2021.

[281]   *See* May 13, 2021 West Gordon Tr. at 110:17-112:14.

[282]   AHS_HMC-INTUITIVE_0000039

[283]   *Id.*

[284]   AHS_MGMT000007 at 007-008.  As mentioned above, breaking the battery calibration seal is contrary to
Intuitive's own servicing procedures for defective batteries and can void calibration on the battery itself.  *See*
Intuitive-00705155 at  Intuitive-00705173-76.

*(cont'd)*

148.     Similarly, at Baylor, Scott and White Health, Intuitive observed a litany of issues after Restore began attempting to provide service.  These issues included:  Low cable tension that could impair intuitive motion and impact patient safety; improper connection of the vision system; illuminator errors, broken battery box seals, and multiple hospital employees expressing concerns about the quality of maintenance and the lack of proper software tools for performing proper system maintenance.[285]

149.     In conclusion, it is my opinion that Restore's da Vinci service is insufficient to identify or address important issues that can lead to improper operating of the surgical robot and potentially cause harm to patients.  Both the "PM Only" and "Spot Repair" programs fail to address critical issues with the da Vinci system and do not provide comparable service to that offered by Intuitive.


Robert D. Howe, Ph.D.
August 20, 2021

---

[285]  Intuitive-00008958 at Intuitive-00008958-59.

# Appendix A

# Curriculum Vitae and Case List

# Robert D. Howe

Harvard University
Paulson School of Engineering and Applied Sciences
Pierce Hall 323, 29 Oxford Street
Cambridge, MA 02138 USA

office phone: +1 (617) 496-8359
mobile phone: +1 (617) 877-0930
howe@seas.harvard.edu
http://biorobotics.harvard.edu/index.html

## Employment

1997-present **Abbott and James Lawrence Professor of Engineering,** Harvard Paulson School of Engineering and Applied Sciences. Conducting research in robotic manipulation, tactile sensing, surgical robotics, medical image processing, human-machine interfaces, and biomechanics; teaching graduate and undergraduate engineering courses.

1994-1997 **Associate Professor of Mechanical Engineering,** Harvard University

1990-1994 **Assistant Professor of Mechanical Engineering,** Harvard University

1984-1990 **Research Assistant,** Mechanical Engineering Department, Stanford University

1981-1983 **Research Physicist,** High Temperature Gasdynamics Laboratory, Stanford University. Developed optical and electronic research instruments, conducted flow visualization and combustion diagnostics experiments.

1979-1981 **Electronics Engineer,** Kratos Display Systems, Los Gatos, CA. Designed analog and digital electronics.

## Secondary Academic Appointments

Founding Co-Chair, Harvard MS/MBA Program (Dual Master's degree program between Harvard's Business and Engineering Schools), 2018-present

Area Dean for Bioengineering (equivalent to department chair), Harvard Paulson School of Engineering and Applied Sciences, 2010-2011, 2012-2016

Associate Dean for Academic Programs (Chief Academic Officer), Harvard School of Engineering and Applied Sciences, 2008-2011

Adjunct Professor, Department of Biomedical Engineering, Tufts University, 2007 - present

Member of the Core Faculty, Harvard-MIT Division of Health Sciences and Technology, 1999 - present

Thinker in Residence, Deakin University, Australia, Fall 2015

Visiting Professor, Singapore University of Technology and Design, Spring 2012

Visiting Scientist, INRIA Sophia-Antipolis, France, Spring 2004

Visiting Scholar, Mechanical Engineering Department, Stanford University, Spring 1999

Visiting Scientist, Artificial Intelligence Laboratory, Massachusetts Institute of Technology, Fall 1998

## Education

1990      Doctor of Philosophy in Mechanical Engineering, Stanford University.

1985      Master of Science in Mechanical Engineering, Stanford University.

1979      Bachelor of Arts in Physics, Reed College, Portland, Oregon.

**Selected Professional Awards and Honors**

Fellow, Institute of Electrical and Electronics Engineers (IEEE), 2012.

Fellow, American Institute for Medical and Biological Engineering (AIMBE), 2007.

I.S. Ravdin Lecture, American College of Surgeons 97th Annual Clinical Congress, San Francisco, 2011.

Keynote address, 5ᵗʰ International Conference on Functional Imaging and Modeling of the Heart, Nice, France, 2009.

Keynote address, SPIE Medical Imaging Conference, San Diego, 2008.

Keynote address, EuroHaptics Conference, Munich, 2004.

Whitaker Foundation Biomedical Engineering Research Grant (Career development award), 1995.

National Science Foundation Young Investigator Award, 1993.


**Selected Professional Service**

*Journals*

Associate Editor, *International Journal of Robotics Research*, 2019-present

Advisory Board, *Science Robotics*, 2017-present.

Editorial Board, *Medical Image Analysis*, 2008-present.

Management Committee, Founding member, *IEEE Transactions on Haptics,* 2007-2013.

Associate editor, *IEEE Transactions on Robotics and Automation,* 1994-1998.

*Conferences*

Program Co-Chair, International Conference on Medical Image Computing and Computer-Assisted Intervention (MICCAI), 2014; Program Committee, 1998, 2000, 2002-2007, 2016, 2017.

Intl. Symposium on Medical Robotics and Computer Assisted Surgery, 1994, 1995, 1997.

Program Committee, Intl. Conference on Functional Imaging and Modeling of the Heart, 2009, 2011, 2013.

Area Chair, Robotics: Science and Systems Conference (RSS), Philadelphia, August 16th-19th, 2006 and Cambridge, July 12-16, 2017; program committee member 2007, 2018.

Co-Chair, International Program Committee, First IEEE World Haptics Conference (First Joint Eurohaptics Conference and Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems), Pisa, Italy, 18-20 March, 2005.

Chair and Organizer, Annual Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems, Atlanta, Nov. 1996; Dallas, Nov. 1997; and Anaheim, 1998 (with Susan J. Lederman); program committee member, 1999-2008.

Program Committee, IEEE Intl. Conference on Robotics and Automation, 1994, 1997, 1998, 2005.

Program Committee, IEEE/RSJ Intl. Conference on Intelligent Robots and Systems (IROS), 2004.

Program Committee, Second Intl. Symposium on Medical Simulation, 2004.

Program Committee, Intl. Symposium on Surgery Simulation and Soft Tissue Modeling (IS4TM 2003), Juan-Les-Pins, France, June 2003.

Program Committee, IEEE Intl. Conference on Systems, Man, and Cybernetics, Tokyo, 1999.

Program Committee, Frontiers of Engineering Symposium, National Academy of Engineering, Irvine, CA, Nov. 1998.

*Academic Visiting and Advisory Committees*

Advisory Board, Robotics Engineering (RBE) Program, Worcester Polytechnic Institute, 2018-present.

Advisory Board. Department of Mechanical Engineering and Applied Mechanics, University of Pennsylvania, 2015-present.

Visiting Committee, Department of Mechanical Engineering, Stanford University, 2015-16.

Advisory Board, Centre for Autonomous Systems, University of Technology, Sydney, Australia, 2016-present.

Visiting Committee, Department of Mechanical and Process Engineering (Maschinenbau und Verfahrenstechnik), Eidgenössische Technische Hochschule (ETH) Zürich, 2006-2007.


*Government Panels*

Strategic Advisory Board, Engineering and Physical Sciences Research Council – United Kingdom Network for Robotics and Autonomous Systems (EPSRC UK-RAS), 2015 – present.

Funding Review Panel Member, National Science Foundation, 1994, 2000, 2010, 2014, 2017.

DARPA Information Science and Technology (ISAT) Study Group, 2008-2011.

Study section, National Institutes of Health, 2003, 2005.

## PUBLICATIONS

### Journal Articles

96. Loschak PM, Degirmenci A, Tschabrunn CM, Anter E, Howe RD, "Automatically Steering Cardiac Catheters In Vivo with Respiratory Motion Compensation," *International Journal of Robotics Research*, in press, 2020.

95. Cheng S, Narang YS, Yang C, Suo Z, Howe RD, "Stick-on large-strain sensors for soft robots," *Advanced Materials Interfaces* **6**(20):1900985, 2019.

94. Yamada D, Degirmenci A, Howe RD, "Ultrasound imaging characterization of soft tissue dynamics of the seated human body," *Journal of Biomechanical Engineering*, published online in advance of print, paper BIO-19-1142, 2019.

93. Vasios N, Narang Y, Aktas B, Howe R, Bertoldi K. "Numerical analysis of periodic laminar and fibrous media undergoing a jamming transition," *European Journal of Mechanics-A/Solids* **75**: 322-329, 2019.

92. Degirmenci A, Perrin DP, Howe RD, "High dynamic range ultrasound imaging," *International Journal of Computer Assisted Radiology and Surgery* **13**(5):721-9, 2018. Also presented at the 9th International Conference on Information Processing in Computer-Assisted Interventions, Berlin, June 20-21, 2018. Winner, Best Paper Award.

91. Gaffney LP, Loschak PM, Howe RD, "A Deployable Transseptal Brace for Stabilizing Cardiac Catheters," *Journal of Mechanical Design* **140**(7):075003, 2018.

90. Moradi Dalvand M, Nahavandi S, Fielding M, Mullins J, Najdovski Z, Howe RD, "Modular Instrument for a Haptically-Enabled Robotic Surgical System (HeroSurg)," *IEEE Access* **6**: 31974-82, 2018.

89. Moradi Dalvand M, Nahavandi S, Howe RD, "An Analytical Loading Model for $n$-Tendon Continuum Robots," *IEEE Transactions on Robotics* **34**(5):1215-25, 2018.

88. Narang YS, Degirmenci A, Vlassak JJ, Howe RD, "Transforming the Dynamic Response of Robotic Structures and Systems Through Laminar Jamming," *IEEE Robotics and Automation Letters* **3**(2):688-95, 2018. Also presented at the IEEE International Conference on Robotics and Automation, Brisbane, Australia, May 2018.

87. Wan Q, Howe RD. Modeling the Effects of Contact Sensor Resolution on Grasp Success. *IEEE Robotics and Automation Letters* **3**(3): 1933-1940, 2018. Also presented at the IEEE International Conference on Robotics and Automation, Brisbane, Australia, May 2018.

86. Yashraj S. Narang, Joost J. Vlassak, and Robert D. Howe, "Mechanically Versatile Soft Machines Through Laminar Jamming," *Advanced Functional Materials* 28(17):1707136, 2018.

85. Villard P, Hammer P, Perrin D, Del Nido P, Howe, R, "Fast Image-Based Mitral Valve Simulation from Individualized Geometry," *International Journal of Medical Robotics and Computer Assisted Surgery* 14(2):e1880, April 2018.

84. Gafford J, Ranzani T, Russo S, Degirmenci A, Kesner S, Howe R, Wood R, Walsh C., "Toward Medical Devices With Integrated Mechanisms, Sensors, and Actuators via Printed-Circuit MEMS." *Journal of Medical Devices* **11**(1):011007, 2017.

83. Guggenheim JW, Jentoft LP, Tenzer Y, Howe RD, "Robust and Inexpensive 6-Axis Force-Torque Sensors using MEMS Barometers," *IEEE Transactions on Mechatronics* **22**(2): 838-44, 2017.

82. Loschak P, Brattain L, Howe RD, "Algorithms for Automatically Pointing Ultrasound Imaging Catheters," *IEEE Transactions on Robotics* **33**(1):81–91, 2017.

81. Dalvand MM, Nahavandi S, Howe RD, "Fast vision-based catheter 3D reconstruction*," Physics in Medicine and Biology*, **61**(14): 5128, 2016.

80. Loschak PM, Tenzer Y, Degirmenci A, Howe RD, "A 4-DOF Robot for Positioning Ultrasound Imaging Catheters." *ASME Journal of Mechanisms and Robotics* **8**(5):0510161-510169, 2016.

79. Hammond FL, Kramer RK, Wan Q, Howe RD, Wood RJ, "Soft Tactile Sensor Arrays for Force Feedback in Micromanipulation," *IEEE Sensors Journal* **14**(5): 1443 - 1452, 2014.

78. Jentoft LP, Dollar AM, Wagner CR, Howe RD. "Intrinsic Embedded Sensors for Polymeric Mechatronics: Flexure and Force Sensing," *Sensors* **14**(3): 3861-3870, 2014.

77. Hammer PE, Pacak CA, Howe RD, del Nido PJ. "Straightening of curved pattern of collagen fibers under load controls aortic valve shape," *Journal of Biomechanics* **47**(2): 341-346, 2014.

76. Odhner LU, Jentoft LP, Claffee MR, Corson N, Tenzer Y, Ma RR, Buehler M, Kohout R, Howe RD, Dollar AM, "A compliant, underactuated hand for robust manipulation," *International Journal of Robotics Research* **33**(5):736-752, 2014.

75. Kesner S, Howe R, "Robotic catheter cardiac ablation combining ultrasound guidance and force control," *International Journal of Robotics Research* **33** (4): 631-644, 2014.

74. Chen L, Bavigadda V, Kofidis T, Howe RD, "Fiber optic projection-imaging system for shape measurement in confined space," *Scientific World Journal*, Article ID 206569, 2014.

73. Tenzer Y, Jentoft LP, Howe RD, "The Feel of MEMS Barometers: Inexpensive and Easily Customized Tactile Array Sensors," *IEEE Robotics and Automation Magazine* **21**(3):89-95, 2014.

72. Bowthorpe M, Tavakoli M, Becher H, Howe, R, "Smith Predictor Based Robot Control in Teleoperated Image-guided Beating-heart Surgery," *IEEE Journal of Biomedical and Health Informatics* **18**(1): 157-166, 2014.

71. Hammond FL, Talbot SG, Wood RJ, Howe RD. "Measurement System for the Characterization of Micro-Manipulation Motion and Force." *Journal of Medical Devices* **7**(3): 030940, 2013.

70. Yuen SG, Nikolay VV, del Nido PJ, Howe RD, "Robotic Tissue Tracking for Beating Heart Mitral Valve Surgery," *Medical Image Analysis* **17**(8): 1236-1242, 2013.

69. Schneider RJ, Perrin DP, Vasilyev NV, Marx GR, Del Nido PJ, Howe RD, "Real-time image-based rigid registration of three-dimensional ultrasound," *Medical Image Analysis* **16**(2):402-14, 2012.

68. Hammer PE, Chen PC, del Nido PJ, Howe RD, "Computational model of aortic valve surgical repair using grafted pericardium," *Journal of Biomechanics* **45**(7):1199–1204, 2012.

67. Schneider RJ,  Perrin DP, Vasilyev NV, Marx GR, del Nido PJ, Howe RD, "Mitral annulus segmentation from four-dimensional ultrasound using a valve state predictor and constrained optical flow," *Medical Image Analysis* **16**(2):497-504, 2012.

66. Dollar AM, Howe RD, "Joint Coupling Design of Underactuated Hands for Unstructured Environments," *International Journal of Robotics Research*, 30(9):1157-1169, 2011.

65. Kesner SB and Howe RD, "Design Principles for the Rapid Prototyping of Forces Sensors using 3D Printing," *IEEE/ASME Transactions on Mechatronics* **16**(5):866-870, 2011.

64. Kesner SB and Howe RD, "Position Control of Motion Compensation Cardiac Catheters," *IEEE Transactions on Robotics* **27**(6):1045-1055, 2011.

63. Hammer PE, Sacks MS, del Nido PJ, Howe RD, "Mass-Spring Model for Simulation of Heart Valve Tissue Mechanical Behavior," *Annals of Biomedical Engineering* **39**(6):1668-1679, 2011

62. Jordan P, Kerdok AE, Howe RD, and Socrate S, "Identifying a Minimal Rheological Configuration: A Tool for Effective and Efficient Constitutive Modeling of Soft Tissues," *Journal of Biomechanical Engineering* 133(4):041006, April 2011.

61. Yip MC, Tavakoli M, Howe RD, "Performance Analysis of a Haptic Telemanipulation Task under Time Delay," *Advanced Robotics* **25**(5): 651-673, 2011.

60. Nakatani M, Howe RD, Tachi S, "Surface texture can bias tactile form perception," *Experimental Brain Research* **208**(1):151-6, 2011.

59. Yuen SG, Perrin DP, Vasilyev NV, del Nido PJ, Howe RD, "Force Tracking With Feed-Forward Motion Estimation for Beating Heart Surgery, *IEEE Transactions on Robotics* **26(**5): 888-896, 2010.

58. Schneider RJ, Perrin DP, Vasilyev NV, Marx GR, del Nido PJ, Howe RD, "Mitral annulus segmentation from 3D ultrasound using graph cuts," *IEEE Transactions on Medical Imaging* **29**(9):1676-87, 2010.

57. Dollar AM, Howe RD, "The Highly Adaptive SDM Hand: Design and Performance Evaluation," *International Journal of Robotics Research* **29**(5):585–597, 2010.

56. Yip MC, Yuen SG, Howe RD, "A Robust Uniaxial Force Sensor for Minimally Invasive Surgery," *IEEE Transactions on Biomedical Engineering* **57**(5):1008-11, 2010.

55. Rudoy D, Yuen S, Howe RD, Wolfe PJ, "Bayesian changepoint analysis with application to atomic force microscopy and soft material indentation," *Journal of the Royal Statistical Society Series C* **59**(4):573-593, 2010.

54. Dollar AM, Jentoft LP, Gao JH, Howe RD, "Contact sensing and grasping performance of compliant hands" *Autonomous Robotics* **28**(1):65-75, 2010.

53. Perrin DP, Vasilyev NV, Novotny P, Stoll J, Howe RD, Dupont P, Salgo, del Nido PJ, "Image Guided Surgical Interventions," *Current Problems in Surgery* **46**(9): 730-766, 2009.

52. Beasley RA and Howe RD, "Increasing accuracy in image-guided robotic surgery through tip tracking and model-based flexion correction," *IEEE Transactions on Robotics* **25**(2):292-302, 2009.

51. Yuen SG, Kettler DT, Novotny PM, Plowes RD, and Howe RD, "Robotic Motion Compensation for Beating Heart Intracardiac Surgery, *International Journal of Robotics Research* **28**(10): 1355-1372, 2009.

50. Tavakoli M and Howe RD, "Haptic Effects of Surgical Teleoperator Flexibility," *International Journal of Robotics Research* **28**(10):1289-1302, 2009.

49. Balasubramanian R, Howe RD, Matsuoka Y, "Task Performance is Prioritized Over Energy Reduction," *IEEE Transactions on Biomedical Engineering* **56**(5):1310-7, 2009.

48. Jordan P, Socrate S, Zickler TE, Howe RD, "Constitutive modeling of porcine liver in indentation using 3D ultrasound imaging," *Journal of the Mechanical Behavior of Biomedical Materials* **2**(2):192-201, 2009. NIHMSID 99487

47. Vasilyev NV, Novotny PM, Martinez JF, Loyola H, Salgo IS, Howe RD, del Nido PJ. "Stereoscopic Vision Display Technology in Real-Time Three-Dimensional Echocardiography-Guided Intracardiac Beating-Heart Surgery." *Journal of Thoracic and Cardiovascular Surgery* **135**(6):1334-41, 2008.

46. Nakatani M, Howe RD, Tachi S, "Tactile depth perception examined by the Fishbone Tactile Illusion," *Transactions of the Virtual Reality Society of Japan* **13**(1): 97-100, 2008 (in Japanese).

45. Linguraru MG, Vasilyev NV, Marx GM, Tworetzky W, del Nido PJ, Howe RD, "Fast Block Flow Tracking of Atrial Septal Defects in 4D Echocardiography," *Medical Image Analysis* **12**(4)**:**397–412, 2008.

44. Diamond SG, Davis OC, Howe RD, "Heart rate variability as a quantitative measure of trance depth," *International Journal of Clinical and Experimental Hypnosis* **56**(1):1-18, 2008.

43. Novotny PM, Stoll JA, Vasilyev NV, Del Nido PJ, Dupont PE, Howe RD, "GPU Based Real-time Instrument Tracking with Three Dimensional Ultrasound," *Medical Image Analysis* **11**(5):458-64, 2007. NIHMSID 31449

42. Linguraru MG, Kabla A, Marx GR, del Nido PJ, Howe RD, "Real-Time Tracking and Shape Segmentation of Atrial Septal Defects in 3D Echocardiography, *Academic Radiology* **14**:1298–1309, 2007.

41. Wagner CR, Howe RD, "Force Feedback Benefit Depends on Experience in Multi Degree of Freedom Robotic Surgery Task," *IEEE Transactions on Robotics* **23**(6): 1235-1240, 2007.

40. Linguraru MG, Vasilyev NV, del Nido PJ, Howe RD, "Statistical Segmentation of Surgical Instruments in 3D Ultrasound Images," *Ultrasound in Medicine and Biology* 33(8): 1428–37, 2007.

39. Wagner CR, Stylopoulos N, Jackson PG, Howe RD, "The Benefit of Force Feedback in Surgery: Examination of Blunt Dissection," *Presence* 16(3): 252-262, June 2007.

38. Novotny PM, Jacobsen SK, Vasilyev NV, Kettler DT, Salgo IS, Dupont PE, del Nido PJ, and Howe RD, "3D ultrasound in robotic surgery: performance evaluation with stereo displays," *International Journal of Medical Robotics and Computer Assisted Surgery*, 2(3):279-285, 2006.

37. Diamond SG, Davis OC, Schaechter JD, Howe RD, "Hypnosis for Rehabilitation after Stroke: Six Case Studies," *Contemporary Hypnosis* 23(4), 173-180, 2006.

36. Kerdok AE, Ottensmeyer MP and Howe RD, "The effects of perfusion on the viscoelastic characteristics of liver," *Journal of Biomechanics* 39(12):2221-31, 2006.

35. Dollar AM and Howe RD, "A Robust Compliant Grasper via Shape Deposition Manufacturing," *IEEE/ASME Transactions on Mechatronics* 11(2):154-161, April 2006.

34. Suematsu Y, Martinez JF, Wolf BK, Marx GR, Stoll JA, DuPont PE, Howe RD, Triedman JK, del Nido PJ. "Three-dimensional echo-guided beating heart surgery without cardiopulmonary bypass: atrial septal defect closure in a swine model," *Journal of Thoracic and Cardiovascular Surgery* 130(5):1348-57, November 2005.

33. Gunter HE, Howe RD, Zeitels SM, Kobler JB, Hillman RE, "Measurement of vocal fold collision forces during phonation: Methods and preliminary data" *Journal of Speech, Language, and Hearing Research* 48(3):567-76, June 2005.

32. Dollar AM, Howe RD, "Towards grasping in unstructured environments: Grasper Compliance and Configuration optimization," *Advanced Robotics*, 19(5):523-543, June 2005.

31. T.J. Debus P.E. Dupont, and R.D. Howe," Distinguishability and Identifiability Testing of Contact State Models," *Advanced Robotics*, 19(5):545-566, June 2005.

30. Samosky J, Burstein D, Grimson WE, Howe R, Martin S, Gray ML. Spatially-localized correlation of dGEMRIC-measured GAG distribution and mechanical stiffness in the human tibial plateau *Journal of Orthopedic Research* 23(1):93-101, January 2005.

29. Suematsu Y, Marx GR, Stoll JA, DuPont PE, Cleveland RO, Howe RD, Triedman JK, Mihaljevic T, Mora BN, Savord BJ, Salgo IS, del Nido PJ, "Three-dimensional echocardiography-guided beating-heart surgery without cardiopulmonary bypass: a feasibility study," *Journal of Thoracic and Cardiovascular Surgery* 128(4):579-87, October 2004.

28. T. Debus, T.-J. Jang, P. Dupont, and R. Howe, "Multi-Channel Vibrotactile Display for Teleoperated Assembly," *International Journal of Control, Automation & Systems* 2(3):390-397, September 2004.

27. C.R. Wagner, S.J. Lederman, R.D. Howe, "Design and Performance of a Tactile Shape Display Using RC Servomotors," *Haptics-e* 3(4), August 2004.

26. T.J. Debus, P.E. Dupont, and R. D. Howe, "Contact State Estimation using Multiple Model Estimation and Hidden Markov Models," *International Journal of Robotics Research* 23(4–5):399-413, April–May 2004.

25. J.W. Cannon, J.A. Stoll, S.D. Selha, P.E. Dupont, R.D. Howe, and D.F. Torchiana, "Port Placement Planning in Robot-Assisted Coronary Artery Bypass," *IEEE Transactions on Robotics and Automation* 19(5): 912-17, October 2003.

24. J. W. Cannon, J. A. Stoll, I. S. Salgo, H. B. Knowles, R. D. Howe, P. E. Dupont, G. R. Marx, and P. J. del Nido, "Real Time 3-Dimensional Ultrasound for Guiding Surgical Tasks," *Computer Aided Surgery* 8(3):82-90, 2003.

23. Cannon JW, Howe RD, Dupont PE, Triedman JK, Marx GR, del Nido PJ. "Application of robotics in congenital cardiac surgery," *Seminars in Thoracic and Cardiovascular Surgery - Pediatric Cardiac Surgury Annual* 6:72-83, 2003.

22. A.E. Kerdok, S.M. Cotin, M.P. Ottensmeyer, A.M. Galea, R.D. Howe, and S.L. Dawson, "Truth Cube: Establishing Physical Standards for Real-Time Soft Tissue Simulation," *Medical Image Analysis* **7**(3):283-91, September 2003.

21. Diamond S.G., Howe R.D., "Measuring Hypnosis: Relating the Subjective Experience to Systematic Physiological Changes," *InterJournal of Complex Systems*, 541, 2002.

20. Wellman, P.S, Dalton, E.P., Krag, D., Kern, K.A., Howe, R.D. "Tactile Imaging of Breast Masses: First Clinical Report," *Archives of Surgery* **136**(2):204-08 Feb. 2001.

19. Pawluk, D.T.V. and Howe, R. D. "Dynamic contact of the human fingerpad against a flat surface." ASME *Journal of Biomechanical Engineering* **121**(6):605-611, December 1999.

18. P. Dupont, T. Schulteis, P. Millman, and R. D. Howe, "Automatic Identification of Environment Haptic Properties," *Presence* **8**(4):392-409, August 1999.

17. Pawluk, D.T.V. and Howe, R. D. "Dynamic Lumped Element Response of the Human Fingerpad." ASME *Journal of Biomechanica lEngineering* **121**(2):178- 184, April 1999.

16. R. D. Howe and Y. Matsuoka, "Robotics for surgery," *Annual Review of Biomedical Engineering*, **1**:211-240, 1999.

15. D. T. V. Pawluk, J. S. Son, P. S. Wellman, W. J. Peine, and R. D. Howe. "A Distributed Pressure Sensor for Biomechanical Measurements," *ASME Journal of Biomechanical Engineering* **102**(2):302-305, April 1998.

14. A.Z. Hajian and R.D. Howe, "Identification of the mechanical impedance at the human finger tip," ASME Journal of Biomechanical Engineering, 119(1):109-114, Feb. 1997. Also presented at the International Mechanical Engineering Congress, American Society of Mechanical Engineers, Chicago, IL, November 1994, Proceedings ed. C. J. Radcliffe, DSC-vol. 55-1, p. 319-327.

13. R. D. Howe and M. R. Cutkosky, "Practical force-motion models for sliding manipulation," *International Journal of Robotics Research* **15**(6):557-572, December 1996.

12. J. S. Son, M. R. Cutkosky, and R. D. Howe, "Comparison of contact sensor localization abilities during manipulation," *Robotics and Autonomous Systems*, **17**(4):217-233, June 1996. Also presented at IROS '95: IEEE/RSJ International Conference on Intelligent Robots and Systems, Pittsburgh, PA, August 5-9, 1995, Proceedings vol. 2, p. 96-101.

11. D. A. Kontarinis and R. D. Howe, "Tactile display of vibratory information in teleoperation and virtual environments," *Presence*, **4**(4):387-402, 1995.

10. R. D. Howe, W. J. Peine, D. A. Kontarinis, and J. S. Son, "Remote palpation technology," *IEEE Engineering in Medicine and Biology*, **14**(3):318-323, May/June 1995.

9. R. D. Howe, "Tactile sensing and control of robotic manipulation," *Journal of Advanced Robotics*, **8**(3):245-261, 1994.

8. R. D. Howe and M. R. Cutkosky, "Dynamic tactile sensing: Perception of fine surface features with stress rate sensing," *IEEE Transactions on Robotics and Automation* **9**(2):140-151, April 1993.

7. B. Edin, R. D. Howe, G. Westling, and M. R. Cutkosky, "A physiological method for relaying frictional information to a human teleoperator," *IEEE Transactions on System, Man, and Cybernetics*, **23**(2):427-432, March/April 1993.

6. M. G. Allen, R. D. Howe, and R. K. Hanson, "Digital imaging of reaction zones in hydrocarbon-air flames using planar laser-induced fluorescence," *Optics Letters* **11**:126-128, 1986.

5. G. Kychakoff, R.D. Howe, R.K. Hanson, M.D. Drake, R. Pitz, M. Lapp, and C.M. Penny, "The visualization of turbulent flame fronts with planar laser-induced fluorescence," *Science* **224**:382-384, 1984.

4.   G. Kychakoff, K. Knapp, R. D. Howe, and R. K. Hanson,  "Flow visualization in combustion gases using nitric oxide fluorescence," *American Institute of Aeronautics & Astronautics Journal* **22**:153, 1984.

3.   G. Kychakoff, R. D. Howe, and R. K. Hanson,  "Quantitative flow visualization techniques for measurements in combustion gases," *Applied Optics* **23**:704-712, 1984.  Also presented at the Ninth International Colloquium on Explosions and Reactive Systems, Poitier, France, July 1983, and reprinted in R. N. Hindy and J. H. Hunt, eds, *Selected Papers on Laser Beam Diagnostics*, SPIE Milestone Series vol. MS 126, Bellingham, WA, SPIE Optical Engineering Press, 1996.

2.   G. Kychakoff, R. D. Howe, and R. K. Hanson,  "Spatially resolved combustion measurements using cross-beam saturated absorption spectroscopy,"  *Applied Optics* **23**:1303-1305, 1984.  Also presented at the 1982 Conference on Lasers and Electro-Optics Phoenix, AZ, April 14-16, 1982.

1.   G. Kychakoff, R. D. Howe, R. K. Hanson, and J. C. McDaniel,  "Quantitative visualization of combustion species in a plane," *Applied Optics* **21**:3225-3227, September 15, 1982.

**Refereed Conference Papers**

122. Aktas B, Howe RD, "Flexure Mechanisms with Variable Stiffness and Damping Using Layer Jamming", Proceedings of the IEEE/RSJ Int. Conf. on Intelligent Robots and Systems (IROS), Macau, China, November 3-7 2019.

121. Swaminathan K, Lee S, Nuckols RW, Revi DA, Singh P, Howe RD, Smith MA, Walsh CJ, "Biomechanics Underlying Subject-Dependent Variability in Motor Adaptation to Soft Exosuit Assistance," In Masia L, Micera S, Akay M, Pons J (eds), *Converging Clinical and Engineering Research on Neurorehabilitation III. Proc. International Conference on NeuroRehabilitation,* Pisa, Italy, Oct. 2018, Biosystems & Biorobotics vol 21, Springer, Cham.

120. Yamada D, Degirmenci A, Howe RD, "Ultrasound Imaging for Identifying Dynamics of Soft Tissue," *Proceedings of the IEEE International Symposium on Biomedical Imaging (ISBI'18),* Washington DC, USA, April 4-7, 2018, pp. 1161-65.

119. Loschak P, Degirmenci A, Howe RD, "Predictive Filtering in Motion Compensation with Steerable Cardiac Catheters," *Proceedings of the IEEE International Conference on Robotics and Automation,* Singapore, May 29 - June 3, 2017, pp. 4830-4836.

118. Mohammadi A, Lavranos J, Howe RD, Choong P, Oetomo D. "Grasp Specific and User Friendly Interface Design towards Lowering the Difficulty in Learning to Operate a Myoelectric Hand Prosthesis," *Proceedings of the IEEE International Conference on Rehabilitation Robotics,* London, July 17-20, 2017, pp. 1621-1626.

117. Dalvand M, Nahavandi S, Howe RD, "High Speed Vision-based 3D Reconstruction of Continuum Robots," *Proceedings of the IEEE International Conference on Systems, Man, and Cybernetics*, Budapest, Hungary, October 9-12, 2016.

116. Wan Q, Adams R, Howe RD, "Variability and Predictability in Tactile Sensing During Grasping," *Proceedings of the IEEE International Conference on Robotics and Automation,* Stockholm, May 16-21, 2016, pp. 158-164.

115. Degirmenci A, Loschak P, Tschabrunn CM, Anter E, Howe RD. "Compensation for Unconstrained Catheter Shaft Motion in Cardiac Catheters," *Proceedings of the IEEE International Conference on Robotics and Automation,* Stockholm, May 16-21, 2016, pp. 4436-42.

114. Faas D, Howe RD, "Case Study for Introductory Mechanical Design Competitions." Proceedings of the ASME International Design Engineering Technical Conferences and Computers and Information in Engineering Conference, Boston, August 2015, Paper No. DETC2015-47286, pp. V003T04A020.

113. Degirmenci A, Hammond III FL, Gafford JB, Walsh CJ, Wood RJ, Howe RD, "Design and Control of a Parallel Linkage Wrist for Robotic Microsurgery," *Proceedings of the IEEE/RSJ Int. Conf. on Intelligent Robots and Systems (IROS),* Hamburg, Germany, September 28 - October 02, 2015.

112. Loschak PM, Burke SF, Zumbro E, Forelli AR, Howe RD, "A Robotic System for Actively Stiffening Flexible Manipulators," *Proceedings of the IEEE/RSJ Int. Conf. on Intelligent Robots and Systems (IROS),* Hamburg, Germany, September 28 - October 02, 2015.

111. Jentoft LP, Wan Q, Howe RD, "How to Think about Grasping Systems - Basis Grasps and Variation Budgets, *Proceedings of the International Symposium on Robotics Research (ISRR),* Sestri Levante, Italy, September 12-15, 2015, Springer Tracts in Advanced Robotics, Vol. 2, pp 359-372.

110. Loschak, PM, Tenzer Y, Degirmenci A, Howe RD, "A 4-DOF Robot for Positioning Ultrasound Imaging Catheters." *Proceedings of the ASME 2015 International Design Engineering Technical Conferences & Computers and Information in Engineering Conference (IDETC/CIE),* August 2-5, 2015, Boston.

109. Moradi Dalvand M, Shirinzadeh, B Nahavandi S, Howe RD "Tissue characterization in medical robotics." *Proceedings of  The 23rd IEEE International Symposium on Robot and Human Interactive Communication (RO-MAN),* pp. 341-346, 2014.

108. Loschak PM, Brattain LJ, Howe RD, "Algorithms for Automated Pointing of Cardiac Imaging Catheters," in Luo X, Reichl T, Mirota D, Soper T, eds., *Computer-Assisted and Robotic Endoscopy, Proceedings of the First International Workshop,* Boston, September 18, 2014, Springer LNCS vol. 8899, pp. 99-109.

107. Brattain LJ, Loschak PM, Tschabrunn CM, Anter E, Howe RD "Instrument tracking and visualization for ultrasound catheter guided procedures," in Linte CA, Yaniv Z, Fallavollita P, Abolmaesumi P, Holmes DR, eds., *Augmented Environments for Computer-Assisted Interventions, Proceedings of the 9th International Workshop,* Boston, September 14, 2014, Springer LNCS vol. 8678, pp. 41-50.

106. Suárez-Ruiz F, Galiana I, Tenzer Y, Jentoft LP, Howe RD, Ferre M. "Grasp Mapping Between a 3-Finger Haptic Device and a Robotic Hand," in Auvray M and Duriez C, eds., *Haptics: Neuroscience, Devices, Modeling, and Applications, Proceedings of the 9th International Conference, EuroHaptics 2014,* Versailles, France, June 24-26, 2014, Springer LNCS vol. 8618, pp. 275-283.

105. Gafford J, Kesner SB, Degirmenci A, Wood R, Howe RD, Walsh CJ, "A Monolithic Approach to Fabricating Low-Cost, Millimeter-Scale Multi-Axis Force Sensors for Minimally-Invasive Surgery," *Proceedings of the IEEE International Conference on Robotics and Automation,* Hong Kong, May 31-June 7, 2014, pp. 1419-25.

104. Jentoft LP, Wan Q, Howe RD, "Limits to Compliance and the Role of Tactile Sensing in Grasping," *Proceedings of the IEEE International Conference on Robotics and Automation,* Hong Kong, May 31-June 7, 2014, pp. 6394-99.

103. Hammond FL, Howe RD, Wood RJ, "Dexterous high-precision robotic wrist for micromanipulation," *Proceedings of the 16th International Conference on Advanced Robotics,* Montevideo, Uruguay, November 25-29th, 2013, IEEE.

102. Jentoft, LP, Tenzer, Y, Vogt, D, Liu, J, Wood, R, and Howe RD, "Flexible, Stretchable Tactile Arrays From MEMS Barometers," *Proceedings of the 16th International Conference on Advanced Robotics,* Montevideo, Uruguay, November 25-29th, 2013 IEEE.

101. Hammer PE, Pacak CA, Howe RD, del Nido PJ, "Collagen bundle orientation explains aortic valve leaflet coaptation," *Proceedings of the Seventh International Conference on Functional Imaging and Modeling of the Heart,* London, June 20-22, 2013, Springer Lecture Notes in Computer Science, Volume 7945, pp 409-415.

100. Tenenholtz NA, Hammer PE, Fabozzo A, Feins EN, del Nido PJ, Howe RD, "Fast Simulation of Mitral Annuloplasty for Surgical Planning," *Proceedings of the Seventh International Conference on*

*Functional Imaging and Modeling of the Heart*, London, June 20-22, 2013, Springer Lecture Notes in Computer Science, Volume 7945, pp. 106-113.

99. Bowthorpe M, Tavakoli M, Becher H, Howe RD, "Smith Predictor Based Control in Teleoperated Image-guided Beating-heart Surgery," ," *Proceedings of the IEEE International Conference on Robotics and Automation,* Karlsruhe, Germany, May 6-10, 2013.

98. Loschak PM, Brattain LJ, Howe RD, "Automated Pointing of Cardiac Imaging Catheters," *Proceedings of the IEEE International Conference on Robotics and Automation,* Karlsruhe, Germany, May 6-10, 2013, pp. 5794-99.

98. Kesner SB, Howe RD, "Motion Compensated Catheter Ablation of the Beating Heart Using Image Guidance and Force Control," in Desai JP, Dudek G, Khatib O, Kumar V, eds., *Proceedings of the International Symposium of Experimental Robotics (ISER)*, June 17 - 21, 2012, Québec City, Canada, Springer Tracts in Advanced Robotics vol. 88.

97. Hammond III FL, Kramer RK, Wan Q, Howe RD, Wood RJ, "Soft Tactile Sensor Arrays for Micromaniputlation," *Proceedings of the IEEE/RSJ Int. Conf. on Intelligent Robots and Systems (IROS),* Vilamoura, Portugal, Oct. 7-12, 2012, pp. 25-32

96. Galiana I, Hammond III FL, Howe RD, Popovic MB, "Wearable Soft Robotic Device for Post-Stroke Shoulder Rehabilitation: Identifying Misalignments," *Proceedings of the IEEE/RSJ Int. Conf. on Intelligent Robots and Systems  (IROS)*, Vilamoura, Portugal, Oct. 7-12, 2012, pp. 317-322.

95. Brattain LJ, Vasilyev NV, Howe RD, "Enabling 3D Ultrasound Procedure Guidance through Enhanced Visualization," in P. Abolmaesumi, L. Joskowicz, N. Navab and P. Jannin (Eds.), *Proceedings of the International Conference on Information Processing in Computer-Assisted Interventions (IPCAI),* Pisa, Italy, June 27, 2012, Springer Lecture Notes in Computer Science vol. 7330, pp. 115-124.

94. Hammond III FL, Weisz J, de la Llera Kurth AA, Allen PK, Howe RD, "Towards a Design Optimization Method for Reducing the Mechanical Complexity of Underactuated Robotic Hands, *Proceedings of the IEEE International Conference on Robotics and Automation*, Minneapolis, Minnesota, 2012, pp. 2843-2850.

93. Jentoft L, Howe RD, "Determining Object Geometry with Compliance and Simple Sensors," *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS),* San Francisco, September 25-30, 2011 pp. 1327-1332.

92. Tenenholtz NA, Hammer PE, Schneider RJ, Vasilyev NV, and Howe RD, "On the Design of an Interactive, Patient-Specific Surgical Simulator for Mitral Valve Repair," *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS),* San Francisco, September 25-30, 2011 pp. 3468-3473.

91. Schneider RJ, Tenenholtz N, Perrin DP, Marx GR, del Nido PJ, Howe RD, "Patient-Specific Mitral Leaflet Segmentation from 4D Ultrasound," *Proceedings of Medical Image Computing and Computer-Assisted Intervention – MICCAI*, Toronto, September 18-22, 2011, Springer Lecture Notes in Computer Science vol. 6893, pp. 520-527.

90. Brattain L and Howe RD, "Real-time 4D Ultrasound Mosaicing and Visualization," *Proceedings of Medical Image Computing and Computer-Assisted Intervention – MICCAI*, Toronto, September 18-22, 2011, Springer Lecture Notes in Computer Science vol. 6891, pp. 105-12.

89. Kesner SB and Howe RD, "Discriminating Tissue Stiffness with a Haptic Catheter: Feeling the Inside of the Beating Heart," *Proceedings of the IEEE World Haptics Conference*, Istanbul, June 22-24, 2011, pp. 13-18.

88. Kesner SB and Howe RD, "Design of a motion compensated tissue resection catheter for beating heart cardiac surgery, *Proceedings of the Design of Medical Devices Conference*, Minneapolis, April 12-14; reprinted in *Journal of Medical Devices* 5(2):027523, 2011.

87. Kesner SB and Howe RD, "Force Control of Flexible Catheter Robots for Beating Heart Surgery" *Proceedings of the IEEE International Conference on Robotics and Automation*, Shanghai, May 9-13, 2011, pp. 1589-1594.

86. Schneider RJ, Perrin DP, del Nido PJ, Howe RD, "Modeling Mitral Valve Leaflets from Three-Dimensional Ultrasound," *Proceedings of the Sixth International Conference on Functional Imaging and Modeling of the Heart*, New York, May 25-27, 2011, Springer Lecture Notes in Computer Science, pp. 215-222.

85. Hammer PE, del Nido PJ, Howe RD, "Anisotropic Mass-Spring Method Accurately Simulates Mitral Valve Closure from Image-Based Models," *Proceedings of the Sixth International Conference on Functional Imaging and Modeling of the Heart*, New York, May 25-27, 2011, Springer Lecture Notes in Computer Science, 233-240.

84. Yip MC, Tavakoli M, Howe RD, "Performance Analysis of a Manipulation Task in Time-Delayed Teleoperation," *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS),* Taipei, October 18-22, 2010, pp. 5270-5275.

83. Yuen SG, Dubec KA, Howe RD, "Haptic Noise Cancellation: Restoring Force Perception in Robotically-Assisted Beating Heart Surgery," *Proceeding of the Haptics Symposium*, IEEE press, Waltham, MA, March 25-26, 2010, pp. 387-392.

82. Kesner SB, Yuen SG, Howe RD, "Design and Control of Motion Compensation Cardiac Catheters," *Proceedings of the IEEE International Conference on Robotics and Automation*, Anchorage, AK, USA, May 4-6, 2010, pp. 1059-1065. (Finalist, Best Medical Robotics Paper Award)

81. Kesner SB, Yuen SG, Howe RD, "Ultrasound Servoing of Catheters for Beating Heart Valve Repair," *Proceedings of the 1st International Conference on Information Processing in Computer-Assisted Interventions (IPCAI)*, Geneva, Switzerland, June 23-24 2010, Navab N. and Jannin, P, eds., Springer Lecture Notes in Computer Science, vol. 6135, pp. 168-178.

80. Yuen SG, Yip MC, Vasilyev NV, Perrin DP, del Nido PJ, and Howe RD, "Robotic Force Stabilization for Beating Heart Intracardiac Surgery," *Proceedings of Medical Image Computing and Computer-Assisted Intervention – MICCAI*, Springer Lecture Notes in Computer Science, vol. 5761, London, September 20-24, 2009, pp. 26-33.

79. Schneider RJ, Perrin DP, Vasilyev NV, Marx GR, del Nido PJ, Howe RD, "Mitral Annulus Segmentation from Three-Dimensional Ultrasound," *Proceedings of the IEEE International Symposium on Biomedical Imaging*, Boston, June 28-July 1, 2009, pp. 779-785.

78. Tadakuma, R and Howe, RD, "A Whole-Arm Tactile Display System," *Proceedings of the Third World Haptics Conference (Joint Eurohaptics Conference and Symposium On Haptic Interfaces for Virtual Environment and Teleoperator Systems)*, IEEE press, Salt Lake City, March 18-20, 2009, pp. 446-451.

77. Yuen SG, Kettler DT, Howe RD, "Robotic motion compensation for beating intracardiac surgery," *Proceedings of the 10th International Conference on Control, Automation, Robotics and Vision (ICARCV),* Hanoi, December 17-20, 2008, pp. 617-622.

76. Yuen SG, Novotny PM, Howe RD, "Quasiperiodic Predictive Filtering for Robot-Assisted Beating Heart Surgery," to appear in *Proceedings of the IEEE International Conference on Robotics and Automation*, Pasadena, CA, USA, May 9-13, 2008, pp. 3875-3880.

75. Yuen SG, Kesner SB, Vasilyev NV, del Nido PJ, and Howe RD, "3D Ultrasound-Guided Motion Compensation System for Beating Heart Mitral Valve Repair," *Proceedings of Medical Image Computing and Computer-Assisted Intervention – MICCAI*, Springer Lecture Notes in Computer Science, vol. 5241, New York, September 2008, pp. 711-719.

74. Jordan P, Zickler TE, Socrate S, Howe RD, "A Nonrigid Image Registration Framework for Identification of Tissue Mechanical Parameters." *Proceedings of Medical Image Computing and*

*Computer-Assisted Intervention – MICCAI,* Springer Lecture Notes in Computer Science, vol. 5242, New York, September 2008, pp. 930-8.

73. Kettler DT, R.D. Plowes, Novotny PM, Vasilyev NV, del Nido PJ, and Howe RD, "An Active Motion Compensation Instrument for Beating Heart Mitral Valve Surgery," *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS),* San Diego, CA, Oct. 29-Nov. 2, 2007, pp. 1290-1295. (Finalist, Best Student Paper Award)

72. Tavakoli M, Howe RD, "The Effect of Joint Elasticity on Bilateral Teleoperation," *Proceedings of the IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS),* San Diego, CA, Oct. 29-Nov. 2, 2007, pp. 1618-1623. (Finalist, Best Paper Award)

71. Tadakuma R, Tadakuma K, and Howe RD, "Few D.O.F. Walking Robot with Outer-Wheels," *Proceedings of the IEEE Conference on Automation Science and Engineering (CASE),* Scottsdale, AZ, USA, September 22-25, 2007, pp. 1117-1124.

70. Dollar AM and Howe RD, "The SDM Hand as a Prosthetic Terminal Device: A Feasibility Study," *Proceedings of the IEEE International Conference on Rehabilitation Robotics (ICORR)*, Noordwijk, the Netherlands, June 13-15, 2007, pp. 978-983. (Best Student Paper Award)

69. Yuen SG, Rudoy D, Howe PJ, Wolfe PJ, "Bayesian Changepoint Detection Through Switching Regressions: Contact Point Determination in Material Indentation Experiments," IEEE 14th Workshop on Workshop on Statistical Signal Processing (SSP '07), Madison, Wisconsin, August 26-29, 2007, pp. 104-108.

68. Oyarzábal M, Nakatani M, Howe RD, "Vibration Enhances Geometry Perception with Tactile Shape Displays," *Proceedings of the Second World Haptics Conference (Joint Eurohaptics Conference and Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems),* Tsukuba, Japan, March 22-24, 2007, IEEE Computer Society Press, pp. 44-49.

67. Linguraru MG, Kabla A, Vasilyev NV, del Nido PJ, Howe RD, "Real-time block flow tracking of atrial septal defect Motion in 4D cardiac ultrasound," *Proceedings of the Fourth IEEE International Symposium on Biomedical Imaging*, Washington, DC, April 12-15, 2007, pp. 356-359.

66. P. Novotny, J. Stoll, P. Dupont, R.D. Howe, "Real-Time Visual Servoing of a Robot Using Three Dimensional Ultrasound," *Proceedings of the IEEE International Conference on Robotics and Automation*, Rome, April 2007, pp. 2655 - 2660.

65. A.M. Dollar, R.D. Howe, "Simple, Robust Autonomous Grasping in Unstructured Environments," *Proceedings of the IEEE International Conference on Robotics and Automation*, Rome, April 2007, pp. 4693 - 4700.

64. Novotny, PM, Stoll, JA, Vasilyev, NV, Del Nido, PJ, Dupont, PE, Howe, RD, "GPU Based Real-time Instrument Tracking with Three Dimensional Ultrasound," in R. Larsen, M. Nielsen and J. Sporring, eds., *Proceedings of Medical Image Computing and Computer-Assisted Intervention – MICCAI,* Springer Lecture Notes in Computer Science, vol. 4190, pp. 58-65, Copenhagen, October 2006. (Best Student Paper Award)

63. MG Linguraru, NV Vasilyev, PJ del Nido, RD Howe, "Atrial Septal Defect Tracking in 3D Cardiac Ultrasound," in R. Larsen, M. Nielsen and J. Sporring, eds., *Proceedings of Medical Image Computing and Computer-Assisted Intervention – MICCAI,* Springer Lecture Notes in Computer Science, vol. 4190, pp. 596-603, Copenhagen, October 2006.

62. R. L. Feller, D.P. Perrin, and R.D. Howe, "Validation and Explanation of Waterhammer-Based Locomotion," *Proceedings of the IEEE International Conference on Robotics and Automation*, Orlando, FL, pp. 4264-4269, 2006.

61. J. Stoll, P. Novotny, R.D. Howe, and P. Dupont, "Real-time 3D Ultrasound-based Servoing of a Surgical Instrument," *Proceedings of the IEEE International Conference on Robotics and Automation*, pp. 613-618, Orlando, FL, 2006.

60. A.M. Dollar and R.D. Howe, "Joint Coupling Design of Underactuated Grippers," 30th Annual ASME Mechanisms and Robotics Conference, 2006 International Design Engineering Technical Conferences (IDETC), Philadelphia, PA, Sept. 10-13, 2006. (Best Student Design Award)

59. Wagner CR, Vasilyev N, Perrin DP, del Nido PJ, Howe RD, "Force Feedback in a Three-Dimensional Ultrasound-Guided Surgical Task," *Proceedings of the 14th International Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems*, Washington, DC, 2006, IEEE Computer Society Press, pp. 43- 48.

58. Dollar AM, Wagner CR. Howe RD, "Sensors for Biomimetic Robots via Shape Deposition Manufacturing," *Proceedings of the First IEEE/RAS-EMBS International Conference on Biomedical Robotics and Biomechatronics (BioRob2006)*, Pisa, Italy, 2006, IEEE Press, pp. 763- 768.

57. R.A. Beasley, and R.D. Howe, "Model-Based Error Correction for Flexible Robotic Surgical Instruments," Robotics: Science and Systems I, Cambridge, Massachusetts, June 2005, http://www.roboticsproceedings.org/rss01/index.html.

56. C.R. Wagner, D.P. Perrin, R.L. Feller, R.D. Howe, O. Clatz, H. Delingette, N. Ayache, "Integrating Tactile and Force Feedback with Finite Element Models," *Proceedings of the IEEE International Conference on Robotics & Automation,* Barcelona, April 18-22, 2005, pp. 3942–3947.

55. A.M. Dollar, A. E. Kerdok, S.G. Diamond, P.M. Novotny, and R.D. Howe, "Starting on the Right Track: Introducing Students to Mechanical Engineering with a Project-Based Machine Design Course," *Proceedings of the 2005 ASME International Mechanical Engineering Congress and Exposition (IMECE)*, Mechanical Engineering Education Symposium, IMECE2005-81929, 2005.

54. A.M. Dollar and R.D. Howe, "Design and Evaluation of a Robust Compliant Grasper using Shape Deposition Manufacturing," *Proceedings of the 2005 ASME International Mechanical Engineering Congress and Exposition (IMECE),* Robotics panel of the Dynamic Systems and Control Division, IMECE2005-79791, 2005.

53. C.R. Wagner, R.D. Howe "Mechanisms of Performance Enhancement With Force Feedback," *Proceedings of the IEEE  World Haptics Conference (First Joint Eurohaptics Conference and Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems)*, Pisa, Italy, March 18-20, 2005, pp. 21 – 29.

52. M.P. Ottensmeyer, A.E. Kerdok, R.D. Howe, S.L.Dawson, "The Effects of Testing Environment on the Viscoelastic Properties of Soft Tissues," in S. Cotin and D.N. Metaxas, eds., *Proceedings of Medical Simulation: International Symposium - ISMS 2004*, Cambridge, MA, June 17-18, 2004, Springer Lecture Notes in Computer Science vol. 3078,  pp. 9-18.

51. A.M. Galea and R.D. Howe, "Liver Vessel Parameter Estimation from Tactile Imaging Information," in S. Cotin and D.N. Metaxas, eds., *Proceedings of Medical Simulation: International Symposium - ISMS 2004*, Cambridge, MA, June 17-18, 2004, Springer  Lecture Notes in Computer Science vol. 3078, pp. 59-66.

50. Y. Liu, A.E. Kerdok, R.D. Howe, "A Nonlinear Finite Element Model of Soft Tissue Indentation," in S. Cotin and D.N. Metaxas, eds., *Proceedings of Medical Simulation: International Symposium - ISMS 2004*, Cambridge, MA, June 17-18, 2004, Springer Lecture Notes in Computer Science vol. 3078, pp. 67-76.

49. D.P. Perrin, A. Kwon, and R.D. Howe, "A Novel Actuated Tether Design for Rescue Robots Using Hydraulic Transients," *Proceedings of the IEEE International Conference on Robotics & Automation*, New Orleans, April 26-May 1, 2004, pp. 3482-87.

48. R.A. Beasley, R.D. Howe, and P.D. Dupont, "Kinematic error correction for minimally invasive surgical robots," *Proceedings of the IEEE International Conference on Robotics & Automation*, New Orleans, April 26-May 1, 2004, pp. 358-364.

47. R.L. Feller, C.K.L. Lau, C.R. Wagner, D.P. Perrin, R.D. Howe, "The Effect of Force Feedback on Remote Palpation," *Proceedings of the IEEE International Conference on Robotics & Automation*, New Orleans, April 26-May 1, 2004, pp. 782-88.

46. C.K.L. Lau, C.R. Wagner, and R.D. Howe, "Compliant Background Subtraction Algorithms for Tactile Rendering," *Proceedings of the 12th Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems*, Chicago, March 27-28, 2004, IEEE Computer Society Press, pp. 32-39.

45. S.J. Lederman, R.D. Howe, R.L. Klatzky, C. Hamilton, "Force variability during surface contact with bare finger or rigid probe," *Proceedings of the 12th Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems*, Chicago, March 27-28, 2004, IEEE Computer Society Press, pp. 154- 160.

44. Dollar and R.D. Howe, "Towards Grasping in Unstructured Environments: Optimization of Grasper Compliance and Configuration," *Proceedings of the 2003 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2003)*, Las Vegas, October 27-31, 2003, pp. 3410-3416.

43. A.M. Galea and R.D. Howe, Mammography Registered Tactile Imaging, in N. Ayache and H. Delingette, eds., *Proceedings of the International Symposium on Surgery Simulation and Soft Tissue Modeling - IS4TM 2003*, Juan-Les-Pins, France, June 12-13, 2003, Springer Lecture Notes in Computer Science vol. 2673, pp. 183-193.

42. J.M. Lee, C.R. Wagner, S.J. Lederman, and R.D. Howe, "Spatial Low Pass Filters for Pin Actuated Tactile Displays," *Proceedings of the 11th Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems*, Los Angeles, March 22-23, 2003, IEEE Computer Society Press, pp. 57- 62. Dollar AM and Howe RD,

41. R. A. Beasley and R.D. Howe, "Tactile Tracking of Arteries in Robotic Surgery," *Proceedings of the IEEE International Conference on Robotics & Automation*, Washington, DC, May 11 - 15, 2002, pp. 3801-6.

40. T. Debus, T.-J. Jang, P. Dupont and R. Howe, "Multi-channel vibrotactile display for teleoperated assembly, *Proceedings of the IEEE International Conference on Robotics & Automation*, May 11 - 15, 2002, pp. 592-7.

39. C. R. Wagner, N. Stylopoulos, and R. D. Howe, "The Role of Force Feedback In Surgery: Analysis of Blunt Dissection," in *Proceedings of the 10th Symposium on Haptic Interfaces for Virtual Environment* and Teleoperator Systems, Orlando, March 24-25, 2002, IEEE Computer Society Press, pp. 73-79.

38. Wagner, C.R., Lederman, S.J., Howe, R.D., "A Tactile Shape Display Using RC Servomotors," *Proceedings of the 11th Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems*, Orlando, March 24-25, 2002, IEEE Computer Society Press, pp. 354 - 355

37. S. S. Park, R. D. Howe, and D. F. Torchiana, "Virtual Fixtures for Robot-Assisted Minimally-Invasive Cardiac Surgery," in W. J. Niessen and M. A. Viergever, eds., *Proc. Fourth International Conference on Medical Image Computing and Computer-Assisted Intervention – MICCAI 2001*, Utrecht, The Netherlands, 14-17 October 2001, Lecture Notes in Computer Science Vol.1679, Springer, Berlin, p. 1419-20.

36. S. Selha ,P. Dupont, R.D. Howe, and D. Torchiana, "Optimal Port Placement in Robot-Assisted Coronary Artery Bypass Grafting," in W. J. Niessen and M. A. Viergever, eds., *Proc. Fourth International Conference on Medical Image Computing and Computer-Assisted Intervention – MICCAI 2001*, Utrecht, The Netherlands, 14-17 October 2001, Springer Lecture Notes in Computer Science Vol.1679.

35. J. P. Desai and R. D.Howe, "Towards the development of a humanoid arm by minimizing interaction forces through minimum impedance control," *Proceedings of the IEEE International Conference on Robotics & Automation*, Seoul, Korea, May 23-25, 2001, pp. 4214-4219.

34. T. Debus, P. Dupont and R.D. Howe, "Automatic identification of local geometric properties during teleoperation," *Proceedings of the IEEE International Conference on Robotics & Automation*, San Francisco, April 2000, pp. 3428-3434.

33. F. Lai and R.D. Howe, "Evaluating Control Modes for Constrained Robotic Surgery," *Proceedings of the IEEE International Conference on Robotics & Automation*, San Francisco, April 2000, pp. 603-609.

32. F. Lai, R.D. Howe, P.A. Millman, and S. Sur, "Frame Mapping And Dexterity For Task Performance In Robotic Endoscopic Surgery," in N. Olgac, ed., Proc. of the ASME Dynamic Systems and Control Division, ASME International Mechanical Engineering Congress and Exposition, Nashville, Nov. 14-19, 1999, DSC-Vol. 67.

31. M. Shibata and R.D. Howe, "Effect of Gloving on Perceptual and Manipulation Task Performance," in N. Olgac, ed., Proc. of the ASME Dynamic Systems and Control Division, ASME International Mechanical Engineering Congress and Exposition, Nashville, Nov. 14-19, 1999, DSC-Vol. 67.

30. T. Debus P. Dupont, and R.D. Howe, "Automatic Property Identification via Parameterized Constraints," *Proceedings of the IEEE International Conference on Robotics & Automation*, Detroit, May 1999, pp. 1876-81.

29. W.J. Peine and R.D. Howe, "Do humans sense finger deformation or distributed pressure to detect lumps in soft tissue?," in R.J. Furness, ed., *Proceedings of the ASME Dynamic Systems and Control Division*, ASME International Mechanical Engineering Congress and Exposition, Anaheim, Nov. 19-20, 1998, DSC-Vol. 64, pp. 273-278.

28. A. M. Okamura, J. T. Dennerlein and R. D. Howe, "Vibration Feedback Models for Virtual Environments," *Proceedings of the IEEE International Conference on Robotics & Automation*, Leuven, Belgium, May 16-20, 1998, pp. 674-679.

27. W.J. Peine, P.S. Wellman and R. D. Howe, "Temporal bandwidth requirements for tactile shape displays," in G. Rizzoni, ed., *Proceedings of the ASME Dynamic Systems and Control Division*, ASME International Mechanical Engineering Congress and Exposition, Dallas, Nov. 15-21, 1997, DSC-Vol. 61, pp. 107-113.

26. J.T. Dennerlein, P. Millman, and R.D. Howe, "Vibrotactile Feedback for Industrial Telemanipulators," Sixth Annual Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems, ASME International Mechanical Engineering Congress and Exposition, Dallas, Nov. 15-21, 1997, DSC-Vol. 61, pp. 189-195.

25. A. Z. Hajian, D. S. Sanchez, and R. D. Howe, "Drum roll: Increasing bandwidth through passive impedance modulation," *Proceedings of the IEEE International Conference on Robotics and Automation*, Albuquerque, New Mexico, April 20 - 25, 1997, pp. 2294-9. (Finalist, best student paper award.)

24. P. E. Dupont, T. M. Schulteis, and R. D. Howe , "Experimental Identification of Kinematic Constraints, *Proceedings of the IEEE International Conference on Robotics and Automation*, Albuquerque, New Mexico, April 20 - 25, 1997, pp. 2677-82.

23. T. Shulteis, P. Dupont, P. Millman, and R. Howe, "Automatic identification of remote environments," Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems, ASME International Mechanical Engineering Congress and Exposition, Atlanta, GA, Nov. 17-22, 1996, K. Danai, ed., Proceedings of the Dynamic Systems and Control Division of the ASME, DSC-Vol. 58, p. 451-458.

22. J.S. Son, R.D. Howe, J. Wang, and G. D. Hager, "Preliminary results on grasping with vision and touch," *Proceedings of IROS '96: IEEE/RSJ International Conference on Intelligent Robots and Systems*, Osaka, Japan, Nov. 4-8, 1996.

21. D. Hristu, D. A. Kontarinis, and R.D. Howe, "A comparison of delay and bandwidth limitations in teleoperation," *Proceedings of the International Federation of Automatic Controls World Congress*, San Francisco, June 30–July 5, 1996, Elsevier, vol. L, p. 331-336.

20. J. S. Son and R. D. Howe, "Tactile sensing and stiffness control with multifingered hands," *Proceedings of the IEEE International Conference on Robotics and Automation*, Minneapolis, April 22-28, 1996, p. 3228-3233.

19. E. R. Dunn and R. D. Howe, "Foot placement and velocity control in smooth bipedal walking," *Proceedings of the IEEE International Conference on Robotics and Automation*, Minneapolis, April 22-28, 1996, p. 578-583.

18. R. D. Howe, D. A. Kontarinis, and W.J. Peine, "Shape memory alloy actuator controller design for tactile displays," *Proceedings of the 34th IEEE Conference on Decision and Control*, New Orleans, December 13-15, 1995, p. 3540-3544.

17. P. Wellman and R. D. Howe, "Towards realistic vibrotactile display in virtual environments," Symposium on Haptic Interfaces for Virtual Environment and Teleoperator Systems, ASME International Mechanical Engineering Congress and Exposition, San Francisco, November 12-17, 1995, T.E. Alberts, ed., Proceeding of the ASME Dynamics Systems and Control Division of the ASME, DSC-Vol. 57-2, p. 713-718.

16. D. A. Kontarinis, J.S. Son, W.J. Peine, and R. D. Howe, "A tactile sensing and display system for teleoperated manipulation," *Proceedings of the 1995 IEEE International Conference on Robotics and Automation*, Nagoya, Japan, May 1995, p. 641-646.

15. W. J. Peine, J. S. Son, and R. D. Howe, "A palpation device for artery localization in laparoscopic surgery," *Proceedings of the First International Symposium on Medical Robotics and Computer Assisted Surgery*, Pittsburgh, PA, Sept. 1994. p. 250-253.

14. E. R. Dunn and R. D. Howe, "Towards smooth biped walking," *Proceedings of the 1994 IEEE International Conference on Robotics and Automation*, San Diego, CA, May 1994, pp. 2489-2494.

13. J. Son, E. A. Monteverde, and R. D. Howe, "A tactile sensor for localizing transient events in manipulation," *Proceedings of the 1994 IEEE International Conference on Robotics and Automation*, San Diego, CA, May 1994, pp. 471-476.

12. R. D. Howe, "A dextrous teleoperated hand system with finger-level force feedback," International Federation of Machines and Mechanisms International Symposium, Nagoya, Japan, September 1992.

11. R. D. Howe, "Tactile sensor selection for dextrous manipulation," IMACS/SICE International Symposium on Robotics, Mechatronics, and Manufacturing Systems, Kobe, Japan, September 1992.

10. R. D. Howe, "A force-reflecting teleoperated hand system for the study of tactile sensing in precision manipulation," *Proceedings of the 1992 IEEE International Conference on Robotics and Automation*, Nice, France, May 1992, pp. 1321-1326.

9. R. D. Howe, "A tactile stress rate sensor for perception of fine surface features*," Proceedings of Transducers '91: Sixth International Conference on Solid-State Sensors and Actuators*," San Francisco, CA, June 23-27, 1991.

8. R. D. Howe and M. R. Cutkosky, "Integrating tactile sensing with control for dextrous manipulation," 1990 IEEE International Workshop on Intelligent Motion Control, Istanbul, Turkey, August 20-22, 1990, pp. 369 – 374.

7. R. D. Howe, N. Popp, I. Kao, P. Akella, and M. Cutkosky, "Grasping, manipulation, and control with tactile sensing," *Proceedings of the 1990 IEEE international Conference on Robotics and Automation,* Cincinnati, OH, May 13-18, 1990.

6.  R. D. Howe and M. R. Cutkosky, "Sensing skin acceleration for texture and slip perception," *Proceedings of the 1989 IEEE Conference on Robotics and Automation*, Scottsdale, AZ, May 14-16, 1989.

5.  M. R. Cutkosky and R. D. Howe, "Dynamic tactile sensing," *RoManSy 7: Seventh CISM-IFToMM Symposium on the Theory and Practice of Robots and Manipulators*, Udine, Italy, September 12-15, 1988, A. Morecki, G. Bianchi, and K. Jaworek, eds., Editions Hermes, Paris, 1990.

4.  R. D. Howe, I. Kao, and M. R. Cutkosky, "The sliding of robot fingers under combined torsion and shear loading," *Proceedings of the 1988 IEEE Conference on Robotics and Automation*, Philadelphia, PA, April 25-29, 1988.

3.  M. R. Cutkosky, R. D. Howe, and A. P. Witkin, "Object-oriented modeling of robot hands," in *Symposium on Knowledge-Based Expert Systems for Manufacturing*, PED vol. 24, Lu, S. C-Y. and Komanduri, R., eds., American Society of Mechanical Engineers Winter Annual Meeting, Anaheim, CA, December 1986.

2.  G. Kychakoff, R. K. Hanson, and R. D. Howe, "Simultaneous multiple-point measurements of oh in combustion gases using planar laser-induced fluorescence," *Proceedings of the 20th International Symposium on Combustion*, The Combustion Institute, pp. 1265-1272, 1985.

1.  G. Kychakoff, R. D. Howe, and R. K. Hanson, "Use of planar laser-induced fluorescence for the study of combustion flowfields," paper 83-1361, 19th American Institute of Aeronautics and Astronautics Propulsion Conference, Seattle, WA, June 27-29, 1983.

## Contributed Conference Papers, Abstracts, and Presentations

101. Aktas B, Ornellas S, Narang YS, Vlassak J, Howe RD "Stiff-Soft Transitioning Wrist Brace Using Composite Layer Jamming" Workshop on Opportunities and Challenges in Soft Robotics Across Length Scales, International Conference on Robotics and Automation (ICRA), Montreal, Canada, May 20-24, 2019.

100. Nuckols RW, Swaminathan K, Lee S, Revi DA, Walsh CJ, Howe RD "Investigating the role of muscle dynamics in individual response to soft exosuit assistance," Workshop on Human movement science for physical human-robot collaboration, International Conference on Robotics and Automation (ICRA), Montreal, Canada, May 20-24, 2019.

99.  Swaminathan K, Lee S, Nuckols RW, Revi DA, Singh P, Howe RD, Smith MA, Walsh CJ, "Biomechanics Underlying Subject-Dependent Variability in Motor Adaptation to Soft Exosuit Assistance," In Masia L, Micera S, Akay M, Pons J (eds), *Converging Clinical and Engineering Research on Neurorehabilitation III: Proc. International Conference on NeuroRehabilitation,* Pisa, Italy, Oct. 2018, Biosystems & Biorobotics vol. 21, Springer.

98.  Nuckols RW, Lee S, Revi DA, Degirmenci A, Walsh C, Howe RD. "Comparison of subject-specific exosuit assistance profiles to ultrasound measurements of gastrocnemius fascicle dynamics during human walking". *World Congress of Biomechanics*. Dublin, Ireland, July 8-12 2018.

97.  Nuckols RW, Lee S, Revi DA, Degirmenci A, Walsh C, Howe RD. "Evaluating Muscle Response to Exosuit Assistance", *Dynamic Walking*, May 21-25, 2018.

96.  Saeed MY, Shin B, Payne CJ, Narang YS, Perrin D, Howe RD, Vasilyev, N, Ad N, del Nido PJ. "Innovative Minimal Invasive Technology for Epicardial Ventricular Ablation". *AATS Annual Meeting.* San Diego, CA, April 28-May 1, 2018.

95.  Howe RD, "Combining Tactile Sensing and Grasp Analysis to Predict Grasp Stability," Workshop on Tactile Sensing for Manipulation: Hardware, Modeling, and Learning, RSS Conference, Cambridge, July 15, 2017.

94. Howe RD, "Achieving Selective Kinematics and Stiffness in Flexible Robotics," Robotics: Science and Systems Program Committee Meeting, Carnegie Mellon University, Pittsburgh, April 6, 2017

93. Wan Q, Howe RD, "Setting Realistic Expectations for Data-Driven Grasp Stability Prediction," Workshop on Empirically Data-Driven Manipulation, RSS 2017, Cambridge, USA, July 16, 2017

92. Qan Q, Howe RD, "On the Variability of Tactile Signals During Grasping," *Proceedings of the Australasian Conference on Robotics and Automation*, December 2-4, Canberra, Australia, http://www.araa.asn.au/conferences/acra-2015/

91. Degirmenci A, Walsh CJ, Hammond III FL, Wood RJ, Gafford JB, and Howe RD, "Design and Control of a Robotic System for Microsurgery," New England Manipulation Symposium (NEMS), Northeastern University, Boston, May 22, 2015.

90. Wan, Q, Howe, RD "Contact sensing based error detection in data-driven grasping," New England Manipulation Symposium (NEMS), Northeastern University, Boston, May 22, 2015.

89. Jentoft, L, Wan, Q, Howe, RD "How to Think About Designing and Controlling Robot Hands" New England Manipulation Symposium (NEMS), Columbia University, New York, NY, May 22, 2014.

88. Fu Q, Ushani A, Jentoft L, Howe RD, Santello, M. "Human reach-to-grasp compensation with object pose uncertainty," Proceedings of the 35th Annual International Conference of the IEEE Engineering in Medicine and Biology Society,   July 3-7, 2013, pp. 6893-6896.

87. Tenenholtz NA, Howe RD, "Training Predictive Skills for Mitral Valve Repair." Proceedings of the ASME/FDA 2013 Annual Frontiers in Medical Devices: Applications of Computer Modeling and Simulation. Washington, DC, September 10-12, 2013.

86. Tenenholtz NA, Howe RD, "Developing a Training Tool for Intraoperative Mitral Valve Analysis." In 2013 Hamlyn Symposium on Medical Robotics. 2013.

85. Hammond III FL, Talbot SG, Wood RJ, Howe RD, "Measurement System for the Characterization of Micromanipulation Motion and Force," Proceedings of the 2013 Design of Medical Devices Conference, Minneapolis, MN April 8-11, 2013.

84. Howe RD, "Why 3D Ultrasound Isn't the Default Image Guidance Modality – and Why it Should Be," Symposium on Surgical Robotics, Fourth IEEE RAS/EMBS International Conference on Biomedical Robotics and Biomechatronics (BioRob), Rome, June 24, 2012.

83. Jentoft LP, Howe RD, "Force Sensing with Compliant Joints," Workshop on Advances in Tactile Sensing and Touch based Human-Robot Interaction, Human Robot Interaction 2012, Boston, MA March 5–8, 2012.

82. Yeow CH, Baisch AT, Howe RD, Talbot SG, and Walsh CJ, "Differential Spring Stiffness Design for Finger Therapy Exercise Device: Bio-inspired from Stiff Pathological Finger Joints, Proceedings of the 2012 Design of Medical Devices Conference, Minneapolis, MN April 10-12, 2012, *ASME Journal of Medical Devices* 6: 017538-1.

81. Hammond III, Frank L., Simon G. Talbot, Robert J. Wood, and Robert D. Howe. "Data-Driven Design of a Dexterous Robotic Microsurgery System." Proceedings of the 2012 Design of Medical Devices Conference, Minneapolis, MN April 10-12, 2012,  *ASME Journal of Medical Devices* 6(1).

80. Tenenholtz NA, Hammer PE, Howe RD, "Fast Interactive Simulations of Mitral Valve Repair," Proc of 4th Annual International Conference in Computational Surgery and Dual Training, Boston, Dec. 9-11, 2012.

79. Hammer PE, Howe RD, del Nido PJ, "Lower Transient Stresses in an Aortic Valve Leaflet with Oblique Reinforcement Fibers: a Finite Element Study," Proceedings of the ASME 2012 Summer Bioengineering Conference (SBC2012), Fajardo, Puerto Rico, June 20-23, 2012.

78. Kesner SB, Jentoft LP, Hammond III FL, Howe RD, and Popovic M, "Design Considerations for an Active Soft Orthotic System for Shoulder Rehabilitation," Proceedings of the 33rd Annual

International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC '11), Boston, August 30-Sept. 3, 2011, pp. 8130-34.

77. Jentoft L and Howe RD, "Compliant Fingers Make Simple Sensors Smart," International Workshop on Underactuated Grasping, Montreal, Canada, August 19, 2010.

76. Howe RD, "Motion compensation for ultrasound-guided robotic heart surgery," Workshop on Enabling Technologies for Image-Guided Robotic Interventional Procedures, Robotics: Science and Systems Conference, Zaragoza, Spain, June 28, 2010.

75. Howe RD, "Insights from Minimalism," Workshop on Grasp Acquisition: How to Realize Good Grasps, Robotics: Science and Systems Conference, Zaragoza, Spain, June 27, 2010.

74. Hammer PE, Sacks MS, del Nido PJ, Howe RD. "Mass-Spring vs. Finite Element Models of Anisotropic Heart Valves: Speed and Accuracy," ASME 2010 Summer Bioengineering Conference, Naples, Florida , June 16-19, 2010, SBC2010-19521, pp. 149-50.

73. Howe RD, "Fixing the Beating Heart: Ultrasound Guidance for Robotic Intracardiac Surgery," in Ayache N, Delingette H and Sermesant M, eds., *Proceedings of the 5th International Conference on Functional Imaging and Modeling of the Heart*, Springer Lecture Notes in Computer Science vol. 5528, Nice, France, June 3-5, 2009, pp. 97-103.

72. Yuen SG, Kesner SB, and Howe RD, "A Robotic Surgical System for Beating-Heart Procedures, CIMIT Innovation Congress, Boston, Oct 28-29, 2008. (Best Student Poster Award)

71. Dollar AM and Howe, RD, "Simple, reliable robotic grasping for human environments," *Proceedings of the IEEE International Conference on Technologies for Practical Robot Applications (TePRA)*, Woburn, MA, USA, Nov. 10-11 2008, pp. 156-161.

70. Tavakoli M and Howe RD, "Improving teleoperation performance in the presence of non-ideal robot dynamics," *Proceedings of the IEEE International Conference on Technologies for Practical Robot Applications (TePRA)*, Woburn, MA, USA, Nov. 10-11 2008, pp. 128-130.

69. Jordan P, Socrate S, Zickler TE, Howe RD, "Enhanced Mechanical Characterization of Tissue Response Using Full-Field Deformation Data from 3D Ultrasound," Symposium on Non-Invasive Diagnostics for Biomechanics, 45th Annual Technical Meeting of the Society of Engineering Science, University of Illinois Urbana-Champaign, October 12-15, 2008.

68. Dollar AM, Howe RD, "The SDM Hand: A Highly Adaptive Compliant Grasper for Unstructured Environments," in Khatib O, Kumar V, and Pappas GJ, *Proceedings of the 11th International Symposium on Experimental Robotics 2008 (ISER '08)*, Springer Tracts in Advanced Robotics, vol. 54, Athens, Greece, July 14-17, 2008, pp. 3-11.

67. Tavakoli M, Howe RD, "Haptic Implications of Tool Flexibility in Surgical Teleoperation," *Proceedings of the 16th International Symposium on Haptic Interfaces for Virtual Environment & Teleoperator Systems*, IEEE Computer Society Press, March 13-14, 2008, Reno, Nevada, pp. 377-8.

66. Howe RD, "Robo-surgeon: Combining medical imaging and mechanical models to automate surgery," Keynote address, SPIE Medical Imaging Conference, San Diego, February 18, 2008.

65. Hammer PE, Perrin DP, del Nido PJ, Howe RD, "Image-Based Mass-Spring Model of Mitral Valve Closure for Surgical Planning," SPIE Medical Imaging, San Diego, February 2008, Proc. SPIE Vol. 6918, in press.

64. Jordan P, Socrate S, Howe RD, "Image-based mechanical characterization of porcine liver using 3D ultrasound," Second International Conference on Mechanics of Biomaterials & Tissues, Kauai Hawaii, USA, December 9-13, 2007.

63. P. Deckers, A.M. Dollar, and R.D. Howe, "Guiding Grasping with Proprioception and Markov Models," Manipulation Workshop: Sensing and Adapting to the Real World, Robotics: Science and Systems Conference, Atlanta, GA, June 30, 2007.

62. Kerdok AE, Howe RD, Socrate S, "Viscoelastic Characterization of Perfused Liver: Indentation Testing and Preliminary Modeling," to be presented at the ASME 2007 Summer Bioengineering Conference, Keystone, Colorado, USA, 20-24 June 2007.

61. Diamond, S.G., Howe, R.D., Schaechter, J.D., "Effect of hypnosis on motor function and cortical activation in chronic stroke patients," 13th Annual Meeting of the Organization for Human Brain Mapping (OHBM), Chicago, June 10-14, 2007.

60. Dollar AM, Howe RD, "A Simple, Robust Grasping in Unstructured Environments," Third Annual New England Manipulation Symposium (NEMS), Rensselaer Polytechnic Institute, Troy, NY, June 1, 2007.

59. Y. Ishihara, R. Nezafat, J.V. Wylie, M.G. Linguraru, M.E. Josephson, R.D. Howe, W.J. Manning, D.C. Peters, "3D Visualization of RF ablation scarring using delayed enhanced MRI co-registered with MRA," Joint Annual Meeting of the International Society for Magnetic Resonance in Medicine & the European Society for Magnetic Resonance in Medicine and Biology, Berlin, 19-25 May 2007.

58. Ottensmeyer MP, Kerdok AE, Socrate S, Howe RD "Mechanical Characterization of Artificially Perfused Porcine Liver," Symposium on Computer Simulation in Medicine (CompMed), Montreal, May 16-18, 2007.

57. Dollar AM and Howe RD, "Simple, Robust Grasping for Human Environments," Workshop on Technical Challenges for Dependable Robots in Human Environments, International Advanced Robotic Program, Rome, April 14-15, 2007.

56. Dollar AM and Howe RD, "Simple, Robust Autonomous Grasping in Unstructured Environments," Workshop on Contact Interface in Robotic Manipulation, 2007 IEEE International Conference on Robotics and Automation, Rome, April 14, 2007.

55. S. Yuen, D. Rudoy, R.D. Howe, P.J. Wolfe, "Switching Regressions for Bayesian Changepoint Analysis in Material Indentation Experiments," New England Statistics Symposium, Worcester, Massachusetts, April 21, 2007.

54. Y. Ishihara, R. Nezafat, J.V. Wylie, M.G. Linguraru, M.E. Josephson, R.D. Howe, W.J. Manning, D.C. Peters, "MRI Evaluation of RF Ablation Scarring for Atrial Fibrillation Treatment," *Visualization and Image-Guided Procedures, Proceedings of SPIE* vol. 6509, K.R. Cleary and M.I. Miga, eds.,San Diego Feb. 17 – 22, 2007.

53. Novotny, PM, Kettler, DT, Jordan, P, Dupont, PE, Del Nido, PJ, and Howe, RD, "Stereo Display of 3D Ultrasound Images for Surgical Robot Guidance," *Proceedings of the 28th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC)*, Aug 30-Sept. 3, 2006, New York, pp. 1509 - 1512.

52. Nakatani N, Howe RD, Tachi S, "The Fishbone Tactile Illusion," *Proceedings of EuroHaptics*, Paris, July 3-6, 2006.

51. Linguraru MG and Howe RD. "Texture-based Segmentation of Instruments in 3D Ultrasound," In EL Siegel, E Krupinski, and M Sonka, editors, *Medical Imaging, Proceedings of SPIE* vol. 6144, paper 6144J, 2006.

50. Vasilyev, NV, Novotny, PM, Martinez, JF, Roy, N, Salgo, IS, Howe, RD, Del Nido, PJ, "Stereo Vision Technology in Real-Time Three-Dimensional Echocardiography-Guided Intracardiac Beating-Heart Surgery," Proc. 9th Annual Scientific Meeting of International Society For Minimally Invasive Cardiothoracic Surgery, 2006.

49. Perrin DP, Wagner CR, Geisse N, Howe RD, Parker KK, "Haptic Interface for Cardiac Cell Exploration Using AFM," World Haptics Conference (First Joint Eurohaptics Conference and Symposium on Haptic Interfaces For Virtual Environment and Teleoperator Systems), Pisa, Italy, March 18-20, 2005.

48. Novotny PM, Dupont PE, Savord B, Salgo IS, Suematsu Y, Triedman J, Marx G, Del Nido PJ, Howe RD, "Guiding Robotic Surgery with 3D Ultrasound: A Study of Instrument Size on Surgical Performance," Medical Image Computing and Computer-Assisted Intervention - MICCAI, 2005.

47. Jordan P, Zickler T, Socrate S, Howe RD. "Non-Rigid Soft Tissue Tracking with Three-Dimensional Ultrasound." 4th International Conference on the Ultrasonic Measurement and Imaging of Tissue Elasticity. Austin, TX, 2005.

46. Kerdok AE, Jordan P, Liu Y, Wellman PS, Socrate S, Howe RD. "Identification of Nonlinear Constitutive Law Parameters of Breast Tissue." Proceedings of the 2005 Summer Bioengineering Conference. ASME, 2005.

45. Jordan P, Kerdok AE, Socrate S, Howe RD. "Breast Tissue Parameter Identification for a Nonlinear Constitutive Model." BMES Annual Fall Meeting. Baltimore, MD, 2005.

44. Linguraru, MG, Novotny, PM, Howe, RD, "Enhancement of Instrument Appearance in Ultrasound Images by Distribution and Spatial Analysis," Medical Image Computing and Computer-Assisted Intervention - MICCAI, 2005.

43. C.R. Wagner and R.D. Howe, "Embedded Strain Gage Force Sensor for Robotic Surgery," World Haptics Conference (First Joint Eurohaptics Conference and Symposium on Haptic Interfaces For Virtual Environment and Teleoperator Systems), Pisa, Italy, March 18-20, 2005.

42. Perrin DP, Ladd AM, Kavraki LE, Howe RD, Cannon JW, "Fast intersection checking for parametric deformable models," Medical Imaging 2005: Image Processing. San Diego, CA, Proceedings of SPIE 5747(1): 1468-74, February 17 2005.

41. Novotny, PM, Linguraru, MG, Marx, G, Del Nido, PJ, Howe, RD, *Using Real-Time Three-Dimensional Ultrasound to Characterize Mitral Valve Motion,* Proc. Biomedical Engineering Society - BMES, 2005.

40. Y. Suematsu, G.R Marx, J.A. Stoll, P.E. Dupont, R.D. Howe, J.K. Triedman, T. Mihaljevic, B.N. Mora, B.J. Savord, I.S. Salgo, and P.J. Del Nido, "3-Dimensional Echo Guided Beating-Heart Surgery Without Cardiopulmonary Bypass: Feasibility Study," American Association for Thoracic Surgery, Toronto, April 25 - 28, 2004.

39. P.M. Novotny, J.W. Cannon, and R.D. Howe, "Tool Localization in 3D Ultrasound Images," in R.E. Ellis and T.M. Peters, eds., *Proceedings of Medical Image Computing and Computer-Assisted Intervention - MICCAI 2003: 6th International Conference*, Montréal, Canada, November 15-18, 2003, Springer Lecture Notes in Computer Science, vol. 2879, part II, pp. 969-970.

38. A.M. Galea, and R.D. Howe, "Tissue stiffness from tactile imaging," *Proceedings of the Second Joint EMBS-BMES Conference*, IEEE Press, Vol. 2, pp. 935-6, October 23-26 2002.

37. J. W. Cannon, R. D. Howe, and P. J. del Nido, "Modeling Myocardial Injury During Trans-Atrial Intracardiac Procedures," *Medicine Meets Virtual Reality*, Newport Beach, California, Jan. 23-26, 2002.

36. H. E. Gunter, R. D. Howe, R. E. Hillman, and K. N. Stevens, "Analysis of factors affecting vocal fold impact stress using a mechanical model," Acoustical Society of America Annual Meeting, Fort Lauderdale, Florida, December 3-7, 2001.

35. J. Stoll, P. Dupont, R. Howe, R. Kikinis, and F. Jolesz, "Ultrasound-based Servoing of Manipulators during Telesurgery," in M. R. Stein, ed., Telemanipulator and Telepresence Technologies VIII, Newton, Massachusetts, 28 October – 2 November 2001, *Proceedings of SPIE* vol. 4570, p. 78-85.19.       S. Selha, P. Dupont, R. D. Howe, and D. F. Torchiana, "Dexterity Optimization in Robot-Assisted Minimally Invasive Surgery," in M. R. Stein, ed., Telemanipulator and Telepresence Technologies VIII, Newton, Massachusetts, 28 October – 2 November 2001, *Proceedings of SPIE* vol. 4570, p. 97-104.

34. T. Debus, T.-J. Jang, P. Dupont and R. Howe, "A Multi-channel Vibrotactile Display for Sensory Substitution During Teleoperation," in M. R. Stein, ed. Telemanipulator and Telepresence Technologies VIII, Newton, Massachusetts, 28 October – 2 November 2001, *Proceedings of SPIE* vol. 4570, p. 42-49.

33. T. Debus, J. Stoll, R. D. Howe, and P. Dupont, "Cooperative Human and Machine Perception in Teleoperated Assembly" in D. Rus and S. Singh, eds., *Experimental Robotics VII. The Fifth International Symposium*, Honolulu, HI, December 10-13, 2000, Springer Lecture Notes in Control and Information Sciences, pp. 51-60, 2001.

32. Y. Matsuoka and R. D. Howe, "Hand Impedance Change During Learning of a Novel Contact Task," 2000 World Congress on Medical Physics and Biomedical Engineering, Chicago, July 23-28, 2000,

31. P. S. Wellman, R. D, Howe, N. Dewagan, M. A. Cundari, E. Dalton, K. A. Kern, "Tactile Imaging: A Method for Documenting Breast Masses," *Proceedings of the First Joint BMES/EMBS Conference*, Atlanta, Oct. 13-16, 1999, p. 1131.

30. D.T.V. Pawluk, R.D. Howe, "Dynamic Contact Mechanics of the Human Fingerpad with a Flat Surface," Biomedical Engineering Society Annual Meeting, Cleveland, October 11 , 1998.

29. R. D. Howe, T. Debus and P. Dupont, "Haptic Identification of Remote Environment Properties," Telemanipulator and Telepresence Technologies V, M. R. Stein, ed., *Proceedings of SPIE* Vol. 3524, Boston, November 4-5, 1998, pp. 123-130.

28. J.S. Kimmelman, J.T. Dennerlein, R.D. Howe. Fingertip pressure distribution during pinch and lift tasks. International Mechanical Engineering Conference and Exhibition of the American Society of Mechanical Engineering (ASME), Bioengineering Division, Anaheim, CA, 1998. (Best Undergraduate Student Paper Award)

27. R. D. Howe, D. A. Kontarinis, W.J. Peine, and P. W. Wellman, "Tactile displays for increased spatial and temporal bandwidth in haptic feedback," in Y. Shirai and S. Hirose, eds., *Robotics Research: The Eighth International Symposium*, October 4-7, 1997, Hayama, Japan, Springer-Verlag, Berlin, 1998.

26. D. T. V. Pawluk and R. D. Howe, "Contact pressure distribution on the human finger pad," 26th Congress of the International Society of Biomechanics, Tokyo, August 25-29, 1997, p. 335.

25. Pawluk, D.T.V., Peine, W.J., Wellman, P.S. and Howe, R.D., "Simulating Soft Tissue with a Tactile Shape Display," ASME International Mechanical Engineering Congress and Exposition, Dallas, Nov. 15-21, 1997, in B. Simon, ed., *Advances in Bioengineering*, ASME BED-Vol. 36, pp. 253-4.

24. P.S. Wellman and R.D. Howe, "Modeling probe and tissue interaction for tumor feature extraction," 1997 ASME Summer Bioengineering Conference, Sun River, OR., June 1997, BED-Vol. 35, pp. 237-8.

23. D. T. V. Pawluk and R. D. Howe, "Mechanical impedance and energy dissipation in the human finger pad," 1997 ASME Summer Bioengineering Conference, Sun River, Oregon, June 1997, BED-Vol. 35, p. 591-592.

22. W.J. Peine and R. D. Howe, "Finger pad shape in lump detection," 1997 ASME Summer Bioengineering Conference, Sun River, Oregon, June 1997, BED-Vol. 35, p. 593-594.

20. P.S. Wellman, W.J. Peine, G. Favalora, and R. D. Howe, "Mechanical Design and Control of a High-Bandwidth Shape Memory Alloy Tactile Display," in A. Casals and A.T. de Almeida, eds., *Experimental Robotics V. The Fifth International Symposium*, Barcelona, Spain, June 15-18, 1997, Springer Lecture Notes in Control and Information Sciences vol. 232, pp. 56-66.

19. Pawluk D. and Howe, R.. A Holistic Model of Human Touch. In J.M. Bower (Ed.) *Computational Neuroscience Trends in Research* (Proceedings of the Fifth Annual Computational Neuroscience Conference, Cambridge, MA, July 14-17, 1996) Plenum Press, New York, pp. 759-764, 1997.

18.  R. D. Howe, "Robotic skin sensors and contact mechanics signal analysis," Workshop on the Role of Tissue Mechanics on Somatosensation, Institute for Sensory Research, Syracuse University, Syracuse, N.Y., June 1996.

17.  A. Z. Hajian and R. D. Howe, "Variation of finger tip impedance in pinch grip," 9th Engineering Foundation Conference on Biomechanics & Neural Control of Movement, Mt. Sterling, Ohio, June 1-6, 1996.

16.  D. A. Kontarinis and R. D. Howe, "Tactile displays for dextrous telemanipulation," ECPD International Conference on Advanced Robotics and Intelligent Automation, Athens, Greece, September 6-8, 1995.

15.  J. Son and R.D. Howe, "Performance limits and stiffness control of multifingered hands." O. Khatib and J.K. Salisbury, eds. *Experimental Robotics IV: The 4th International Symposium*, Stanford, June 30-July 2, 1995,  Springer Lecture Notes in Control & Information Sciences vol. 223, 1997. pp. 91-102.

14.  D. A. Kontarinis and R. D. Howe, "A multiparameter tactile display system for teleoperation,"  T.B. Sheridan, ed., *Analysis, Design and Evaluation of Man-Machine Systems 1995: Postprint volume from the Sixth IFAC/IFIP/IFORS/IEA Symposium*, Cambridge, June 27-29 1995, Pergamon Press, vol. 1, pp. 83-88.

13.  D. A. Kontarinis and R. D. Howe, "Static display of shape," in H. Das, ed., *Telemanipulator & Telepresence Technologies*, Boston, MA, October 31-November 1, 1994, *Proc. SPIE* vol. 2351, pp. 250-9.

12.  W.J. Peine, D. A. Kontarinis, R. D. Howe, "A remote palpation system for minimally invasive surgery," Society for Minimally Invasive Therapy 6th International Meeting, Berlin, Germany, October 2-4, 1994 (Best poster award).

11.  D. A. Kontarinis and R. D. Howe, "Tactile display of contact shape in dextrous manipulation," in *Advances in Robotics, Mechatronics, and Haptic Interfaces*, DSC-vol. 49, H. Kazerooni, J. E. Colgate, and B. D. Adelstein, eds., American Society of Mechanical Engineers Winter Annual Meeting, New Orleans, Nov. 29-30, 1993, pp. 81-88.

10.  R. D. Howe and D. A. Kontarinis, "High frequency force information in teleoperated manipulation," in T. Yoshikawa and F. Miyazaki, eds., *Experimental Robotics III: Proc. Third International Symposium on Experimental Robotics*, Kyoto, Japan, Oct. 28-30, 1993, Springer  Lecture Notes In Control and Information Sciences vol. 200, 1994, pp. 343-352.

9.   D. A. Kontarinis and R. D. Howe, "Display of high frequency tactile information to teleoperators," in W. Kim, ed., Telemanipulator Technology and Space Robotics Conference, Boston, MA, Sept. 7-9, 1993, *Proceedings of  SPIE* vol. 2057, pp. 40-50.

8.   R. D. Howe, "External friction models for robotic manipulation," Tutorial session, Friction in robotic assembly and manipulation, IEEE International Conference on Robotics & Automation, Atlanta, May 2-6, 1993.

7.   R. D. Howe and D. Kontarinis, "Task performance with a dextrous teleoperated hand system," in H. Das, ed.,  Telemanipulator Technology Conference, Boston, MA, Nov. 15-16, 1992, *Proceedings of SPIE* vol. 1833, pp. 199-207.

6.   R. D. Howe, B. B. Edin, M. R. Cutkosky and G. Westling, "Relaying friction information to a human operator for dextrous telemanipulation," SPIE Conference on Telerobotics: Cooperative Intelligent Robotics in Space, Boston, MA, November 12-14, 1991.

5.   R. D. Howe and G. Kychakoff,  "Low cost programmable correlator for industrial use," paper WI13, 1987 Conference on Lasers and Electrooptics, Baltimore, MD, April 27 - May 1, 1987.

4.   R. D. Howe and G. Kychakoff,  "Reflection-based fiber-optic displacement sensor," 5th international congress on Applications of Lasers and Electro-Optics, Arlington, VA, November 10-13, 1986.

3. R. D. Howe and G. Kychakoff,  "Optical sensing system for thermoplastic composites forming," paper TUK48, 1986 Conference on Lasers and Electro-Optics, San Francisco, CA, June 9-13, 1986.

2. G. Kychakoff, R. D. Howe, R. K. Hanson, and K. Knapp,  "Flow visualization in combustion gases using planar laser-induced fluorescence,"  paper No. 83-0405,  American Institute of Aeronautics and Astronautics 21st  Aerospace Sciences Meeting, Reno, NV, Jan. 1983.

1. G. Kychakoff, K. Knapp, R. D. Howe, and R. K. Hanson,  "Quantitative flow  visualization in combustion gases," paper No. 82-60, Meeting of the Western States Section of The Combustion Institute, Livermore, CA, Oct.  11-12, 1982.

## Books and Book Chapters

7. Golland, P., Hata, N., Barillot, C., Hornegger, J., Howe, R, eds., *Proceedings of the 17th International Conference on Medical Image Computing and Computer-Assisted Intervention - MICCAI 2014*, Boston, September 14-18, 2014, vols. 1-3.

6. M.R. Cutkosky, R.D. Howe, W.R. Provancher, "Force and Tactile Sensors," Chapter 19, in B. Siciliano and O. Khatib, eds., *Springer Handbook of Robotics*, Springer, Berlin, 2008.

5. A. Z. Hajian and R. D. Howe, "Biomechanics of Manipulation: Grasping the Task at Hand," in J. Winters and P. Crago, eds, *Neural Control of Posture & Movement,* Springer-Verlag, 2000, pp.382-389.

4. W. J. Peine, D. A. Kontarinis, and R. D. Howe, "A tactile sensing and display system for surgical applications," in R. M. Satava et al., eds., *Interactive Technology and the New Paradigm for Healthcare*, Amsterdam, IOS Press, 1995.

3. R. D. Howe and M. R. Cutkosky,  "Touch sensing for robotic manipulation and recognition,"  in O. Khatib et al., eds.,  *Robotics Review 2,*  Cambridge, MIT Press, 1992, pp. 55-112.

2. M. R. Cutkosky and R. D. Howe,  "Human grasp choice and robotic grasp analysis," in S. T. Venkataraman and T. Iberall, eds.,  *Dextrous Robot Hands*, New York, Springer-Verlag, 1990.

1. M. R. Cutkosky, P. Akella, R. D. Howe, and I. Kao,  "Grasping as a contact sport," in R. Bolles and B. Roth, eds., *Robotics Research*, Cambridge, MIT Press,  pp. 199-206, 1987.

## Patents

Leif Jentoft, Yaroslav Tenzer, and Robert Howe, "Method of Making a Contact Pressure Sensor," US Patent 10,488,284, issued November 26, 2019.

J. Aizenberg, M. Kolle, P. Vukusic, R.D. Howe, "Band-gap tunable elastic optical multilayer fibers," US Patent 10,146,007, Dec. 4, 2018.

L. Jentoft, Y. Tenzer, and R. Howe, "Tactile sensor," US Patent 9,625,333, April 18, 2017.

S. Kesner, R. Howe, S. Yuen, P. del Nido, D. Perrin, and N. Vasilyev, "Motion compensating catheter device," patent application WO2011137336, filed April 29, 2011.

A. Dollar and R.D. Howe, "Robust Compliant Adaptive Grasper and Method of Manufacturing Same," US Patent 8,231,158, July 31, 2012.

D.P. Perrin and R.D. Howe, "Actuated tether," US Patent 7,255,192, August 14, 2007.

P.S. Wellman. J.S. Son, R.D. Howe, "System generating a pressure profile across a pressure sensitive membrane," U.S. Patent No. 5,983,727, November 16, 1999.

R.D. Howe and G. Kychakoff,  "Fiber-optic Inverse-square Displacement Sensor," US Patent 4,865,443, September 12, 1989.

## Other Publications and Presentations

"Tactile Feedback in Telemanipulation," *Video proceedings of the IEEE International Conference on Robotics & Automation*, New Orleans, April, 2004.

"Modeling by Manipulation" *Video proceedings of the IEEE International Conference on Robotics & Automation*, New Orleans, April, 2004.

"Robotic Surgery – The Healing Touch," video exhibit, Museum of Science, Boston.

R. D. Howe and R. E. Kronauer, "Thomas McMahon: A Dedication In Memoriam," *Annual Review of Biomedical Engineering* vol. 3, 2001.

"Robots, surgery, and the sense of touch," Harvard University Science Center Research Lecture, April 19, 1995.

Invited testimony, Hearing on the Future of Research-Intensive Universities and Their Relationship with the Federal Government, President's Council of Advisors on Science and Technology, Dr. D. Allan Bromley, Chair, Massachusetts Institute of Technology, June 24, 1992.

**Invited Presentations** (Past ten years)

University of Utah, Mechanical Engineering Department seminar, Dec. 2013.

Sixth Hamlyn Symposium on Medical Robotics, Invited Lecture, London, 2013.

University of Colorado, Design Center Colorado, 2013.

Northeastern University, Electrical & Computer Engineering, 2012

University of Maryland, Mechanical Engineering Department seminar, 2012.

University of Pennsylvania, Mechanical Engineering and Applied Mechanics Department seminar, 2012.

Singapore University of Technology and Design, Department seminar, 2012.

Symposium on Surgical Robotics, IEEE International Conference on Biomedical Robotics and Biomechatronics, Rome, Invited talk, 2012.

I.S. Ravdin Lecture, American College of Surgeons 97th Annual Clinical Congress, San Francisco, 2011.

McGill University, Center for Intelligent Machines 25th Anniversary Seminar, 2010.

University of Toronto, Mechanical Engineering Department seminar, 2009.

SPIE Medical Imaging Conference, Visualization, Image-guided Procedures, and Modeling, Keynote address, San Diego, 2008.

Biomechanics: Muscle, Limb, and Brain Workshop, Mathematical Biosciences Institute, Ohio State University, Invited talk, 2008.

Robotics Institute, Carnegie-Mellon University, Department Seminar, 2007.

Massachusetts Institute of Technology, Mechanical Engineering Department Seminar, 2006.

Massachusetts General Hospital, CIMIT Forum, 2006.

Brigham and Women's Hospital, Surgical Planning Lab Seminary, Boston, 2006.

Emerson Hospital, Concord, MA, June 25, 2004.

EuroHaptics Conference, Keynote Address, Munich, 2004.

International Scientific Workshop on Tactile stimulators: Technology and Uses, IRCICA/Institut d'Electronique, de Microélectronique et de Nanotechnologie/Université des Sciences et Technologies de Lille, Invited talk, Villeneuve d'Ascq, France, 2004.

Drexel University, Department of Mechanical Engineering and Mechanics seminar, 2004.

**TEACHING**

Engineering Sciences 51: Computer-Aided Machine Design.

Undergraduate course on the design and construction of mechanical and electromechanical devices. Extensive hands-on training and design projects.  Typical enrollment 35.

Engineering Sciences 125: Mechanical Systems.

Undergraduate course in modeling and analysis of mechanical and electromechanical systems, including linear systems and introduction to rigid-body mechanics, with several laboratory experiments.   Typical enrollment 25.

Engineering Sciences 96, 100: Engineering Design (co-taught).

Project-based courses on the process and practice of engineering design.  Students in the junior year course (Eng. Sci. 96) work in teams; in the senior year course (Eng. Sci. 100) they pursue an individual project.  Typical enrollment 20.

Engineering Sciences 149: Muscles, Reflexes, and Locomotion.

Phenomenology  and mathematical modeling of neuromuscular systems, including crossbridge models of muscle, neural control and reflexes, and energy considerations in walking and running.  Typical enrollment 10.

Engineering Sciences 159/259, Introduction to Robotics.

Undergraduate/graduate courses on robot manipulators, including kinematics, dynamics, sensing, and control.  Laboratory experiments on industrial robot programming, kinematics, and simulation of manipulator dynamics.  Typical enrollment 12.

Engineering Sciences 258/252r: Robot Mechanics/Graduate seminar.

Advanced graduate course on robot design, control, sensing, and manipulation, including multifingered hands.  Typical enrollment 7.

Applied Mathematics 101: Statistical Inference for Scientists and Engineers.

Introductory statistical methods, including probability distributions, sampling distributions, statistical inference; parameter estimation, confidence intervals, hypothesis testing, and linear regression.  Typical enrollment 35.

Engineering Sciences 283: Systems Engineering.

Methods for modeling engineering and business systems, including statistics, discrete and continuous systems and feedback controls. (Core course in the MS/MBA: Engineering Sciences program.) Typical enrollment: 30

**STUDENT SUPERVISION**

**Ph.D. RESEARCH SUPERVISION**

<u>Completed</u>

Dimitri A. Kontarinis, *Tactile Displays for Dextrous Telemanipulation*, 1995. Director, Entrepreneurship Hub, Anatolia School of Business, American College of Thessaloniki

Jae S. Son, *Integration of Tactile Sensing and Robot Hand Control*, 1996. Pressure Profile Systems; GoSmart Inc.

Dianne T. V. Pawluk, *A Viscoelastic Model of the Human Fingerpad and a Holistic Model of Human Touch*, 1997 Associate Professor, Virginia Commonwealth University.

Aram Z. Hajian, *A Characterization of the Mechanical Impedance of Human Hands*, 1997. Dean, College of Engineering, American University of Armenia.

William J. Peine, *Remote Palpation Instruments for Minimally Invasive Surgery*, 1998. Director of Robotic Systems and Controls, Medtronic.

Parris S. Wellman, *Tactile Imaging*, 1999 (Amazon Robotics).

Cecile Smeesters, *Fall Biomechanics and Hip Fracture Risk*, 1999 (Associate Professor, Sherbrooke University).

Heather E. Gunter Moss, *Mechanical Stress in Vocal Fold Tissue During Voice Production*, 2003. Assistant Professor, Neuro-ophthalmology, University of Illinois at Chicago.

Anna M. Galea, *Mapping Tactile Information: Parameter Estimation and Deformable Registration,* 2003. Director & Chief Scientist, Artificial Lung Program, Lung Biotechnology PBC.

Solomon G. Diamond, *Cognitive Effects on the Neurophysiology and Biomechanics of Stroke Recovery,* 2004. Associate Professor, Dartmouth College.

Thomas Debus (Ph.D. Boston University), *Modeling By Manipulation – Enhancing Robot Perception Through Contact State Estimation*, 2005. Engineer, Alliance Spacesystems Inc.

Christopher R. Wagner, *Force Feedback in Surgery: Physical Constraints and Haptic Information*, 2006. Cambridge Consultants.

Amy E. Kerdok, *Characterizing the Nonlinear Mechanical Response of Liver to Surgical Manipulation*, 2006. Upstream Product Development, Outset Medical.

Ryan A. Beasley *Model-Based Error Correction for Instrument Flexion in Robotic Surgery*, 2006 (SimQuest)

Aaron M. Dollar, *Design Principles for Robust Grasping in Unstructured Environments,* 2006. Professor, Department of Mechanical Engineering, Yale University.

Paul M. Novotny, *Real-Time Processing of Three Dimensional Ultrasound for Intracardiac Surgery*, Revolute Biomedical; RightHand Robotics.

Petr Jordan, *Image-based mechanical characterization of soft tissue using three dimensional ultrasound*, 2008 Manager of Imaging Research, Accuray Corporation.

Shelten G. Yuen, *Robotic Motion Compensation for 3D Ultrasound-Guided Beating Heart Surgery*, 2009. Director of Research and Development, Fitbit Inc.

Peter E. Hammer Ph.D. Tufts University, *Simulating heart valve mechanical behavior for planning surgical repair,* Boston Children's Hospital

Robert J. Schneider, *Semi-Automatic Delineation of the Mitral Valve from Clinical Four-Dimensional Ultrasound Imaging*, 2011. Program Manager, Butterfly Network, Inc..

Samuel B. Kesner, *Robotic Catheters for Beating Heart Surgery*, 2011.  Robotic Controls Team Lead and Manager, Medtronic

Laura Brattain, *3D ultrasound visualization for procedure guidance,* 2014. Staff scientist, MIT Lincoln Laboratory.

Leif Jentoft, *Sensing and Control for Robust Grasping with Simple Hardware*, 2014. Co-Founder, RightHand Robotics Inc. (start-up company from PI's laboratory)

Neil Tenenholtz, *Fast Surgical Simulation to Improve Mitral Valve Repair*, 2014. Microsoft Research.

Paul Loschak, *Motion Compensation of Cardiac Catheters: Steering and Control,* 2016.  Medtronic.


<u>In progress</u>

Qian Wan, Robotic manipulation

Yashraj Narang, Laminar jamming

Alperen Degirmenci, Surgical robotics

Buse Aktas, Laminar jamming


## M.S. STUDENT RESEARCH SUPERVISION

Eric Dunn, Research area: Smooth robotic walking, 1993 (Current organization: Quantum Corp.).

Gregg Favalora, 1998 (Optics for Hire).

Dimitrios Hristu-Varsakelis, Research area: Teleoperation, 1994 (University of Macedonia, Greece).

Mei Shibata, Research area: Tactile perception, 1999 (ThinkEco Inc.).

Fuji Lai, Research area: Robotic surgery, 2000 (InTouch Health).


## POST DOCTORAL FELLOWS

Paul A. Millman (Ph.D. Northwestern University) 1995-1996 (Present position: Vice President of Product Development, Intuitive Surgical Inc.)
  Research area: Haptic interfaces and teleoperation

Jack T. Dennerlein (Ph.D. UC Berkeley) 1996 – 1998 (Professor, Department of Physical Therapy, Northeastern University)
  Research area: Vibrotactile perception and feedback

Jaydev Desai (Ph.D. University of Pennsylvania) 1998-1999 (Professor, Department of Mechanical Engineering, Georgia Institute of Technology)
  Research area: Robotic manipulation

Yoky Matsuoka (Ph.D. MIT) 1998-2000 (Vice President, Google)
  Research area: Human limb impedance and learning

Shinsuk Park (Ph.D. MIT) 2000-2002 (Professor, Korea University)
  Research area: Image-guided robotic cardiac surgery

Douglas P. Perrin (Ph.D. University of Minnesota) 2002-2005 (Staff Scientist, Children's Hospital Boston; Instructor, Harvard Medical School)
  Research area: Medical image processing

Marius G. Lingararu (Ph.D. Oxford University) 2004-2006 (Principal Investigator, Children's National Medical Center, Washington, DC; Adjunct Professor, George Washington University)

Research area: Medical image processing

Riichiro Tadakuma (Ph.D. University of Tokyo) 2006-2008 (Asst. Prof., Yamagata University, Japan)

Mahdi Tavakoli (Ph.D. University of Western Ontario) 2007-2009 (Associate Professor, Department of Electrical & Computer Engineering, University of Alberta)

Raye Chen-Hua Yeow (Ph.D. National University of Singapore) 2010-2012 (Asst. Prof., National University of Singapore)

Frank Hammond III (PhD Carnegie-Mellon University) 2011-2014 (Asst. Prof., Georgia Institute of Technology)

Yaroslav Tenzer (Ph.D Imperial College London); 2012-2015. Co-Founder, RightHand Robotics Inc. (start-up company from PI's laboratory)

Leif Jentoft (Ph.D. Harvard University); 2014-2015. Co-Founder, RightHand Robotics Inc. (start-up company from PI's laboratory)

**Expert Witness Experience: Depositions and Trial Testimony**
Robert D. Howe
August 2021

Rebotix Repair LLC v. Intuitive Surgical, Inc.
No. 8:20-cv-2274-T-33TGW, Middle District of Florida
Providing expert reports for Intuitive Surgical (defendant, represented by Skadden, Arps, Slate, Meagher & Flom LLP). Ongoing.

Ethicon LLC v. Intuitive Surgical, Inc.
No. 17-871-LPS-CJB, District of Delaware
Provided expert reports for Intuitive Surgical (defendant, represented by Keker, Van Nest & Peters). Testified at FTC evidentiary hearing Feb. 2021. Ongoing.

Immersion Corporation v. Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.
No. 2:17-cv-00572-JRG, Eastern District of Texas
Provided expert reports and testified at deposition for Immersion Corporation (plaintiff, represented by Morrison & Foerster). 2018-2019.

Immersion Corporation v. Motorola Mobility LLC and Motorola Mobility Holdings LLC
No. 17-1081-RGA, District of Delaware
Provided expert reports for Immersion Corporation (plaintiff, represented by Morrison & Foerster). 2018-2019.

I have also served as an expert consultant (without testimony or expert reports) for approximately twenty law firms and companies on patent prosecution, litigation, and re-examination issues.

# Appendix B

# List of Materials Considered

**Produced Documents (Restore):**

- AHS_HMC-INTUITIVE_0000039
- AHS_MGMT000007
- AHS_MGMT-INTUITIVE_0000312
- AHS_MGMT-INTUITIVE_0000313
- AHS_MGMT-INTUITIVE_0000603
- BSWH-0000221
- BSWH-0000255
- CRMC 295
- Intuitive-00004692
- Intuitive-00008958
- Intuitive-00010744
- Intuitive-00010745
- Intuitive-00027876
- Intuitive-00043879
- Intuitive-00290857
- Intuitive-00477154
- Intuitive-00477217
- Intuitive-00477325
- Intuitive-00477422
- Intuitive-00477597
- Intuitive-00477620
- Intuitive-00477757
- Intuitive-00477829
- Intuitive-00477958
- Intuitive-00537574
- Intuitive-00538487
- Intuitive-00538913
- Intuitive-00538994
- Intuitive-00539807
- Intuitive-00544186
- Intuitive-00544195
- Intuitive-00544197
- Intuitive-00544198
- Intuitive-00544199
- Intuitive-00544388
- Intuitive-00544456
- Intuitive-00544494
- Intuitive-00546343
- Intuitive-00546380
- Intuitive-00546920
- Intuitive-00547846
- Intuitive-00551503

- Intuitive-00552535
- Intuitive-00589150
- Intuitive-00597660
- Intuitive-00695006
- Intuitive-00705141
- Intuitive-00705143
- Intuitive-00705155
- Intuitive-00705253
- Intuitive-00705351
- Intuitive-00705406
- Intuitive-00705431
- Intuitive-00705438
- Intuitive-00705453
- REBOTIX000365
- REBOTIX000664
- REBOTIX000874
- REBOTIX001027
- REBOTIX001045
- REBOTIX001068
- REBOTIX001338
- REBOTIX005360
- REBOTIX040844
- REBOTIX042756
- REBOTIX045741
- REBOTIX048397
- REBOTIX060630
- REBOTIX081884
- REBOTIX082118
- REBOTIX084983
- REBOTIX088383
- Restore-00000917
- Restore-00001424
- Restore-00001538
- Restore-00002087
- Restore-00002095
- Restore-00002650
- Restore-00003205
- Restore-00005217
- Restore-00005218
- Restore-00007938
- Restore-00007942
- Restore-00007947
- Restore-00007976
- Restore-00007980

- Restore-00008152
- Restore-00008310
- Restore-00008312
- Restore-00008313
- Restore-00008320
- Restore-00008324
- Restore-00008325
- Restore-00008332
- Restore-00008339
- Restore-00008340
- Restore-00008341
- Restore-00008342
- Restore-00008343
- Restore-00008344
- Restore-00008345
- Restore-00008346
- Restore-00008347
- Restore-00008349
- Restore-00008350
- Restore-00008351
- Restore-00008352
- Restore-00008353
- Restore-00008354
- Restore-00008355
- Restore-00008356
- Restore-00008357
- Restore-00008358
- Restore-00008360
- Restore-00008362
- Restore-00008364
- Restore-00008365
- Restore-00008366
- Restore-00008367
- Restore-00008373
- Restore-00008377
- Restore-00008381
- Restore-00015116
- Restore-00015645
- Restore-00025590
- Restore-00025717
- Restore-00026026
- Restore-00026027
- Restore-00027410
- Restore-00030379

- Restore-00044908
- Restore-00060361
- Restore-00060362
- Restore-00060365
- Restore-00067931
- Restore-00067983

**Produced Documents (Rebotix):**

- REBOTIX084174
- REBOTIX084240
- REBOTIX084679
- REBOTIX089889
- REBOTIX090153
- REBOTIX100995
- REBOTIX119844
- REBOTIX121303
- REBOTIX123447
- REBOTIX123792
- REBOTIX132017
- REBOTIX132018
- REBOTIX132063
- REBOTIX132064
- REBOTIX132131
- REBOTIX132132
- REBOTIX132133
- REBOTIX132176
- REBOTIX132177
- REBOTIX132244
- REBOTIX132245
- REBOTIX132288
- REBOTIX132289
- REBOTIX132356
- REBOTIX132357
- REBOTIX132399
- REBOTIX132400
- REBOTIX132455
- REBOTIX132456
- REBOTIX132495
- REBOTIX132496
- REBOTIX133038
- REBOTIX133344
- REBOTIX139107
- REBOTIX146770

- REBOTIX170053
- REBOTIX175327

**Deposition Transcripts:**

- Gordon, West
- May, Kevin (May 6, 2021)
- May, Kevin (June 8, 2021)
- Parker, Clifton
- Vautrot, Mills

**Court Documents:**

- Restore Complaint (ECF No. 77)
- Intuitive's Answer, Affirmative Defense, and Counterclaims (ECF No. 32)
    - Exhibit 1 to Intuitive's Answer, Affirmative Defense, and Counterclaims (ECF No. 32.1)
    - Exhibit 2 to Intuitive's Answer, Affirmative Defense, and Counterclaims (ECF No. 32.2)
    - Exhibit 3 to Intuitive's Answer, Affirmative Defense, and Counterclaims (ECF No. 32.3)
- Restore's Supplemental Responses to Intuitive's First Set of Interrogatories

**Other Materials:**

- 837709-12 – Cable Tension Management (Intuitive-00705143)
- August 19, 2021 Conversation with Ron Bair
- "Access and instruments product catalog" Medtronic, 2020, available at: https://www.medtronic.com/content/dam/covidien/library/us/en/product/hand-instruments-and-ligation/access-instrumentation-products-catalog.pdf.
- "Expanding the Reach of Surgery," Medrobotics "Flex" brochure, available at: https://www.easmed.com/main/wp-content/uploads/BROCHURE-Medrobotics-Transanaleasmed.pdf
- "Flex Robotic System Technology: How it Works," available at: https://medrobotics.com/gateway/technology/
- "Flexible 'open architecture' instrumentation," available at: https://medrobotics.com/gateway/instruments/
- Design Control Guidance for Medical Device Manufacturers, US Food and Drug Administration, available at: https://www.fda.gov/media/116573/download
- DS2505 Dallas Semiconductor data sheet, available at: https://datasheets.maximintegrated.com/en/ds/DS2505.pdf
- IS3000 Maintenance App (Intuitive-00705253)
- IS3000 Preventative Maintenance Procedure (Intuitive-00705351)
- Koukourikis P, Rha KH. Robotic surgical systems in urology: What is currently available? Investigative and Clinical Urology. 2021

- Patient Side Cart (PSC) Setup Joint and Carriage Component Replacements (Intuitive-00705453)
- PSC Electronic Assembly Replacement (Intuitive-00705155)
- PSM & ECM Replacement & Calibration (Intuitive-00705406)
- PSM Brake Test Document (Intuitive-00705431)
- PSM Slow Sweep Friction Test (Intuitive-00705438)
- Richard G. Budynas and J. Keith Nisbett, Shigley's Mechanical Engineering Design, Ninth Edition, McGraw-Hill, New York, 2008
- Senhance Surgical System EMEA Product Catalog, January 2020
- Senhance.com/indications
- U.S. Food and Drug Admin., Manufacturer and user facility device experience database – (Maude), https://www.fda.gov/medical-devices/mandatory-reporting-requirements-manufacturers-importers-and-device-user-facilities/manufacturer-and-user-facility-device-experience-database-maude
- U.S. Navy Wire-Rope Handbook, Vol. 1
- US Patent No. 5,797,900
- US Patent No. 6,991,627