# Exhibit 20

Message

| | |
|---|---|
| **From**: | Matthias Montes [mmontes@swrobotix.com] |
| **Sent**: | 9/11/2018 5:41:35 PM |
| **To**: | Mills Vautrot [mvautrot@restorerobotics.com] |
| **Subject**: | Re: FORGOT TO MENTION |
| **Attachments**: | Restore Robotics General Flyer Revised.pdf |

**Exhibit 2** Vautrot

Mills,

As requested, I implemented the rewrite, mixed up the images, and attempted to recreate the design based on the original flier.

Check out the attached PDF and let me know what you think.

Regards,

**Matthias Montes**
1.800.691.1681 ext. 102
MMontes@SWRobotix.com
www.SWRobotix.com

On Tue, Sep 11, 2018 at 10:49 AM, Mills Vautrot <mvautrot@restorerobotics.com> wrote:

access to my restore robotics email was down fro a little while

just came back up

please reply with any comments or with completed PDF to th is email and not the REACH3D.net

apologies if that causes any confusion

thanks

> On September 11, 2018 at 11:34 AM Matthias Montes <mmontes@swrobotix.com> wrote:
>
> Mills,
>
> Can you send me a copy of the flyer that you are currently using? You're not going to believe this, but literally two days ago I went through my computer to clean out my junk and clear some disk space. The source files for your flier appear to have been an inadvertent casualty. I'll have to recreate the flier from scratch which is not that big of a deal, but I will need a copy of the

original to use as a reference point for the final cosmetic outline we settled on. Sorry for the inconvenience, I should still be able to get this done for you today. Thanks!


Regards,

**Matthias Montes**
1.800.691.1681 ext. 102
MMontes@SWRobotix.com
www.SWRobotix.com


On Tue, Sep 11, 2018 at 8:23 AM, Mills Vautrot <mvautrot@restorerobotics.com> wrote:
thanks
really appreciate it


On September 10, 2018 at 6:43 PM Matthias Montes < mmontes@swrobotix.com> wrote:

Received, I'll put something together first thing tomorrow.

Regards,

Matthias Montes


On Sep 10, 2018, at 3:11 PM, Mills Vautrot < mvautrot@restorerobotics.com> wrote:

    Hey Matthias

    Please take a look at the attached

    trying to swap in at least 2 surgical instruments - from different manufacturers

    let me know your thoughts

thanks

> On September 10, 2018 at 10:29 AM Matthias Montes < mmontes@swrobotix.com> wrote:
>
> 9:30 CST works.  Call me at (972) 342-8559.
>
> Talk to you soon.
>
> Matthias
>
>> On Sep 10, 2018, at 8:55 AM, Mills Vautrot < mvautrot@restorerobotics.com> wrote:
>>
>>> i am very open today
>>> anytime between 9:30 and 11:00 CENTRAL time would be great for me
>>> if there is a time other than that you would prefer just let me know
>>>
>>> On September 10, 2018 at 9:51 AM Matthias Montes < mmontes@swrobotix.com> wrote:
>>>
>>> I got a few appointments on my agenda today, but I'm planning on blocking off time to talk to you.  Just email me a time so I can save it for you!  Look forward to hearing about what needs to be done.  I'll try to make the changes ASAP this afternoon.
>>>
>>> Matthias
>>>
>>>> On Sep 9, 2018, at 3:15 PM, Mills Vautrot < mvautrot@restorerobotics.com> wrote:
>>>>
>>>>> Matthias
>>>>>
>>>>> Hope you are doing well
>>>>>
>>>>> we really need to make some changes to the main flyer for Restore Robotics
>>>>>
>>>>> we want to pull all direct da Vinci references from it and make it more generic

we also want to swap in instruments from other surgical robots (transenterix, etc)

i can explain why when we speak

if you do not have tome to make the adjustments - -could you provide the source files for the PDF so that i could find someone to do it for us

thanks


G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369


G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

<re-write for flyer.docx>
<ROBOT SURGICAL INSTRUMENTS.docx>
<Versius_robotic instrument - set of 5.png>

CONFIDENTIAL                                                                                                                   Restore-00027792

<Versius_robotic instrument.png>

G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

CONFIDENTIAL Restore-00027793



## SAVE OVER $100,000 PER YEAR <u>PER ROBOT</u>

### SERVICES AVAILABLE

- PATENTED ROBOTIC INSTRUMENT REPAIR
- 25% SAVINGS PER INSTRUMENT
- ISO 9001:2015 FACILITY
- SURGICAL ROBOT PREVENTATIVE MAINTENANCE
- FREE PROCESS IMPLEMENTATION CONSULTING

### INNOVATIVE SOLUTIONS FOR SURGICAL ROBOTS

Restore Robotics is the world's first provider of a repair/reset service for robotic surgical instruments.
- Multiple usage cycles are now available with significant cost savings.
- Guaranteed to maintain same functionality or we will replace it for free.
- Our patented repair/reset process combined with our other offerings puts you in control of your robotic system.

Restore Robotics further enhances your savings and control by offering strong discounts for Robotic Surgical needs such as:
- New Instruments
- Single Use Accessories
- Preventative Maintenance Programs
- Repairs to the Robot

**STOP THROWING AWAY YOUR ROBOTIC INSTRUMENTS!**

  

1275 Buford HWY, Suite 109, Suwanee, GA 30024   -   (678) 619-0011
Info@RestoreRobotics.com   -   www.RestoreRobotics.com

CONFIDENTIAL                                              Restore-00027794