# Exhibit 21

| | |
|---|---|
| **From:** | Matt Keller [Matt.Keller@intusurg.com] |
| **Sent:** | 8/12/2019 11:25:37 AM |
| **To:** | AJ Inacay [aj.inacay@intusurg.com]; Ron Bair [Ron.Bair@intusurg.com] |
| **CC:** | Daniel Biskupski [Daniel.Biskupski@intusurg.com] |
| **Subject:** | FW: [*]RE: [*]RE: [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097 |

Hi AJ,

I believe Ron had previously notified you that Restore Robotics has reached out to Citizens Medical center to offer their re-processing services. We received a follow up request for information from Robert at Citizens below.

Is this something that yourself or Ron would like to reply to? I can get back to Robert myself, but wanted to make sure appropriate people are looped in to provide the appropriate messaging. I think we should try to get ahead of this before Citizens moves forward with Restore Robotics.

Thanks,

Matt Keller
Manager, Service Contracts

Direct:  1 408 523 2600
Cell:      1 925 989 1608

INTUITIVE

1020 Kifer Rd
Sunnyvale, CA 94086-5304 USA
intuitive.com

---

**From:** Robert Schafer <rschafer@cmcvtx.org>
**Sent:** Monday, August 12, 2019 9:09 AM
**To:** Scott Ipatenco <Scott.Ipatenco@intusurg.com>; Jason Cooley <Jason.Cooley@intusurg.com>; Daniel Biskupski <Daniel.Biskupski@intusurg.com>; Matt Keller <Matt.Keller@intusurg.com>
**Cc:** Crescencio Meneses <Crescencio.Meneses@intusurg.com>
**Subject:** [EXTERNAL] RE: [*]RE: [*]RE: [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097

Scott,

I wanted to follow up on the note below.   I have not heard from anyone thus am still in a holding pattern of sorts.  Please advise.  Thanks!!

**Robert Schafer** | Purchasing Coordinator
Citizens Medical Center | 2701 Hospital Drive | Victoria, TX  77901
**P:** 361.582.5735  **EXT:** 5735
rschafer@cmcvtx.org | www.citizensmedicalcenter.org

---

**From:** Scott Ipatenco <Scott.Ipatenco@intusurg.com>
**Sent:** Monday, August 05, 2019 1:50 PM
**To:** Robert Schafer <rschafer@cmcvtx.org>; Jason Cooley <Jason.Cooley@intusurg.com>; Daniel Biskupski <Daniel.Biskupski@intusurg.com>; Matt Keller <Matt.Keller@intusurg.com>

Attorneys' Eyes Only

Intuitive-00214413

**Cc:** Crescencio Meneses <Crescencio.Meneses@intusurg.com>
**Subject:** [*]RE: [*]RE: [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097

Robert,

Thanks for bringing this to our attention. Let me get you more info and specifics on Restore or have someone more familiar with them get a hold of you. But they are not affiliated with Intuitive in any way. So I would suggest not moving forward with them until we can give you some feedback.

Scott Ipatenco
Field Engineer, South Central Region

Mobile:  619-252-2804
Direct:   1-800-876-1310
Scott.ipatenco@intusurg.com

INTUITIVE

950 Kifer Rd
Sunnyvale, CA 94086 USA
intuitive.com

---

**From:** Robert Schafer <rschafer@cmcvtx.org>
**Sent:** Monday, August 5, 2019 12:46 PM
**To:** Connie Hernandez Flores <Connie.Hernandezflores@intusurg.com>; Scott Ipatenco <Scott.Ipatenco@intusurg.com>; Jason Cooley <Jason.Cooley@intusurg.com>
**Cc:** Crescencio Meneses <Crescencio.Meneses@intusurg.com>
**Subject:** [EXTERNAL] RE: [*]RE: [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097

Connie &Team,

We've been approached by the company Restore Robotics as they sell reprocessed DaVinci consumable instrumentation.   Before giving them a better look, I wanted to reach out to see if these guys were affiliated with you in any way.  I'm curious about the quality of the devices they are selling, what issues Intuitive may have had with these guys, how reprocessed devices may/may not have any bearing on our service agreements, etc.    We are being offered substantial cost savings thus our Admin is very interested............ Let me know what to think.

Regards,

**Robert Schafer** | Purchasing Coordinator
Citizens Medical Center | 2701 Hospital Drive | Victoria, TX  77901
**P:** 361.582.5735  **EXT**: 5735
rschafer@cmcvtx.org | www.citizensmedicalcenter.org

---

**From:** Connie Hernandez Flores <Connie.Hernandezflores@intusurg.com>
**Sent:** Friday, May 24, 2019 2:50 AM
**To:** Robert Schafer <rschafer@cmcvtx.org>; Scott Ipatenco <Scott.Ipatenco@intusurg.com>; Jason Cooley <Jason.Cooley@intusurg.com>
**Cc:** Crescencio Meneses <Crescencio.Meneses@intusurg.com>
**Subject:** [*]RE: [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097

Attorneys' Eyes Only

Intuitive-00214414

Thanks Robert.
I appreciate the inquiry. We will leave the service contracts as they are.

Please let us know if we can assist with anything more.
Connie

*Connie Hernandez*
*Sr. Service Contracts Specialist*
**Intuitive Surgical, Inc.**
Direct:  408-523-7378
Fax: 408-523-8675

*da Vinci Surgery*
*Taking surgery beyond the limits of the human hand*™

---

**From:** Robert Schafer [mailto:rschafer@cmcvtx.org]
**Sent:** Wednesday, May 22, 2019 9:45 AM
**To:** Connie Hernandez Flores; Scott Ipatenco; Jason Cooley
**Cc:** Crescencio Meneses
**Subject:** [EXTERNAL] RE: [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097

Connie,

Thank you for the reply however I'm not interested in pursuing the matter with our clinicians and Admin team if the pricing will not be altered.   Again, as I'm only seeing dollars on this side of the house, my thought was asking Intuitive to reduce the pricing on the SH1036 agreement to match that of the SH2097 agreement and we'd be good with renegotiating the length of the agreement.   If, however, the pricing is being driven by differences in the equipment, then we can just leave things as they currently exist.   No harm, no foul........ I had to ask.

Regards,

**Robert Schafer** | Purchasing Coordinator
Citizens Medical Center | 2701 Hospital Drive | Victoria, TX  77901
**P:** 361.582.5735  **EXT**: 5735
rschafer@cmcvtx.org | www.citizensmedicalcenter.org

---

**From:** Connie Hernandez Flores <Connie.Hernandezflores@intusurg.com>
**Sent:** Wednesday, May 22, 2019 11:21 AM
**To:** Robert Schafer <rschafer@cmcvtx.org>; Scott Ipatenco <Scott.Ipatenco@intusurg.com>; Jason Cooley <Jason.Cooley@intusurg.com>
**Cc:** Crescencio Meneses <Crescencio.Meneses@intusurg.com>
**Subject:** [*]RE: Service contracts - Citizens Medical Center SH1026 SH2097

Robert,
Thank you for email.
I'd be happy to assist with aligning the service contracts for both Si's. Does a 12/22/23 end date work for you?
I have reviewed the pricing for both systems. Please note the price difference is based on system configuration.

Currently the term dates are:
- SH1036 – Si 4-arm
- 11/21/16 – 11/20/20

Attorneys' Eyes Only

Intuitive-00214415

- 149K Annual fee

- SH2097 – Si 3-arm
- 12/23/18 – 12/22/22
- 124K Annual fee

Please advise of the preferred alignment date and we would be happy to provide quotes to reflect the changes at Anniversary. Once the quotes are executed we would make the changes internally.

Thank you again,

*Connie Hernandez*
*Sr. Service Contracts Specialist*
**Intuitive Surgical, Inc.**
Direct:  408-523-7378
Fax: 408-523-8675

*da Vinci Surgery*
*Taking surgery beyond the limits of the human hand™*

---

**From:** Robert Schafer [mailto:rschafer@cmcvtx.org]
**Sent:** Wednesday, May 22, 2019 6:28 AM
**To:** Scott Ipatenco; Jason Cooley; Connie Hernandez Flores
**Subject:** [EXTERNAL] Service contracts - Citizens Medical Center

Intuitive team,

Re: Citizens Medical Center service contracts – Si robots

Good morning!  As a member of the Purchasing team at Citizens, I had helped our OR team get paperwork processed for their service contract renewal in Dec'18 for our Si robot serial # SH2097.   When looking at the older service agreement for our other robot (SH1036), I notice a pricing disparity and am wondering if there may be some opportunity here to a.) perhaps extend the agreement so that both machines are on  the same time frame, and b). ensure both units are priced comparably.    As I am in Purchasing, and not very familiar with the history or previous agreements associated with these machines, I am not sure if this is a practical suggestion.   Just wanted to toss it by you guys for comments and see if it's worth pursuing.   Please advise.  Thanks!

**Robert Schafer** | Purchasing Coordinator
Citizens Medical Center | 2701 Hospital Drive | Victoria, TX  77901
**P:** 361.582.5735  **EXT**: 5735
rschafer@cmcvtx.org | www.citizensmedicalcenter.org

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL...
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to:
ITHelpNow@intusurg.com.

CAUTION: This email, or a forwarded/replied to message in this email, originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL...
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to:
ITHelpNow@intusurg.com.

CAUTION: This email, or a forwarded/replied to message in this email, originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.

CAUTION: This email, or a forwarded/replied to message in this email, originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.