# Exhibit 22

# Restore Robotics Repairs

# Return Goods Authorization

| DATE | Customer | Product Type | RGA# |
|---|---|---|---|
| 11/13/2018 | Conway Arkansas | PM *Endowrist Repair Ay* | R18K181 |

| Description | Model# | VER | Lot/SN |
|---|---|---|---|
| Endowrist | see below | see below | see below |

| Old WO# | New WO# | Invoice # | Complaint Type |
|---|---|---|---|
| N/A | N/A | N/A | Oral Complaint |

\* Non complaint : Wrong order placed by customer
\* Complaint :  Any written, electronic, or oral communication that alleges deficiencies related to the identity, quality, durability, realiability, safety, effectiveness, or performance of a device after it is released for distribution.   All RGA's are completed within 7 to 10 days of receipt.  Extension of due dates would be allowed accordingly at the management's discretion.

### Problem
An issue with 4 Endowrist (1ea 420194 VER10 SNN10180323 381 and 3ea 420227 VER07 SN: N10180425200, N10171215370 and N10180208250) was reported to us on 11/13/18 via email (see attached email)

### Evaluation
See completed evaluation from Robotix email 12/18/18

### Probable Cause:
See completed evaluation from Robotix email 12/18/18

| Evaluated by: | Kevin May | DATE: | 12/18/18 |
|---|---|---|---|

| Disposition | Regular Repair | Non Repairable - RTC | NO Charge | Warranty |
|---|---|---|---|---|
| NO Problem Found | No Problem Found: RTC | | Warranty Repair | No |

### Special Instructions
N/A

| Corrective Action required | | CAR # | N/A |
|---|---|---|---|

None, this was handled by Robotix complaint system.  We open this RGA to document the issue for our records

NO CA required:  (N)  There is obvious physical damage, misuse by end user          (  )  Other, explain:          N/A

## MRB Approval

| Management | QA | Production | Closed |
|---|---|---|---|
| *[signature]* | *[signature]* | | 12/18/18 |

Form 1014-001  Rev.

Restore-00001424

**kmay@restorerobotics.com**

| | |
|---|---|
| **From:** | cparker@restorerobotics.com |
| **Sent:** | Tuesday, December 18, 2018 9:37 AM |
| **To:** | 'Mills Vautrot'; kmay@restorerobotics.com; Brad Parker |
| **Subject:** | FW: Pictures |

Look at the instruments from Conway Arkansas. It appears that they have been sabotaged.

Clif Parker
Restore Robotics
850-832-2834

**From:** Robert [mailto:robertm@rebotix-panama.com]
**Sent:** Tuesday, December 18, 2018 10:49 AM
**To:** cparker@restorerobotics.com
**Subject:** Pictures

Clif,

This is what Glen wrote to Alan. You can forward this to your team if you would like. I just send it to you the other person on OUR island.  LOL.
Side note Glen doesn't ever send this stuff to me or you.  I get this from Geppetto.

Call me about this and Paces is still on hold with Naples.  Russell the Lo. . Muscle is going to meet with Randy at Naples.  Randy and the CEO of Naples told IS that they have saved over $30,000.00 with 20 repairs on endowrists.  Naples is in our corner.  If you have any other references like Texas Surgery Center that would be good.

Get back with me.

Robert

> **Subject: Pictures**
>
> On Tuesday, December 18, 2018, 10:32 AM, David <dbmixner@gmail.com> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Glenn P <glennpapit@rebotix-panama.com>
>> **Date:** December 18, 2018 at 10:29:40 AM EST
>> **To:** David <dbmixner@gmail.com>
>> **Subject: Fw: Pictures**

1

HIGHLY CONFIDENTIAL

Below.

From: Glenn P
Sent: Tuesday, December 18, 2018 10:28 AM
To: Alan Moltz
Cc: Greg Fiegel; Chris G
Subject: Fw: Pictures

Good morning Alan.

Following are the results of our findings after evaluating the four Endowrists from Conway.

1. #N10180323 381. Mega Needle Driver. This instrument has the main tungsten manipulation cable severed. We replicated this in our lab using diagonal wire cutters; it took 3 attempts to complete the cut. It is highly unlikely this was a surgical or sterilization accident. The probability is high that it was intentionally cut. 8 uses remain.
2. #N10180425 200. PK Dissecting Forceps. This instrument has never been repaired by Rebotix. The forceps jaws are misaligned and the cautery wire has been exposed with a nick in the insulation. These conditions are possibly the result of carelessness during surgery, but that would require considerable carelessness. This could also be the result of intentionally inflicted damage. 6 uses remain.
3. #N10171215 370. PK Dissecting Forceps. The cautery wire on this instrument is disengaged at the jaw of the forceps. Some forced had to be exerted to separate this wire from its housing. It is unlikely this happened during surgery but possible. It is more likely that an external force caused the damage. 0 uses remain.
4. #N10180208 250. PK Dissecting Forceps. A connector pin is damaged; it is pressed down beneath its functional position. While this is not common, we have seen this condition on other OEM Endowrists that we have received for repair. This could have been pressed out of position, but it is equally possible that it is the result of normal use. Remaining uses cannot be read because of the damage.

Alan, we will have these Endowrists repaired and back to you ASAP. There will be no charge; we're providing them as a courtesy. Please let me know if there are additional questions.

HIGHLY CONFIDENTIAL                                                          Restore-00001426







**kmay@restorerobotics.com**

| | |
|---|---|
| From: | Clif Parker <cparker@restorerobotics.com> |
| Sent: | Wednesday, November 14, 2018 5:06 PM |
| To: | Greg Fiegel |
| Cc: | kmay@restorerobotics.com; Robert |
| Subject: | Re: Sabatoge in Conway?? |

I don't have exact dates yet

Clif Parker
850-832-2834

On Nov 14, 2018, at 7:54 PM, Greg Fiegel <GregFiegel@rebotix-panama.com> wrote:

> Another option, like you mentioned, is me going out to LA. This option especially makes sense if it timed up with the Missouri and Michigan repairs. Do you have any updates or ETAs on those?
>
> Kind regards,
> Gregory Fiegel
> Director of Operations
>
> Cell: +507 655-24841(Voice)
> Cell: +1 727-251-0575 (Voice/WhatsApp)
> Panama Office: +507 836-5415
> www.rebotix.info
>
> -Sent from iPhone

**From:** Clif Parker <cparker@restorerobotics.com>
**Sent:** Wednesday, November 14, 2018 7:28 PM
**To:** Greg Fiegel
**Cc:** kmay@restorerobotics.com; Robert
**Subject:** Re: Sabatoge in Conway??

I would like for us to be involved in watching the repairs but I have no problem going to you first

Clif Parker
850-832-2834

On Nov 14, 2018, at 7:26 PM, Greg Fiegel <GregFiegel@rebotix-panama.com> wrote:

> If it's okay with you guys I'd like to get them here first so I can get a hands on look at them and take some pictures. Then I'll round up some replacement bodies and either take care of them or send it all off to you guys.
>
> I did an initial serial number check. The numbers provided didn't include the last 3 digits, but from what was there, it looked like at least 3 of the four were just

1

HIGHLY CONFIDENTIAL

Restore-00001428

repaired. And if you include the one that came back a couple weeks ago, that would make 4 out of 7 repaired in that order are now damaged. Seems a bit fishy to me.

Kind regards,
Gregory Fiegel
Director of Operations

Cell: +507 655-24841(Voice)
Cell: +1 727-251-0575 (Voice/WhatsApp)
Panama Office: +507 836-5415
www.rebotix.info

-Sent from iPhone

---

**From:** kmay@restorerobotics.com
**Sent:** Wednesday, November 14, 2018 7:03 PM
**To:** cparker@restorerobotics.com; Greg Fiegel
**Cc:** Robert
**Subject:** RE: Sabatoge in Conway??

Clif,

I won't have any time until Friday after our audit to contribute to this except, check the following:
1. What are the serial number so we can check if these are the items that were just repaired
2. How many uses after repaired?
3. We need back for complete evaluation
   a. Should they come to Restore Repair 501B Anaheim or go to Greg for first look

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015

<image001.png>

**From:** cparker@restorerobotics.com <cparker@restorerobotics.com>
**Sent:** Tuesday, November 13, 2018 4:47 PM
**To:** kmay@restorerobotics.com; 'Greg Fiegel' <GregFiegel@rebotix-panama.com>
**Cc:** 'Robert' <robertm@rebotix-panama.com>
**Subject:** FW: Sabatoge in Conway??

**Clif Parker**

2

HIGHLY CONFIDENTIAL

Restore-00001429

Restore Robotics
850-832-2834

**From:** Mills Vautrot [mailto:mvautrot@restorerobotics.com]
**Sent:** Tuesday, November 13, 2018 7:42 PM
**To:** cparker@restorerobotics.com
**Subject:** Fwd: Sabatoge in Conway??

see below

---------- Original Message ----------
From: Alan Moltz <awmoltz@gmail.com>
To: Mills Vautrot <mvautrot@restorerobotics.com>, Glenn P
<glennpapit@rebotix-panama.com>
Date: November 13, 2018 at 6:56 PM
Subject: Sabatoge in Conway??

See attached picture.  Kyle is VERY suspect of how things can be
going so well and then 4 problems appear the same day.  He wants
us to supply him a list of questions that will help him get to the
bottom of this.  He thinks he knows the answer.  He assured me
they are under lock and key and will not leave his sight.   He will
eventually get these back to us for us to inspection.  All
forceps???   Meanwhile, some of the questions I want answered
are:

Does the robot recognize any of these endowrist as viable??  If the
robot recognizes the endowrist, this could be HUGE!!!

When were these discovered? post surgery? out of the sterile pack?
in decontamination?

Who discovered these endowrist?  How many people were
involved in the discovery?

Does everyone agree that the endowrist did not return to the
hospital in that condition??

Has the Intuitive Rep been involved in any cases lately??

Once we get the endowrist returned, were they repaired by us??

Can we determine if multiple specialties and doctors had this
experience?

Thanks for you help.  Kyle is busy all next week.  Not sure how
much he can get done and how fast.

HIGHLY CONFIDENTIAL Restore-00001430

## ALAN W. MOLTZ

Regional Sales Manager
Northfield Medical, Inc.
800.583.1714 office
901.233.5443. cell
901.755.5443 fax

G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

4

HIGHLY CONFIDENTIAL

Restore-00001431

# Restore Robotics Repairs

## Return Goods Authorization

| DATE | Customer | Product Type | RGA# |
|---|---|---|---|
| 2/4/2019 | Baylor Scott White Health-McKinney | Endowrist Repair | R19B041 |

*PM Hy*

| Description | Model# | VER | Lot/SN |
|---|---|---|---|
| Da Vinci System SH1236 | SH1236 | N/A | ??? |

| Old WO# | New WO# | Invoice # | Complaint Type |
|---|---|---|---|
| N/A | N/A | N/A | Oral Complaint |

\* Non complaint : Wrong order placed by customer
\* Complaint :  Any written, electronic, or oral communication that alleges deficiencies related to the identity, quality, durability, realiability, safety, effectiveness, or performance of a device after it is released for distribution.   All RGA's are completed within 7 to 10 days of receipt.  Extension of due dates would be allowed accordingly at the management's discretion.

### Problem
On 02/02/19 Clif Parked informed us that Alan Koreneff - VP at BSWH, McKinney - stated that the image on the Da vinci robotic system appeared to have left/right cables reversed.

### Evaluation
Alan informed us that the hospital had already called Intuitive Surgical and they put the cables in the correct order.  There was nothing for a technician to do now that it was fixed.

### Probable Cause:
Our records indicate that on 01/31/19 Bruce McDAniel performed a Preventive Maintanance  on Da Vinci System SH1236.  We asked Bruce if he could have reversed the left/right cables & he stated that he only organizes the cable and doesn't unplug the cables.

| Evaluated by: | Kevin May | DATE: | 02/06/19 |
|---|---|---|---|

| Disposition | Regular Repair | Non Repairable - RTC | NO Charge | Warranty |
|---|---|---|---|---|
| NO Problem Found | No Problem Found: RTC | | Warranty Repair | No |

### Special Instructions
N/A

| Corrective Action required | | CAR # | N/A |
|---|---|---|---|

There was no indication that this affected a surgical procedure, since a video alignment is performed at the beginning of every case using an alignment target. No corrective action required.

NO CA required:  (  ) There is obvious physical damage, misuse by end user   (X) Other, explain:   Issue was resolved by customer before we could send our technician to complete an evaluation

## MRB Approval

| Management | QA | Production | Closed |
|---|---|---|---|
| | | | 2/06/19 |

Form 1014-001  Rev.

HIGHLY CONFIDENTIAL

# Restore Robotics Repairs

## Return Goods Authorization

| DATE | Customer | Product Type | RGA# |
|---|---|---|---|
| 6/25/2019 | Alpha Net | Endowrist Repair | *R19F001* |

| Description | Model# | VER | Lot/SN |
|---|---|---|---|
| Large Needle Driver | 420006 | 08 | N10180216 592 |

| Old WO# | New WO# | Invoice # | Complaint Type |
|---|---|---|---|
| 19E003 | 19F009 | INV-14467  INV#14522 | Complaint Return |

\* Non complaint : Wrong order placed by customer
\* Complaint :  Any written, electronic, or oral communication that alleges deficiencies related to the identity, quality, durability, realiability, safety, effectiveness, or performance of a device after it is released for distribution.   **All RGA's are completed within 7 to 10 days of receipt.  Extension of due dates would be allowed accordingly at the management's discretion.**

### Problem
Was refurbished last month but the clips are loosen (hospital only used it once)

### Evaluation
Both metal tabs came off.

### Probable Cause:
Customer mishandled or dropped the endo-wrist which caused tabs to come  off.

| Evaluated by: | Ketan | DATE: | 6/25/2019 |
|---|---|---|---|

| Disposition | Regular Repair | Non Repairable - RTC | NO Charge | Warranty |
|---|---|---|---|---|
| Regular Repair | No Problem Found: RTC | Warranty Repair | | No |

### Special Instructions
N/A

### Corrective Action required
Monitor through trend analysys

| | CAR # | N/A |
|---|---|---|

NO CA required:  (✓)  There is obvious physical damage, misuse by end user                 (  )  Other, explain:

Customer mishandle causing housing to open and pins to came off

## MRB Approval

| Management | QA | Production | Closed |
|---|---|---|---|
| | | Ketan | 6/25/19 |

Form 1014-001  Rev.

Restore-00001433



HIGHLY CONFIDENTIAL

Restore-00001434

# Restore Robotics Repairs

## Return Goods Authorization

| DATE | Customer | Product Type | RGA# |
|---|---|---|---|
| 7/10/2019 | Alpha Net | Endowrist Repair | *R19G101* |

| Description | Model# | VER | Lot/SN |
|---|---|---|---|
| Hot Shears, Monopolar Curved Scissors | 420179 | 16 | N10171009 762 |

| Old WO# | New WO# | Invoice # | Complaint Type |
|---|---|---|---|
| 19B012 | 19G001 | INV14419 | Complaint Return |

* Non complaint : Wrong order placed by customer
* Complaint : Any written, electronic, or oral communication that alleges deficiencies related to the identity, quality, durability, realiability, safety, effectiveness, or performance of a device after it is released for distribution.      All RGA's are completed within 7 to 10 days of receipt.  Extension of due dates would be allowed accordingly at the management's discretion.

**Problem**

Handpiece is broken

**Evaluation**

yes, tip of the handpiece is broken (see attached picture)

**Probable Cause:**

obvious physical damage caused by enduser (probably dropped the instrument)

| Evaluated by: | Kevin May | DATE: | 07/10/19 |
|---|---|---|---|

| Disposition | Regular Repair | Non Repairable - RTC | NO Charge | Warranty |
|---|---|---|---|---|
| Other | No Problem Found: RTC | Warranty Repair | | No |

**Special Instructions**

Obvius physical damage, no warranty.  We will give customer credit as a courtesy

| Corrective Action required | CAR # | N/A |
|---|---|---|
| N/A | | |

NO CA required:  (X)  There is obvious physical damage, misuse by end user          ( )  Other, explain:

Obvius physical damage

## MRB Approval

| Management | QA | Production | Closed |
|---|---|---|---|
| | | | 7/10/2019 |

Form 1014-001  Rev.

HIGHLY CONFIDENTIAL

Restore-00001435



Restore-00001436

# Restore Robotics Repairs

## Return Goods Authorization

| DATE | Customer | Product Type | RGA# |
|---|---|---|---|
| 9/20/2019 | Panama City Surgery Center | Endowrist Repair | *R19I201* |

| Description | Model# | VER | Lot/SN |
|---|---|---|---|
| Dissecting Forceps | 420227 | 07 | N10181112 509 |

| Old WO# | New WO# | Invoice # | Complaint Type |
|---|---|---|---|
| 19F012 | 19I015 | | Complaint Return |

\* Non complaint: Wrong order placed by customer
\* Complaint :  Any written, electronic, or oral communication that alleges deficiencies related to the identity, quality, durability, realiability, safety, effectiveness, or performance of a device after it is released for distribution.     All RGA's are completed within 7 to 10 days of receipt.  Extension of due dates would be allowed accordingly at the management's discretion.

### Problem
Faulty forcep, sending in for evaluation

### Evaluation
Jaws are damaged beyond repair

### Probable Cause:
Customer used 5 times and they mishandled the endo-wrist. The base of the forceps jaw is damaged (cracked) Please see attached picture.

| Evaluated by: | Ketan | DATE: | 9/24/2019 |
|---|---|---|---|

| Disposition | Regular Repair | Non Repairable - RTC | NO Charge | Warranty |
|---|---|---|---|---|
| *Non-Repairable* | No Problem Found: RTC | Warranty Repair | | No |

### Special Instructions
~~N/A~~  *Per Customer: Scrap Instrument*

*Ny 9-24-19*

| Corrective Action required | CAR # | N/A |
|---|---|---|
| Monitor through trend analysis | | |

NO CA required: (X)  There is obvious physical damage, misuse by end user     ( )  Other, explain:     Yes- Broken

## MRB Approval

| Management | QA | Production | Closed |
|---|---|---|---|
| | | Ketan | 9/24/19 |

Form 1014-001  Rev.

Restore-00001437



Restore-00001438

# Restore Robotics Repairs

## Return Goods Authorization

| DATE | Customer | Product Type | RGA# |
|---|---|---|---|
| 10/14/2019 | CCSH | Endowrist Repair | *R19J141* |

| Description | Model# | VER | Lot/SN |
|---|---|---|---|
| 8mm Large Needle Driver | 420006 | 11 | N10190116 836 |

| Old WO# | New WO# | Invoice # | Complaint Type |
|---|---|---|---|
| 19F014 | | INV-14525 | Complaint Return |

* Non complaint : Wrong order placed by customer
* Complaint :  Any written, electronic, or oral communication that alleges deficiencies related to the identity, quality, durability, realiability, safety, effectiveness, or performance of a device after it is released for distribution.   All RGA's are completed within 7 to 10 days of receipt.  Extension of due dates would be allowed accordingly at the management's discretion.

**Problem**

Broken not working

**Evaluation**

Cable is broke internally

**Probable Cause:**

mishandling- too much force-

| Evaluated by: | Ketan | DATE: | 10-22-19 |
|---|---|---|---|

| Disposition | Regular Repair | Non Repairable - RTC | NO Charge | Warranty |
|---|---|---|---|---|
| NR - RTC | No Problem Found: RTC | | Warranty Repair | No |

**Special Instructions**

Monitor thru Trend Analysis

| Corrective Action required | | CAR # | N/A |
|---|---|---|---|
| N/A | | | |

NO CA required: (X)  There is obvious physical damage, misuse by end user

(  ) Other, explain:

## MRB Approval

| Management | QA | Production | Closed |
|---|---|---|---|
| | | | 10-22-19 |

Form 1014-001  Rev.

Restore-00001439