# Exhibit 24

| | |
|---|---|
| **From:** | Ron Bair [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D3216FC9B3B443F3982543247606BBFC-RON BAIR] |
| **Sent:** | 1/31/2020 1:06:31 PM |
| **To:** | Chris Goss [Chris.Goss@intusurg.com] |
| **CC:** | Matt Davis [Matt.Davis@intusurg.com] |
| **Subject:** | RE: ARDENT CONTRACT CONTEXT |

Thanks, Chris – how about the below? OK with phrasing, and is everything factually accurate?

"Ron – Thanks for reaching out to get clarity on the conversation I had yesterday with the OR Director at Hillcrest. I'm disappointed that it seems part of our conversation was taken out of context and misrepresented to be threatening, when, in fact, the tone and intent was exactly the opposite. I understood that the OR Director and I both shared the same frustration and disappointment that the contract negotiations were now directly impacting patient care and system uptime. While I did not take notes, below is my best recollection of the content of that and preceding conversations:

The OR Director and I first made contact near the end of December, when a touch screen at Hillcrest went out, following the expiration of their contract. She appears to be relatively new in her role, because I've been supporting both Hillcrest sites for over 6 years, and had not interacted with her. To my knowledge, I have never received anything but positive feedback from my contacts at Hillcrest and Hillcrest South over the years. We discussed the resolution for the touch screen, which they ultimately declined to repair. We also discussed the two systems that had gone overdue on their preventative maintenance. Resolution for those was postponed until after a path forward was agreed to at the Jan 20 Ardent meeting with Intuitive execs. We spoke several times during this period, and, I thought, developed a good working relationship and decent rapport. We both expressed frustration about being on the front lines and in a tough spot because of the negotiations. We both understood our roles, saying something to the effect of "we're on the low end of the totem pole, and this contracts business is above our paygrade."

After the battery issue was discovered and called in by the customer yesterday, I was dispatched the FSO and directed to follow up with the site. The conversation picked up where it left off, and regarding whether or not the repair would be authorized, she responded something to the effect of, "Good 'ol corporate America, we can't resolve it, because my hands are tied at the moment." I commiserated with her statements and expressed, with our primary roles as being patient care / enabling patient care (i.e. with a safe and functioning robot), the frustration with not being able to perform those roles at the moment. I reiterated that I was hopeful that resolution would be reached soon, after which "all of this" (referring to multiple phone calls, delayed repairs, discussions about PO's and authorizing repairs, cancelling patients, surgeons upset about overdue PM messages, etc.) would go away, and we could resume focusing on our primary objectives (patient care). The OR Director indicated agreement that she would like the "headache" to go away as well, and hope it all works out soon. I also let her know that we had an error flag on one arm of the other robot at Hillcrest that indicated it may go down soon (we call these a "Remote FE FSO" for preventive action with proactive part replacement when the system diagnostics indicate a potential issue). She asked how I was aware of it, and so I explained to her that we have a network connection with the system and can monitor certain things to help support system health and uptime.

Toward the end of the call, I did ask her if she was aware of any third party service companies, and mentioned potential concerns with regulation and quality that could potentially negatively impact the program and patients. She seemed to share the concern, and I indicated that ultimately, if the system isn't maintained and serviced appropriately, it could ultimately end up not functioning (and in a sense, end up being a being nothing but a big "paperweight). If that happened, we might not be able to fully repair the system back up to a clinically-safe state. The tone was educational and helpful, and in no way meant to be threatening. The call concluded with her saying she would let me know as soon as she knows if they'll approve us getting out to the site to repair the system.

While I think there may have been opportunities to have been more succinct and careful in my conversation, I was also trying to build comradery / a relationship with her as the new OR Director, and reiterate the primary focus of meeting

their needs, without the distraction of POs and contract renewals. I will certainly be more careful in the future with phrasing and content, knowing now how things can be taken out of context to alter the meaning and intent.

Thank you,
Chris Goss"

---

**From:** Chris Goss <Chris.Goss@intusurg.com>
**Sent:** Friday, January 31, 2020 10:17 AM
**To:** Ron Bair <Ron.Bair@intusurg.com>
**Cc:** Matt Davis <Matt.Davis@intusurg.com>
**Subject:** ARDENT CONTRACT CONTEXT

Ron,

Amie Reed and myself first made contact at the end of December when one of Hillcrest Main's sites lost visualization to one of their da Vinci touchscreens. Along with this two other systems were expiring for their scheduled maintenance and began to have a message on the screen indicating that service needed to be done. During this process I spoke with Amie several times and we began to establish a good working relationship. We both understood our roles, saying, 'that we are on the low end of the totem pole and this contract business is above our paygrade.' When I spoke with Amie yesterday we left off where we were on our last conversation, her saying, 'Good ol' Corporate America, and my hands are tied.' I agreed with her statements are expressed how frustrating it is for us both to do our jobs while all of the negotiating for the contracts are going on. I simply stated that yes, if the contract was signed 'all of this', being the red tape (P.O.'s and multiple phone calls) and frustration for all of us would be cleared out of the way and we could continue business as usual. Amie agreed that this was a head-ache and also expressed that she hopes things will work out. I asked her if she had heard anything about third party vendors and wanted to inform her that I was not sure if they are FDA approved and that their repairs could definitely impact patient safety and outcomes. She understood and I went on to say that if a third party vendor were to come in and try to fix the robot, but as an end result break it, that Intuitive might not feel obligated to undo what the third party did. In essence, that's when I told her that the system would then become unrepairable and would become useless. Amie understood and said she would let me know if they would be taking steps to get our Field Service out to look at the system.

Sincerely,

Chris Goss
Field Service Engineer

Mobile: 281 844 6530
Chris.Goss@intusurg.com

   << OLE Object: Picture (Device Independent Bitmap) >>
1020 Kifer Rd
Sunnyvale, CA 94086-5304 USA
intuitive.com

Attorneys' Eyes Only

Intuitive-00596767