# Exhibit 29

Message
| | |
|---|---|
| **From**: | Lars Thording [lthording@innovative-health.com] |
| **Sent**: | 2/28/2019 4:09:55 PM |
| **To**: | Mills Vautrot [mvautrot@restorerobotics.com]; John Barnett [jbarnett@reach3d.net]; cparker@restorerobotics.com |
| **CC**: | Rick Ferreira [rferreira@innovative-health.com] |
| **Subject**: | Re: Brochure |
| **Attachments**: | Restore Robotics Corporate Brochure_v5.pdf |

Hi All,

Here is the revised version.

Thanks,
Lars







This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** Mills Vautrot <mvautrot@restorerobotics.com>
**Date:** Thursday, February 28, 2019 at 9:15 AM
**To:** Lars Thording <lthording@innovative-health.com>, John Barnett <jbarnett@reach3d.net>, "cparker@restorerobotics.com" <cparker@restorerobotics.com>
**Cc:** Rick Ferreira <rferreira@innovative-health.com>
**Subject:** Re: Brochure

Lars
several more changes
very happy to discuss if you like

Hospitals can save $100,000 or more per da Vinci robot per year. Instead of buying new instruments after 10-15 uses,

**Exhibit 6**
Vautrot

Restore Robotics can repair/reset use counts on instruments thereby reducing financial and environmental burden for the hospital.

Instruments repair/reset is performed under a controlled and safe process. The instruments are re-usable and the process does not require a 510(k) clearance. Restore Robotics is ISO certified and complies with risk management, biocompatibility, and medical electrical equipment standards


1. Collect Instruments: Before a surgical procedure, select Inventory Mode on the robot and remove any instruments that have only one use left and haven't been previously sent for restoration.
Ship these devices to our service center


Restore Robotics has undertaken an extensive materials analysis through third party lab confirming the durability of the instruments. Internal testing has shown Instruments that were re-sterilized 50+ times in addition to the manufacturer's recommendation showed no degradation beyond normal wear.

thanks

> On February 27, 2019 at 4:40 PM Lars Thording <lthording@innovative-health.com> wrote:
>
> Hi All,
>
> Several (cosmetic) changes made to the brochure and your change incorporated. Please let me know if I should make any more changes before you submit to your legal team.
>
> Thanks,
> Lars



**Lars Thording**
**VP, Marketing & Public Affairs**
480.210.8091 (Office)
623.326.1942 (Mobile)
www.innovative-health.com





AMDR MEMBER — ASSOCIATION OF MEDICAL DEVICE REPROCESSORS EST. 1997

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by

mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** Mills Vautrot <mvautrot@restorerobotics.com>
**Date:** Wednesday, February 27, 2019 at 9:35 AM
**To:** Lars Thording <lthording@innovative-health.com>, John Barnett <jbarnett@reach3d.net>
**Cc:** Rick Ferreira <rferreira@innovative-health.com>
**Subject:** Re: Brochure

Lars

we would like to change

"If Intuitive Surgical threatens to stop their robot service program, Restore Robotics is a service program that can save the hospital even more on their robots"

to

Restore Robotics also offers a Preventative Maintenance and Repair program that can save the hospital even more on their robots.

the original copy may be a little too direct about interfering with the contract that the customer has with Intuitive - something we have to be careful of due to legal issues

also we are going to be sending to legal counsel for opinion on it and several other docs but wanted to get that change in now

Thanks

> On February 27, 2019 at 10:23 AM Lars Thording <lthording@innovative-health.com> wrote:
>
> Thanks, John, making a few adjustments on my end after proof reading. Will send over in a few. Lars



This message contains confidential information and is intended only for the individual named. If you are not the named addressee should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]



**From:** John Barnett <jbarnett@reach3d.net>
**Date:** Wednesday, February 27, 2019 at 8:21 AM
**To:** Lars Thording <lthording@innovative-health.com>
**Cc:** Rick Ferreira <rferreira@innovative-health.com>, 'Mills Vautrot' <mvautrot@restorerobotics.com>
**Subject:** FW: Brochure


From Clif-Please see below-thanks


John Barnett

Co-Founder

Reach3D LLC

www.reach3d.net

jbarnett@reach3d.net

C   678-296-5810

O   678-400-0640 x401

CONFIDENTIAL                                                                                                  Restore-00009560

F   678-261-1816



**From:** cparker@restorerobotics.com [mailto:cparker@restorerobotics.com]
**Sent:** Wednesday, February 27, 2019 10:09 AM
**To:** 'John Barnett' <jbarnett@reach3d.net>
**Subject:** RE: Brochure

Looks good but I'm sending all of our documents through our attorney now so we don't get into any hot water. I see a couple of little tweaks that need to be made.

**Clif Parker**

Restore Robotics

850-832-2834

**From:** John Barnett [mailto:jbarnett@reach3d.net]
**Sent:** Wednesday, February 27, 2019 10:06 AM
**To:** 'Clif Parker' <cparker@restorerobotics.com>
**Subject:** FW: Brochure

John Barnett

Co-Founder

Reach3D LLC

www.reach3d.net

jbarnett@reach3d.net

C   678-296-5810

O  678-400-0640 x401

F  678-261-1816



From: lthording@alliancehcpartners.com [mailto:lthording@alliancehcpartners.com]
Sent: Tuesday, February 26, 2019 3:21 PM
To: John Barnett <jbarnett@reach3d.net>; Mills Vautrot <mvautrot@restorerobotics.com>
Cc: rferreira@alliancehcpartners.com
Subject: Brochure

Hi John and Mills,

Please see attached brief sales brochure (draft) for restore. Our sales folks have asked for something that describes the Restore deal from a $ perspective and gets the important issues on the table. Any concerns or thoughts?

Thanks,

Lars

G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

CONFIDENTIAL Restore-00009563



+1 (678) 619-0011      Atlanta, GA, UNITED STATES

## Freeing Critical Financial Resources Through Instrument Repair in the OR

Hospitals can save $100,000 or more per da Vinci robot per year. Instead of buying new instruments after 10-15 uses, Restore Robotics can repair/reset use counts on instruments thereby reducing financial and environmental burden for the hospital.

Instruments repair/reset is performed under a controlled and safe process. The instruments are re-usable and the process does not require a 510(k) clearance. Restore Robotics is ISO certified and complies with risk management, biocompatibility, and medical electrical equipment standards.

### The Challenge



1. Instruments are purchased new for $1,500 - $3,000+
2. Instruments are used 10 times
3. Instruments are discarded

**However:** Instruments are built using surgical grade material, still functional when discarded, and capable of multiple additional uses.

### Restore Robotics' Solution



1. Hospitals collect instruments at the end of their lifecycle
2. Restore Robotics cleans, repairs/resets and tests instruments
3. Hospital saves $100,000+ per robot per year

- 10-12 instruments need replaced or restored per month per robot
- No adverse events on restored instruments
- $650 average savings per instrument

## How It Works



1. **Collect Instruments:** Collect Instruments: Before a surgical procedure, select Inventory Mode on the robot and remove any instruments that have only one use left and haven't been previously sent for restoration. Ship these devices to our service center.
2. **Ultrasonic Cleaning:** We clean the instrument before the repair begins. We do not return the instrument sterilized.
3. **Testing:** A rigorous detailed inspection is performed following ISO procedures. We test for electrical and electro-surgical safety, and inspect for any sign of physical damage. If appropriate, we will sharpen the instrument as well.
4. **Communication:** If the robotic instrument does not pass all tests then we notify you that it cannot be restored and then you are given the opportunity to purchase a new instrument.
5. **Restore:** If the robotic instrument passes all tests then we utilize our proprietary and patented process to restore the available uses to its original state. If it is a 10 use instrument then we return it with 10 available uses. Documentation follows the unit based on the serial number throughout its life.
6. **Instrument Return:** We pack and ship the same instruments back that you submitted for restoration. Turnaround time is less than 10 days from the time you ship to us.

Restore Robotics also offers a preventative maintenance and repair program that can save the hospital even more on their robots. Robotics program technicians are all former Intuitive Surgical field service engineers with years of experience servicing the robot.

## Example Savings on da Vinci Surgical Systems

| HOSPITAL ANNUAL DA VINCI INSTRUMENT SPEND | HOSPITAL ANNUAL INSTRUMENT SPEND WITH RESTORE ROBOTICS | ANNUAL SAVINGS |
|---|---|---|
| $1,853,050 | $1,354,400 | $498,650 |

## Safety
### Regulatory and Risk Management

- Repair process flow created and validated according to ISO:13485:2012
- Compliance with Risk Management and Analysis according to EN ISO 14971:2012 (meets ISO and FDA standards)
- Compliance with Biocompatibility ISO 10993 Biological Evaluation of Medical Devices
- Compliance with Medical Electrical Equipment standards IEC 60601
- Verification reports to Simulated Life Testing according to ISO:13485:2012
- Software validation according to ISO:13485:2016

Restore Robotics has undertaken an extensive materials analysis through third party lab confirming the durability of the instruments. Internal testing has shown Instruments that were re-sterilized 50+ times in addition to the manufacturer's recommendation showed no degradation beyond normal wear.