# Exhibit 30

# SAVINGS ON DA VINCI SURGICAL SYSTEMS






January 30, 2019

## Introduction

**FREEING CRITICAL FINANCIAL RESOURCES THROUGH INSTRUMENT RE-USE**




# BRINGING ECONOMICS TO YOUR DA VINCI SURGICAL PROGRAM



## RESTORE ROBOTICS

Industry veterans committed to creating financial and environmental sustainability in instrument utilization through re-use



## SAVINGS OPPORTUNITY

Restored instruments and the robotics programs can save hospitals $100,000 per da Vinci robot



## REUSE INSTRUMENTS

da Vinci endoscopic instruments have a 10x use lifecycle. Instead of buying new, hospitals can re-use instruments and reduce financial and environmental burden



## FUTURE

More EndoWrist models are being added as well as more parts and services to reduce the cost of da Vinci robot utilization and free important resources for the hospital




# Current Challenges

## DA VINCI ENDOSCOPIC INSTRUMENTS









Instruments are acquired at $1,500 - $3,000+



Instruments are used 10 times



Instruments are discarded

**HOWEVER**

**Instrument are**

- built with surgical grade material
- still functional when discarded
- capable of multiple additional usages

Hospitals can save $100,000 per year per robot by repair and re-using da Vinci endoscopic instruments -

- WITHOUT risking malfunction and patient harm
- WHILE reducing environmental harm




# Restore Robotics' Solution

RESTORED DA VINCI ENDOSCOPIC INSTRUMENTS AND ROBOTICS PROGRAM





Hospital captures instruments at the end of their lifecycle



Restore Robotics cleans, repairs/resets and tests instruments



Hospital saves $100,000+ per robot per year

## Restore Robotics

- No adverse events on repaired instruments
- All work performed in ISO certified facility
- Also offering New Instruments and Accessories at discounts

**S and Si EndoWrist Savings**

- 25% average savings on instruments
- $650 average savings per instrument
- 10-12 instruments per month need replaced/ repaired

**More than**

**$100,000**

**savings per year per robot**

# How It Works



## Collect Instruments

- Before a surgical procedure, select Inventory Mode on the robot and remove any instruments that haven't been previously sent for restoration and that have only 1 use left. Set those instruments aside to be shipped to our service center.
- When you have accumulated a few instruments, ship them in a suitable shipping container with a silicone cover to protect the tip.
- Use customer portal for repair order







## Ultrasonic Cleaning

- We clean the instrument before the repair begins.
- We do not return the instrument sterilized.






# How It Works

3

## Testing

- A rigorous detailed inspection is performed following ISO procedures.
- We test for electrical and electro-surgical safety, and inspect for any sign of physical damage. If appropriate, we will sharpen the instrument as well.



4

## Communication

- If the robotic instrument does not pass all tests then we notify you that it cannot be restored and then you are given the opportunity to purchase a new instrument.





# How It Works

5

## Restore



- If the robotic instrument passes all tests then we utilize our proprietary and patented process to restore the available uses to its original state. If it is a 10 use instrument then we return it with 10 available uses.
- Documentation follows the unit based on the serial number throughout its life.

6

## Instrument Return





- We pack and ship the same instruments back that you submitted for restoration.
- Turnaround time is less than 10 days from the time you ship to us.



# Sample Savings - $500K per year

*Restore Robotics – customer savings example*

## SAVINGS ON DA VINCI SURGICAL SYSTEMS




| Model # | Annual usage | Instrument | Da Vinci price | Restore Robotics repair fee | % Hospital savings | Hospital savings per instrument | Annual savings | Hospital annual da Vinci spend | Hospital annual spend with Restore Robotics |
|---|---|---|---|---|---|---|---|---|---|
| 420006 | 162 | Large Needle Driver | $2,200 | $1,600 | 27% | $600 | $97,200 | $356,400 | $259,200 |
| 420049 | 24 | Cadiere Forceps | $2,000 | $1,500 | 25% | $500 | $12,000 | $48,000 | $36,000 |
| 420093 | 98 | ProGrasp Forceps | $2,200 | $1,600 | 27% | $600 | $58,800 | $215,600 | $156,800 |
| 420110 | 11 | PreCise Bipolar Forceps | $2,700 | $1,950 | 28% | $750 | $8,250 | $29,700 | $21,450 |
| 420179 | 153 | Hot Shears (Monopolar Curved Scissors ) | $3,200 | $2,250 | 30% | $950 | $145,350 | $489,600 | $344,250 |
| 420183 | 17 | Permanent Cautery Hook | $2,000 | $1,500 | 25% | $500 | $8,500 | $34,000 | $25,500 |
| 420207 | 4 | Tenaculum Forceps | $2,200 | $1,600 | 27% | $600 | $2,400 | $8,800 | $6,400 |
| 420309 | 56 | Mega™ SutureCut™ Needle Driver | $2,400 | $1,850 | 23% | $550 | $30,800 | $134,400 | $103,600 |
| 420194 | 9 | Mega Needle Driver | $2,200 | $1,600 | 27% | $600 | $5,400 | $19,800 | $14,400 |
| 420001 | 2 | Potts Scissors | $1,950 | $1,500 | 23% | $450 | $900 | $3,900 | $3,000 |
| 420048 | 1 | Long Tip Forceps | $2,450 | $1,800 | 27% | $650 | $650 | $2,450 | $1,800 |
| 420227 | 68 | PK® Dissecting Forceps | $2,900 | $2,200 | 24% | $700 | $47,600 | $197,200 | $149,600 |
| 420172 | 60 | Maryland Bipolar Forceps | $2,700 | $2,000 | 26% | $700 | $42,000 | $162,000 | $120,000 |
| 420205 | 31 | Fenestrated Bipolar Forceps | $2,700 | $2,000 | 26% | $700 | $21,700 | $83,700 | $62,000 |
| 420121 | 4 | Fine Tissue Forceps | $2,800 | $1,950 | 30% | $850 | $3,400 | $11,200 | $7,800 |
| 420189 | 8 | Double Fenestrated Grasper | $2,000 | $1,500 | 25% | $500 | $4,000 | $16,000 | $12,000 |
| 420344 | 1 | Curved Bipolar Dissector | $2,700 | $1,950 | 28% | $750 | $750 | $2,700 | $1,950 |
| 420007 | 3 | Round Tip Scissors | $1,950 | $1,500 | 23% | $450 | $1,350 | $5,850 | $4,500 |
| 420278 | 3 | Graptor (Grasping Retractor) | $2,400 | $1,800 | 25% | $600 | $1,800 | $7,200 | $5,400 |
| 420296 | 9 | Large SutureCut™ Needle Driver | $2,400 | $1,850 | 23% | $550 | $4,950 | $21,600 | $16,650 |
| 420249 | 1 | Dual Blade Retractor | $2,950 | $2,100 | 29% | $850 | $850 | $2,950 | $2,100 |
| | | | | | | TOTAL | $498,650 | $1,853,050 | $1,354,400 |

Atlanta, Georgia • 678-619-0011 • info@RestoreRobotics.com

SAVINGS ESTIMATE

## 8mm devices for S and Si robots

| Instrument | Model Number | Usage Cycle |
|---|---|---|
| Potts Scissors | 420001 | 10 |
| Small Clip Applier | 420003 | 100 |
| Large Needle Driver | 420006 | 10 |
| Round Tip Scissors | 420007 | 10 |
| Black Diamond Micro Forceps | 420033 | 15 |
| DeBakey Forceps | 420036 | 10 |
| Long Tip Forceps | 420048 | 10 |
| Cadiere Forceps | 420049 | 10 |
| ProGrasp Forceps | 420093 | 10 |
| PreCise Bipolar Forceps | 420110 | 10 |
| Fine Tissue Forceps | 420121 | 15 |
| Snap-fit™ Scalpel Instrument | 420157 | 30 |
| Micro Bipolar Forceps | 420171 | 10 |
| Maryland Bipolar Forceps | 420172 | 10 |
| Curved Scissors | 420178 | 10 |
| Hot Shears (Monopolar Curved Scissors) | 420179 | 10 |
| Resano Forceps | 420181 | 10 |
| Permanent Cautery Hook | 420183 | 10 |
| Permanent Cautery Spatula | 420184 | 10 |
| Double Fenestrated Grasper | 420189 | 10 |
| Cobra Grasper | 420190 | 10 |
| Valve Hook | 420192 | 15 |
| Mega Needle Driver | 420194 | 10 |
| Pericardial Dissector | 420203 | 10 |
| Atrial Retractor | 420204 | 10 |
| Fenestrated Bipolar Forceps | 420205 | 10 |
| Tenaculum Forceps | 420207 | 10 |
| Cardiac Probe Grasper | 420215 | 10 |
| PK® Dissecting Forceps | 420227 | 10 |
| Atrial Retractor Short Right | 420246 | 10 |
| Dual Blade Retractor | 420249 | 10 |
| Graptor (Grasping Retractor) | 420278 | 10 |
| Large SutureCut™ Needle Driver | 420296 | 10 |
| Mega™ SutureCut™ Needle Driver | 420309 | 10 |
| Small Graptor (Grasping Retractor) | 420318 | 10 |
| Curved Bipolar Dissector | 420344 | 10 |






# Additional Sterilizations Are Safe

## Repaired robotic instruments have no material degradation beyond normal wear after additional sterilizations

Materials analysis shows substantially identical components between instruments, but number of sterilizations vary...



Clinical devices

Top is Clip Applier rated for 25 sterilizations. Bottom is ProGrasp™ rated for 15 sterilizations



Grasping device

Top is training version rated for 30+ sterilizations. Bottom is clinical version rated for 15 sterilizations

Repair process R&D revealed that the da Vinci® Si™ instruments share many of the same components including the instrument shaft, the wrist clevis and tool clevis (these components allow articulation) spacers, wires, shell, body, etc.

Material analysis was performed by a 3rd party on the individual components as well as select group of tool heads that represent each of the "families" of tool heads.

**Findings:**

- The vast majority of each type of component in the da Vinci® Si™ instruments are identical from a materials analysis point of view – in spite of the fact that the number of sterilizations dictated by the manufacturer varies.
- A study reviewed by DQSMed: Instruments that were re-sterilized 50+ times in addition to the manufacturer's recommendation showed no degradation beyond normal wear.

| Instruments | ProGrasp™ Forceps | Clip Applier | Monopolar Shears |
|---|---|---|---|
| # of Lives / Uses | 10 | • | 10 |
| # of Firings | • | 100 | • |
| Sterilizations (Manuf.) | 15 | 25 | 15 |
| Sterilizations (Restore)[3] | 50+ | 50+ | 50+ |
| **Material Analysis** | | | |
| End Effector (Tool End)<br>Tool Clevis<br>Wrist Clevis | All items 17-4 Chromium Nickel Copper Stainless Steel | All items 17-4 Chromium Nickel Copper Stainless Steel | Tool End - 420 Chromium Stainless Steel<br>Clevis - 17-4 Chromium Nickel Copper Stainless Steel |
| Shaft | "E" Glass: Alumino-borosilicate Fiberglass | "E" Glass: Alumino-borosilicate Fiberglass | "E" Glass: Alumino-borosilicate Fiberglass |
| Cover | Polysulfone compound | Polysulfone compound | Polysulfone compound |

*17-4 Stainless has high strength, exceptional corrosion and heat resistance
*420 Chromium - is corrosives resistant with high hardness and conductivity
*E-Glass has high strength and stiffness plus resists heat and chemicals
*Polysulfone - very durable and able to withstand high heat

INNOVATIVE HEALTH

# SAFETY

## Regulatory and Risk Management

- Repair process flow created and validated according to ISO:13485:2012
- Compliance with Risk Management and Analysis according to EN ISO 14971:2012 (meets ISO and FDA standards)
- Compliance with Biocompatibility ISO 10993 Biological Evaluation of Medical Devices
- Compliance with Medical Electrical Equipment standards IEC 60601
- Verification reports to Simulated Life Testing according to ISO:13485:2012
- Software validation according to ISO:13485:2012