# Exhibit 32

| | |
|---|---|
| **Message** | |
| **From**: | Mills Vautrot [mvautrot@restorerobotics.com] |
| **Sent**: | 9/21/2018 4:48:11 PM |
| **To**: | kmay@restorerobotics.com; Kmay@medivisionusa.com |
| **Subject**: | docs that could be shared with BJC |
| **Attachments**: | 001_RESTORE_ROBOTICS_HOW_TO_UTILIZE_THE_SERVICE_v6.pdf; 002_RESTORE_ROBOTICS_SURGICAL_INSTRUMENT_USAGE_CYCLE_REPAIR_v6_GRI.pdf; 003_RESTORE_ROBOTICS_ROBOTIC_SURGICAL_INSTRUMENT_REPAIR_FAQ _v5.pdf; 005_RESTORE_Robotics__Instruments_Repaired_vG.pdf; 009___Restore_Robotics_General_Flyer_v.6.pdf |

Hey Kevin

This is what I have at the moment

Clearly Warren does not need to provide everything at one time and is probably too much to absorb in one shot - -just a set to choose from

Let me know if you have questions

You will see that after the scare with the C&D letter we went back and made the flyer much more generic so that da Vinci would have a harder time going after us

It now looks like da Vinci is just one of several that we are providing services for

If you think this will be confusing - I still have the da Vinci focused flyer

Just let me know

Thanks

G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

**Exhibit 4**
Vautrot

CONFIDENTIAL                                                             Restore-00039122



# Utilizing Instrument Usage-Cycle Repair Service

## Devices Being Repaired for the First Time

**1 – Before a surgical procedure – select Inventory Mode on the robot and check remaining utilization on devices.**

**2 – Set aside the devices having only 1 utilization remaining so that they may be sent in to be repaired.**

**3 – Complete the repair form located at the Restore Robotics Portal for the devices to be repaired.**
> Info requested includes: Model numbers, Serial numbers, PO#, Shipping account number and other pertinent information

**4 - Place the devices in a suitable shipping container.**
> We recommend placing the device in the box that previously held the unit that will be replacing it - - or - - with common sense packaging multiple devices can be placed in the same box. If the latter is done we recommend placing silicone covers on the tips to protect them while in shipment.

**5 – Accumulate several devices.**
> To reduce both shipping costs and administrative burden we recommend shipping only 1-2 times per month depending on your volume and maintaining proper inventory. Please keep in mind that turnaround time is typically 10 business days.

**6 – Ship devices to the Restore Robotics USA Service Center located at**
   6822 22nd Avenue North   Suite 283   St Petersburg FL  33710

## Devices Repaired for the Second and Further Times

**1 – Fully utilize the device (i.e. zero remaining uses)**

**2 – After a surgical procedure – select Inventory Mode on the robot and record which of the devices previously repaired have zero remaining uses.**

**3 – Provide this list to appropriate department that will follow the devices through the cleaning and sterilization procedures.**

**4 – Clean and sterilize these devices as you normally would.**

**5 – Follow steps 3-6 above regarding documentation and shipping**

For Further information – Please contact

Restore Robotics – How to Utilize the Service   RR-001--07-2018

CONFIDENTIAL                                                                                                    Restore-00039123



# Surgical Robot - Instrument Usage - Cycle Repair

With **Restore Robotics** hospitals finally gain control of their robotic surgical instruments. Our service allows hospitals to benefit from multiple usage cycles of the instrument. Inspection, repair and testing are performed in our ISO certified facility utilizing procedures and components that are formally validated and controlled.

## 1 – Medical Facilities Select Cleaned and Sterilized Robotic Instruments Then Ship to a Restore Robotics Service Center



Hospital uses robot's Inventory Control Mode to determine instruments readiness for the repair procedure. <u>First Time</u> submittals <u>MUST</u> have one (1) usage remaining to be repaired. Subsequent repairs can be done with zero (0) usages remaining.

## 2 – Instruments Ultrasonically Cleaned, Tested for Electro-Surgical Safety and Inspected for Any Signs of Physical Damage



Proprietary software utilized to confirm instrument's candidacy for use-count reset. Visual inspection follows, seeking signs of weakness, stress, cracks, etc. Standardized electro-surgical testing is performed and, if appropriate, sharpening, alignment, etc. is provided.

## 3 - Restore Robotics Team Informs Our Client of Inspection Results

If an instrument does not meet the criteria for repair, it becomes medical waste at the Restore Robotics site and the customer is informed.

## 4 – The Repair Procedure is Performed



Patented and Proprietary procedures are utilized to allow both key information to be maintained (Ex. device serial number) and for counter to be repaired to allow another usage cycle.

## 5 - Testing and Final Review of Device



A second formal testing of the instrument ensures proper functionality. Tests are once again performed for electrical and electro-surgical safety. All results maintained in a quality control record for that device.

## 6 – Packaging and Shipping



After all test and inspection results are confirmed, the instrument is again ultrasonically cleaned, then packed and prepared for shipping.

For Further information Please contact

Usage Cycle Repair Process – **RR-002--07-2018**

CONFIDENTIAL                                                                                                            Restore-00039124



# Surgical Robot Instrument Usage-Cycle Repair FAQs

With **Restore Robotics** hospitals finally gain control of their robotic surgical instruments. Our service allows hospitals to benefit from multiple usage cycles of the instrument. Inspection, repair and testing are performed in our ISO certified facility utilizing procedures and components that are formally validated and controlled.

**These are limited-use devices – is it within regulatory compliance to repair and reuse them?**
The FDA recognizes only two types of use cases: single use and multiple use. These devices are classified as multiple use by the FDA.

**Could your service impact the performance of the Robot in a procedure?**
The robot <u>only</u> communicates electronically with the device Pre-Surgery. It confirms serial number, model number and remaining count. After that the robot has No communication with the device during surgery it simply drives the device mechanically. Our service has no impact on the mechanical components of the device.

**Is one-use-remaining required each time I want to access your service?**
No – Sending the device in to be repaired with one use remaining is only neccesary <u>the first time.</u> After that you are free to fully utilize the device.

**Why does it still stop at 10 uses – Can't you extend that?**
The 10-use protocol is built into the surgical robot's operating system (software) requirements for instrument utilization. We cannot alter the robot's software.

**Will I get back the same tool that I sent in to be restored?**
You will get back the tool that you submitted unless it fails testing.

**How many times can a device be repaired?**
A conservative estimate is 6-8 times before it woud fail the initial testing. However the device is well designed and there is no reason to think that it could not go longer.

**Do I need to ship in any special manner because they are robot parts?**
No – Common sense packaging is all that is needed and shipping by Ground is acceptable for these devices. For simplicity we recommend that when you retrieve a new device from inventory that you place the device to be restored in that box and ship once you have accumated several devices – perhaps every 2-4 weeks depending on the volume of unts to be restored and your inventory requrements.

For Further information – Please contact

Instrument Repair – FAQ  **RR-003--07-2018**



We currently Repair/Reset the following list of 8mm devices for S and Si robots

| Model Number | Usage Cycle | Name |
|---|---|---|
| 420001 | 10 | Potts Scissors |
| 420003 | 100 | Small Clip Applier |
| 420006 | 10 | Large Needle Driver |
| 420007 | 10 | Round Tip Scissors |
| 420033 | 15 | Black Diamond Micro Forceps |
| 420036 | 10 | DeBakey Forceps |
| 420048 | 10 | Long Tip Forceps |
| 420049 | 10 | Cadiere Forceps |
| 420093 | 10 | ProGrasp Forceps |
| 420110 | 10 | PreCise Bipolar Forceps |
| 420121 | 15 | Fine Tissue Forceps |
| 420157 | 30 | Snap-fit™ Scalpel Instrument |
| 420171 | 10 | Micro Bipolar Forceps |
| 420172 | 10 | Maryland Bipolar Forceps |
| 420178 | 10 | Curved Scissors |
| 420179 | 10 | Hot Shears (Monopolar Curved Scissors) |
| 420181 | 10 | Resano Forceps |
| 420183 | 10 | Permanent Cautery Hook |
| 420184 | 10 | Permanent Cautery Spatula |
| 420189 | 10 | Double Fenestrated Grasper |
| 420190 | 10 | Cobra Grasper |
| 420192 | 15 | Valve Hook |

CONFIDENTIAL                                                                                                                        Restore-00039126

| | | |
|---|---|---|
| 420194 | 10 | Mega Needle Driver |
| 420203 | 10 | Pericardial Dissector |
| 420204 | 10 | Atrial Retractor |
| 420205 | 10 | Fenestrated Bipolar Forceps |
| 420207 | 10 | Tenaculum Forceps |
| 420215 | 10 | Cardiac Probe Grasper |
| 420227 | 10 | PK® Dissecting Forceps |
| 420230 | 100 | Large Clip Applier |
| 420246 | 10 | Atrial Retractor Short Right |
| 420249 | 10 | Dual Blade Retractor |
| 420278 | 10 | Graptor (Grasping Retractor) |
| 420296 | 10 | Large SutureCut™ Needle Driver |
| 420309 | 10 | Mega™ SutureCut™ Needle Driver |
| 420318 | 10 | Small Graptor (Grasping Retractor) |
| 420327 | 100 | Medium-Large Clip Applier |
| 420344 | 10 | Curved Bipolar Dissector |
| | | |
| | | |

Instruments Repaired - **RR-005**



## SAVE OVER $100,000 PER YEAR <u>PER ROBOT</u>

### SERVICES AVAILABLE

- PATENTED ROBOTIC INSTRUMENT REPAIR
- 25% SAVINGS PER INSTRUMENT
- ISO 9001:2015 FACILITY
- SURGICAL ROBOT PREVENTATIVE MAINTENANCE
- FREE PROCESS IMPLEMENTATION CONSULTING

### INNOVATIVE SOLUTIONS FOR SURGICAL ROBOTS

Restore Robotics is the world's first provider of a repair/reset service for robotic surgical instruments.
- Multiple usage cycles are now available with significant cost savings.
- Guaranteed to maintain same functionality or we will replace it for free.
- Our patented repair/reset process combined with our other offerings puts you in control of your robotic system.

Restore Robotics further enhances your savings and control by offering strong discounts for Robotic Surgical needs such as:
- New Instruments
- Single Use Accessories
- Preventative Maintenance Programs
- Repairs to the Robot

### STOP THROWING AWAY YOUR ROBOTIC INSTRUMENTS!

  

1275 Buford HWY, Suite 109, Suwanee, GA 30024   -   (678) 619-0011
Info@RestoreRobotics.com   -   www.RestoreRobotics.com

CONFIDENTIAL                                                                                                         Restore-00039128