# Exhibit 33

Message

| | |
|---|---|
| **From:** | Mills Vautrot [mvautrot@restorerobotics.com] |
| **Sent:** | 9/20/2018 5:04:09 PM |
| **To:** | John Barnett [jbarnett@reach3d.net]; cparker@restorerobotics.com |
| **Subject:** | RE: regarding the deck |
| **Attachments:** | 008__RESTORE ROBOTICS__INTRODUCTION vf.pptx |

John

attached is the deck

my recommendation would be to send it to Rick first

have him review it and get his comments

then if necessary make any changes before sending it to the Indiana folks

> On September 20, 2018 at 5:02 PM John Barnett <jbarnett@reach3d.net> wrote:
>
> Will do on the email. Thought about it before I sent my email.
>
> Just didn't pull the trigger fast enough-my bad.
>
>
> Thanks for the deck
>
>
> John Barnett
>
> Co-Founder
>
> Reach3D LLC
>
> www.reach3d.net
>
> jbarnett@reach3d.net
>
> C  678-296-5810
>
> O  678-400-0640 x401
>
> F  678-261-1816



**Exhibit 3**
Vautrot

CONFIDENTIAL                                                                                             Restore-00012158

**From:** Mills Vautrot [mailto:mvautrot@restorerobotics.com]
**Sent:** Thursday, September 20, 2018 4:49 PM
**To:** jbarnett@reach3d.net
**Subject:** regarding the deck

I want to use a new version

 i am cleaning up the old one and adding a note on sterilizations to refute da Vinci claims

will send before i leave tonight

hey buddy - please try to only use this email for restore robotics stuff (and not the reach3d one) - thanks

G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369



Restore-00012160

# OVERVEIW

## OFFERINGS

Cost Saving Products / Services For da Vinci Surgical Robot

## PRIMARY OFFERING

Repair EndoWrist Usage Cycles – Save Avg 25%+ Over New Units

## ADDITIONAL OFFERINGS

New EndoWrist  –  New Accessories  –  New Drapes
Repair/Maintenance Services  –  Parts Access

## WHY CHOOSE RESTORE ROBOTICS

Save Over $100,000/Yr Per Robot – Better Service and Support

CONFIDENTIAL



# BACKGROUND (CONT.)

Current process for da Vinci instruments
- Purchase an instrument for $1,500 – $3,200
- Utilize 10 times (a usage cycle)
- Discard
- Purchase new instrument

Instruments are:
- Built with surgical grade metals and high durability thermoplastics
- Capable of multiple usage cycles
- Still mechanically functional when discarded

CONFIDENTIAL

Restore-00012163

# BACKGROUND (CONT.)

We have found the average usage of a da Vinci S / Si robot to be

- 300 surgical procedures per year  -
- 5 instrument used per procedure
- 1500 instrument "uses" per year – divided by 10 per usage cycle
- 150 instrument purchased per year per Robot
- 20-25% will continue to be new instrument purchases

On average 115-120 instruments per year per robot are candidates for Usage Cycle Repair. (8-10 per month)

## DOES THIS EXAMPLE MATCH YOUR USAGE PATTERN?



Restore-00012165

# DEVICES REPAIRED - DETAILS

Approx. 40 of the 420 series 8mm EndoWrist instruments
Sample list includes:



| | |
|---|---|
| 420006 | Large Needle Driver |
| 420093 | ProGrasp Forceps |
| 420194 | Mega Needle Driver |
| 420309 | Mega™ SutureCut™ Needle Driver |
| 420172 | Maryland Bipolar Forceps |
| 420205 | Fenestrated Bipolar Forceps |
| 420227 | PK® Dissecting Forceps |
| 420179 | Hot Shears (Monopolar Curved Scissors ) |

CONFIDENTIAL

# CREDENTIALS

- 9 years of R & D

- 2 patents

- ISO 9001 facility

- ISO documentation follows each repaired unit for the life of that device

- 2 years of repair service operation OUS

- Well over 1800 repairs completed with **NO adverse events**

CONFIDENTIAL

Restore-00012167

# WHY REPAIR THE INSTRUMENTS

- Instruments are capable of much more than one usage cycle

- Hospital saves average of 25%+ over cost of new instrument

- 1st instrument repair is half price

- Great service
  - We will be as hands-on in the collection, shipping, retrieval and inventory as we are allowed to be

CONFIDENTIAL

Restore-00012168

# DISCOUNTED DA VINCI PRODUCTS

### INSTRUMENTS (limited inventory)

- 420 series S and Si Instruments
- Training Instruments
- Single Site Instruments

### ACCESSORIES (limited inventory)

- Drapes
- Obturators
- Cannulas

CONFIDENTIAL

Restore-00012169

# ROBOT MAINTENANCE AND REPAIR

Annual agreements offered include:
- Preventative Maintenance Only
- Repairs Quoted Separately as Needed
- Provides Significant Savings
  - Note - Software updates not available at this time

Maintenance and Repair Technicians
- Former da Vinci Techs with strong experience

Parts for Repair
- Access to all parts, cables, computer boards, etc.

CONFIDENTIAL                                                       Restore-00012170

# REPAIR REQUIREMENTS

- The <u>FIRST</u> time the instrument is repaired it <u>MUST have 1 use</u> left when sent in for repair.

- Subsequent repairs can be performed with Zero uses remaining

- Before or After surgery - select devices with 1 use left

- Clean, sterilize  and ship to our service center

- 10  days later the repaired device returns

CONFIDENTIAL

Restore-00012171

# REPAIR PROCESS

The repair on the EndoWrist includes:

- A rigorously detailed inspection (ensures unit is fit to be repaired)

- Ultrasound cleaning

- Repair/Reset the counter (this allows it to go through another usage cycle – typically 10 uses)

- Repair/Sharpen/Adjust the distal tip tool as needed

- Further testing and inspection to confirm validity of repair and fitness of unit for use as well as additional ultrasound cleaning

- Complete ISO paperwork that follows device for its lifetime

- Return instrument

Restore-00012172

# HOW TO USE OUR SERVICE

- Clean and sterilize the instrument

- Pack instrument for shipping

- Use Web Portal to create repair request  (most data auto-filled after first use)

- Ship unit to Restore Robotics Repair Center

- Status updates provided in Portal from received to in transit for return

CONFIDENTIAL

Restore-00012173

## FAQ

**Will this impact surgical efficacy?**

- Repair Process impacts electronics of the instrument

- Robot's electronic interactions with the instrument
  - Occurs only once and that is before the surgery starts
  - Only verifies instrument model / number of uses remaining
  - No electronic interaction during instrument use

- During surgery robots only interaction with instrument is mechanical

- Multiple inspections during the repair process seek out any damage or weakness in the instrument – if found, the instrument is discarded

Restore-00012174

## FAQ

**These are limited use devices – is it within regulatory compliance to repair and re-use them?**

The FDA recognizes only two types of use cases:

Single use

Multiple use.

These devices are classified as multiple use by the FDA.

**Are you sure I can use this for more than 10 uses?**

da Vinci's training tools (Red Cover) are identical to the surgical tools in every way but one – most come from the factory set for 30 uses while some have over 100 uses

CONFIDENTIAL

# FAQ

## Am I allowed to use a third party for this service?

Recent US Supreme Court ruling RE: Impression Products, Inc.. v. Lexmark International, Inc. provides the legal right to use a 3rd party for repairs.

## What if da Vinci will not provide service if I use you?

We have both a number of experienced former da Vinci technicians  available as well as access to da Vinci parts

CONFIDENTIAL

Restore-00012176



**What Risk Management procedures do you follow?**

We have an ISO 9001:2015 Certified facility whose processes are Compliant with multiple international standards including 13485 and 14971

1. Repair process flow created <u>and</u> validated  according to ISO:13485:2012

2. Compliance with Risk Management and Analysis according to EN ISO 14971:2012 (meets ISO and FDA standards)

3. Compliance to Biocompatibility ISO 10993 Biological Evaluation of Medical Devices

4. Compliance to Medical Electrical Equipment standards IEC 60601

6. Verification reports to Simulated Life Testing according to ISO:13485:2012

7. Software validation according to ISO:13485:2012

CONFIDENTIAL



Restore-00012178



CONFIDENTIAL

Restore-00012179



CONFIDENTIAL

Restore-00012180