# Exhibit 34

Message

| | |
|---|---|
| **From**: | cparker@restorerobotics.com [cparker@restorerobotics.com] |
| **Sent**: | 6/20/2019 9:06:26 AM |
| **To**: | 'Colletti, Jake' [JColletti@medline.com]; Sheehy, Justin [JSheehy@medline.com] |
| **Subject**: | FAQ doc |
| **Attachments**: | Restore Robotics FAQ[2][1].pdf |

**Clif Parker**
**CEO**
Restore Robotics LLC
1275 Hwy 23
Suite 109
Suwanee, GA 30024
www.restorerobotics.com
cparker@restorerobotics.com
C 850-832-2834
W 678-619-0011
F 678-261-1816

**Exhibit 1** Parker

HIGHLY CONFIDENTIAL                                                                                                  Restore-00002649

# Frequently Asked Questions



Instruments used with the Da Vinci System are acquired at $1,500-3,000 or more. Da Vinci typically instructs the facility to discard instruments after 10 uses, so the facility needs to acquire more instruments. Instrument acquisition, along with excessively priced service contracts, make the use of Da Vinci Robots unnecessarily expensive.

## Solution

Restore Robotics can safely repair and test instruments after the instructed number of uses, so that the facility has the necessary assurance that the surgical grade instruments can be re-sterilized and re-used up to 40 additional times, saving the facility $100,000 per year per robot.

## Restore Robotics

Restore Robotics repairs and tests robotic instruments so that they can go through more sterilizations, adding 20+ uses on each instrument.

Restore Robotics acts as a repair partner for hospitals by servicing (not re-manufacturing or re-processing) Robotic instruments. Through this servicing arrangement, we are able to save hospitals up to $100K per robot per year, without compromising patient safety or device functionality.

There is no material degradation or overall impact on patient safety or instrument functionality with additional rounds of sterilization.

At Restore Robotics, our primary concern is patient safety, and we have received appropriate certifications for the process as well as conducted several third-party tests that confirm the integrity of the instrument post repair/reset and sterilization.

Da Vinci reps will challenge the appropriateness of this type of arrangement, as the monies the facility saves present themselves as lost revenue to the rep. Additionally, clinicians, whose foremost concern is patient safety, are naturally having reservations about programs that have them operate with devices that are used multiple times beyond what they have
previously experienced as the maximum number of uses. However, repaired/reset instruments do not perform differently from new instruments

Do not allow the Da Vinci Rep to interfere with the program, which can free critical financial resources for your facility to improve patient care. Remind the Da Vinci rep how much money you are spending with Intuitive Surgical and have a discussion with clinicians prior to starting the savings program.

Restore Robotics does not simply re-set the counter for further utilizations: Each instrument receives several rounds of assessment and testing during the process along with any
appropriate repairs, re-alignments, sharpening, etc.

All of this is done in a clean, modern facility. The repair process is designed for and fully compliant with all of the relevant ISO standards including 14971 (Risk Management), 13485 (Manufacturing), 10993 (Bio Compatibility), 9001 (Quality Management) and more.

Q. **Will the instrument's material degrade after the instructed number of uses, due to additional usage and sterilization cycles?**

A. Restore Robotics has performed tests that show no degradation of the material at over 50 sterilizations/use cycles. The tests show that after serviced the products are the same safety as the original device and fulfill the requirements of the relevant standards.

Restore Robotics has also had third-party tests conducted to ensure that instrument functionality (after completing the repair process) is not impacted by uses beyond the 10 uses prescribed in Intuitive Surgical's program. These studies by DQS MED show no loss of functionality and demonstrate "evidence that the devices perform as intended for the additional uses added" and "test samples demonstrated the necessary biocompatibility characteristics necessary to confidently release the Endowrists to the marketplace."

Q. **Does Restore Robotics have 510(k) clearances to reprocess the instruments?**

A. Da Vinci instruments are marketed by Intuitive Surgical as "reusable instruments", so like many other re-suable instruments, they can be cleaned and re-used without the hospital or a service company obtaining a 510(k):

- The hospital never loses ownership of the instrument
- We do not sterilize nor do we provide a sterile device after the repair
- There are no changes to the performance or safety specifications of the instrument.
- The devices intended use is not significantly altered
- The EndoWrist's 510K and IFU denote the instrument as a reusable device and they remain so

Restore Robotics understood that any interaction with the robot would receive extra scrutiny, so we achieved ISO 9001 certification for our repair facility and designed, built and consistently execute the repair process in a manner that has been validated to the highest international standards.

Q. **Do the repaired instruments represent added risk/liability to the facility?**

A. Restore Robotics has more than 2 years of history with repairing EndoWrist instruments with well over 1500 repairs resulting in No adverse events and No communication issues between the repaired instrument and the Da Vinci system.

Restore Robotics carries a $4.5M liability insurance.

Q. **What happens to our service contract with Intuitive Surgical when we reuse instruments instead of buying new?**

A. Your facility spends millions of dollars a year with Intuitive Surgical, and they have no ethical or legal right to take away from you the opportunity to handle device you purchase as you wish and to realize important savings.

Restore Robotics offers a service program for S and Si robots as an alternative to expensive Da Vinci service programs.

Restore Robotics also offers spot repairs, technical support and staff training.

Robotics program technicians are all former Intuitive Surgical field service engineers with years of experience servicing the robot.

Program consists of preventative maintenance 2x or 3x per year, surgical robot repair, on-site time guarantees, technical help desk, parts inventory and clinical support training.

The Restore Robotics PM program – including spot repairs – saves a facility 40-70% compared to Intuitive Surgical service contracts - $50,000+ savings per year per robot.

Q. **How come you can suggest that instruments can be used more times than what Intuitive Surgical prescribes?**

A. To our knowledge, Intuitive Surgical has not conducted and published tests that indicated a limited number of "lives".

Intuitive Surgical does, however, list in their catalogue how many times each instrument should be used – however, this is not backed by any scientific or clinical studies.

FDA's clearance does not specify a certain number of uses. It is implied that as long as "multiple use" instruments test to specifications, they can be re-used.

The predicate device in Intuitive Surgical's 510K for robotic instruments was designed for an unlimited amount of uses and Intuitive makes no claims of different materials or capabilities than its predicate device.

Q. **Can Restore Robotics only repair S and Si instruments, not the newer Sp, X and Xi instruments?**

A. Da Vinci S and Si were launched in 2009, and Da Vinci Xi was launched in 2014 to obsolete these systems. In spite of this, about 40% of Da Vinci systems are Si systems that can take advantage of Restore Robotics' program.

Instruments are specific to the systems, so currently, Restore Robotics cannot repair instruments for the Xi system, and our service staff cannot service them.

Restore Robotics is dedicating significant R&D resources to be able to do so.

As far as we know, the Xi system is faster than Si system, but there are no documented difference in surgical outcome.

In the meantime, facilities can save hundreds of thousands of dollars on their SI system instruments.

Q. **Our Intuitive Surgical rep has told us that we cannot exceed the number of uses prescribed for the instruments – doesn't he know the product best?**

A. We understand that Intuitive Surgical has recently released a document to ostensibly limit the number of sterilizations per instrument with no included explanation or safety test results after some of these instruments have been in the market for 20 years.

It is highly unusual for the materials in this kind of surgical instrument to break down so quickly when subjected only to the manufacturer's recommended reprocessing.

Hospitals have traditionally not tracked the number of uses on reusable instruments, but rather relied on the ability to detect degradation in functionality.

If this were truly a safety issue would Intuitive Surgical not have said that all instruments without sterilization tracking should be destroyed?

We can only conclude that the concern from Intuitive Surgical is motivated by revenue concerns rather than clinical concerns and that it may be in the hospital's best interest to request documentation from Intuitive to validate these new limitations.

Q. **Can your repair program completely reset instrument and robot?**

A. Restore Robotics completely repairs and resets the instrument.

A text will remain on the robot's monitor that tells the doc that something is wrong. Meanwhile, this has no functional or safety impact on the operations of the robot.

**Q. Can you repair all of our Da Vinci instruments?**

A. Instruments we can repair are listed in our catalogue.

Of these instruments, less than 5% must be discarded due to inadequate functionality.

**Q. Are repaired instruments clearly marked? And how many times can an instrument be repaired?**

A. 2 clips are used to un-snap the instrument from the robot – Restore Robotics laser edges an "R" into it before returning to the hospital. The instrument will be repaired typically 4-6 times before discarded.

**Q. Why do we need to capture the device after the 9th use and before the 10th?**

A. The instruments have to be captured after the 9th and before the 10th use. After the 10th use, the robot wipes out the chip and the instrument is terminally expired. Some hospitals collect the instrument after the 9th use, others before the 10th. You can read the number of uses on an instrument when plugging it in – without using a "life".

The instruments must have one usage left the first time that it is repaired and all subsequent repairs can be performed after the instrument reaches zero remaining uses.

**Q. How should the instruments be prepared before shipping to Restore Robotics and what are the routines for handling sterilization/disinfection?**

A. Typically, the hospital collects 2-3 instruments at a time and send in instruments in a box appropriate for the shipment. We return in our Restore Robotics box, and the hospital will reuse this for return shipments to Restore Robotics.

All hospitals have their own standards and protocols for handling sterilization and disinfection. Robotic instruments should be high-level disinfected before shipping to Restore Robotics.

Make sure to protect the instrument's tip when shipping.

There is an approximate 10 day turn-around time to get the instrument back.

+1 (678) 619-0011     Atlanta, GA, UNITED STATES

