# Exhibit 35

We would like to thank Panama City Surgery Center for allowing us to provide this proposal designed specifically for the following units: (1) Si da Vinci Surgical Robot.

Restore Robotics' PM ONLY Program brings significant annual savings while providing the confidence and certainty of knowing that the surgical robot remains within "spec". If any repair issues arise during the year then PCSC is only spending on actual parts and service needed.

The PM ONLY Program includes travel and labor for all PM's performed in a year.  All parts and labor required for either repair issues or the replacement of worn or end-of-life parts would be a separate quote.

## PM ONLY Program Components

Preventative Maintenance
- Preventative Maintenance (PM) performed on each Surgical Robot 2 or 3 times per year (your choice)
- A report is provided at the end of PM that details
    - PM steps performed  (see Example in Exhibit A)
    - Any findings or recommendations of items to be repaired/replaced
    - Items (if any) to be aware of during the time period till the next PM.
- The robot receiving service must be available (i.e. no scheduled use during period of time designated for each robot's servicing)
    - If that is not possible a detailed schedule of the access to the unit must be in place before the technician travels to the site.

Regarding Surgical Robot Repairs
Restore Robotics will always strive to provide the lowest cost option to resolve any issue.  Should a repair (damage) or parts replacement (worn or end-of-life) issue be brought to our attention (either through a PM or through the hospital) Restore Robotics will quickly create a brief proposal/quote to resolve the issue.

This quote will include both of the following:

Parts Acquisition –
- Restore Robotics has a network of sources for parts meeting the full specifications of the OEM, many of these sources are the same parts manufacturer the OEM uses.  Purchasing parts through Restore Robotics can provide significant savings compared to parts purchased from the OEM.

Or
- The Hospital may purchase parts through Intuitive Surgical

We are happy to support either path to parts acquisition.


Labor for Repair or Replace –
Once the parts have arrived the hospital may either
- Utilize its staff to perform the repair/replacement.
    - The repair proposal includes a consulting rates for one of our team to call and instruct the hospital staff on the proper manner to make the parts swap or repair – if that is needed (your staff may not need instruction or may have been instructed during the PM)



Or
- The repair proposal will also discuss the fees to have a Restore Robotics technician travel to the facility and perform the repair.

Regarding Staff

All Restore Robotics technicians are former Intuitive Surgical staff who are fully certified on the equipment and have a minimum of 5 years of Surgical Robot PM and repair experience on those robot models to which they provide services.

Pricing

As part of an annual contract
- There are two options here
    - 2 PMs per year = $41,000
    - 3 PMs per year = $46,000

Contract Length and Payment Terms
- Payment terms are
    - 50% payment at the signing of the agreement
    - 50% payment in 90 days.
- Initial contract is limited to 1 year
    - Future contract periods may be up to 5 years.

Scheduling of PM's
- Standard practice is that PM's are scheduled 90 days in advance
    - On a case by case basis a shorter time frame may be available.

Thank you again for the opportunity to provide this quote. We stand ready to answer any questions that you may have and look forward to building a long term relationship with.



Corp. Ofc. - 1275 Buford Hwy Ste 109 Suwanee Ga 30024

Repair Center - 6822 22nd Ave. North   Suite 283   St. Petersburg FL 33710

WWW.RestoreRobotics.Com          678-400-0640

# EXHIBIT A

The following are the standard steps performed in a Preventative Maintenance Program. Depending on the facility design and the Robot Model further steps may be added.

**I)  Perform Overall Physical inspection**
- Look for physical damage, bent connections, kinked or bent cables, damage to the housing units of the system (If there IS physical damage, notate it and inspect the damage to determine if this will hinder any motion, rotation or electrical implications. If any of the following is true then determine the impact on the system and what it will take to fix the problem discovered)
- 

**II)  As needed perform ground fault test on all 3 units separately**

**III)  Perform Joint manipulations (exercising the brakes and joints**
- Exercised each PSM (3 or 4 arm depending on system)
- Take each PSM to its full extension (without instruments) and exercise each SUJ 270° or to its full extension in both directions several (2-3 times).
- Blow out all boards and Cart electronics (using compressed air (non-chemical), fans, connectors and housings units of dust and debris
- Checked all ESSJ internal connections on all SUJs PSM to PSC and PSC to PSMs
- Checked all connection on top of PSC down through stack (Pot to Encoder), ESSJ connections, SUJ connections, etc.
- Checked neutral & drive functionality as well as battery power and charge functionality (of PSC) (brake and trocar/cannula test functionality – safety feature)
- Cycle MSD boards several times per board, blow out Surgeons consoles chassis

**IV)  Measurements and functionality**
- Measure gram tensions per specifications on each PSM and record (see spec. sheet)
- Check and test all degrees of freedom of the camera arm using force-feedback
- Check and test all degrees of freedom of each PSM using force-feedback
- Check and test all degrees of freedom of MTMs using force-feedback
- Check and test all functionality of camera and camera ETM controllers (focus, rotation using MTMs, inward pitch, Yaw, all DOFs)


- Check and test all functionality of Illuminator and bifurcated cable (Lumens if possible, need lumens/light reader)
- Check time/hours usage of Illuminator (Under 500)
- Check and test all functionality of focus controller both manually and robotically
- Check and test all battery functionality on PSC
- Check and cycle all board in Surgeon's console (IOD, PSD, MTM, etc.)
- Final homing, driving and testing complete functionality of entire system as a whole with instruments, endoscope, cannulas, camera, vision tower and complete system

Prepare report of all issues found (if any) and preliminary plan for issue resolution.

Corp. Ofc. - 1275 Buford Hwy Ste 109 Suwanee Ga 30024

Repair Center - 6822 22nd Ave. North   Suite 283   St. Petersburg FL 33710

WWW.RestoreRobotics.Com          678-400-0640



HIGHLY CONFIDENTIAL                                              Restore-00002089



HIGHLY CONFIDENTIAL                                                                                              Restore-00002090