# Exhibit 36

We would like to thank the Jackson Madison Hospital for allowing us to provide this proposed cost savings program for the Instrumentation utilized with its da Vinci surgical robots.

Restore Robotics provides strong discounts on both the repair/reset of surgical instruments so that they may be utilized beyond their initial 10 uses and on new instruments and accessories.

Below is a pricing grid that provides the pricing for each instrument Jackson Madison is currently using.

| Code | Instrument | Repair Fee | New Instrument | |
|---|---|---|---|---|
| 420006 | LARGE NEEDLE DRIVER | $1,500.00 | $1,925.00 | |
| 420036 | DEBAKEY FORCEPS | $1,500.00 | $1,618.75 | |
| 420049 | CADIERE FORCEPS | $1,500.00 | $1,750.00 | |
| 420093 | PROGRASP FORCEPS | $1,500.00 | $1,925.00 | |
| 420171 | MICRO BIPOLAR FORCEPS | $1,800.00 | $2,362.50 | |
| 420172 | MARYLAND BIPOLAR FORCEPS | $1,800.00 | $2,363.00 | |
| 420179 | HOT SHEARS (MONOPOLAR CURVED SCISSORS) | $2,100.00 | $2,800.00 | |
| 420183 | PERMANENT CAUTERY HOOK | $1,500.00 | $1,750.00 | |
| 420205 | FENESTRATED BIPOLAR FORCEPS | $1,800.00 | $2,362.50 | |
| 420227 | PK DISSECTING FORCEPS | $2,100.00 | $2,538.00 | No Inventory at this time |
| 420230 | LARGE CLIP APPLIER | $1,400.00 | $1,225.00 | No Inventory at this time |
| 420278 | GRAPTOR (GRASPING RETRACTOR) | $1,800.00 | $2,100.00 | No Inventory at this time |
| 420296 | LARGE SUTURECUT NEEDLE DRIVER | $1,800.00 | $2,100.00 | No Inventory at this time |
| 420309 | MEGA SUTURECUT NEEDLE DRIVER | $1,800.00 | $2,100.00 | No Inventory at this time |
| 420327 | MEDIUM-LARGE CLIP APPLIER | $1,400.00 | $1,225.00 | No Inventory at this time |

Other offerings – Accessories

| Code | Item | Repair Fee | New Instrument |
|---|---|---|---|
| 420290 | Drapes - Disposable Accessory Kits - 3 Arm | n/a | $875.00 |
| 420291 | Drapes - Disposable Accessory Kits - 4 Arm | n/a | $1,137.00 |
| 420002 | Short Cannula | n/a | $490.00 |
| 420004 | Long Cannula | n/a | $525.00 |

Should you like to take advantage of these savings the following would apply:
- The first repair/reset will be done for (1/2) half price.
- Shipping fees to and from our repair facility in St Petersburg Florida is not included in the cost of repair/reset and would be paid by the hospital.
- The authorized representative will work with you and your team to design a process that will create the least disruption in order to capture the devices for repair.

HIGHLY CONFIDENTIAL                                                                                                  Restore-00002152