# Exhibit 37

Message

| | |
|---|---|
| **From:** | Mills Vautrot [mvautrot@reach3d.net] |
| **Sent:** | 6/28/2018 5:19:07 PM |
| **To:** | brittanie@pcsurgery.org |
| **BCC:** | cparker@reach3d.net |
| **Subject:** | Robotic Tool Repair |

Hi Brittanie

THANKS! for sending in another tool to have it Restored

We really appreciate your business!

My apologies but i forgot to inform you that we now have a new ship-to address

No worries - we knew this kind of thing would happen -- Your device was safely received and is queuing up in line to begin its repair process even as we speak

Please send all future shipments to the following address

Restore Robotics
6822 22nd Avenue North
Suite 283
St. Petersburg FL 33710

I am here anytime should you have questions
Thanks
and
Thanks again for the business

ATTORNEYS' EYES ONLY