# Exhibit 43

Message

| | |
|---|---|
| **From**: | jbarnett@restorerobotics.com [jbarnett@restorerobotics.com] |
| **Sent**: | 6/12/2019 10:26:01 AM |
| **To**: | 'Clif Parker' [cparker@restorerobotics.com]; 'Mills Vautrot' [mvautrot@restorerobotics.com] |
| **Subject**: | FW: Restore Robotics Opportunity Follow Up |

I have told Nate that we are staying away from PM's at this time...and the reason why. However, BayCare is huge and they want to know what we would charge for spot service for robot repair. Example...per hour/parts/labor/travel, etc.

---

**From:** Nate Hansen [mailto:nhansen@innovative-health.com]
**Sent:** Wednesday, June 12, 2019 11:16 AM
**To:** John Barnett <jbarnett@restorerobotics.com>
**Subject:** Fwd: Restore Robotics Opportunity Follow Up

Hi John

Please see email below and let me know what we can tell him.

Thanks


**Nate Hansen**
**Director of Sales, East**
877.400.3740 (Office)
770.828.6797 (Mobile)
www.innovative-health.com




This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

-------- Original message --------
From: "Algiere, Ronald V." <Ronald.Algiere@baycare.org>
Date: 6/12/19 11:05 AM (GMT-05:00)
To: Nate Hansen <nhansen@innovative-health.com>
Subject: RE: Restore Robotics Opportunity Follow Up

Thanks Nate,

3pm works fine – Just call my office number.  However, I still need the service plans / rates for the services offered to repair the actual robots.  The brochure from the IDN Summit staes that PM programs and spot repairs would save 40% to 70%.  I need to know what the actual rates are so that I can present to our Surgery VAT.

Take care,
Ron


*Ron Algiere*
*BayCare Health System*
BPP Senior Contract Manager

Restore-00015536

BayCare Purchasing Partners, LLC
7802 E. Telecom Pkwy
Temple Terrace, FL 33637
Phone:  813-888-1950
    FAX:  813-901-6313

***Please Note: BayCare Purchasing Partners has a new address:***
***7802 E Telecom Parkway, Temple Terrace Fl. 33637.***
***All Vendor Meetings will be conducted from this location.***

---

**From:** Nate Hansen <nhansen@innovative-health.com>
**Sent:** Wednesday, June 12, 2019 10:27 AM
**To:** Algiere, Ronald V. <Ronald.Algiere@baycare.org>
**Subject:** RE: Restore Robotics Opportunity Follow Up

**WARNING:** This email originated from outside of BayCare Health System.
**DO NOT CLICK:** links or attachments unless you recognize the sender and know the content is safe.
**REPORT:** suspicious emails to the IS Service Desk.

---

Hi Ron

Please see attached proposal for all of BayCare.  I am still working on breaking this down by facility but at least you can see the total savings opportunity is $500K annually.  Does 3pm work for me to call you?

Thanks



Nate Hansen
**Director of Sales, East**
877.400.3740 (Office)
770.828.6797 (Mobile)
www.innovative-health.com

 

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

**From:** Algiere, Ronald V. <Ronald.Algiere@baycare.org>
**Sent:** Wednesday, June 12, 2019 10:08 AM
**To:** Nate Hansen <nhansen@innovative-health.com>
**Subject:** RE: Restore Robotics Opportunity Follow Up

I'm available....

***Ron Algiere***
***BayCare Health System***
BPP Senior Contract Manager
BayCare Purchasing Partners, LLC
7802 E. Telecom Pkwy
Temple Terrace, FL 33637
Phone:  813-888-1950
    FAX:  813-901-6313

CONFIDENTIAL

Restore-00015537

*Please Note: BayCare Purchasing Partners has a new address:*
*7802 E Telecom Parkway, Temple Terrace Fl. 33637.*
*All Vendor Meetings will be conducted from this location.*

**From:** Nate Hansen <nhansen@innovative-health.com>
**Sent:** Wednesday, June 12, 2019 10:00 AM
**To:** Algiere, Ronald V. <Ronald.Algiere@baycare.org>
**Subject:** Re: Restore Robotics Opportunity Follow Up

**WARNING:** This email originated from outside of BayCare Health System.
**DO NOT CLICK:** links or attachments unless you recognize the sender and know the content is safe.
**REPORT:** suspicious emails to the IS Service Desk.

Ron

I'll send you the analysis shortly. Are you available later this afternoon to review?

Thanks



Nate Hansen
**Director of Sales, East**
877.400.3740 (Office)
770.828.6797 (Mobile)
www.innovative-health.com





This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]
-------- Original message --------
From: "Algiere, Ronald V." <Ronald.Algiere@baycare.org>
Date: 6/12/19 9:57 AM (GMT-05:00)
To: Nate Hansen <nhansen@innovative-health.com>
Subject: RE: Restore Robotics Opportunity Follow Up

Hi Nate,

A call would probably be best.  If you can though, go ahead and send me the rates and options for servicing the robots as we have our VAT meeting tomorrow and I at least want to get that in front of them......

Thanks,
Ron

*Ron Algiere*
*BayCare Health System*
BPP Senior Contract Manager
BayCare Purchasing Partners, LLC
7802 E. Telecom Pkwy

CONFIDENTIAL

Temple Terrace, FL 33637
Phone: 813-888-1950
    FAX: 813-901-6313

*Please Note: BayCare Purchasing Partners has a new address:*
**7802 E Telecom Parkway, Temple Terrace Fl. 33637.**
*All Vendor Meetings will be conducted from this location.*

---

**From:** Nate Hansen <nhansen@innovative-health.com>
**Sent:** Wednesday, June 12, 2019 7:14 AM
**To:** Algiere, Ronald V. <Ronald.Algiere@baycare.org>
**Subject:** Re: Restore Robotics Opportunity Follow Up

**WARNING:** This email originated from outside of BayCare Health System.
**DO NOT CLICK:** links or attachments unless you recognize the sender and know the content is safe.
**REPORT:** suspicious emails to the IS Service Desk.

Good morning Ron

I should have the analysis complete by the end of the week. Do you have some availability next week to meet or set up a call to review and discuss potential next steps?

Thanks

Nate Hansen



Nate Hansen
**Director of Sales, East**
877.400.3740 (Office)
770.828.6797 (Mobile)
www.innovative-health.com





This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

-------- Original message --------
From: "Algiere, Ronald V." <Ronald.Algiere@baycare.org>
Date: 6/10/19 2:47 PM (GMT-05:00)
To: Nate Hansen <nhansen@innovative-health.com>
Subject: RE: Restore Robotics Opportunity Follow Up

Hi Nate,

Please see the attached usage which has not been cleaned.  Let me know if you have any questions or concerns.....

Take care,
Ron

CONFIDENTIAL                                                                      Restore-00015539

*Ron Algiere*
*BayCare Health System*
BPP Senior Contract Manager
BayCare Purchasing Partners, LLC
7802 E. Telecom Pkwy
Temple Terrace, FL 33637
Phone:  813-888-1950
   FAX:  813-901-6313

*Please Note: BayCare Purchasing Partners has a new address:*
*7802 E Telecom Parkway, Temple Terrace Fl. 33637.*
*All Vendor Meetings will be conducted from this location.*

---

**From:** Nate Hansen <nhansen@innovative-health.com>
**Sent:** Monday, June 10, 2019 1:59 PM
**To:** Algiere, Ronald V. <Ronald.Algiere@baycare.org>
**Subject:** Restore Robotics Opportunity Follow Up

**WARNING:** This email originated from outside of BayCare Health System.
**DO NOT CLICK:** links or attachments unless you recognize the sender and know the content is safe.
**REPORT:** suspicious emails to the IS Service Desk.

---

Hi Ron

Just checking in to see if you had an opportunity to pull the usage data for the robot instruments?  As discussed last week, I have attached our updated Frequently Asked Questions document.

Below is some additional information I put together for you about the warranty and liability questions and concerns from your colleagues.  These are typical initial questions and concerns we receive when working with new customers.

- Liability Concern
    - Restore Robotics carries a $4.5M liability insurance, which is standard for the industry and has never been accessed.
    - Restore Robotics has more than 2 years of history with repairing EndoWrist instruments with NO adverse events and NO communication issues between the repaired instrument and the Da Vinci system.
    - Other than the manner in which they are driven (human hand vs mechanics) these devices operate like any other endoscopic instrument hospitals have used for decades, thus Restore Robotics liability would be the same as any other 3rd party instrument repair company the hospital utilizes.
    - The robot is the smart part of the system and the "brains" of the operation.  The instrument itself only communicates two things to the robot: 1) what the instrument is; and 2) how many uses are left.  Therefore, there is minimal to no risk of the instrument damaging the robot.
- Warranty Concern
    - Restore Robotics is simply an instrument repair partner for hospitals, similar to other 3rd party instrument repair companies (Steris/IMS, Northfield, Paces, etc.).
    - The service that is provided does not violate any of the standards that would necessitate a 510K.  Which is to say that;
        - The hospital never loses ownership of the instrument
        - The devices intended use is not significantly altered
        - There are no changes to the performance or safety specifications of the instruments
        - We do not sterilize nor do we provide a sterile device after the repair

CONFIDENTIAL

Restore-00015540

- ■ The EndoWrist's 510(k) and IFU denote the instrument as a reusable device and they remain that way
  - o OEMs often use scare tactics and push back on instrument repair companies by telling the hospital they won't warranty the equipment or generator/console/machine if another company repairs the instruments.  Yet, there are dozens of instrument repair companies and a whole industry devoted to providing customers options for repairs.
  - o Your facility spends millions of dollars with Intuitive Surgical, and they have no ethical or legal right to take away from you the opportunity to handle devices you own as you wish and to realize important savings.
  - o If there is concern that Intuitive will cancel their service contract with the hospital or not perform repairs, Restore Robotics offers a service  and repair program for S and Si robots as an alternative.
  - o Restore Robotics program technicians are all former Intuitive Surgical field service engineers with years of experience servicing the robots

This might be a little more than you were looking for but I would be happy to discuss with anyone who still has concerns

Thanks

Nate





**Nate Hansen**
**Director of Sales, East**
877.400.3740 (Office)
770.828.6797 (Mobile)
www.innovative-health.com



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. [v.1]

Confidential: This electronic message and all contents contain information from BayCare Health System which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender and destroy the original message and all copies.

CONFIDENTIAL