# Exhibit 46

Message

| | |
|---|---|
| **From:** | cparker@restorerobotics.com [cparker@restorerobotics.com] |
| **Sent:** | 9/17/2019 11:49:47 AM |
| **To:** | 'Mills Vautrot' [mvautrot@restorerobotics.com]; 'Kmay_restorerobotics.com' [kmay@restorerobotics.com] |
| **Subject:** | FW: 3x robotic inst |

See below. I wonder if Intuitive has done something?

**Clif Parker**
Restore Robotics
850-832-2834

---

**From:** Kamberov, Steven [mailto:SKamberov@medline.com]
**Sent:** Tuesday, September 17, 2019 12:28 PM
**To:** cparker@restorerobotics.com
**Subject:** Fwd: 3x robotic inst

Hello Clif,

Please see below. How is this normally handled ?

> **Steven Kamberov**
> ReNewal Program Specialist
> Field Sales - Michigan
> Medline Industries, Inc.
> www.medline.com
>
> (734)355-7717 (Phone)
> SKamberov@medline.com
>
> (866)866-7477 (ReNewal Customer Service)

Begin forwarded message:

> **From:** "Barber-Walker, Stacey" <sbarberwalker@mhc.net>
> **Date:** September 17, 2019 at 12:19:55 PM EDT
> **To:** "'Kamberov, Steven'" <SKamberov@medline.com>
> **Subject: RE: 3x robotic inst**
>
> Thanks.
> On another note: Late yesterday afternoon during a Robotics case, a monopolar scissor that just went into service that has been repaired through this program, sn n10190201-249 ver 22, would not work in the arm. Staff loaded and unloaded it multiple times and the system said 'instrument un-recognized'. What is the process of sending it back and getting credit?
>
>
> *Stacey Barber-Walker, MM, CBSPM*
> *Munson, Otsego Memorial Hospital*
> *Periop Equipment, Inventory & Project Manager*
> *O.989.731.2120*
> *M.989.731.6154*

ATTORNEYS' EYES ONLY

sbarberwalker@mhc.net

*"When you are enthusiastic about what you do, you feel this positive energy. It's very simple."*

**From:** Kamberov, Steven <SKamberov@medline.com>
**Sent:** Tuesday, September 17, 2019 11:38 AM
**To:** Barber-Walker, Stacey <sbarberwalker@mhc.net>
**Subject:** Re: 3x robotic inst

**WARNING:** This email originated from outside of Munson Healthcare **
**DO NOT CLICK** on any links or open any attachments unless you recognize the sender and are expecting the message.
**NEVER** provide your login or password

Stacey,

I should have this list later today or early tomorrow.

**Steven Kamberov**
ReNewal Program Specialist
Field Sales - Michigan
Medline Industries, Inc.
www.medline.com

(734)355-7717 (Phone)
SKamberov@medline.com

(866)866-7477 (ReNewal Customer Service)

On Sep 16, 2019, at 1:02 PM, Barber-Walker, Stacey <sbarberwalker@mhc.net> wrote:

Steven, another thing: I believe I asked for a list of current customers early when this was presented to me in July. If you already sent it to me I apologize because I can't locate it. Can you please send/resend to me a list of current customers that is using this 'Renewal' process for Robotics. thanks

*Stacey Barber-Walker, MM, CBSPM*
*Munson, Otsego Memorial Hospital*
*Periop Equipment, Inventory & Project Manager*
*O.989.731.2120*
*M.989.731.6154*
sbarberwalker@mhc.net

*"When you are enthusiastic about what you do, you feel this positive energy. It's very simple."*

**From:** Barber-Walker, Stacey
**Sent:** Monday, September 16, 2019 10:45 AM
**To:** 'Kamberov, Steven' <SKamberov@medline.com>
**Subject:** RE: 3x robotic inst

ATTORNEYS' EYES ONLY

Yes please cancel the order and call tag.

I was off Thur and Fri and I guess they sent a letter and called Munson main, And in return called OMH senior leadership. Not sure what the letter says other than something like the use of 3rd party repaired instruments will void any service and warranty to our Robot. So I guess our senior leadership is working with our legal team on it and for now I have been told to stop sending them

*Stacey Barber-Walker, MM, CBSPM*
*Munson, Otsego Memorial Hospital*
*Periop Equipment, Inventory & Project Manager*
*O.989.731.2120*
*M.989.731.6154*
sbarberwalker@mhc.net

*"When you are enthusiastic about what you do, you feel this positive energy. It's very simple."*

**From:** Kamberov, Steven <SKamberov@medline.com>
**Sent:** Monday, September 16, 2019 10:33 AM
**To:** Barber-Walker, Stacey <sbarberwalker@mhc.net>
**Subject:** Re: 3x robotic inst

**\*\*WARNING:** This email originated from outside of Munson Healthcare \*\*
**DO NOT CLICK** on any links or open any attachments unless you recognize the sender and are expecting the message.
**NEVER** provide your login or password

Hello Stacey,

Thank you for reaching out. Would you be able to provide me with more information on the backlash from Intuitive and what they stated? Anything you may be able to tell me would be very helpful.

In regards to the PO below, I have the call tag ready - I wanted to clarify you wanted the order canceled entirely and the call tag discarded before I removed anything in the system.

Best,

**Steven Kamberov**
ReNewal Program Specialist
Field Sales - Michigan
Medline Industries, Inc.
www.medline.com

(734)355-7717 (Phone)
SKamberov@medline.com

(866)866-7477 (ReNewal Customer Service)

ATTORNEYS' EYES ONLY

On Sep 16, 2019, at 10:26 AM, Barber-Walker, Stacey <sbarberwalker@mhc.net> wrote:

<image001.gif>
Steven, due to some backlash from Intuitive, senior administration at this time has decided to way the pros and cons of servicing our SI robotic instruments. Please continue repairing the ones that may still be at the lab, but I will be cancelling the PO below and not sending in any more instruments for repair at this time. Sorry for this.

*Stacey Barber-Walker, MM, CBSPM*
*Munson, Otsego Memorial Hospital*
*Periop Equipment, Inventory & Project Manager*
*O.989.731.2120*
*M.989.731.6154*
sbarberwalker@mhc.net

*"When you are enthusiastic about what you do, you feel this positive energy. It's very simple."*

---

**From:** Barber-Walker, Stacey
**Sent:** Monday, September 16, 2019 8:23 AM
**To:** 'Kamberov, Steven' <SKamberov@medline.com>
**Cc:** Franckowiak, Cindy <cfranckowiak@mhc.net>
**Subject:** RE: 3x robotic inst

Please also add: Mega suture cut NH
#420309         n10180412  759 ver 06.
                     MONO scissor,
cvr  #420179       n10181113  746 ver 22

Use PO#0059143

*Stacey Barber-Walker, MM, CBSPM*
*Munson, Otsego Memorial Hospital*
*Periop Equipment, Inventory & Project Manager*
*O.989.731.2120*
*M.989.731.6154*
sbarberwalker@mhc.net

*"When you are enthusiastic about what you do, you feel this positive energy. It's very simple."*

ATTORNEYS' EYES ONLY

**From:** Kamberov, Steven <SKamberov@medline.com>
**Sent:** Thursday, September 12, 2019 10:36 AM
**To:** Barber-Walker, Stacey <sbarberwalker@mhc.net>
**Cc:** Franckowiak, Cindy <cfranckowiak@mhc.net>
**Subject:** RE: 3x robotic inst

**\*\*WARNING:** This email originated from outside of Munson Healthcare \*\*
**DO NOT CLICK** on any links or open any attachments unless you
recognize the sender and are expecting the message.
**NEVER** provide your login or password

Hello Stacey,

I just need a PO and I can get this going!

<image002.png>     **Steven Kamberov**
ReNewal Program Specialist
Field Sales - Michigan
Medline Industries, Inc.
www.medline.com

(734)355-7717 (Phone)
SKamberov@medline.com

(866)866-7477 (ReNewal Customer Service)
<image004.png>

---

**From:** Barber-Walker, Stacey <sbarberwalker@mhc.net>
**Sent:** Wednesday, September 11, 2019 5:10 PM
**To:** Kamberov, Steven <SKamberov@medline.com>
**Subject:** 3x robotic inst
**Importance:** High

Hello Steven I have 4 robotic instruments that I need an RMA to
send in for repair:

- Prograspx2          420093          ver14   lot
  N10190221 444

                                      Ver14   lotN10
  190221 454
- Cadier fcp          420049          ver09   lot
  N10180126 327
- Cautery hook        420183          ver12   lot
  N10180510 297

*Stacey Barber-Walker, MM, CBSPM*
*Munson, Otsego Memorial Hospital*
*Periop Equipment, Inventory & Project Manager*
*O.989.731.2120*
*M.989.731.6154*

ATTORNEYS' EYES ONLY

sbarberwalker@mhc.net

*"When you are enthusiastic about what you do, you feel this positive energy. It's very simple."*

ATTORNEYS' EYES ONLY

Restore-00030384