# Exhibit 49


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 9 03:32:25 EST 2021

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

### DA VINCI S HD SURGICAL SYSTEM

| | |
|---|---|
| **Word Mark** | DA VINCI S HD SURGICAL SYSTEM |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Computerized surgical manipulation system comprised of surgeons console, master control, immersive video display, camera image processing equipment, surgical manipulation system software and instructional manuals provided as a unit, patient-side cart with set-up arms and manipulator slave arms, sterile adaptors to connect arms to instruments, and a full line of resposable tools, namely, laparoscopes, endoscopes, trocars, cannulas, cutters, clamps, elevators, gouges, knives, scope preheaters, light sources, cables and component parts, electrosurgical instruments, electrocautery instruments, laser instruments, ultrasound instruments, lens cleaning, scrub and biopsy brushes, clip applies and clips, tack appliers and tacks, applicators, ligature carriers, needle holders, clamps, hemostats, graspers, curettes, instrument guides, ligature passing and knotting instruments, needles, retractors, snares, stylets, forceps, dissectors, calipers, scissors, suction and irrigation probes, sterile drapes, hemostats, amputation hooks, osteotomes, saws, retainers, suturing apparatus, measuring tapes, chisels and contractors, files, skin graft expanders, lancets, mallets, pliers, hammers, rasps, spatulas, and strippers; surgical instruments, namely, scalpels, scalpel blades and handles, staplers, tackers, clip appliers, electrocautery tools, forceps, needle holders, guides and drivers, graspers, and kiteners. FIRST USE: 20070131. FIRST USE IN COMMERCE: 20070131 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77561385 |
| **Filing Date** | September 3, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 14, 2010 |
| **Registration Number** | 3974964 |

| | |
|---|---|
| Registration Date | June 7, 2011 |
| Owner | (REGISTRANT) Intuitive Surgical, Inc. CORPORATION DELAWARE 1266 Kifer Road, Bldg 101 Sunnyvale CALIFORNIA 94086 |
| | (LAST LISTED OWNER) INTUITIVE SURGICAL OPERATIONS, INC. CORPORATION DELAWARE 1020 KIFER ROAD SUNNYVALE CALIFORNIA 94086 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Jennifer M. Lantz |
| Prior Registrations | 2628871 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HD SURGICAL SYSTEM" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 9 03:32:25 EST 2021*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DA VINCI S HD SURGICAL SYSTEM |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Computerized surgical manipulation system comprised of surgeon's console, master control, immersive video display, camera image processing equipment, surgical manipulation system software and instructional manuals provided as a unit, patient-side cart with set-up anus and manipulator slave arms, sterile adaptors to connect arms to instruments, and resposable tools, namely, laparoscopes, endoscopes, trocars, cannulas, cutters, clamps, elevators, gouges, knives, scope preheaters, light sources, cables and component parts, electrosurgical instruments, electrocautery instruments, laser instruments, ultrasound instruments, lens cleaning, scrub and biopsy brushes, clip appliers and clips, tack appliers and tacks, applicators, ligature carriers, needle holders, clamps, hemostats, graspers, curettes, instrument guides, ligature passing and knotting instruments, needles, retractors, snares, slylets, forceps, dissectors, calipers, scissors, suction and irrigation probes, sterile drapes, hemostats, amputation hooks, osteotomes, saws, retainers, suturing apparatus, measuring tapes, chisels and contractors, files, skin graft expanders, lancets, mallets, pliers, hammers, rasps, spatulas, and strippers; surgical instruments, namely, scalpels, scalpel blades and handles, staplers, tackers, clip appliers, electrocautery tools, forceps, needle holders, guides and drivers, graspers, and kiteners. FIRST USE: 20070131. FIRST USE IN COMMERCE: 20070131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.13.21 - Quadrilaterals that are completely or partially shaded |
| **Serial Number** | 76665748 |
| **Filing Date** | September 8, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 29, 2010 |
| **Registration Number** | 3978331 |
| **Registration** | June 14, 2011 |

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) Intuitive Surgical, Inc. CORPORATION DELAWARE 950 Kifer Road Sunnyvale CALIFORNIA 94086 |
| | (LAST LISTED OWNER) INTUITIVE SURGICAL OPERATIONS, INC. CORPORATION DELAWARE 1020 KIFER ROAD SUNNYVALE CALIFORNIA 94086 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Jennifer M. Lantz |
| Prior Registrations | 2628871 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HD" AND "SURGICAL SYSTEM" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY