# Exhibit 50

# Excerpted

# Instruments and Accessories
## User Manual

PN 550675-06 Rev. G 2014. 04


Intuitive Surgical, Inc.
1266 Kifer Road
Sunnyvale, CA 94086 USA
www.intuitivesurgical.com


EC REP  Intuitive Surgical, Sàrl
1, chemin des Mûriers,
1170 Aubonne Switzerland


0543



### Copyright

© 2014 Intuitive Surgical, Inc. All rights reserved.

### Trademarks

*Intuitive Surgical, Intuitive, Beyond the Limits of the Human Hand, da Vinci, da Vinci S, da Vinci Si, ProGrasp, HotShears, EndoWrist, EndoPass, ClearField, CardioVac, Vacuum Source, TilePro* and *InSite* are trademarks or registered trademarks of Intuitive Surgical, Inc. Other parties' trademarks are the property of their respective owners and should be treated as such.

**Rx only**

# Contents

**1   General Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1**

•**1.1 How to Use this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1**
• Knowing What Applies – Organization of this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1

•**1.2 Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2**
• Contact Information  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

•**1.3 Limitation on Use – Limited License  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2**

•**1.4 General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3**
• Non-sterile. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

•**1.5 General Instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3**
• Proper Care and Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
• Storage Between Uses  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
•Disposal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

**2   EndoWrist® Instruments  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1**

•**2.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1**
• Intended Use  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-2
• EndoWrist Instruments for da Vinci, da Vinci S, and da Vinci Si Surgical Systems  . . 2-3
• Flush Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3
• General Precautions and Warnings  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-5

•**2.2 Instructions for Use  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6**
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
• Intraoperative Use  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6

**3   Electrosurgical Unit (ESU) Settings and Energy Activation
       Cables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1**

•**3.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1**
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
• General Precautions and Warnings  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
• Validated ESUs and Energy Activation Cables  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2

•**3.2 Proper Configuration Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2**
• ERBE ICC 350. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-3
• ERBE VIO 300D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-4
• Covidien ForceTriad . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-7
• Instrument Cord Connections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-8

•**3.3 Instructions for Use  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-10**
• Electrosurgical Unit (ESU) Preparation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-10
• Monopolar Cautery Settings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-10
• Bipolar Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-12
• Cleaning. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-12
• Storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-13
• Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-13

**4   Monopolar Curved Scissors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1

•4.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
 • Intended Use – Tip Cover Accessory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
 • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
 • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

•4.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
 • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
 • Tip Cover Accessory Installation – Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
 • Disassembly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5
 • Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5

**5   Permanent Cautery Instruments. . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1**

•5.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1
 • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1
 • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1

•5.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-2
 • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-2

**6   Bipolar Instruments** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1

•6.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1
 • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1
 • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1

•6.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-2

**7   PK® Dissecting Forceps** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1

•7.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
 • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
 • Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
 • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-2
 • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-2

•7.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
 • Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
 • Generator Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
 • Pre-test Device. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-4
 • Instrument Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-5

•7.3 PK Instrument Cords . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-5

**8   Harmonic® Curved Shears . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1**

•8.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
 • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
 • Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
 • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
 • Compatible Ethicon Endo-Surgery Generators and Hand Pieces . . . . . . . . . . . . . . . . . 8-2
 • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2

•8.2 **Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8-4
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
• Attaching the Ethicon Endo-Surgery Hand Piece to the Disposable Insert . . . . . . . . 8-5
• Attaching the Hand Piece/Insert Assembly to the Housing. . . . . . . . . . . . . . . . . . . . . . . 8-5
• Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7
• Disassembly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7

**9   Harmonic ACE® Curved Shears. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1**

•9.1 **Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9-1
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
• Instruments for the da Vinci Surgical Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-3
• Compatible Ethicon Endo-Surgery Generators and Hand Pieces . . . . . . . . . . . . . . . . . 9-3
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-3

•9.2 **Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9-5
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-5
• Attaching the Ethicon Endo-Surgery Hand Piece to the Disposable Insert . . . . . . . . 9-5
• Attaching the Hand Piece/Insert Assembly to the Housing. . . . . . . . . . . . . . . . . . . . . . . 9-6
• Generator Self-Test . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-8
• Insertion and Removal of Device . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-9

•9.3 **Intra-Operative Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9-9

•9.4 **Disassembly and Disposal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9-10

**10  EndoWrist One Suction/Irrigator . . . . . . . . . . . . . . . . . . . . . . . . 10-1**

•10.1 **Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10-1
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
• Compatibility Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1

•10.2 **Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10-2
• Inspection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-2
• Instrument Setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-2
• Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4
• Surgeon Console Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4
• Patient-Side Activation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-6

•10.3 **Disposal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10-6

**11  Hem-o-lok® Clip Applier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1**

•11.1 **Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11-1
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1

•11.2 **Weck Hem-o-lok Ligating Clips** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11-2
• Indications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2
• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2

Case 5:19-cv-00055-TKW-MJF   Document 145-50   Filed 01/27/22   Page 7 of 13

Case 5:19-cv-00055-TKW-MJF   Document 145-50   Filed 01/27/22   Page 7 of 13

•11.3 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11-2

## 12 Small Clip Applier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

•12.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12-1
    • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

•12.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12-1
    • Loading and Firing a Small Clip Applier Instrument. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

## 13 Snap-fit™ Scalpel Instrument and Accessories . . . . . . . . . . . 13-1

•13.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13-1

•13.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13-1
    • Insertion Tool . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1
    • Blade Protector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-3

•13.3 Tip Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13-4

## 14 EndoPass™ Delivery Instrument . . . . . . . . . . . . . . . . . . . . . . . . . 14-1

•14.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14-1
    • Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1
    • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1
    • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1

•14.2 Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14-2
    • Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2
    • Delivering an Accessory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2
    • Removing an Accessory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-3

•14.3 Disassembly Before Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14-3

## 15 Using EndoWrist Instruments with Cardiac Ablation Probes . . 15-1

•15.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15-1
    • Applicable Ablation Probe and Recommended EndoWrist Instrument . . . . . . . . . . 15-1

•15.2 SurgiFrost Probe Instructions for Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15-1
    • Preparation and Introduction of SurgiFrost Ablation Probe with EndoWrist Cardiac Probe Grasper. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1
    • SurgiFrost Probe Positioning and Ablation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2
    • SurgiFrost Probe Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2

## 16 5 mm Monopolar Cautery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-1

•16.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16-1
    • Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-1
    • General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-2

•**16.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**16-3**
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-3
• Electrocautery Tip Accessory Installation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-3
• Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
• Disassembly . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
• Disposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4

**17  EndoWrist 5 Fr. Introducer** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17-1**
•**17.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**17-1**
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-1
• Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-2
• Compatible Surgical Laser Systems and Fibers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-2
•**17.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**17-2**
• Preparation of the 5 Fr. Introducer Instrument and Accessories . . . . . . . . . . . . . . . . . . 17-2
• Assembly Instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-3
• Instrument and Laser Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-6
•**17.3 Disassembly Instructions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**17-6**

**18  EndoWrist Stabilizer System** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18-1**
•**18.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**18-1**
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-3
•**18.2 Instructions for Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**18-4**
• Inspection Before Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-4
• Attaching the Tubing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-5
• Testing the EndoWrist Stabilizer Instrument. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-8
• Intraoperative Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-8
• Specific Precautions and Warnings for Intraoperative Use. . . . . . . . . . . . . . . . . . . . . . . 18-8
• Conversion to Conventional Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-9
• Insertion of Stabilizer Instrument and Readiness for Application . . . . . . . . . . . . . . . . 18-9
• Using the EndoWrist Stabilizer Instrument Intraoperatively . . . . . . . . . . . . . . . . . . . . .18-10
• Readjusting the EndoWrist Stabilizer Instrument During a Procedure . . . . . . . . . .18-11
• Removing the EndoWrist Stabilizer Instrument from the Patient . . . . . . . . . . . . . . .18-11

**19  Cannulae, Obturators and Accessories** . . . . . . . . . . . . . . . . . . . **19-1**
•**19.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**19-1**
• Intended Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-1
• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
• Compatibility Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
• General Precautions and Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-5

•19.2 Instructions for Use .....................................................19-5
　• Inspection Instructions........................................................19-6
　• Gage Pin Inspection for 8 mm Cannulae ........................................19-6
　• Obturator Inspection for 5 mm Cannulae .......................................19-7
　• Attaching Latching Obturators and Reducers ...................................19-8
　• Undocking Required to Use Some Staplers......................................19-8
　• Intraoperative Use ............................................................19-9

20 Flared Cannulae........................................ 20-1
　•20.1 Introduction........................................................20-1
　　• Intended Use .................................................................20-1
　　• Compatibility Information.....................................................20-1
　　• Monopolar Cautery Grounding.................................................20-1
　　• Device Description............................................................20-2
　　• Complications ................................................................20-3
　•20.2 Instructions for Use .................................................20-3
　　• Inspection ....................................................................20-3
　　• Intraoperative Use ............................................................20-3

21 Single Use 8 mm Cannula Seal .......................... 21-1
　•21.1 Introduction........................................................21-1
　　• Intended Use .................................................................21-1
　　• Device Description............................................................21-2

22 8 mm to 5 mm Cannula Reducer ....................... 22-1
　•22.1 Introduction........................................................22-1
　　• Intended Use .................................................................22-1
　•22.2 Instructions for Use .................................................22-1

23 Endoscope Cannula Mounts ............................ 23-1
　•23.1 Introduction........................................................23-1
　　• Intended Use .................................................................23-1
　　• Contraindications.............................................................23-1
　　• Device Description............................................................23-1
　•23.2 da Vinci Surgical System Endoscope Cannula Mount.....................23-3
　　• Instructions for Use ...........................................................23-3
　•23.3 da Vinci S and da Vinci Si Surgical System Endoscope Cannula Mount.....23-5
　　• Instructions for Use ...........................................................23-5

24 da Vinci and da Vinci S Light Guide ..................... 24-1
　•24.1 Introduction........................................................24-1
　　• Intended Use .................................................................24-1
　　• Light Guide Care ..............................................................24-1
　•24.2 Instructions for Use .................................................24-2

**25 Sterilization Trays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-1**

•**25.1 Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**25-1**

• Intended Use  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-1

• Device Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-2

• Contraindications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-2

•**25.2 Instructions for Use**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**25-3**

• Inspection Prior to Use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3

• Recommended Care  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3

• Sterilization Process Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3

• Special Instructions for Procedure Tray (PN 400223) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3

• Precautions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3

**A   Appendix A: Symbols Defined . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1**

**B   Appendix B: Natural Rubber Latex . . . . . . . . . . . . . . . . . . . . . . . . B-1**

_____End of section_____

### Device Description

*EndoWrist* Instruments are multiple-use endoscopic instruments to be used in conjunction with the *Intuitive Surgical da Vinci, da Vinci S* and *da Vinci Si* surgical systems. As shown in Figure 2.1, *EndoWrist* Instruments consist of five main components: the Release Levers (A); the Instrument Shaft (B); the Wrist (C); the Tip or End Effector (D); and the Instrument Housing (E).



**Figure 2.1 EndoWrist instrument**

*EndoWrist* Instruments are available with 5 mm, 8 mm and 12 mm diameter shafts. This section is applicable to non-energized 5 mm and 8 mm *EndoWrist* instruments, which include needle drivers, non-energized graspers, forceps and scissors, and clip appliers. This section also provides general instructions for use for all *EndoWrist* instruments. Energized instruments, or instruments with specialized end effectors, require additional instructions, which are found in the relevant sections of this manual.

Both 5 mm and 8 mm *EndoWrist* instruments can be used with the *da Vinci, da Vinci S* and *da Vinci Si* surgical systems. The *da Vinci* and *da Vinci S* instruments can be differentiated by their length, housing color and graphics.

**CAUTION:** *da Vinci S* **instruments are compatible with ONLY the** *da Vinci S* **and** *da Vinci Si* **surgical systems.**

**CAUTION:** *da Vinci* **instruments are compatible with ONLY the** *da Vinci* **Surgical System.**

### EndoWrist Instruments for da Vinci, da Vinci S, and da Vinci Si Surgical Systems

The *da Vinci* instruments have a light gray housing with the instrument description as shown in Figure 2.2. The *da Vinci* instrument maximum total length is approximately 20.5" (52cm).



**Figure 2.2 da Vinci instrument housing—light gray**

The *da Vinci S* and *da Vinci Si* instruments have a blue housing with the instrument description as shown in Figure 2.3. The *da Vinci S* instruments are 2" (approximately 5cm) longer than *da Vinci* instruments. They also have the *da Vinci S* logo prominently displayed on the housing.



**Figure 2.3 da Vinci S and da Vinci Si instrument housing—blue**

### Flush Ports

The symbol at left indicates flush ports on the instrument housing, as shown below:



**Figure 2.4 Location of flush ports for da Vinci 8 mm EndoWrist instruments**

The *da Vinci* 8 mm instruments have two flush ports on the back-end of the instrument housing as shown above. The main flush port is designated by a dark ring and the number 1.

The *da Vinci S* 8 mm instruments have two flush ports on the back-end of the instrument housing as shown in Figure 2.5. The main flush port is designated by a dark ring and the number 1.



***Figure 2.5 Location of flush ports for da Vinci S 8 mm EndoWrist instruments***

5 mm instruments have a total of three flush ports. Two flush ports are on the back-end of the instrument housing as shown in Figure 2.4 and Figure 2.5. The third flush port is located where the instrument shaft enters the housing as shown below.



***Figure 2.6 Location of third flush port for 5 mm EndoWrist instruments***