# Exhibit 51

Message

| | |
|---|---|
| **From**: | cparker@restorerobotics.com [cparker@restorerobotics.com] |
| **Sent**: | 10/12/2018 8:28:24 AM |
| **To**: | billing@reach3d.net |
| **Subject**: | Brochures |
| **Attachments**: | 009___Restore_Robotics_General_Flyer_v.5d.pdf |

Can you Print 75 of the brochures attached on the heavy paper. I need to mail 50 to Premier next week. I think the business card is on the alcove.

**Clif Parker**
**CEO**
Restore Robotics
www.restorerobotics.com
cparker@restorerobotics.com
C   850-832-2834
W  678-619-0011
F   678-261-1816

**Exhibit 5** Parker

CONFIDENTIAL                                                                                                                                                          Restore-00018745

# Restore Robotics
### Replace. Repair. Restore.



## SAVE OVER $100,000 PER YEAR PER ROBOT

## SERVICES AVAILABLE

- **PATENTED ENDOWRIST® REPAIR**
- **25%+ SAVINGS PER INSTRUMENT**
- **ISO 9001:2015 FACILITY**
- **S & Si PREVENTATIVE MAINTENANCE**
- **FREE PROCESS IMPLEMENTATION CONSULTING**

## STOP THROWING AWAY YOUR ENDOWRIST® INSTRUMENTS!

## INNOVATIVE SOLUTIONS FOR DA VINCI® S & Si SURGICAL ROBOTS

Restore Robotics is the world's first provider of a repair/reset service for da Vinci® S & Si surgical instruments.

- Multiple usage cycles are now available with significant cost savings.
- Guaranteed to maintain same functionality or we will replace it for free.
- Our patented repair/reset process combined with our other offerings puts you in control of your robotic system.

Restore Robotics further enhances your savings and control by offering strong discounts on S & Si:

- New Instruments
- Single Use Accessories
- Preventative Maintenance Programs
- Repairs to the Robot

  

1275 Buford HWY, Suite 109, Suwanee, GA 30024   -   (678) 619-0011
Info@RestoreRobotics.com   -   www.RestoreRobotics.com

*da Vinci® and EndoWrist® are trademarks of Intuitive Surgical, Inc.*

CONFIDENTIAL                                                                                                         Restore-00018746