# Exhibit 55

Message

| | |
|---|---|
| **From:** | Mills Vautrot [mvautrot@restorerobotics.com] |
| **Sent:** | 12/14/2018 2:50:20 PM |
| **To:** | kcarrico@st-joseph.org; Stephen Ochsner [sochsner@duramedic.com]; Mark Newton [mnewton@duramedic.com]; jbarnett@restorerobotics.com |
| **Subject:** | Restore Robotics Presentation |
| **Attachments:** | 008__RESTORE ROBOTICS__INTRODUCTION - New Q4-18.pptx |

Kathy

Thanks so much for your time today

Our apologies - Clif sent this PPT to you within 15 minutes of the call I am not sure why it did not go through

Please let me know that you received it this time

Thanks and again our apologies on the delay


G. Mills Vautrot

VP Operations

Restore Robotics / Restore Medical Repair

mvautrot@RestoreRobotics.com

Ofc: 678-619-0011

Mobile: 770-617-0369

CONFIDENTIAL

Restore-00033663



# SAVINGS ON DA VINCI SURGICAL SYSTEMS

## Introduction
FREEING CRITICAL FINANCIAL RESOURCES THROUGH INSTRUMENT RE-USE

CONFIDENTIAL
Restore-00033664

# Restore Robotics
### Replace. Repair. Restore.

## BRINGING ECONOMICS TO YOUR DA VINCI SURGICAL PROGRAM

**RESTORE ROBOTICS**
Industry veterans committed to creating financial and environmental sustainability in instrument utilization through re-use

**SAVINGS OPPORTUNITY**
Repaired instruments combined with the robot programs can save hospitals $100,000 per da Vinci robot

**REUSE INSTRUMENTS**
da Vinci endoscopic instruments have a 10x use lifecycle. Instead of buying new, hospitals can re-use instruments and reduce financial and environmental burden

**FUTURE**
More EndoWrist models are being added as well as more parts and services to reduce the cost of da Vinci robot utilization and free important resources for the hospital

CONFIDENTIAL
Restore-00033665




# Current Challenges
## DA VINCI ENDOSCOPIC INSTRUMENTS






 Instruments are acquired at $1,500 - $3,000+

 Instruments are used 10 times

Instruments are discarded

**HOWEVER**

**Instrument are**

- built with surgical grade material
- still functional when discarded
- capable of multiple additional usages

Hospitals can save $100,000 per year per robot by repairing and re-using da Vinci endoscopic instruments

- WITHOUT risking malfunction and patient harm
- WHILE reducing environmental harm

CONFIDENTIAL                                                                                      Restore-00033666



## Restore Robotics' Solution
REPAIR/RESET DA VINCI ENDOSCOPIC INSTRUMENTS AND ROBOT PM PROGRAM

 Hospital captures instruments at the end of their lifecycle

 Restore Robotics cleans, repairs/resets and tests instruments

 Hospital saves $100,000+ per robot per year

**Restore Robotics**
- No adverse events on restored instruments
- Robot maintenance/repair technicians are all former Intuitive Surgical field service engineers with years of experience servicing the robot
- Restore Robotics has access to parts – many from the same manufacturer that the OEM uses – at significant discounts

**S and Si EndoWrist Savings**
- 25% average savings on instruments
- $650 average savings per instrument
- 10-12 instruments per month need replaced/repaired

More than
**$100,000**
savings per year per robot

CONFIDENTIAL                                                                                                    Restore-00033667



# How It Works

**1** **Collect Instruments**
- Before a surgical procedure, select Inventory Mode on the robot and remove any instruments that have only 1 use left and have not been previously sent for restoration. Set those instruments aside to be shipped to our service center.
- When you have accumulated a few instruments, ship them in a suitable shipping container with a silicone cover to protect the tip.
- Use customer portal for repair order

**2** **Ultrasonic Cleaning**
- We clean the instrument before the repair begins.
- We do not return the instrument sterilized.

Restore Robotics

CONFIDENTIAL
Restore-00033668

# How It Works

### Testing
**3**
- A rigorous detailed inspection is performed following ISO procedures.
- We test for electrical and electro-surgical safety, and inspect for any sign of physical damage. If appropriate, we will sharpen, tighten or align the instrument as well.



### Communication
**4**
- If the robotic instrument does not pass all tests then we notify you that it cannot be restored and you are offered the opportunity to purchase a new instrument.




Restore Robotics
Replace. Repair. Restore.

CONFIDENTIAL                                                                                               Restore-00033669

# How It Works

**5** ### Repair/Reset

- If the robotic instrument passes all tests then we utilize our proprietary and patented process to restore the available uses to its original state. If it is a 10 use instrument then we return it with 10 available uses.
- Documentation follows the unit based on the serial number throughout its life.

**6** ### Instrument Return

- We pack and ship the same instruments back that you submitted for restoration.
- Turnaround time is typically 10 days from the time you ship to us.

Restore Robotics
*Replace. Repair. Restore.*

CONFIDENTIAL                                                                                   Restore-00033670



CONFIDENTIAL Restore-00033671

# SAFETY
## Regulatory and Risk Management

- Repair process flow created and validated according to ISO:13485:2012

- Compliance with Risk Management and Analysis according to EN ISO 14971:2012 (meets ISO and FDA standards)

- Compliance with Biocompatibility ISO 10993 Biological Evaluation of Medical Devices

- Compliance with Medical Electrical Equipment standards IEC 60601

- Verification reports to Simulated Life Testing according to ISO:13485:2012

- Software validation according to ISO:13485:2012

CONFIDENTIAL

Restore-00033672