# Exhibit 57

Message

| | |
|---|---|
| **From**: | Chris Shepard [cshepard@b-linemed.com] |
| **Sent**: | 1/28/2019 10:21:18 PM |
| **To**: | Clif Parker [Cparker@restorerobotics.com]; Mills Vautrot [mvautrot@restorerobotics.com] |
| **CC**: | Tye Slayton [tslayton@b-linemed.com]; Phillips Patrick (Med Distr) [pphillips@b-linemed.com] |
| **Subject**: | Web Portal da Vinci Repair proposals |
| **Attachments**: | 015_Restore_Robotics_Pricing__OCTOBER_2018 v2.pdf; Rep Web Portal dV Repair Proposal.pdf |

Cliff & Mills,

I went on the restore robotics.net website and I logged in with our UN & PW, just like our reps would. I went in and created a proposal with one of every instrument to see what it looked like. Attached is what the portal built for me.

There are some discrepancies with pricing from what you sent us originally. Attached is the quote as well as the price sheet that you sent us. Did you lower some of the instrument prices or was it entered into the portal incorrectly?

--
Best,
Chris Shepard
Regional Director
B-Line Medical
Cell: (248) 613-9584
cshepard@B-Linemed.com

CONFIDENTIAL                                                                                           Restore-00009176

| | | Restore Robotics — Replace. Repair. Restore. | DAVINCI PUBLISHED PRICE | RESTORE ROBOTICS PRICE | PERCENT HOSPITAL SAVES | AMOUNT HOSPITAL SAVES |
|---|---|---|---|---|---|---|
| 420001 | 10 | Potts Scissors | $1,950 | 1500 | 23.1% | $450 |
| 420003 | 100 | Small Clip Applier | $2,100 | 1600 | 23.8% | $500 |
| 420006 | 10 | Large Needle Driver | $2,200 | 1650 | 25.0% | $550 |
| 420007 | 10 | Round Tip Scissors | $1,950 | 1500 | 23.1% | $450 |
| 420033 | 15 | Black Diamond Micro Forceps | $2,500 | 1800 | 28.0% | $700 |
| 420036 | 10 | DeBakey Forceps | $1,850 | 1500 | 18.9% | $350 |
| 420048 | 10 | Long Tip Forceps | $2,450 | 1800 | 26.5% | $650 |
| 420049 | 10 | Cadiere Forceps | $2,000 | 1500 | 25.0% | $500 |
| 420093 | 10 | ProGrasp Forceps | $2,200 | 1650 | 25.0% | $550 |
| 420110 | 10 | PreCise Bipolar Forceps | $2,700 | 1950 | 27.8% | $750 |
| 420121 | 15 | Fine Tissue Forceps | $2,800 | 2000 | 28.6% | $800 |
| 420157 | 30 | Snap-fit™ Scalpel Instrument | $2,250 | 1650 | 26.7% | $600 |
| 420171 | 10 | Micro Bipolar Forceps | $2,700 | 1950 | 27.8% | $750 |
| 420172 | 10 | Maryland Bipolar Forceps | $2,700 | 2100 | 22.2% | $600 |
| 420178 | 10 | Curved Scissors | $2,000 | 1500 | 25.0% | $500 |
| 420179 | 10 | Hot Shears (Monopolar Curved Scissors) | $3,200 | 2350 | 26.6% | $850 |
| 420181 | 10 | Resano Forceps | $2,200 | 1600 | 27.3% | $600 |
| 420183 | 10 | Permanent Cautery Hook | $2,000 | 1500 | 25.0% | $500 |
| 420184 | 10 | Permanent Cautery Spatula | $2,000 | 1500 | 25.0% | $500 |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 420189 | 10 | Double Fenestrated Grasper | $2,000 | **1500** | 25.0% | **$500** |
| 420190 | 10 | Cobra Grasper | $2,200 | **1600** | 27.3% | **$600** |
| 420192 | 15 | Valve Hook | $1,800 | **1500** | 16.7% | **$300** |
| 420194 | 10 | Mega Needle Driver | $2,200 | **1650** | 25.0% | **$550** |
| 420203 | 10 | Pericardial Dissector | $2,200 | **1600** | 27.3% | **$600** |
| 420204 | 10 | Atrial Retractor | $2,950 | **2200** | 25.4% | **$750** |
| 420205 | 10 | Fenestrated Bipolar Forceps | $2,700 | **2100** | 22.2% | **$600** |
| 420207 | 10 | Tenaculum Forceps | $2,200 | **1600** | 27.3% | **$600** |
| 420215 | 10 | Cardiac Probe Grasper | $2,200 | **1600** | 27.3% | **$600** |
| 420227 | 10 | PK® Dissecting Forceps | $2,900 | **2200** | 24.1% | **$700** |
| 420246 | 10 | Atrial Retractor Short Right | $2,950 | **2200** | 25.4% | **$750** |
| 420249 | 10 | Dual Blade Retractor | $2,950 | **2200** | 25.4% | **$750** |
| 420278 | 10 | Graptor (Grasping Retractor) | $2,400 | **1800** | 25.0% | **$600** |
| 420296 | 10 | Large SutureCut™ Needle Driver | $2,400 | **1900** | 20.8% | **$500** |
| 420309 | 10 | Mega™ SutureCut™ Needle Driver | $2,400 | **1900** | 20.8% | **$500** |
| 420318 | 10 | Small Graptor (Grasping Retractor) | $2,400 | **1800** | 25.0% | **$600** |
| 420344 | 10 | Curved Bipolar Dissector | $2,700 | **1950** | 27.8% | **$750** |
| Restore Robotics — Replace. Repair. Restore. | | | DAVINCI PUBLISHED PRICE | **RESTORE ROBOTICS PRICE** | PERCENT HOSPITAL SAVES | AMOUNT HOSPITAL SAVES |

CONFIDENTIAL                                                                                                          Restore-00009178

This **Confidential Proposal** presents cost savings alternatives for the Instrumentation of the da Vinci Si surgical robot. Restore Robotics services are performed in an ISO9001 facility utilizing validated procedures that are compliant with all relevant ISO protocols including:
- ISO13485 - to ensure all repairs activities are properly performed
- ISO14971 - including extensive safety testing and failure mode analysis
- ISO10993 - to ensure that our efforts do not impact biocompatibility

and other relevant ISO standards as well as meeting IEC 60601 standards during both the repair and the electronic testing before and after the repair.

Restore Robotics offers savings in the following areas:

A. – EndoWrist Repair/Reset - Restore Robotics patented process repairs/resets the original Intuitive device allowing for additional usage cycles (typically 10 uses). The EndoWrist receives:
- Ultrasonic cleaning,
- Any sharpening, aligning or other adjustments and repairs as needed.
- A rigorous series of tests built under multiple ISO standards both before and after the repair/reset to ensure continued utilization is safe

Stop destroying perfectly functional instruments, save money and support the environment.

B. – Sharpening of EndoWrist Instruments - EndoWrist scissor blades can become too dull to operate effectively before their 10th use. Instead of "throwing away" the remaining uses/value Restore Robotics can sharpen the instrument allowing further utilization.

C. – New & "Pre-Owned" EndoWrists - Restore Robotics offers a limited inventory of new in-the-box EndoWrist instruments as well as significant discounts on out-of-the-box EndoWrists with 3-10 uses remaining.

D. – New Disposables - A limited inventory is also available for accessories such as drapes and obturators.

E. – New Re-Usables – A limited inventory is available for reusable accessories such as cannulas and obturators.

F. – Si 3D Endoscope Repair – Restore Robotics' sister company Restore Medical Repair can repair your Si 3D endoscope; extending its life and at a cost far below the OEM.

For further details please see
- Exhibit A - Value-adds and requirements for utilization of the services
- Exhibit B - Pricing and Terms of Restore Robotics' offerings.

Please Note
- Restore Robotics' local authorized representative will work with you and your team to design a process that will create the least disruption while shifting the current practice from destroying/disposing of the instruments to capturing the devices for repair and then re-integrating them into the inventory upon their return.

- Shipping fees to and from Restore Robotics Repair Labs are not included in the cost of repair/reset and would be the responsibility of the facility.

# Exhibit A – Offering Details and Value Adds

<u>Steps to Utilize the Repair/Reset Service</u>
The EndoWrist <u>MUST</u> have (1) one usage left the FIRST time that it is repaired. All subsequent repairs can be performed after the instrument reaches zero remaining uses.

<u>Repair/Reset Service includes the following</u>

1 – Instruments Ultrasonically Cleaned, Tested for Electro-Surgical Safety and Inspected for Any Signs of Physical Damage
    Proprietary software utilized to confirm the instrument's candidacy for use-count reset. Rigorous inspection follows, seeking signs of weakness, stress, cracks, breaks, etc. Standardized electro-surgical testing is performed and, if appropriate, sharpening, alignment, tightening, etc. is provided.

2 - Restore Robotics Team Informs Our Client of Inspection Results
    If an instrument does not meet the criteria for repair, it becomes medical waste at the Restore Robotics site and the customer is informed.

3 – The Repair Procedure is Performed
    Patented and Proprietary procedures are utilized to allow both key information to be maintained (Ex. device serial number) and for counter to be reset to allow another usage cycle.

4 - Testing and Final Review of Device
    A second formal inspection and testing of the instrument ensures proper functionality. Tests are once again performed for electrical and electro-surgical safety. All results maintained in a quality control record for that device.

# Exhibit B – PRICING AND TERMS

**Sharpening of EndoWrist Instrument**
- The fee for sharpening includes rigorous inspection and testing as well as all required aligning, tightening, etc. - $375.00 per instrument.

**Terms:**
- Payment within 30 days of invoice
- Annual agreement guarantees pricing for one year (no minimum purchase volumes).

Please Note: New and Pre-Owned Instruments as well as New Accessories will be purchased through CPR LLC; a member of the Restore family of companies.


Thank you for your interest in Restore Robotics and its offerings. As the local Authorized Representative I look forward to working with you and am available to answer any questions.


Below are the savings from EndoWrist repair/resets (per provided list of purchase volume)

Facility Name: **Test Hospital da Vinci Repair**
Rep Name: **Chris, Tye & Pat B-Line**
Date: 2019-01-28 22:58:27

**Instruments**

| Model Number | Usages | Description | da Vinci Published Price | Restore Robotics Repair Fee | Percentage Savings | Dollar Savings | Units Ordered | Total Savings |
|---|---|---|---|---|---|---|---|---|
| 420179 | 10 | Hot Shears (Monopolar Curved Scissors) | $3,200.00 | $2,250.00 | 29.7% | $950.00 | 1 | $950.00 |
| 420249 | 10 | Dual Blade Retractor | $2,950.00 | $2,100.00 | 28.8% | $850.00 | 1 | $850.00 |
| 420344 | 10 | Curved Bipolar Dissector | $2,700.00 | $1,950.00 | 27.8% | $750.00 | 1 | $750.00 |
| 420003 | 100 | Small Clip Applier | $2,100.00 | $1,600.00 | 23.8% | $500.00 | 1 | $500.00 |
| 420006 | 10 | Large Needle Driver | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420033 | 15 | Black Diamond Micro Forceps | $2,500.00 | $1,800.00 | 28.0% | $700.00 | 1 | $700.00 |
| 420048 | 10 | Long Tip Forceps | $2,450.00 | $1,800.00 | 26.5% | $650.00 | 1 | $650.00 |
| 420093 | 10 | ProGrasp Forceps | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420157 | 30 | Snap-fit™ Scalpel Instrument | $2,250.00 | $1,600.00 | 28.9% | $650.00 | 1 | $650.00 |
| 420181 | 10 | Resano Forceps | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420190 | 10 | Cobra Grasper | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420110 | 10 | PreCise Bipolar Forceps | $2,700.00 | $1,950.00 | 27.8% | $750.00 | 1 | $750.00 |
| 420194 | 10 | Mega Needle Driver | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420203 | 10 | Pericardial Dissector | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420207 | 10 | Tenaculum Forceps | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420215 | 10 | Cardiac Probe Grasper | $2,200.00 | $1,600.00 | 27.3% | $600.00 | 1 | $600.00 |
| 420278 | 10 | Graptor (Grasping | $2,400.00 | $1,800.00 | 25.0% | $600.00 | 1 | $600.00 |

CONFIDENTIAL                                                                                                                Restore-00009181

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Retractor) | | | | | | |
| 420296 | 10 | Large SutureCut™ Needle Driver | $2,400.00 | $1,850.00 | 22.9% | $550.00 | 1 | $550.00 |
| 420309 | 10 | Mega™ SutureCut™ Needle Driver | $2,400.00 | $1,850.00 | 22.9% | $550.00 | 1 | $550.00 |
| 420318 | 10 | Small Graptor (Grasping Retractor) | $2,400.00 | $1,800.00 | 25.0% | $600.00 | 1 | $600.00 |
| 420001 | 10 | Potts Scissors | $1,950.00 | $1,500.00 | 23.1% | $450.00 | 1 | $450.00 |
| 420007 | 10 | Round Tip Scissors | $1,950.00 | $1,500.00 | 23.1% | $450.00 | 1 | $450.00 |
| 420121 | 15 | Fine Tissue Forceps | $2,800.00 | $1,950.00 | 30.4% | $850.00 | 1 | $850.00 |
| 420036 | 10 | DeBakey Forceps | $1,850.00 | $1,500.00 | 18.9% | $350.00 | 1 | $350.00 |
| 420049 | 10 | Cadiere Forceps | $2,000.00 | $1,500.00 | 25.0% | $500.00 | 1 | $500.00 |
| 420178 | 10 | Curved Scissors | $2,000.00 | $1,500.00 | 25.0% | $500.00 | 1 | $500.00 |
| 420183 | 10 | Permanent Cautery Hook | $2,000.00 | $1,500.00 | 25.0% | $500.00 | 1 | $500.00 |
| 420184 | 10 | Permanent Cautery Spatula | $2,000.00 | $1,500.00 | 25.0% | $500.00 | 1 | $500.00 |
| 420189 | 10 | Double Fenestrated Grasper | $2,000.00 | $1,500.00 | 25.0% | $500.00 | 1 | $500.00 |
| 420192 | 15 | Valve Hook | $1,800.00 | $1,500.00 | 16.7% | $300.00 | 1 | $300.00 |
| 420171 | 10 | Micro Bipolar Forceps | $2,700.00 | $1,950.00 | 27.8% | $750.00 | 1 | $750.00 |
| 420172 | 10 | Maryland Bipolar Forceps | $2,700.00 | $2,000.00 | 25.9% | $700.00 | 1 | $700.00 |
| 420204 | 10 | Atrial Retractor | $2,950.00 | $2,100.00 | 28.8% | $850.00 | 1 | $850.00 |
| 420205 | 10 | Fenestrated Bipolar Forceps | $2,700.00 | $2,000.00 | 25.9% | $700.00 | 1 | $700.00 |
| 420227 | 10 | PK® Dissecting Forceps | $2,900.00 | $2,200.00 | 24.1% | $700.00 | 1 | $700.00 |
| 420246 | 10 | Atrial Retractor Short Right | $2,950.00 | $2,100.00 | 28.8% | $850.00 | 1 | $850.00 |
| | | | | | | | **Total** | $22,350.00 |

CONFIDENTIAL     Restore-00009182