# Exhibit 58

INTUITIVE
SURGICAL®

*DA VINCI*®
# COMPLETE CARE
# SERVICE PLAN

*Protect Your Investment*

INTUITIVE SURGICAL®

# PROTECTING YOUR LONG TERM INVESTMENT

## EVOLUTION OF SERVICES & TECHNOLOGY



- **2015**
  Self-service *da Vinci* Surgery Customer Portal launched

- **2012**
  Sterile Reprocessing Support Team formed

- **2011**
  *da Vinci OnSite®* proactive log review & customer service relationship management software system released

- **2010**
  Remote *da Vinci* System performance diagnostics via *OnSite* introduced

- **2009**
  Knowledge Management System launched

- **2007**
  Technical support automated phone system implemented

- **2006**
  Immediate access to intra-operative support and multiple time zone coverage established

- **2003**
  Advanced Exchange Program with next-day replacement delivery launched

- **2001**
  Regional technical support network established

An investment in the *da Vinci®* Surgical System can positively impact everyone in your organization: patients, surgeons, and administrators. A comprehensive service plan can further enhance the quality of care provided in your operating room.

The *da Vinci Complete Care Service Plan* supports the quality, safety, and dependability of your *da Vinci* Surgical System in three ways:

- **System Reliability**
  Provide optimal patient care by investing in routine maintenance designed to minimize unplanned service events and repairs.

- **Immediate Access to Expert Technical Support**
  Support your surgeons and ensure completion of procedures by quickly resolving System issues using the cumulative experience of the most knowledgeable service team available.

- **Advanced Service Technologies**
  Real-time data can be accessed from your *da Vinci* Surgical System by connecting through a secure network to provide superior system diagnostics.



# MAKING THE DIFFERENCE

## *Added benefits differentiate the dVComplete Care Service Plan*
*from other service providers*



**Classic Care**
- Parts Exchange
- Software Updates
- Labor and Travel
- System Inspections

**Exclusive to Intutive Surgical**
- Advance Exchange Program
- Sterile Reprocessing Support
- dVSTAT® Technical Support
- da Vinci OnSite Access
- da Vinci OnSite Monitoring
- da Vinci Surgery Customer Portal

### dVSTAT (da Vinci Surgery Technical Assistance Team)
A dedicated team of experienced Technical Support Engineers are available by phone: 24/7, 365 days a year. Over 95% of calls are answered within 15 seconds.* Our highly knowledgeable engineers help guide your operating room staff through system issues, answer intra-operative technical questions and if required, dispatch a Field Service Engineer.

### OnSite Access
dVSTAT Engineers can remotely access system logs in real-time for pre-operative and intra-operative troubleshooting. They can rapidly diagnose and in some cases resolve issues without dispatching a Field Service Engineer.

### OnSite Monitoring
Automatically upload system logs to Intuitive Surgical following each procedure, enabling dVSTAT Engineers to actively monitor system performance and minimize unplanned service events.

### Software Updates
Periodic software updates provide improved system reliability ensuring that your da Vinci Surgical System operates at peak performance with the most up-to-date software.

### da Vinci Surgery Customer Portal**
The Customer Portal is an on-line, self-service portal which provides access to on-line tools and resources to help maximize your da Vinci Surgery Program.

### System Inspections
Field Service Engineers perform scheduled system inspections, which are recommended every six months. This will keep your da Vinci Surgical System at current factory specifications.

### Guaranteed Response Time
In the event of unplanned service request, our network of site dedicated Field Service Engineers guarantee prompt and dependable response within 24 hours.

### Sterile Reprocessing Support (SRS)
Reprocessing Specialists with extensive da Vinci product experience assist in maximizing instrument reliability and provide reprocessing education and training, resulting in improved efficiency.

### Labor and Travel Hours
Labor and travel expenses for service/SRS calls during regular business hours are included in the *da Vinci Complete Care Service Plan*. Business hours are Monday-Friday, 8:00 am to 5:00 pm local time and exclude Intuitive Surgical holidays. *Additional charges may apply for labor and travel outside of normal business hours.*

### Advanced Exchange Program
The Advanced Exchange Program offers preferred pricing and next-day service on replacements related to the accidental damage of endoscopes, camera heads, and the *da Vinci Skills Simulator*™.

### Parts Exchange
Prompt repairs and replacements parts are included with the *da Vinci Complete Care Service Plan*. Intuitive Surgical maintains stocking locations across the region, ensuring access to critical replacement parts within 24 hours.

### Clinical Uptime
Field Service Engineers respond within hours of notification, and when possible, the same day. This rapid response supports a 98% uptime rate.

*\*Data as of December 2015: Intuitive Surgical CRM Data on File.*
*\*\*Currently available in the US and select European countries.*

Confidential
Intuitive-00037422

Learn more about protecting your investment in the *da Vinci*® Surgical System, visit
www.intuitivesurgical.com/support

Or call Intuitive Surgical Customer Care at
1.800.876.1310



*Worldwide Headquarters*
**1266 Kifer Road, Building 101**
**Sunnyvale, CA 94086-5304**
**Tel:** +1.408.523.2100
**Fax:** +1.408.523.1390

www.IntuitiveSurgical.com
www.daVinciSurgery.com
www.daVinciOnlineCommunity.com

*For Important Safety Information, indications for use, risks, full cautions and warnings, please refer to www.davincisurgery.com/safety and www.intuitivesurgical.com/safety.*

© 2017 Intuitive Surgical, Inc. All rights reserved. Product names are trademarks or registered trademarks of their respective holders. PN 1002757-US Rev D 4/17

Confidential