# Exhibit 59

**From:** Kara Andersen Reiter [Kara.Reiter@intusurg.com]
**Sent:** 8/1/2019 1:55:07 PM
**To:** 'Ben Lipson' [benlipson@gmail.com]
**Subject:** RE: [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics
**Attachments:** Draft Lipson Decl.docx

Hi Ben,

So nice to speak with you the other day. As we discussed, we'd like to have a declaration from you about your conversation with Cliff Parker, but would not submit it to a court without your prior approval. That said, as you noted, your email to Gary, Maggie, Bill and Colin is discoverable (if requested). We would argue that a signed declaration was protected by the attorney work product doctrine, but there's a chance that could be discoverable as well (again, if discovered).

If you are willing to sign a declaration from us, I would suggest something purely factual along the lines of the attached. Please take a look, fill in the blanks as appropriate, and let me know if it would be OK to format it into a declaration and send it to you for signature.

Thanks so much for your help.

Kind regards,

Kara

---

**From:** Ben Lipson <benlipson@gmail.com>
**Sent:** Wednesday, July 31, 2019 5:09 AM
**To:** Kara Andersen Reiter <Kara.Reiter@intusurg.com>
**Subject:** Re: [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics

Hi Kara,
If you're an early-riser, would you try giving me a ring? My number here in Macau is +853 6847-8008

Best regards,
Ben

On Jul 27, 2019, at 8:16 AM, Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:

Thanks, Ben. We will find a time next week.

I live in Palo Alto so will definitely check out the music festival in Menlo Park.

Have a wonderful weekend!

Kara

Sent from my iPhone

On Jul 26, 2019, at 5:08 PM, Ben Lipson <benlipson@gmail.com> wrote:

Next week sounds good. I think the jet-lag of being in Italy for the past month (boo hoo!) is catching up with me!

Attorneys' Eyes Only                                                                                        Intuitive-00595666

Best regards, and enjoy your weekend!
-Ben

p.s. If you're doing nothing, check out the chamber music festival happening in Menlo Park (https://musicatmenlo.org) It's fantastic -- I almost flew back for it!

On Sat, Jul 27, 2019 at 8:04 AM Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:
> Sorry, Ben. Just driving home. I can try you in about 30 minutes if that would work. Or next week is fine.
>
> Sent from my iPhone
>
> On Jul 26, 2019, at 5:01 PM, Ben Lipson <benlipson@gmail.com> wrote:
>
> I'm free now. Does that work?
> Ben
>
> On Sat, Jul 27, 2019 at 3:15 AM Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:
>> Moving Maggie to bcc.
>>
>> Thanks, Ben. When would be a convenient time for you to talk? I could give you a call now if that would work.
>>
>> Thanks,
>>
>> Kara
>>
>> **From:** Ben Lipson <benlipson@gmail.com>
>> **Sent:** Friday, July 26, 2019 11:57 AM
>> **To:** Maggie Nixon <maggie.nixon@intusurg.com>
>> **Cc:** Kara Andersen Reiter <Kara.Reiter@intusurg.com>
>> **Subject:** Re: [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics
>>
>> Hi Kara,
>>
>> My number here in Macau is +853 6847 8008. That number is only good when I'm back in the US.
>>
>> Thanks,
>> Ben
>>
>> Sent from my Apple ][e
>>
>> On Jul 27, 2019, at 2:48 AM, Maggie Nixon <maggie.nixon@intusurg.com> wrote:
>>
>>> Kara, Ben –
>>> I wanted to introduce you two virtually.

Attorneys' Eyes Only

Intuitive-00595667

Kara, Ben is a former Intuitive employee now living in Macau China. He was one of the key architects on how we leverage our system data and integrate it with our business data. He is also currently the at-home dad of an adorable and ridiculously active toddler and a good friend of mine.

Ben, Kara is our SVP, General Counsel and is heavily involved in the activity we currently have going on around Restore Robotics. I don't think your paths ever crossed while at Intuitive, but Kara's combination of Legal and Regulatory background has been a powerful addition to the team…and in addition, she is just an all-around rockstar.

With the summary of your conversation below with Clif Parker, I think you it would be a huge benefit for you to connect. I really appreciate you taking the time!

Ben Lipson's Contact Info:
Email - benlipson@gmail.com
Phone – 650.450.1584

Thanks,
Maggie


**From:** Ben Lipson <benlipson@gmail.com>
**Sent:** Friday, July 26, 2019 8:52 AM
**To:** Gary Guthart <Gary.Guthart@intusurg.com>; Colin Morales <Colin.Morales@intusurg.com>
**Cc:** Bill Nowlin <Bill.Nowlin@intusurg.com>; Maggie Nixon <maggie.nixon@intusurg.com>
**Subject:** [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics

Hi Guys,

I don't work for you any more, but I still love you and love what you do.

I just got hit up by Mr. Clif Parker, the head of Restore Robotics down in Atlanta. He said that he'd been given my name by William Hufstedler (formerly an ISI field service rep, now working with him in Atlanta) and Peter somebody (didn't recognize the name, but a former data person over there at ISI?)

Clif wanted me to hack into the system to help the "PM Due" message go away. He has a customer or two who have been refused service/parts/instruments by ISI for doing business with him, but whose surgeons are bothered by the message that won't go away! Ha Ha! He's stuck.

He was interested to know why only 10 lives were put on the instruments, when in the 510k, it only showed 5 lives -- after all, training instruments can be used up to 30 times!

He also wanted to know the difference between regular instruments/training instruments/and extended-life training instruments. Is it because the housing disintegrates after 10 uses? Or that different materials were used?

Attorneys' Eyes Only                                                                                                                      Intuitive-00595668

And he wanted to know why a new sterilization protocol was sent out -- now recommending only 15 times through the sterilization procedure -- which he saw as a shot across the bow to guys like him.

I have to admit, that I was really unhelpful for him. I told him that the communications protocol to get onto the system was almost impossible to crack into, and that I knew nobody who could help him. I told him that the instruments were given 10 lives because they could break and potentially endanger patients and their procedures if stressed too heavily. And told him that I thought that he was being extremely unethical in trying to circumvent this. He's had a materials expert go over the standard instruments vs. the training instruments and surprisingly found no material differences.

Anyhow, I'm sure you know about him, but keep up the pressure. I'm cheering for you from China!

Best regards,

Ben


p.s. Besides Hufstedler, he doesn't have anybody who I know from ISI with any technical skills on his contact list from LinkedIn: Chris Boots, JT Martinez, John Tugwell, Carol Heminger (former sales), Gene Nagel, Vanessa Crum (formerly Owens) (latin america sales), Joe Urban, Santosh Iyer, and Omar Kateeb

---

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL..
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.

Attorneys' Eyes Only

Intuitive-00595669