# Exhibit 61

| | |
|---|---|
| From: | Ben Lipson [benlipson@gmail.com] |
| Sent: | 8/2/2019 11:40:54 AM |
| To: | Kara Andersen Reiter [Kara.Reiter@intusurg.com] |
| Subject: | Re: [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics |

ATTORNEY WORK PRODUCT

Declaration of Ben Lipson

I, BENJAMIN MICHAEL LIPSON, declare:

1.

2.     I make this declaration from my personal knowledge.  If called as a witness I could testify competently to each fact herein.

3.

4.

5.     I am a self-employed a data consultant.  I received a Bachelor of Sciences degree in Engineering from Stanford University in June 2000 and a Master of Sciences degree in Engineering from Stanford University in 2002.  From approximately Jan 2008  to Jan 2016  I was employed by Intuitive Surgical, Inc. ("Intuitive").  Prior to joining Intuitive as an employee, from September 2007  to January 2008, I consulted to the company.  At the time I voluntarily left Intuitive, my job title was Principal Analytics Engineer.

6.

7.

8.     On the morning of July 26, 2019, I received a telephone call from a man who identified himself as Clif Parker of Restore Robotics.  He had added himself as a contact on my LinkedIn a couple weeks before. He wrote me saying that he had a data architecture project for me.  This was the first time I ever spoke to him. He said that he had been given my name by William Hufstedler, formerly an Intuitive field service representative now working with Mr. Parker in Atlanta.  Mr. Parker also mentioned the name "Peter," whose last name I did not recognize but I had the impression he might have been a former data employee at Intuitive.

9.

10.

11.     Mr. Parker said he wanted me to hack into the Intuitive system to help remove the message "PM Due" from the screen of a *da Vinci*  surgical system.  Mr. Parker was not specific about the number of systems, but he gave them impression that more than one was involved.  He said he has a customer or two who have been refused service and/or parts and/or instruments by Intuitive for doing business with him.  According to Mr. Parker, these customers were affiliated with surgeons who are "bothered" by "the message that won't go away."

I told him that without access to Intuitve's software tools and data that I would have no way of doing this.

12.

13.

14.     Mr. Parker said he was interested to know why only 10 lives were put on the instruments, when in the 510(k) it only showed 5 lives – after all, training instruments can be used up to 30 times.  He also wanted to know the difference between regular instruments/training instruments/and extended life training instruments. He said that he'd heard from customers or their sales reps that this is because the housing disintegrates after 10 uses, or that different materials were used.  And he wanted to know why a new sterilization protocol was sent out – now recommending only 15 times

Intuitive-00454111

through the sterilization procedure – which he saw as a "shot across the bow" to "guys like him."

I told him that the sterilization protocol was probably developed due to hospitals experiencing difficulty managing instruments and perhaps sterilizing each instrument many times between actual use. The sterilization process is hard on the instruments, and Intuitive wants to make sure each instrument functions as intended.

15.

16.

17.     I was offended by the content of Mr. Parker's call, and didn't have any useful information for him. I told him that I thought he was being extremely unethical in proposing to circumvent the protections in the Intuitive system and I would be unable to help him. I also said that I know nobody who could help him and that the communications protocol to get into the Intuitive system was almost impossible to break.

7.

8.     He said that he had a "materials expert" go over the standard instruments versus the training instruments and "surprisingly" found no material differences.

He said that his firm reprogrammed instruments, giving them 10 lives again, making them "as good as new." He insinuated that Intuitive was just trying to gauge money out of customers by only giving them 10 lives per instrument.

I told him that the selection of 10 lives on the instruments was because of analysis of material failure when under stress of operating. While a factor of safety is surely present, the instruments are pushing the technology envelope, and can and do break. Intuitive carefully tried to prevent this from happening during an operation! Simply "putting lives back on" by re-programming the chip on the instrument is horribly dangerous.

The training and extended training instruments are the exact same instruments, but granted more lives for user convenience -- Nobody cares if they break due to overuse while suturing up grapes or chicken from the grocery store. And nobody is concerned if the scissors aren't as sharp as new.

9.

10.

11.     At that point I was done talking with Mr. Parker. I thought Intuitive should be notified that someone was apparently planning to hack into the company's property, or that patients could be seriously harmed by extremely ignorant reprogramming of the instruments. So I sent an email summary of my telephone conversation with Mr. Parker to Gary Guthart, the Chief Executive of Intuitive, and a few of his Intuitive colleagues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed under the laws of the State of California on __August 3,_, 2019.


Benjamin M. Lipson


On Fri, Aug 2, 2019 at 2:55 AM Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:
> Hi Ben,

So nice to speak with you the other day. As we discussed, we'd like to have a declaration from you about your conversation with Cliff Parker, but would not submit it to a court without your prior approval. That said, as you noted, your email to Gary, Maggie, Bill and Colin is discoverable (if requested). We would argue that a signed declaration was protected by the attorney work product doctrine, but there's a chance that could be discoverable as well (again, if discovered).

If you are willing to sign a declaration from us, I would suggest something purely factual along the lines of the attached. Please take a look, fill in the blanks as appropriate, and let me know if it would be OK to format it into a declaration and send it to you for signature.

Thanks so much for your help.

Kind regards,

Kara

---

**From:** Ben Lipson <benlipson@gmail.com>
**Sent:** Wednesday, July 31, 2019 5:09 AM
**To:** Kara Andersen Reiter <Kara.Reiter@intusurg.com>
**Subject:** Re: [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics

Hi Kara,
  If you're an early-riser, would you try giving me a ring? My number here in Macau is +853 6847-8008

Best regards,
Ben

On Jul 27, 2019, at 8:16 AM, Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:

Thanks, Ben. We will find a time next week.

I live in Palo Alto so will definitely check out the music festival in Menlo Park.

Have a wonderful weekend!

Kara

Sent from my iPhone

On Jul 26, 2019, at 5:08 PM, Ben Lipson <benlipson@gmail.com> wrote:

Next week sounds good. I think the jet-lag of being in Italy for the past month (boo hoo!) is catching up with me!

Best regards, and enjoy your weekend!
-Ben

p.s. If you're doing nothing, check out the chamber music festival happening in Menlo Park (https://musicatmenlo.org)  It's fantastic -- I almost flew back for it!

On Sat, Jul 27, 2019 at 8:04 AM Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:
> Sorry, Ben. Just driving home. I can try you in about 30 minutes if that would work. Or next week is fine.
>
> Sent from my iPhone
>
> On Jul 26, 2019, at 5:01 PM, Ben Lipson <benlipson@gmail.com> wrote:
>
> I'm free now. Does that work?
> Ben
>
> On Sat, Jul 27, 2019 at 3:15 AM Kara Andersen Reiter <Kara.Reiter@intusurg.com> wrote:
>> Moving Maggie to bcc.
>>
>> Thanks, Ben.  When would be a convenient time for you to talk?  I could give you a call now if that would work.
>>
>> Thanks,
>>
>> Kara
>>
>> **From:** Ben Lipson <benlipson@gmail.com>
>> **Sent:** Friday, July 26, 2019 11:57 AM
>> **To:** Maggie Nixon <maggie.nixon@intusurg.com>
>> **Cc:** Kara Andersen Reiter <Kara.Reiter@intusurg.com>
>> **Subject:** Re: [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics
>>
>> Hi Kara,
>> My number here in Macau is +853 6847 8008.  That number is only good when I'm back in the US.
>>
>> Thanks,
>> Ben
>>
>> Sent from my Apple ][e
>>
>> On Jul 27, 2019, at 2:48 AM, Maggie Nixon <maggie.nixon@intusurg.com> wrote:
>>
>> Kara, Ben --

Intuitive-00454114

I wanted to introduce you two virtually.

Kara, Ben is a former Intuitive employee now living in Macau China. He was one of the key architects on how we leverage our system data and integrate it with our business data. He is also currently the at-home dad of an adorable and ridiculously active toddler and a good friend of mine.

Ben, Kara is our SVP, General Counsel and is heavily involved in the activity we currently have going on around Restore Robotics. I don't think your paths ever crossed while at Intuitive, but Kara's combination of Legal and Regulatory background has been a powerful addition to the team…and in addition, she is just an all-around rockstar.

With the summary of your conversation below with Clif Parker, I think you it would be a huge benefit for you to connect. I really appreciate you taking the time!

Ben Lipson's Contact Info:
Email - benlipson@gmail.com
Phone – 650.450.1584

Thanks,

Maggie

**From:** Ben Lipson <benlipson@gmail.com>
**Sent:** Friday, July 26, 2019 8:52 AM
**To:** Gary Guthart <Gary.Guthart@intusurg.com>; Colin Morales <Colin.Morales@intusurg.com>
**Cc:** Bill Nowlin <Bill.Nowlin@intusurg.com>; Maggie Nixon <maggie.nixon@intusurg.com>
**Subject:** [EXTERNAL] Confidential: Just heard from Clif Parker at Restore Robotics

Hi Guys,

   I don't work for you any more, but I still love you and love what you do.

I just got hit up by Mr. Clif Parker, the head of Restore Robotics down in Atlanta. He said that he'd been given my name by William Hufstedler (formerly an ISI field service rep, now working with him in Atlanta) and Peter somebody (didn't recognize the name, but a former data person over there at ISI?)

Clif wanted me to hack into the system to help the "PM Due" message go away. He has a customer or two who have been refused service/parts/instruments by ISI for doing business with him, but whose surgeons are bothered by the message that won't go away! Ha Ha! He's stuck.

He was interested to know why only 10 lives were put on the instruments, when in the 510k, it only showed 5 lives -- after all, training instruments can be used up to 30 times!

He also wanted to know the difference between regular instruments/training instruments/and extended-life training instruments.  Is it because the housing disintegrates after 10 uses?  Or that different materials were used?

And he wanted to know why a new sterilization protocol was sent out -- now recommending only 15 times through the sterilization procedure -- which he saw as a shot across the bow to guys like him.

I have to admit, that I was really unhelpful for him.  I told him that the communications protocol to get onto the system was almost impossible to crack into, and that I knew nobody who could help him.  I told him that the instruments were given 10 lives because they could break and potentially endanger patients and their procedures if stressed too heavily.  And told him that I thought that he was being extremely unethical in trying to circumvent this.  He's had a materials expert go over the standard instruments vs. the training instruments and surprisingly found no material differences.

Anyhow, I'm sure you know about him, but keep up the pressure.  I'm cheering for you from China!

Best regards,

Ben

p.s.  Besides Hufstedler, he doesn't have anybody who I know from ISI with any technical skills on his contact list from LinkedIn:  Chris Boots, JT Martinez, John Tugwell, Carol Heminger (former sales), Gene Nagel, Vanessa Crum (formerly Owens) (latin america sales), Joe Urban, Santosh Iyer, and Omar Kateeb

NOTE THAT THIS EMAIL ORIGINATED FROM OUTSIDE OF INTUITIVE SURGICAL...
Be alert for fraudulent emails that spoof internal "@intusurg.com" email addresses. Report these or other security threats to: ITHelpNow@intusurg.com.

Intuitive-00454116