UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

   **Plaintiffs**,

v.

**INTUITIVE SURGICAL, INC.**,        Case No. 5:19cv55-TKW-MJF

   **Defendant**.

_____/

## ORDER SEALING DOCUMENTS

This case is before the Court based on the parties' motions to file under seal (Docs. 146, 147). The motions identify the information in the public versions of various filings that the parties contend should remain under seal and explain why public disclosure would be harmful. The motions are supported by good cause. Accordingly, it is

**ORDERED** that the motions are **GRANTED**, and the information described in the motions and redacted from the public versions of the documents described in the motions shall remain under seal.

**DONE and ORDERED** this 28th day of January, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**