IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC,
RESTORE ROBOTICS REPAIRS LLC,
and CLIF PARKER ROBOTICS LLC,

        Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

        Defendant.

INTUITIVE SURGICAL, INC.,

        Counterclaimant,

v.

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIRS LLC,

        Counterclaim Defendants.

Civil Case No. 5:19-cv-55-TKW-MJF

**JOINT STATUS UPDATE**

Pursuant to this Court's Order regarding mediation (ECF No. 150), the parties met and conferred on February 10, 2022 about their positions on returning to mediation following the Court's order on their respective Daubert motions (ECF No. 149) ("Daubert Order"). During the meet and confer, the parties discussed

developments in the litigation, including the Daubert Order, and whether further mediation could be productive. Although respectful of the Court's time and mindful of the judicial resources that will be required to resolve the pending summary judgment motions, the parties believe that further mediation at this time would not be productive, and both are willing to have the Court move forward with considering their respective summary judgment motions.

<u>Date</u>: February 14, 2022

/s/ Karen Lent                     /s/ Jeff Berhold

KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

MICHAEL S. BAILEY (*Pro Hac Vice*)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7000
michael.bailey@skadden.com

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

JEFFREY L. BERHOLD*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

WILLIAM G. HARRISON
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS**

ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

**COUNSEL FOR DEFENDANTS/
COUNTERCLAIM PLAINTIFFS**