UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

    **Plaintiffs**,

v.                                                                  Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

    **Defendant**.

_____/

## ORDER DENYING MOTION TO SUPPLEMENT RECORD

This case is before the Court based on Plaintiffs' motion to supplement the summary judgment record (Doc. 152) and Defendant's response in opposition (Doc. 153). Upon due consideration of these filings, their attachments, and other pertinent portions of the case file, the Court finds that the motion is due to be denied.

The motion seeks to supplement the record with a declaration from a Rebotix executive summarizing his communications with the FDA and attaching a January 2022 letter and supporting documents that Rebotix sent to the FDA in response to the FDA's November 2021 letter questioning the legality of Rebotix's services. For the reasons stated in the response in opposition to the motion, the Court finds that this supplemental evidence is not necessary to provide context for the FDA's letter

under Fed. R. Evid. 106;[1] that this evidence cannot be considered for its truth in any event because it is full of hearsay; and that considering the supporting documents for their truth would be akin to allowing Plaintiffs to back-door expert testimony about regulatory compliance into this case that they did not disclose during discovery.

Accordingly, it is **ORDERED** that Plaintiffs' motion to supplement the summary judgment record is **DENIED**.

**DONE and ORDERED** this 7th day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] Context is not necessary for the Court (or the jury) to understand that the November 2021 letter is not a definitive statement or final determination by the FDA that the services provided by Plaintiffs and Rebotix are illegal or require 510(k) clearance, because the letter merely states that "you [Rebotix] may be remanufacturing the da Vinci S EndoWrist[s] … in a manner that potentially violates the FD&C Act." Doc. 116-3, at 2 (emphasis added).