# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBOTIX REPAIR LLC,

          Plaintiff,

vs.

INTUITIVE SURGICAL, INC.,

          Defendant.

Case No.: 8:20-cv-02274

**Notice of FDA decision**

Intuitive-00706083

Rebotix submits this notice to the Court to advise the Court of the FDA's recent communications with Rebotix.

On April 8, 2022, the FDA had a teleconference with Rebotix to discuss Rebotix's activities and sent Rebotix an email setting out its position. The email is attached as Exhibit A. The FDA informed Rebotix that it currently believes that Rebotix's activities constitute remanufacturing. The FDA also mentioned on the call that it was preparing new guidelines to clarify the "murky" line between remanufacturing and repairs.

The FDA explained that Rebotix's options are to pursue FDA clearance or to provide objections so that the FDA can further consider the issue as it develops the new guidelines on remanufacturing.

Rebotix has not yet determined which of these options it intends to pursue, but it will keep the Court informed of its decision.

Date: April 11, 2022

Respectfully submitted,

/s/ *Alexander Erwig*
Alexander Erwig
California Bar No. 334151 (*pro hac vice*)
alexander@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
COUNSEL FOR PLAINTIFF
REBOTIX REPAIR LLC

Intuitive-00706084

Exhibit A

Intuitive-00706085

| | |
|---|---|
| **From:** | Chris G |
| **To:** | Lee, Anthony; Rick Lyon |
| **Cc:** | Bittleman, Katelyn |
| **Subject:** | RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126 |
| **Date:** | Monday, April 11, 2022 12:14:00 PM |
| **Attachments:** | image001.png |

Dear Dr. Lee and Dr. Bittleman,

Thank you for your time and consideration. We appreciate your acknowledgment on the call that whether a process constitutes remanufacturing is a "murky area" under the current FDA guidelines and that new guidelines are forthcoming. We also appreciate your explanation of our options going forward: whether to pursue FDA clearance (e.g., a 510(k)) or to provide Objections to your decision so that the FDA can further consider the issue as it works to finalize its guidelines. To this end we wish to request an in person meeting at your offices to begin the collaborative assistance you offered on our zoom call. Please let us know if you have availability the week of April 25th.

Best regards,

Chris Gibson

**From:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Sent:** Friday, April 8, 2022 2:28 PM
**To:** Rick Lyon <rick@dovel.com>; Chris G <chris@rebotixrepair.com>
**Cc:** Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Dear Rick and Chris,
Thank you for your time earlier today. As mentioned during our call, the Agency believes that the activities of Rebotix constitute remanufacturing and would require FDA review and clearance (e.g. 510(k) / de Novo). We therefore request that Rebotix stop engaging in the current activities until an application is reviewed and cleared/granted.

The instruments in question no longer maintain the same safety and effectiveness profile as cleared with the original manufacturer's own submission. During premarket review, FDA reviews test data to the labeled number of reuse cycles. This includes, but is not limited to, items such as electrical safety, reprocessing, software, and general performance testing. By extending the number of uses and modifying the instrument with a new chip, the prior information is no longer valid and requires additional review to the new labeled usage limit in order to establish safety and effectiveness. This is therefore different than returning the device to its original condition.

Please let us know if you have any further questions and what your intentions are for next steps.

Thank you again,

Intuitive-00706086

Anthony

**Anthony Lee, PhD, MBA**
*Team Lead*

**Robotic Assisted Surgery Devices Team**
Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices
Office of Product Evaluation and Quality | Center for Devices and Radiological Health





Office: (240) 402-5935
E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

*THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.*

---

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Wednesday, April 6, 2022 1:13 PM
**To:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Anthony. 1 PM ET works for us. What is the best number to reach you? Or if you prefer, I can send call-in information.

Thanks,
Rick

---

**From:** Lee, Anthony <Anthony.Lee1@fda.hhs.gov>
**Sent:** Wednesday, April 06, 2022 5:58 AM
**To:** Rick Lyon <rick@dovel.com>
**Cc:** Chris G <chris@rebotixrepair.com>
**Subject:** RE: [EXTERNAL] Rebotix Repair, LLC re Document Number CPT2000126

Dear Rick,
A decision has been made regarding CPT2000126 and Rebotix Repair. We would like to request a

Intuitive-00706087

short teleconference.  Are you and someone from Rebotix available to discuss this Friday at 1PM ET?

Thanks,
Anthony

**Anthony Lee, PhD, MBA**

*Team Lead*

**Robotic Assisted Surgery Devices Team**
**Division of Health Technology 4A | OHT4: Surgical & Infection Control Devices**
**Office of Product Evaluation and Quality | Center for Devices and Radiological Health**





Office: (240) 402-5935

E-mail: Anthony.Lee1@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

THIS MESSAGE IS INTENDED FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone found above.

Intuitive-00706088