# Exhibit 2



FOI Services
23219 Stringtown Road, Suite 240
Clarksburg, MD 20871-9363
Phone: 301-975-9400
Email: infofoi@foiservices.com

# 6231247 - A: All releasable records created between January 31, 2020 and the present relating to CPT2000125 and CPT2000126

Do you need additional U.S. Government records?

Since 1975, FOI Services, Inc. has specialized in acquiring government files using the Freedom of Information Act. We have millions of pages of unpublished documentation, especially from the Food and Drug Administration, already on file and available for immediate download at www.foiservices.com.

Unless specified otherwise, all of FOI Services' documents have been released by the U.S. Government under the provisions of the Freedom of Information Act and are therefore available to the general public. FOI Services, Inc. does not guarantee the accuracy of any of the information in these documents; the documents will be faithful copies of the information supplied to FOI Services, Inc.

**FDA** **U.S. FOOD & DRUG**
ADMINISTRATION

April 7, 2022
FOIA request #: 2020-6908
6231247

Rachel Johnson
FOI Services, INC
23219 Stringtown Road
Suite 240
Clarksburg, MD 20871-9363

rjohnson@foiservices.com

Dear Ms. Johnson:

This letter is in response to your Freedom of Information Act (FOIA) request (copy attached) dated September 28, 2020, and received by the Food and Drug Administration (FDA) on October 1, 2020. Your request asked for the following:

"Copy of all releasable records created between January 31, 2020 and the present relating to CPT2000125 and CPT2000126, including but not limited to, internal FDA correspondence, minutes of FDA meetings and teleconferences, correspondence between FDA and others, minutes of meetings and teleconferences between FDA and others, and written materials discussing the status of FDA's investigations and actions FDA has taken as a result of the findings of its investigations. CPT2000125 and CPT2000126 are numbers assigned by the CDRH Office of Regulatory Programs, Division of Regulatory Programs 3 (Market Intelligence), Allegation of Regulatory Misconduct Team."

The Center for Devices and Radiological Health (CDRH) conducted a reasonable search of:

Central Tracking System

After a reasonable search, we located 69 pages of records responsive to your request. Portions of the records were withheld pursuant to exemption 4, 5 and 6 of the FOIA. (5 U.S.C. § 552(b)(4), (b)(5) and (b)(6)). We are unable to release records related to CPT2000126 due to the pending investigation. Please feel free to submit a new FOIA request in 6-9 months to allow time for the closure of the investigation of CPT2000126. This completes the response from CDRH.

Exemption 4: protects commercial or financial information that was obtained from a person outside the government and that is privileged or confidential.

Exemption 5: protects inter-and intra-agency records which are predecisional, and in this case includes documentation of the deliberative process privilege. Disclosure of such material would inhibit the open and candid expression of such views in similar future deliberations and have a detrimental effort on our decision-making process.

Exemption 6: protects personnel and medical and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

You have the right to appeal this determination.   By filing an appeal, you preserve your rights under FOIA



**U.S. FOOD & DRUG**
ADMINISTRATION

and give the agency a chance to review and reconsider your request and the agency's decision.

Your appeal must be mailed within 90 days from the date of this response, to: Director, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

Please clearly mark both the envelope and your letter or email "FDA Freedom of Information Act Appeal."

If you would like to discuss our response <u>before</u> filing an appeal to attempt to resolve your dispute without going through the appeals process, please contact LaToye Lewis who processed this request at (301)796-3651 or by email at latoye.lewis@fda.hhs.gov . You may also contact the FDA FOIA Public Liaison for assistance at: Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, MD 20740-6001; Telephone: 202-741-5770; Toll-Free: 1-877-684-6448; E-mail: ogis@nara.gov ; Fax: 202-741-5769.

Sincerely,

*Anjelica Ruda*

Anjelica Ruda
Branch Chief
Division of Information Disclosure
Office of Communication and Education
Center for Devices and Radiological Health
Food and Drug Administration

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20903
www.fda.gov

Intuitive-00706013

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

| | |
|---|---|
| **From:** | kmay@restorerobotics.com |
| **To:** | Virani, Jitendra |
| **Cc:** | An, Je Hi |
| **Subject:** | RE: Restore Robotics -- Request for More Information |
| **Date:** | Tuesday, July 21, 2020 1:08:46 PM |
| **Attachments:** | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |

CDR Virani,

(b) (4)



Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Monday, July 20, 2020 6:39 PM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update with your below email. We noticed that you have the following statement on your website: "da Vinci® and Intuitive® are registered trademarks of Intuitive Corporation. Restore Robotics is not affiliated with Intuitive®." Based on the information you provided with your below email, we do not think this statement is relevant on your website. Can you please update your website to remove this statement or provide your rationale on why it is needed?

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Thanks.

Jit

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Friday, June 12, 2020 4:27 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Thank you for your patience during these difficult times. **(b) (4)**

Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 12:17 PM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Jit

---

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706015

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Thursday, May 14, 2020 2:58 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

We are still focused on helping to provide PPE for the Covid-19 crisis.

(b) (4)

I will meet with the CEO and team to provide schedule for formal response in the coming week.

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 11:06 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Hi Kevin,

Hope you are doing well and keeping it safe.

I wanted to touch base with you and see if you have an estimate on when might you be able to get back to us with your response to our questions?

Thanks.
Jit

---

Intuitive-00706016

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Friday, March 20, 2020 12:58 AM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Our CEO and our entire staff is working only on two items right now: finding Ventilators for hospitals and PPE equipment for hospitals. This is something we cannot deviate from right now. Can we take a few weeks to get back to you? Because of this crisis we are not doing any other work.

My apologies for the delay.

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Monday, March 16, 2020 6:22 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706017

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Monday, March 16, 2020 12:17 AM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,
We have met with our regulatory consultants and are working on our response.
I need to get our CEO Clif Parker involved in our response. He has been extremely busy, as we are working on travel, work issues, taking care of our hospitals in this time of need and crafting company policy regarding the Covid-19 pandemic.
I will do my best to have a target date for you later this week.

Best Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Wednesday, March 11, 2020 11:12 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Intuitive-00706018

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Thank you Kevin for the update.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Wednesday, March 11, 2020 1:59 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

We are a very small company. We are meeting with our Regulatory consultant tomorrow. We will provide you a target date by this Friday.

Best Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015

Intuitive-00706019

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Tuesday, March 10, 2020 11:31 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin. Can you please provide an estimate on date by which you can provide us with the requested information?

Thanks.
Jit

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov


Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Monday, March 9, 2020 3:06 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Dear CDR Virani,

We have received your email and we are working on our response to satisfy your inquiries .

Best regards,

Intuitive-00706020

Kevin


**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, March 05, 2020 10:46 AM
**To:** kmay@restorerobotics.com
**Subject:** Restore Robotics -- Request for More Information

Dear Kevin,

My name is CDR Jitendra Virani and moving forward I will be your FDA contact person for the issues being discussed in the below email chain.

Thank you for your email response on February 27th, 2020 . As previously discussed, Restore Robotics believes the activities performed on hospital-owned equipment devices constitute repair. We would like to better understand the activities you perform as it is important to make sure the repair activities do not significantly change the performance or safety specifications, or intended use as described in 21 CFR 820.3(w). We are asking for the following information to confirm that your activities do not require a 510(k) or constitute other regulatory requirements.


1.  What specific devices do you repair? Please provide the device trade names and original manufacturer names.

2.  For each device, please describe the specific tasks that are conducted as a part of repairing/servicing?

3.  Your website currently states, "Robotic Preventative Maintenance and Repair." Please describe what activities are performed as a part of preventative maintenance versus repair of the robotic devices?

4.  Your website previously stated Restore Robotics extends the lives of these instruments beyond the OEM stated limit. We no longer see this statement on your website. Was it removed/edited because you no longer perform this activity? If you

Intuitive-00706021

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

continue to provide this service, please provide information on how many additional uses you extend the lives of the devices and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety specifications are not significantly changed from the original performance and safety specifications).

5.  Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed.

Thank you for continuing to work with us. We look forward to your responses and are happy to discuss any clarifications if needed.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Thursday, February 27, 2020 4:31 PM
**To:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Follow up from FDA

Dr. An,

Thank you for your call and email.  Restore Robotics is an independent service organization in the business of repairing hospital-owned medical devices.  We do not sell any medical devices or take ownership of any medical devices sent to us for repairs.  Restore Robotics only performs repairs of hospital-owned equipment.  We do not perform cleaning or sterilization services of the medical devices.  The repaired medical devices are returned non-sterile.  Repaired devices must be cleaned

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

and sterilized by the hospital facility per the original manufacturer's instructions prior to use.

Restore Robotics receives a request from the hospital in the form of a purchase order or request for repair.  We then repair the device per the hospital's request. The ownership of the device is always maintained by the hospital.  The exact same device is returned after the repair to the hospital non-sterile.  The hospital must process the device per manufacturer's instructions prior to use.

We believe that our services meet the definition of repair in the <u>May 2018 FDA Report on the Quality, Safety, and effectiveness of Servicing of Medical Devices, in accordance with Section 710 of the Food and Drug Administration Reauthorization Act of 2017 (FDARA)</u>.  The device ownership is always maintained by the hospital.  The repairs are done at the request of the hospital.  No cleaning or sterilization is taking place.  Therefore, we believe no 510(k) is needed for our operations.

In an abundance of caution, we have streamlined our website www.restorerobotics.com to reinforce the fact that we are solely in the business of providing repairs to hospitals seeking independent third-party service for their hospital-owned medical devices.

Let me know if you have any additional questions.

Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015



---

**From:** An, Je Hi <Je.An@fda.hhs.gov>
**Sent:** Thursday, February 20, 2020 11:44 AM
**To:** kmay@restorerobotics.com
**Subject:** Follow up from FDA

Dear Mr. May,

We spoke on the phone today regarding Restore Robotics' activities and I wanted to follow up with you via email to summarize our conversation.

Intuitive-00706023

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

You state on your website www.restorerobotics.com that you restore robotic instruments and extend the lives of these instruments than the intended limit. Based on this information, we believe that a 510(k) is needed before you continue your operation.

You stated that you would provide within a week from today further description of your activities (for example, restoration of instruments) and an explanation of why a 510(k) is not needed.

Should you have any questions, please contact me.

Thank you,

Je Hi

**Je Hi An, Ph.D.**
*Biomedical Engineer*

Robotic Assisted Surgery Devices Team
DHT4A: Division of General Surgery Devices | OHT4: Office of Surgical and Infection Control Devices
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration

Tel: 240-402-0018
JeHi.An@fda.hhs.gov





Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: : CDRH Customer Satisfaction Survey

Intuitive-00706024

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

**DPLC Allegation Assessment Review Memorandum**

Digital Reviewer Signature: **Jitendra V. Virani -S** Digitally signed by Jitendra V. Virani -S
Date: 2020.08.10 14:26:27 -04'00'

| | |
|---|---|
| **Date** (Insert the date the allegation is received.): | 8/10/2020 |
| **Firm** (Insert the name and address of the firm.): | Restore Robotics |
| **Owner /Website Address** (If applicable.): | www.restorerobotics.com |
| **FEI Number:** | n/a |
| **Device Name:** | Restore Robotics – EndoWrist Repair/remanufacturing (Original Manufacturer Intuitive Surgical Inc (ISI)) |
| **Subject** (Labeling, Lack of 510(k)/PMA, Serious Injury etc.): | Potential Remanufacturing 3rd party device without 510(k) |
| **CTS Number(s):** | CPT2000123 |
| **CMS Number(s)** (when applicable): | N/A |

| REGULATORY CHECKLIST | REGULATORY SUPPORTIVE COMMENTS (where applicable) |
|---|---|
| (b) (5) | |

| PREVALANCE QUESTIONS | PREVALANCE SUPPORTIVE COMMENTS (where applicable) |
|---|---|
| (b) (5) | (b) (5) |

| RISK QUESTIONS | RISK SUPPORTIVE COMMENTS (where applicable) |
|---|---|
| (b) (5) | |

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov or 301-796-8118

Intuitive-00706025

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



| PATIENT BENEFIT QUESTIONS | PATIENT BENEFIT SUPPORTIVE COMMENTS (where applicable) |
|---|---|
| (b) (5) | (b) (5) |

**Benefit-Risk based assessment recommendation:** Surveillance

**Risk / Benefit matrix**

| Benefit \ Risk | Major | Moderate | Minor |
|---|---|---|---|
| Major | | | |
| Moderate | (red) | (yellow) | |
| Minor | (red) | (red) | X |

**OC Recommendation(s):**

| Surveillance | | Outreach | | Enforcement | |
|---|---|---|---|---|---|
| Allegation not supported | – | Inspection Needed [On Hold] | – | Initiate procedure for Warning Letter | – |
| Issue Resolved | ✓ | It Has Come to Our Attention Letter [On Hold] | – | Initiate procedure for Untitled Letter | – |
| Monitor | – | Refer to Another Center (or Office) | – | Regulatory Meeting | – |
| Archive | – | Refer to District | – | Import Alert | – |
| | | Non-regulatory Action (meeting, teleconference, email, etc.) | – | | |

**ADDITIONAL ANALYSIS & REVIEWER COMMENTS**

*Provide a brief summary and analysis of all information obtained from all sources; should be included in this section that outlines a rationale for the final recommendations that are derived below.]*

Complainant (b) (4) alleges Kestros Robotics is remanufacturing the (b) (4) without their authority. (b) (4) further states the companies are remanufacturing the device in order to extend their use beyond the number of uses for which they have been validated.

Dr. Katalyn R. Bittkeman, Consumer Safety Officer, DHT1A/OHT5 provided consultation during the review of this allegation. Dr. Bittkeman has expertise in the regulations and CDRH policies around repair/service vs remanufacturing.

The main issue to address here was to figure out if what Kestros Robotics was doing was remanufacturing, which would require a 510(k), or repairing/servicing, which would not require a 510(k).

According to 21 CFR 820.3 (w), remanufacture means any person who processes, conditions, renovates, repackages, restores, or does any other act to a finished device that significantly changes the finished device's performance or safety specifications, or intended use.

Based on the information on the website, it appeared they were remanufacturing. A phone call was held with the sponsor on February 20, 2020 to seek further clarification. During this call and in a follow-up email dated February 27, 2020, the sponsor stated that Kestros Robotics believes the activities performed on hospital-owned equipment devices constitute repair.

The FDA didn't think the sponsor provided adequate information to support their claim they were repairing the device. A below email was sent to the sponsor on March 5 requesting more information.

"We would like to better understand the activities you perform as it is important to make sure the repair activities do not significantly change the performance or safety specifications, or intended use as described in 21 CFR 820.3(w). We are asking for the following information to confirm that your activities do not require a 510(k) or constitute other regulatory requirements.

1. What specific devices do you repair? Please provide the device trade names and original manufacturer names.
2. For each device, please describe the specific tasks that are conducted as a part of repairing/servicing?
3. Your website currently states, "Robotic Preventative Maintenance and Repair." Please describe what activities are performed as a part of preventative maintenance versus repair of the robotic devices?
4. Your website previously stated Kestros Robotics extends the lives of these instruments beyond the OEM stated limit. We no longer use this statement on your website. Was it removed/edited because you no longer perform this activity? If you continue to provide this service, please provide information on how many additional uses you extend the lives of the device and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety specifications are not significantly changed from the original performance and safety specifications).
5. Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed."

(b) (4)

The sponsor's website was reviewed, and it was confirmed they had removed all information related to robotic repair/service/remanufacturing. Hence, this issue is considered to be resolved at this time. Dr. Bittkeman also agreed with this assessment.

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov or 301-796-8118

Intuitive-00706026

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

| | |
|---|---|
| **From:** | Bittleman, Katelyn |
| **To:** | Virani, Jitendra |
| **Cc:** | An, Je Hi; Chen, Long H; Silverstein, Joshua |
| **Subject:** | RE: Restore Robotics -- Request for More Information |
| **Date:** | Friday, July 10, 2020 9:56:21 PM |
| **Attachments:** | image021.png |
| | image022.png |
| | image023.png |
| | image004.png |

Hi Jit,

I finally got to reviewing Restore Robotics response and their current website. Sorry for the delay. I don't see any references to robotic medical device repairs. (b) (5)

Restore Robotics "Home" page:



Restore Robotics "Repairs" page:

Intuitive-00706027

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



**WHY RESTORE**

## Save Money and Maintain High Quality

All work performed in an ISO 13485:2016 certified facility.





**Stryker® Neptune® 2**

**Flexible Endoscopes**

**Rigid Endoscopes**

**TEE Probes**

**Ultrasound Probes**

### Neptune® 2 Rovers and Docking Stations

As of July 1, 2019 Stryker® will no longer be supporting repairs or Preventative Maintenance on the Stryker® Neptune® 2 Rovers and Neptune® 2 Docking Stations.

Reduce capital expenditures, lower long term costs and extend the life of your Neptune® 2 systems by at least 3 years.



Learn More

(b) (5)



-Katelyn

**Katelyn R. Bittleman, Ph.D.**
*Consumer Safety Officer, Neurodiagnostic Devices Team*

DHT5A: Division of Neurosurgical, Neurointerventional and Neurodiagnostic Devices
OHT5: Office of Neurological and Physical Medicine Devices
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 4250 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (240) 402-1478
Katelyn.Bittleman@fda.hhs.gov



   

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have

Intuitive-00706028

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

received: https://www.research.net/s/cdrhcustomerservice?ID=1713&S=E

**From:** Virani, Jitendra
**Sent:** Friday, June 12, 2020 4:48 PM
**To:** Bittleman, Katelyn <Katelyn.Bittleman@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>; Chen, Long H <Long.Chen@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Hi Katelyn,

Please see most recent email from Restore Robotics informing us (b) (4) ███████████. However, their website still states, "Personal Protective Equipment & Robotic and Medical Device Repairs" and further state the following:

> *"Medical Device Repairs*
> • Ventilators
> • Flexible Endoscopes
> • Rigid Endoscopes
> • Cameras, UltraSound Probes
> • Fluid Waste Management Systems
> Our advanced National Service Centers (each with a primary focus on one of the items listed above) have also provided contract manufacturing services to the top OEMs in their area of repair for over 25 years. Click here for more information."

Their website: https://www.restorerobotics.com/repairs

(b) (5)

"Thank you for your email response on February 27th, 2020 . As previously discussed, Restore Robotics believes the activities performed on hospital-owned equipment devices constitute repair. We would like to better understand the activities you perform as it is important to make sure the repair activities do not significantly change the performance or safety specifications, or intended use as described in 21 CFR 820.3(w). We are asking for the following information to confirm that your activities do not require a 510(k) or constitute other regulatory requirements.

1.  What specific devices do you repair? Please provide the device trade names and original manufacturer names.

2.  For each device, please describe the specific tasks that are conducted as a part of repairing/servicing?

3.  Your website currently states, "Robotic Preventative Maintenance and Repair." Please describe what activities are performed as a part of preventative maintenance versus repair of the robotic devices?

4.  Your website previously stated Restore Robotics extends the lives of these instruments beyond the OEM stated limit. We no longer see this statement on your website. Was it removed/edited because you no longer perform this activity?

Intuitive-00706029

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

If you continue to provide this service, please provide information on how many additional uses you extend the lives of the devices and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety specifications are not significantly changed from the original performance and safety specifications).

5.   Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed."

Thanks.
Jit

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Friday, June 12, 2020 4:27 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Thank you for your patience during these difficult times. (b) (4)

Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 12:17 PM
**To:** kmay@restorerobotics.com

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706030

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Jit

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Thursday, May 14, 2020 2:58 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

We are still focused on helping to provide PPE for the Covid-19 crisis.



I will meet with the CEO and team to provide schedule for formal response in the coming week.

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 11:06 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Hi Kevin,

Hope you are doing well and keeping it safe.

I wanted to touch base with you and see if you have an estimate on when might you be able to get back to us with your response to our questions?

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Thanks.
Jit

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Friday, March 20, 2020 12:58 AM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Our CEO and our entire staff is working only on two items right now: finding Ventilators for hospitals and PPE equipment for hospitals. This is something we cannot deviate from right now. Can we take a few weeks to get back to you? Because of this crisis we are not doing any other work.

My apologies for the delay.

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Monday, March 16, 2020 6:22 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A: Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706032

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Monday, March 16, 2020 12:17 AM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,
We have met with our regulatory consultants and are working on our response.
I need to get our CEO Clif Parker involved in our response. He has been extremely busy, as we are working on travel, work issues, taking care of our hospitals in this time of need and crafting company policy regarding the Covid-19 pandemic.
I will do my best to have a target date for you later this week.

Best Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.HHS.gov>
**Sent:** Wednesday, March 11, 2020 11:12 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Sincerely,

Intuitive-00706033

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices |
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov


Excellent customer service is important to us. Please take a moment to provide feedback regarding the
customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Wednesday, March 11, 2020 1:59 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

We are a very small company. We are meeting with our Regulatory consultant tomorrow. We will provide
you a target date by this Friday.

Best Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Tuesday, March 10, 2020 11:31 AM
**To:** kmay@restorerobotics.com

Intuitive-00706034

**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin. Can you please provide an estimate on date by which you can provide us with the requested information?

Thanks.
Jit

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov


Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Monday, March 9, 2020 3:06 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Dear CDR Virani,

We have received your email and we are working on our response to satisfy your inquiries .

Best regards,

Kevin


**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706035

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, March 05, 2020 10:46 AM
**To:** kmay@restorerobotics.com
**Subject:** Restore Robotics -- Request for More Information

Dear Kevin,

My name is CDR Jitendra Virani and moving forward I will be your FDA contact person for the issues being discussed in the below email chain.

Thank you for your email response on February 27th, 2020 . As previously discussed, Restore Robotics believes the activities performed on hospital-owned equipment devices constitute repair. We would like to better understand the activities you perform as it is important to make sure the repair activities do not significantly change the performance or safety specifications, or intended use as described in 21 CFR 820.3(w). We are asking for the following information to confirm that your activities do not require a 510(k) or constitute other regulatory requirements.

1. What specific devices do you repair? Please provide the device trade names and original manufacturer names.

2. For each device, please describe the specific tasks that are conducted as a part of repairing/servicing?

3. Your website currently states, "Robotic Preventative Maintenance and Repair." Please describe what activities are performed as a part of preventative maintenance versus repair of the robotic devices?

4. Your website previously stated Restore Robotics extends the lives of these instruments beyond the OEM stated limit. We no longer see this statement on your website. Was it removed/edited because you no longer perform this activity? If you continue to provide this service, please provide information on how many additional uses you extend the lives of the devices and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety specifications are not significantly changed from the original performance and safety specifications).

5. Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed.

Thank you for continuing to work with us. We look forward to your responses and are happy to discuss any clarifications if needed.

Sincerely,

Intuitive-00706036

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices |
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the
customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Thursday, February 27, 2020 4:31 PM
**To:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Follow up from FDA

Dr. An,

Thank you for your call and email.  Restore Robotics is an independent service organization in the business
of repairing hospital-owned medical devices.  We do not sell any medical devices or take ownership of any
medical devices sent to us for repairs.  Restore Robotics only performs repairs of hospital-owned
equipment.  We do not perform cleaning or sterilization services of the medical devices.  The repaired
medical devices are returned non-sterile.  Repaired devices must be cleaned and sterilized by the hospital
facility per the original manufacturer's instructions prior to use.

Restore Robotics receives a request from the hospital in the form of a purchase order or request for repair.
 We then repair the device per the hospital's request. The ownership of the device is always maintained by
the hospital.  The exact same device is returned after the repair to the hospital non-sterile.  The hospital
must process the device per manufacturer's instructions prior to use.

We believe that our services meet the definition of repair in the May 2018 FDA Report on the Quality,
Safety, and effectiveness of Servicing of Medical Devices, in accordance with Section 710 of the Food and
Drug Administration Reauthorization Act of 2017 (FDARA).  The device ownership is always maintained by
the hospital.  The repairs are done at the request of the hospital.  No cleaning or sterilization is taking
place.  Therefore, we believe no 510(k) is needed for our operations.

In an abundance of caution, we have streamlined our website www.restorerobotics.com to reinforce the
fact that we are solely in the business of providing repairs to hospitals seeking independent third-party
service for their hospital-owned medical devices.

Let me know if you have any additional questions.

Regards,

Intuitive-00706037

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** An, Je Hi <Je.An@fda.hhs.gov>
**Sent:** Thursday, February 20, 2020 11:44 AM
**To:** kmay@restorerobotics.com
**Subject:** Follow up from FDA

Dear Mr. May,

We spoke on the phone today regarding Restore Robotics' activities and I wanted to follow up with you via email to summarize our conversation.

You state on your website www.restorerobotics.com that you restore robotic instruments and extend the lives of these instruments than the intended limit. Based on this information, we believe that a 510(k) is needed before you continue your operation.
You stated that you would provide within a week from today further description of your activities (for example, restoration of instruments) and an explanation of why a 510(k) is not needed.

Should you have any questions, please contact me.

Thank you,

Je Hi

**Je Hi An, Ph.D.**
*Biomedical Engineer*

Robotic Assisted Surgery Devices Team
DHT4A: Division of General Surgery Devices | OHT4: Office of Surgical and Infection Control Devices
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration

Tel: 240-402-0018
JeHi.An@fda.hhs.gov



Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706038

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: : CDRH Customer Satisfaction Survey

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706039


Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

ools ▾ ❓▾ 

---

### Am I allowed to use a Third Party for this service?

The recent US Supreme Court ruling regarding Lexmark provides the legal right to use a 3rd party for repairs. In a nutshell, if you paid for it no one can tell you wh you can use to repair it.

---

### These are Limited-Use devices – is it within regulatory compliance to restore and re-use them?

The FDA recognizes only two types of use cases: single use and multiple use. These devices are classified as multiple use by the FDA.

---

### Why does it still stop at 10 uses – Can't you extend that?

The 10-use protocol is part of the robot's software governing its "willingness" to allow the tool to be utilized. The robot's software is not something we can alter.

---

### Will I get back the same tool that I sent in to be restored?

You will get back the tool that you submitted unless it fails during the testing phase.

---

### How many times can a device be restored?

We have tested the instruments for 5 restore cycles without failure.

---

### Do I need to ship in any special manner?

Common sense packaging is all that is needed and shipping by Ground is acceptable for these devices. For simplicity we recommend that while retrieving a new dev from inventory that you place the device to be restored in its box and ship once you have accumulated several devices – perhaps every 2-4 weeks depending on the volume of units to be restored.

---

New Paragraph

Intuitive-00706040

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

| | |
|---|---|
| **From:** | Virani, Jitendra |
| **To:** | CDRH Device Allegations |
| **Cc:** | Gomes, John; An, Je Hi; Barnett, Paola |
| **Subject:** | Supp-doc-OHT4 Request - Unauthorized 3rd Remanufacturing/Repair of (b) (4) |
| **Date:** | Friday, January 31, 2020 2:57:05 PM |
| **Attachments:** | Cassandra.Young_013020_143157.pdf |
| | (b) (4) |

Dear Allegation Team:

OPEQ received the attached letter from (b) (4) ██████████████. This letter informs FDA about 3rd parties remanufacturing (b) devices.

OHT4 reviews these devices and will work on this allegation. Can you please log this as allegation and send it forward to OHT4 soon? We would like to start working on this as soon as possible. (b) (5)

Thank You.
Jit

CDR Jitendra Virani

Acting Assistant Director

Robotic Assisted Surgical Devices Team
DHT4A: Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** Virani, Jitendra
**Sent:** Friday, January 31, 2020 12:38 PM
**To:** CDRH-OPEQ-OHT4-DHT4A1-All <CDRH-OPEQ-OHT4-DHT4A1-All@fda.hhs.gov>; Carr, Jessica <Jessica.Carr@fda.hhs.gov>; Lee, Anthony <Anthony.Lee1@fda.hhs.gov>; Ardeshirpour, Yasaman <Yasaman.Ardeshirpour@fda.hhs.gov>; Trumbore, Mark <Mark.Trumbore@fda.hhs.gov>; Gomes, John <John.Gomes@fda.hhs.gov>

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706041

**Cc:** Stevenson, Jennifer R <Jennifer.Stevenson@fda.hhs.gov>
**Subject:** Unauthorized 3rd party repair of ███████ (b) (4) ███████

RASD Team:

If you attended the RASD TPLC round presentation yesterday, you may recall Dr. Shuren commented on 3rd parties fixing up ███ (b) (4) ████ and selling back to hospitals. Please see attached document with more information on this topic. We will be working on this in coming days. I will discuss it with OHT4 on how to best address this. My initial thought is to have this get logged as an allegation.

Thanks.
Jit

---

**From:** Ashar, Binita S <Binita.Ashar@fda.hhs.gov>
**Sent:** Thursday, January 30, 2020 6:49 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** Stevenson, Jennifer R <Jennifer.Stevenson@fda.hhs.gov>; Korz, Dorian <Dorian.Korz@fda.hhs.gov>
**Subject:** Fwd: RASD

Jit
Please share with RASD team
Thank you
Binita

---

**From:** Young, Cassandra <Cassandra.Young@fda.hhs.gov>
**Date:** January 30, 2020 at 2:33:30 PM EST
**To:** Ashar, Binita S <Binita.Ashar@fda.hhs.gov>
**Subject:** RASD

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706042

Intuitive-00706043

Intuitive-00706044

(b)(4) Specifications

Intuitive-00706045

(b)(4) Specifications

Intuitive-00706046

(b)(4) Specifications

Intuitive-00706047

Intuitive-00706048

Intuitive-00706049

Intuitive-00706050

(b)(4) Specifications

Intuitive-00706051

Intuitive-00706052

Intuitive-00706053

Intuitive-00706054

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Attachment A



## Discussion of Risk Management and Liability
## With Regard to Surgical Robot Instrument Repair

### Risk Management

Restore Robotics understood that any interaction with the robot would receive extra scrutiny so we achieved ISO 9001 certification for our repair facility and designed, built and consistently execute the repair process in a manner that has been validated to the highest international standards. These include the following:

1. Repair process flow created according to ISO:13485:2012
2. Repair processes validated according to ISO:13485:2012
3. Compliance with Risk Management and Analysis according to EN ISO 14971:2012 (meets ISO and FDA standards)
4. Compliance to Biocompatibility ISO 10993 Biological Evaluation of Medical Devices
5. Compliance to Medical Electrical Equipment standards IEC 60601
6. Verification reports to Simulated Life Testing according to ISO:13485:2012
7. Software validation according to ISO:13485:2012

Restore Robotics is unaware of any other repair facility that has performed such expensive and comprehensive testing of a repair process.

Furthermore, our service violates none of the standards that could necessitate a 510K. That is to say

- The hospital never loses ownership of the instrument
- We do not sterilize nor do we provide a sterile device after the repair
- There are no changes to the performance or safety specifications of the instrument.
- The devices intended use is not significantly altered
  - The EndoWrist's 510K and IFU denote the instrument as a reusable device and they remain so
  - By the FDA's definition, in order to violate the standard of "significantly altered" we would have to change the EndoWrist into a single use device.

Restore Robotics has more than 2 years of history with repairing EndoWrist instruments with well over 1500 repairs resulting in No adverse events and No communication issues between the repaired instrument and the Da Vinci system.

### Liability

Other than the manner in which they are driven (human hand vs mechanics) these devices operate like any other endoscopic instrument hospitals have used for decades, thus Restore Robotics liability would be the same as any other 3rd party company a hospital currently utilizes to perform endoscopic instrument repairs.

Risk Management and Liability  RR-004--08-2018

Corp. Ofc. • 1275 Buford Hwy Ste 109 Suwanee Ga 30024

Repair Center - 4883 E. La Palma Ave, Suite 501B, Anaheim, CA  92807

WWW.RestoreRobotics.Com   678-819-0911

Questions? Contact FDA/CDRH/OCE/DID Division at FDAATUS@fda.hhs.gov  or 301-796-8118



Intuitive-00706055

Intuitive-00706056

(b)(4) Specifications

Intuitive-00706057

(b)(4) Specifications

Intuitive-00706058

Intuitive-00706059

Intuitive-00706060

Intuitive-00706061

Intuitive-00706062

Intuitive-00706063

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

| | |
|---|---|
| **From:** | Benesch, Bryan H. |
| **To:** | CDRH Device Allegations |
| **Subject:** | (b) (5) |
| **Date:** | Friday, January 31, 2020 8:48:24 AM |
| **Attachments:** | (b) (5) |

---

Creator:        Barbara

Name this sheet:                    HP- Cmpl-Orig- Restore Robotics - Rebotix Repair -
EndoWrist Remanufacturers

Multiple:                           X Yes  2

Complaint Name:                     1 of 2  Restore Robotics - (b) (4)
Remanufacturer

Date Received:                      1/31/20

AIMs number:                        N/A

Supp-Doc Name(s):                   Supp-doc-Complainants Letter of Allegation,

URLs:                               https://www restorerobotics.com/

<mark>Do **not** add to comments</mark>

Keyword:                                    none
<mark>Add to CTS</mark>

Linkages to eRef:                           none found
<mark>Do not add to CTS</mark>

Address:
Add to CTS

Assign to:

Assigned by:                        Paula

**(Notes:  do not add to complaint)  <mark>Please process as HP as requested by OHT4 attached.</mark>**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Creator:        Barbara

Name this sheet:                    Cmpl-Orig- Restore Robotics - Rebotix Repair -
EndoWrist Remanufacturers

Multiple:                           X Yes         No

Complaint Name:                     2 of 2 Rebotix Repair - (b) (4)

Date Received:                      1/31/20

AIMs number:                        N/A

Intuitive-00706064

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Supp-Doc Name(s):                3 as named

URLs:                            https://rebotixrepair.com/

<mark>Do **not** add to comments</mark>

Keyword:                         none
<mark>Add to CTS</mark>

Linkages to eRef:                none found
<mark>Do not add to CTS</mark>

Address:
Add to CTS

Assign to:

Assigned by:                     Paula

**(Notes:  do not add to complaint)**

Please enter this as a trade complaint.

Thank you.

Bryan

*Bryan H. Benesch*
*Senior Policy Advisor*



Regulation, Policy & Guidance Staff
Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. 1538 | 10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-5506
**Bryan.Benesch@fda.hhs.gov**





*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:* https://www.research.net/s/cdrhcustomerservice?ID=1040&S=E

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

This E-mail is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distr bution, or copying is strictly prohibited. If you think you have received this E-mail in error, please E-mail the sender at bryan.benesch@fda.hhs.gov

This communication is consistent with 21 CFR 10.85(k) and constitutes an informal communication that represents my best judgment at this time but does not constitute an advisory opinion, does not necessarily represent the formal position of FDA, and does not bind or otherwise obligate or commit the agency to the view expressed.

---

**From:** (b) (4)
**Sent:** Wednesday, January 29, 2020 11:45 PM
**To:** Maisel, William <William.Maisel@fda.hhs.gov>
**Cc:** Ashar, Binita S <Binita.Ashar@fda.hhs.gov>; Benesch, Bryan H. <Bryan.Benesch@fda.hhs.gov>
**Subject:** Letter to FDA re: remanufacturing of instruments

Dear Dr. Maisel,

Please find attached a copy of a letter that is also being sent by FedEx to you that addresses our safety concerns regarding remanufacturing activity on our instruments by third parties.  Please let me know if you have any questions.  I look forward to discussing this issue with you further at your convenience.
Warm Regards,
(b) (4)



Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706066

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

| From: | CDRH Device Allegations |
| To: | (b) (4) |
| Subject: | Allegations Sent to the FDA - BY - CPT2000125, CPT2000126 |
| Date: | Monday, February 10, 2020 10:50:00 AM |
| Attachments: | image001.png |



**U.S. FOOD & DRUG ADMINISTRATION**

Document Number: CPT2000125,
CPT2000126

Dear (b) (4)

This is in response to your correspondence received into the CDRH Office of Regulatory Programs, Division of Regulatory Programs 3 (Market Intelligence), Allegation of Regulatory Misconduct Team on January 31, 2020.

Thank you for providing this information to the Food and Drug Administration (FDA). Information from regulated industry and/or complainants is very helpful to us in identifying problems with marketed products and possible violations of the laws that we enforce. We take such reports seriously, and we will evaluate this matter to determine what follow-up action is appropriate. The type and extent of any follow-up is dependent upon the nature of the problem reported, the potential impact on the public health, and the availability of our resources.

While FDA does not provide information on ongoing investigations, information can be obtained pursuant to a Freedom of Information Act (FOIA) request, once an investigation is closed. Requests for this information can be submitted via the agency online FOIA submission address at http://www.accessdata.fda.gov/scripts/foi/FOIRequest/index.cfm, or in writing to the following address:

> Food and Drug Administration
> Freedom of Information Staff
> ELEM 1029
> 12420 Parklawn Drive
> Rockville, Maryland 20857

If you have any questions regarding this letter, please contact the Allegations of Regulatory Misconduct Team email inbox at CDRHDeviceAllegations@fda.hhs.gov and reference the above document number.

> Sincerely yours,

> Allegation of Regulatory Misconduct Team
> Division of Regulatory Programs 3 (Market Intelligence)
> ORP | OPEQ | CDRH

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov or 301-796-8118

Intuitive-00706067

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



*Excellent customer service is important to us. Please take a moment* <u>to provide feedback</u> *regarding the customer service you have received.*

Intuitive-00706068

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

**CORTERA.**
Business Directory

CREATE ACCOUNT     LOGIN     DEVELOPERS



Home ❯ Business Directory ❯ Rebotix Repair LLC                    Cortera Support: 800-276-2321

## Rebotix Repair LLC

539 Pasadena Ave S
Saint Petersburg, FL  33707-2125  |  view map

Looking for more information? Sign up for FREE!

**COMPANY OVERVIEW**
REBOTIX REPAIR LLC in Saint Petersburg, FL.

---

## COMPANY DETAILS

Location Type: Single Location
Ownership: Private
Year Founded: 2019

Have fresher information? Update



**LATEST COMPANY NEWS**

There is currently no press for this company.

**READ ALL COMPANY NEWS IN THE COMPLETE COMPANY CREDIT REPORT**

---

## RECENT COMPANY ALERTS

| | |
|---|---|
| Credit Risk Increase | No |
| Overall Payments | No |
| Peer Payments | No |
| Public Records | No |
| Financial News | No |



**ALERTS ON MORE THAN 5,000 COMPANIES TODAY, INCLUDING:**



American Blue Ribbon Holdings LLC

Retech Systems LLC

Pinnacle West Capital Corp.

Americas Christian Credit Union

North Valley Dermatology

Intuitive-00706069

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Boeing Co

Penci 

Southwest Power Pool Inc

Fastener Technology

Mcclellan Business Park LLC

---

## COMMUNITY PAYMENT RATINGS

**NO RATING**



### LATEST COMMUNITY REVIEWS OF THIS COMPANY

Cortera is much more than an awesome business directory! It's an active community where real business people share the real deal on real businesses.

**It's invaluable intel that's now available for FREE.**

- Get the inside scoop with ratings and reviews on Rebotix Repair LLC
- Rate Rebotix Repair LLC on their payment behavior
- Ask your network about Rebotix Repair LLC with Cortera Circles

**Join the Cortera Community** for free today.

---

### MORE BUSINESSES LIKE THIS

**Better data, better decisions**

Get more robust credit data solutions at a lower cost with Cortera's business solutions. Increase visibility into the big picture of your B2B customers. Our products were created to offer business professionals low-cost, high-value credit data solutions. Cortera products increase your understanding of your customers, prospects and suppliers, providing daily alerts and real-time updates. Give your company an edge by making better, more informed business decisions. SOFIE™ is the software engine that powers the data processing and analytics that are delivered in Cortera Pulse®, Reports, Scores, Boost®, and other products.

### OTHER BUSINESSES NEARBY

American Leasing Electronics

Fortuno Investigations LLC

Sand Dollar Pools & Spas Inc

Microfirm

Disston Laundromat Inc

Cove CAY Storage LLC

Southern Home Healthcare Inc

Samos Corner

Fourward Designs LLC

Hemera Technologies Inc

---

The information contained in this company profile is compiled from third party sources, including but not limited to public records, user submissions, and other commercially available data sources. These sources may not be accurate, complete, or up-to-date. Cortera makes no representations or warranties regarding, and assumes no responsibility for, the accuracy, completeness, or currency of the information contained herein. Cortera products are enabled by SOFIE™, our proprietary technology platform for rapid data processing, robust analytics and flexible data access.

© 2020 Cortera, Inc. All rights reserved.     Cortera Support  800-276-2321  |  How Does it Work?  |  Who Do We Help?  |  Company Profiles  |  Media  |  About

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706070


Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706071

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

# CONSULT REVIEW MEMORANDUM

| | |
|---|---|
| **DATE:** | 3/29/2020 |
| **TO:** | Jitendra Virani, Team Lead<br>Robotic Assisted Surgical Devices Team,<br>DHT4A/OHT4/OPEQ/CDRH |
| **FROM:** | Katelyn Bittleman, Consumer Safety Officer<br>Neurodiagnostic Devices Team, DHT5A/OHT5/OPEQ/CDRH |
| **SUBJECT:** | Allegation of Remanufactured Devices |
| **FIRM:** | Rebotix Repair |
| **DEVICE(S):** | (b) (4) |
| **CTS TRACKING NUMBER:** | CPT2000126<br>CON206059 |

## CONSULT REQUEST:

(b) (4) has submitted an allegation of regulatory misconduct against Rebotix Repair for marketing remanufactured (b) (4) without proper clearance. Rebotix Repair believes their activities do not constitute remanufacturing and therefore do not require premarket notification. The consult request is to determine whether the activities performed by Rebotix Repair constitute remanufacturing and/or require a 510(k).

## DEVICE SUMMARY:

(b) (4) refers to a catalog of surgical instruments including scissors, graspers, needle drivers, suction, and cautery instruments compatible with (b) (4) . The instruments are reusable, however each instrument is marketed and programmed with a maximum number of surgical procedures based upon life testing.

(b) (4) has a number of 510(k)'s for (b) (4) . The cleared Indications for Use for the most recent 510(k) (b) (4) states:



Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov or 301-796-8118

Intuitive-00706072

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.



**CONSULT EVALUATION:**

(b) (5)

**RECOMMENDATION:**

Activities performed by Rebotix Repair on the (b) (4)                    to extend their life and function, significantly change the devices' intended use, constitute remanufacturing, and require premarket notification review to legally market.

Katelyn Bittleman -S
2020.03.29 13:52:23 -04'00'
(Reviewer eSignature)

Consult Review Memorandum  **v1.0** 10/01/19                                      Page 2

Intuitive-00706073

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

| | |
|---|---|
| **From:** | Virani, Jitendra |
| **To:** | Bittleman, Katelyn |
| **Cc:** | Gupta, Jay |
| **Subject:** | Consult Request CON206959 for CPT2000126 -- Rebotix Repair Repairing/Servicing vs Remanufacturing |
| **Date:** | Thursday, March 19, 2020 1:44:42 PM |
| **Attachments:** | image010.png |

Hi Katelyn,

As you are aware OHT4 is working on two similar allegation from **(b) (4)** that two companies are remanufacturing their devices. We discussed one of these company (Restore Robotics) the other day over the phone. We discussed more information was needed from the company to determine if it is repair or remanufacturing. You helped me with drafting some questions to send out to this company to request more information.

The other company is Rebotix Repair. I sent them similar questions we sent to Restore Robotics. Robotix Repair has submitted their response. I have requested a separate subject consult from you to help review this response in below email.

Thank You.
Jit

---

**From:** Chris G <chris@rebotixrepair.com>
**Sent:** Thursday, March 19, 2020 1:13 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Subject:** RE: Request for More Information on Rebotix Repair Repairing/Servicing Activities

Dear Jitendra,

Following are answers to your questions, submitted to us via email on 3-9-20. We feel strongly that the hospital service operations in which we are involved, are safe and effective, as well as conscientious with respect to public health economics.

You refer to 21 CFR 820.3(w) in your introduction. We assume you are referring to the clause that defines the term "remanufacturer". If so, we are confused by this reference since we have only ever seen 21CFR820 applied to a remanufacturer that reprocesses and sells medical devices, as is the case with single use devices which involve sterilization and repackaging. For multiple use devices, many operations such as sharpening and repair, are frequently done by hospitals and third parties. We have never heard of 21CFR820 QSR (which includes design controls) being applied to repair processes performed on multiple use devices or other hospital owned equipment. However, we do believe a formal quality system should be used for all such maintenance.

From the 21 CFR 820.1 Applicability: *"(2) The provisions of this part shall be applicable to any finished device as defined in this part, intended for human use, that is manufactured, imported, or offered for import in any State or Territory of the United States, the District of Columbia, or the Commonwealth of Puerto Rico."* In 820.1(a) we also read that: *"This regulation does not apply to manufacturers of*

Intuitive-00706074

*components or parts of finished devices".*

Since we supply a service replacement component, and do not manufacture a finished product, we believe this regulation does not apply to us.

Our company did attend the FDA "Public Workshop - Medical Device Servicing and Remanufacturing Activities" (facilitated by Joshua Silverstein) where new potential guidance for service operations was discussed, and feel confident that the service process being discussed here is very consistent with the new ideas being presented for "permissible repairs".  However, we (and the hospitals) are trying to understand why this repair is being chosen as a candidate for applying these new regulatory concepts when we have no information of any further activity with the guidance, or any new regulation.  If you could help us to understand that we would appreciate it.

Specific to your questions:
1.    *What specific devices do you repair? Please provide the device trade names and original manufacturer names.*



2.    *For each device, please describe the specific tasks that are conducting as a part of repairing/servicing?*



3.    *Are you providing service that may extend the lives of devices beyond the original equipment manufacturer (OEM) stated limit. If yes, please provide information on how many additional uses you extend the lives of the devices and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety specifications are not significantly changed from the original performance and safety specifications).*

Yes, hospitals do use this service to operate the instrument beyond the manufacturer's original recommendation, and as we are sure you are aware, this is not at all unusual.

We are confident applying these standard, endoscopic instrument repair processes to the (b) (4), since this is supported by the language below from the 510(k)

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706075

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

approval for the (b) (4) :



These standard and identical surgical tools have been serviced/sharpened/repaired for many years by hospitals all across the USA, and it is true that this often results in a longer life than the manufacturer recommends for a new purchase.

As these devices are multiple-use devices, intended to be cleaned and sterilized by the hospital, the repair process ensures the internal components continue to facilitate proper reprocessing as intended by the OEM. The reprocessing steps for the devices are never altered or intended to be altered.

We do not control uses at the hospital. We simply facilitate the repair/sharpening of their instrument. The hospital decides for each individual instrument based on their evaluation. In fact, it is very common for instruments to be taken out of service prior to reaching the manufacturer's original recommendation because they are not considered sufficiently sharp to continue use. From our broad experience and understanding, hospitals have always had the responsibility to manage the safety of instruments that they own, including making these kinds of maintenance decisions.

Regarding safety and effectiveness, we believe this repair is quite low on the risk spectrum for medical device service operations, but have performed formal risk management for the

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov or 301-796-8118

Intuitive-00706076

aspect of the repair which is related to our component (well beyond state-of-the-art for repair processes). The replacement component allows for the resetting of the usage counter ONLY. It is important to note that the small memory device involved is not accessed during the surgical procedure. This information is only accessed during installation onto the host system and prior to the surgeon taking control of the device.

Any instrument being repaired must pass all functional and safety specifications for that devices specific use. For example, a bipolar forcep must pass all standard grasping efficiency tests for a forcep of that size, along with all electrocautery safety and performance testing for that devices rated voltage. A monopolar scissor would have to pass all cutting efficiency tests as well as electrocautery safety and performance testing for its rated voltage.

4.    *Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed.*



(b) (4)

These records, including formal test and inspection data, are always documented and retained for each repair done by us for the hospital. Our belief is that hospitals maintain an equivalent record when they perform the repairs.

We would be glad to make ourselves available for a follow-up phone call to discuss this and

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706077

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

any other questions you may have about our repair. Thank you.

Sincerely,

**Chris Gibson**
Chief Operations Officer



539 Pasadena Avenue South
St. Petersburg, FL 33707
P: (727) 345-6362
F: (727) 343-4637
C: <span style="background:black">(b) (6)</span>
www.rebotixrepair.com

---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Monday, March 9, 2020 2:17 PM
**To:** Chris G <chris@rebotixrepair.com>
**Subject:** Request for More Information on Rebotix Repair Repairing/Servicing Activities

Dear Chris,

My name is CDR Jitendra Virani and moving forward I will be your FDA contact person for the issues being discussed in the below email chain.

Thank you for your email response dated March 6, 2020. We would like to better understand the activities Rebotix Repair performs as it is important to make sure the repair activities do not significantly change the performance or safety specifications, or intended use as described in 21 CFR 820.3(w). We are asking for more information listed below to confirm that your activities do not require a 510(k) or constitute other regulatory requirements.

1. What specific devices do you repair? Please provide the device trade names and original manufacturer names.

2. For each device, please describe the specific tasks that are conducting as a part of repairing/servicing?

3. Are you providing service that may extend the lives of devices beyond the original equipment manufacturer (OEM) stated limit. If yes, please provide information on how many additional uses you extend the lives of the devices and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety

Intuitive-00706078

specifications are not significantly changed from the original performance and safety specifications).

4.   Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed.

Thank you for continuing to work with us. We look forward to your responses and are happy to discuss any clarifications if needed.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** Chris G <chris@rebotixrepair.com>
**Sent:** Friday, March 6, 2020 11:59 AM
**To:** An, Je Hi <Je.An@fda.hhs.gov>; Greg Fiegel <GregFiegel@rebotixrepair.com>
**Cc:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Subject:** RE: Follow up from FDA

Dear Je Hi,

We are happy to provide a clearer description of our current activities in the marketplace. Following your email, we have reviewed and updated our website to better portray our current activities. The phrase "authorized service centers" is currently irrelevant, as there are no longer any third-party service centers in the USA (we have removed this language from our website). The majority of the servicing entities have been hospital service departments, in which repairs are done internal to the

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706079

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

hospital system.

Rebotix Repair carries out two activities in the marketplace:
- Providing a repair component to hospitals to service their instruments, along with instructions and support
- Repair of hospital-owned instruments as a direct service provider to the healthcare institution

There is never any sale or resale of surgical instruments or any other medical device associated with our repair service. There is also never change of ownership. When instruments are repaired outside of the hospital itself, they are carefully tracked by serial number and returned to their original owners. Upon return, they pass through normal processes for similar incoming instruments that temporarily leave the hospital for sharpening, etc.

It is our belief that the original manufacturer, attempting to force a new instrument purchase, is no different than other similar manufacturers encouraging a purchase of new equipment over a repair. Hospitals commonly make safety and efficacy decisions about service operations on medical equipment they own, and we believe our repair service is no different.

We hope that this clarifies our activities and explains our position on why our repair services do not require a 510(k).

Sincerely,

**Chris Gibson**
Chief Operations Officer



539 Pasadena Avenue South
St. Petersburg, FL 33707
P: (727) 345-6362
F: (727) 343-4637
C: (b) (6)
www.rebotixrepair.com

---

**From:** An, Je Hi <Je.An@fda.hhs.gov>
**Sent:** Friday, February 28, 2020 9:19 AM

Questions? Contact FDA/CDRH/OCE/DID at CDRH-FOISTATUS@fda.hhs.gov  or 301-796-8118

Intuitive-00706080

Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

**To:** Chris G <chris@rebotixrepair.com>; Greg Fiegel <GregFiegel@rebotixrepair.com>
**Cc:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Subject:** Follow up from FDA

Dear Chris,

This is a follow up our phone conversation with you on February 28, 2020. I also spoke on the phone on February 20, 2020 with Mr. Greg Fiegel and Mr. Joe Morrison regarding your company's activities and I wanted to follow up with you via email to summarize our conversation.

Your company states on your website www.rebotixrepair.com that your technology allows your authorized service centers to inspect and recondition instruments when the original manufacturers attempts to force a new purchase. Based on this information, we believe that a 510(k) is before you continue your operation.

You stated that you would provide further description of your activities (for example, inspection and recondition of instruments) and an explanation of why a 510(k) is not needed by March 6, 2020. Please confirm the receipt of this email.

Should you have any questions, please contact me.

Thank you,

Je Hi

**Je Hi An, Ph.D.**
*Biomedical Engineer*

Robotic Assisted Surgery Devices Team
DHT4A: Division of General Surgery Devices | OHT4: Office of Surgical and Infection Control Devices
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration

Tel: 240-402-0018
JeHi.An@fda.hhs.gov





Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: : CDRH Customer Satisfaction Survey

Intuitive-00706081



Records processed under FOIA Request # 2020-6908. Released by CDRH on 4-7-2022.

## About Us



### Robotic Surgery Made More Practical

Surgery has come a long way just within our lifetimes. Robotic technology has made minimally invasive surgery more convenient and efficient. But to many across the world, there are significant issues with economic practicality and ecological responsibility.
That is where we come in to lend a hand.

### What Rebotix Repair Provides

We provide a specialized service process that puts hospitals back in control of their robotic surgical instruments, as for similar surgical instruments.  Our technology allows our authorized service centers to inspect and recondition instruments when the original manufacturer attempts to force a new purchase (that the hospital may consider unnecessary).

