# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:00 PM | Case No. | 5:19cv55-TKW/MJF |
| Time Concluded | 1:55 PM | Date | 4/27/2022 |

**DOCKET ENTRY:**  Telephonic Case Management Conference held. Jury Trial set for 2/6/2023 (4 weeks), PTC set for 1/11/2023 at 2:00 PM. Defendant may file a reply to Plaintiff's Response to the [160] Motion for Reconsideration. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE   **T. KENT WETHERELL, II**   Paula Cawby   Megan Hague
                                                            Deputy Clerk   Court Reporter

**Style of Case:**

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Jeffrey Berhold | Restore Robotics LLC, et al |
| William Harrison | |

| Defendant Counsel Present | Defendant |
|---|---|
| Alan Ruby | Intuitive Surgical Inc |
| Karen Lent | |

**PROCEEDINGS**

**Filed in Open Court**
**4/27/2022**
Deputy Clerk: PMC