# EXHIBIT 1

Message

**From:** kmay@restorerobotics.com [kmay@restorerobotics.com]
**Sent:** 7/21/2020 12:08:23 PM
**To:** 'Virani, Jitendra' [Jitendra.Virani@fda.hhs.gov]
**CC:** 'An, Je Hi' [Je.An@fda.hhs.gov]
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Restore intends to maintain the disclaimer.  Restore has done robot service and instrument repair in the past and wants to ensure its customers associate its prior services relating to surgical robots and robotic instruments, including the quality and costs, with Restore Robotics alone.  Customers hired Restore as an independent service organization, and Restore does not want its customers to think that the original equipment manufacturer Intuitive Surgical played any role in having provided the independent third-party services offered by Restore.

I hope this rationale satisfies your concern.

Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Monday, July 20, 2020 6:39 PM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update with your below email. We noticed that you have the following statement on your website: "da Vinci® and Intuitive® are registered trademarks of Intuitive Corporation. Restore Robotics is not affiliated with Intuitive®." Based on the information you provided with your below email, we do not think this statement is relevant on your website. Can you please update your website to remove this statement or provide your rationale on why it is needed?

Thanks.
Jit

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Friday, June 12, 2020 4:27 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>

**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Thank you for your patience during these difficult times.  In response to your questions, let me formally confirm that Restore Robotics has indefinitely ceased its robotics repair services for business reasons that predate the pandemic.  We will notify you of any change in circumstances.

Regards,

Kevin



**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 12:17 PM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Jit

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Thursday, May 14, 2020 2:58 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

We are still focused on helping to provide PPE for the Covid-19 crisis.
We have ceased all repair of Robotic systems and endowrist instruments. We do not know when we will re-start repairing Robotic Systems or endowrist instruments.
I will meet with the CEO and team to provide schedule for formal response in the coming week.

Kevin May
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, May 14, 2020 11:06 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Hi Kevin,

Hope you are doing well and keeping it safe.

I wanted to touch base with you and see if you have an estimate on when might you be able to get back to us with your response to our questions?

Thanks.
Jit

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Friday, March 20, 2020 12:58 AM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

Our CEO and our entire staff is working only on two items right now: finding Ventilators for hospitals and PPE equipment for hospitals. This is something we cannot deviate from right now. Can we take a few weeks to get back to you? Because of this crisis we are not doing any other work.

My apologies for the delay.

Kevin May
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Monday, March 16, 2020 6:22 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov



Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Monday, March 16, 2020 12:17 AM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,
We have met with our regulatory consultants and are working on our response.
I need to get our CEO Clif Parker involved in our response. He has been extremely  busy, as we are working on travel, work  issues, taking care of our hospitals in this time of need and crafting company policy regarding the Covid-19 pandemic.
I will do my best to have a target date for you later this week.

Best Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com

kmay@restorerobotics.com

C   714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Wednesday, March 11, 2020 11:12 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin for the update.

Sincerely,

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov


Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Wednesday, March 11, 2020 1:59 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

CDR Virani,

We are a very small company. We are meeting with our Regulatory consultant tomorrow. We will provide you a target date by this Friday.

Best Regards,

Kevin

CONFIDENTIAL                                                                                                                                                      Restore-00055979

Kevin May
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Tuesday, March 10, 2020 11:31 AM
**To:** kmay@restorerobotics.com
**Cc:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Thank you Kevin. Can you please provide an estimate on date by which you can provide us with the requested information?

Thanks.
Jit

CDR Jitendra Virani
Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov


Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Monday, March 9, 2020 3:06 PM
**To:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Subject:** RE: Restore Robotics -- Request for More Information

Dear CDR Virani,

We have received your email and we are working on our response to satisfy your inquiries .

Best regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C   714-349-9015



---

**From:** Virani, Jitendra <Jitendra.Virani@fda.hhs.gov>
**Sent:** Thursday, March 05, 2020 10:46 AM
**To:** kmay@restorerobotics.com
**Subject:** Restore Robotics -- Request for More Information

Dear Kevin,

My name is CDR Jitendra Virani and moving forward I will be your FDA contact person for the issues being discussed in the below email chain.

Thank you for your email response on February 27th, 2020 . As previously discussed, Restore Robotics believes the activities performed on hospital-owned equipment devices constitute repair. We would like to better understand the activities you perform as it is important to make sure the repair activities do not significantly change the performance or safety specifications, or intended use as described in 21 CFR 820.3(w). We are asking for the following information to confirm that your activities do not require a 510(k) or constitute other regulatory requirements.

1. What specific devices do you repair? Please provide the device trade names and original manufacturer names.
2. For each device, please describe the specific tasks that are conducted as a part of repairing/servicing?
3. Your website currently states, "Robotic Preventative Maintenance and Repair." Please describe what activities are performed as a part of preventative maintenance versus repair of the robotic devices?
4. Your website previously stated Restore Robotics extends the lives of these instruments beyond the OEM stated limit. We no longer see this statement on your website. Was it removed/edited because you no longer perform this activity? If you continue to provide this service, please provide information on how many additional uses you extend the lives of the devices and how you confirm it remains safe and effective for its intended use (i.e. the performance and safety specifications are not significantly changed from the original performance and safety specifications).
5. Do you perform any verification or validation activity(ies) before, during, or after repairing/servicing a device? If so, please describe them. If not, please provide a rationale as to why they are not needed.

Thank you for continuing to work with us. We look forward to your responses and are happy to discuss any clarifications if needed.

Sincerely,

CDR Jitendra Virani

Team Lead

Robotic Assisted Surgical Devices Team
DHT4A:  Division of General Surgical Devices | OHT4: Office of Surgical and Infection Control Devices | Office of Product Evaluation and Quality

CDRH | Food and Drug Administration
White Oak, Bldg. 66, Rm. G456 |10903 New Hampshire Avenue | Silver Spring, MD 20993
Ph: (301) 796-6398
jitendra.virani@fda.hhs.gov

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?ID=1611&S=E

---

**From:** kmay@restorerobotics.com <kmay@restorerobotics.com>
**Sent:** Thursday, February 27, 2020 4:31 PM
**To:** An, Je Hi <Je.An@fda.hhs.gov>
**Subject:** RE: Follow up from FDA

Dr. An,

Thank you for your call and email.  Restore Robotics is an independent service organization in the business of repairing hospital-owned medical devices.  We do not sell any medical devices or take ownership of any medical devices sent to us for repairs.  Restore Robotics only performs repairs of hospital-owned equipment.  We do not perform cleaning or sterilization services of the medical devices.  The repaired medical devices are returned non-sterile.  Repaired devices must be cleaned and sterilized by the hospital facility per the original manufacturer's instructions prior to use.

Restore Robotics receives a request from the hospital in the form of a purchase order or request for repair.  We then repair the device per the hospital's request. The ownership of the device is always maintained by the hospital.  The exact same device is returned after the repair to the hospital non-sterile.  The hospital must process the device per manufacturer's instructions prior to use.

We believe that our services meet the definition of repair in the May 2018 FDA Report on the Quality, Safety, and effectiveness of Servicing of Medical Devices, in accordance with Section 710 of the Food and Drug Administration Reauthorization Act of 2017 (FDARA).  The device ownership is always maintained by the hospital.  The repairs are done at the request of the hospital.  No cleaning or sterilization is taking place.  Therefore, we believe no 510(k) is needed for our operations.

In an abundance of caution, we have streamlined our website www.restorerobotics.com to reinforce the fact that we are solely in the business of providing repairs to hospitals seeking independent third-party service for their hospital-owned medical devices.

Let me know if you have any additional questions.

Regards,

Kevin

**Kevin May**
Restore Robotics
www.restorerobotics.com
kmay@restorerobotics.com

C  714-349-9015



**From:** An, Je Hi <Je.An@fda.hhs.gov>
**Sent:** Thursday, February 20, 2020 11:44 AM
**To:** kmay@restorerobotics.com
**Subject:** Follow up from FDA

Dear Mr. May,

We spoke on the phone today regarding Restore Robotics' activities and I wanted to follow up with you via email to summarize our conversation.

You state on your website www.restorerobotics.com that you restore robotic instruments and extend the lives of these instruments than the intended limit. Based on this information, we believe that a 510(k) is needed before you continue your operation.
You stated that you would provide within a week from today further description of your activities (for example, restoration of instruments) and an explanation of why a 510(k) is not needed.

Should you have any questions, please contact me.

Thank you,

Je Hi

**Je Hi An, Ph.D.**
*Biomedical Engineer*

Robotic Assisted Surgery Devices Team
DHT4A: Division of General Surgery Devices | OHT4: Office of Surgical and Infection Control Devices
Office of Product Evaluation and Quality
CDRH | Food and Drug Administration

Tel: 240-402-0018
JeHi.An@fda.hhs.gov



   

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: : CDRH Customer Satisfaction Survey