# Exhibit 1

1   and the jury people to try to figure out how we're going to
2   accomplish this.
3           And so if it bleeds past that point, I'd want to at
4   least be aware of it, but up to that point, I'm probably --
5   after dealing with the motion for reconsideration, probably
6   going to do my best to forget about surgical robots for a fair
7   amount of time.
8           All right.  Scheduling-wise that's, I think, all I
9   wanted to talk about today.  I did want to just make a few
10  comments about the motion for reconsideration, understanding
11  that the briefing is still ongoing there.
12          But, Mr. Berhold, was there anything from a scheduling
13  perspective that you thought we were going to talk about that we
14  haven't or that you think we should talk about?
15          MR. BERHOLD:  No, Your Honor.
16          THE COURT:  All right.
17          Mr. Ruby?
18          MR. RUBY:  No, Your Honor, we don't.
19          THE COURT:  All right.  And just briefly and, again,
20  understand that I've only seen one side of the story on the
21  motion for reconsideration and that I look forward to seeing the
22  other side of the story, I guess some thoughts I have on this is
23  irrespective of how that motion comes out on the question of
24  whether there is antitrust injury or whether Restore is an
25  efficient enforcer given what the FDA has apparently finally

1  done, I'm not ultimately sure that's going to make a difference
2  that what the FDA has done makes a difference on the analysis in
3  the summary judgment order regarding antitrust standing.
4          But I do think -- and, again, subject to being briefed
5  accordingly, I do think it makes a significant difference on the
6  question of damages, because even if you're able to persuade me,
7  as you did before, that there are people out there that were
8  willing to continue to use these services when it was uncertain
9  as to what the FDA was going to require or not require, within
10 those damages, we're living in a but-for world that we now
11 know -- at least subject to being told otherwise, we now know is
12 different than the but-for world that Dr. DePasquale was living
13 in.
14         And I guess I'm just struggling to understand, given
15 how the evidence was developed, and presumably how it's locked
16 in at this point, how the plaintiff is going to be able to show
17 that there are people out there that were willing to use these
18 services if in this but-for world that we now are living in they
19 required clearance that it's undisputed that isn't there.
20         And so I guess I'm really kind of -- and understanding
21 that the -- the wrist, the EndoWrist side of the business is
22 where the biggest dollar value is on the antitrust case, I guess
23 I'm really, really wondering what that decision does to the
24 damages side of this case.
25         And there's still a pretty large number that could be

1    trebled on the robot surgery side of the case, but it's a lot
2    smaller number than the one that if trebled would have a lot of
3    zeros after it on the risk side of the case.  And unless I'm
4    just completing missing something -- and I'm, again, open to the
5    briefing on it -- I just don't know how that damage number on
6    the risk side of the case is anything close to what
7    Dr. DePasquale estimated based upon the but-for world that she
8    was living in before the FDA did what they did.
9            So that's why it seems to me that the time may be soon
10   and maybe that this is all the precondition that was being
11   intimated to.  It seems the time is right for the parties to
12   figure out a way to resolve this case from a business side,
13   because the legal side and the expert side got a whole lot
14   murkier here.
15           So, again, understand these are just preliminary
16   comments, but I feel like I've looked at this case enough to
17   know where some of the significant points are, and while I don't
18   know if the FDA's ruling changes the legal analysis, I think it
19   changes other sides of this case that I hope the parties are
20   really giving some serious thought to.
21           So understanding that you're going to file -- file a
22   response and maybe address all of those concerns, Mr. Berhold,
23   anything you want to add at this point?
24           MR. BERHOLD:  So, yes.  Thank you, Your Honor.  Jeff
25   Berhold here again.