IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC,
RESTORE ROBOTICS REPAIRS LLC,
and CLIF PARKER ROBOTICS LLC,

    Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

    Defendant.

INTUITIVE SURGICAL, INC.,

    Counterclaimant

v.

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIRS LLC,

    Counterclaim Defendants.

Case No. 5.19cv55TKW-MJF

## MEDIATION REPORT

The undersigned reports to the court that the parties mediated this case on June 23, 2022. Although a settlement was not reached, the parties agreed to adjourn the mediation and continue discussions. An impasse is not declared.

DATED this 24th day of June, 2022.

_____
DOMINIC M. CAPARELLO
Messer Caparello, P.A.
Post Office Box 15579
Tallahassee, Florida 32308
(Mediator)

Copies furnished:
Counsel of Record