# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

|  |  |
|---|---|
| RESTORE ROBOTICS LLC,<br>RESTORE ROBOTICS REPAIRS LLC,<br>and CLIF PARKER ROBOTICS LLC,<br><br>            Plaintiffs,<br><br>  v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>            Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>            Counterclaimant,<br><br>  v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>            Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

## INTUITIVE SURGICAL, INC.'S MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 5.5(c), Defendant/Counterclaim Plaintiff Intuitive Surgical, Inc. ("Intuitive") moves for leave to file under seal portions of its forthcoming Motion for a Limited Reopening of Discovery as well as certain supporting exhibits.

Intuitive will move for a limited reopening of discovery regarding the efforts of Plaintiffs/Counterclaim-Defendants Restore Robotics LLC and Restore Robotics Repairs LLC (collectively, "Restore") to obtain FDA clearance relating to their EndoWrist "repair" business. Restore has designated some of the exhibits supporting the motion as confidential or highly confidential pursuant to the Agreed Protective Order in this case. (ECF 58.) On August 3, 2022, Restore agreed to review the confidentiality designations for the exhibits Intuitive intends to attach to its motion. On August 4 and 5, Restore provided confidentiality designations, asserting that certain exhibits are confidential or highly confidential, in part or in their entirety.

Accordingly, consistent with its obligations under the Agreed Protective Order, Intuitive moves to file under seal these exhibits, or portions of exhibits, that Restore has designated confidential or highly confidential, as well as the corresponding portions of its motion referencing content that has been designated confidential or highly confidential.

**Exhibit 1 to Intuitive's Motion for a Limited Reopening of Discovery.** Restore considers the information in the redacted portions of Exhibit 1 to be confidential and seeks to maintain the redacted information under seal. Restore has proposed redactions to this exhibit rather than seek to seal this exhibit in its entirety.

**Exhibit 3 to Intuitive's Motion for a Limited Reopening of Discovery.**

Restore considers the information in Exhibit 3 to be highly confidential and seeks to maintain the exhibit under seal. Intuitive will file this exhibit under seal.

**Exhibit 4 to Intuitive's Motion for a Limited Reopening of Discovery.**

Restore considers the information in Exhibit 4 to be highly confidential and seeks to maintain the exhibit under seal. Intuitive will file this exhibit under seal.

**Exhibit 5 to Intuitive's Motion for a Limited Reopening of Discovery.**

Restore considers the information in the redacted portions of Exhibit 5 to be confidential and seeks to maintain the redacted information under seal. Restore has proposed redactions to this exhibit rather than maintain the exhibit completely under seal.

Dated: August 5, 2022                    Respectfully submitted,

/s/ Karen Lent

| | |
|---|---|
| KAREN HOFFMAN LENT (*Pro Hac Vice*) | DAVID L. McGEE |
| MICHAEL H. MENITOVE (*Pro Hac Vice*) | Fla. Bar No. 220000 |
| SKADDEN, ARPS, SLATE, | BEGGS & LANE, RLLP |
|   MEAGHER & FLOM LLP | 501 Commendencia Street |
| One Manhattan West | Pensacola, FL 32502 |
| New York, NY 10001 | Telephone: (850) 432-2451 |
| Tel: (212) 735-3000 | dlm@beggslane.com |
| karen.lent@skadden.com | |
| michael.menitove@skadden.com | |
| | |
| ALLEN RUBY (*Pro Hac Vice*) | SONYA D. WINNER (*Pro Hac Vice*) |
| Attorney at Law | COVINGTON & BURLING LLP |
| 15559 Union Ave. #138 | Salesforce Tower |
| Los Gatos, CA 95032 | 415 Mission Street, Suite 5400 |
| Tel: (408) 477-9690 | San Francisco, CA 94105 |
| allen@allenruby.com | swinner@cov.com |
| | |
| | ANDREW D. LAZEROW (*Pro Hac Vice*) |
| | COVINGTON & BURLING LLP |
| | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | alazerow@cov.com |

*Counsel for Intuitive Surgical, Inc.*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Intuitive certifies that its counsel conferred by email with Restore's counsel regarding this motion on August 3, 4 and 5, 2022. The conference and communications did not resolve the issues raised in the motion.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

Intuitive certifies this Memorandum complies with the word count limitation set forth in Local Rule 7.1(F) because it contains 369 words, excluding the parts exempted by said Local Rule.