UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

      **Plaintiffs**,

**v.**                              **Case No. 5:19cv55-TKW-MJF**

**INTUITIVE SURGICAL, INC.**,

      **Defendant**.

_____/

## <u>ORDER SHORTENING RESPONSE PERIOD</u>

This case is before the Court based on Defendant's motion to file under seal (Doc. 175). The motion's certificate of compliance states that the parties' Local Rule 7.1(B) conference "did not resolve the issues raised in the motion," but it is unclear what issues are in dispute because the body of the motion suggests that Defendant is seeking leave to file the portions of the exhibits that Plaintiff considers to be confidential under seal or with the redactions requested by Plaintiff.

The Court sees no reason to hold the motion for the 14-day response period in Local Rule 7.1(E) because it should not take Plaintiff anywhere near that long to explain its opposition, if any, to the relief requested in the motion. Additionally, the sooner the motion to file under seal is resolved the sooner Defendant can file its motion to reopen discovery—and the sooner the motion to reopen discovery can be filed, briefed, and ruled on, the better for all concerned. Accordingly, it is

**ORDERED** that Plaintiff shall have until 3:00 p.m. (central time) on Friday,

August 12, 2022, to respond to Defendant's motion to seal.

**DONE and ORDERED** this 8th day of August, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**