# Exhibit 5

Page 1

ATTORNEYS' EYES ONLY

1

1       IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF FLORIDA
2                PANAMA CITY DIVISION
3
4   RESTORE ROBOTICS LLC and
    RESTORE ROBOTICS REPAIRS
5   LLC,
                                    CIVIL ACTION FILE
6              Plaintiffs,
                                    NO. 5:19-cv-55-TKW-MJF
7         vs.
8   INTUITIVE SURGICAL, INC.,
9              Defendant.
    ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
         REMOTE VIDEO 30(b)(6) DEPOSITION OF
12              RESTORE ROBOTICS LLC
                        and
13         RESTORE ROBOTICS REPAIRS LLC
                      THROUGH
14         CLIFTON "CLIF" EARL PARKER
                        AND
15    CLIFTON "CLIF" EARL PARKER, INDIVIDUALLY
16
17
                    May 4, 2021
18
                    9:59 a.m.
19
20
                 7506 Holly Circle
21            Panama City Beach, Florida
22
23
24       S. Julie Friedman, CCR-B-1476
25

Case 5:19-cv-00055-TKW-MJF   Document 179-5   Filed 08/12/22   Page 3 of 3
AEO 30(b)(6) Clifton Earl Parker                                May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 217

1   you, ▇▇▇ needed information; is that right?
2       A.   Not really.  No.
3       Q.   Did they need your permission?
4       A.   I mean, yeah.  I mean, obviously, if we're
5   paying for it, they, you know, need our permission.
6       Q.   Has the FDA responded in any way to the
7   510(k) filing of Iconocare as you've described it?
8       A.   Yes.
9       Q.   How have they responded -- orally or in
10  writing?
11      A.   In --
12      Q.   Both?
13      A.   I think both, so I have not seen that.  It
14  was a recent occurrence.
15      Q.   What was recent, a -- a written response?
16      A.   Yes.
17      Q.   Who told you about it?
18      A.   The gentleman that's in charge of running
19  that project.  His name is ▇▇▇.
20      Q.   With no disrespect to -- to that
21  gentleman, I'm going to refer to him as ▇▇▇.  It
22  might be easier for the court reporter.  Are we --
23  Can we be on the same --
24      A.   Easier --
25      Q.   -- wavelength?