# Exhibit 6

Page 228

```
 1       IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
 2              PANAMA CITY DIVISION
 3
 4   RESTORE ROBOTICS LLC AND
     RESTORE ROBOTICS REPAIR LLC,
 5
         Plaintiffs,              CIVIL ACTION FILE
 6
     vs.                          NO. 5:19-cv-55-TKW-MJF
 7
     INTUITIVE SURGICAL, INC.,
 8
         Defendant.
 9   _____
     INTUITIVE SURGICAL, INC.,
10       Counterclaimant,
11   vs.
12   RESTORE ROBOTICS LLC AND
     RESTORE ROBOTICS REPAIR LLC,
13       Counterclaim Defendants.
     _____
14
15
16      *** CONFIDENTIAL - ATTORNEYS EYES ONLY ***
17            VOLUME II - PAGES 228 - 304
18      CONTINUED VIDEOTAPE DEPOSITION OF KEVIN MAY
19              TAKEN BY REMOTE CONFERENCE
20                    JUNE 8, 2021
21                    11:18 A.M.
22
23
24   Reported By:
25   Judith L. Leitz Moran RPR, RSA, CCR-B-2312
```

Case 5:19-cv-00055-TKW-MJF   Document 179-6   Filed 08/12/22   Page 3 of 3
CONF AEO Kevin May, Vol. II                                 June 8, 2021
Restore Robotics LLC v Intuitive Surgical

Page 295

1   A   I don't know as far as a business
2   agreement that -- that Restore was telling
3   Iconocare to do that.  I haven't seen any specific
4   documents requesting that.  It was a natural --
5   natural progression for Iconocare to do that.
6   Q   As far as you know, has any employee of
7   Restore ever seen the -- a 510(k) application that
8   was submitted by Iconocare?
9   A   I believe I'm the only one that's seen
10  the submission.
11  Q   Did you read it?
12  A   I perused it.  I looked at most of the
13  summaries.
14  Q   Is there a difference between reading it
15  and perusing it and looking at summaries in your
16  mind?
17  A   Yes, because I didn't read every single
18  document.  I didn't read every single attachment to
19  the filing.  I opened most -- I believe all the
20  attachments, but some of them were hundreds of
21  pages long and some of it was just pure data, and I
22  didn't -- a lot of times I just looked at the
23  summaries.
24  Q   Well, let's look at -- in the white
25  binder, the May 24th supplemental binder, if we