# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC,<br>RESTORE ROBOTICS REPAIRS LLC,<br>and CLIF PARKER ROBOTICS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant.<br>INTUITIVE SURGICAL, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>    Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

## DECLARATION OF CLIF PARKER

1.

My name is Clif Parker. I am Chief Executive Officer of Plaintiff Restore Robotics Repairs LLC ("Restore").

2.

Restore has actively monitored the status of the Iconocare 510(k) application with the FDA with great interest. A decision on clearance is expected shortly.

3.

There has been no change to the Iconocare repair technology since the Iconocare 510(k) application was submitted to the FDA in February 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/25/2022_____.

_____*Clif Parker*_____
Clif Parker