Case 5:19-cv-00055-TKW-MJF   Document 181-2   Filed 08/26/22   Page 1 of 4
AEO 30(b)(6) Clifton Earl Parker    May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 1

ATTORNEYS' EYES ONLY

1

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF FLORIDA
2             PANAMA CITY DIVISION
3
4   RESTORE ROBOTICS LLC and
    RESTORE ROBOTICS REPAIRS
5   LLC,
                                    CIVIL ACTION FILE
6            Plaintiffs,
                                    NO. 5:19-cv-55-TKW-MJF
7        vs.
8   INTUITIVE SURGICAL, INC.,
9            Defendant.
    ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
         REMOTE VIDEO 30(b)(6) DEPOSITION OF
12              RESTORE ROBOTICS LLC
                        and
13          RESTORE ROBOTICS REPAIRS LLC
                      THROUGH
14           CLIFTON "CLIF" EARL PARKER
                        AND
15    CLIFTON "CLIF" EARL PARKER, INDIVIDUALLY
16
17
                    May 4, 2021
18
                    9:59 a.m.
19
20
                 7506 Holly Circle
21          Panama City Beach, Florida
22
23
24        S. Julie Friedman, CCR-B-1476
25

Case 5:19-cv-00055-TKW-MJF   Document 181-2   Filed 08/26/22   Page 2 of 4
AEO 30(b)(6) Clifton Earl Parker                                May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 183

1   the number of S and Si robots in hospitals is
2   generally going up or going down these days?
3         A.    It's going down.
4         Q.    And do you believe that a -- a decline in
5   the number of Ss and SIs in service, that decline
6   fuels your business, potential business in a good
7   way?
8         A.    Well, from a percentage standpoint, as
9   Intuitive stops supporting certain Si instruments, a
10  greater percentage of people are going to want to use
11  our services.  Obviously, if there's fewer robots in
12  the hospitals, then that, you know, the -- the number
13  of physical robots will go down, but the percentage
14  of adoption will go up with the Si.
15              Now Xi is a different story.
16        Q.    Did there come a time when you severed all
17  business connection with Rebotix?
18        A.    Not permanently.  We --  We chose
19  collectively not to renew the agreement for the
20  exclusivity being the repair facility, but elected to
21  go our own way, do our own thing, but still continue
22  to utilize Rebotix from a contract standpoint, if you
23  will, where we could still send them instruments; and
24  they would do the repairs and -- and go from there.
25              But it became a moot point as Intuitive

Case 5:19-cv-00055-TKW-MJF   Document 181-2   Filed 08/26/22   Page 3 of 4
AEO 30(b)(6) Clifton Earl Parker                                May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 212

1       A.      Yes.
2       Q.      What are you planning to do, and when are
3    you planning to do it?
4       A.      We don't have any set plans.  Part of it
5    depends on this litigation.
6       Q.      Well, do you have any plan to seek
7    regulatory approval from the FDA -- regulatory
8    clearance, excuse me, from the FDA in the event you
9    decide to launch this technology on the industry?
10      A.      Yes.
11      Q.      What are your plans?
12      A.      We have already, through another company,
13   filed for a 510(k).
14      Q.      You filed for a 510(k) on the technology
15   to defeat the usage feature of the da Vinci
16   instruments?
17      A.      Well, the 510(k) wasn't filed for that
18   purpose.  It was filed for two reasons.  Primarily,
19   in order to sell instruments that we own that the
20   usage counter has been reset, we have to have a
21   510(k); and we own a large inventory of instruments
22   that we could reset and sell those instruments; but
23   if you sell an instrument, you'd have to have a
24   510(k) for that.
25                And then that you know 10 percent of

Case 5:19-cv-00055-TKW-MJF   Document 181-2   Filed 08/26/22   Page 4 of 4
AEO 30(b)(6) Clifton Earl Parker                                May 4, 2021
Restore Robotics LLC v Intuitive Surgical

Page 213

1    customer base that said they would not do business
2    with us unless we had a 510(k), then that would cover
3    that ground as well.
4         Q.    Have you submitted one 510(k) or more than
5    one?
6         A.    One.
7         Q.    What --  What was it you just said?
8         A.    I'm sorry.  Say that again.
9         Q.    Have you submitted a single 510(k), or are
10   there multiple 510(k)s that you've submitted as part
11   of the process you described?
12        A.    A single.
13        Q.    And when did you do that?
14        A.    February 12th or 15 --  February the 15th
15   of 2021.
16        Q.    Do you know whether you provided a copy of
17   that 510(k) to your attorney to turn over to further
18   produce in discovery?
19        A.    Well, we sure did not file for the 510(k).
20   It was done by another entity, and so that is not in
21   the possession of Restore, but Restore will be
22   acquiring it once it's complete.
23        Q.    In --  In the name of what entity is the
24   510(k) submitted?
25        A.    Iconocare.