Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF FLORIDA
 2                   PANAMA CITY DIVISION
 3
     RESTORE ROBOTICS LLC and
 4   RESTORE ROBOTICS REPAIR
     LLC,
 5
                Plaintiffs,      Civil Action File
 6                               No. 5:19-cv-55-TKW-MJF
         v.
 7
     INTUITIVE SURGICAL, INC.,
 8
                Defendant.
 9   _____
10   INTUITIVE SURGICAL, INC.,
11              Counterclaimant,
12       v.
13   RESTORE ROBOTICS LLC and
     RESTORE ROBOTICS REPAIR
14   LLC,
                Counterclaim
15              Defendants.
16
17     *** CONFIDENTIAL - ATTORNEYS EYES ONLY ***
18         VIDEOTAPED DEPOSITION OF KEVIN MAY
              Taken by Remote Conference
19                   May 6, 2021
                      9:00 a.m.
20
21     Valerie N. Almand, RPR, CRR, CCR-B-531
       Alan Pokotilow, Legal Video Specialist
22         Chris McMillen, Concierge Tech
23
24
25
```

Case 5:19-cv-00055-TKW-MJF   Document 181-3   Filed 08/26/22   Page 2 of 3
CONF AEO Kevin May                                            May 6, 2021
Restore Robotics LLC v Intuitive Surgical

Page 195

1       Q.   What did they say?
2       A.   They said that they had extensive
3  experience in their primary business of
4  reprocessing single-use devices, and that the
5  technology was similar, that they had to create
6  counters for the single-use devices, and that they
7  believed they had the capability to do that for
8  the EndoWrist device.  That's what I remember is
9  they proposed it.
10      Q.   Did you say anything at this meeting?
11      A.   I'm sure I did, yes.
12      Q.   What are you sure you said?
13      A.   I'm sure that sounded like a very good
14 idea, and that we should -- we should move forward
15 with it, and they were -- they were aware of the
16 pushback that we were getting from some hospitals,
17 and that they said that we can eliminate that
18 hurdle completely if we had a 510(k).
19           And so they suggested that we could
20 change our business strategy and we can get a
21 510(k), which would allow us to take ownership of
22 the device, so we could buy instruments and then
23 we could reprocess them -- sorry, we could -- we
24 could remanufacture them, because now that we take
25 ownership it's remanufacturing, and then we could

Case 5:19-cv-00055-TKW-MJF   Document 181-3   Filed 08/26/22   Page 3 of 3
CONF AEO Kevin May                                              May 6, 2021
Restore Robotics LLC v Intuitive Surgical

Page 196

1  store them in stock and then we could sell them to
2  customers without having them to send it in as a
3  service.  That would be a different business
4  model.  And we said we were willing to explore
5  that, the costs and whatnot.
6      Q.  Did Mr. Parker say anything at the
7  meeting?
8      A.  I just believe in the same -- same
9  discussion, that he was in agreement, that if they
10 had the capability to do that it would make it
11 easier for marketing purposes, that we had a
12 510(k), and it would give us a little bit more
13 credibility and not have to explain to every
14 customer and say, No, you don't need a 510(k) and
15 this is the reason why you don't need a 510(k) and
16 all of that.  I mean, it's a hurdle that can be
17 overcome, but it would make the hurdle a little
18 bit easier.
19     Q.  Did the December meeting with Alliance
20 end with what you thought was an agreement?
21     A.  Well, it was a discussion.  It wasn't an
22 agreement.  There was no signed agreement.
23     Q.  That's why I asked the question.  Was
24 there any talk about money at this meeting?
25     A.  I don't believe so.