Page 1

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF FLORIDA
                    PANAMA CITY DIVISION

   RESTORE ROBOTICS LLC,
   RESTORE ROBOTICS REPAIRS LLC,
   and CLIF PARKER ROBOTICS LLC,

              Plaintiffs,

   -vs-                              CIVIL ACTION FILE
                                     NO.  5:19-CV-55-TKW-MJF
   INTUITIVE SURGICAL, INC.,

              Defendant.
                                        /
   INTUITIVE SURGICAL, INC.,

              Counterclaimant,
   -vs-
   RESTORE ROBOTICS LLC and RESTORE
   ROBOTICS REPAIRS LLC,

              Counterclaim Defendants.
                                        /

                    HIGHLY CONFIDENTIAL

   VIDEOTAPED
   DEPOSITION OF:      CHRISTINA DEPASQUALE

   DATE TAKEN:         THURSDAY, OCTOBER 14, 2021

   TIME:               10:01 A.M. - 4:46 P.M.

   PLACE:              BY VIDEOCONFERENCE

   REPORTED BY:        CARMEN THOMAS, REGISTERED
                       PROFESSIONAL REPORTER AND
                       NOTARY PUBLIC
```

Case 5:19-cv-00055-TKW-MJF   Document 181-4   Filed 08/26/22   Page 2 of 4
Highly CONF Christina DePasquale                October 14, 2021
Restore Robotics LLC v Intuitive Surgical

Page 82

1    approval, but I don't think it's required, based on
2    conversations I've had.
3        Q    So did Mr. Parker tell you whether he was
4    waiting for regulatory approval in order to launch his
5    newly described refurbishment program?
6        A    Yeah.  I -- again, we talked about -- I
7    cannot remember the exact words that were used.  But,
8    no, he was not, right.  He would be willing to launch it
9    without regulatory approval.
10       Q    Did you find in your investigation in this
11   case whether or not it appeared that many prospective
12   customers for what you call refurbishment were uneasy
13   about the fact that the, quote/unquote, repair process
14   did not have regulatory clearance from the Food and Drug
15   Administration?
16       A    I'd say two things.  One is that, you know,
17   referring back to the Medline survey, I know that out of
18   a hundred hospitals they surveyed, only -- only ten
19   percent of the respondents said that they were uneasy
20   about refurbishments from a clinical standpoint.
21            I also know that, you know, based on the
22   deposition -- I believe it was -- it was Dickens and I
23   believe it was Madewell.  Specifically Madewell, I
24   think, who said that, in surveying his surgeons, that
25   they all seemed very excited at the idea of refurbished

Case 5:19-cv-00055-TKW-MJF   Document 181-4   Filed 08/26/22   Page 3 of 4
Highly CONF Christina DePasquale                October 14, 2021
Restore Robotics LLC v Intuitive Surgical

Page 83

1  instruments.  And I would assume that they know that
2  there is no FDA approval.
3          The other thing, though, that I'll add to
4  that is, of course, you know, the FDA allows for
5  off-label usage in general, right?  So, you know, what I
6  mean by that is not -- not using the repairs off-label,
7  but in general, there are things that are used a lot of
8  times off-label.  It has not been approved for that
9  usage, and doctors, hospitals, patients appear to be
10 completely okay with this, and these are used in a safe
11 manner, et cetera.
12         MR. RUBY:  Could I have the question back,
13     please.
14         THE WITNESS:  Sure.
15         (The requested question was read.)
16 BY MR. RUBY:
17     Q    You can answer now.
18     A    So I -- I don't want to repeat myself
19 necessarily.  Again, pointing to the Medline survey, ten
20 percent of respondents are -- were uneasy from a
21 clinical standpoint.  Now, whether that clinical
22 standpoint is just in general about refurbishments or
23 because of a regulatory issue, that, I don't know.
24     Q    So is it your testimony that, aside from what
25 you've described as Medline's survey and the -- the one

1     clearance.
2         Q    Well, is -- is it your expert opinion that
3     the absence of regulatory clearance was not a
4     significant factor in the inability of Restore entities
5     to attract more customers?
6         A    So I would assume that it is not zero.  I
7     would assume, of course, that having regulatory
8     clearance would shift the demand curve to the right of
9     refurbished instruments.  But it certainly, based on
10    what I came across in the hours that I've spent on the
11    case, that did not seem to be the driving force for
12    demand.
13        Q    Well, did you form an opinion as to what the
14    driving force was or what the driving forces were in the
15    inability of Restore to capture more customers?
16        A    Yeah.  So I would -- okay.  So I want to make
17    sure I answer the actual question that you asked.
18             So I would say that I -- I expected you to
19    ask me what was the driving force for demand.  You asked
20    me what's the driving force for not having more demand.
21             So I would say -- so the driving force --
22    it's one thing to not have customers.  The reason why
23    they don't have customers is, like I say, the -- it was
24    my impression that, based on, again, this survey,
25    that -- we've established I don't know the details of