## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

    **Plaintiffs**,

**v.**                          **Case No. 5:19cv55-TKW-MJF**

**INTUITIVE SURGICAL, INC.,**

    **Defendant**.

_____/

### NOTICE OF TELEPHONIC HEARING

    **TAKE NOTICE** that a telephonic case management conference in this case has been set before Judge T. Kent Wetherell as described below:

**DATE**:                      Friday, September 9, 2022

**TIME**:                      1:00 P.M. C.T.

**CONFERENCE CALL**
**INFORMATION**:      All parties are directed to call the AT&T Conference Line.  You may dial into the conference call up to five minutes before start time.  Call in number: **866-434-5269**.  When prompted for an access code, enter: **5394100#**.  If you are asked to join as the host, just ignore and wait until you are asked for a security code.  When asked for a security

code, enter: **51955#**.   Say your name, when prompted.   You are now in the conference call. Remember to mute your phone when you are not speaking.   It is advised that counsel NOT use cell phones or speaker phones during the call as the quality of the audio connection is compromised by these devices.

**NOTE**:   If anyone participating in this conference has a disability that requires special accommodation, please contact the Clerk's office as immediately as possible so arrangements can be made.

**DONE and ORDERED** this 30th day of August, 2022.

_____
   **T. KENT WETHERELL, II**
   **UNITED STATES DISTRICT JUDGE**

2