# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:00 PM | Case No. | 5:19cv55-TKW/MJF |
| Time Concluded | 2:00 PM | Date | 9/9/2022 |

**DOCKET ENTRY:** Telephonic Case Management Conference hearing held re [179] Motion; motion denied. Order entered.

PRESENT: U.S. DISTRICT JUDGE   **T. KENT WETHERELL, II**         Paula Cawby         Julie Wycoff
                                                                 Deputy Clerk        Court Reporter

**Style of Case:**

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Jeffrey Berhold | Restore Robotics LLC, et al |

| Defendant Counsel Present | Defendant |
|---|---|
| Karen Lent | Intuitive Surgical Inc |
| John Kendrick | |
| Michael Menitive | |
| Sonya Winner | |

**PROCEEDINGS**

**Filed in Open Court**
**9/9/2022**
Deputy Clerk Initials: