# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

RESTORE ROBOTICS LLC,
RESTORE ROBOTICS REPAIRS LLC,
and CLIF PARKER ROBOTICS LLC,

        Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

        Defendant.

Civil Case No. 5:19-cv-55-TKW-MJF

INTUITIVE SURGICAL, INC.,

        Counterclaimant,

v.

RESTORE ROBOTICS LLC and
RESTORE ROBOTICS REPAIRS LLC,

        Counterclaim Defendants.

**PLAINTIFFS RESTORE ROBOTICS LLC AND RESTORE ROBOTICS REPAIRS LLC'S MOTION TO FILE MOTION TO COMPEL <u>PRODUCTION UNDER SEAL</u>**

Jeffrey L. Berhold
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, Georgia 30309

William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
101 Harrison Avenue
Panama City, FL 32401

Pursuant to Local Rule 5.5(C), Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC ("Restore") hereby move to file their motion for an order compelling discovery under seal. Restore would also file a redacted version on the public docket. Restore proposes to file certain exhibits in support of the motion under seal and redact descriptions of that confidential information in the motion itself. Restore has identified the following documents with highly confidential information to be filed under seal: Restore-00073909, Restore-00091128, Restore-00091328, Restore-00091435, Restore-00091475, Restore-00094433, Restore-00094938, Restore-00095299, and Restore-00095304.

The highly confidential information is related to Restore's internal plans to deploy its own proprietary technology for repairing and remanufacturing X/Xi instruments. The plans are closely held within Restore. Restore seeks to keep the details of its plans to enter the X/Xi instrument aftermarket confidential to preserve any competitive advantage over other competitors. The public has an interest in ensuring that market participants have confidence in their ability to protect their confidential development, marketing, and business plans. Therefore, the proprietary interest here outweighs the interest of the public in access to the information.

Restore contacted Intuitive via email on October 3, 2022 at 1:25 p.m. Central Time asking for a response by noon on October 4 about filing the nine documents under seal. Intuitive replied shortly thereafter that it would review the documents at

1

issue and get back to Restore. Restore has not heard back from Intuitive and has asked for the status of its request. Due to the urgent need for the requested discovery at issue in the underlying motion, Restore is proceeding with this motion to seal.

The courts of this circuit routinely recognize that confidential product development and business plans have commercial value and are worthy of filing under seal. *See*, *e.g.*, *Cooper Lighting, LLC v. Cordelia Lighting, Inc.*, No. 1:16-CV-2669-MHC, 2018 WL 11350560, at *3 (N.D. Ga. Feb. 28, 2018), *Loc. Access, LLC v. Peerless Network, Inc.*, No. 614CV399ORL40TBS, 2016 WL 374948, at *1 (M.D. Fla. Feb. 1, 2016) (business plans and technical capabilities), *Teledyne Instruments, Inc. v. Cairns*, No. 6:12-CV-854-ORL-28TB, 2013 WL 5874584, at *2 (M.D. Fla. Oct. 31, 2013) (product development).

For all the foregoing reasons, Restore moves to file its motion to compel production under seal and file a redacted version on the public docket. A proposed order is attached.

Respectfully submitted on October 5, 2022.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

Pursuant to Local Rule 7.1(F), the memorandum contains 385 words.