IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RESTORE ROBOTICS LLC, et al.,

            Plaintiffs,

v.

INTUITIVE SURGICAL, INC.,

            Defendant.

Civil Case No. 5:19-cv-55-TKW-MJF

## ORDER AUTHORIZING FILING UNDER SEAL

Upon due consideration of Plaintiff's motion to file its motion to compel production under seal and a redacted version on the public docket, it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff may file its response to the motion to reopen discovery under seal and a redacted version on the public docket.

**DONE and ORDERED** this 5th day of October, 2022.

_____

**T. KENT WETHERELL, II**

**UNITED STATES DISTRICT JUDGE**