**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**RESTORE ROBOTICS, LLC**, et al.,

     **Plaintiffs**,

**v.**                                  **Case No. 5:19cv55-TKW-MJF**

**INTUITIVE SURGICAL, INC.,**

     **Defendant**.

_____/

## <u>ORDER AUTHORIZING FILING UNDER SEAL</u>

This case is before the Court based on Plaintiffs' motion to file motion documents under seal (Doc. 186). The motion does not indicate Defendants' position on the motion, but under the circumstances, the Court sees no reason to hold the motion for a response because Plaintiffs are in the best position to know whether the documents they seek to file under seal contain their confidential proprietary information and there is no conceivable prejudice to Defendants if Plaintiffs are allowed to file exhibits to a motion under seal.

Accordingly, it is **ORDERED** that the motion is **GRANTED**, and Plaintiffs may file the exhibits to their forthcoming motion to compel under seal along with redacted copies for the public docket.

**DONE and ORDERED** this 6th day of October, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**