# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

### PLAINTIFFS' FIRST REQUESTS FOR DOCUMENTS TO DEFENDANT INTUITIVE SURGICAL, INC.

Pursuant to Fed. R. Civ. Proc. 34, Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC (collectively "Restore") hereby serve the following requests upon Defendant Intuitive Surgical, Inc. ("Intuitive") for documents and electronically stored information in its possession, custody, or control. Documents and electronically stored information include writings, drawings, graphs, charts,

photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by Intuitive into a reasonably usable form.

## Definitions and Instructions

"You" or "your" means the person or entity to whom these requests are addressed; its officers, directors, agents, and employees, or any merged, consolidated, or acquired predecessor or successor, parent, or subsidiary, division, or affiliate; or any person acting on your behalf; or any person within a "controlled group of corporations" of which you are a member.

"Person" means any individual, corporation, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission, or other such entity.

"Communicate" or "communication" means every manner or means of disclosure, transfer, or exchange of information whether orally or by document or whether face-to-face, by telephone, mail, personal delivery, or otherwise.

"Policy" means any rule, procedure, directive, practice, or course of conduct, whether formal or informal, written or unwritten, recorded or unrecorded, which was recognized by you.

"Competitor" means any person whom you considered, viewed, or recognized as being in competition with you relating to the manufacture, distribution, or sale or

1

surgical equipment or equipment services.

"Customer" mean any person purchasing or receiving products or services directly from you.

As to a person, "identify" includes name, business and residence address(es) (including zip code), occupation, job title, and dates so employed; and if not an individual, state the type of entity and the address of its principal place of business.

As to a document, "identify" means the type of document (letter, memo, etc.), the identity of the author or originator, the date authored or originated, the identity of each person to whom the original or copy was addressed or delivered, the identity of such person known or reasonably believed by you to have present possession, custody, or control thereof, and a brief description of the subject matter thereof, all with sufficient particularity to request its production under Federal Rules of Civil Procedure 34.

As to a communication, "identity" means the date of the communication, the type of communication (telephone conversation, meeting, etc.), the place where the communication took place, the identity of the person who made the communication, the identity of each person present when it was made, and the subject matter discussed.

"Or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories or requests any information which might otherwise

be construed to be outside their scope.

The singular includes the plural number, and vice versa. The masculine includes the feminine and neuter genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

Unless otherwise indicated, these requests cover the period from January 1, 2015 to the present.

1.      <u>Organization Charts</u>.  All organization charts and internal memoranda showing or describing the organization of your employees involved in the design, marketing, sale, or servicing of your products or services or your network of field service engineers

2.      <u>Competitive Analysis</u>.  All studies, surveys, analyses and reports which were prepared by or for any officer(s) or director(s) for the purpose of evaluating or analyzing your business with respect to market shares, competition, competitors, markets, potential for sales growth or expansion into product or geographic markets.

3.      <u>Investor Calls</u>.  All transcripts and audio files of earnings conference calls from January 1, 2019 to the present.

4.      <u>Promotional Materials</u>.  All documents and electronically stored information distributed to your employees or the public (e.g., hospitals, physicians, or patients) for purposes of marketing or advertising your company, products, or services (including any comparison of robotic surgery with other forms of surgery and any comparison of your surgical robots to other surgical robots).

5.      <u>Cost Comparisons</u>.  All studies and reports comparing the cost of robotic surgery, laparoscopic surgery, or other forms of surgery.

6.      <u>Customer Surveys</u>.  All surveys and polls of hospitals, surgeons, or patients.

7.      <u>Surgeon Benefits</u>.  All studies and reports regarding the benefits of

robotic surgery for surgeons (including immersive visualization, intuitive movements, wristed instruments, motion scaling, tremor filtering, and improved ergonomics).

8. <u>Patient Benefits</u>.  All studies and reports regarding the benefits of robotic surgery for patients (including recovery times, blood loss, infection rates, complication rates).

9. <u>Product Catalogs</u>.  All catalogs for any of your products or services (including surgical robots, robot parts, robot service, or robot instruments).

10. <u>Price Management</u>.  All studies and analyses of managing or setting prices for your products or services or generating revenue through usage fees or other subscription or membership models.

11. <u>Distributor Agreements</u>.  All contracts and agreements for the distribution of your products or services by third parties.

12. <u>Product Documentation</u>.  All documentation (including training, instruction, and user manuals) provided to persons at your company (including field service engineers) for maintaining, servicing, or repairing da Vinci Surgical Systems.

13. <u>Distributor's Toolkit</u>.  All documentation (including training, instruction, and user manuals) provided to distributors for maintaining, servicing, or repairing da Vinci Surgical Systems (in English language version if available).

14. <u>Customer Agreements</u>.  All contracts and agreements with the following customers for the sale, lease, or placement of your products or services: Alpha Net - Hadassah Hospital, ALPIN SURGICAL SPECIALTIES, BAYLOR SCOTT & WHITE SURGICARE AT PLANO ALLIANCE, Baylor Scott White, Baylor Surgicare at North Dallas, BSW ALL SAINTS, BSW BUMC, BSW CARROLTON, BSW CENTENNIAL, BSW COLLEGE STATION, BSW DENTON, BSW GRAPEVINE, BSW IRVING, BSW LAKE POINTE, BSW MCKINNEY, BSW MEMORIAL – TEMPLE, BSW ROUND ROCK, BSWH All Saints, BSWH Waxahachie, Confluence Health, Conway Regional Medical Center, Crescent City Surgical Hospital, Crescent City Surgical Hospital-Metairie LA, Garfield Medical Center, GMED ONE, K and B Surgical, Lowell General Hospital, Medco Blue, Munson Healthcare Otsego Memorial Hospital, Paces MedEquip - Ft. Myers Lab, Pacific Coast Surgical Center, Panama City Surgery Center, R2 Surgical, Riverside Medical Center, Specialty Surgical Service, Trinity Mother Frances, and University of Chicago Medicine at Riverside.

15. <u>Third-Party Certification</u>.  All documents relating to any policy or process for reviewing or approving repair or service of your products by third parties.

16. <u>Third-Party Repair</u>.  All documents relating to any policy or practice regarding the use of third parties to maintain, service, or repair your products (including any policy or practice identified in response to Interrogatory No. 14, 15,

16, 17, or 18).

17. <u>Customer Documentation</u>.  All documents provided to customers for maintaining, servicing, or repairing da Vinci Surgical Systems.

18. <u>Return Programs</u>.  All documents relating to your policies or practices regarding the repurchase, repossession, or destruction of robot parts or instruments in the possession of customers or third parties.

19. <u>Recycling Programs</u>.  All documents relating to your policies or practices regarding the recycling, reuse, or resale of robot parts or instruments acquired from customers.

20. <u>Usage Limits</u>.  All documents discussing plans to set or change limits on the number of uses for any of your robot parts or instruments.

21. <u>Sterilization Limits</u>.  All documents discussing plans to set or change limits on the number of sterilizations for any of your robot parts or instruments.

22. <u>Instrument Pricing</u>.  All documents discussing plans to set or change prices for any of your robot parts or instruments

23. <u>Memory Chips</u>.  All documents created before March 31, 2001 discussing plans to include a memory chip or other mechanism on your robot instruments that records usage of the instrument and expires the instrument after a usage limit as described on Page 12 of your Annual Report for the Year Ended December 31, 2000.

24. <u>Blocking Technology</u>.  All documents identifying or discussing technology (e.g., encryption, passwords) installed by Intuitive that blocks third parties from accessing or servicing the da Vinci Surgical System (including the testing of robot parts, entry of replacement part numbers, and removal of error, warning, or reminder messages).

25. <u>Cease and Desist Letters</u>.  All cease and desist letters sent by you.

26. <u>FDA Warning Letters</u>.  All FDA warning letters received by you.

27. <u>Failure Rates</u>.  All studies and analyses calculating or reporting failure rates for your EndoWrist instruments before, during, or after clinical or training use.

28. <u>Inspection Protocols</u>.  All summaries and manuals discussing your protocols (including any sampling methodology) for inspecting your products or validating your services.

29. <u>Error Codes</u>.  All lists of error codes and descriptions for the da Vinci Surgical System.

30. <u>Training Instruments</u>.  All documents explaining the methodology for determining the usage limits for your robot instruments sold for training purposes.

31. <u>Customer Communications</u>.  All emails, messages, and other electronic communications regarding the following customers from January 1, 2018 to the present: Duke Health, Duke University Health System, Duke University Medical Center, Alpha Net - Hadassah Hospital, ALPIN SURGICAL SPECIALTIES,

BAYLOR SCOTT & WHITE SURGICARE AT PLANO ALLIANCE, Baylor Scott White, Baylor Surgicare at North Dallas, BSW ALL SAINTS, BSW BUMC, BSW CARROLTON, BSW CENTENNIAL, BSW COLLEGE STATION, BSW DENTON, BSW GRAPEVINE, BSW IRVING, BSW LAKE POINTE, BSW MCKINNEY, BSW MEMORIAL – TEMPLE, BSW ROUND ROCK, BSWH All Saints, BSWH Waxahachie, Confluence Health, Conway Regional Medical Center, Crescent City Surgical Hospital, Crescent City Surgical Hospital-Metairie LA, Garfield Medical Center, GMED ONE, K and B Surgical, Lowell General Hospital, Medco Blue, Munson Healthcare Otsego Memorial Hospital, Paces MedEquip - Ft. Myers Lab, Pacific Coast Surgical Center, Panama City Surgery Center, R2 Surgical, Riverside Medical Center, Specialty Surgical Service, Trinity Mother Frances, and University of Chicago Medicine at Riverside.

32. <u>Surgical Robots</u>.  All emails, messages, and other electronic communications from January 1, 2018 to the present regarding Transenterix, Medrobotics, Cambridge, or other competitors in the sale of surgical robots for use in minimally invasive surgery.

33. <u>Third-Party Repairs</u>.  All emails, messages, and other electronic communications from January 1, 2018 to the present regarding Restore, Restore Robotics, Restore Robotics Repairs, Rebotix, or other third-party service organizations.

9

34. <u>Advertising Counterclaims</u>.  All false and misleading statements in support of Counts 1 to 6 of your Counterclaims filed on September 30, 2019.

35. <u>Customer Confusion</u>.  All documents in support of your allegations in your Counterclaims filed on September 30, 2019 that customers were deceived or likely to be deceived by statements made by Restore.

36. <u>Computer Counterclaim</u>.  All documents in support of the allegations in Paragraph 44 in your Counterclaims filed on September 30, 2019.

Respectfully submitted on November 13, 2019.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2019, I served the **PLAINTIFFS' FIRST REQUESTS FOR DOCUMENTS TO DEFENDANT INTUITIVE SURGICAL, INC.** to the following counsel of record via email:

| | |
|---|---|
| ALLEN J RUBY | allen.ruby@skadden.com |
| KAREN MARY LENT | karen.lent@skadden.com |
| DAVID LEE MCGEE | dlm@beggslane.com |

                                      s/ Jeff Berhold
                                      Jeffrey L. Berhold
                                      COUNSEL FOR PLAINTIFF