UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

   **Plaintiffs**,

v.                                   Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

   **Defendant**.
_____/

## **ORDER**

Based on a conflict on the Court's calendar, the pretrial conference is rescheduled to January 13, 2023, at 2:00 p.m. (central time).

**DONE and ORDERED** this 28th day of November, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**