UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, RESTORE ROBOTICS REPAIRS LLC, and CLIF PARKER ROBOTICS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | Civil Case No. 5:19-cv-55-TKW-MJF |
| INTUITIVE SURGICAL, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC, and RESTORE ROBOTICS REPAIRS LLC,<br><br>    Counterclaim Defendants. | |

**JOINT MOTION TO PROVISIONALLY FILE
MOTIONS *IN LIMINE* AND BRIEFING DURING TRIAL UNDER SEAL**

Defendant and Counterclaim Plaintiff Intuitive Surgical, Inc. ("Intuitive") and Plaintiffs and Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC ("Restore") hereby jointly move to provisionally file under seal briefing in connection with their upcoming motions *in limine* due to be filed by Wednesday, December 14, 2022 (including briefs in support and in opposition, any reply, supporting exhibits and any other supporting papers) and any potential

briefing during trial *to the extent* that it contains information bearing a confidentiality designation under the agreed Protective Order in this case.

1. Some briefing in connection with the parties' forthcoming motions *in limine* and anticipated briefing during trial likely will include material bearing a confidentiality designation under the Protective Order, including material designated by third parties.

2. With regard to motions *in limine*, the parties are in the process of conferring with each other and third parties whose confidential information will be included in the parties' motions to determine whether any party or third party will continue to assert confidentiality over the information or will instead withdraw its designations.

3. As to briefing during trial, the parties anticipate that they will need to file motions that will contain information bearing a confidentiality designation on an expedited basis, and the ability to file provisionally under seal would facilitate that process.

4. Therefore, for the efficient adjudication of the case and the preservation of judicial resources, the parties propose to provisionally file under seal briefing in connection with their upcoming motions *in limine* and any briefing during trial *to the extent* that it contains information bearing a confidentiality designation under the Protective Order.

5. The parties will continue conferring with each other and third parties to determine which information, if any, does not require confidentiality protections. The parties propose to complete this process within 30 days of the later of (1) judgment or (2) the completion of post-trial briefing, if any, at which time final public versions of all briefing would be filed.

6. Accordingly, the parties respectfully request that the Court permit them to provisionally file under seal briefing in connection with their motions *in limine* and briefing during trial that contains information bearing a confidentiality designation until 30 days after the later of (1) judgment or (2) the completion of post-trial briefing, if any, by which time the parties will file public versions of all motions.

Dated:  December 9, 2022

/s/ Jeff Berhold

Jeffrey L. Berhold (*Pro Hac Vice*)
Georgia Bar No. 054682
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
Telephone:  (404) 872-3800

William G. Harrison
HARRISON RIVARD DUNCAN
& BUZZETT
Fl. Bar No. 0765058
101 Harrison Avenue
Panama City, Fl 32401
Telephone:  (850)-769-1414
wharrison@harrisonrivard.com

**COUNSEL FOR RESTORE**

Respectfully submitted,

/s/ Karen Lent

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

KAREN HOFFMAN LENT (*Pro Hac Vice*)
MICHAEL H. MENITOVE (*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

SONYA D. WINNER (*Pro Hac Vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
swinner@cov.com

ANDREW D. LAZEROW (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter

850 Tenth Street, NW
Washington, DC 20001-4956
alazerow@cov.com

**COUNSEL FOR INTUITIVE**

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.