IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant. | Civil Case No. 5:19-cv-55-TKW-MJF |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PRETRIAL
DEADLINES FROM DECEMBER 21 TO DECEMBER 23**

Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC ("Restore") hereby file this motion to extend the deadline from December 21 to December 23 for submitting the papers described in Section 4.B and 4.C and Section 7 of the Scheduling Order (Dkt. No. 164) – which include the responses to any motions in limine and the pretrial stipulation and proposed jury instructions and verdict forms and concise trial brief and proposed voir dire.  Mr. Berhold, lead counsel for Restore, has been summoned for jury duty at the local superior court for 8:00 a.m. on December 21, 2022.  Defendant Intuitive Surgical, Inc. ("Intuitive") does not object to the request.

Respectfully submitted on December 12, 2022.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

Pursuant to Local Rule 7.1(F), the memorandum contains 107 words.

## LOCAL RULE 7.1(C) CERTIFICATE

Pursuant to Local Rule 7.1(C), Restore hereby confirms that it complied with the attorney-conference requirement of Local Rule 7.1(B) and that Intuitive informed Restore that it did not oppose the request for relief.

                                         s/ Jeff Berhold
                                         Jeffrey L. Berhold
                                         COUNSEL FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and<br>RESTORE ROBOTICS REPAIRS LLC,<br><br>Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2022, I served the **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES FROM DECEMBER 21 TO DECEMBER 23** to the following counsel of record via email:

| | |
|---|---|
| ALLEN J RUBY | allen@allenruby.com |
| ABRAHAM M ANDRADE, III | abraham.andrade@skadden.com |
| KAREN MARY LENT | karen.lent@skadden.com |
| LANCE A ETCHEVERRY | lance.etcheverry@skadden.com |
| MICHAEL H MENITOVE | michael.menitove@skadden.com |
| MICHAEL SCOTT BAILEY | michael.bailey@skadden.com |
| MICHAEL WILLIAM FOLGER | michael.folger@skadden.com |

3

| | |
|---|---|
| JORDAN ADAM FEIRMAN | jordan.feirman@skadden.com |
| DAVID LEE MCGEE | dlm@beggslane.com |
| JORDAN ADAM FEIRMAN | jordan.feirman@skadden.com |
| ANDREW DAVID LAZEROW | alazerow@cov.com |
| SONYA DIANE WINNER | swinner@cov.com |
| JOHN FOSTER KENDRICK | jkendrick@cov.com |

                                             s/ Jeff Berhold
                                      Jeffrey L. Berhold
                                      COUNSEL FOR PLAINTIFFS