UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

   **Plaintiffs**,

v.                                           Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

   **Defendant**.
_____/

## ORDER

Upon due consideration of the parties' joint motion to file motions in limine and in-trial briefs under seal (Doc. 194), it is

**ORDERED** that the motion is **GRANTED**, and the parties may file motions in limine and any in-trial briefs[1] that contain confidential information under seal with redacted copies being filed later as proposed in the motion.

**DONE and ORDERED** this 12th day of December, 2022.

                                              _____
                                              **T. KENT WETHERELL, II**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] The Court disfavors in-trial briefing and expects as many issues as possible to be resolved prior to trial at the pretrial conference. Issues that arise during trial (including Rule 50 motions) will typically be handled through ore tenus motions and rulings from the bench.