UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

    **Plaintiffs**,

v.                                                             Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

    **Defendant**.

_____/

**ORDER EXTENDING DEADLINES**

Upon due consideration of Plaintiffs' unopposed motion to extend certain pretrial deadlines (Doc. 195), it is

**ORDERED** that the motion is **GRANTED**, and the December 21, 2022, deadlines in the pretrial scheduling order (*see* Doc. 164 at ¶¶4.B, 4.C) are extended to December 23.

**DONE and ORDERED** this 13th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**