# EXHIBIT 1

Page 1

1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                     TAMPA DIVISION
3
4    REBOTIX REPAIR LLC,                    )
                                            )
5        Plaintiff,                         )
                                            )  CIVIL ACTION FILE
6    vs.                                    )
                                            )  NO. 8:20-cv-02274
7    INTUITIVE SURGICAL, INC.,              )
                                            )
8        Defendant.                         )
9
10              ATTORNEYS EYES ONLY
11       VIRTUAL VIDEOTAPED DEPOSITION OF
12                 STAN HAMILTON
13            Friday, June 4, 2021
14                  9:08 a.m.
15
16       Robin K. Ferrill, CCR-B-1936, RPR
17
18
19
20
21
22
23
24
25

Page 80

1    of involvement.  That was my answer.  There was no
2    stop of involvement.  I -- if -- if questions came
3    up, then I called them.  But I get involved.  I
4    answered them.  I don't know a specific date, but
5    recently.
6         Q.   Well, is it your understanding that what
7    you call the process is still ongoing today?
8              MR. ERWIG:  Objection to form.
9         A.   The process is -- so are you asking me are
10   there repairs that still occur today?
11        Q.   (By Mr. Ruby)  Mr. Hamilton, all you have to
12   do is to say you don't understand a question.  If you
13   don't, just tell me.  And I'll try to --
14        A.   I don't understand what you mean by the
15   term "process."  "Process" can mean different things.
16   But I don't understand how -- I don't understand that
17   question, no.
18        Q.   Is it your understanding that, right up
19   through today, the service, you call it the service
20   of -- of repair, as you call it, of EndoWrist
21   instruments with the Interceptor chip is still
22   ongoing?
23        A.   Yes.  It's still available, yes.  It's
24   still ongoing, yes.  That's correct.
25        Q.   And are the sales reported to you?  Not