IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, RESTORE ROBOTICS REPAIRS LLC, and CLIF PARKER ROBOTICS LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Defendant.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Counterclaimant,<br><br>v.<br><br>RESTORE ROBOTICS LLC and RESTORE ROBOTICS REPAIRS LLC,<br><br>        Counterclaim Defendants. | Civil Case No. 5:19-cv-55-TKW-MJF |

**PLAINTIFFS' MOTION IN LIMINE REGARDING THE SAFETY OF THE <u>RESTORE REPAIR TECHNOLOGY</u>**

| | |
|---|---|
| Jeffrey L. Berhold<br>JEFFREY L. BERHOLD, P.C.<br>1230 Peachtree Street, Suite 1050<br>Atlanta, Georgia 30309 | William G. Harrison<br>HARRISON RIVARD DUNCAN & BUZZETT<br>101 Harrison Avenue<br>Panama City, FL 32401<br><br>COUNSEL FOR PLAINTIFFS |

Pursuant to Fed. R. Evid. 401, 402, and 403, Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC ("Restore") hereby file this motion to preclude Defendant Intuitive Surgical, Inc. ("Intuitive") from offering argument from counsel or evidence from its employees or experts that the Restore repair technology is not safe.  Of course, antitrust law is a question of promoting competition rather than protecting public safety.  *Nat'l Collegiate Athletic Ass'n v. Alston*, 141 S. Ct. 2141, 2159-2160 (2021).  And Restore has filed a separate motion in limine regarding the the exclusion of argument and evidence that Intuitive needs to impose restrictions on customers using third parties to repair EndoWrists or reset their usage limits to preserve consumer demand for the da Vinci or EndoWrists.

Here, Restore moves to exclude argument and evidence relating to the safety of the Restore repair technology.  In fact, the FDA has determined that the technology is safe for repairing EndoWrists and resetting their usage limits.  Restore EndoWrists "are as safe and effective" as the predicate Intuitive S/Si EndoWrists.  Ex. 1 (K210478).  They "operate as originally intended" for an additional ten uses.  Id.  Moreover, Intuitive has never tested new or repaired S/Si EndoWrists to failure.  See, e.g., Ex. 2 at 2 (Howe Dep. at 17:7-17:15).  They have certainly never tested the Restore technology.  Nor have they offered any expert opinions on it.  Therefore, it is irrelevant and would be misleading to the jury if their employees or experts testified without any foundation that the Restore technology is not safe.

1

For the foregoing reasons, the motion should be granted.

Respectfully submitted on December 14, 2022.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.

Pursuant to Local Rule 7.1(F), the memorandum contains 261 words.

## LOCAL RULE 7.1(C) CERTIFICATE

Pursuant to Local Rule 7.1(C), Restore hereby confirms that it complied with the attorney-conference requirement of Local Rule 7.1(B) and that Intuitive informed Restore that it opposed the motion.

                                                        s/ Jeff Berhold
                                                 Jeffrey L. Berhold
                                                 COUNSEL FOR PLAINTIFFS