# EXHIBIT 2

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF FLORIDA
 2                       PANAMA CITY DIVISION
 3
      RESTORE ROBOTICS LLC,
 4    RESTORE ROBOTICS REPAIRS LLC,
      and CLIF PARKER ROBOTICS LLC,
 5
                  Plaintiffs,
 6
      -vs-                             CIVIL ACTION FILE
 7                                     NO.  5:19-CV-55-TKW-MJF
      INTUITIVE SURGICAL, INC.,
 8
                  Defendant.
 9                                                        /
      INTUITIVE SURGICAL, INC.,
10
                  Counterclaimant,
11    -vs-
12    RESTORE ROBOTICS LLC and RESTORE
      ROBOTICS REPAIRS LLC,
13
                  Counterclaim Defendants.
14                                                        /
15
16                      HIGHLY CONFIDENTIAL
17    VIDEOTAPED
      DEPOSITION OF:      ROBERT HOWE
18
      DATE TAKEN:         MONDAY, OCTOBER 20, 2021
19
      TIME:               2:04 P.M. - 3:53 P.M.
20
      PLACE:              BY VIDEOCONFERENCE
21
      REPORTED BY:        CARMEN THOMAS, REGISTERED
22                        PROFESSIONAL REPORTER AND
                          NOTARY PUBLIC
23
24
25
```

```
 1      Q     And do you know whether that document, that
 2   Intuitive-00004692, was created during the litigation in
 3   this case?
 4            MR. FOLGER:  Objection to form.
 5            THE WITNESS:  I do not know.
 6   BY MR. BERHOLD:
 7      Q     Do you know if Intuitive has ever tested the
 8   Si instruments to failure?
 9            MR. FOLGER:  Objection to form.
10            THE WITNESS:  I do not.
11   BY MR. BERHOLD:
12      Q     Do you know if Intuitive ever tested the Xi
13   instruments to failure before the extended lives
14   program?
15      A     I do not.
16      Q     In forming the opinions disclosed in your
17   report, did you conduct any tests of repaired EndoWrist
18   instruments?
19            MR. FOLGER:  Objection to form.
20            THE WITNESS:  No.  No.
21   BY MR. BERHOLD:
22      Q     In forming the opinions disclosed in your
23   report, did you review any tests of repaired EndoWrists?
24      A     I'm sorry.  Could you repeat that?  The audio
25   cut out on me.
```