UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

    **Plaintiffs**,

v.                                        Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

    **Defendant**.

_____/

## ORDER

This case is before the Court based on the parties' joint motion for permission to use and operate surgical devices at trial (Doc. 201).  The motion seeks permission to bring a surgical robot and surgical tools into the courtroom to be used for demonstrative purposes during trial.  The request appears to be reasonable, but the Court has several logistical concerns that will need to be addressed at the pretrial conference.

First, the motion represents that the surgical tools have sharp points or edges.  If the tools are not properly secured when they are not in use, they could be used as weapons.  The Court will invite a representative of the Marshal's Service to the pretrial conference to discuss any security protocols that will need to be taken in the courtroom with the tools.

Second, it is the Court's understanding that the surgical robot is fairly large. The Court wants to get a better understanding of how (and how frequently) the robot will be use and where it will need to be placed in the courtroom so that it will be accessible but not obtrusive.

Accordingly, it is **ORDERED** that the joint motion is **GRANTED**, subject to working out these (and any other) logistical issues at the pretrial conference.

**DONE and ORDERED** this 15th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**