UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

    **Plaintiffs**,

v.                                                      Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

    **Defendant**.
_____/

## **ORDER**

    The parties collectively filed 11 motions in limine. Rather than 11 separate responses, the Court would prefer that a single response be filed by each party with separate sections for each motion.

    The pretrial conference order (Doc. 164) requires the parties to jointly file proposed jury instructions and details the procedure for doing so. In the interest of judicial economy, the procedure is modified as follows: one party (Plaintiffs unless the parties agree otherwise) shall prepare and provide to the other party a full text version of the proposed instructions in Word format; the other party shall propose any changes and/or additional instructions using the track-change feature in Word; the parties shall then confer in an attempt to agree on as many of the proposed changes/additions that they can; agreed-upon changes shall be accepted through the track-change feature. The proposed instructions filed with the Court shall be the

full-text version with any areas of disagreement reflected in the unaccepted tracked changes and each party's position succinctly stated in an adjacent comment bubble. Accordingly, on the Court's own motion, it is **ORDERED** that:

1. Each party shall file a single response that addresses all of the opposing parties' motions in limine. The response may be filed under seal, if necessary. The responses may exceed the word limit in Local Rule 7.1(E) but shall be as concise as possible.

2. The provisions of the pretrial conference order relating to proposed jury instructions are modified as set forth above. The proposed jury instructions need not be filed with the pretrial stipulation, but they shall be filed at least 3 days before the pretrial conference.

**DONE and ORDERED** this 16th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**