# Exhibit 1

*Restore Robotics LLC, et al. v. Intuitive Surgical, Inc.*
Case No. 5:19-cv-0055-TKW-MJF

**Restore Robotics LLC's Trial Exhibit List**

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0001 | AHS_HMC-INTUITIVE_0000039 | AHS_HMC-INTUITIVE_0000039 | 5/6/2020 email from Davena Talley | A; F; H |
| PX0002 | AHS_HMC-INTUITIVE_0000047 | AHS_HMC-INTUITIVE_0000049 | 5/8/2020 email from Davena Talley | A; F; H; 403 |
| PX0003 | AHS_HMC-INTUITIVE_0000115 | AHS_HMC-INTUITIVE_0000116 | 1/31/2020 email from Cairo Wasfy | A; F; H; 403 |
| PX0004 | AHS_MGMT000020 | AHS_MGMT000021 | 1/30/2020 email from Davena Talley | A; F; H; 403 |
| PX0005 | AHS_MGMT000025 | AHS_MGMT000025 | 5/6/2020 email from Davena Talley | A; F; H; 403 |
| PX0006 | AHS_MGMT000030 | AHS_MGMT000031 | 1/30/2020 email from Davena Talley | A; F; H; 403 |
| PX0007 | AHS_MGMT-INTUITIVE_0000039 | AHS_MGMT-INTUITIVE_0000040 | 12/27/2019 email from Preshie Wilson | A; F; H; 403; C |
| PX0008 | AHS_MGMT-INTUITIVE_0000134 | AHS_MGMT-INTUITIVE_0000141 | 12/28/2019 email from Eugene Dickens | A; F; H; 403 |
| PX0009 | AHS_MGMT-INTUITIVE_0000147 | AHS_MGMT-INTUITIVE_0000149 | 12/28/2019 email from Cairo Wasfy | A; F; H; 403 |
| PX0010 | AHS_MGMT-INTUITIVE_0000189 | AHS_MGMT-INTUITIVE_0000189 | 1/12/2020 email from Cairo Wasfy | A; F; H; 403 |
| PX0011 | AHS_MGMT-INTUITIVE_0000197 | AHS_MGMT-INTUITIVE_0000198 | 1/22/2020 email from Cairo Wasfy | A; F; H; 403 |
| PX0012 | AHS_MGMT-INTUITIVE_0000236 | AHS_MGMT-INTUITIVE_0000236 | 1/31/2020 email from Mills Vautrot | A; F; H; C |
| PX0013 | AHS_MGMT-INTUITIVE_0000237 | AHS_MGMT-INTUITIVE_0000238 | Restore Robotics Flyer | A; F; H; C |
| PX0014 | AHS_MGMT-INTUITIVE_0000312 | AHS_MGMT-INTUITIVE_0000312 | 2/14/2020 email from Cairo Wasfy | A; F; H; 403 |
| PX0015 | AHS_MGMT-INTUITIVE_0000452 | AHS_MGMT-INTUITIVE_0000453 | 5/12/2020 email from Cairo Wasfy | A; F; H; 403 |
| PX0016 | AHS_MGMT-INTUITIVE_0000454 | AHS_MGMT-INTUITIVE_0000454 | 5/12/2020 email from Cairo Wasfy | A; F; H; 403 |
| PX0017 | AHS_MGMT-INTUITIVE_0000591 | AHS_MGMT-INTUITIVE_0000591 | 5/11/2020 email from Steve Petrovich | A; F; H |
| PX0018 | CONWAY-000017 | CONWAY-000017 | 10/15/2018 email from Kent Brunen | A; F; H; 403; C |
| PX0019 | CONWAY-000019 | CONWAY-000020 | 7/19/2019 email from Ron Bair | A; F; H; C |
| PX0020 | CONWAY-000024 | CONWAY-000026 | 7/26/2019 email from Dan Jones | A; F; H; 403 |
| PX0021 | CONWAY-000037 | CONWAY-000037 | 8/14/2019 email from Matthew Fischer | A; F; H; 403; I; C |
| PX0022 | CRESCENT000001 | CRESCENT000012 | Crescent City Document Production | A; F; H; 403 |
| PX0023 | CRESCENT000016 | CRESCENT000016 | Crescent City Audio File | F; 402; 403 |
| PX0024 | Intuitive-00000105 | Intuitive-00000128 | Da Vinci X/Xi Instrument Catalog (2/2020) | F |
| PX0025 | Intuitive-00000129 | Intuitive-00000156 | Da Vinci Si Instrument Catalog (3/2020) | F; 402; 403 |
| PX0026 | Intuitive-00000157 | Intuitive-00000157 | Patents Database | F; 402; 403 |
| PX0027 | Intuitive-00000266 | Intuitive-00000266 | System Pricing Approval Datasheet (3/2015) | F |
| PX0028 | Intuitive-00000284 | Intuitive-00000315 | Intuitive Organization Chart (June 2018) | F |
| PX0029 | Intuitive-00000501 | Intuitive-00000639 | Si Instruments & Accessories User Manual | F |
| PX0030 | Intuitive-00000642 | Intuitive-00000942 | da Vinci Si Surgical System User Manual | F |
| PX0031 | Intuitive-00001358 | Intuitive-00001403 | DAVINCI powerpoint | F; 403; C |
| PX0032 | Intuitive-00002050 | Intuitive-00002092 | TIGER TEAM powerpoint | F; 403 |
| PX0033 | Intuitive-00004126 | Intuitive-00004172 | Extended Lives powerpoint (1/2020) | F; 402; 403 |
| PX0034 | Intuitive-00004673 | Intuitive-00004673 | Xi Pricing Approval Datasheet (3/2014) | F; 402; 403 |
| PX0035 | Intuitive-00004679 | Intuitive-00004679 | Xi Pricing Approval Datasheet (3/2015) | F; 402; 403 |
| PX0036 | Intuitive-00004810 | Intuitive-00004810 | System Pricing Approval Datasheet (7/2020) | F; 402; 403 |
| PX0037 | Intuitive-00004863 | Intuitive-00004863 | Pricing Approval Matrix S & Si (8/2020) | F; 402; 403 |
| PX0038 | Intuitive-00005026 | Intuitive-00005026 | X/Xi I&A Pricing Approval Matrix (9/2020) | F; 403 |
| PX0039 | Intuitive-00005051 | Intuitive-00005067 | Core Life Extension Steering Committee Update | F; 402; 403 |

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0040 | Intuitive-00005068 | Intuitive-00005108 | Extended Lives powerpoint (5/2020) | F; 403; C |
| PX0041 | Intuitive-00010119 | Intuitive-00010119 | Instrument Refurbishment Pilot | F; 403 |
| PX0042 | Intuitive-00014389 | Intuitive-00014390 | 4/1/2019 email from Mark Johnson | F |
| PX0043 | Intuitive-00019774 | Intuitive-00019775 | 5/7/2019 letter from Intuitive | F; 403; C |
| PX0044 | Intuitive-00025115 | Intuitive-00025121 | 11/4/2019 powerpoint | F |
| PX0045 | Intuitive-00027311 | Intuitive-00027317 | Functional Requirements | F |
| PX0046 | Intuitive-00030386 | Intuitive-00030393 | Reliability Verification Report | F |
| PX0047 | Intuitive-00032916 | Intuitive-00032917 | 10/25/2018 letter from Intuitive | F; C; 403 |
| PX0048 | Intuitive-00039536 | Intuitive-00039537 | Intuitive Service Renewal Addendum | F; H; 403 |
| PX0049 | Intuitive-00040711 | Intuitive-00040714 | 11/18/2019 email from Mike Madewell | F; H |
| PX0050 | Intuitive-00044517 | Intuitive-00044517 | 8/28/2019 email from Ron Bair | F; C |
| PX0051 | Intuitive-00044524 | Intuitive-00044526 | 9/11/2019 letter from Intuitive | F; C |
| PX0052 | Intuitive-00044528 | Intuitive-00044530 | 9/19/2019 letter from Intuitive | F; C |
| PX0053 | Intuitive-00047082 | Intuitive-00047082 | 8/23/2016 letter from Dave Rosa | F; H; 402; 403; C |
| PX0054 | Intuitive-00047105 | Intuitive-00047314 | Refurbished Medical Equipment Market Global Forecast to 2021 | F; C |
| PX0055 | Intuitive-00049014 | Intuitive-00049016 | 11/4/2019 letter from Intuitive | F; H; C |
| PX0056 | Intuitive-00049089 | Intuitive-00049102 | SIS Summary of Quality and Reliability | F; 402; 403; C |
| PX0057 | Intuitive-00049494 | Intuitive-00049509 | Review of Xi Indications for Use | F; C |
| PX0058 | Intuitive-00067540 | Intuitive-00067547 | Conway Regional SLSA dated 8/15/2019 | F |
| PX0059 | Intuitive-00095301 | Intuitive-00095307 | 11/27/2019 email from Jason Duhe | F; C; 403 |
| PX0060 | Intuitive-00100252 | Intuitive-00100268 | X Pricing Discussion powerpoint | F; 402; 403; C |
| PX0061 | Intuitive-00102938 | Intuitive-00102989 | Managing the Long Tail of da Vinci Si | F; 403; C |
| PX0062 | Intuitive-00104183 | Intuitive-00104205 | Instrument Remanufacturing Limited Launch | F; 403; C |
| PX0063 | Intuitive-00104928 | Intuitive-00104953 | 7/26/2018 email from Katie Scoville | F; H; 402; 403; C |
| PX0064 | Intuitive-00105901 | Intuitive-00106106 | 6/12/19 email from Katie Scoville attaching Medical Equipment Maintenance Market Forecast to 2023 | F; H |
| PX0065 | Intuitive-00106653 | Intuitive-00106658 | 10/30/2019 email from Todd Tourand | F; C |
| PX0066 | Intuitive-00111192 | Intuitive-00111193 | Powerpoint slides regarding Medrobotics | F; H; 402; 403; C |
| PX0067 | Intuitive-00111902 | Intuitive-00112015 | Usability Risk Analysis | F; C; 403 |
| PX0068 | Intuitive-00114441 | Intuitive-00114468 | Background to last-time purchase plan | F; C |
| PX0069 | Intuitive-00115682 | Intuitive-00115689 | 10/30/2019 email from Ryan Shaw | F; H; 403; C |
| PX0070 | Intuitive-00128685 | Intuitive-00128685 | da Vinci Overview: General Business Case | F; H |
| PX0071 | Intuitive-00140698 | Intuitive-00140698 | 10/13/2017 email from Dave Rosa | F; H |
| PX0072 | Intuitive-00140707 | Intuitive-00140709 | 10/15/2017 email from Cindy Domescus | F |
| PX0073 | Intuitive-00145583 | Intuitive-00145587 | 1/2019 Competitive Update powerpoint | F; 402; 403; C |
| PX0074 | Intuitive-00147071 | Intuitive-00147071 | 10/30/2019 email from Dave Rosa | F; C |
| PX0075 | Intuitive-00147367 | Intuitive-00147368 | 1/20/2017 email from Bob DeSantis | F; C |
| PX0076 | Intuitive-00147369 | Intuitive-00147372 | 1/19/2017 email from Bob DeSantis | F; C |
| PX0077 | Intuitive-00154125 | Intuitive-00154126 | 2019 US Billable Service Rates | F; C |
| PX0078 | Intuitive-00157064 | Intuitive-00157065 | 4/2/2019 letter from Intuitive | F; 402; 403; C |
| PX0079 | Intuitive-00157098 | Intuitive-00157099 | 2/22/2018 letter from Intuitive | F; 402; 403; C |
| PX0080 | Intuitive-00165844 | Intuitive-00165844 | 12/12/2019 letter from Intuitive | F; H; C; PRIV |
| PX0081 | Intuitive-00187238 | Intuitive-00187248 | Instrument Life Extension powerpoint | F |
| PX0082 | Intuitive-00194765 | Intuitive-00194772 | 10/24/2019 email from Anne Narimatsu | F; C; 403 |
| PX0083 | Intuitive-00211776 | Intuitive-00211778 | 10/10/2019 letter from Intuitive | F; 403 |
| PX0084 | Intuitive-00214241 | Intuitive-00214244 | 2/13/2019 email from Mario Lowe | F; C |
| PX0085 | Intuitive-00222027 | Intuitive-00222038 | Secondary Markets powerpoint (2/2018) | F; H; C |
| PX0086 | Intuitive-00223998 | Intuitive-00224033 | Refurbishing powerpoint (9/2018) | F; H; C |
| PX0087 | Intuitive-00273300 | Intuitive-00273330 | Agenda: Instruments and Accessories | F; H; 402; 403; C; |
| PX0088 | Intuitive-00273340 | Intuitive-00273358 | 7/6/2017 email from Ben Bedore | F; C |
| PX0089 | Intuitive-00277619 | Intuitive-00277655 | Instruments & Accessories powerpoint | F |
| PX0090 | Intuitive-00278244 | Intuitive-00278245 | 11/7/2019 email from Bob DeSantis | F |
| PX0091 | Intuitive-00279923 | Intuitive-00279957 | Da Vinci Si Instrument Catalog (2/18) | F; 402; 403 |
| PX0092 | Intuitive-00279958 | Intuitive-00279983 | Da Vinci Xi Instrument Catalog (1/18) | F; C |
| PX0093 | Intuitive-00281779 | Intuitive-00281826 | Baylor Scott & White SLSA | F; C |
| PX0094 | Intuitive-00282732 | Intuitive-00282736 | 2/19/2019 letter from Intuitive | F |
| PX0095 | Intuitive-00291752 | Intuitive-00291752 | Si Replacement Parts Price List | F; 402; 403 |
| PX0096 | Intuitive-00291753 | Intuitive-00291753 | Xi Replacement Parts Price List | F; H; 403; PRIV |

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0097 | Intuitive-00313614 | Intuitive-00313619 | 7/26/2019 email from Ron Bair | F |
| PX0098 | Intuitive-00315728 | Intuitive-00315730 | 10/10/2019 letter from Intuitive | F |
| PX0099 | Intuitive-00315769 | Intuitive-00315769 | 10/24/2019 letter from Intuitive | F; 402; 403 |
| PX0100 | Intuitive-00323352 | Intuitive-00323352 | Zone to Win spreadsheet | F; H |
| PX0101 | Intuitive-00330242 | Intuitive-00330243 | 2/9/2018 email from Andrew Boxley | F; H; 402; 403 |
| PX0102 | Intuitive-00330244 | Intuitive-00330244 | I&A Per Procedure Cost Model 2017 | F; H |
| PX0103 | Intuitive-00354548 | Intuitive-00354590 | Greenfield Selling powerpoint | F; H |
| PX0104 | Intuitive-00367019 | Intuitive-00367063 | I&A Refurbishment Feasibility (1/2017) | F; H |
| PX0105 | Intuitive-00367064 | Intuitive-00367121 | I&A Refurbishment Feasibility (3/2017) | F |
| PX0106 | Intuitive-00367171 | Intuitive-00367172 | Reprogrammed Instrument Customer Letter (1/2017) | F |
| PX0107 | Intuitive-00367733 | Intuitive-00367790 | I&A Refurbishment Feasibility (3/2017) | F; H; 402; 403 |
| PX0108 | Intuitive-00369248 | Intuitive-00369249 | 2/24/2019 email from Katie Scoville | F; H |
| PX0109 | Intuitive-00369327 | Intuitive-00369347 | 7/29/2019 email from Patrick Swindon | F; H; C |
| PX0110 | Intuitive-00373839 | Intuitive-00373841 | 10/10/2019 letter from Intuitive | A; F; H; C |
| PX0111 | Intuitive-00373885 | Intuitive-00373887 | 11/26/2019 letter from Intuitive | F |
| PX0112 | Intuitive-00397354 | Intuitive-00397395 | Competitive Responses Notes (11/2019) | F; H; 402; 403 |
| PX0113 | Intuitive-00439319 | Intuitive-00439321 | 10/18/2019 email from Veronica Thralls | F; H |
| PX0114 | Intuitive-00439677 | Intuitive-00439679 | 2/22/2019 letter from Intuitive | F |
| PX0115 | Intuitive-00463328 | Intuitive-00463403 | MOVE powerpoint (1/2019) | F |
| PX0116 | Intuitive-00473747 | Intuitive-00473747 | Tableau Matrix Backup (9/2020) | F; 402; 403 |
| PX0117 | Intuitive-00473788 | Intuitive-00473819 | Board Meeting powerpoint (10/2017) | F; H |
| PX0118 | Intuitive-00477615 | Intuitive-00477616 | Sampling Plans for Final Quality | F; H |
| PX0119 | Intuitive-00477617 | Intuitive-00477619 | Sampling Plans for Quality Control | F; H |
| PX0120 | Intuitive-00478297 | Intuitive-00478298 | 8/13/2019 email from Ron Bair | F; H; 403 |
| PX0121 | Intuitive-00478439 | Intuitive-00478444 | 11/15/2018 letter from Intuitive | F |
| PX0122 | Intuitive-00478591 | Intuitive-00478592 | 7/17/2019 letter from Mark Johnson | F |
| PX0123 | Intuitive-00478797 | Intuitive-00479033 | Refurbished Instruments spreadsheet | F |
| PX0124 | Intuitive-00519980 | Intuitive-00520005 | Oct 2019 BOD Meeting powerpoint | F; H |
| PX0125 | Intuitive-00538324 | Intuitive-00538371 | IS3000 Clinical Risk Analysis | F |
| PX0126 | Intuitive-00538914 | Intuitive-00538929 | Global Regulatory Assessment (4/2020) | F; 403 |
| PX0127 | Intuitive-00552533 | Intuitive-00552533 | Clinical Risks spreadsheet | F; 403 |
| PX0128 | Intuitive-00552534 | Intuitive-00552534 | Previous Life Testing spreadsheet | F; 403 |
| PX0129 | Intuitive-00552535 | Intuitive-00552535 | Extended Use Life Testing spreadsheet | F; 403 |
| PX0130 | Intuitive-00552665 | Intuitive-00552681 | Non-Filing Justification (8/2020) | F; H |
| PX0131 | Intuitive-00552745 | Intuitive-00552759 | 1/29/2020 letter from Dr. Myriam Curet | F; C |
| PX0132 | Intuitive-00556562 | Intuitive-00556562 | Extended Life Model spreadsheet | F; 402; 403; C |
| PX0133 | Intuitive-00561344 | Intuitive-00561344 | Extended Life spreadsheet | F; 402; 403; C |
| PX0134 | Intuitive-00562853 | Intuitive-00562855 | 1/17/2020 letter from Intuitive | F; C |
| PX0135 | Intuitive-00563748 | Intuitive-00563763 | Hillcrest SLSA dated 12/14/2011 | F; C |
| PX0136 | Intuitive-00564364 | Intuitive-00564364 | 7/20/2020 email from Cairo Wasfy | F; C |
| PX0137 | Intuitive-00564365 | Intuitive-00564370 | 7/20/2020 Service Agreement (AHS) | F; C |
| PX0138 | Intuitive-00564534 | Intuitive-00564534 | 7/23/2020 email from Josh Lowe | F; 402; 403; C |
| PX0139 | Intuitive-00564535 | Intuitive-00564535 | Hillcrest Extended Use vs 2019 | F; 402; 403; C |
| PX0140 | Intuitive-00565670 | Intuitive-00565671 | 5/12/2020 email from Ron Bair | F; H; 403 |
| PX0141 | Intuitive-00566507 | Intuitive-00566543 | I&A Refurbishment Pricing Study | F; C |
| PX0142 | Intuitive-00569180 | Intuitive-00569182 | 5/14/2020 letter from Intuitive | F; C |
| PX0143 | Intuitive-00569243 | Intuitive-00569338 | 7/28/2020 email from AJ Inacay | F |
| PX0144 | Intuitive-00569308 | Intuitive-00569310 | 2/25/2020 letter from Intuitive | F; C |
| PX0145 | Intuitive-00571076 | Intuitive-00571080 | 7/20/2020 email from Tucker Oliver | F; C |
| PX0146 | Intuitive-00585400 | Intuitive-00585402 | 7/20/2020 email from Chip Bowman | F; H |
| PX0147 | Intuitive-00585489 | Intuitive-00585491 | 7/27/2020 email from David Marante | F; 402; 403; C |
| PX0148 | Intuitive-00585492 | Intuitive-00585504 | Competitive-Tender-Training toolkit | F; 402; 403; C |
| PX0149 | Intuitive-00594883 | Intuitive-00594902 | Gen4 Instrument Remanufacturing Pilot | F; 403 |
| PX0150 | Intuitive-00595405 | Intuitive-00595405 | Intuitive Contribution Margins | F |
| PX0151 | Intuitive-00595673 | Intuitive-00595694 | 10/29/1995 Intuitive Business Overview | F; C |
| PX0152 | Intuitive-00596101 | Intuitive-00596106 | 4/19/2016 email from Patrick Clingan | F; H; 402; 403 |
| PX0153 | Intuitive-00607351 | Intuitive-00607389 | Da Vinci SI Instrument Catalog (11/2015) | F |
| PX0154 | Intuitive-00611299 | Intuitive-00611299 | Extended Use Program - New Pricing | F; 402; 403; C |

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0155 | Intuitive-00611726 | Intuitive-00611726.0019 | Blue Team powerpoint (2/2018) | F; 402; 403; C |
| PX0156 | Intuitive-00611727 | Intuitive-00611727.0012 | Blue Team Rebuttal powerpoint (2/2018) | F; 402; 403; C |
| PX0157 | Intuitive-00611788 | Intuitive-00611788.0002 | da Vinci Surgeon Locator | F; 402; 403 |
| PX0158 | Intuitive-00612940 | Intuitive-00612940.0005 | 6/29/2017 email from Andrew Coster | F; H; 402; 403 |
| PX0159 | Intuitive-00614495 | Intuitive-00614495 | CIP Master spreadsheet (7/2018) | F; 402; 403; C |
| PX0160 | Intuitive-00633772 | Intuitive-00633787 | Da Vinci Xi Instrument Catalog (3/2014) | F |
| PX0161 | Intuitive-00669784 | Intuitive-00669785 | Customer Letter Non-Intuitive Drape | F; H; C; 402; 403 |
| PX0162 | Intuitive-00680276 | Intuitive-00680397 | Xi Instruments & Accessories User Manual | F; 402; 403; C |
| PX0163 | Intuitive-00682324 | Intuitive-00682325 | Extended Use Program - FAQ (Internal) | F; 402; 403 |
| PX0164 | Intuitive-00683447 | Intuitive-00683456 | Extended Use Program - Objection Handling | F; 402; 403; C |
| PX0165 | Intuitive-00687058 | Intuitive-00687058 | Extended Use Program - FAQ (Customer) | F; 402; 403; C |
| PX0166 | Intuitive-00687462 | Intuitive-00687462 | Extended Use Program Claims Matrix | F; 402; 403; C |
| PX0167 | Intuitive-00688118 | Intuitive-00688138 | 1/20/2021 email from Todd Tourand | F |
| PX0168 | Intuitive-00688489 | Intuitive-00688497 | Discontinuation Dashboard (2/2021) | F; 402; 403; C |
| PX0169 | Intuitive-00688902 | Intuitive-00688902 | Expired Instrument Count spreadsheet | F; 402; 403; C |
| PX0170 | Intuitive-00694679 | Intuitive-00694679 | Conway Regional SSA dated 9/30/2008 | F; 402; 403 |
| PX0171 | Intuitive-00695006 | Intuitive-00695006 | Instrument Complaint Data spreadsheet | F |
| PX0172 | Intuitive-02054170 | Intuitive-02054171 | 12/28/2021 email from FDA | F; 403 |
| PX0173 | Intuitive-02054178 | Intuitive-02054182 | 2/25/2022 email from Anthony Lee | F; 402; 403 |
| PX0174 | Intuitive-02067560 | Intuitive-02067568 | 8/15/2022 email from Zhihie Liao | F; 402; 403 |
| PX0175 | Intuitive-02070395 | Intuitive-02070397 | Rebotix Term Sheet | F; 402; 403; 408 |
| PX0176 | Intuitive-02070399 | Intuitive-02070405 | Rebotix Settlement Agreement | F; 402; 403; 408 |
| PX0177 | PANAMA0000064 | PANAMA0000066 | 10/10/2019 letter from Intuitive | A; F |
| PX0178 | PANAMA000039 | PANAMA000039 | 10/24/2019 letter from Intuitive | A; F; 403 |
| PX0179 | PANAMA000044 | PANAMA000048 | 11/18/2019 email from Mike Madewell | A; F; 403 |
| PX0180 | PANAMA000063 | PANAMA000063 | 5/14/2020 email from Ken Pacer | A; F |
| PX0181 | PANAMACITY000006 | PANAMACITY000006 | 5/16/2018 email from Mike Madewell | A; F; H; I; C; 402; 403 |
| PX0182 | PANAMACITY000035 | PANAMACITY000046 | Panama City Surgery Center SLSA | A; F; H; I; C |
| PX0183 | PANAMACITY000051 | PANAMACITY000051 | 7/23/2018 Intuitive Contract Invoice | A; F; H; I; C |
| PX0184 | PANAMACITY000061 | PANAMACITY000061 | 9/26/2017 Intuitive Price Quote | A; F; H; I; C |
| PX0185 | REBOTIX000641 | REBOTIX000642 | 2/6/2019 email from Clif Parker | A; F; H |
| PX0186 | Restore-00000126 | Restore-00000134 | 11/26/2018 powerpoint | F; H |
| PX0187 | Restore-00000406 | Restore-00000407 | Restore Robotics Pricing | F; H |
| PX0188 | Restore-00001248 | Restore-00001256 | 7/21/2020 email from Kevin May | F; H |
| PX0189 | Restore-00001257 | Restore-00001275 | White Paper | F; A; H; 403 |
| PX0190 | Restore-00001276 | Restore-00001297 | DQS MED Final Report (6/2015) | F; H |
| PX0191 | Restore-00001365 | Restore-00001368 | Endowrist Traveler | F; H |
| PX0192 | Restore-00001369 | Restore-00001400 | May 2018 FDA Report on Servicing | A; F; H |
| PX0193 | Restore-00001424 | Restore-00001439 | Restore Robotics Repairs Return Goods Authorization (11/23/2018) | F; H |
| PX0194 | Restore-00001444 | Restore-00001448 | Medivision Agreement | F; H |
| PX0195 | Restore-00001449 | Restore-00001457 | Rebotix Agreement (10/2018) | F; H |
| PX0196 | Restore-00001458 | Restore-00001486 | Restore Robotics Repairs Quality Manual | F; H |
| PX0197 | Restore-00001538 | Restore-00001578 | Receiving of Repair Product (10/2018) | F; H |
| PX0198 | Restore-00001619 | Restore-00001635 | Bruce McDaniel Certifications | F; H |
| PX0199 | Restore-00001679 | Restore-00001691 | West Gordon Certifications | F; H; I; C |
| PX0200 | Restore-00002080 | Restore-00002086 | Restore Robotics Report by Minimally Invasive Solutions | F; H |
| PX0201 | Restore-00002301 | Restore-00002302 | Restore Robotics Corporate Brochure | F; H |
| PX0202 | Restore-00002366 | Restore-00002366 | Restore Robotics Flyer | F; H |
| PX0203 | Restore-00002375 | Restore-00002375 | Restore Robotics Flyer | F; H |
| PX0204 | Restore-00002469 | Restore-00002471 | Medivision FDA Annual Registration | F; H |
| PX0205 | Restore-00002472 | Restore-00002472 | Medivision ISO Certification | F; H |
| PX0206 | Restore-00002833 | Restore-00002833 | Restore Robotics Sales by Customer | A; F; H; C |
| PX0207 | Restore-00002834 | Restore-00002835 | Restore Robotics P&L (1/2019-10/2019) | A; F; H; C |

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0208 | Restore-00003003 | Restore-00003017 | Baylor Scott & White Service Agreement | A; F; H; C |
| PX0209 | Restore-00006478 | Restore-00006554 | Deciding When to Submit a 510(k) for a Change to an Existing Device | F; H; C; O |
| PX0210 | Restore-00007128 | Restore-00007139 | 10/1/2018 letter to file | F; H; C; O |
| PX0211 | Restore-00009557 | Restore-00009563 | 2/18/2019 email from Lars Thording | F; H |
| PX0212 | Restore-00026034 | Restore-00026041 | 1/22/2019 email from Alan Moltz | F; H |
| PX0213 | Restore-00032614 | Restore-00032652 | Da Vinci Si Instrument Catalog (11/2015) | A; F; H; C |
| PX0214 | Restore-00033130 | Restore-00033131 | 1/22/2019 email from Mills Vautrot | F; H |
| PX0215 | Restore-00055975 | Restore-00055983 | 7/21/20 email from Kevin May | F; H; 403 |
| PX0216 | Restore-00059574 | Restore-00059577 | 10/10/2019 letter from Intuitive | F; H |
| PX0217 | Restore-00059581 | Restore-00059582 | 10/25 email from Mike Madewell | F; H |
| PX0218 | Restore-00086093 | Restore-00086120 | 6/30/2022 email from Anthony Lee | F; H |
| PX0219 | Restore-00091502 | Restore-00091531 | 8/22/2022 email from Rick Ferreira | F; H |
| PX0220 | Restore-00137315 | Restore-00137323 | 7/7/2021 letter from Intuitive | A; F; H; C |
| PX0221 | Restore-00137324 | Restore-00137453 | Asensus Form 10-K ending 12/31/2021 | A; F; H; C; 402; 403 |
| PX0222 | Restore-00137454 | Restore-00137487 | Asensus Form 10-Q ending 6/30/2022 | A; F; H; C; 402; 403 |
| PX0223 | Restore-00137488 | Restore-00137501 | Medtronic Q1FY23 earnings broadcast | A; F; H; C; 402; 403 |
| PX0224 | Restore-00137502 | Restore-00137647 | Intuitive Form 10-K ending 12/31/2021 | A; F; H |
| PX0225 | Restore-00137648 | Restore-00137704 | Intuitive Form 10-Q ending 6/30/2022 | A; F; H |
| PX0226 | Restore-00137705 | Restore-00137771 | Intuitive Form 10-Q ending 9/30/2020 | A; F; H |
| PX0227 | Restore-00137772 | Restore-00137825 | Intuitive Form 10-Q ending 9/30/2021 | A; F; H |
| PX0228 | Restore-00137826 | Restore-00137827 | Intuitive | Da Vinci X or Xi Instruments Program Notice | A; F; H |
| PX0229 | Restore-00137828 | Restore-00137829 | Estimation of the Acquisition and Operating Costs for Robotic Surgery | A; F; H |
| PX0230 | Restore-00137830 | Restore-00137830 | K210478 Indications for Use | A; F; H; O |
| PX0231 | Restore-00137831 | Restore-00137832 | 9/30/2022 letter from Mark Trumbore | A; F; H |
| PX0232 | Restore-00137833 | Restore-00137840 | K214095 summary | A; F; H; 402; 403 |
| PX0233 | Restore-00137841 | Restore-00137841 | #1 Chapter 7 Involuntary Petition Re: Medrobotics Corporation | A; F; H; 402; 403 |
| PX0234 | Restore-00137842 | Restore-00137842 | Restore Collection Video | F; H; D |
| PX0235 | SIS000047 | SIS000049 | 9/15/2019 Amendment to Agreement | A; F; H; 402; 403 |
| PX0236 | SIS000167 | SIS000167 | Spreadsheet | A; F; H; 402; 403 |
| PX0237 | SIS000205 | SIS000208 | Spreadsheet | F; A; H; 402; 403 |
| PX0238 | TRE000669 | TRE000716 | 10/21/2019 powerpoint | A; F; H; 402; 403 |
| PX0239 | DBMar2013 | | Resume of Douglas M. Bruce | U; I; 402; 403; C |
| PX0240 | N/A | N/A | DePasquale Rep. Fig. 1 | D, O |
| PX0241 | N/A | N/A | DePasquale Rep. Ex. 3 | D, O |
| PX0242 | N/A | N/A | DePasquale Supp. Ex. 1 | D, O |
| PX0243 | N/A | N/A | DePasquale Supp. Pg. 3 | D, O |
| PX0244 | N/A | N/A | DePasquale Supp. Ex. 3 | D, O |
| PX0245 | N/A | N/A | DePasquale Rebuttal Fig. 1 | D, O |
| PX0246 | N/A | N/A | DePasquale Second Supp. Fig. 1 | D, O |
| PX0247 | N/A | N/A | DePasquale Second Supp. Fig. 1 | D, O |
| PX0248 | N/A | N/A | DePasquale Second Supp. Table 1 | D, O |
| PX0249 | N/A | N/A | DePasquale Second Supp. Table 2 | D, O |
| PX0250 | N/A | N/A | Pindyck & Rubinfeld, Microeconomics, Sixth Edition (2005) at 400-402. | U; I; C |
| PX0251 | N/A | N/A | Harvey Dep. Ex. 7 | A; F; H |
| PX0252 | N/A | N/A | Johnson Dep. Ex. 7 | F; 402; 403 |
| PX0253 | N/A | N/A | Madewell Dep. Ex. 1 | H; 402; 403 |
| PX0254 | N/A | N/A | Madewell Dep. Ex. 2 | H; 402; 403 |
| PX0255 | N/A | N/A | Intuitive Responses to First RFAs | H; 403, and objections stated within the exhibit |

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0256 | N/A | N/A | Intuitive Supp Resp to First Interr | H; 403, and objections stated within the exhibit |
| PX0257 | N/A | N/A | Plaintiffs' Amended 30(b)(6) | I; C |
| PX0258 | N/A | N/A | Notice re clarification by the FDA | I; C |
| PX0259 | N/A | N/A | EndoWrist Instruments | D |
| PX0260 | N/A | N/A | Laparoscopic Instruments | D |
| PX0261 | N/A | N/A | K210478 510(k) Summary | A; F; H; U; I; C; 402; 403; ML |
| PX0262 | Intuitive-00595406 | Intuitive-00595406 | Q4'14_ZPRICE_VAR_wKE30.XLSX | F; C; 403 |
| PX0263 | Intuitive-00595407 | Intuitive-00595407 | Q1'15_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0264 | Intuitive-00595408 | Intuitive-00595408 | Q2'15_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0265 | Intuitive-00595409 | Intuitive-00595409 | Q3'15_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0266 | Intuitive-00595410 | Intuitive-00595410 | Q4'15_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0267 | Intuitive-00595411 | Intuitive-00595411 | Q1'16_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0268 | Intuitive-00595412 | Intuitive-00595412 | Q2'16_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0269 | Intuitive-00595413 | Intuitive-00595413 | Q3'16_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0270 | Intuitive-00595414 | Intuitive-00595414 | Q4'16_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0271 | Intuitive-00595415 | Intuitive-00595415 | Q1'17_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0272 | Intuitive-00595416 | Intuitive-00595416 | Q2'17_ZPRICE_VAR_wKE30.XLSX | F; C; 403 |
| PX0273 | Intuitive-00595417 | Intuitive-00595417 | Q3'17_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0274 | Intuitive-00595418 | Intuitive-00595418 | Q4'17 (Oct and Nov) _ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0275 | Intuitive-00595419 | Intuitive-00595419 | Q4'17 (Dec) _ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0276 | Intuitive-00595420 | Intuitive-00595420 | Q1'18_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0277 | Intuitive-00595421 | Intuitive-00595421 | Q2'18_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0278 | Intuitive-00595422 | Intuitive-00595422 | Q3'18_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0279 | Intuitive-00595423 | Intuitive-00595423 | Q4'18_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0280 | Intuitive-00595424 | Intuitive-00595424 | Q1'19_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0281 | Intuitive-00595425 | Intuitive-00595425 | Q2'19_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0282 | Intuitive-00595426 | Intuitive-00595426 | Q3'19_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0283 | Intuitive-00595427 | Intuitive-00595427 | Q4'19_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0284 | Intuitive-00595428 | Intuitive-00595428 | Q1'21_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0285 | Intuitive-00595434 | Intuitive-00595434 | Q3'14_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0286 | Intuitive-00595435 | Intuitive-00595435 | Q2'14_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0287 | Intuitive-00595436 | Intuitive-00595436 | Q1'14_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0288 | Intuitive-00595437 | Intuitive-00595437 | 2013_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0289 | Intuitive-00695144 | Intuitive-00695144 | 2013_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0290 | Intuitive-00695231 | Intuitive-00695231 | FY'2020_ZPRICE_VAR_wKE30 (1).xlsx | F; C; 403 |
| PX0291 | Intuitive-00695232 | Intuitive-00695232 | FY'2020_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0292 | Intuitive-00695233 | Intuitive-00695233 | Q4'16_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0293 | Intuitive-00695234 | Intuitive-00695234 | FY'2012_ZPRICE_VAR_wKE30 xlsx | F; C; 403 |
| PX0294 | Intuitive-02025757 | Intuitive-02025757 | Q1'22_ZPRICE_VAR xlsx | F; C; 403 |
| PX0295 | Intuitive-02025758 | Intuitive-02025758 | Q2'22_ZPRICE_VAR (1st Half) xlsx | F; C; 403 |
| PX0296 | Intuitive-02025759 | Intuitive-02025759 | Q2'22_ZPRICE_VAR (2nd Half) xlsx | F; C; 403 |
| PX0297 | Intuitive-00595429 | Intuitive-00595429 | Q1'21 - System Boxi Report xlsx | F; C; 403 |
| PX0298 | Intuitive-00595430 | Intuitive-00595430 | Q4'20 - System Boxi Report xlsx | F; C; 403 |
| PX0299 | Intuitive-00595431 | Intuitive-00595431 | Q3´20 - System Boxi report xlsx | F; C; 403 |
| PX0300 | Intuitive-00595432 | Intuitive-00595432 | Q2'20 - System Boxi report.xlsx | F; C; 403 |
| PX0301 | Intuitive-00595433 | Intuitive-00595433 | Q1'20 - System Boxi Report xlsx | F; C; 403 |
| PX0302 | Intuitive-00595438 | Intuitive-00595438 | Q4'19 - System Boxi Report xlsx | F; C; 403 |
| PX0303 | Intuitive-00595439 | Intuitive-00595439 | Q3'19 - System Boxi Report xlsx | F; C; 403 |
| PX0304 | Intuitive-00595440 | Intuitive-00595440 | Q2'19 - System Boxi Report xlsx | F; C; 403 |
| PX0305 | Intuitive-00595441 | Intuitive-00595441 | Q1'19 - System Boxi Report xlsx | F; C; 403 |
| PX0306 | Intuitive-00595442 | Intuitive-00595442 | Q1'18 - System Boxi Report xlsx | F; C; 403 |
| PX0307 | Intuitive-00595443 | Intuitive-00595443 | Q2'18 - System Boxi Report xlsx | F; C; 403 |
| PX0308 | Intuitive-00595444 | Intuitive-00595444 | Q3'18 - System Boxi Report xlsx | F; C; 403 |
| PX0309 | Intuitive-00595445 | Intuitive-00595445 | Q4'18 - System Boxi Report xlsx | F; C; 403 |
| PX0310 | Intuitive-00595446 | Intuitive-00595446 | Q1'17 - System Boxi Report xlsx | F; C; 403 |
| PX0311 | Intuitive-00595447 | Intuitive-00595447 | Q2'17 - System Boxi Report xlsx | F; C; 403 |

| Ex. No. | Bates Start | BatesStop | Document Description | Objections |
|---|---|---|---|---|
| PX0312 | Intuitive-00595448 | Intuitive-00595448 | Q3'17 - System Boxi Report xlsx | F; C; 403 |
| PX0313 | Intuitive-00595449 | Intuitive-00595449 | Q4'17 - System Boxi Report xlsx | F; C; 403 |
| PX0314 | Intuitive-00595450 | Intuitive-00595450 | Q1'16 - System Boxi Report xlsx | F; C; 403 |
| PX0315 | Intuitive-00595451 | Intuitive-00595451 | Q2'16 - System Boxi Report xlsx | F; C; 403 |
| PX0316 | Intuitive-00595452 | Intuitive-00595452 | Q3'16 - System Boxi Report xlsx | F; C; 403 |
| PX0317 | Intuitive-00595453 | Intuitive-00595453 | Q4'16 - System Boxi Report xlsx | F; C; 403 |
| PX0318 | Intuitive-00595454 | Intuitive-00595454 | Q1'15 - System Boxi Report xlsx | F; C; 403 |
| PX0319 | Intuitive-00595455 | Intuitive-00595455 | Q2'15 - System Boxi Report xlsx | F; C; 403 |
| PX0320 | Intuitive-00595456 | Intuitive-00595456 | Q3'15 - System Boxi Report xlsx | F; C; 403 |
| PX0321 | Intuitive-00595457 | Intuitive-00595457 | Q4'15 - System Boxi Report xlsx | F; C; 403 |
| PX0322 | Intuitive-00595458 | Intuitive-00595458 | Q1'14 - System Boxi Report xlsx | F; C; 403 |
| PX0323 | Intuitive-00595459 | Intuitive-00595459 | Q2'14 - System Boxi Report xlsx | F; C; 403 |
| PX0324 | Intuitive-00595460 | Intuitive-00595460 | Q3'14 - System Boxi Report xlsx | F; C; 403 |
| PX0325 | Intuitive-00595461 | Intuitive-00595461 | Q4'14 - System Boxi Report xlsx | F; C; 403 |
| PX0326 | Intuitive-00595462 | Intuitive-00595462 | Q4'13 - System Boxi Report xlsx | F; C; 403 |
| PX0327 | Intuitive-00595463 | Intuitive-00595463 | Q3'13 - System Boxi Report xlsx | F; C; 403 |
| PX0328 | Intuitive-00849019 | Intuitive-00849019 | ISI System Revenue Report | F; C; 403 |
| PX0329 | Restore-00073843 | Restore-00073843 | Contact Info - Ben Lipson | F; 402; 403 |
| PX0330 | Restore-00073844 | Restore-00073844 | 11/26/19 messaging from Ben Lipson | F; H; 402; 403 |
| PX0331 | Restore-00010505 | Restore-00010509 | 9/13/19 email from Alex Dalmau | A; F; H; 403 |