# EXHIBIT 3

<u>Restore Robotics Witness List</u>

<u>Live Witnesses</u>

Christina DePasquale

Kevin May

Clif Parker

John "Jake" Colletti*

Gene Dickens*

Rick Ferreira*

Keith Johnson*

Mike Madewell*

Cairo Wasfy*

\* These third-party witnesses are not within 100 miles of the Pensacola courthouse. Restore has confirmed the availability of Dr. Dickens, Mr. Ferreira, Mr. Johnson, Mr. Madewell, and Mr. Wasfy to testify in person. Restore has been unable to reach Mr. Colletti to date. Restore intends to use the depositions of Mr. Colletti, Dr. Dickens, and Mr. Madewell if they do not appear to testify in person.

Deposition Designations

Jake Colletti

Myriam Curet

Bob DeSantis

Mario Lowe

Kyle Marks

Tyler McDonald

Todd Pope

Greg Posdal

Amie Reed

Dave Rosa