*Restore Robotics, LLC et al. v. Intuitive Surgical, Inc.*
Civil Case No. 5:19-cv-55-TKW-MJF, N.D. Fla

### Intuitive Surgical, Inc.'s Witness List

      Pursuant to this Court's Order Scheduling Trial and Pretrial Conference and Establishing Related Deadlines and Procedures (ECF No. 164), Defendant and Counterclaim Plaintiff Intuitive Surgical, Inc. ("Intuitive") hereby provides the Court with a list of all witnesses, including rebuttal and expert, intended to be called at the trial by Intuitive. Intuitive has previously notified Plaintiffs and Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC of these witnesses. (*See* ECF No. 164.)

| **Intends To Call Live** | **May Call Live Or By Deposition** |
|---|---|
| Ron Bair | Ron Arkin (live or by deposition) |
| John Bomalaski [Expert] | Rafal Chudzik (live or by deposition) |
| Myriam Curet | Jake Colletti (by deposition) |
| Robert Howe [Expert] | Bob DeSantis |
| Mark Johnson | Eugene Dickens (by deposition) |
| Anthony McGrogan | Rick Ferreira (live or by deposition) |
| Maggie Nixon | Christopher Gamiddo |
| Sara Parikh [Expert] | Chris Gibson (by deposition) |
| Dave Rosa | Nicky Goodson |
| Heather Rosecrans [Expert] | West Gordon (live or by deposition) |
| Loren Smith [Expert] | Chris Goss |
| Glenn Vavoso | Ben Lipson |
| | Mario Lowe |
| | Stan Hamilton (by deposition) |
| | Mike Madewell (by deposition) |
| | Kyle Marks (by deposition) |
| | Kevin May (live or by deposition) |
| | Tyler McDonald (by deposition) |
| | David Mixner (by deposition) |
| | Joe Morrison (by deposition) |
| | Glenn Papit (live or by deposition) |
| | Clif Parker (live or by deposition) |
| | Todd Pope (by deposition) |
| | Greg Posdal (by deposition) |
| | Amie Reed (by deposition) |
| | David Robinson |
| | Katie Scoville |
| | Jeff Smith |
| | Mills Vautrot (live or by deposition) |
| | Cairo Wasfy (by deposition) |