IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　　　　Defendant. | Civil Case No. 5:19-cv-55-TKW-MJF |

**PLAINTIFFS' PROPOSED VOIR DIRE**

Pursuant to the direction of the Court, Plaintiffs Restore Robotics LLC and Restore Robotics Repairs LLC ("Restore") hereby submit their proposed voir dire:

1.　I am going to read a brief description of this lawsuit.  [READ SECTION B FROM PRETRIAL STIPULATION].   Have any of you read or heard anything about this case from any source whatsoever?  If so, what have you seen, read, heard, or discussed?  Where did you see, read, hear or discuss this case and with whom?  What opinions have you formed based on what you have seen, read, or heard about this case?  How will your opinions impact your views in this case?

<u>Introduction of Court and Staff</u>

2.　Do any of you know any member of my staff on any basis, social, professional or otherwise?

Introduction of Parties and Counsel

3.     The Plaintiffs are Restore Robotics LLC and Restore Robotics Repairs LLC. Do any of you know the Plaintiffs or their owner, Clif Parker, on any basis: social, professional or otherwise?

4.     Have any of you ever had a business or employment relationship of any kind with the Plaintiffs or Mr. Parker?

5.     The Plaintiffs are represented by Jeff Berhold and William Harrison. Do any of you know Mr. Berhold, or any of the employees in Harrison Rivard & Duncan on any basis: social, professional or otherwise?

6.     The Defendant is Intuitive Surgical, Inc.  Intuitive manufactures the da Vinci Surgical System.  Do any of you know of Intuitive Surgical or the Da Vinci Surgical System?  Have any of you ever had a business or employment relationship of any kind with Intuitive Surgical?

7.     The Defendant is represented by Allen Ruby, Sonya Winner, Karen Lent, Andrew Lazerow, Mike Menitove, Mike Folger, and David McGee.  Do any of you know Defendant's counsel, or any of the employees Skadden, Covington & Burling, or Beggs & Lane on any basis: social, professional or otherwise?

8.     The witnesses who may be called during this trial are:  [READ WITNESS LIST].  Do any of you know or think you might know any of the witnesses?

1

9. This case centers around an owner or end user being able to repair their own equipment.

    a. Do you have experience trying to repair or service something you purchased that quit working? If so, what did you do?

    b. Do you consider yourself a do-it-yourselfer?

    c. When equipment you own quits working, do you try to fix it or do you buy a new one?

    d. Have you ever repaired or serviced home appliances, yard equipment, business equipment, medical equipment, farm equipment, or boat equipment?

    e. Do you take your car only to the dealer to be serviced and repaired or do you take it to some other vehicle service or repair company?

    f. Do you believe only manufacturers or only those they allow should be able to service or repair non-working equipment that you own?

    g. Do you believe equipment owners should be allowed to repair or service their own equipment by any means possible?

    h. Do you believe equipment service or repair shops should be allowed by manufacturers to repair or service non-working equipment?

    i. Do you purchase extended warranties from manufacturers?

    j. How long have you owned your personal car?

> k. Have you ever used someone other than the manufacturer to repair or service your car, your farm equipment, your boat motor or household appliances?
>
> l. Would you say that, in general, you had a good experience or bad experience with repair shops?
>
> m. As an equipment or appliance owner, are you willing to pay a higher price for the manufacturer to service or repair the equipment rather than what you might pay someone else?

10. Do any of you have strong feelings either for or against a party who brings a lawsuit?

11. This is a civil case which is to be decided by the preponderance of the evidence. This is different from a criminal case where the Government has to prove its case beyond a reasonable doubt. Does anyone have a problem applying a lower burden of proof than used in a criminal case?

**With the upcoming questions, if there are any matters which you would rather discuss privately that may affect your ability to be a fair and impartial juror, please let the Court know.**

12. Can you read, write, speak, and understand the English language?

13. Have any of you or members of your family been a party or witness in any litigation (excluding domestic relations, traffic, or probate)?

14. Do any of you or any of the members of your family have any legal or medical training?

15. I will instruct you on the law at the conclusion of the case. If selected as a juror, you will take an oath to follow the law. Do any of you think you would have trouble following the law as given to you, even if you may disagree with it?

16. Will you be able to render your verdict solely on the basis of the evidence presented during the trial, setting aside any personal beliefs, opinions, or biases you might have?

17. This case is expected to last four weeks, and I expect to conduct trial every weekday for the remainder of February and possibly in early March generally between the hours of 8 am and 5pm local time. Would this schedule create an undue hardship for any of you?

18. Do any of you have any other reason whatsoever, such as a physical difficulty, a health problem, or home problems that might interfere with your serving as a fair and impartial juror in this case?

19. Would you have difficulty passing judgment on someone else due to religious or other personal grounds?

Voir Dire Sheet Questions

20. Ladies and Gentlemen, on the sheet given to you is a list of questions. Starting with juror Number One, please stand, state your juror number, and answer the

questions. The last question asks about your prior jury service. With respect to civil cases, please just tell me the number of civil juries on which you have served. With respect to criminal cases, please indicate the nature of the crime involved and the result of the case -- guilty, not guilty, or hung jury -- for each of the criminal juries you have been on.

    a.    Juror number

    b.    General location of your residence

    c.    Length of time at current residence

    d.    Education after high school, if any. State your major.

    e.    Marital status

    f.    Number of children and ages of children, if under 18

    g.    Employment: current job and types of jobs throughout lifetime

    h.    Spouse's Employment: current job and types of jobs throughout lifetime

    i.    Civil, social, fraternal, union or professional organizations and any offices held in them

    j.    Hobbies or recreational activities

    k.    Prior jury service: civil or criminal

21.    The plaintiffs in this case will ask for more than $75 million in damages. Who here thinks they may have a difficult time awarding such a large sum of money even

if supported by the evidence and Court's instructions?

22. Who here thinks that competitors should not use the courtroom to resolve business disputes?

23. Who here agrees with the phrase "all is fair in business"? Tell us a little about that.

24. If I instruct you that the antitrust laws of the United States prohibit monopolization and certain kinds of product tying and exclusive dealing, will you be able to follow my instruction and apply the law despite any opinion you may have concerning the need for antitrust laws? If you believe that you may have difficulty following my instruction and applying the law as I instruct you to because of any opinions you may have, please tell me so now.

25. Did any of you know each other before this morning?

26. Is there anything that has occurred to any of you, or are there any facts that you think we should know that might have a bearing on your judgment in this case?

27. Who here has any opinions whatsoever about this case? What are your opinions?

28. Is there anything that would make it difficult for you to serve as a fair and impartial juror?

Respectfully submitted on December 23, 2022.

/s Jeff Berhold
Jeffrey L. Berhold*
Georgia Bar No. 054682
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
(404) 872-3800 (telephone)
jeff@berhold.com

/s William G. Harrison, Jr.
William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
FL. Bar No. 0765058
101 Harrison Avenue
Panama City, FL 32401
850-769-1414 (telephone)
wharrison@harrisonrivard.com

**COUNSEL FOR PLAINTIFFS**

*Admitted Pro Hac Vice