UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

    **Plaintiffs**,

v.                                                   Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

    **Defendant**.
_____/

## ORDER

This case is before the Court based on Plaintiffs' motion to exclude expert testimony (Doc. 217). The motion is effectively a supplemental *Daubert* motion challenging portions of the supplemental report of Defendant's FDA expert, Heather Rosecrans.

It would have been nice if this motion had been filed sooner (the expert's supplemental report was served on December 13) so the Court could have ruled on it with the parties' motions in limine before turning its attention back to other cases. However, the motion was filed sufficiently in advance of the pretrial conference that it can be ruled on at the conference—although the typical 14-day response period will need to be shortened so the Court will have an opportunity to review the motion before the conference.

Accordingly, it is **ORDERED** that Defendant shall have until January 9, 2023, to respond to Plaintiff's motion to exclude Ms. Rosecrans' testimony.

**DONE and ORDERED** this 3rd day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**