# United States District Court
## Civil Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 2:00 PM | Case No. | 5:19cv55-TKW |
| Time Concluded | 4:42 PM | Date | January 13, 2023 |

**DOCKET ENTRY:**   Pretrial Conference held. Court discusses trial procedures with counsel. Court rules on pending motions, see Order to be entered. Jury Trial scheduled to begin 2/6/2023 at 8:30 AM.

PRESENT: U.S. District Judge   **T. KENT WETHERELL, II**   Paula Cawby   Julie Wycoff

Deputy Clerk   Court Reporter

**Style of Case:** RESTORE ROBOTICS LLC et al v. INTUITIVE SURGICAL INC

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Jeffrey Berhold | Restore Robotics, LLC |
| William Harrison, Jr. | |

| Defendant Counsel Present | Defendant |
|---|---|
| Allen Ruby | Intuitive Surgical, Inc. |
| Andrew Lazerow | |
| Sonya Winner | |
| Karen Lent | |
| Michael Menitove | |
| David McGee | |

**PROCEEDINGS**