IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RESTORE ROBOTICS LLC, et. al<br><br>Plaintiff/Counterclaim Defendants,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>Defendant/Counterclaim Plaintiff. | Case No. 5:19-cv-55-TKW-MJF |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims and counterclaims asserted in this action against all parties are dismissed with prejudice. The parties further stipulate that all attorneys' fees, costs of court, and expenses relating to the claims and counterclaims asserted in this action will be borne by the party incurring same.

1

Dated:  January 25, 2023

/s/ Jeff Berhold

Jeffrey L. Berhold (*Pro Hac Vice*)
Georgia Bar No. 054682
jeff@berhold.com
JEFFREY L. BERHOLD, P.C.
1230 Peachtree Street, Suite 1050
Atlanta, GA 30309
Telephone: (404) 872-3800

William G. Harrison
HARRISON RIVARD DUNCAN & BUZZETT
Fl. Bar No. 0765058
101 Harrison Avenue
Panama City, Fl 32401
Telephone: (850)-769-1414
wharrison@harrisonrivard.com

***Counsel For Plaintiffs/Counterclaim Defendants Restore Robotics LLC and Restore Robotics Repairs LLC and Plaintiff Clif Parker Robotics LLC***

Respectfully submitted,

/s/ Andrew Lazerow

DAVID L. McGEE
Fla. Bar No. 220000
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
dlm@beggslane.com

KAREN HOFFMAN LENT
(*Pro Hac Vice*)
MICHAEL H. MENITOVE
(*Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
karen.lent@skadden.com
michael.menitove@skadden.com

ALLEN RUBY (*Pro Hac Vice*)
Attorney at Law
15559 Union Ave. #138
Los Gatos, CA 95032
Tel: (408) 477-9690
allen@allenruby.com

SONYA D. WINNER (*Pro Hac Vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
swinner@cov.com

2

3

ANDREW D. LAZEROW (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
alazerow@cov.com

***Counsel for Defendant/Counterclaim Plaintiff Intuitive Surgical, Inc.***

Pursuant to Local Rule 5.1(F)(1)(a), a certificate of service is not required.