UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RESTORE ROBOTICS, LLC**, et al.,

   Plaintiffs,

v.                                         Case No. 5:19cv55-TKW-MJF

**INTUITIVE SURGICAL, INC.**,

   Defendant.
_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal (Doc. 224), it is **ORDERED** that the trial scheduled to begin on February 6, 2023, is cancelled, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**